UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LEHMAN BROTHERS HOLDINGS, INC. | § | Case No. 08-13555 (JMP) |
| et al., | § | (Jointly Administered) |
| | § | |
| Debtors, | § | |

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION | § | |
| CORPORATION | § | Adversary No. 08-01420 (JMP) |
| | § | |
| Creditor, | § | |
| | § | |
| v. | § | |
| | § | |
| LEHMAN BROTHERS, INC. | § | |
| | § | |
| Defendant, | § | |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER (1) CLARIFYING THAT DATA SERVICES AGREEMENT BETWEEN LEHMAN BROTHERS INC. AND MARKIT GROUP, INC. HAS NOT BEEN ASSUMED AND ASSIGNED PURSUANT TO THE SEPTEMBER 20, 2008 SALE ORDER AND (2) WITHDRAWING THE MOTION OF MARKIT GROUP, INC. FOR CLARIFICATION OR MODIFICATION OF THE SEPTEMBER 20 ORDER**

PLEASE TAKE NOTICE that upon the Stipulation and Order (1) Clarifying that Data Services Agreement Between Lehman Brothers Inc. and Markit Group, Inc. Has Not Been Assumed and Assigned Pursuant to the September 20, 2008 Sale Order and (2) Withdrawing the Motion of Markit Group, Inc. (the "Stipulation"), the undersigned will present the attached

Stipulation to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **Thursday, October 30, 2008 at 12:00 p.m.**

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the relief requested in the Stipulation must comply with the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, must be set forth in a writing describing the basis therefor and must be filed with the Court electronically in accordance with General Orders M-182 and M-193 by registered users of the Court's electronic case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website of the Bankruptcy Court) and, by all other parties in interest, on a 3½ inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers (as defined below)) and served in accordance with General Order M-182 or by first-class mail upon each of the following: (i) the chambers of the Honorable James M. Peck ("Chambers"), One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Hughes Hubbard and Reed LLP, One Battery Park Plaza, New York, New York 10004 (Attn: James B. Kobak, Jr., Esq., Christopher K. Kiplock, Esq., and Jeffrey S. Margolin, Esq.), attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc., (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the Debtors; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (v) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York

10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Official Committee of Unsecured Creditors; (vi) Cleary Gottlieb LLP, One Liberty Plaza, New York, NY 10006, (Attn: Lindsee P. Granfield, Esq. and Lisa Schweitzer, Esq.) and Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, (Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.), attorneys for Barclays Capital Inc., and (vii) Proskauer Rose LLP, 1585 Broadway, New York, NY 10036-8299 (Attn: Jeffrey W. Levitan, Esq., Michael T. Mervis, Esq. and Karen D. Coombs, Esq.), attorneys for Mark-it Group, so as to be received no later than **4:00 p.m. (ET) on Wednesday, October 29, 2008, at 4:00 p.m.** <u>If no objections are filed and served by that time, the Court may sign the Stipulation without a hearing and without any further notice.</u>

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed and served, a hearing will be held on November 5, 2008, **at 10:00 a.m** at the United States Bankruptcy Court for the Southern District of New York, Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408, 6th Floor. The moving and objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
      October 24, 2008

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/Lisa M. Schweitzer
Lindsee P. Granfield
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to Barclays Capital Inc.*