**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| In re: | Case No. 08-01420 (JMP) |
| Lehman Brothers Inc., | SIPA |
| Debtor. |  |

---

## TWENTY-FIRST OMNIBUS NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      **PLEASE TAKE NOTICE**, that on September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"), and James W. Giddens was appointed as Trustee under the SIPA (the "SIPC Trustee") to administer LBI's estate (Case No. 08-01420, such proceeding, the "SIPA Proceeding").

      **PLEASE TAKE FURTHER NOTICE** that, on September 20, 2008, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Sale Order") in the chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (collectively, and together with LBI, the "Debtors") which, among other things, approved an Asset Purchase Agreement (the "Purchase Agreement").

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Sale Order and Section 2.5 of the Purchase Agreement, Barclays Capital Inc. (the "Purchaser") has the right to designate certain of the Debtors' unexpired leases and executory contracts for assumption and assignment to Purchaser (collectively, the "Purchased Contracts").[1]

      **PLEASE TAKE FURTHER NOTICE** that, on October 3, 2008, the Bankruptcy Court entered an order in the cases of LBHI and its affiliated debtors (the "Procedures Order") which, among other things, approved expedited procedures for the assumption and assignment of Purchased Contracts to the Purchaser.

---

[1] For purposes of this Notice and the Procedures Order (defined below), Purchased Contracts include PIM Leases (as such term is defined in that certain Clarification Letter with respect to the Purchase Agreement, dated September 20, 2008 (the "Clarification Letter")) that are designated for assumption and assignment by the Purchaser in accordance with the terms of the Clarification Letter.

1

**PLEASE TAKE FURTHER NOTICE** that, on October 6, 2008, the Bankruptcy Court entered an order in the above-captioned SIPA Proceeding which, among other things, approved, adopted and incorporated by reference the Procedures Order, such that its procedures govern the assumption and assignment of Purchased Contracts to the Purchaser in the SIPA Proceeding.

**PLEASE TAKE FURTHER NOTICE** that the Purchaser hereby provides notice of the (i) assumption and assignment of the Purchased Contracts identified below as of the date hereof, and (ii) cure costs, if any, to be paid (the "Cure Amounts") pursuant to 11 U.S.C. § 365(b)(1)(A) in connection with the assumption and assignment of such Purchased Contracts.

**PLEASE TAKE FURTHER NOTICE** that any party in interest that objects to the proposed assignment or Cure Amount must file and serve a written objection so that such objection is filed with the Court and actually received by the following parties (the "Objection Notice Parties") no later than **MONDAY, DECEMBER 1st at 4:00 p.m. (EST)**, which date is ten (10) days after the date on which this notice of the assignment was sent to the counterparty: (i) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 (Attn: Lori R. Fife and Shai Y. Waisman); (ii) the attorneys for the Purchaser, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York NY 10006 (Attn: Lindsee P. Granfield and Lisa M. Schweitzer); and (iii) the attorneys for the SIPA Trustee, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 (Attn: James B. Kobak, David Wiltenburg, and Jeff Margolin).

**PLEASE TAKE FURTHER NOTICE** that, to the extent that any counterparty does not timely file an objection as set forth above, such counterparty is deemed to have consented to their respective Cure Amount and the assumption and assignment of their respective Purchased Contract to the Purchaser as set forth in the Assignment Notice, and shall be forever barred from objecting to the assignment or to the Cure Amount set forth below, including, without limitation, the right to assert any additional Cure Amounts or any other amounts with respect to the leases and contracts to be assumed and assigned.

**PLEASE TAKE FURTHER NOTICE** that, to the extent any objections to the Cure Amounts for such contracts are timely filed and served, counsel for the SIPC Trustee, the Purchaser and the counterparty must meet and confer in good faith to attempt to resolve any such objection without Court intervention. If the objecting party and the Purchaser determine that the objection cannot be resolved without judicial intervention, then such dispute will be determined by the Court upon written application by either party on 20 (twenty) days notice, with any response due to such an application 15 (fifteen) days after such application is filed. The Purchaser shall pay any Cure Amount as soon as reasonably practicable after the earliest of (i) the date on which the contracting counterparty consents in writing to the assumption and assignment of its Purchased Contract to the Purchaser and to the Cure Amount for such contract, (ii) the date on

which the counterparty is deemed to have consented to the assumption and assignment of its Purchased Contract to the Purchaser and to the Cure Amount for such contract, or (iii) the date on which the Court enters an order determining the Cure Amount for such contract after the notice and hearing procedure set forth above.

Dated: November 21, 2008
New York, New York

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/ Lisa M. Schweitzer
  Lindsee P. Granfield
  Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to Barclays Capital Inc.*

**Please note:** Contracts designated for assumption and assignment below include any and all vendor agreements for the provision of goods and/or services to Lehman Brothers Holdings Inc. ("LBHI") and/or Lehman Brothers Inc. ("LBI"), between each listed counterparty and LBI and/or LBHI, and that are related to the assets purchased by Barclays Capital Inc. from LBHI, LBI and/or LB 745 LLC.  For the avoidance of doubt, this schedule and notice of the assumption and assignment of these contracts is being filed in both the In re: Lehman Brothers Holdings Inc. (Case No. 08-13555) (Jointly Administered) and In re Lehman Brothers, Inc. (Case No. 08-01420) cases.  The cure amount listed for each counterparty represents an aggregate cure amount with respect to all such contracts between LBHI and/or LBI on the one hand and the counterparty on the other hand.

| Supplier Name | Cure Amount | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip |
|---|---|---|---|---|---|
| ABS BROKERAGE SERVICES, LLC | $77,728.43 | Richard Paolillo | 194 Nassau Street | Suite 30 | Princeton, NJ 08542 |
| Accuity | $0.00 | Jeffrey Scott | 4709 West Golf Road | Suite 600 | Skokie, IL 60076 |
| ADP Payroll Services | $18,986.13 | Carolyn Filek | 400 Covina Blvd | | San Dimas, CA 91773 |
| Alacra Inc. | $0.00 | Steven Goldstein | 88 Pine Street | | New York, NY 10005 |
| American Stock Exchange - Standard Billing | $0.00 | Stephanie Bicheler & Maryann Gallagher | P.O. Box 7777 -W9190 | | PHILADELPHIA, PA 19175 -9190 |
| ARAXIS | $0.00 | | 3 Parsonage Glebe | British Isles | St John's, Isle of Man IM4 3LT |
| ARCA TRADING Services | $1,429.97 | | 11 Wall Street | | New York, NY 10005 |
| Attachmate | $0.00 | | 1500 Dexter Avenue N. | | Seattle, WA 98109 |
| Automated QA Corp - SOFTWARE HOUSE INTERNATIONAL | $0.00 | | 100 Cummings Center | Suite 420B | Beverly, MA 01915 |
| BB & T CAPITAL | $5,065.00 | | 2 SOUTH 9TH STREET | P.O. BOX 1575 | RICHMOND  23218-1575 |
| BGC PARTNERS LP | $2,923.00 | Lee M. Amaitis, Chairman and CEO | One Churchill Place | Canary Wharf | London E14 5RD UK |
| BIA Financial Network | $0.00 | | 15120 ENTERPRISE CT, SUITE 100 | | CHANTILLY VA  20151 |
| Blue Sky Data Corporation | $4,200.00 | Linda A. Graves | 90 East Halsey Road | Suite 100 | Parsippany, NJ 07054 |
| BUCKINGHAM RESEARCH GROUP INC | $0.00 | Kevin Ray | 750 THIRD AVE | | New York, NY 10017 |
| CANACCORD ADAMS, INC | $0.00 | ATTN:  GABRIELLA LaCROW | 99 HIGH STREET | | Boston, MA 02210 |
| CARIS & COMPANY, INC. | $0.00 | Sandy Turley | 853 CAMINO DEL MAR - SUITE 100 | | del Mar, CA 92014 |
| CDR and CPR TECHNOLOGIES INC | $0.00 | John Wang | 6280 San Ignacio Avenue | Suite A | San Jose, CA 95119 |
| Charles River Systems, Inc. | $0.00 | | 7 New England Executive Park | | Burlington, MA 01803 |
| CHECKPOINT | $0.00 | | 800 Bridge Parkway | | Redwood City, CA 94065 |
| CHEEVERS & CO INC | $24,189.97 | | 440 S. LASALLE | SUITE 415 - 4TH FLOOR | CHICAGO IL 60605 |
| China Basin Ballpark Company | $0.00 | | | | |
| Clearcorp Dealing Systems | $0.00 | Golaka C Nath | 5-7th floors, Trade World, C-Wing, Kamala Compound | Senapati Bapat Marg, Lower Parel (West) | Mumbai-400013 |
| COQSOFT | $0.00 | | Rabstejnska 1580/35 | 32300 Plzen 1-Bolevec | Czech Republic |
| CT Corp. | $0.00 | | 660 3rd Street | | San Fransisco, CA 94107 |
| Data Inc | $0.00 | Arun Verma | 72 Summit Avenue | | Montvale, NJ 07645 |
| Delaware North Companies, Inc - Boston | $0.00 | Leah Leahly | 100 Legends Way, Suite 200 | | Boston MA 02114 |
| Developer Xpress | $0.00 | | 801 N. Brand Blvd | Suite 850 | Glendale, CA 91203 |
| Devils Arena Entertainment, LLC | $0.00 | | 165 Mulberry Street | | Newark, NJ 07102 |
| Digitial Image Design | $0.00 | W B Paley | 170 Claremont Avenue | Suite 6 | New York, NY 10027 |
| Direct Access Financial ("DAF") | $0.00 | | 2595 North Dallas Parkway | Suite 101 | Frisco, TX 75034-8528 |
| DIVELEMENTS | $0.00 | | 2 North Street, Milborne Port | | Sherborne, Dorset DT9 5ES United Kingdom |
| DROWST TRADING, LLC | $365,886.30 | ATTN:  NICOLE GIUDICE | 440 SOUTH LASALLE ST., SUITE 1988 | | Chicago IL 60605 |
| DSVIEW | $0.00 | | 4991 Corporate Drive | | Huntsville, AL 35805 |
| Emerging Markets Economic | $0.00 | | UNIT 1602 16/F WORKiNGTON TOWER | 78 BONHAM STRAND SHEUNG WAN | HONG KONG |
| EQUILEND LLC | $0.00 | | 17 STATE STREET, 9th Floor | | New York NY 10004 |
| EurekaHedge | $0.00 | | 101C TELOK AYER STREET | | SINGAPORE 068574 |
| EUREX CLEARING AG | $0.00 | Ekkehard Jaskulla | NEUE BORSENSTRABE 1 | | Franfurt Germany 60487 |
| Fidessa Corporation | $11,606.96 | | 17 State Street | | New York, NY 10004-1501 |
| Forefield Advisor | $0.00 | | 33 Boston Post Road West | Suite 190 | Marlboro, MA 01752 |
| Forrester Research, Inc. | $0.00 | Brittany Roberts, Esq | 1055 Massachusetts Ave. | | Cambridge, MA 03138 |
| GFINET INC | $169,985.00 | | 100 WALL STREET | ACCOUNTING DEPARTMENT | NEW YORK NY 10005 |

**Please note:** Contracts designated for assumption and assignment below include any and all vendor agreements for the provision of goods and/or services to Lehman Brothers Holdings Inc. ("LBHI") and/or Lehman Brothers Inc. ("LBI"), between each listed counterparty and LBI and/or LBHI, and that are related to the assets purchased by Barclays Capital Inc. from LBHI, LBI and/or LB 745 LLC.  For the avoidance of doubt, this schedule and notice of the assumption and assignment of these contracts is being filed in both the In re: Lehman Brothers Holdings Inc. (Case No. 08-13555) (Jointly Administered) and In re Lehman Brothers, Inc. (Case No. 08-01420) cases.  The cure amount listed for each counterparty represents an aggregate cure amount with respect to all such contracts between LBHI and/or LBI on the one hand and the counterparty on the other hand.

| Supplier Name | Cure Amount | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip |
|---|---|---|---|---|---|
| Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, LTD | $0.00 | | 55 East Monroe Street | Suite 3300 | Chicago, Illinois 60603-5792 |
| Gryphon Networks | $4,667.00 | | 249 Vanderbilt Ave. | | Norwood, MA 02062 |
| Harland Clarke | $0.00 | | P.O. BOX 931898 | | Atlanta, GA 31193 |
| iDeal/iPreo | $0.00 | | 1359 Broadway, 2nd Fl. | | New York, NY 10018 |
| IDM COMPUTER SOLUTIONS | $0.00 | | 5559 Eureka Drive | Suite B | Hamilton, OH 45011 |
| INFRAGISTICS, INC. | $0.00 | | 50 Millstone Road | Building 200, suite 150 | Princeton, NJ 08520 |
| INTERNATIONAL SWAPS AND DERIVATIVES | $0.00 | 360 Madison Avenue | 16th Floor | New York, NY 10017 | 212-901-6000 |
| Intuit | $0.00 | Director Corp. Partner Development | 2632 Marine Way | | Mountain View, CA 94043 |
| IPC Network Services Inc | $2,291.77 | | Bucklersbury South | 83 Cannon Street | Londo EC4N 8EL |
| Jasna Polana | $2,599.60 | | 8 Lawrence Road | | Princeton, NJ 08540 |
| JEFFERIES & COMPANY, INC. | $0.00 | | 520 MADISON AVENUE | 5th Floor | New York, NY 10022 |
| JetBrains | $0.00 | | 1670 So. Amphlett Blvd | Suite 214 | San Mateo, CA 94402 |
| JIDE Software | $0.00 | | 15057 Cross Stone Drive | | San Diego CA, 992127 |
| JP MORGAN SECURITIES | $10,598.78 | | 270 PARK AVENUE | 6TH FLOOR | NEW YORK, NY 10017 |
| KIODEX, INC. | $0.00 | | 560 Lexington Avenue | 9th Floor | New York, NY 10022 |
| Kiplinger Tax Letter | $0.00 | | 1729 H Street NW | | Washington, D.C. 20006-3938 |
| Kynex Inc. | $0.00 | | 17-17 ROUTE 208 | | FAIR LAWN 07410 |
| Leimberg Services | $0.00 | | 144 West Eagle Road | | Havertown, PA 19083 |
| Mapilab Ltd | $0.00 | | Pacific Businesss Center | P.O. Box 34069 #381 | Seattle, WA 98124-1069 |
| MBG TELECOM SOFTWARE INC | $0.00 | Michael Greenspan | 370 Lexington Ave | | New York, NY  10017 |
| MCNAMARA TRADING COMPANY | $46,651.91 | | 1900 MARKET ST | | PHILADELPHIA, PA 19103 |
| MERCURY TECHNOLOGIES INC | $0.00 | | 32 Old Slip | 11th Floor | New York, NY 10005 |
| Metavante | $0.00 | Kristen Hagemeir | 4900 West Brown Deer Road | | Milwaukee, WI 53223 |
| Micro Design Services | $0.00 | | 2001 Rout 46 | suite 502 | Parsippany, NJ 07054 |
| MINDJET | $0.00 | | 1160 Battery Street, 4th Floor | | San Francisco, CA 94111 USA |
| MORTICE KERN SYSTEMS (MKS) | $0.00 | Larry Wasylishyn | 410 Albert Street | | Waterloo, Ontario, CA N2l3v3 |
| NASD Regulation | $0.00 | | P.O.BOX 7777-W9850 | | PHILADELPHIA, PA 19175-9850 |
| NETAPP FINANCIAL SOLUTIONS | $0.00 | | 495 East Java Drive | | Sunnyvale, CA 94089 USA |
| New Jersey Sports & Exporsition Authority | $0.00 | | 50 State Highway 120 | | East Rutherford, NJ 07073 |
| New Patriots Stadium, LLC | $0.00 | | 60 Washington Street | | Foxborough, MA 02035 |
| NYSE Regulation | $0.00 | | 11 Wall Street | | New York, NY 10005 |
| PerTrac Analytics | $0.00 | | 58 West 40th Street | 4th Floor | New York, NY 10018 |
| Quality Technology Services | $70,277.00 | Michael Kurtz | 300 Satellite Blvd. NW | | Suwanee, GA 30024 |
| QUEST SOFTWARE INC. | $84,960.40 | | PO box 51739 | | Los Angeles, CA  90051 |
| Quotevision | $0.00 | | Haymarket House | 5th Floor | LONDON  SW1Y 4EE |
| RCN | $0.00 | | 196 Van Buren Street | | Herndon, VA  20170 |
| REALPOINT LLC | $0.00 | | 410 Horsham Road | Suite A | Horsham, PA  19044 |
| RELIANCE | $0.00 | James Maxwell | 3384 Peachtree Road | | Atlanta, GA  30326 |
| REVOLUTION COMPUTING / Paradise | $16,100.00 | | 265 Church Street | | New Haven, CT  06510 |
| Riveria Country Club | $10,090.38 | Pat Velazquez | 1250 Capri Drive | | Pacific Palisades, CA 90272 |
| SCOOTER SOFTWARE | $0.00 | | 2828 Marshall Court, Suite 112 | | Madison, WI 53705-2276 |
| SOURCEMEDIA | $0.00 | | One State Street Plaza | 27th Floor | New York, NY 10004 |
| STEEMA | $0.00 | | Avinguda Montilivi 33 | 17003 Girona | Catalonia, Spain |
| SUSQUEHANNA FINANCIAL GROUP | $0.00 | | 175 WEST JACKSON BLVD | Suite 1700 | Chicago, IL 60604 |
| SYNCFUSION, INC. | $0.00 | | 9001 Aerial Center Parkway | Suite 110 | Morrisville, NC  27560 |
| SyndTrak Database Application | $0.00 | | 601 Riverside Avenue | | Jacksonville, FL 32204 |
| TIPS, LLC | $0.00 | | 332 Springfield Avenue | Suite 200 | Summit, NJ 07901 |
| Tomlab Optimization Inc | $0.00 | | 1260 SE Bishop Blvd | Ste E | Pullman, WA  99163 |
| TOWNSEND ANALYTICS LTD | $0.00 | Kurt Phillips | 100 South Wacker Drive | | Chicago, IL60606 |
| Track Data | $0.00 | William Olsen | 95 Rockwell Place | | Brooklyn, NY   11217 |

**Please note:** Contracts designated for assumption and assignment below include any and all vendor agreements for the provision of goods and/or services to Lehman Brothers Holdings Inc. ("LBHI") and/or Lehman Brothers Inc. ("LBI"), between each listed counterparty and LBI and/or LBHI, and that are related to the assets purchased by Barclays Capital Inc. from LBHI, LBI and/or LB 745 LLC.  For the avoidance of doubt, this schedule and notice of the assumption and assignment of these contracts is being filed in both the In re: Lehman Brothers Holdings Inc. (Case No. 08-13555) (Jointly Administered) and In re Lehman Brothers, Inc. (Case No. 08-01420) cases.  The cure amount listed for each counterparty represents an aggregate cure amount with respect to all such contracts between LBHI and/or LBI on the one hand and the counterparty on the other hand.

| Supplier Name | Cure Amount | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip |
|---|---|---|---|---|---|
| TRADEWARE SYSTEMS LLC | $18,825.94 | | Tradeware Global LLC | 40 Wall Street 36th Floor | New York, NY 10005 |
| Tripwire, Inc. | $0.00 | | 101 SW Main Street | Suite 1500 | Portland, OR  97204 |
| Trusts + Estates | $0.00 | | P.O.  BOX  5180 | | Brentwood, CA 37024 |
| Video Corporation of America | $143,014.37 | | 370 Seventh Ave | Suite 550 | New York, NY  10001 |
| Walkers SPV | $8,059.78 | | P.O. BOX 908 GT | WALKER HOUSE | CAYMAN ISLANDS |
| Wall Street Source | $0.00 | Marciano DeCesare | 26 West 17th Street | | New York, NY 10011 |
| WEDBUSH MORGAN SECURITIES | $15,546.00 | ATTN:  MATTHEW MILLER | 1000 WILSHIRE BLVD 9TH FLR | | Los Angeles, CA 90017 |
| Winzip Computing INC | $0.00 | | PO Box 540 | | Mansfield, CT  06268 |