James B. Kobak, Jr.
Daniel S. Lubell
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>    LEHMAN BROTHERS INC.,<br><br><br><br>                              Debtor. | Case No. 08-01420 (JMP) SIPA |

## NOTICE OF PRESENTMENT OF STIPULATION AND ORDER IN CONNECTION WITH THE RETURN TO CREDIT SUISSE SECURITIES (USA) LLC OF A POST-PETITION MISDIRECTED TRANSFER

PLEASE TAKE NOTICE THAT James W. Giddens (the "Trustee"), Trustee for the

SIPA Liquidation of Lehman Brothers Inc., by and through his undersigned attorneys, Hughes

Hubbard & Reed LLP, will present the annexed Stipulation and Order in Connection with the

Return to Credit Suisse Securities (USA) LLC of a Post-Petition Misdirected Transfer (the

"Order") for signature to the Honorable James M. Peck, United States Bankruptcy Judge, in

chambers, at the United States Bankruptcy Court for the Southern District of New York, the

Alexander Hamilton United States Customs House, One Bowling Green, New York, New York

10004, on March 31, 2009 at 9:30 a.m.

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to entry of the Order

must (i) be in writing; (ii) state the name and address of the objecting party and nature of the

claim or interest of such party; (iii) state with particularity the legal and factual bases of such objection; (iv) conform to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules; (v) be filed with the Bankruptcy Court, together with proof of service, electronically, in accordance with General Order M-242, as amended by General Order M-269 (available at the Court's website, www.nysb.uscourts.gov) by registered users of the Court's Electronic Case Files system, and by all other parties in interest, on a 3.5 inch disk or CD-ROM, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format no later than March 31, 2009 at 9:00 a.m. (the "Objection Deadline"); and (vi) served on (a) Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York, 10004, Attn: Christopher K. Kiplok, Esq., and Jeffrey S. Margolin, Esq.; (b) Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, DC 20005, Attn: Kenneth J. Caputo; (c) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.; and (d) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., with a courtesy copy to the chambers of the Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004. Unless objections are received by the Objection Deadline, the Order may be entered without a hearing.

Dated:       New York, New York
               March 25, 2009

HUGHES HUBBARD & REED LLP


By:  /s/ Daniel S. Lubell
     James B. Kobak, Jr.
     Daniel S. Lubell
    One Battery Park Plaza
    New York, New York 10004
    Telephone:  (212) 837-6000
    Facsimile:  (212) 422-4726
    Email:  lubell@hugheshubbard.com


Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.