

*September 16, 2009*

*Dear Sirs,*

**Clerk of the United States Bankruptcy Court and**
**Hughes Hubbard & Reed LLP, Attention James W. Giddens, Trustee for the SIPA**
**Liquidation of Lehman Brothers Inc.**
**Claim Number(s): 800003546**
  **:800003609 (Amendment of Claim 800003546)**
**Account Number(s): 835-77885**
**Reasons for objection to the Trustee's determination:**

**Denial stating LBI records indicate that the above-referenced account(s) (the "Account") was transferred to Barclays Capital Inc. on or about September 26, 2008.**

My father David Chube Sr. is 84 years of age and lives mainly off his dividend checks.
He pays for his own medicine, and any doctor care he receives.
Checks that have not been honored by Lehman Brothers or Barclays Wealth have caused great difficulty for him.
Per the original complaint to the SEC and Bankruptcy Court Trustee, seven (7) dividend checks (see attachment) were dated prior to the Lehman Brothers Inc. bankruptcy filing.
Six (6) checks were deposited into Chase bank (before the bankruptcy filing.)
The six (6) checks were returned a week and a few days later with Refer to Maker as the reason for return (this was after the bankruptcy filing).
A letter was sent to David Chube Sr. from Lehman Brothers requesting that he not deposit the seventh check.

Complaints were issued to the SEC for Lehman Brothers, and Barclay Wealth (who now has some accounts of Lehman). Additionally complaints were issued to the bankruptcy court trustee for the Lehman bankruptcy requesting payment. Jason Pace, working with the trustee, stated in March 09 it should be resolved by June 09. Calls were made on a number of occasions after June and the answer was they were working on the claims. The latest call was in August when Mr. Pace said we would have to file another complaint against the denial. It has been over 1 year since the checks were returned.

<u>Answer to Barclays Wealth's complaint</u>
Barclays Wealth's complaint (SEC File H01326592) was answered by Geoffrey Valentino, the Director with "... **Barclays is not a successor in interest to Lehman Brothers and is not responsible for Lehman Brother's liabilities...** *also ...because your dividend checks were issued by Lehman Brothers, Barclays is unable to reissue them...)*

<u>Answer to Lehman Brother's complaint by the Bankruptcy's trustee</u>
Lehman Brothers Inc. (Case No. 08-01420 (JMP) SIPA) was answered stating ...Your Claim is DENIED. LBI records indicate that the above-referenced account(s) (the "Account") was **transferred to Barclays Capital Inc. on or about September 26, 2008.**

*Who is responsible for giving David Chube Sr. his money back that he needs to live? The money was paid to Lehman Brothers in good favor to be paid to David Chube Sr. Lehman Brothers issued the checks as they should have to David Chube Sr. long before their bankruptcy. They put a stop on the checks at the bank before their bankruptcy filing with no correspondence to David Chube. Why?*

*Additionally, David Chube's Sr. account with Lehman Brothers was taken over by Barclays Wealth. They not recognize that the checks had not been paid for his account and were still outstanding, why?*

*Please give back the money that was stolen from the 84-year man who needs it for his medicines and is just trying to live.*

*Help and Thank You*

Meta Chube

cc:  President Obama (President of the United States of America)
     Clerk of the United States Bankruptcy Court
     Mary Schapiro (SEC Chairman)
     Bryan Burke (SEC, Office of Investor Education and Advocacy)
     Geoffrey Valentino (Barclay's Wealth, director)
     James W. Giddens (Trustee for the SIPA Liquidation of Lehman Brothers Inc.)
     Sheila Bair (FDIC Chairman)

1 Attachment

# Lehman Outstanding checks
# Dr. David Chube

Acct. # 835-77885-3-1

| Check Date | Check # | Amount | | Date Returned | Reason For Return | Reference to Retn. # | Comments Claims Filed |
|---|---|---|---|---|---|---|---|
| 7/7/2008 | 186952 | $ | 455.52 | 9/23/2008 | Refer to Maker | 000501 | |
| 7/14/2008 | 186990 | $ | 1,148.93 | 9/23/2008 | Refer to Maker | 000498 | |
| 7/21/2008 | 187034 | $ | 273.02 | 9/23/2008 | Refer to Maker | 000503 | |
| 8/4/2008 | 187476 | $ | 258.80 | 9/23/2008 | Refer to Maker | 000504 | |
| 8/18/2008 | 187642 | $ | 343.30 | 9/23/2008 | Refer to Maker | 000502 | |
| 8/25/2008 | 187690 | $ | 579.02 | 9/23/2008 | Refer to Maker | 000500 | |
| 9/8/2008 | 188124 | $ | 781.49 | 9/23/2008 | Refer to Maker | 000499 | |
| Total | | $ | 3,840.08 | | | | |
| * Outstanding check | | | | | | | |
| 9/15/2008 | 188194 | $ | 3,422.24 | | Not sent to Bank | | |
| **Total of Totals** | | **$** | **7,262.32** | | | | |

Dear Sirs,

Please read over the attached information, and help me please.

Thank You

*Meta Moore* (signature)

Meta Moore