UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-01420 (JMP) |
| Lehman Brothers Inc., | ) | SIPA |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Lehman Brothers Holdings Inc., <u>et al</u>. | ) | Case No. 08-13555 (JMP) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |

### STIPULATION CONCERNING SCHEDULING BETWEEN THE DEBTORS, TRUSTEE, COMMITTEE AND BARCLAYS CAPITAL INC.

This Stipulation concerning Scheduling (the "<u>Stipulation</u>") is entered into by and between the undersigned counsel, acting for and on behalf of their respective clients: (a) Lehman Brothers Holdings, Inc. ("<u>LBHI</u>") and its affiliated debtors and debtors-in-possession in the Chapter 11 Cases (collectively, the "<u>Debtors</u>"); (b) James W. Giddens, as Trustee in the Securities Investor Protection Act Liquidation of Lehman Brothers Inc. (the "<u>Trustee</u>"); (c) the Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc. and its affiliated debtors and debtors in possession (the "<u>Committee</u>") (Debtors, Trustee and Committee, the "<u>Discovery Parties</u>", and each a "<u>Discovery Party</u>"); and (d) Barclays Capital Inc. and its affiliates ("<u>Barclays</u>").

WHEREAS, on September 15, 2009: (i) LBHI filed Debtor's Motion for an Order, Pursuant to Fed.R.Civ.P. 60 and Fed.R.Bankr.P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief; (ii) The Trustee filed The Trustee's Motion for Relief Pursuant

to the Sale Orders or, Alternatively, for Certain Limited Relief under Rule 60(b); and (iii) the Committee filed the Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., Et Al., Pursuant to 11 U.S.C. § 105(a), Fed. R. Civ. P. 60(b), and Fed. R. Bankr. P. 9024, for Relief from Order under 11 U.S.C. §§ 105(a), 363, and 365 Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, Dated September 20, 2008 (and Related SIPA Sale Order) and Joinder in Debtors' and SIPA Trustee's Motions for an Order under Rule 60(b) to Modify Sale Order (collectively referred to hereinafter as the "Discovery Parties' Rule 60 Motions");

WHEREAS, the Discovery Parties' Rule 60 Motions each have an Objection Deadline of October 9, 2009 and a Hearing Date of October 15, 2009;

WHEREAS, Barclays has requested, and LBHI, the Trustee and the Committee have each agreed to an adjournment of the above-referenced Objection Deadline and Hearing Date;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND UPON COURT APPROVAL HEREOF, IT IS ORDERED THAT:

1.      The Hearing Date is adjourned, provided that Barclays and the Discovery Parties will conduct a scheduling conference in open Court on October 15, 2009 with respect to the Discovery Parties' Rule 60(b) Motions.

2.      Solely with respect to Barclays, the Objection Deadline and Hearing Date for the Discovery Parties' Rule 60 Motions are adjourned until such dates and times as Barclays and the Discovery Parties may agree to and/or the Court may order.

Dated: October 7, 2009
New York, New York

By: s/ Hamish P.M. Hume
    Jonathan D. Schiller
    Hamish P.M. Hume
    Jack G. Stern

    BOIES, SCHILLER & FLEXNER LLP
    575 Lexington Avenue
    New York, NY 10022
    (212) 446-2300


By: s/ Lindsee P. Granfield
    Lindsee P. Granfield

    CLEARY GOTTLIEB STEEN
    & HAMILTON LLP
    One Liberty Plaza
    New York, NY 10006
    (212) 225-2000

Attorneys for Barclays Capital Inc.


By: s/ James Tecce
    Susheel Kirpalani
    James Tecce
    Eric Kay

    QUINN EMANUEL URQUHART OLIVER &
    HEDGES, LLP
    51 Madison Avenue
    New York, NY 10010
    (212) 849-7000

Special Counsel to the Official Committee
of Unsecured Creditors of Lehman
Brothers Holdings, Inc., et al.


By: s/ William J. Hine
    Robert W. Gaffey
    William J. Hine

    JONES DAY
    222 East 41st Street
    New York, NY 10017
    (212) 326-3939

Special Counsel to Debtors and Debtors in
    Possession


By: s/ Neil J. Oxford
    William R. Maguire
    Seth D. Rothman
    Neil J. Oxford

    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004
    (212) 837-6000

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.

**SO ORDERED**: this 14th day of October 2009

*s/ James M. Peck*

HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE