

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

MICHAEL A. CARDOZO
*Corporation Counsel*

JOSHUA M. WOLF
**Tax and Bankruptcy Litigation Division**
phone: (212) 788-1172
fax: (212) 788-0937
email: jowolf@law.nyc.gov

October 16, 2009

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn: LBI Hearing Request

      Re: <u>In re Lehman Brothers Inc.</u>, Case No. 08-01420 (JMP) SIPA
        Claim No. 800001875

Ladies and Gentlemen:

    This office represents the various New York City (the "City") pension funds that have filed claims in the above-referenced case. On or about January 28, 2009, the New York City Comptroller's Office, on behalf of the New York City Fire Department Pension Fund ("Fire"), filed Claim No. 800001875 (the "Claim") in the amount of $30,983.55. This claim represents a combination of funds held in two accounts managed by two independent fund managers—BlackRock Financial Management ("BlackRock") and Pacific Investment Management Company LLC ("PIMCO"). $15,503.00 of this Claim is attributable to funds managed by PIMCO, while the balance is attributable to funds managed by BlackRock. The City has received a Notice of Trustee's Determination of Claim, dated September 16, 2009, wherein the Trustee has denied Fire's Claim in its entirety.

    With respect to that portion of the Claim representing the account managed by BlackRock, we have been advised that BlackRock itself, by and through its counsel, has responded to the Trustee's denial of all claims held by its clients. Accordingly, we will rely on the fund manager's response in pursuing any opposition to the Trustee's determination. Thus as to Fire's BlackRock funds only, we will not be filing an additional response to the Trustee's determination.

    With respect, however, to that portion of the Claim attributable to the PIMCO account ($15,503.00) reflected in the documentation annexed hereto, we hereby object to the Trustee's determination that the cash claimed by Fire was not held in a customer account of

Lehman Brothers Inc. As is made clear by the accompanying documentation, all funds owed to Fire were very clearly held in a customer account administered by Lehman Brothers Inc.

In any event, Fire hereby reserves all rights in connection with the PIMCO portion of the Claim discussed herein. Moreover, nothing herein shall serve to waive, limit, or preclude Fire from amending or supplementing this objection as needed in support thereof, or pursuing other or additional legal remedies in the appropriate forum.

Any further correspondence in connection with this objection should be directed to:

>   New York City Law Department
>   Tax and Bankruptcy Litigation Division
>   100 Church Street, Room 5-199
>   New York, New York 10007
>   (212) 788-1172
>   jowolf@law.nyc.gov

>   -and-

>   New York City Comptroller's Office
>   Attn: Martin Gantz
>   1 Centre Street, Room 726
>   New York, New York 10007

Please do not hesitate to contact the undersigned should you wish to discuss this matter further.

>   Very truly yours,
>
>   /s/ Joshua M. Wolf
>   Joshua M. Wolf (JW-7247)
>   Assistant Corporation Counsel

## Lehman Brothers Inc.

### Master Forward Transactions (Agreement dated October 15, 1999)

| Type[1] | Transaction Description [Rec(Pay) Methodology][2] | CUSIP | Sec Type | CUSIP Description | Trans Code | Trade Date | Settle Date | Trans Curr | Quantity | Price | Proceeds in Trans Curr | Rec(Pay) in Trans Curr | Rec(Pay) in USD[3] | Rec(Pay) in Base Curr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OP | Original Trade (Pairoff) | 01F0526A5 | MPT | FNMA TBA 5.50% OCT | S | 9/5/2008 | 10/14/2008 | USD | 1,500,000 | 99.54688 | 1,493,203 | | | |
| OP | Original Trade (Pairoff Remainder)[2] | 01F0526A5 | MPT | FNMA TBA 5.50% OCT | B | | 10/14/2008 | USD | -2,500,000 | 100.18750 | 2,504,688 | | | |
| OP | Original Trade (Pairoff) | 01F0526A5 | MPT | FNMA TBA 5.50% OCT | B | 9/10/2008 | 10/14/2008 | USD | -4,000,000 | 101.00781 | -4,040,312 | | | |
| OP | Net | 01F0526A5 | MPT | FNMA TBA 5.50% OCT | | | | USD | | | | -42,422 | -42,422 | -42,422 |
| OP | Original Trade | 01F0506A9 | MPT | FNMA TBA 5.00% OCT | S | 9/10/2008 | 10/14/2008 | USD | 2,000,000 | 99.14063 | 1,982,813 | | | |
| OP | Termination (Broker Quote) | 01F0506A9 | MPT | FNMA TBA 5.00% OCT | | | | USD | 2,000,000 | 98.09375 | -1,961,875 | | | |
| OP | Net | 01F0506A9 | MPT | FNMA TBA 5.00% OCT | | | | | | | | 20,938 | 20,938 | 20,938 |
| OP | Original Trade | 01F0506A9 | MPT | FNMA TBA 5.00% OCT | S | 9/10/2008 | 10/14/2008 | USD | 2,000,000 | 99.14063 | 1,982,813 | | | |
| OP | Termination (Broker Quote) | 01F0506A9 | MPT | FNMA TBA 5.00% OCT | | | | USD | 2,000,000 | 98.09375 | -1,961,875 | | | |
| OP | Net | 01F0506A9 | MPT | FNMA TBA 5.00% OCT | | | | | | | | 20,938 | 20,938 | 20,938 |
| OP | Original Trade | 01F0526A5 | MPT | FNMA TBA 5.50% OCT | B | 9/8/2008 | 10/14/2008 | USD | 5,000,000 | 100.56250 | -5,028,125 | | | |
| OP | Termination (Broker Quote) | 01F0526A5 | MPT | FNMA TBA 5.50% OCT | | | | USD | 5,000,000 | 100.18750 | 5,009,375 | | | |
| OP | Net | 01F0526A5 | MPT | FNMA TBA 5.50% OCT | | | | | | | | -18,750 | -18,750 | -18,750 |
| OP | Original Trade | 01F0606A8 | MPT | FNMA TBA 6.00% OCT | S | 9/10/2008 | 10/14/2008 | USD | 2,000,000 | 102.34375 | 2,046,875 | | | |
| OP | Termination (Broker Quote) | 01F0606A8 | MPT | FNMA TBA 6.00% OCT | | | | USD | 2,000,000 | 101.79688 | -2,035,938 | | | |
| OP | Net | 01F0606A8 | MPT | FNMA TBA 6.00% OCT | | | | | | | | 10,937 | 10,937 | 10,937 |
| OP | Original Trade | 01F0626A4 | MPT | FNMA TBA 6.50% OCT | S | 9/8/2008 | 10/14/2008 | USD | 1,000,000 | 103.65625 | 1,036,563 | | | |
| OP | Termination (Broker Quote) | 01F0626A4 | MPT | FNMA TBA 6.50% OCT | | | | USD | 1,000,000 | 102.81250 | -1,028,125 | | | |
| OP | Net | 01F0626A4 | MPT | FNMA TBA 6.50% OCT | | | | | | | | 8,438 | 8,438 | 8,438 |
| OP | Original Trade | 31403DWF2 | MPT | FNMA PASS THRU MTG #745946 | S | 9/8/2008 | 10/14/2008 | USD | 5,231,133 | 100.62500 | 5,263,828 | | | |
| OP | Termination (Broker Quote) | 31403DWF2 | MPT | FNMA PASS THRU MTG #745946 | | | | USD | 5,231,133 | 100.23438 | -5,243,394 | | | |
| OP | Net | 31403DWF2 | MPT | FNMA PASS THRU MTG #745946 | | | | USD | | | | 20,434 | 20,434 | 20,434 |
| FT | Original Trade | 31415VZW8 | MPT | FNMA PASS THRU DWARF #990957 | S | 8/28/2008 | 9/16/2008 | USD | 689,019 | 99.25000 | 683,851 | | | |
| FT | Termination (Broker Quote) | 31415VZW8 | MPT | FNMA PASS THRU DWARF #990957 | | | | USD | 689,019 | 99.97702 | -688,861 | | | |
| FT | Net | 31415VZW8 | MPT | FNMA PASS THRU DWARF #990957 | | | | USD | | | | -5,009 | -5,009 | -5,009 |
| | Total Before Collateral Rec(Pay) | | | | | | | | | | | | 15,503 | 15,503 |
| | Total Master Forward Rec(Pay) | | | | | | | | | | | | 15,503 | 15,503 |

**Notes:**

[1] FT - Failed trade scheduled to settle prior to bankruptcy but failed.  OP - Open position at bankruptcy.  CO - Collateral.  UT - Unsettled Trade.  RC - Repo collateral.  RP - Open repurchase agreement
[2] Rec(Pay) methodology refers to one of the following methods used to calculate rec(pay): Broker Quote, Replacement Trade, and Pairoff (characterized as a combination of related buy and sell transactions, unsettled as of the Lehman bankruptcy)
[3] A negative number represents an amount payable to the respective Lehman entity, while a positive balance represents a receivable from the respective Lehman entity.
[4] Pending Liquidation of Collateral

Account Number: 108  Account Name: New York City Fire (NY Account #337648)  Account Base Currency: USD

Final Claim Amount  15,503

## Supporting Documentation

Documentation in support of the claims relating to the transactions reported in this Schedule has been provided to the Trustee on our behalf by our investment manager, Pacific Investment Management Company. The Claimant authorizes the Trustee to rely on such documentation in the evaluation of our claim against Lehman Brothers Inc., and to contact PIMCO (by e-mail to lbxclientdocs@pimco.com) with respect to requests for further documentation or any inquiries relating to such documentation. The supporting documentation provided by PIMCO refers to the Claimant by name or by the account number stated on this Schedule.

## Notes:

[1] FT - Failed trade scheduled to settle prior to bankruptcy but failed;  OP - Open position at bankruptcy;  CO - Collateral;  UT - Unsettled Trade;  RC - Repo collateral;  RP - Open repurchase agreement

[2] Rec(Pay) methodology refers to one of the following methods used to calculate rec(pay). Broker Quote, Replacement Trade, and Parroff (characterized as a combination of related buy and sell transactions, unsettled as of the Lehman bankruptcy).

[3] A negative number represents an amount payable to the respective Lehman entity, while a positive balance represents a receivable from the respective Lehman entity.

[4] Pending Liquidation of Collateral