Ms. Helen M. Costello
PO Box 3225
Narragansett, RI 02882

October 26, 2009

Clerk of United Sates Bankruptcy Court, Southern District of New York
One Bowling Green
New York, NY 10004
Attention: LBI Hearing Request

Dear Madam or Sir:

**Subject: LBI Claim # 800004265**

We received notice that our claim # 800004265 was denied due to a lack of evidence that showed a relationship with Lehman Brothers, Inc. We abjectly and fully disagree with this denial as we were in full compliance with all LBI, Inc. claim requirements including providing a complete and detailed accounting of all our Lehman Brothers Stock certificates.

It is surprising and absolutely unacceptable that our claim was denied after fully complying with all claim requirements and referencing proof of ownership that supports a direct relationship with LBI, Inc. Please find enclosed LBI certificates of ownership, as previously referenced on the claim form.

Please note that Ms. Costello is a woman in her 90's and we believe we have been unfairly treated with this unsubstantiated dismissal. We will work diligently to ensure that Ms. Costello is not taken advantaged of in this financial transaction.

Kindly reconsider your decision and include our claim in the proceeds from the LBI liquidation. Please confirm at your earliest convenience.

(Costello, H.  Acct # 14396431-0; 000319194)

Regards,

*Helen M Costello*

Helen Costello
Enclosure (1)

cc: Hughes Hubbard & Reed LLP
    One Battery Park Plaza
    New York, NY 10004

RECEIVED OCT 29 2009 U.S. BANKRUPTCY COURT















CAPITAL STOCK — THE LEHMAN CORPORATION — CAPITAL STOCK

INCORPORATED UNDER THE LAWS OF THE STATE OF MARYLAND

NUMBER AB 439972

CERTIFICATE FOR NOT MORE THAN 100,000 SHARES

COUNTERSIGNED AND REGISTERED:
THE BANK OF NEW YORK,
(NEW YORK)
TRANSFER AGENT AND REGISTRAR,
BY
AUTHORIZED SIGNATURE.

000315194 95477 10 8

This Certifies that

HELEN M COSTELLO
1130 MADEIRA SE #402
ALBUQUERQUE NM 87108-4672

is the owner of **SIX**

FULL-PAID AND NON-ASSESSABLE SHARES OF THE PAR VALUE OF ONE DOLLAR ($1.00) EACH OF THE CAPITAL STOCK OF

The Lehman Corporation

NAME CHANGED TO SALOMON BROTHERS FUND INC

Dated DEC 27, 1996

SECRETARY
CHAIRMAN OF THE BOARD

















