
# PricewaterhouseCoopers

PwC International Assignment
Services (Hong Kong) Ltd.
21/F, Edinburgh Tower
15 Queen's Road
Central, Hong Kong
Telephone (852) 2289 8888
Facsimile (852) 2810 9888
www.pwcias.com

**BY REGISTERED MAIL**

Clerk of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

28 October 2009

Our ref: JTYS.MK/02028936.D151
Claim #: 800003874

RECEIVED NOV - 5 2009 U.S. BANKRUPTCY COURT, SDNY

## OPPOSITION TO NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

Dear Sir / Madam

We refer to the notice of trustee's determination of claim dated 28 September 2009 by James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc. We disagree with the Trustee's denial of our claim and hereby file a written opposition to uphold our claim.

Please note that PricewaterhouseCoopers (PwC) was engaged by Lehman Brothers Inc ("LBI") for the provision of tax preparation services for LBI employees. To substantiate our claim, we have enclosed a copy of the debit note issued to LBI detailing the tax services rendered.

We look forward to your favourable reply and shall be pleased to provide any further information you may require.

Should you have any questions, please do not hesitate to contact me at (852) 2289-5515 or by email at judith.ty.shun@hk.pwc.com.

Yours faithfully
For and on behalf of
PwC International Assignment Services (Hong Kong) Ltd

Judith Shun
Senior Manager

Enclosures

James W. Giddens
Trustee for the SIPA Liquidation of Lehman Brothers Inc.
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

*In re* Lehman Brothers Inc.

Case No. 08-01420 (JMP) SIPA

NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

September 28, 2009

**VIA UPS OVERNIGHT**

PRICEWATERHOUSE COOPERS
21 ST FLOOR EDINBURGH TOWER
15 QUEEN'S ROAD
CENTRAL
HONG KONG

    Re: Claim Number(s): 800003874

Dear Claimant:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of Lehman Brothers Inc. ("LBI") is being conducted by James W. Giddens, Trustee (the "Trustee") under the Securities Investor Protection Act of 1970, as amended ("SIPA") pursuant to an order entered on September 19, 2008 by the United States District Court for the Southern District of New York. You have submitted the above-referenced claim(s) (the "Claim") as a customer claim in this proceeding. This Notice is applicable only to the claim(s) and/or accounts identified above. If you filed other claims, additional notices will be issued.

The Trustee has made the following determination regarding your Claim:

Your Claim is DENIED. Your Claim included no evidence indicating you had any relationship with LBI. Furthermore, our research does not indicate that the cash and/or securities you claimed were held in a customer account with LBI.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge James M. Peck, you MUST file your written opposition, setting forth (i) the claim number; (ii) a detailed statement of the reasons for your objection to the Trustee's determination; (iii) copies of any document or other writing upon which you rely; and (iv) mailing, phone, and email contact information, with the United States Bankruptcy Court and the Trustee within THIRTY DAYS of the date of this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must file your opposition in accordance with the above procedure electronically with the Court on the docket of *In re* Lehman Brothers Inc., Case No. 08-01420 (JMP) SIPA in accordance with General Order M-242 (available at www.nysb.uscourts.gov/orders/orders2.html) by registered users of the Court's case filing system and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format.

If you do not have means to file your opposition electronically, you may mail your opposition to:

>Clerk of the United States Bankruptcy Court
>Southern District of New York
>One Bowling Green
>New York, New York 10004

**PLEASE TAKE FURTHER NOTICE:** You must serve your opposition upon the Trustee's counsel by mailing a copy to:

>Hughes Hubbard & Reed LLP
>One Battery Park Plaza
>New York, NY 10004
>Attn: LBI Hearing Request

>Attorneys for James W. Giddens, Trustee for
>the SIPA Liquidation of Lehman Brothers Inc.

Very Truly Yours,

James W. Giddens
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.

# CUSTOMER CLAIM FORM LEHMAN BROTHERS INC. FILING CONFIRMATION

Your customer claim form in the SIPA liquidation of Lehman Brothers Inc. was successfully filed on 5/21/2009 5:19 AM Please print this page as proof of your filing.

| Claim Number |
|---|
| 800003874 |

| First Name | Middle Initial | Last Name |
|---|---|---|
|  |  |  |

| Business Name | Representative Name |
|---|---|
| PRICEWATERHOUSE COOPERS |  |

| Mailing Address |
|---|
| 21 ST FLOOR EDINBURGH TOWER |
| 15 QUEEN'S ROAD CENTRAL |

| City | State | Zip Code |
|---|---|---|
| hong kong |  |  |

## Item 1

| LBI owes me a credit or cash in the amount of: |
|---|
| 34665.0000 |

| I owe LBI a debit or cash in the amount of: |
|---|
| 0.0000 |

| Debit balance to be paid: |
|---|
| 0.0000 |

## Item 2

| LBI owes me securities: |
|---|
| No |

| I owe LBI securities: |
|---|
| No |

## Item 3

| claim based on a commodity futures account: |
|---|
| No |

| Amount of Claim: |
|---|
| $0.00 |

| Basis for Claim: |
|---|
|  |

| Claim has been estimated: |
|---|
| No |

## Supporting Documentation

| No documents were attached. |
|---|

### Item 4 - 11

| | |
|---|---|
| 4. Does your claim in any way relate to an entity other than Lehman Brothers Inc. (for example, Lehman Brothers Holdings Inc., or another Lehman subsidiary)? | No |
| 5. Has there been any change in your account since September 19, 2008? | No |
| 6. Are you or were you a party to a repurchase or reverse repurchase agreement, director, officer, partner, shareholder, lender to, or capital contributor of LBI? | No |
| 7. Are you related to, or do you have any business venture with, any of the persons specified in "6" above, or any employee or other person associated in any way with LBI? If so, give name(s). | No |
| 8. Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of LBI? | No |
| 9. Is this claim being filed on behalf of a customer of a broker or dealer or bank? If so, provide documentation with respect to each customer on whose behalf you are claiming. | No |
| 10. Have you ever given any discretionary authority to any person to execute securities transactions with or through LBI on your behalf? Give names, addresses and phone numbers. | No |
| 11. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | No |

**Preparer and Signature Information**

| Full Name: |
| --- |
| |

| Address (line 1): |
| --- |
| |

| Address (line 2): |
| --- |
| |

| City: |
| --- |
| |

| State/Province: |
| --- |
| |

| Country: |
| --- |
| |

| Postal Code: |
| --- |
| |

| Phone Number: |
| --- |
| |

| Email Address: |
| --- |
| |



|  | PwC International Assignment Services (Hong Kong) Ltd |
|---|---|
| MR ROBERT YAN<br>INTERNATIONAL HUMAN RESOURCES<br>LEHMAN BROTHERS, INC<br>1301 AVENUE OF THE AMERICAS, 6TH FLOOR<br>NEW YORK, NY 10019<br>USA | 21st Floor Edinburgh Tower<br>15 Queen's Road Central<br>Hong Kong<br><br>Telephone: (852) 2289 8888<br>Facsimile: (852) 2810 9888 |

                                                      **25 July 2008**
                             **Debit Note Number**     **HKG28671871**
                                                      Debtor: 02028936
                                                              MK/JTYS

**Please quote this Debit Note Number in all correspondence**

## Memorandum of Professional Fees

                                                                                                        **US$**

**Re:    Lehman Brothers**

Our professional tax services rendered to Lehman Brothers' assignees.

                            **(Please see the attached for details)**

|  |  |  |
|---|---|---|
|  | Our fee | 34,665.00 |
| Net Amount |  | 34,665.00 |

**We confirm that the invoice does not relate to any services rendered in the US.**



Lehman Brothers Inc -- New York Office
Attachment to Debit Note Number HKG28671871
Our Ref: JTYS.MK/02028936

|  | HK$ |
|---|---|

**Re:    Lehman Brothers**

Our professional services rendered in:

1. Arrival meetings by our Judith Shun for the following employees:

   - Susan Rice on 17 June 2008.
   - Claire Swindle on 2 June 2008.
   - Spyros Papadakis on 19 June 2008.

   HK$4,000 x 3    12,000

**Mr Arnaudy, Anthony**

2. Preparing 2007 US Individual Income Tax Return (Form 1040).

3. Preparing 2007 New York Part-Year Resident Income Tax Return (Form IT-203).

4. Preparing 2007 TD F 90-22.1 – 2007 Report of Foreign Bank and Financial Accounts.

5. Applying for extension of time to file the above tax returns.

   Items (2) to (5)    32,500

**Mr Burd, Kenneth**

6. Preparing and filing a reply to the New York State Department of Taxation and Finance's letter dated 19 February 2008, re-submitting Form W2 and request the Taxation Department to cancel the incorrect notice and revise its records accordingly by our letter dated 12 March 2008.    4,000

7. Preparing and filing a reply to the New York State Department of Taxation and Finance's letter dated 19 May 2008, re-submitting Form W2 and confirmation letter from employer to substantiate the amount of wages and withholding shown on the tax return and request the Taxation Department to cancel the notice and revise its records accordingly by our letter dated 14 July 2008.    4,000

**Mr Chapman, James**

8. Preparing and filing a reply to the Internal Revenue Service's letter dated 17 December 2007 regarding an incorrect assessment for 2006 US tax return by our letter dated 19 February 2008.    4,000

9. Preparing and filing a reply to the New York State Department of Taxation and Finance's letter dated 14 February 2008 and re-submitting Form W-2 for information by our letter dated 28 February 2008.    4,000

**Miss Choi, Jocelyn**

10. Preparing 2006 US Individual Income Tax Return (Form 1040).



| | | |
|---|---|---:|
| 11. | Preparing 2006 California Resident Income Tax Return (Form 540). | |
| 12. | Applying for extension of time to file the above tax returns. | |
| 13. | Preparing 2006 TD F 90-22.1 – 2007 Report of Foreign Bank and Financial Accounts. | |
| | Items (10) to (13) | 29,500 |
| 14. | Preparing and filing a reply to the Franchise Tax Board's letter dated 21 February 2008 to dispute the incorrect 2006 California tax notice, and re-submitting extension form by our letter dated 11 March 2008. | 4,000 |

**Mr Edington, Eric**

| | | |
|---|---|---:|
| 15. | Preparing 2007 US Individual Income Tax Return (Form 1040). | |
| 16. | Preparing 2007 New York Non-Resident and Part-Year Resident Income Tax Return (Form IT-203). | |
| 17. | Preparing 2008 US Estimated Tax Payment Voucher (Form 1040-ES). | |
| 18. | Preparing 2007 TD F 90-22.1 – 2007 Report of Foreign Bank and Financial Accounts. | |
| 19. | Applying for extension of time to file the above tax returns. | |
| | Items (15) to (19) | 29,500 |

**Mr Glavan, Jeffrey**

| | | |
|---|---|---:|
| 20. | Preparing 2006 US Individual Income Tax Return (Form 1040). | |
| 21. | Preparing 2006 California Nonresident Income Tax Return (Form 540NR). | |
| 22. | Preparing 2006 New York Non- Resident Income Tax Return (Form IT-203). | |
| 23. | Applying for extension of time to file the above tax returns. | |
| 24. | Preparing 2006 TD F 90-22.1 – 2007 Report of Foreign Bank and Financial Accounts. | |
| | Items (20) to (24) | 35,500 |
| 25. | Preparing and filing a reply to Franchise Tax Board's letter dated 14 March 2008 and 7 August 2008 to dispute the additional interest and penalty assessment. | 4,000 |

**Mr Kaye, Patrick**

| | | |
|---|---|---:|
| 26. | Preparing 2007 US Individual Income Tax Return (Form 1040). | |
| 27. | Applying for extension of time to file the above tax return. | |
| 28. | Preparing 2007 TD F 90-22.1 – 2007 Report of Foreign Bank and Financial Accounts. | |
| | Items (26) to (28) | 23,500 |

*If you have any queries please contact JUDITH SHUN on (852) 2289-5515.*
*Your remittance within 30 days is requested.*



**Mr Nam, Dong**

29. Preparing 2007 US Individual Income Tax Return (Form 1040).

30. Preparing 2007 New York Part-Year Resident Income Tax Return (Form IT-203).

31. Preparing 2007 New York Part-Year Resident Income Tax Return (Form IT-203) – Sophia Ahn

32. Applying for extension of time to file the above tax returns.

33. Preparing 2008 US Estimated Tax Payment Voucher (Form 1040-ES).

34. Preparing 2007 TD F 90-22.1 – 2007 Report of Foreign Bank and Financial Accounts.

|  |  |
|---|---:|
| Items (29) to (34) | 35,500 |

**Mr Rubinstein, Marc**

35. Meeting with Mr Mr Rustinstein by our Judith Shun on 11 July 2008.     4,000

36. Preparing 2007 US Individual Income Tax Return (Form 1040).

37. Applying for extension of time to file the above tax return.

38. Preparing 2007 Tax Equalization Calculation.

39. Preparing 2007 TD F 90-22.1 – 2007 Report of Foreign Bank and Financial Accounts.

|  |  |
|---|---:|
| Items (35) to (39) | 23,500 |
| Our fee | 249,500 |
| Disbursements:- Photocopies, postage, courier, fasttax licensing and computer processing charges | 19,150 |
| Total | 268,650 |
| Convert to US$ (HK$@ 7.75) | 34,665 |

**(UNITED STATES DOLLARS THIRTY FOUR THOUSAND SIX HUNDRED AND SIXTY FIVE ONLY)**

*If you have any queries please contact JUDITH SHUN on (852) 2289-5515.*
*Your remittance within 30 days is requested.*



Debit Note Number     **HKG28671871**
Debtor: 02028936
MK/JTYS

**Please quote this Debit Note Number in all correspondence**

Date     25 July 2008
**Total**     **US$ 34,665.00**

## Remittance Advice

Please return with cheque to:

PwC International Assignment Services (Hong Kong) Ltd
21st Floor Edinburgh Tower
15 Queen's Road Central
Hong Kong

If making payment by direct deposit, details of the bank account are as follows:

US$ Account
Account Name:    PwC International Assignment Services (Hong Kong) Limited
Bank:    Standard Chartered Bank (Hong Kong) Limited
Branch:    4-4A Des Voeux Road, Central, Hong Kong
Account No:    447-0672848-6
Swift Code:    SCBLHKHH

When making payment by direct deposit, please either:

- Fax a copy of the remittance advice to PwC Accounts Receivable on (852) 2526 9549; or

- E-mail the details of payment (debit note number and amount) to HKFinanceAR@hk.pwc.com; or

- Telephone PwC Accounts Receivable on (852) 2289 8888

*If you have any queries please contact JUDITH SHUN on (852) 2289-5515.*
*Your remittance within 30 days is requested.*