Alex R. Rovira.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

Counsel for Canpartners Investments IV, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
| | : | |
|---|---|---|
| In re: | : | SIPA Liquidation |
| | : | |
| Lehman Brothers Inc., | : | Case No. 08-01420 (JMP) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

---------------------------------------------------------------

## AFFIDAVIT OF SERVICE

| STATE OF NEW YORK | ) | |
|---|---|---|
| | ) | s.s.: |
| COUNTY OF NEW YORK | ) | |

    1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

    2. On October 27, 2009 I caused to be served true and correct copy of CANPARTNERS INVESTMENTS IV, LLC OBJECTION AND RESERVATION OF RIGHTS TO THE TRUSTEE'S DETERMINATION OF CLAIM, by email and by first class mail, postage prepaid upon James W. Giddens, Esq. (giddens@hugheshubbard.com), Jeffrey S. Margolin, Esq, (margolin@hugheshubbard.com) and Joseph LoPiccolo, Esq.

NY1 7151347v.1

(lopiccol@hugheshubbard.com) at Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004.

                                                /s/ Eileen A. McDonnell
                                                EILEEN A. MCDONNELL

Sworn to before me this
9th day of November 2009

/s/Liisi Vanaselja
Notary Public, State of New York
No. 01VA6060880
Qualified in Queens County
Commission Expires 06/25/2011