Harold S. Novikoff
Amy R. Wolf
Grant R. Mainland
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52 Street
New York, New York 10019
(212) 403-1000

Attorneys for JPMorgan Chase Bank, N.A.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   Case No. 08-13555 (JMP)
                                                            :
               Debtors.                   :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
                                                            :
In re:                                                      :   SIPA Proceeding
                                                            :
LEHMAN BROTHERS INC.,                                       :   Case No. 08-01420 (JMP)
                                                            :
               Debtor.                    :
                                                            :
------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER
BETWEEN THE DEBTORS, TRUSTEE, CREDITORS' COMMITTEE,
BARCLAYS CAPITAL INC. AND JPMORGAN CHASE BANK, N.A.**

PLEASE TAKE NOTICE that the undersigned will present the attached Stipulation and

Order Between the Debtors, Trustee, Creditors' Committee, Barclays Capital Inc. and JPMorgan

Chase Bank, N.A. to the Honorable James M. Peck, United States Bankruptcy Judge, for signa-

ture on December 11, 2009, at 12:00 p.m.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the proposed Stipulation and Order must be made in writing and received by the Bankruptcy Judge's chambers and by the undersigned not later than 11:30 a.m. on December 11, 2009. Unless objections are received by that time, the proposed Stipulation and Order may be signed.

Dated: December 7, 2009
New York, New York

                                          Respectfully submitted,

                                          By:        s/ Amy R. Wolf
                                                       Harold S. Novikoff
                                                       Amy R. Wolf
                                                       Grant R. Mainland

                                        WACHTELL, LIPTON, ROSEN & KATZ
                                        51 West 52 Street
                                        New York, New York 10019
                                        (212) 403-1000

                                        Attorneys for JPMorgan Chase Bank, N.A.