James B. Kobak, Jr.
David W. Wiltenburg
Christopher K. Kiplok
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------x
:
**In re**                                                                       :
:          **Case No.**
**LEHMAN BROTHERS INC.,**                                                       :
:          **08-01420 (JMP) (SIPA)**
**Debtor.**                            :
:
------------------------------------------------------------------------------x

**NOTICE OF <u>AMENDED</u> AGENDA OF MATTERS**
**<u>SCHEDULED FOR HEARING ON FEBRUARY 25, 2010 AT 11:00 A.M.</u>**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable, James
M. Peck, United States Bankruptcy Judge, **<u>Room 601</u>**, One Bowling
Green, New York, NY 10004-1408.

**Note Change in Time of Hearing from 10:00 a.m. to 11:00 a.m.**

## I.  UNCONTESTED MATTERS

1.  Motion for Order Approving Trustee's Allocation of Property of the Estate **[Docket No. 1866]**

    Responses Received:

    A.  SEC's Memorandum of Law in Support of the Motion **[Docket No. 2329]**

    B.  Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Motion for Order Approving Trustee's Allocation of Property of the Estate **[Docket No. 2688**]

    Related Documents:

    C.  Affidavit of Daniel McIsaac in Support of the Motion **[Docket No. 1867]**

    D.  Declaration of Kenneth M. Katz in Support of the Motion **[Docket No. 1868]**

    E.  Notice of Filing of Exhibit 40 to Affidavit of Daniel McIsaac **[Docket No. 1958]**

    F.  Notice of Revised Proposed Order Approving the Motion **[Docket No. 2065]**

    G.  Notice of Further Revised Proposed Order Approving the Motion **[Docket No. 2330]**

    H.  Scheduling Order of 1/5/2010 Regarding the Motion **[Docket No. 2454]**

    I.  Notice of Evidentiary Hearing on the Motion **[Docket No. 2463]**

    J.  Trustee's Statement on Designation of Evidence Expected to be Offered at the Hearing on the Motion **[Docket No. 2528]**

    K.  Supplemental Affidavit of Daniel McIsaac in Further Support of Motion **[Docket No. 2676]**

    L.  Trustee's Supplemental Designation of Evidence Expected to be Offered at the Hearing on the Motion **[Docket No. 2677]**

    M.  Notice of Revised Proposed Order Approving Trustee's Allocation of Property of the Estate **[Docket No. 2684**]

N.      Statement in Further Support of the Motion for Order Approving Trustee's Allocation of Property of the Estate, and in Support of the Revised Proposed Order Submitted in Connection Herewith [**Docket No. 2696**]

O.      Statement of Ad Hoc Group of Lehman Brothers Creditors in Support of the Revised Proposed Order Submitted in Connection with the Statement in Further Support of the Trustee's Allocation of Property of the Estate [**Docket No. 2716**]

Status: This matter is going forward.

II.    **CONTESTED MATTERS**

2.      Trustee's Motion for an Order Upholding the Trustee's Determination Regarding Claim of Fifth Third Structured Large Cap Plus (Claim No. 800002708) and Expunging Objection with Respect to that Determination **[Docket Nos. 2131, 2132]**

Responses Received:

A.      Fifth Third's Motion For Summary Judgment and Statement of Material Facts Not in Dispute and accompanying Memorandum of Law **[Docket Nos. 2471, 2472]**

B.      SIPC's Memorandum of Law and Declaration of Kenneth J. Caputo in Support of the Motion **[Docket Nos. 2128, 2129]**

Related Documents:

C.      Scheduling Order of 11/5/2009 regarding the Briefing Schedule **[Docket No. 2044]**

D.      So Ordered Stipulation of Facts Signed on 11/5/2009 Between Fifth Third Structured Large Cap Plus Fund and the SIPA Trustee **[Docket No. 2045]**

E.      Trustee's Reply in Further Support of the Motion **[Docket No. 2539]**

F.      SIPC's Reply in Further Support of the Motion **[Docket No. 2543]**

G.      Notice of Hearing on the Motion **[Docket No. 2540]**

Status:  This matter is going forward.

3.     Trustee and SIPC's Joint Motion For Entry of An Order Striking Fifth Third Structured Large Cap Plus Fund's January 6, 2010 Motion for Summary Judgment **[Docket No. 2541]**

Response Deadline:     February 18, 2010 at 4:00 p.m.

Responses Received:

      A.     Fifth Third Structured Large Cap Plus Fund's Opposition to the Motion **[Docket No. 2675]**

Related Documents:     None.

Status: This matter is going forward.

Dated:  February 24, 2010
New York, New York

             /s/ Christopher K. Kiplok
             James B. Kobak, Jr.
             David W. Wiltenburg
             Christopher K. Kiplok

             HUGHES HUBBARD & REED LLP
             One Battery Park Plaza
             New York, New York 10004
             Telephone: (212) 837-6000
             Facsimile: (212) 422-4726

             Attorneys for James W. Giddens, Trustee for
             the SIPA Liquidation of Lehman Brothers Inc.