# UNITED STATES BANKRUPTCY COURT
SOUTHERN **DISTRICT OF** NEW YORK

| In re: | § | |
|---|---|---|
| | § | |
| BB LIQUIDATING, INC. | § | Case No. 10-14997 CGM |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 11 of the United States Bankruptcy Code was filed on 09/23/2010 . The case was converted to one under Chapter 7 on 07/16/2013 . The undersigned trustee was appointed on 07/22/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                           $        2,700,959.26

         Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 32,821.46 |
| Bank service fees | 75,192.83 |
| Other payments to creditors | 2,149,834.22 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

         Leaving a balance on hand of[1]              $          443,110.75

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  11/26/2014  and the deadline for filing governmental claims was  03/22/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 104,278.78 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 104,278.78 , for a total compensation of $ 104,278.78 [2] .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 52.28 , for total expenses of $ 52.28 [2] .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 10/06/2016                         By:/s/ROBERT L. GELTZER
                                              Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

Case No:  10-14997  CGM  Judge: CECELIA G. MORRIS
Case Name:  BB LIQUIDATING, INC.

For Period Ending:  10/06/16

Trustee Name:  ROBERT L. GELTZER
Date Filed (f) or Converted (c):  07/16/13 (c)
341(a) Meeting Date:  08/27/13
Claims Bar Date:  11/26/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DEPOSITS | 7,155.00 | 7,155.00 | | 0.00 | FA |
| 2. INTERESTS IN INSURANCE POLICIES | Unknown | 0.00 | | 0.00 | FA |
|     SEE ATTACHED RIDER (TO SCHEDULES) | | | | | |
| 3. 100% OWNERSHIP INTEREST IN MOVIELINK, LLC | Unknown | 0.00 | | 0.00 | FA |
| 4. FURNITURE AND FIXTURES | 23,172.00 | 23,172.00 | | 0.00 | FA |
| 5. MACHINERY AND EQUIPMENT | 71,142.00 | 71,142.00 | | 0.00 | FA |
| 6. LEASEHOLD IMPROVEMENTS | 9,024.00 | 9,024.00 | | 0.00 | FA |
| 7. DIP FUNDS (u) | 0.00 | 187,504.89 | | 654,640.22 | FA |
| 8. CAPTIAL CREDITS (u) | Unknown | 0.00 | | 1,047.85 | FA |
| 9. RECEIVABLES (u) | 0.00 | 0.00 | | 250.52 | FA |
| 10. NATIONAL LITIGATION (u) | 0.00 | 0.00 | | 266.64 | FA |
| 11. CASH (u) | 0.00 | 0.00 | | 1.00 | FA |
| 12. REFUNDS (u) | Unknown | 0.00 | | 472,530.98 | FA |
| 13. RETURN OF SECURITY DEPOSITS (u) | Unknown | 0.00 | | 1,443,382.24 | FA |
|     FROM SURETY - TRAVELERS | | | | | |
| 14. UNCLAIMED PROPERTY (u) | 0.00 | 0.00 | | 128,839.81 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $110,493.00  $297,997.89  $2,700,959.26  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/15    Current Projected Date of Final Report (TFR): 09/30/16

Page:   1

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No:     10-14997 -CGM
Case Name:   BB LIQUIDATING, INC.

Trustee Name:     ROBERT L. GELTZER
Bank Name:        Union Bank
Account Number / CD #:     *******4752  Checking - Non Interest

Taxpayer ID No:  *******5102
For Period Ending:  10/06/16

Blanket Bond (per case limit):   $ 68,010,465.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/12/13 | 7 | BB LIQUIDATING INC. DISBURSEMENTS C/O KURTZMAN CARSON CONSULTANTS LLC 2335 ALASKA AVENUE EL SEGUNDO, CA  90245 | TURNOVER OF A DIP ACCOUNT | 1229-000 | 187,504.89 | | 187,504.89 |
| 08/26/13 | 7 | BANK OF AMERICA, N.A. PHOENIX, ARIZONA DEPOSIT SERVICES 318-0005594 | TURNOVER OF A DIP ACCOUNT | 1229-000 | 467,126.62 | | 654,631.51 |
| 08/26/13 | 8 | MCAC MID-CAROLINA ELECTRIC COOPERATIVE | CAPITAL CREDITS | 1290-000 | 1,047.85 | | 655,679.36 |
| 09/17/13 | 10 | THE NORYCH GROUP, INC. NATIONAL LITIGATION 210 N. UNIVERSITY DR STE 802 CORAL SPRINGS, FL  33065 | DISTRIBUTIONS | 1249-000 | 33.33 | | 655,712.69 |
| 09/17/13 | 10 | THE NORYCH GROUP, INC. NATIONAL LITIGATION 210 N. UNIVERSITY DR STE 802 CORAL SPRINGS, FL  33065 | DISTRIBUTIONS | 1249-000 | 233.31 | | 655,946.00 |
| 09/17/13 | 9 | MINNESOTA ENERGY RESOURCES CORP. ACCOUNTS PAYABLE BUSINESS SUPPORT PO BOX 19800 GREEN BAY, WI  54307-9004 | RECEIVABLE | 1221-000 | 21.99 | | 655,967.99 |
| 09/18/13 | 11 | CASH SERIAL NO. G44509305B | CASH | 1290-000 | 1.00 | | 655,968.99 |
| 09/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 260.59 | 655,708.40 |
| 09/30/13 | 9 | BANK OF AMERICA, N.A. PHOENIX, ARIZONA DEPOSIT SERVICES | RECEIVABLES | 1221-000 | 228.53 | | 655,936.93 |
| 10/11/13 | 001001 | KURTZMAN CARSON CONSULTANTS LLC | NOTICING COSTS | 2990-000 | | 1,225.79 | 654,711.14 |

Page Subtotals     656,197.52     1,486.38

LFORM24

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Ver: 19.06a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-14997 -CGM |
| Case Name: | BB LIQUIDATING, INC. |

| Taxpayer ID No: | *******5102 |
| For Period Ending: | 10/06/16 |

| Trustee Name: | ROBERT L. GELTZER |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******4752  Checking - Non Interest |

| Blanket Bond (per case limit): | $ 68,010,465.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 2335 ALASKA AVENUE | | | | | |
| | | EL SEGUNDO, CA  90245 | | | | | |
| 10/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 943.20 | 653,767.94 |
| 11/22/13 | 001002 | MYC & ASSOCIATES, INC. | STORAGE CHARGE | 2410-000 | | 145.80 | 653,622.14 |
| | | 1110 SOUTH AVENUE, SUITE 61 | FOR THE PERIOD 10/1/13-12/1/13 | | | | |
| | | STATEN ISLAND, NY  10314 | INVOICE #812 | | | | |
| 11/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 974.36 | 652,647.78 |
| 12/19/13 | 12 | CITY OF PHILADELPHIA | REFUND | 1290-000 | 10,736.23 | | 663,384.01 |
| | | PHILADELPHIA, PA | | | | | |
| 12/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 940.07 | 662,443.94 |
| 01/23/14 | 7 | WEIL GOTHSAL AND MANGES | TURNOVER OF DIP FUNDS | 1229-000 | 8.71 | | 662,452.65 |
| 01/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 975.96 | 661,476.69 |
| 02/19/14 | 001003 | CORPORATION SERVICE COMPANY | INVOICE NO. 7481157 | 2990-000 | | 154.05 | 661,322.64 |
| | | P.O. BOX 13397 | | | | | |
| | | PHILADELPHIA, PA  19101 | | | | | |
| 02/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 984.36 | 660,338.28 |
| 03/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 887.81 | 659,450.47 |
| 04/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 981.16 | 658,469.31 |
| 05/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 948.24 | 657,521.07 |
| 05/29/14 | 12 | MCEC | CAPITAL CREDITS | 1290-000 | 686.33 | | 658,207.40 |
| | | MIDCAROLINA ELECTRIC COOPERATIVE | | | | | |
| 06/13/14 | 001004 | INTERNATIONAL SURETIES, LTD. | BOND DISBURSEMENT | 2300-000 | | 377.34 | 657,830.06 |
| | | SUITE 420 | Bond # 016030120 | | | | |
| | | 701 POYDRAS STREET | Term: 06/19/14 to 06/19/15 | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/23/14 | 001005 | INTERNATION EQUITY RESEARCH CORP. | PER COURT ORDER | 2990-000 | | 1,073.62 | 656,756.44 |
| | | | DATED JUNE 20, 2014 | | | | |
| 06/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 978.52 | 655,777.92 |
| 07/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 946.31 | 654,831.61 |

Page Subtotals    11,431.27    11,310.80

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Ver: 19.06a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-14997  -CGM | |
| Case Name: | BB LIQUIDATING, INC. | |

| | |
|---|---|
| Trustee Name: | ROBERT L. GELTZER |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******4752  Checking - Non Interest |

| | |
|---|---|
| Taxpayer ID No: | *******5102 |
| For Period Ending: | 10/06/16 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 68,010,465.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/28/14 | 001006 | MYC & ASSOCIATES, INC. 1110 SOUTH AVENUE, SUITE 61 STATEN ISLAND, NY  10314 | STORAGE CHARGE FOR THE PERIOD THROUGH 8/1/14 INVOICE #965 | 2410-000 | | 583.20 | 654,248.41 |
| 08/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 975.91 | 653,272.50 |
| 09/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 973.32 | 652,299.18 |
| 10/06/14 | 12 | STATE OF CALIFORNIA | REFUND | 1224-000 | 459,400.00 | | 1,111,699.18 |
| 10/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 939.36 | 1,110,759.82 |
| 10/28/14 | 001007 | JP&R ADVERTISING 305 BROADWAY, ROOM 200 NEW YORK, NEW YORK  1007 | BAR DATE PUBLICATION | 2990-000 | | 6,625.00 | 1,104,134.82 |
| 11/24/14 | 13 | TRAVELERS CASUALTY AND SURETY CO. | TURNOVER OF ESTATE PROPERTY | 1290-000 | 695,148.67 | | 1,799,283.49 |
| 11/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,497.91 | 1,797,785.58 |
| 12/26/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 1,921.63 | 1,795,863.95 |
| 01/16/15 | 13 | TRAVELERS | TURNOVER OF ESTATE PROPERTY | 1290-000 | 61,157.57 | | 1,857,021.52 |
| 01/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,671.50 | 1,854,350.02 |
| 02/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,703.61 | 1,851,646.41 |
| 03/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,488.88 | 1,849,157.53 |
| 03/27/15 | 14 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | TURNOVER OF ESTATE PROPERTY | 1290-000 | 99,255.60 | | 1,948,413.13 |
| 03/27/15 | 14 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | TURNOVER OF ESTATE PROPERTY | 1290-000 | 29,584.21 | | 1,977,997.34 |
| 04/07/15 | 12 | MCEC MIDCAROLINA ELECTRIC COOPERATIVE | CAPITAL CREDITS | 1290-000 | 316.95 | | 1,978,314.29 |
| 04/08/15 | 001008 | MYC & ASSOCIATES, INC. 1110 SOUTH AVENUE, SUITE 61 STATEN ISLAND, NY  10314 | STORAGE CHARGE FOR THE PERIOD THROUGH 5/1/15 INVOICE #1111 | 2410-000 | | 656.10 | 1,977,658.19 |
| 04/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,763.62 | 1,974,894.57 |
| 05/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,844.41 | 1,972,050.16 |
| 06/22/15 | 001009 | INTERNATIONAL SURETIES, LTD. | BOND DISBURSEMENT | 2300-000 | | 923.82 | 1,971,126.34 |

| | | |
|---|---|---|
| Page Subtotals | 1,344,863.00 | 28,568.27 |

LFORM24

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Ver: 19.06a

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-14997 -CGM | Trustee Name: | ROBERT L. GELTZER |
| Case Name: | BB LIQUIDATING, INC. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******4752  Checking - Non Interest |
| Taxpayer ID No: | *******5102 | | |
| For Period Ending: | 10/06/16 | Blanket Bond (per case limit): | $ 68,010,465.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 420 | #016030120 | | | | |
| | | 701 POYDRAS STREET | Term: 6/19/15 to 6/19/16 | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,934.47 | 1,968,191.87 |
| 07/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,835.62 | 1,965,356.25 |
| 07/28/15 | 12 | SPRINT | REFUND | 1290-000 | 222.56 | | 1,965,578.81 |
| | | PO BOX 63670 | | | | | |
| | | PHOENIX, AZ  85082 | | | | | |
| 08/20/15 | 13 | TRAVELERS CASUALTY AND SURETY CO. | TURNOVER OF ESTATE PROPERTY | 1290-000 | 687,076.00 | | 2,652,654.81 |
| 08/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,924.68 | 2,649,730.13 |
| 09/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,414.59 | 2,646,315.54 |
| 10/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,810.27 | 2,642,505.27 |
| 10/29/15 | 001010 | MYC & ASSOCIATES, INC. | STORAGE CHARGE | 2410-000 | | 437.40 | 2,642,067.87 |
| | | 1110 SOUTH AVENUE, SUITE 61 | FOR THE PERIOD THROUGH 11/1/15 | | | | |
| | | STATEN ISLAND, NY  10314 | INVOICE #1203 | | | | |
| 11/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,932.13 | 2,638,135.74 |
| 12/28/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,799.12 | 2,634,336.62 |
| 01/05/16 | 12 | SEDGWICK CLAIMS MANAGEMENT | REFUND | 1290-000 | 522.70 | | 2,634,859.32 |
| | | SERVICES, INC. | | | | | |
| | | 1100 RIDGEWAY LOOP ROAD | | | | | |
| | | MEMPHIS, TN  38120 | | | | | |
| 01/05/16 | 12 | SEDGWICK CLAIMS MANAGEMENT | REFUND | 1290-000 | 141.66 | | 2,635,000.98 |
| | | SERVICES, INC. | | | | | |
| | | 1100 RIDGEWAY LOOP ROAD | | | | | |
| | | MEMPHIS, TN  38120 | | | | | |
| 01/05/16 | 12 | SEDGWICK CLAIMS MANAGEMENT | REFUND | 1290-000 | 56.67 | | 2,635,057.65 |
| | | SERVICES, INC. | | | | | |
| | | 1100 RIDGEWAY LOOP ROAD | | | | | |
| | | MEMPHIS, TN  38120 | | | | | |

|  | | | | | Page Subtotals | 688,019.59 | 24,088.28 |

Ver: 19.06a

LFORM24

Page:    5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-14997 -CGM | | Trustee Name: | ROBERT L. GELTZER |
| Case Name: | BB LIQUIDATING, INC. | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******4752  Checking - Non Interest |
| Taxpayer ID No: | *******5102 | | | |
| For Period Ending: | 10/06/16 | | Blanket Bond (per case limit): | $ 68,010,465.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 01/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,920.34 | 2,631,137.31 |
| | 02/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,904.30 | 2,627,233.01 |
| | 03/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,647.43 | 2,623,585.58 |
| | 04/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,892.97 | 2,619,692.61 |
| | 05/13/16 | 001011 | ALLIANCE ENTERTAINMENT, LLC | PER COURT ORDER | 6990-000 | | 17,908.39 | 2,601,784.22 |
| | 05/13/16 | 001012 | OFFICE OF THE UNITED STATES TRUSTEE | PER COURT ORDER | 2950-000 | | 1,950.00 | 2,599,834.22 |
| | | | U.S. FEDERAL OFFICE BUILDING | | | | | |
| | | | 201 VARICK STREET, SUITE 1006 | | | | | |
| | | | NEW YORK, NY  10014 | | | | | |
| * | 05/13/16 | 001013 | SENIOR INDENTURE TRUSTEE | PER COURT ORDER | 4210-000 | | 2,149,834.22 | 450,000.00 |
| * | 05/18/16 | 001013 | SENIOR INDENTURE TRUSTEE | PER COURT ORDER | 4210-000 | | -2,149,834.22 | 2,599,834.22 |
| | | | | error on check; to be re-issued | | | | |
| | 05/18/16 | 001014 | U.S. BANK NATIONAL ASSOCIATION, | PER COURT ORDER | 4210-000 | | 2,149,834.22 | 450,000.00 |
| | | | AS INDENTURE TRUSTEE | | | | | |
| | 05/20/16 | 12 | MCEC | CAPITAL CREDITS | 1290-000 | 447.88 | | 450,447.88 |
| | | | MID-CAROLINA ELECTRIC COOPERATIVE, INC. | | | | | |
| | 05/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,762.22 | 446,685.66 |
| | 06/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2,647.88 | 444,037.78 |
| | 06/28/16 | 001015 | INTERNATIONAL SURETIES, LTD. | Bond #016030120 | 2300-000 | | 177.75 | 443,860.03 |
| | | | SUITE 420 | 6/19/16 to 6/19/17 | | | | |
| | | | 701 POYDRAS STREET | | | | | |
| | | | NEW ORLEANS, LA  70139 | | | | | |
| | 07/05/16 | 001016 | MYC & ASSOCIATES, INC. | STORAGE CHARGE | 2410-000 | | 583.20 | 443,276.83 |
| | | | 1110 SOUTH AVENUE, SUITE 61 | FOR THE PERIOD THROUGH JULY 1, 2016 | | | | |
| | | | STATEN ISLAND, NY  10314 | INVOICE #1317 | | | | |
| | 07/20/16 | | UNION BANK | BANK SERVICE FEE REVERSAL | 2600-000 | 1,150.18 | | 444,427.01 |
| * | 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | 658.21 | | 445,085.22 |
| | 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 658.21 | 444,427.01 |

Page Subtotals            2,256.27        2,192,886.91

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 19.06a

Page: 6

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          10-14997  -CGM
Case Name:      BB LIQUIDATING, INC.

Taxpayer ID No:   *******5102
For Period Ending:   10/06/16

Trustee Name:          ROBERT L. GELTZER
Bank Name:             Union Bank
Account Number / CD #:    *******4752  Checking - Non Interest

Blanket Bond (per case limit):   $ 68,010,465.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/17/16 | | Reverses Adjustment IN on 07/25/16 | BANK SERVICE FEE | 2600-000 | -658.21 | | 443,768.80 |
| 08/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 658.05 | 443,110.75 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 2,702,109.44 | 2,258,998.69 | 443,110.75 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 2,702,109.44 | 2,258,998.69 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2,702,109.44 | 2,258,998.69 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - *******4752 | 2,702,109.44 | 2,258,998.69 | 443,110.75 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 2,702,109.44 | 2,258,998.69 | 443,110.75 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          -658.21          658.05

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: October 06, 2016 | |

Case Number: 10-14997  
Debtor Name: BB LIQUIDATING, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3220-00 | SQUIRE PATTON BOGGS (US) LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NEW YORK 10112 | Administrative | | $67.40 | $0.00 | $67.40 |
| 002<br>3210-00 | SQUIRE PATTON BOGGS (US) LLP<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NEW YORK 10112 | Administrative | | $49,797.50 | $0.00 | $49,797.50 |
| 001<br>3220-00 | TARTER KRINSKY & DROGIN LLP<br>1350 BROADWAY<br>NEW YORK, NEW YORK 10018 | Administrative | | $1,287.68 | $0.00 | $1,287.68 |
| 002<br>3210-00 | TARTER KRINSKY & DROGIN LLP<br>1350 BROADWAY<br>NEW YORK, NEW YORK 10018 | Administrative | | $192,541.00 | $0.00 | $192,541.00 |
| 001<br>3420-00 | ANDREW W. PLOTZKER, CPA, LLC<br>59 EAST 54TH STREET, SUITE 61<br>NEW YORK, NEW YORK 10022 | Administrative | | $331.44 | $0.00 | $331.44 |
| 002<br>3410-00 | ANDREW W. PLOTZKER, CPA, LLC<br>59 EAST 54TH STREET, SUITE 61<br>NEW YORK, NEW YORK 10022 | Administrative | | $61,159.50 | $0.00 | $61,159.50 |
| 002<br>3110-00 | LAW OFFICES OF ROBERT L.<br>GELTZER<br>1556 3RD AVENUE, SUITE 505<br>NEW YORK, NEW YORK 10128 | Administrative | | $51,131.00 | $0.00 | $51,131.00 |
| 001<br>3120-00 | LAW OFFICES OF ROBERT L.<br>GELTZER<br>1556 3RD AVENUE, SUITE 505<br>NEW YORK, NEW YORK 10128 | Administrative | | $39.59 | $0.00 | $39.59 |
| 999<br>6990-00 | ALLIANCE ENTERTAINMENT LLC | Administrative | Per Court Order, dated April 21, 2016. | $17,908.39 | $17,908.39 | $0.00 |
| 001<br>2950-00 | OFFICE OF THE UNITED STATES<br>TRUSTEE<br>U.S. FEDERAL OFFICE BUILDING<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NY 10014 | Administrative | Per Court Order, dated April 21, 2016. | $1,950.00 | $1,950.00 | $0.00 |
| 058<br>5800-00 | TOTAL PRIORITY CLAIMS<br>(PER COURT'S DOCKET) | Priority | | $99,567,584.27 | $0.00 | $99,567,584.27 |
| 070<br>7100-00 | TOTAL GENERAL UNSECURED<br>CLAIMS<br>(PER SCHEDULES) | Unsecured | | $486,105,509.97 | $0.00 | $486,105,509.97 |

| | | | EXHIBIT C | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 06, 2016 |

Case Number:   10-14997

Debtor Name:   BB LIQUIDATING, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 050 4210-00 | U S BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE | Secured | Per Court Order, dated April 21, 2016. | $2,149,834.22 | $2,149,834.22 | $0.00 |
| 050 4210-00 | TOTAL SECURED CLAIMS (PER COURT'S DOCKET) | Secured | | $8,731,573,617.22 | $0.00 | $0.00 |
| | Case Totals: | | | $9,319,772,759.18 | $2,169,692.61 | $586,029,449.35 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-14997 CGM
Case Name: BB LIQUIDATING, INC.
Trustee Name: ROBERT L. GELTZER

Balance on hand                                          $           443,110.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | U.S. BANK NATIONAL ASSOCIATION, | $  2,149,834.22 | $  2,149,834.22 | $  2,149,834.22 | $  0.00 |
| | TOTAL SECURED CLAIMS | $  8,731,573,617.22 | $  8,731,573,617.22 | $  0.00 | $  0.00 |

Total to be paid to secured creditors                  $                   0.00

Remaining Balance                                       $           443,110.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ROBERT L. GELTZER | $  104,278.78 | $  0.00 | $  104,278.78 |
| Trustee Expenses: ROBERT L. GELTZER | $  52.28 | $  0.00 | $  52.28 |
| Attorney for Trustee Fees: LAW OFFICES OF ROBERT L. GELTZER | $  51,131.00 | $  0.00 | $  48,596.95 |
| Attorney for Trustee Expenses: LAW OFFICES OF ROBERT L. GELTZER | $  39.59 | $  0.00 | $  39.59 |
| Accountant for Trustee Fees: ANDREW W. PLOTZKER, CPA, LLC | $  61,159.50 | $  0.00 | $  58,128.44 |
| Accountant for Trustee Expenses: ANDREW W. PLOTZKER, CPA, LLC | $  331.44 | $  0.00 | $  331.44 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Fees: OFFICE OF THE UNITED STATES TRUSTEE | $ 1,950.00 | $ 1,950.00 | $ 0.00 |
| Other: SQUIRE PATTON BOGGS (US) LLP | $ 49,797.50 | $ 0.00 | $ 47,329.53 |
| Other: SQUIRE PATTON BOGGS (US) LLP | $ 67.40 | $ 0.00 | $ 67.40 |
| Other: TARTER KRINSKY & DROGIN LLP | $ 192,541.00 | $ 0.00 | $ 182,998.66 |
| Other: TARTER KRINSKY & DROGIN LLP | $ 1,287.68 | $ 0.00 | $ 1,287.68 |

Total to be paid for chapter 7 administrative expenses    $ 443,110.75

Remaining Balance    $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: ALLIANCE ENTERTAINMENT LLC | $ 17,908.39 | $ 17,908.39 | $ 0.00 |

Total to be paid for prior chapter administrative expenses    $ 0.00

Remaining Balance    $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 99,567,584.27  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | TOTAL PRIORITY CLAIMS | $ 99,567,584.27 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors    $ 0.00

Remaining Balance                                       $_____0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 486,105,509.97  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | TOTAL GENERAL UNSECURED CLAIMS | $ 486,105,509.97 | $          0.00 | $          0.00 |

    Total to be paid to timely general unsecured creditors        $_____0.00

    Remaining Balance                                       $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE