**SEWARD & KISSEL LLP**
Ronald L. Cohen (RC 3897)
Justin L. Shearer (JS 1823)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for Claren Road Credit Master Fund, Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) SIPA |

### Certificate of Service

I, Justin L. Shearer, an attorney duly admitted to the bar of the State of New York, hereby certify that on April 9, 2010, I caused a copy of the Objection of Claren Road Credit Master Fund, Ltd. to Trustee's Determination of Claims to be served by first class mail, postage pre-paid upon James W. Giddens, Esq., Trustee for the SIPA Liquidation of Lehman Brothers Inc., c/o Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004.

/S/ Justin L. Shearer____
Justin L. Shearer

SK 25208 0005 1089615