**Hearing Date: November 17, 2011 at 2:00 p.m. (Prevailing Eastern Time)**

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile:  (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) SIPA |

**NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S MOTION FOR
AN ORDER CONFIRMING THE TRUSTEE'S DETERMINATION
OF CLAIMS RELATED TO TBA CONTRACTS**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Trustee's Motion for an Order Confirming the Trustee's Determination of Claims Related to TBA Contracts (the "Motion," ECF No. 4360) filed by James W. Giddens (the "Trustee"), as Trustee for the SIPA liquidation of Lehman Brothers Inc., which was scheduled for October 20, 2011, at 10:00 a.m., **has been adjourned to November 17, 2011, at 2:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the time for the Trustee and any other party-in-interest to file and serve replies in further support of the Motion is hereby extended to **October 27, 2011**.

Dated: New York, New York
October 13, 2011

        HUGHES HUBBARD & REED LLP

        By:  /s/ David W. Wiltenburg
            James B. Kobak, Jr.
            David W. Wiltenburg
            Robert B. Funkhouser
            Anson B. Frelinghuysen
            Eleni D. Theodosiou-Pisanelli
        One Battery Park Plaza
        New York, New York 10004
        Telephone: (212) 837-6000
        Facsimile: (212) 422-4726
        Email: kobak@hugheshubbard.com

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.