UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS INC.,

Debtor.

Case No. 08-01420 (JMP) SIPA

Rel. ECF Nos. 4963 and 4998

**ORDER CONFIRMING THE TRUSTEE'S DETERMINATION OF CLAIMS
RELATED TO SOFT DOLLAR COMMISSION CREDITS**

Upon the Trustee's Motion For An Order Confirming The Trustee's Determination Of Claims Related To Soft Dollar Commission Credits[1] (the "Soft Dollar Motion") dated March 20, 2012 (ECF No. 4963) of James W. Giddens (the "Trustee"), as trustee for the liquidation of Lehman Brothers Inc. ("LBI"), seeking entry of an order confirming the Trustee's Determination denying customer status to claims based on soft dollar commission credit balances and expunging objections thereto, as more fully set forth in the Soft Dollar Motion, the Supplement To Trustee's Motion For An Order Confirming The Trustee's Determination Of Claims Related To Soft Dollar Commission Credits (the "Soft Dollar Supplement") dated March 29, 2012 (ECF No. 4998), the Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Motion for Order Confirming the Trustee's Determination of Claims Related to Soft Dollar Commission Credits dated April 17, 2012 (ECF No. 5030); and the Court having jurisdiction to consider the Soft Dollar Motion and the Soft Dollar Supplement and the relief requested therein in accordance with SIPA § 78eee(b)(4); and due and proper notice of the Soft Dollar Motion and the Soft Dollar

---

1. Capitalized terms not defined herein shall have the meaning ascribed to them in the Soft Dollar Motion.

Supplement having been provided in accordance with the Amended Case Management Order (ECF No. 3466); and it appearing that no other or further notice need be provided; and the Court having held a hearing on May 17, 2012; and based upon the factual findings and legal conclusions set forth in the Court's Memorandum Decision Confirming The Trustee's Determination of Claims Relating to Soft Dollar Commission Credits (the "Memorandum Decision") (ECF No. 5139); and sufficient cause appearing therefor, it is

ORDERED, that the Soft Dollar Motion and the Soft Dollar Supplement are granted in all respects; and it is further

ORDERED, that, in accordance with the Memorandum Decision, claims in this proceeding based on soft dollar commission credit balances are not customer claims within the meaning of SIPA; and it is further

ORDERED, that the Trustee's Determination that the claims for soft dollar commission credit balances listed on Schedule A attached hereto are not customer claims under SIPA are hereby confirmed; and it is further

ORDERED, that the objections corresponding thereto, identified on Schedule A, are hereby disallowed and expunged; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:   New York, New York
         July 16, 2012

                                                    *s/ James M. Peck*
                                                    HONORABLE JAMES M. PECK,
                                                    UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE A

| CLAIM NO. | CLAIMANT | OBJECTION ECF NO. |
|---|---|---|
| 900001815 | BERNSTEIN VALUE EQUITIES | 4998 (Soft Dollar Supplement Ex. B) |
| 900006124 | BLACKROCK FINANCIAL MANAGEMENT INC. | 2389 |
| 900002668<br>A: 900002669 | THE BOSTON COMPANY ASSET MANAGEMENT, LLC | 2111 |
| 900002671<br>D: 900002600 | THE BOSTON COMPANY ASSET MANAGEMENT, LLC | 2111 |
| 900005597<br>D: 900004339<br>A: 900005798 | DUQUESNE CAPITAL MANAGEMENT, L.L.C. | 3043 |
| 800001130 | FAF ADVISORS, INC. | 4964 (Stapleton Decl. Ex. E1) |
| 900001539 | FISHER INVESTMENTS | 2069 |
| 900003218 | GE ASSET MANAGEMENT INC. | 2283 |
| 900005697 | KENWOOD CAPITAL MANAGEMENT LLC | 2385 |
| 900002733 | LOS ANGELES CITY EMPLOYEES' RETIREMENT SYSTEM | 4964 (Stapleton Decl. Ex. E2) |
| 900007145 | OPPENHEIMER CAPITAL INCOME FUND | 2294 |
| 900007147 | OPPENHEIMER EQUITY INCOME FUND | 2296 |
| 900000002<br>A: 900007139 | OPPENHEIMER MAIN STREET FUND | 2434 |
| 900007146 | OPPENHEIMER SMALL & MID CAP VALUE FUND | 2295 |
| 900007144 | OPPENHEIMER MAIN STREET FUND /VA | 2293 |
| 900007142 | OPPENHEIMER MAIN STREET OPPORTUNITY FUND | 2291 |
| 900007141 | OPPENHEIMER MAIN STREET SMALL CAP | 2290 |
| 900000003<br>A: 900007140 | OPPENHEIMER VALUE FUND | 2475 |
| 900007143 | PACIFIC SELECT MAIN STREET CORE PORTFOLIO | 2292 |
| 900003389 | RIVERSOURCE INVESTMENTS LLC | 2386 |
| 900003390 | RIVERSOURCE INVESTMENTS LLC | 2384 |
| 900004583 | SOUND ENERGY PARTNERS, INC. | 2110 |
| 800000349<br>D: 800000562 | WEINTRAUB CAPITAL MANAGEMENT, L.P. | 2405 |