✓ The Honorable James M Peck
One Bowling Green
New York, NY 10004

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: Meaghan C. Gragg, Esq.

Securities Investor Protection Corporation
805 Fifteenth Street, N.W. Suite 800
Washington, D.C. 20005
Attn: Kenneth J. Caputo, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Robert J. Lemons, Esq. and Jacqueline Marcus, Esq.

RECEIVED JUL 2 2 2013 U.S. BANKRUPTCY COURT, SDNY JMP

| | |
|---|---|
| Name of the Bankruptcy Court: | United States Bankruptcy Court Southern District of New York |
| Debtor: | Lehman Brothers Inc. |
| Case No. | 08-01420 (JMP) SIPA |
| Title of Objection: | Notice Of Hearing on Trustee's Ninety-eighth Omnibus Objection to General Creditor Claims |
| Name of Claimant: | Donald A Perata TTEE |
| Description: | Lehman Bros Hldgs Inc. Medium Term Note Due 23 May 2017 ISIN: US52517PY966 Dated Date 23 May 2007 |

**Reason why the claim should not be disallowed:**
This bond was issued by Lehman Brothers, Inc and was purchased through a Lehman Brothers broker. I was told it was secured and was a safe investment. I have received no payment of any kind since the bankruptcy.

**Proof of claim as previously filed.**
**Address and telephone number as previously filed:**
Donald A. Perata, 14144 Perata Court, Saratoga, CA 95070, Tel. (408) 867-1456

Donald Perata
14144 Perata Ct.
Saratoga, CA 95070-5303







The Honorable James M. Peck
One Bowling Green
New York, NY 10004

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE