

805 Mayflower Ct
Middletown
New Jersey 07748

30 August 2013

United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Inc., Debtor.

Case No.  08-01420 (JMP) SIPA

In reply to Notice of hearing on trustee's one hundred twenty-eighth omnibus objection to general creditor claims (non-LBI employee claims)

Claimant: Bornebusch, Marc
805 Mayflower Ct, Middletown, NJ, 07748

Claim number   8001610

The claimant, Marc Bornebusch, opposes the disallowance, expungement, reduction or reclassification of the claim.

Description of the basis for the amount of the claim: claimant was a former employee of Lehman Brothers Inc whose employment was severed by Lehman Brothers.  As part of the severance I was awarded, in accordance to my offer of employment, a period of time for which severance payment would continue to be made. Lehman Brothers Inc. did not make those payments as specified.

The reason for opposing the disallowance, expungement, reduction or reclassification of the claim is that Lehman Brothers Inc. did not make payment detailed in offer and contract of employment.

Copy of my employment contract with Lehman Brothers Inc. has been filed with the original claim.

In case of response please direct to Marc Bornebusch, 805 Mayflower Ct, Middletown, NJ, 07748. Telephone (732) 318 8440.

Marc J Bornebusch

To: Honorable James M. Peck, One Bowling Green, New York, New York, 10004, Courtroom 601
cc: Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York, 10004, Attn:  Meaghan C Gragg, Esq.
Cc: Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington DC 2005, Attn: Kenneth J Caputo, Esq
Cc: Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Maurice Horwitz, Esq. and Lori R Fife, Esq.