**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| In re |
| LEHMAN BROTHERS INC., |
| Debtor. |

Case No. 08-01420 (JMP) SIPA

**ORDER APPROVING FINAL APPLICATION OF BONN STEICHEN & PARTNERS FOR ALLOWANCE OF COMPENSATION FOR SERVICES AND FINAL APPROVAL OF FEES FOR THE PERIOD FROM JANUARY 22, 2013 THROUGH NOVEMBER 30, 2013**

Upon consideration of the final application (the "Application," ECF No. 8024)[1] of Bonn Steichen & Partners ("Bonn Steichen"), as special Luxembourg counsel to James W. Giddens (the "Trustee") as trustee for the liquidation of Lehman Brothers Inc. ("LBI"), for allowance and final approval of compensation for services rendered for the period from January 22, 2013 through November 30, 2013 (the "Compensation Period"), as more fully described in the Application, and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to SIPA § 78eee(b)(4); and venue being proper before this Court pursuant to SIPA § 78eee(a)(3) and 15 U.S.C. § 78aa; and it appearing that due and proper notice of the Application and the relief requested therein having been given in accordance with this Court's Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures and Related Relief, dated July 13, 2010, and no other or further notice need be given; and upon the Recommendation of the Securities Investor Protection Corporation in Support of the Final Application for Compensation of Special Counsel, Bonn Steichen & Partners (ECF No. 8100);

---

1. All capitalized terms not defined herein shall have the meaning given to them in the Application.

and the relief requested in the Application being in the best interests of LBI, its estate, customers and creditors; and the Court having reviewed the Application and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Application is granted to the extent set forth in Schedule A; and it is further

ORDERED that final compensation to Bonn Steichen for professional services incurred during the Compensation Period is allowed and awarded in the amount of $16,047.30 as set forth on Schedule A; and it is further

ORDERED that the Trustee is authorized and directed to pay $16,047.30 in allowed fees for the Application Period as set forth on Schedule A.


Dated:   New York, New York
         January 30, 2014

                                             *s/ James M. Peck*
                                             HONORABLE JAMES M. PECK
                                             UNITED STATES BANKRUPTCY JUDGE

Case No.: 08-01420 (JMP)  **CURRENT FEE PERIOD**  **Schedule A**
Case Name: In re Lehman Brothers Inc.  January 22, 2013 through November 30, 2013

| (1) Applicant | (2) Date/Document Number of Application | (3) Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Bonn Steichen & Partners | 1/8/2014 [8024] | $16,047.30 | $16,047.30 | $16,047.30 | $0.00 | $16,047.30 | $0.00 | $0.00 |

DATE ON WHICH ORDER WAS SIGNED: 1/30/14                    INITIALS: *JMP*, USBJ

Case No.: 08-01420 (JMP) **CUMULATIVE FEE APPLICATION TOTALS** **Schedule B**
Case Name: In re Lehman Brothers Inc.  January 22, 2013 through and Including November 30, 2013

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Bonn Steichen & Partners | $16,047.30 | $16,047.30 | $0.00 | $0.00 |

DATE ON WHICH ORDER WAS SIGNED: 1/30/14         INITIALS: *JMP*, USBJ