UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : |
| LEHMAN BROTHERS HOLDINGS INC. | : Case No. 08-13555 (SCC) |
| | : Chapter 11 Case |
| Debtors | : Jointly Administered |

NOTICE OF CASE REASSIGNMENT

The above-referenced case no. 08-13555, related cases, jointly administered cases and all pending adversary proceedings are  reassigned to Judge Shelley C. Chapman.  Please style all future captions with the appropriate judicial   suffix (SCC).

/s/ Vito Genna
Clerk of Court

Date:    January 31, 2014