James B. Kobak, Jr.
Michael E. Salzman
Christopher K. Kiplok
Sharad J. Khemani
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

*Attorneys for James W. Giddens,*
*Trustee for the SIPA Liquidation of Lehman Brothers Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) SIPA |

**NOTICE OF EXPUNGEMENT OF CERTAIN CUSTOMER CLAIMS PURSUANT TO**
**ORDER ESTABLISHING SUPPLEMENTAL PROCEDURES FOR REMAINING**
**CUSTOMER DISTRIBUTIONS PURSUANT TO SIPA SECTION 78fff-2(b)**

**PLEASE TAKE NOTICE** that on September 19, 2013, an Order Establishing Supplemental Procedures for Remaining Customer Distributions Pursuant to SIPA Section 78fff-2(b) (the "Order") was entered by this Court. That Order provided that any customer listed on Schedule 1 thereto (the "Schedule 1 Customers") that failed to return the Release form, delivery instructions, and/or tax forms requested by the SIPA Trustee in this proceeding so that they are actually received by the Trustee's professionals on or before November 18, 2013, would be deemed to have waived its claim and have its claim expunged without further Order of the Court.

**PLEASE TAKE FURTHER NOTICE** that to date, after due notice, the persons listed on Schedule A hereto have not provided the Trustee's professionals with the documents, described in the Order, necessary to enable the Trustee to distribute property. Accordingly,

62728247_3

pursuant to the Order, each customer listed on Schedule A hereto has waived its claim and such claim shall be expunged without further Order of the Court.

Dated: New York, New York
January 31, 2014

                                    HUGHES HUBBARD & REED LLP

                                    By: /s/ James B. Kobak, Jr.

                                          James B. Kobak, Jr.
                                          Michael E. Salzman
                                          Christopher K. Kiplok
                                          Sharad J. Khemani

                                    One Battery Park Plaza
                                    New York, New York 10004
                                    Telephone: (212) 837-6000
                                    Facsimile: (212) 422-4726
                                    Email: kobak@hugheshubbard.com

                                    *Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.*

62728247_3

| SCHEDULE A CUSTOMERS ||
|---|---|
| **CLAIM #** | **CLAIMANT** |
| 900005933 | 3COM VENTURES INC |
| 900008202 | ABANDONED PROP VS 84023972 |
| 900000455 | ALEX  MAGDICS  AND AND CAROL E MAGDICS  JTWROS |
| 800001247 | AMY P CONZA AND SALVATORE P CONZA |
| 900004903 | ANGELO GORDON & CO LP |
| 900001031 | ARLIE  JONES |
| 900006108 | ASARCO LLC |
| 900002165 | BANESCO HOLDING CA 2 |
| 800001141 | BEECHVALE, INC. |
| 800002254 | BETH JEAN EDENS |
| 800003977 | BLAZE ANN BLYTH |
| 900000591 | BOUEHRA MABROUKI FRANZ AND NOEL J FRANZ |
| 800001524 | BRIAN L LONDON |
| 900001531 | CAROLYN  KOZAK |
| 900000475 | CHERYL  SCHAIRER |
| 800001381 | CHRISTOPHER A SWAIM |
| 900003234 | DAVID SAMRICK GIFT TRUST DTD 2/1/1989 |
| 800001527 | DIANN  LONDON AND BRIAN  LONDON |
| 900003403 | DOMINION RESOURCES INC |
| 900001871 | DOROTHY M BURGESON |
| 900002717 | DYNAMIC DEC'S CAP MGMT LTD A/C DD GROWTH PREMIUM FUND |
| 800002934 | EASTERN BANK |
| 800003502 | ELIZABETH FAGAN PURA |
| 900003181 | ELIZABETH LAIRTUS DEMETRE AND JAMES S DEMETRE JTWROS |
| 800003650 | ERIC F LE SAINT AND SANDRINE M LE SAINT |
| 800001803 | FRANK MARIO ALBANO |
| 900005083 | FROLEY REVY ALTERNATIVE STRATEGIES MASTER FUND |
| 800001326 | FRONTIER OIL CORPORATION |
| 800000609 | GEORGE  USHKOWITZ |
| 800001521 | GERALD  LONDON |
| 900004668 | GPS HIGH YIELD EQUITIES FUND LP |
| 900004569 | GPS INCOME FUND CAYMAN LTD |

| \ | SCHEDULE A CUSTOMERS |
|---|---|
| **CLAIM #** | **CLAIMANT** |
| 900004713 | GPS INCOME FUND LP |
| 900004053 | GPS MLP FD CAYMAN LTD RE GPS |
| 900004720 | GPS NEW EQUITY FUND LP |
| 900002630 | HALEY ME ELLIOT UTMA/CA |
| 800004231 | HCA MASTER RETIREMENT TRUST C/O INVESCO INSTITUTIONAL (N.A.), INC. |
| 900001159 | HORST KARL HONSTETTER |
| 800001272 | JAMES R SCHAEFER |
| 900002014 | JANET  FIALLO  AND AND ROBERT  FIALLO  JTWROS |
| 900000065 | JONES FAMILY TRUST DTD 8/16/90 |
| 800000424 | JOSE  I DE ABIEGA AND ODETTE  DE ABIEGA |
| 800003570 | JOSEPH A KNAPP |
| 800001498 | JUDITH ANN LEVINTHAL |
| 900000530 | JUDY A HILDEBRAND  AND AND BARRY J HILDEBRAND JTWROS |
| 900007578 | JUDY WAI NG |
| 800002710 | KATHLEEN A CARIDEO |
| 800002117 | KENNETH E OLSON |
| 800001279 | KORSANT PARTNERS LLC |
| 800002115 | LARRY S WOLF  EXEC |
| 900006371 | MADISON DEARBORN CAPITAL PARTNERS II LP |
| 800001379 | MARENE CLARKE B MARENE CLARKE BARNETT |
| 800001977 | MARISSA  CAMM |
| 900002278 | MARTIN M KOFFEL |
| 900002275 | MARTIN M KOFFELL |
| 800001291 | MATTHEUS BRUCE CHARL |
| 900006325 | MAUREEN  JOHNSON |
| 900003138 | MERLIN  JONES-ROSE |
| 800004247 | MICHAEL A GRAN |
| 800000918 | MICHAEL WHITE  AND |
| 900000546 | MIGUEL  SALAZAR |
| 800002068 | MINCHUL  JU |
| 900004422 | MULBERRY LTD |
| 900007535 | OLIVER MERABET |
| 900000841 | PATRICIA  VEPROVSKY |
| 800000728 | PAUL N NIGRO |

| SCHEDULE A CUSTOMERS ||
|---|---|
| **CLAIM #** | **CLAIMANT** |
| 800001248 | PERCY A LOPEZ AND DEBORAH A LOPEZ |
| 900003907 | PNC ASSET MGMT GROUP |
| 800003509 | RACHAEL R WILLIAMS AND MARK A WILLIAMS |
| 800002088 | RAFAEL B ULLOA |
| 800003531 | RAYMOND RILEY |
| 800001092 | RICHARD JS DUNCAN |
| 900002629 | RILEY FORBES-ELLIOT UTMA/CA |
| 900002044 | ROBERT MCGEOWN IRA ROLLOVER CUSTODIAN |
| 800002065 | ROBERT TOUFIC JURDI |
| 800000709 | ROMAIN P DUMAS |
| 900000405 | ROMULUS HOLDINGS INC |
| 900005688 | ROSE A STEPHAN AND CHRISTINE M STEPHAN JTTEN |
| 800004279 | SAMUEL GARCIA HENAO |
| 800003704 | SEETHA TAMRAPARNI |
| 900000274 | SINGER CHILDRENS MGMT TRUST DATE OF MAY 29 1998 |
| 900006331 | THOMAS J TRACY |
| 900007195 | THOMAS S ANDERSON |
| 800003703 | TIMOTHY J DURNAN |
| 900002076 | TRACEY MILLER MURRAY |
| 800003624 | TREVOR V. SUSLOW |
| 900002476 | WENDY CHARLES |