UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
In re:                                              :     CHAPTER 11
                                                    :
        LEHMAN BROTHERS, INC.                       :     CASE NO. 08-01420 (SCC) SIPA
                                                    :
                Debtor                              :
-------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS FOR ZEISLER & ZEISLER, P.C.

PLEASE TAKE NOTICE, that Zeisler & Zeisler, PC, counsel for Children's Healthcare

of Atlanta, Inc. in connection with the above-captioned proceeding, has relocated its offices.

Effective immediately, copies of all notices and pleadings given or filed in this case should be

given and served upon the undersigned at the following address:

**ZEISLER & ZEISLER, P.C.**
**10 Middle Street, 15th Floor**
**Bridgeport, CT  06604**

Dated at Bridgeport, Connecticut, this 4th day of February, 2014.

            / s / Jed Horwitt
        Jed Horwitt, Esq.
        ZEISLER & ZEISLER, P.C.
        10 Middle Street, 15th Floor
        Bridgeport, CT 06604
        Telephone: 203-368-4234
        Facsimile: 203-549-0986
        Email: jhorwitt@zeislaw.com