## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br><div align="center">Debtor.</div> | Case No. 08-01420 (JMP) SIPA |

### NOTICE OF APPEAL OF CLAREN ROAD CREDIT MASTER FUND LTD.
### FROM ORDER CONFIRMING THE TRUSTEE'S DETERMINATION OF
### CLAREN ROAD CREDIT MASTER FUND LTD. CUSTOMER CLAIM NO. 900005056

Pursuant to 28 U.S.C. § 158(a)(1) and Federal Rule of Bankruptcy Procedure 8001,

Claren Road Credit Master Fund Ltd. (the "**Appellant**"), a creditor, hereby appeals to the United

States District Court for the Southern District of New York from the order entered by the United

States Bankruptcy Court for the Southern District of New York dated January 31, 2014 entitled

Order Confirming the Trustee's Determination of Claren Road Credit Master Fund Ltd.

Customer Claim No. 900005056 (the "**Subordination Order**") (D.I. 8176).

The names of all parties to the Subordination Order appealed from and the names and

addresses and telephone numbers of their respective attorneys are as follows:

Appellant:              Claren Road Credit Master Fund Ltd.

Counsel for Appellant:  Marshall R. King, Esq.
                        Matthew J. Williams, Esq.
                        Joshua Weisser, Esq.
                        Gibson, Dunn & Crutcher LLP
                        200 Park Avenue
                        New York, New York  10166-0193
                        Telephone:  (212) 351-4000
                        Facsimile:  (212) 351-4035

Appellee:               James W. Giddens, as Trustee for SIPA
                        Liquidation of Lehman Brothers, Inc.

Counsel for Appellee:   James B. Kobak, Jr., Esq.
                        Michael E. Salzman, Esq.
                        Ramsey Chamie, Esq.

Dina R. Hoffer, Esq.
Hughes Hubbard & Reed
One Battery Park Plaza
New York, New York  10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
salzman@hugheshubbard.com

Dated:    New York, New York                    Respectfully submitted,
          February 10, 2014

                                                  /s/ Marshall R. King
                                                Marshall R. King (MK-1642)
                                                Matthew J. Williams (MW-4081)
                                                Joshua Weisser (JW-0185)
                                                **GIBSON, DUNN & CRUTCHER LLP**
                                                200 Park Avenue
                                                New York, New York  10166-0193
                                                Telephone:  (212) 351-4000
                                                Facsimile:  (212) 351-4035

                                                *Attorneys for Appellant*
                                                *Claren Road Credit Master Fund Ltd.*