HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>　　　LEHMAN BROTHERS INC.,<br><br>　　　　　　　　　　　　　Debtor. | Case No.  08-01420 (SCC) SIPA |

**SECOND NOTICE OF RESOLUTION OF TRUSTEE'S ONE HUNDRED
NINETIETH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS
(NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

On January 6, 2014, James W. Giddens (the "Trustee"), as Trustee for the liquidation of the business of Lehman Brothers Inc., filed the One Hundred Ninetieth Omnibus Objection to General Creditor Claims (No Liability Claims) (the "Objection") (ECF No. 8015). The Trustee has resolved the claims listed on Exhibit A annexed hereto pursuant to the Order pursuant to Section 105(a) of the Bankruptcy Code & Bankruptcy Rules 3007 and 9019(b) for Approval of General Creditor Claim Settlement Procedures (ECF No. 5847).  The Objection is now resolved solely with respect to the claims listed on Exhibit A, and there is no need for the Court to adjudicate or otherwise rule on the Objection as to these claims.

Dated: New York, New York
February 10, 2014

        HUGHES HUBBARD & REED LLP

        /s/ Robert B. Funkhouser
        James B. Kobak, Jr.
        Christopher K. Kiplok
        Robert B. Funkhouser
        Meaghan C. Gragg
        One Battery Park Plaza
        New York, New York 10004
        Telephone: (212) 837-6000
        Facsimile: (212) 422-4726
        Email: kobak@hugheshubbard.com

        Attorneys for James W. Giddens,
        Trustee for the SIPA Liquidation of
        Lehman Brothers Inc.

# EXHIBIT A

## Withdrawn Claims Subject to the Trustee's One Hundred Ninetieth Omnibus Objection to General Creditor Claims (No Liability Claims)

| Claimant Name | Claim Number |
|---|---|
| EXTRA SPACE STORAGE, LLC | 5148 |
| ESS PRISA, LLC | 5149 |
| ESS PRISA, III, LLC | 5150 |
| ESS VRS, LLC | 5151 |
| ESS SUSA HOLDINGS, LLC | 5152 |
| INFOSPACE, INC. | 5300 |
| INTERSIL INVESTMENT COMPANY | 7002265 |
| INTERSIL HOLDING GMBH | 7002272 |
| INTERSIL EUROPE SARL | 7002274 |
| XICOR LLC | 7002270 |