HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA |

**NOTICE OF ADJOURNMENT OF HEARING ON**
**TRUSTEE'S OBJECTION TO THE GENERAL CREDITOR**
**PROOF OF CLAIM OF CORNELL COMPANIES INC. (CLAIM NO. 4393)**

**PLEASE TAKE NOTICE** that the hearing regarding the Trustee's Objections to the General Creditor Claim of Cornell Companies Inc. (Claim No. 4393) (the "Objection") [ECF No. 8046] that was scheduled for February 27, 2014, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to March 27, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"). The Hearing on the Objection will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
February 11, 2014

HUGHES HUBBARD & REED LLP

By: /s/ Robert B. Funkhouser
James B. Kobak, Jr.
Christopher K. Kiplok
Robert B. Funkhouser
Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: kobak@hugheshubbard.com

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.