HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>    LEHMAN BROTHERS INC.,<br><br>                            Debtor. | Case No.  08-01420 (SCC) SIPA |

**NOTICE OF WITHDRAWAL OF THE TRUSTEE'S ONE HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS) SOLELY AS TO A CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that James W. Giddens (the "Trustee"), as trustee for the liquidation of the business of Lehman Brothers Inc., is withdrawing without prejudice the One Hundred Eighty-First Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 7956] solely with respect to the claim listed on Exhibit A annexed hereto.  The Trustee has determined that the claim listed on Exhibit A includes sufficient documentation to enable to the Trustee to assess the validity of the claim.  The Trustee reserves his right to object to the claim listed on Exhibit A on any grounds in the future and this Notice of Withdrawal shall in no way constitute a waiver of such right.

Dated: New York, New York
February 12, 2014

                                      HUGHES HUBBARD & REED LLP

                                      By: /s/ Jeffrey S. Margolin
                                      James B. Kobak, Jr.
                                      Christopher K. Kiplok
                                      Jeffrey S. Margolin
                                      Meaghan C. Gragg
                                      One Battery Park Plaza
                                      New York, New York 10004
                                      Telephone:  (212) 837-6000
                                      Facsimile:  (212) 422-4726
                                      Email:  kobak@hugheshubbard.com

                                      Attorneys for James W. Giddens,
                                      Trustee for the SIPA Liquidation of
                                      Lehman Brothers Inc.

# EXHIBIT A

**Claim for Which the Trustee's One Hundred Eighty-First Omnibus Objection to Claims (Insufficient Documentation Claims) Is Withdrawn Without Prejudice:**

| Claimant Name | Claim Number |
|---|---|
| NTGI-QM COLLECTIVE DAILY S&P MID CAP 400 EQUITY INDEX FUND LENDING | 4745 |