HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>　　　LEHMAN BROTHERS INC.,<br><br>　　　　　　　　　　　　　　　Debtor. | Case No.  08-01420 (SCC) SIPA |

**NOTICE OF WITHDRAWAL OF THE TRUSTEE'S ONE HUNDRED EIGHTY-NINTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

　　　　**PLEASE TAKE NOTICE** that James W. Giddens (the "Trustee"), as trustee for the liquidation of the business of Lehman Brothers Inc., is withdrawing without prejudice the One Hundred Eighty-Ninth Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 8014] solely with respect to the claims listed on Exhibit A annexed hereto.  The Trustee reserves his right to object to the claims listed on Exhibit A on any grounds in the future and this Notice of Withdrawal shall in no way constitute a waiver of such right.

Dated: New York, New York
February 12, 2014

                                   HUGHES HUBBARD & REED LLP

By: /s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin
Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
Email:  kobak@hugheshubbard.com

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.

2

## EXHIBIT A

**Claims for Which the Trustee's One Hundred Eighty-Ninth Omnibus Objection to Claims (Insufficient Documentation Claims) Are Withdrawn Without Prejudice:**

| Claimant Name | Claim Number |
|---|---|
| CRAMER, REBEKAH | 7001281 |
| FTN FINANCIAL CAPITAL MARKETS | 4634 |
| GUERRIER, SCOTT | 7000350 |
| MARCUS, DANIEL M. | 7001231 |
| PARRINELLO, AMY R | 7002049 |
| U.S. BANK NATIONAL ASSOCIATION | 7002479 |