HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA |

**NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S ONE HUNDRED
NINETIETH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS
(NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing regarding the Trustee's One Hundred Ninetieth Omnibus Objections to General Creditor Claims (No Liability Claims) (the "Objection") (ECF No. 8015) that was scheduled for February 27, 2014 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to March 27, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"). The Hearing on the Objection will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
February 12, 2014

                        HUGHES HUBBARD & REED LLP

                        By: /s/ Robert B. Funkhouser
                        James B. Kobak, Jr.
                        Christopher K. Kiplok
                        Robert B. Funkhouser
                        Meaghan C. Gragg
                        One Battery Park Plaza
                        New York, New York 10004
                        Telephone: (212) 837-6000
                        Facsimile: (212) 422-4726
                        Email: kobak@hugheshubbard.com

                        Attorneys for James W. Giddens,
                        Trustee for the SIPA Liquidation of
                        Lehman Brothers Inc.

## EXHIBIT A

**Claims for Which the Trustee's One Hundred Ninetieth Omnibus Objection to General Creditor Claims (No Liability Claims) is Adjourned**

| Claimant | Claim No. |
|---|---|
| 4KIDS ENTERTAINMENT, INC. | 4302 |
| NORTHGATE MINERALS CORP. | 4314 |
| AMERICAN SIGNATURE, INC. | 3247 |
| SEI, INC. | 3246 |
| SYBASE, INC. | 8002242 |
| ATHILON CAPITAL CORP. | 6304 |
| GERDAU AMERISTEEL US INC. | 8003028 |
| ORBITAL SCIENCES CORP. | 5980 |
| TEVA PHARMACEUTICAL INDUSTRIES LTD. | 4892 |
| TEVA PHARMACEUTICALS USA, INC. | 4893 |
| LABORATORIO CHILE S.A. | 4806 |
| WESTERN DIGITAL CORP. | 9005738 |