HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA |

**NOTICE OF CANCELLATION OF FEBRUARY 19, 2014**
**LEHMAN BROTHERS INC. OMNIBUS HEARING**

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled to be held on February 19, 2014 at 10:00 a.m. (prevailing Eastern Time) in the above-referenced proceeding before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, **has been cancelled** as no matters are scheduled to be heard on that date.

62866130_1

Dated: February 12, 2014
      New York, New York

HUGHES HUBBARD & REED LLP

By: /s/ Jeffrey S. Margolin
    James B. Kobak, Jr.
    Christopher K. Kiplok
    Jeffrey S. Margolin
    One Battery Park Plaza
    New York, New York 10004
    Telephone: (212) 837-6000
    Facsimile: (212) 422-4726
    Email: kobak@hugheshubbard.com

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.