UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

    LEHMAN BROTHERS INC.,

                         Debtor.

Case No. 08-01420 (SCC) SIPA

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING TRUSTEE'S ONE HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's amended case management procedures set forth in the Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, entered on July 13, 2010 (ECF No. 3466) (the "Amended Case Management Order"), and the Order pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of General Creditor Claim Objection Procedures, entered on November 15, 2012 (ECF No. 5441) (the "Claims Objection Procedures Order"), the undersigned hereby certifies as follows:

    1.    On January 2, 2014, the undersigned, on behalf of James W. Giddens (the "Trustee"), as Trustee for the SIPA liquidation of Lehman Brothers Inc., caused the Trustee's One Hundred Eighty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) (ECF No. 7993) (the "Objection") to be filed with the United States Bankruptcy Court for the Southern District of New York.

    2.    In furtherance of the Claims Objection Procedures Order, January 23, 2014 at 4:00 p.m. (Prevailing Eastern Time) was established as the deadline for parties to object or file a response to the Objection (the "Response Deadline"). The Amended Case Management Order

62868602_1

provides that pleadings may be granted without a hearing, provided that no objections have been filed prior to the relevant Response Deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed and, to the best of my knowledge, no objection or other responsive pleading to the Objection has been filed with the Court on the docket of the above-referenced case in accordance with the procedures set forth in the Amended Case Management Order, nor has any objection or other responsive pleading with respect to the Objection been served on counsel to the Trustee to date.

4. Accordingly, for the reasons set forth in the Objection, the Trustee respectfully requests that the proposed Order annexed hereto as <u>Exhibit A</u> be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated:  New York, New York
        February 14, 2014

                                    HUGHES HUBBARD & REED LLP

                                    By: <u>/s/ Jeffrey S. Margolin</u>
                                        James B. Kobak, Jr.
                                        Christopher K. Kiplok
                                        Jeffrey S. Margolin
                                        Meaghan C. Gragg
                                    One Battery Park Plaza
                                    New York, New York 10004
                                    Telephone:  (212) 837-6000
                                    Facsimile:  (212) 422-4726
                                    Email:  kobak@hugheshubbard.com

                                    Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.

2

# EXHIBIT A

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA |

**[PROPOSED] ORDER GRANTING THE TRUSTEE'S
ONE HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION
TO GENERAL CREDITOR CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

Upon the one hundred eighty-sixth omnibus objection to claims, dated January 2, 2014 (the "One Hundred Eighty-Sixth Omnibus Objection to General Creditor Claims"),[1] of James W. Giddens (the "Trustee"), as trustee for the liquidation of Lehman Brothers Inc. (the "Debtor" or "LBI") under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), as made applicable to this proceeding pursuant to sections 78fff(b) and 78fff-1(a) of SIPA, and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing and expunging the Insufficient Documentation Claims, as more fully described in the One Hundred Eighty-Sixth Omnibus Objection to General Creditor Claims; and due and proper notice of the One Hundred Eighty-Sixth Omnibus Objection to General Creditor Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the One Hundred Eighty-Sixth Omnibus Objection to General Creditor Claims is in the

---

1.  Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the objection.

best interests of LBI, its estate, its customers and creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Eigthy-Sixth Omnibus Objection to General Creditor Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the relief requested in the One Hundred Eighty-Sixth Omnibus Objection to General Creditor Claims is granted; and it is further

**ORDERED** that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit 1</u> are disallowed and expunged in their entirety with prejudice; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
       February _____, 2014

                                                    _____
                                                    HONORABLE SHELLEY C. CHAPMAN,
                                                    UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

**EXHIBIT 1**

# IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

## ONE HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS:
## EXHIBIT 1 - INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006-1415 | 4563 | 5/18/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 2 | ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006-1415 | 4564 | 5/18/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 3 | ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006-1415 | 4565 | 5/18/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 4 | ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006-1415 | 4566 | 5/18/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 5 | ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006-1415 | 4567 | 5/18/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 6 | ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006-1415 | 4568 | 5/18/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 7 | ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006-1415 | 4569 | 5/18/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 8 | ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006-1415 | 4570 | 5/18/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 9 | ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006-1415 | 4571 | 5/18/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |

---

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 10 | ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006-1415 | 4572 | 5/18/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 11 | ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006-1415 | 4573 | 5/18/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 12 | ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006-1415 | 4574 | 5/18/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 13 | ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006-1415 | 4575 | 5/18/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 14 | ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006-1415 | 4576 | 5/18/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 15 | ARCH SPECIALTY INSURANCE<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006-1404 | 4663 | 5/22/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 16 | ARCH SPECIALTY INSURANCE<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006-1404 | 4665 | 5/22/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 17 | ARCH SPECIALTY INSURANCE<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006-1404 | 4666 | 5/22/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 18 | ARCH SPECIALTY INSURANCE<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006-1404 | 4667 | 5/22/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 19 | ARCH SPECIALTY INSURANCE<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006-1404 | 4668 | 5/22/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 20 | ARCH SPECIALTY INSURANCE<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006-1404 | 4669 | 5/22/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |

2

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 21 | ARCH SPECIALTY INSURANCE ONE LIBERTY PLAZA NEW YORK, NY 10006-1404 | 4670 | 5/22/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 22 | ARCH SPECIALTY INSURANCE ONE LIBERTY PLAZA NEW YORK, NY 10006-1404 | 4671 | 5/22/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 23 | ARCH SPECIALTY INSURANCE ONE LIBERTY PLAZA NEW YORK, NY 10006-1404 | 4672 | 5/22/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 24 | ARCH SPECIALTY INSURANCE ONE LIBERTY PLAZA NEW YORK, NY 10006-1404 | 4673 | 5/22/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 25 | ARCH SPECIALTY INSURANCE ONE LIBERTY PLAZA NEW YORK, NY 10006-1404 | 4674 | 5/22/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |

3

_____

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form).