HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA |

**NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S ONE HUNDRED**
**SEVENTY-FIFTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS**
**(EMPLOYEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing regarding the Trustee's One Hundred Seventy-Fifth Omnibus Objection to General Creditor Claims (Employee Claims) (the "Objection") [ECF No. 7871] **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to March 27, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"). The Hearing on the Objection will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
February 14, 2014

            HUGHES HUBBARD & REED LLP

            By: /s/ Jeffrey S. Margolin
            James B. Kobak, Jr.
            Christopher K. Kiplok
            Jeffrey S. Margolin
            Meaghan C. Gragg
            One Battery Park Plaza
            New York, New York 10004
            Telephone: (212) 837-6000
            Facsimile: (212) 422-4726
            Email: kobak@hugheshubbard.com

            Attorneys for James W. Giddens,
            Trustee for the SIPA Liquidation of
            Lehman Brothers Inc.

## E<small>XHIBIT</small> A

## Adjourned Claims:

| Claimant | Claim No. |
|---|---|
| GERALD R. HOLT | 7000378 |
| GERALD R. HOLT | 7000379 |