HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) SIPA |

**NOTICE OF ADJOURNMENT OF HEARING AND EXTENSION OF RESPONSE DEADLINE AS TO CERTAIN CLAIMANTS SUBJECT TO THE TRUSTEE'S ONE HUNDRED TWELFTH, ONE HUNDRED THIRTEENTH, ONE HUNDRED FOURTEENTH, ONE HUNDRED THIRTY-EIGHTH, AND ONE HUNDRED FORTY-SEVENTH OMNIBUS OBJECTIONS TO GENERAL CREDITOR CLAIMS (SUBORDINATED CLAIMS)**

**PLEASE TAKE NOTICE** that, on July 19, 2013, the Trustee filed the one hundred twelfth omnibus objection to general creditor claims (subordinated claims) (ECF No. 6847), that, on July 23, 2013, the Trustee filed the one hundred thirteenth omnibus objection to general creditor claims (subordinated claims) (ECF No. 6865) and the one hundred fourteenth omnibus objection to general creditor claims (subordinated claims) (ECF No. 6866), that, on September 16, 2013, the Trustee filed the one hundred thirty-eighth omnibus objections to general creditor claims (subordinated claims) (ECF No. 7264), and that, on October 3, 2013, the Trustee filed the one hundred forty-seventh omnibus objection to general creditor claims (subordinated claims) (ECF No. 7388) (collectively, the "Objections").

**PLEASE TAKE FURTHER NOTICE** that the hearing regarding the Objections that was scheduled for February 27, 2014 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to a date to be determined** solely as to the claimants that (i) have responded to the Objections; or (ii) are identified in the Notice of Appearance and Request for Service of Papers (the "Notice of Appearance," ECF No. 8234) filed by Scarola Malone & Zubatov LLP who, through the Notice of Appearance and other correspondence to the Trustee's counsel, have indicated their opposition to the Objections (collectively, the "Respondents").[1]

**PLEASE TAKE FURTHER NOTICE** that, on February 6, 2014, the Trustee filed his Motion for Entry of an Order, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 7042, to Convert Certain Contested Omnibus Objections to a Consolidated Adversary Proceeding and Establish Related Procedures (the "Motion," ECF No. 8196). Until the Court issues an order adjudicating the Motion, there is no deadline for the Respondents to respond, or otherwise supplement previously filed responses, to the Objections.

---

[1] The Trustee disputes all arguments in opposition to the Objections cited in the Notice of Appearance and reserves all rights regarding the same.

Dated: New York, New York
February 14, 2014

                    HUGHES HUBBARD & REED LLP

                    By: /s/ Jeffrey S. Margolin
                    James B. Kobak, Jr.
                    James C. Fitzpatrick
                    Jeffrey S. Margolin
                    Meaghan C. Gragg
                    One Battery Park Plaza
                    New York, New York 10004
                    Telephone:  (212) 837-6000
                    Facsimile:  (212) 422-4726
                    Email:  kobak@hugheshubbard.com

                    Attorneys for James W. Giddens,
                    Trustee for the SIPA Liquidation of
                    Lehman Brothers Inc.