HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA |

**FIFTEENTH NOTICE OF ESTABLISHMENT OF COMBINED OMNIBUS
AND CLAIMS HEARING DATES PURSUANT
TO AMENDED CASE MANAGEMENT ORDER IMPLEMENTING
CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES**

**PLEASE TAKE NOTICE** that pursuant to the order, dated July 13, 2010 (the

"Amended Case Management Order") [ECF No. 3466], implementing certain notice and case

management procedures, the Bankruptcy Court for the Southern District of New York (the

"Bankruptcy Court") has scheduled the following combined omnibus and claims hearing dates

in the above-captioned proceeding:

    February 27, 2014 at 10:00 a.m. (Prevailing Eastern Time)

    March 27, 2014 at 10:00 a.m. (Prevailing Eastern Time)

    April 24, 2014 at 10:00 a.m. (Prevailing Eastern Time)

    May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time)

62875364_1

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has <u>cancelled</u> the following hearing dates in the above-captioned proceeding:

March 19, 2014 at 10:00 a.m. (Prevailing Eastern Time)

April 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)

May 7, 2014 at 10:00 a.m. (Prevailing Eastern Time)

**PLEASE TAKE FURTHER NOTICE** that except as otherwise ordered by the Bankruptcy Court, the Amended Case Management Order governs the scheduling of all matters to be heard on the foregoing hearing dates.

**PLEASE TAKE FURTHER NOTICE** that all hearings will be held in Courtroom 621, United States Bankruptcy Court, Alexander Custom House, One Bowling Green, New York, New York 10004 unless otherwise ordered by the Bankruptcy Court.

Dated:   New York, New York
         February 19, 2014

HUGHES HUBBARD & REED LLP

By: <u>/s/ Jeffrey S. Margolin</u>
    James B. Kobak, Jr.
    Christopher K. Kiplok
    Jeffrey S. Margolin
    One Battery Park Plaza
    New York, New York 10004
    Telephone:  (212) 837-6000
    Facsimile:  (212) 422-4722

Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.