**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
|       LEHMAN BROTHERS INC., | Case No. 08-01420 (SCC) SIPA |
|                  Debtor. | |

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING
TRUSTEE'S ONE HUNDRED NINETY-SIXTH OMNIBUS OBJECTION TO
GENERAL CREDITOR CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)
SOLELY AS TO CERTAIN CLAIMS**

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's amended case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures, entered on July 13, 2010 (ECF No. 3466) (the "Amended Case

Management Order"), and the Order pursuant to Section 105(a) of the Bankruptcy Code and

Bankruptcy Rules 3007 and 9019(b) for Approval of General Creditor Claim Objection

Procedures, entered on November 15, 2012 (ECF No. 5441) (the "Claims Objection Procedures

Order"), the undersigned hereby certifies as follows:

1.      On January 28, 2014, the undersigned, on behalf of James W. Giddens (the

"Trustee"), as Trustee for the SIPA liquidation of Lehman Brothers Inc., caused the Trustee's

One Hundred Ninety-Sixth Omnibus Objection to General Creditor Claims (Insufficient

Documentation Claims) (ECF No. 8140) (the "Objection") to be filed with the United States

Bankruptcy Court for the Southern District of New York.

2.      Pursuant to the Claims Objection Procedures Order, February 18, 2014 at 4:00

p.m. (Prevailing Eastern Time) was established as the deadline for parties to object or file a

response to the Objection (the "Response Deadline"). The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections have been filed prior to the relevant Response Deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.      The Trustee seeks limited relief as to the Objection, as provided for in the revised proposed Order attached hereto as Exhibit A.[1] This relief relates solely to proofs of claim where the Response Deadline has passed and, to the best of my knowledge, no objection or other responsive pleading to the Objection has been (a) filed with the Court on the docket of the above-referenced case in accordance with the procedures set forth in the Amended Case Management Order, or (b) served on counsel to the Trustee by any holders of proofs of claim included on the Objection.[2]

4.      In addition, the Trustee has filed Notices of Withdrawal of the Trustee's One Hundred Ninety-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) Solely as to Certain Claims (the "Notices of Withdrawal") (ECF Nos. 8349, 8368).

5.      Accordingly, for the reasons set forth in the Objection, the Trustee respectfully requests that the proposed Order annexed hereto as Exhibit A, which is unmodified since the filing of the Objection, except to account for Notices of Withdrawal as described above and the reservations of rights related to the same, and other ministerial changes, be entered in accordance with the procedures described in the Amended Case Management Order.

---

1.   Attached hereto as Exhibit B is a black-lined copy of the proposed Order, which is marked against the version filed with the Objection.

2.   The Objection inadvertently referenced notice of the Objection as served on the claimants via overnight delivery, when notice was properly served via first-class mail pursuant to the Amended Case Management Order (see Affidavit of Service, ECF No. 8159).

I declare that the foregoing is true and correct.

Dated: New York, New York
       February 25, 2014

                                        HUGHES HUBBARD & REED LLP

                                        By:/s/ Jeffrey S. Margolin
                                            James B. Kobak, Jr.
                                            Christopher K. Kiplok
                                            Jeffrey S. Margolin
                                            Meaghan C. Gragg
                                        One Battery Park Plaza
                                        New York, New York 10004
                                        Telephone:  (212) 837-6000
                                        Facsimile:  (212) 422-4726
                                        Email:  kobak@hugheshubbard.com

                                        Attorneys for James W. Giddens, Trustee for
                                        the SIPA Liquidation of Lehman Brothers
                                        Inc.

62889219_1

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| LEHMAN BROTHERS INC., | Case No. 08-01420 (SCC) SIPA |
| Debtor. | |

## [REVISED PROPOSED] ORDER GRANTING THE TRUSTEE'S
## ONE HUNDRED NINETY-SIXTH OMNIBUS OBJECTION
## TO GENERAL CREDITOR CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

Upon the one hundred ninety-sixth omnibus objection to claims, dated January

28, 2014 (the "One Hundred Ninety-Sixth Omnibus Objection to General Creditor Claims"),

[ECF No. 8140][1] of James W. Giddens (the "Trustee"), as trustee for the liquidation of Lehman

Brothers Inc. (the "Debtor" or "LBI") under the Securities Investor Protection Act of 1970, as

amended, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), seeking entry of an order, pursuant to section

502(b) of title 11 of the United States Code (the "Bankruptcy Code"), as made applicable to this

proceeding pursuant to sections 78fff(b) and 78fff-1(a) of SIPA, and Rule 3007(d) of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing and expunging the

Insufficient Documentation Claims on the grounds that the claims do not contain sufficient

documentation to determine their validity, as more fully described in the One Hundred Ninety-

Sixth Omnibus Objection to General Creditor Claims; and due and proper notice of the One

Hundred Ninety-Sixth Omnibus Objection to General Creditor Claims having been provided, and

it appearing that no other or further notice need be provided; and the Court having found and

---

1. Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the One Hundred Ninety-Sixth Omnibus Objection to General Creditor Claims.

determined that the relief sought in the One Hundred Ninety-Sixth Omnibus Objection to

General Creditor Claims is in the best interests of LBI, its estate, its customers and creditors, and

all parties in interest and that the legal and factual bases set forth in the One Hundred Ninety-

Sixth Omnibus Objection to General Creditor Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the relief requested in the One Hundred Ninety-Sixth Omnibus

Objection to General Creditor Claims is granted; and it is further

**ORDERED** that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 are disallowed and expunged in their entirety with prejudice; and it is further

**ORDERED** that the Trustee has withdrawn without prejudice his objection with

respect to the claims listed on Exhibit 2 annexed hereto; and it is further

**ORDERED** that this Order has no res judicata, estoppel or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the One Hundred

Ninety-Sixth Omnibus Objection to General Creditor Claims that is not listed on Exhibit 1

annexed hereto; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
      February __, 2014

_____
HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

## IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

## ONE HUNDRED NINETY-SIXTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS:
### EXHIBIT 1 - INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | BNP PARIBAS SECURITIES SERVICES<br>ANDREW CLEMENTS<br>LEVEL 7, 60 CASTLEREAGH STREET<br>SYDNEY, SD  NSW 2000<br>AUSTRALIA | 7001704 | 4/1/2009 | $85,156.25 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 2 | BROADFOOT, BRAD OWEN AND LAURIE ANN JTWROS<br>2420 N. LONGWOOD CIRCLE<br>WICHITA, KS  67226-1126 | 3652 | 2/20/2009 | $8,275.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 3 | CHUBE, DAVID D<br>P O BOX 269<br>GARY, IN  46402 | 7001299 | 3/9/2009 | $258.80 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 4 | DESERET TRUST CO FBO BENEFICIAL LIFE INS CO<br>DBA BENEFICIAL FIN GROUP<br>DAVID PEARCE<br>PO BOX 11558<br>SALT LAKE CITY, UT  84147 | 7002596 | 6/1/2009 | $13,911,410.99 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 5 | FANG, HONG<br>5011 BEECH COURT<br>MONMOUTH JUNCTION, NJ  08852 | 8000400 | 12/17/2008 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 6 | FRANSI TADAWUL LLC<br>P.O.BOX 56006<br>RIYADH  11554<br>SAUDI ARABIA | 7000852 | 1/30/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 7 | FRENCH, CAROLYN O<br>203 WATERSIDE DR<br>LAFAYETTE, LA  70503 | 7001395 | 4/30/2009 | $27,000.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 8 | MCNAMEE, EDWARD F.<br>9 HARBOR DRIVE<br>RUMSON, NJ  077601018 | 7001892 | 5/21/2009 | $9,434.61 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 9 | MELIS, HENRICUS M.G.B.<br>LANDSTEINERLAAN 7<br>EINDHOVEN  5644DA<br>NETHERLANDS | 7001220 | 2/6/2009 | $30,000.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 10 | NEVAREZ-JAQUEZ, ILKA J<br>85-10 34TH AVENUE<br>APARTMENT 523<br>JACKSON HEIGHTS, NY  11372 | 3047 | 1/30/2009 | $5,000.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 11 | SMITH, RUSSELL<br>15 SILVER LAKE DRIVE<br>SUMMIT, NJ  07901 | 7002150 | 5/28/2009 | $36,000.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 12 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>TIMOTHY PILLAR<br>60 LIVINGSTON AVE.<br>SAINT PAUL, MN  55107-2291 | 5558 | 6/1/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 13 | VAN RYZIN SEPARATE TR<br>HARRIS N.A.<br>111 W. MONROE ST FLOOR 111/LLE<br>ATTN: MINA GARCIA<br>CHICAGO, IL  60603 | 1925 | 1/28/2009 | $30,000.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 14 | VEGA, KRISTINA E.<br>2130 FIRST AVENUE<br>APARTMENT 802<br>NEW YORK, NY  10029 | 150 | 12/12/2008 | $2,000.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| | Total (excludes unspecified amounts) | | | $14,144,535.65 | |

_____
* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

**EXHIBIT 2**

## IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA
## ONE HUNDRED NINETY-SIXTH OMNIBUS OBJECTION: EXHIBIT 2- WITHDRAWN CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | EMMERT, JAMES R<br>35 PROSPECT AVENUE<br>GARDEN CITY, NY 11530 | 8001324 | 1/22/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 2 | HARRER, WILLIAM V, MD, PA PROFIT SHARING TRUST<br>FBO DR. HARRER<br>129 THE MEWS<br>HADDONFIELD, NJ 08033-1344 | 4477 | 5/11/2009 | $12,362.97 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 3 | RIJ INTERNATIONAL EQUITY<br>ELLIOTT COHEN C/O RUSSELL INVESTMENTS<br>909 A ST<br>TACOMA, WA 98402 | 5094 | 5/29/2009 | $3,470.30 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 4 | RUDRA, KAUSHIK<br>11 SHERINGHAM<br>ST JOHNS WOOD PARK<br>LONDON NW86QX<br>UNITED KINGDOM | 8001239 | 1/20/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 5 | VERHAGEN, FRANS L.J.M.<br>KOEKOEKLAAN 6<br>BEST 5683PJ<br>NETHERLANDS | 7000543 | 1/27/2009 | $23,350.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| | Total (excludes unspecified amounts) | | | $39,183.27 | |

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

      LEHMAN BROTHERS INC.,

                              Debtor.

---

Case No. 08-01420 (~~JMP~~SCC) SIPA

---

## [REVISED PROPOSED] ORDER GRANTING THE TRUSTEE'S
## ONE HUNDRED NINETY-SIXTH OMNIBUS OBJECTION
## TO GENERAL CREDITOR CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

Upon the one hundred ninety-sixth omnibus objection to claims, dated January

28, 2014 (the "One Hundred Ninety-Sixth Omnibus Objection to General Creditor Claims"),

[ECF No. 8140][1] of James W. Giddens (the "Trustee"), as trustee for the liquidation of Lehman

Brothers Inc. (the "Debtor" or "LBI") under the Securities Investor Protection Act of 1970, as

amended, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), seeking entry of an order, pursuant to section

502(b) of title 11 of the United States Code (the "Bankruptcy Code"), as made applicable to this

proceeding pursuant to sections 78fff(b) and 78fff-1(a) of SIPA, and Rule 3007(d) of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing and expunging the

Insufficient Documentation Claims on the grounds that the claims do not contain sufficient

documentation to determine their validity, as more fully described in the One Hundred Ninety-

Sixth Omnibus Objection to General Creditor Claims; and due and proper notice of the One

Hundred Ninety-Sixth Omnibus Objection to General Creditor Claims having been provided, and

it appearing that no other or further notice need be provided; and the Court having found and

---

1.  Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the One Hundred
    Ninety-Sixth Omnibus Objection to General Creditor Claims.

determined that the relief sought in the One Hundred Ninety-Sixth Omnibus Objection to

General Creditor Claims is in the best interests of LBI, its estate, its customers and creditors, and

all parties in interest and that the legal and factual bases set forth in the One Hundred Ninety-

Sixth Omnibus Objection to General Creditor Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the relief requested in the One Hundred Ninety-Sixth Omnibus

Objection to General Creditor Claims is granted; and it is further

**ORDERED** that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 are disallowed and expunged in their entirety with prejudice; and it is further

**ORDERED** that the Trustee has withdrawn without prejudice his objection with

respect to the claims listed on Exhibit 2 annexed hereto; and it is further

**ORDERED** that this Order has no res judicata, estoppel or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the One Hundred

Ninety-Sixth Omnibus Objection to General Creditor Claims that is not listed on Exhibit 1

annexed hereto; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
        February __, 2014

_____
HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

# IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (~~JMP~~SCC) SIPA

## ONE HUNDRED NINETY-SIXTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS:
### EXHIBIT 1 - INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | BNP PARIBAS SECURITIES SERVICES<br>ANDREW CLEMENTS<br>LEVEL 7, 60 CASTLEREAGH STREET<br>SYDNEY, SD  NSW 2000<br>AUSTRALIA | 7001704 | 4/1/2009 | $85,156.25 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 2 | BROADFOOT, BRAD OWEN AND LAURIE ANN JTWROS<br>2420 N. LONGWOOD CIRCLE<br>WICHITA, KS  67226-1126 | 3652 | 2/20/2009 | $8,275.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 3 | CHUBE, DAVID D<br>P O BOX 269<br>GARY, IN  46402 | 7001299 | 3/9/2009 | $258.80 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 4 | DESERET TRUST CO FBO BENEFICIAL LIFE INS CO<br>DBA BENEFICIAL FIN GROUP<br>DAVID PEARCE<br>PO BOX 11558<br>SALT LAKE CITY, UT  84147 | 7002596 | 6/1/2009 | $13,911,410.99 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| ~~5~~ | ~~EMMERT, JAMES R~~<br>~~35 PROSPECT AVENUE~~<br>~~GARDEN CITY, NY  11530~~ | ~~8001324~~ | ~~1/22/2009~~ | ~~UNSPECIFIED*~~ | ~~CLAIM LACKS SUFFICIENT DOCUMENTATION.~~ |
| ~~6~~5 | FANG, HONG<br>5011 BEECH COURT<br>MONMOUTH JUNCTION, NJ  08852 | 8000400 | 12/17/2008 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| ~~7~~6 | FRANSI TADAWUL LLC<br>P.O.BOX 56006<br>RIYADH  11554<br>SAUDI ARABIA | 7000852 | 1/30/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|
| 8̶7 FRENCH, CAROLYN O<br>203 WATERSIDE DR<br>LAFAYETTE, LA  70503 | 7001395 | 4/30/2009 | $27,000.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 9 ~~HARRER, WILLIAM V, MD, PA PROFIT SHARING TRUST~~<br>~~FBO DR. HARRER~~<br>~~129 THE MEWS~~<br>~~HADDONFIELD, NJ  08033-1344~~ | ~~4477~~ | ~~5/11/2009~~ | ~~$12,362.97~~ | ~~CLAIM LACKS SUFFICIENT DOCUMENTATION.~~ |
| 1̶0̶8 MCNAMEE, EDWARD F.<br>9 HARBOR DRIVE<br>RUMSON, NJ  077601018 | 7001892 | 5/21/2009 | $9,434.61 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 1̶1̶9 MELIS, HENRICUS M.G.B.<br>LANDSTEINERLAAN 7<br>EINDHOVEN  5644DA<br>NETHERLANDS | 7001220 | 2/6/2009 | $30,000.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 1̶2̶1<br>0 NEVAREZ-JAQUEZ, ILKA J<br>85-10 34TH AVENUE<br>APARTMENT 523<br>JACKSON HEIGHTS, NY  11372 | 3047 | 1/30/2009 | $5,000.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 13 ~~RIJ INTERNATIONAL EQUITY~~<br>~~ELLIOTT COHEN C/O RUSSELL INVESTMENTS~~<br>~~909 A ST~~<br>~~TACOMA, WA  98402~~ | ~~5094~~ | ~~5/29/2009~~ | ~~$3,470.30~~ | ~~CLAIM LACKS SUFFICIENT DOCUMENTATION.~~ |
| 14 ~~RUDRA, KAUSHIK~~<br>~~11 SHERINGHAM~~<br>~~ST JOHNS WOOD PARK~~<br>~~LONDON  NW86QX~~<br>~~UNITED KINGDOM~~ | ~~8001239~~ | ~~1/20/2009~~ | ~~UNSPECIFIED*~~ | ~~CLAIM LACKS SUFFICIENT DOCUMENTATION.~~ |
| 1̶5̶1<br>1 SMITH, RUSSELL<br>15 SILVER LAKE DRIVE<br>SUMMIT, NJ  07901 | 7002150 | 5/28/2009 | $36,000.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |

2

_____
* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|
| ~~16~~1 2 U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE TIMOTHY PILLAR 60 LIVINGSTON AVE. SAINT PAUL, MN  55107-2291 | 5558 | 6/1/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| ~~17~~1 3 VAN RYZIN SEPARATE TR HARRIS N.A. 111 W. MONROE ST FLOOR 111/LLE ATTN: MINA GARCIA CHICAGO, IL  60603 | 1925 | 1/28/2009 | $30,000.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| ~~18~~1 4 VEGA, KRISTINA E. 2130 FIRST AVENUE APARTMENT 802 NEW YORK, NY  10029 | 150 | 12/12/2008 | $2,000.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| ~~19~~ ~~VERHAGEN, FRANS L.J.M.~~ ~~KOEKOEKLAAN 6~~ ~~BEST  5683PJ~~ ~~NETHERLANDS~~ | ~~7000543~~ | ~~1/27/2009~~ | ~~$23,350.00~~ | ~~CLAIM LACKS SUFFICIENT DOCUMENTATION.~~ |
| Total (excludes unspecified amounts) | | | ~~$14,183,718.92~~ 14,1 44,535.65 | |

3

_____
* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

**EXHIBIT 2**

## IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA
## ONE HUNDRED NINETY-SIXTH OMNIBUS OBJECTION: EXHIBIT 2- WITHDRAWN CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | EMMERT, JAMES R<br>35 PROSPECT AVENUE<br>GARDEN CITY, NY  11530 | 8001324 | 1/22/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 2 | HARRER, WILLIAM V, MD, PA PROFIT SHARING TRUST<br>FBO DR. HARRER<br>129 THE MEWS<br>HADDONFIELD, NJ  08033-1344 | 4477 | 5/11/2009 | $12,362.97 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 3 | RIJ INTERNATIONAL EQUITY<br>ELLIOTT COHEN C/O RUSSELL INVESTMENTS<br>909 A ST<br>TACOMA, WA  98402 | 5094 | 5/29/2009 | $3,470.30 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 4 | RUDRA, KAUSHIK<br>11 SHERINGHAM<br>ST JOHNS WOOD PARK<br>LONDON  NW86QX<br>UNITED KINGDOM | 8001239 | 1/20/2009 | UNSPECIFIED* | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| 5 | VERHAGEN, FRANS L.J.M.<br>KOEKOEKLAAN 6<br>BEST  5683PJ<br>NETHERLANDS | 7000543 | 1/27/2009 | $23,350.00 | CLAIM LACKS SUFFICIENT DOCUMENTATION. |
| | Total (excludes unspecified amounts) | | | $39,183.27 | |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.