Joshua Dorchak
Dina R. Kaufman
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York  10022
212.705.7000

Attorneys for Appellant
UBS Financial Services Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**LEHMAN BROTHERS INC.,**<br><br>Debtor. | **SIPA**<br>**Case No. 08-1420 (SCC)** |

### APPELLANT UBS FINANCIAL SERVICES INC.'S STATEMENT OF ISSUES PRESENTED ON APPEAL AND DESIGNATION OF THE RECORD

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellant UBS Financial Services Inc. ("**UBSFS**" or "**Appellant**") hereby designates the items to be included in the record and sets forth the statement of issues on its appeal from the *Order Granting the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims)* entered by the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on January 31, 2014 [D.I. 8177].  This Statement of Issues Presented on Appeal and Designation of the Record is timely pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure.

A/75937763.2

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred in ordering Appellant's claim to be subordinated pursuant to 11 U.S.C. § 510(b), where such claim is for contribution on account of a damages claim arising from the purchase of securities that were not issued by the debtor, but rather by its parent corporation, which was not a party to the debtor's liquidation proceeding under the Securities Investor Protection Act and, consequently, whose securities did not represent any claims or interests in that proceeding.

2. Whether the Bankruptcy Court erred in finding that Appellant's claim for contribution itself constituted the "claim[] … represented by such security" for purposes of 11 U.S.C. § 510(b).

3. Whether the Bankruptcy Court erred in holding that Appellant's claim was subordinated to all of the debtor's general unsecured creditors pursuant to 11 U.S.C. § 510(b) without reference to the securities on which Appellant's claim is based.

## **DESIGNATION OF RECORD**

UBSFS submits the following items for inclusion in the record on appeal. Each designated item shall also include any and all attachments and/or exhibits to such item.

| Item Number | Description | Docket Date | Docket Number |
|---|---|---|---|
| 1. | Order Approving Settlement Agreement between the Trustee and the LBHI Entities | 04/16/2013 | 6020 |
| 2. | Notice of Resolution of Trustee's Seventy-Ninth Omnibus Objection to General Creditor Claims (No Liability Claims) | 06/25/2013 | 6595 |
| 3. | The Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 07/12/2013 | 6768 |
| 4. | Notice of Adjournment of Hearing on Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims | 08/22/2013 | 7088 |
| 5. | Certificate of No Objection under 28 U.S.C. § 1746 Regarding Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims | 08/22/2013 | 7107 |
| 6. | Notice of Adjournment of Hearing on Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims | 08/27/2013 | 7130 |

A/75937763.2

| Item Number | Description | Docket Date | Docket Number |
|---|---|---|---|
| 7. | The Trustee's One Hundred Thirty-First Omnibus Objection to General Creditor Claims (Employee Equity Claims) | 08/29/2013 | 7158 |
| 8. | Notice of Withdrawal of Certificate of No Objection under 28 U.S.C. § 1746 Regarding Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims | 08/29/2013 | 7160 |
| 9. | Declaration of Hayden McNamara in Support of the Junior Underwriters' Response to the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 09/09/2013 | 7194 |
| 10. | Declaration of Michael G. Zeiss in Support of the Junior Underwriters' Response to the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 09/09/2013 | 7195 |
| 11. | Declaration of Julie Lauck in Support of the Junior Underwriters' Response to the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 09/09/2013 | 7196 |
| 12. | Declaration of Jonathan R. Goldblatt in Support of the Junior Underwriters' Response to the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 09/09/2013 | 7197 |

A/75937763.2

| Item Number | Description | Docket Date | Docket Number |
|---|---|---|---|
| 13. | Declaration of William Nurthen in Support of the Junior Underwriters' Response to the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 09/09/2013 | 7198 |
| 14. | Declaration of Andrew Druch in Support of the Junior Underwriters' Response to the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 09/09/2013 | 7199 |
| 15. | Declaration of Mark Jensen in Support of the Junior Underwriters' Response to the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims)[1] | 09/09/2013 | 7200 |
| 16. | Declaration of Richard Rauchenberger in Support of the Junior Underwriters' Response to the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 09/09/2013 | 7201 |
| 17. | Declaration of Woodruff Polk in Support of the Junior Underwriters' Response to the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 09/09/2013 | 7202 |

---

[1] The claim of National Financial Services, LLC, assigned claim number 5673, was subordinated pursuant to the Order, but National Financial Services, LLC is not participating in the appeal.

A/75937763.2

| Item Number | Description | Docket Date | Docket Number |
|---|---|---|---|
| 18. | Declaration of Patrick Wo in Support of the Junior Underwriters' Response to the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 09/09/2013 | 7203 |
| 19. | Declaration of Peter Fox in Support of the Junior Underwriters' Response to the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 09/09/2013 | 7204 |
| 20. | Response of Underwriter Claimants to the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 09/09/2013 | 7205 |
| 21. | Response of UBS Financial Services Inc. to the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 09/09/2013 | 7206 |
| 22. | Declaration of Kenneth G. Crowley in Support of the Junior Underwriters' Response to the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 09/09/2013 | 7207 |
| 23. | Notice of Adjournment of Hearing on Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims | 09/23/2013 | 7329 |

A/75937763.2

| Item Number | Description | Docket Date | Docket Number |
|---|---|---|---|
| 24. | Notice of Adjournment of Hearing on Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims | 10/18/2013 | 7473 |
| 25. | Trustee's Motion for an Order (1) Confirming the Trustee's Denial of SIPA Customer Status to Claren Road Credit Master Fund Ltd. Customer Claim No. 900005056, and (2) Subordinating the Claim Pursuant to Bankruptcy Code Section 510(b) | 10/25/2013 | 7539 |
| 26. | Declaration of Ramsey Chamie in Support of the Trustee's Motion for an Order (1) Confirming the Trustee's Denial of SIPA Customer Status to Claren Road Credit Master Fund Ltd. Customer Claim No. 900005056, and (2) Subordinating the Claim Pursuant to Bankruptcy Code Section 510(b) | 10/25/2013 | 7540 |
| 27. | Objection to Trustee's Motion for an Order (1) Confirming the Trustee's Denial of SIPA Customer Status to Claren Road Credit Master Fund Ltd. Customer Claim No. 900005056, and (2) Subordinating the Claim Pursuant to Bankruptcy Code Section 510(b) | 11/08/2013 | 7625 |
| 28. | Notice of Adjournment of Hearing on Motion for an Order (1) Confirming the Trustee's Denial of SIPA Customer Status to Claren Road Credit Master Fund Ltd. Customer Claim No. 900005056, and (2) Subordinating the Claim Pursuant to Bankruptcy Code Section 510(b) | 11/18/2013 | 7678 |

A/75937763.2

| Item Number | Description | Docket Date | Docket Number |
|---|---|---|---|
| 29. | The Trustee's Omnibus Reply in Support of the One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 12/18/2013 | 7920 |
| 30. | Reply in Further Support of the Trustee's Motion for an Order (1) Confirming the Trustee's Denial of SIPA Customer Status to Claren Road Credit Master Fund Ltd. Customer Claim No. 900005056, and (2) Subordinating the Claim Pursuant to Bankruptcy Code Section 510(b) | 12/20/2013 | 7944 |
| 31. | Reply Declaration of Dina R. Hoffer in Further Support of the Trustee's Motion for an Order (1) Confirming the Trustee's Denial of SIPA Customer Status to Claren Road Credit Master Fund Ltd. Customer Claim No. 900005056, and (2) Subordinating the Claim Pursuant to Bankruptcy Code Section 510(b) | 12/20/2013 | 7945 |
| 32. | Memorandum Opinion Authorizing and Directing the Subordination of Claims of Claren Road Credit Master Fund Ltd. and Certain Underwriters | 01/31/2014 | 8127 |
| 33. | Order Confirming the Trustee's Determination of Claren Road Credit Master Fund Ltd. Customer Claim No. 900005056 | 01/31/2014 | 8176 |
| 34. | Order Granting the Trustee's One Hundred Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) | 01/31/2014 | 8177 |

A/75937763.2

| Item Number | Description | Docket Date | Docket Number |
|---|---|---|---|
| 35. | Notice of Appeal of Claren Road Credit Master Fund Ltd. from Order Confirming the Trustee's Determination of Claren Road Credit Master Fund Ltd. Customer Claim No. 900005056 | 02/10/2014 | 8212 |
| 36. | Notice of Appeal of the Junior Underwriters | 02/14/2014 | 8237 |
| 37. | Notice of Appeal of UBS Financial Services Inc. | 02/14/2014 | 8239 |
| 38. | Trustee's Tenth Interim Report for the Period June 15, 2013 through February 14, 2014 | 02/14/2014 | 8250 |
| 39. | Transcript Regarding Hearing Held on 1/8/2014 10:02AM | 02/18/2014 | 8252 |
| 40. | Appellant Claren Road Credit Master Fund Ltd.'s Statement of Issues Presented on Appeal and Designation of the Record | 02/18/2014 | 8253 |

Dated: February 28, 2014
      New York, New York

**BINGHAM MCCUTCHEN LLP**

/s/ Joshua Dorchak
Joshua Dorchak
joshua.dorchak@bingham.com
Dina R. Kaufman
dina.kaufman@bingham.com
399 Park Avenue
New York, New York 10022
Telephone: 212.705.7000

Attorneys for UBS Financial Services Inc.

9

A/75937763.2