UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTICT OF NEW YORK

IN RE:

LEHMAN BROTHERS INC.,

Debtor.

Bankruptcy No. 08-01420 (JMP)
SIPA

### UMWA 1974 PENSION TRUST'S RESPONSE TO TRUSTEE'S 204th OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS AND REQUEST FOR TIME TO PRODUCE DOCUMENTATION

The Trustees of the UMWA 1974 Pension Trust "Pension Trust", through counsel, respond to the Trustee's 204th Omnibus Objection to General Creditor Claims as follows:

1. Counsel is in receipt of the Notice of hearing on Trustee's 204th Omnibus Objection, and is in the process of obtaining the complete Objection.

2. One of the reasons stated for the proposed disallowance of the Pension Trust's $720,000 claim is " duplicative of indenture trustee claim." The Pension Trust cautions that there may be confusion about this point and seeks time to resolve any confusion, noting that in 2013, another claim was expunged with the notation that it was "amended and superceded by surviving claim 5956," which is in fact this claim in question. Furthermore, counsel is not in possession of any indenture trustee claim, and seeks time to resolve the facts with the Trustee.

3. Another reason stated in the Trustee's objection for the proposed disallowance is that "claim lacks sufficient documentation." Counsel seeks time to obtain and produce for the Trustee any relevant documentation.

WHEREUPON, the Pension Trust opposes the disallowance and expungement of the claim and seeks additional time to resolve this matter with the Trustee.

Respectfully submitted,

/s/  Barbara E. Locklin
BARBARA E. LOCKLIN
Assistant General Counsel

UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C.  20037
Telephone: 202-521-2238
blocklin@umwafunds.org

Dated: February 27, 2014

C:\Documents and Settings\blocklin\My Documents\Practice Manager\PMDocuments\197082295\197082295.docx

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2014, I served the foregoing UMWA 1974 PENSION TRUST'S RESPONSE TO TRUSTEE'S 204TH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS AND REQUEST FOR ADDITIONAL TIME TO PRODUCE DOCUMENTATION upon the following individuals by express mail / next morning delivery:

Chambers of Hon. Shelley C. Chapman
One Bowling Green, Courtroom 621
New York, NY  10004


Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004
Attn:  Meaghan C. Gragg, Esq.


Levine Lee LLP
666 Fifth Ave.
New York, NY  1013
Attn. Miriam L. Alinikoff, Esq.


Securities Investor Protection Corp.
805 Fifteenth Street, NW
Washington, DC  20005
Attn:  Kenneth J. Caputo, Esq.  Ste 800


and


Weil Gotshal & Manges LLP
767 Fifth Ave.
New York, NY  10153
Attn:  Maurice Horwitz, Lori R. Fife, Esqs.

/s/  Barbara E. Locklin
Barbara E. Locklin
Assistant General Counsel

08-01420-scc    Doc 8416    Filed 02/28/14    Entered 02/28/14 16:21:15    Main Document
Pg 4 of 4