UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

LEHMAN BROTHERS INC.,            **Case No.: 08-1420 (SCC)**
                                                           **SIPA**

        Debtor.
---------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Barbara E. Locklin to be admitted, *pro hac vice*, to represent UMWA 1974 Pension Trust, an Creditor, in the above captioned case and upon movant's certification that movant is a member in good standing of the bar in the District of Columbia and the United States District Court for the District of Columbia, it is hereby

**ORDERED**, that Barbara E. Locklin is admitted to practice, *pro hac vice*, in the above captioned case, in the United States Bankruptcy Court for the Southern District of New York.

Dated: March 3, 2014
New York, New York

                                                */s/ Shelley C. Chapman*
                                                HONORABLE SHELLEY C. CHAPMAN
                                                UNITED STATES BANKRUPTCY JUDGE