HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726

*Attorneys for James W. Giddens,*
*Trustee for the SIPA Liquidation of Lehman Brothers Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>       LEHMAN BROTHERS INC.,<br><br>                                                    Debtor. | Case No. 08-01420 (SCC) SIPA |

**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION FOR AN ORDER
CONFIRMING THE TRUSTEE'S NET EQUITY VALUATION AND METHOD FOR
SATISFACTION OF GRACE BROTHERS, LTD.'S CUSTOMER CLAIM NO. 900001695**

**PLEASE TAKE NOTICE** that James W. Giddens (the "Trustee"), as trustee for the liquidation of the business of Lehman Brothers Inc. ("LBI"), hereby withdraws his Motion for an Order Confirming the Trustee's Net Equity Valuation and Method for Satisfaction of Grace Brothers Ltd.'s Customer Claim No. 900001695 (ECF No. 7754) with prejudice.

Dated:  New York, New York
         March 5, 2014

                                        HUGHES HUBBARD & REED LLP

                                        By:  /s/ Michael E. Salzman
                                             James B. Kobak, Jr.
                                             Michael E. Salzman
                                             Anson B. Frelinghuysen
                                             Erin E. Diers
                                        One Battery Park Plaza
                                        New York, New York 10004
                                        Telephone:  (212) 837-6000
                                        Facsimile:  (212) 422-4726
                                        Email:  kobak@hugheshubbard.com

                                        *Attorneys for James W. Giddens,*
                                        *Trustee for the SIPA Liquidation of*
                                        *Lehman Brothers Inc.*