HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>    LEHMAN BROTHERS INC.,<br><br>                               Debtor. | Case No. 08-01420 (SCC) SIPA |

**NOTICE OF RESOLUTION OF TRUSTEE'S**
**OBJECTION TO GENERAL CREDITOR CLAIM OF**
**LAWRENCE FOGARAZZO, ET AL. (NO. 5837)**

On August 22, 2013, James W. Giddens (the "Trustee"), as trustee for the liquidation of the business of Lehman Brothers Inc., filed an Objection to the General Creditor Claim of Lawrence Fogarazzo, *et al.* (the "Objection") (Claim No. 5837) [ECF No. 7078]. The Fogarazzo Claimants filed a response to the Objection on September 25, 2013 [ECF No. 7345]. Pursuant to the Order Establishing Claims Hearing Procedures and Alternative Dispute Resolution Procedures, prior to the hearing date, the Trustee noticed the claim for mediation and the parties have since participated in mediation as well as informal settlement discussions.

The parties have now resolved Claim No. 5837. The Objection is now moot, and there is no need for the Court to adjudicate or otherwise rule on the Objection or the response.

62916686_1

Dated: New York, New York
       March 6, 2014

                HUGHES HUBBARD & REED LLP

                /s/ Robert B. Funkhouser
                James B. Kobak, Jr.
                Christopher K. Kiplok
                Robert B. Funkhouser
                Meaghan C. Gragg
                One Battery Park Plaza
                New York, New York 10004
                Telephone:  (212) 837-6000
                Facsimile:  (212) 422-4726
                Email:  kobak@hugheshubbard.com

                Attorneys for James W. Giddens,
                Trustee for the SIPA Liquidation of
                Lehman Brothers Inc.