Peter S. Goodman
Michael R. Carney
MCKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
Email: pgoodman@mckoolsmith.com
       mcarney@mckoolsmith.com

*Counsel for Athilon Capital Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 08-01420 (SCC) SIPA |
| LEHMAN BROTHERS, INC., | ) |
| | ) |
| Debtor. | ) |
| | ) |

------------------------------------------------------------

**RESPONSE OF ATHILON CAPITAL CORP. TO THE TRUSTEE'S ONE HUNDRED NINETIETH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS (NO LIABILITY CLAIMS)**

**RESPONSE OF ATHILON CAPITAL CORP. TO THE TRUSTEE'S ONE HUNDRED NINETIETH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS (NO LIABILITY CLAIMS) HAS BEEN FILED UNDER SEAL.**

Dated: March 7, 2014
    New York, New York

                      Respectfully submitted,

                      MCKOOL SMITH, P.C.

                      /s/ Michael R. Carney
                      Peter S. Goodman
                      Michael R. Carney
                      One Bryant Park, 47th Floor
                      New York, New York  10036
                      Telephone: (212) 402-9400
                      Facsimile: (212) 402-9444
                      Email: pgoodman@mckoolsmith.com
                               mcarney@mckoolsmith.com

                      *Counsel for Athilon Capital Corp.*