UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS, INC.,<br><br>              Debtor. | Case No. 08-01420 (SCC) SIPA |

**DECLARATION OF PATRICK B. GONZALEZ IN SUPPORT OF RESPONSE OF ATHILON CAPITAL CORP. TO THE TRUSTEE'S ONE HUNDRED NINETIETH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS (NO LIABILITY CLAIMS)**

**THE DECLARATION OF PATRICK B. GONZALEZ IN SUPPORT OF RESPONSE OF ATHILON CAPITAL CORP. TO THE TRUSTEE'S ONE HUNDRED NINETIETH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS (NO LIABILITY CLAIMS) AND ACCOMPANYING EXHIBITS HAVE BEEN FILED UNDER SEAL.**

Dated: March 7, 2013
      New York, New York

                                    /s/ Patrick B. Gonzalez

McKool 972498v1