James B. Kobak, Jr.
Christopher K. Kiplok
Robert B. Funkhouser
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)

Attorneys for James W. Giddens, as Trustee
for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>    LEHMAN BROTHERS INC.,<br><br>                    Debtor. | Case No. 08-01420 (SCC) SIPA |

**THE TRUSTEE'S DESIGNATION OF ADDITIONAL**
**ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, James W. Giddens (the "Trustee"), as Trustee for the SIPA liquidation of Lehman Brothers Inc. ("LBI"), through his counsel, hereby submits the following designation of additional items for inclusion in the appellate record in the appeals noticed by appellant UBS Financial Services Inc. ("UBS") (ECF No. 8239) and appellants ANZ Securities, Inc., BMO Capital Markets Corp. (f/k/a Harris Nesbitt Corp.), BNY Mellon Capital Markets, LLC, Cabrera Capital Markets, LLC, DnB Nor Markets, Inc., BNP Paribas FS, LLC (as successor in interest to Fortis Securities, LLC, f/k/a Fortis Investment Services, LLC), nabSecurities, LLC (f/k/a nabCapital Securities, LLC), National Australia Bank Ltd., SunTrust Robinson Humphrey, Inc., and The Williams Capital Group, L.P. (the "Junior Underwriters" and, together with UBS, the "Underwriters") (ECF No. 8237) from the Order Granting the Trustee's One Hundred Fourth Omnibus Objection to General

62896992_1

Creditor Claims (No Liability Claims) entered in the above-captioned case on January 31, 2014 (ECF No. 8177).

The Trustee hereby incorporates by reference all items designated in the Underwriters' Statements Of Issues Presented On Appeal And Designation Of The Record (ECF Nos. 8412 and 8413). The Trustee reserves his right to designate additional items for inclusion in the record if any motions are granted subsequent to the filing of this designation that affect any of the orders or judgments being appealed. The below designations include all documents referenced by the particular document number, including, without limitation, all exhibits, attachments, declarations, and affidavits thereto.

**Documents Filed in Case No. 08-01420 (SCC)**
(*In re Lehman Brothers Inc.*)

| Designation No. | Filing Date | ECF No. | Description (Docket Text) |
|---|---|---|---|
| 1 | Feb. 26, 2013 | 5784 | Notice of Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of Order Approving Settlement Agreement Between the Trustee and the LBHI Entities |
| 2 | Feb. 26, 2013 | 5785 | Declaration of Christopher K. Kiplok in Support of Trustee's Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of Order Approving Settlement Agreement Between the Trustee and the LBHI Entities |
| 3 | Apr. 15, 2013 | 6010 | Notice of (I) Amendment to Settlement Agreement Between the Trustee and the LBHI Entities and (II) Further Revised Proposed Order Approving Same |
| 4 | June 6, 2013 | 6340 | The Trustee's Seventy-Ninth Omnibus Objection to General Creditor Claims (No Liability Claims) |
| 5 | Aug. 20, 2013 | 7055 | Order Granting the Trustee's One Hundred First Omnibus Objection to General Creditor Claims (Employee Equity Claims) |
| 6 | Oct. 17, 2013 | 7464 | Order Granting the Trustee's One Hundred Thirty-First Omnibus Objection to General Creditor Claims (Employee Equity Claims) |

Dated: New York, New York
March 13, 2014

HUGHES HUBBARD & REED LLP

By:  /s/ Robert B. Funkhouser
       Robert B. Funkhouser

James B. Kobak, Jr.
Christopher K. Kiplok
Robert B. Funkhouser
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)

Attorneys for James W. Giddens,
as Trustee for the SIPA Liquidation
of Lehman Brothers Inc.

62896992_1