Hearing Date and Time:  April 24, 2014 at 10:00 a.m. (Prevailing Eastern Time)
Response Date and Time:  April 9, 2014 at 4:00 p.m. (Prevailing Eastern Time)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF THE TRUSTEE'S TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBITS ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT THE TRUSTEE'S COUNSEL, ELENI D. THEODOSIOU-PISANELLI, ESQ., AT (212) 837-6868.**

---

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>     LEHMAN BROTHERS INC.,<br><br>                                 Debtor. | Case No. 08-01420 (SCC) SIPA |

## NOTICE OF HEARING ON THE TRUSTEE'S TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS (REDUNDANT CLAIMS)

     **PLEASE TAKE NOTICE** that on March  14, 2014, James W. Giddens (the

"Trustee"), as trustee for the liquidation of the business of Lehman Brothers Inc. (the "Debtor"

or "LBI"), under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa

*et seq.* ("SIPA"), by and through his undersigned counsel, filed his two hundred twenty-first

omnibus objection to general creditor claims (the "Two Hundred Twenty-First Omnibus

Objection to  General Creditor Claims"), and that a hearing to consider the Trustee's Two

Hundred Twenty-first Omnibus Objection to General Creditor Claims will be held before the

Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States

Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 621, One Bowling Green,

New York, New York 10004-1408 (the "Bankruptcy Court"), on **April 24th at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing").

     **PLEASE TAKE FURTHER NOTICE** that responses, if any, to entry of

the order must (i) be in writing; (ii) state the name and address of the responding party and nature

of the claim or interest of such party; (iii) state with particularity the legal and factual bases of

such response; (iv) conform to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy

Rules; (v) be filed with the Bankruptcy Court, together with proof of service, electronically, in

accordance with General Order M-399 by registered users of the Court's Electronic Case Filing

system, and by all other parties in interest, on a 3.5 inch disk, compact disk, or flash drive,

preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word

processing format no later than **April 9, 2014 at 4:00 p.m. (Prevailing Eastern Time)** (the

"Response Deadline"); and (vi) be served on (a) Hughes Hubbard & Reed LLP, One Battery

Park Plaza, New York, New York, 10004, Attn: Meaghan C. Gragg, Esq.; (b) Securities Investor

Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, DC 20005, Attn:

Kenneth J. Caputo, Esq.; and (c) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York,

New York 10153, Attn: Maurice Horwitz, Esq. and Lori R. Fife, Esq., with a courtesy copy to

the chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York

10004-1408, Courtroom 621.

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Trustee's Two Hundred Twenty-First Omnibus Objection to General Creditor Claims or any claim set forth thereon, the Trustee may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Trustee's Two Hundred Twenty-First Omnibus Objection to General Creditor Claims, which may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
        March 19, 2014

HUGHES HUBBARD & REED LLP

By:    _/s/ James B. Kobak, Jr._
        James B. Kobak, Jr.
        Christopher K. Kiplok
        Meaghan C. Gragg

One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile:  (212) 422-4726
Email:  kobak@hugheshubbard.com

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.

3

**Hearing Date and Time:  April 24, 2014 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Date and Time:  April 9, 2014 at 4:00 p.m. (Prevailing Eastern Time)**

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726

Attorneys for James W. Giddens
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| LEHMAN BROTHERS INC., | Case No.:  08-01420 (SCC) SIPA |
| Debtor. | |

**THE TRUSTEE'S TWO HUNDRED TWENTY-FIRST OMNIBUS**
**OBJECTION TO GENERAL CREDITOR CLAIMS (REDUNDANT CLAIMS)**

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBITS ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT THE TRUSTEE'S COUNSEL, ELENI D. THEODOSIOU-PISANELLI, ESQ., AT (212) 837-6868.**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

James W. Giddens (the "Trustee"), as Trustee for the liquidation of the business

of Lehman Brothers Inc. (the "Debtor" or "LBI") under the Securities Investor Protection Act of

1970 as amended, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"),[1] by and through his undersigned counsel,

respectfully represents as follows:

## **RELIEF REQUESTED**

1.      The Trustee files this two hundred twenty-first omnibus objection to

general creditor claims (the "Two Hundred Twenty-First Omnibus Objection to General Creditor

Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy

Code"), as made applicable to this proceeding pursuant to sections 78fff(b) and 78fff-1(a) of

SIPA, Rule 3007(d)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

and this Court's order approving procedures for the filing of omnibus objections to general

creditor claims filed in this SIPA proceeding (the "General Creditor Claim Objection Procedures

Order," ECF No. 5441), seeking entry of an order disallowing and expunging certain claims

listed on Exhibit A, Exhibit B, and Exhibit C annexed hereto (collectively, the "Exhibits"). The

Trustee's proposed order (the "Proposed Order") is annexed hereto as Exhibit E.

2.      Based on analysis by the Trustee's counsel of each of the general creditor

proofs of claim (the "Proofs of Claim"), certain information from the LBI general claims register

as maintained by the Trustee's claims agent, and certain information from the books and records

of the LBI estate (the "Books and Records"), as further described in the declaration of Eleni D.

Theodosiou-Pisanelli, sworn to on March 14, 2014, (the "ETP Declaration," annexed hereto as

Exhibit D), the Trustee has determined that (i) the proofs of claim listed on Exhibit A under the

---

1.   For convenience, subsequent references to SIPA may omit "15 U.S.C."

2

heading *"Claims to be Disallowed and Expunged"* are duplicative (the "Duplicative Claims"), either entirely or in substance, of at least one of the corresponding claims listed on Exhibit A under the heading *"Surviving Claims"* (collectively, the "Duplicative Surviving Claims"); (ii) the proofs of claim listed on Exhibit B under the heading *"Claims to be Disallowed and Expunged"* have been amended and superseded (the "Amended and Superseded Claims") by at least one of the corresponding claims listed on Exhibit B under the heading *"Surviving Claims"* (collectively, the "Amending Surviving Claims"); and (iii) the transactions and/or obligations claimed in the proofs of claim listed on Exhibit C under the heading *"Claims to be Disallowed and Expunged"* (the "Multiple Filer Duplicate Claims") are duplicative of or fully claimed within at least one of the corresponding claims filed by a separate entity (or filed by an investment manager on behalf of such entity) listed on Exhibit C under the heading *"Surviving Claims"* (collectively, the "Multiple Filer Surviving Claims").

3.    The Trustee asks that each of the Duplicative Claims, each of the Amended and Superseded Claims, and each of the Multiple Filer Duplicate Claims (collectively, the "Redundant Claims") be disallowed and expunged in their entirety from LBI's claims register as maintained by the Trustee's claims agent. The Trustee preserves his right to later object to any Duplicative Surviving Claim, Amending Surviving Claim, or Multiple Filer Surviving Claim (collectively, the "Surviving Claims") on any basis.

3

## JURISDICTION

4.      Following removal to this Court for all purposes as required for SIPA

cases by section 78eee(b)(4) of SIPA, this Court has "all of the jurisdiction, powers, and duties

conferred by [SIPA] upon the court to which application for the issuance of the protective decree

was made."  15 U.S.C. § 78eee(b)(4).

5.      Venue is proper in this Court pursuant to SIPA section 78eee(a)(3) and 15

U.S.C. section 78aa.

## BACKGROUND

6.      On September 19, 2008 (the "Filing Date"), the Honorable Gerard E.

Lynch, United States District Court, Southern District of New York, entered the Order

Commencing Liquidation of LBI (the "LBI Liquidation Order," ECF. No. 1) pursuant to the

provisions of SIPA in the case captioned Securities Investor Protection Corporation v. Lehman

Brothers Inc., Case No. 08-CIV-8119 (GEL).  The LBI Liquidation Order, *inter alia*, (i)

appointed the Trustee for the liquidation of the business of LBI pursuant to section 78eee(b)(3)

of SIPA; and (ii) removed the case to this Court for all purposes as required for SIPA cases by

section 78eee(b)(4) of SIPA, in the case captioned In re Lehman Brothers Inc., Case No. 08-

01420 (JMP) (the "SIPA Proceeding").

7.      On November 7, 2008, the Court entered the Order Approving Form and

Manner of Publication and Mailing of Notice of Commencement; Specifying Procedures and

Forms for Filing, Determination, and Adjudication of Claims; Fixing a Meeting of Customers

and Other Creditors; and Fixing Interim Reporting Pursuant to SIPA (the "Claims Process

Order," ECF No. 241).  Beginning on December 1, 2008, consistent with SIPA section 78fff-

2(a)(1), the Trustee mailed more than 905,000 claims packages with filing information to former

4

LBI customers and other potential claimants (the "Claims Process Notice") and posted claims

filing information on the Trustee's website (www.lehmantrustee.com) and SIPC's website

(www.sipc.org).  The Trustee also published notice of the claims process in The New York

Times, The Wall Street Journal and The Financial Times.

8.      Pursuant to SIPA section 78fff-2(a)(3) and the Claims Process Order,

customer claims seeking maximum protection under SIPA must have been received by the

Trustee on or before January 30, 2009.  All customer claims and general creditor claims must

have been received by the Trustee by June 1, 2009 and no claims of any kind will be allowed

unless received by the Trustee on or before June 1, 2009 (the "Bar Date").  In addition to the Bar

Date, on September 19, 2013, the Bankruptcy Court entered an order (the "Administrative Bar

Date Order") that established October 31, 2013 (the "Administrative Bar Date") as the deadline

to file a proof of claim for administrative expense claims against the LBI estate, as further

described in the Administrative Bar Date Order, with respect to such administrative expenses

arising between September 19, 2008 and August 31, 2013.  The Administrative Bar Date has

now passed.  A copy of the Customer Claims Process Order was made publically available at

www.lehmantrustee.com.  The Trustee's website allowed claimants filing electronically to

upload documents as part of their claim submission and thereby comply with the instructions to

include supporting documentation set forth in the Proof of Claim.

9.      In accordance with the Claims Process Order, in cases where the Trustee

denied a claim for protection as a customer and converted the claim to a general creditor claim,

the Trustee notified the claimant consistent with the procedures set forth in the Claims Process

Order.  The claimant was afforded the opportunity to object and have the matter heard by the

Court if the claimant was aggrieved by the Trustee's denial of customer treatment and

5

conversion of the claim to a general creditor claim.  If a claimant did not object to the Trustee's

conversion of the claim consistent with the procedures set forth in the Claims Process Order, the

Trustee's conversion of the claim to a general creditor claim became final.  No determination

was made as to the validity or allowed amount of such converted and reclassified claims.

10.     On November 15, 2012, the Court entered the General Creditor Claim

Objection Procedures Order, which authorizes the Trustee, among other things, to file omnibus

objections to no more than 200 general creditor claims at a time, on various grounds, including

the grounds that the claims subject to the omnibus objection duplicate other proofs of claim filed

in the same case, as set forth in Bankruptcy Rule 3007(d)(1) or have been amended by

subsequently filed proofs of claim, as set forth in Bankruptcy Rule 3007(d)(3).

## THE REDUNDANT CLAIMS SHOULD BE DISALLOWED AND EXPUNGED

11.     Based on analysis by the Trustee's counsel of each of the Proofs of Claim

for the Surviving Claims and the Redundant Claims, certain information from the LBI general

claims register as maintained by the Trustee's claims agent, and certain information from the

Books and Records, as further described in the ETP Declaration, the Trustee has: (i) identified

the claims on Exhibit A as Duplicative Claims that either are exact duplicates or are in substance

duplicates of the corresponding Duplicative Surviving Claims; (ii) determined that each

Amended and Superseded Claim on Exhibit B has been amended and superseded by the

corresponding Amending Surviving Claim; and  (iii) determined that the transactions and

amounts claimed in the Multiple Filer Duplicate Claims are in substance duplicates of or fully

claimed within the corresponding Surviving Claims.

12.     Specifically, (i) the Duplicative Claims were filed by the same claimants

on account of the same obligations as the corresponding Duplicative Surviving Claims and

provided no additional supporting documentation for the Duplicative Surviving Claims; (ii) the

Amending Surviving Claims may not specifically state on their face that they are amendments of

the Amended and Superseded Claims, but a review of the substance, supporting documents, basis

for, and amount of each claim establishes that the Amending Surviving Claims amend and

supersede the corresponding Amended and Superseded Claims listed on Exhibit B; and (iii) the

Multiple Filer Duplicate Claims were filed by different claimants but on account of the same

obligations as the corresponding Multiple Filer Surviving Claims and seek no additional amounts

or obligations that are not already claimed in the Multiple Filer Surviving Claims.

13.    Some of the Redundant Claims are claims that were denied treatment as

customer claims and converted to general creditor claims. Consistent with the procedures set

forth in the Claims Process Order, the Trustee's reclassification and conversion of these claims

to general creditor claims has become final.

14.    A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See

In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd sub nom. Peter J. Solomon

Co. v. Oneida Ltd.*, No. 09 Civ. 2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re

Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15

(Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr.

S.D.N.Y. 2000).

15.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

7

Accordingly, courts in the Southern District of New York routinely disallow and expunge claims that are duplicative or amended and superseded by subsequent claims filed by the same creditor against the same debtors. *See, e.g.*, *In re Worldcom, Inc.*, Case No. 02-13533 (AJG), 2005 WL 3875191, at *8 (Bankr. S.D.N.Y. June 3, 2005) (expunging duplicate claim); *In re Enron Corp.*, Case No. 01 B 16034 (AJG), 2005 WL 3874285, at *1 n.1 (Bankr. S.D.N.Y. Oct. 5, 2005) (noting that "[i]nasmuch as the Initial Claim was amended and superseded by the Amended Claim, it was disallowed and expunged"); *In re Best Payphones, Inc.,* Case No. 01-15472 (SMB), 2002 WL 31767796, at *4, 11 (Bankr. S.D.N.Y. Dec. 11, 2002) (expunging amended, duplicative claim); *In re Drexel Burnham Lambert Group, Inc.*, 148 B.R. 993, 1001-02 (S.D.N.Y. 1992) (dismissing duplicate claim).

16.     The LBI estate cannot be required to make any distribution on the same claim more than once. *See, e.g.*, *In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally disallowed."). Elimination of the Redundant Claims will also enable the Trustee's claims agent to maintain a claims register that more accurately reflects the proper claims existing against the estate.

17.     It would be inequitable and inappropriate for holders of claims subject to this objection to receive distributions on account of the Redundant Claims. Accordingly, to avoid the possibility of multiple recoveries by the same creditor – regardless of whether the claim was filed directly by the creditor or by an investment manager or other third party on the creditor's behalf – for the same debt (or injury), the Trustee requests that the Court disallow and

expunge in their entirety the Redundant Claims listed on the Exhibits.[2]  With the exception of

claims identified as allowed on the Exhibits, the Surviving Claims will remain on the general

creditor claims register subject to further objection on any basis.

## RESERVATION OF RIGHTS

18.    The Two Hundred Twenty-First Omnibus Objection to General Creditor

Claims does not affect any of the Surviving Claims and, to the extent not already allowed, does

not constitute any admission or finding with respect to any of the Surviving Claims.  Further, the

Trustee reserves all rights to object on any basis to any Redundant Claim or any portion of any

Redundant Claim not finally determined and for which the Court does not grant the relief

requested herein.

## NOTICE

19.    Notice of this Two Hundred Twenty-First Omnibus Objection to General

Creditor Claims has been provided to (i) each claimant listed on the Exhibits via first-class mail;

and (ii) the list of parties requesting notice of pleadings in accordance with the Court's Amended

Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and

9007 Implementing Certain Notice and Case Management Procedures and Related Relief entered

by the Court on July 13, 2010 (ECF No. 3466), and will be immediately available for inspection

upon filing with the Court at the Trustee's website, www.lehmantrustee.com.  The Trustee

submits that no other or further notice need be provided.

## NO PRIOR RELIEF REQUESTED

20.    No previous request for the relief requested herein has been made by the

Trustee to this or any other Court.

---

2.    Where a creditor has filed different documentation in support of the Redundant Claims and the Surviving
Claims, the Trustee will treat all documentation filed with both claims as having been filed in support of the
Surviving Claim.

9

## **CONCLUSION**

For the reasons stated herein, the Trustee respectfully requests entry of an order

granting the relief requested herein and such other and further relief as is just.


Dated:    New York, New York
          March 19, 2014

                              HUGHES HUBBARD & REED LLP


                              By:    _/s/ James B. Kobak, Jr._
                                     James B. Kobak, Jr.
                                     Christopher K. Kiplok
                                     Meaghan C. Gragg

                              One Battery Park Plaza
                              New York, New York 10004
                              Telephone:  (212) 837-6000
                              Facsimile:    (212) 422-4726
                              Email:  kobak@hugheshubbard.com


                              Attorneys for James W. Giddens,
                              Trustee for the SIPA Liquidation of
                              Lehman Brothers Inc.

10

**EXHIBIT A**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA
TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION: EXHIBIT A - DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AMTRUST BANK FORMERLY KNOWN AS OHIO SAVINGS BANK C/O KIMON ZAVERDINOS 1801 EAST NINTH STREET SUITE 200 CLEVELAND, OH  44114-3103 | 1/26/2009 | 1539 | $101,550.00 | AMTRUST BANK C/O KIMON ZAVERDINOS ATTN: TREASURY 1801 EAST NINTH STREET SUITE 200 CLEVELAND, OH  44114-3103 | 1/26/2009 | 900001830** | $101,550.00 |
| 2 | ARMY EMERGENCY RELIEF C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-2036 385 E. COLORADO BLVD PASADENA, CA  91101 | 1/30/2009 | 2448 | $78,930.00 | ARMY EMERGENCY RELIEF WESTERN ASSET MANAGEMENT COMPANY PATRICK HERRINGTON 50 S LASALLE ST CHICAGO, IL  60603 | 2/2/2009 | 9006055 | UNSPECIFIED* |
| 3 | BMO NESBITT BURNS INC. DAVID FERGUSON C/O HARRIS N.A. 111 WEST MONROE STREET CHICAGO, IL  60611 | 1/30/2009 | 8003274 | UNSPECIFIED* | BMO NESBITT BURNS, INC. JAMES E. SPIOTTO CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO, IL  60603-4080 | 5/29/2009 | 5131 | $80,894.40 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 4 | COMMINGLED PENSION TRUST FUND SUBADVISED FIXED INCOME-W SCOTT E. RICHTER, ESQ. & STACEY L. ANGEL C/O J.P. MORGAN INVESTMENT MANAGEMENT INC. 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS, OH  43240-2050 | 1/29/2009 | 9003352 | UNSPECIFIED* | JPMORGAN ASSET MANAGEMENT TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. C/O LEGAL DEPT FLOOR 9 - ATTN WAYNE H CHAN 270 PARK AVE NEW YORK, NY  10017 | 5/15/2009 | 4529 | $16,796.87 |
| 5 | CRUCIBLE MATERIALS-HOURLY PETER TROJANO C/O STANDISH ASSET MANAGEMENT CO LLC 201 WASHINGTON ST BOSTON, MA  02108 | 1/30/2009 | 9005006 | UNSPECIFIED* | CRUCIBLE MATERIALS-HOURLY C/O STANDISH ASSET MANAGEMENT CO. LLC BNY MELLON CENTER 201 WASHINGTON STREET BOSTON, MA  02108 | 1/30/2009 | 2982 | $89,038.06 |
| 6 | EDWARD GRECO QTIP TRUST JACQUE BUCELOT TTEE FBO EDWARD GRECO QUALIFIED TERM INTEREST IN PROPERTY TRUST UWO 5/18/1995 15 STERLING STREET BEACON, NY  12508-1439 | 12/11/2008 | 109 | $200.00 | EDWARD GRECO QUALIFIED TERM INTEREST IN PTY TR UWO 5/18/1995 15 STERLING STREET BEACON, NY  12508-1439 | 12/11/2008 | 900000101** | $200.00 |
| 7 | GRACE BROTHERS LTD 1560 SHERMAN AVE STE 900 EVANSTON, IL  60201-4809 | 1/23/2009 | 1316 | UNSPECIFIED* | GRACE BROTHERS LTD CHARLENE O'CONNOR 1560 SHERMAN AVE STE 900 EVANSTON, IL  60201-4809 | 1/23/2009 | 900001695** | $5,531.38 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit A – Page 2**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 8 | ING LIFE INSURANCE AND ANNUITY COMPANY GIL MATHIS ONE ORANGE WAY WINDSOR, CT  06095-4774 | 9/26/2008 | 9008027 | UNSPECIFIED* | ING LIFE INSURANCE & ANNUITY CO. C/O ING INVESTMENT MANAGEMENT 230 PARK AVENUE NEW YORK, NY  10169-0005 | 1/28/2009 | 8002336 | UNSPECIFIED* |
| 9 | IRVING S GILMORE FOUNDATION ADAM SHAPIRO C/O STONE HARBOR INVESTMENT PARTNERS 31 W 52ND STR SUITE 900 NEW YORK, NY  10019 | 1/28/2009 | 9002274 | UNSPECIFIED* | IRVING S. GILMORE FOUNDATION ATTN: ADAM SHAPIRO STONE HARBOR INVESTMENT PARTNERS, LP 31 WEST 52ND STREET NEW YORK, NY  10019 | 1/28/2009 | 1850 | $6,937.50 |
| 10 | KUWAIT INVESTMENT AUTHORITY ADEL N HAMADAH MINISTRIES COMPLEX, BLOCK 3 GROUND FLOOR, P.O. BOX 64 SAFAT  13001 KUWAIT | 1/27/2009 | 9002185 | UNSPECIFIED* | KUWAIT INVESTMENT AUTHORITY CITIBANK, N.A. (FUND 123) CITGROUP CENTRE CANADA SQUARE CANARY WHARF LONDON  E14 5LB UNITED KINGDOM | 5/19/2009 | 4656 | $43,976.57 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | LILY POND CURRENCY MASTER FUND LTD GLEN C CARNES RE LILY POND CAPITAL MGMT LLC 450 PARK AVENUE SUITE 2103 NEW YORK, NY 10022-2676 | 1/9/2009 | 7000284 | $2,010.91 | LILY POND CURRENCY MASTER FUND LTD GLEN C CARNES RE LILY POND CAPITAL MGMT LLC 450 PARK AVENUE SUITE 2103 NEW YORK, NY 10022-2676 | 1/9/2009 | 800000843** | $2,010.91 |
| 12 | LILY POND CURRENCY PLUS MASTER FUND LTD GLEN CARNES C/O LILY POND CAPITAL MANAGEMENT LLC 450 PARK AVENUE, SUITE 2103 NEW YORK, NY 10022 | 1/9/2009 | 7000292 | $18,197.37 | LILY POND CURRENCY PLUS MASTER FUND LTD GLEN CARNES C/O LILY POND CAPITAL MANAGEMENT LLC 450 PARK AVENUE, SUITE 2103 NEW YORK, NY 10022 | 1/9/2009 | 800000847** | $18,197.37 |
| 13 | LM US BOND CORE PLUS MOTHER FUND C/O JAPAN TRUSTEE SERVICES BANK, LTD. AS TRUSTEE ATTN: INVESTMENT TRUST DEPARTMENT 8-11, HARUMI 1-CHOME, CHUO-KU TOKYO JAPAN | 1/28/2009 | 2006 | $208,948.00 | LM US BOND CORE PLUS MOTHER FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1972 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2540 | $208,948.00 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 | MERABET, OLIVER ROUTE DE LANVOLLEN LE GOAS-MEUR PLOUHA  22580 FRANCE | 5/27/2009 | 4811 | $402.65 | MERABET, OLIVER ROUTE DE LANVOLLEN LE GOAS-MEUR PLOUHA  22580 FRANCE | 5/27/2009 | 900007535** | $402.65 |
| 15 | PEWZ S.A. RUTA 8 KM 17500 EDIFICIO 121A OF 004 MONTEVIDEO  CP 96000 URUGUAY | 1/14/2009 | 1000 | $20,544.76 | PELUZ S.A. C/O CAROLINA CIKUREL RUTA 8 KM 17500 ZONA AMERICA EDIFICIO 121A OF 004 MONTEVIDEO  CP 96000 URUGUAY | 1/14/2009 | 900001177** | $14,202,110.00 |
| 16 | SEI INSTITUTIONAL MANAGED TRUST-CORE FIXED INCOME FUND METROLOLITAN WEST ASSET MGMT 11766 WILSHIRE BLVD STE 1580 LOS ANGELES, CA  90025-6576 | 1/29/2009 | 2072 | $206,953.13 | SEI INSTITUTIONAL MANAGED TRUST METWEST 761 SEI INSTITUTIONAL MANAGED TRST METROPOLITAN WEST ASSET MANAGEMENT 11766 WILSHIRE BLVD STE 1580 LOS ANGELES, CA  90025-6576 | 9/17/2009 | 6138 | $206,953.13 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 17 | SEI INSTITUTIONAL MANAGED TRUST-CORE FIXED INCOME FUND (MW # 761) METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BLVD., SUITE 1500 LOS ANGELES, CA 90025 | 9/17/2009 | 6137 | $206,953.13 | SEI INSTITUTIONAL MANAGED TRUST METWEST 761 SEI INSTITUTIONAL MANAGED TRST METROPOLITAN WEST ASSET MANAGEMENT 11766 WILSHIRE BLVD STE 1580 LOS ANGELES, CA 90025-6576 | 9/17/2009 | 6138 | $206,953.13 |
| 18 | SNYDER, BRIAN 40 EAST 83RD STREET #38 NEW YORK, NY 10028-0843 | 1/28/2009 | 1921 | $46,401.36 | SNYDER, BRIAN 40 EAST 83RD STREET #38 NEW YORK, NY 10028-0843 | 1/28/2009 | 900002514** | $32,076.15 |
| 19 | STERLING CAPITAL MANAGEMENT LLC ON BEHALF OF ITS DISCRETIONARY ADVISORY CLIENT UNION REGIONAL MEDICAL CENTER DEFINED PENSION PLAN ATTN KENNETH R. COTNER, EXECUTIVE DIRECTOR 115 OFFICE PARK DRIVE MOUNTAIN BROOK, AL 35223-2421 | 10/7/2008 | 9008081 | UNSPECIFIED* | STERLING CAPITAL MANAGEMENT LLC KENNETH R COTNER 115 OFFICE PARK DRIVE MOUNTAIN BROOK, AL 35223-2421 | 10/7/2008 | 9008104 | $1,995.70 |
| 20 | TEACHERS RETIREMNT SYS TX CAROL ELLIS 1000 RED RIVER STREET AUSTIN, TX 78701-2627 | 1/30/2009 | 9004548 | UNSPECIFIED* | TEACHERS RETIREMENT SYSTEM OF TEXAS 1000 RED RIVER STREET AUSTIN, TX 78701-2627 | 1/30/2009 | 2895 | $80,971.03 |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\* Allowed Claim

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 21 | THE WALT DISNEY RETIREMENT PLAN MASTER TRUST ATTN: IRENA GOLDSTEIN C/O PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK, NY 10036-8299 | 5/27/2009 | 7002063 | $266,344.00 | WALT DISNEY RETIREMENT PLAN MASTER TRUST, THE C/O THE WALT DISNEY COMPANY ATTN: MITCHELL K POLON 500 SOUTH BUENA VISTA STREET BURBANK, CA 91521-0050 | 6/2/2009 | 5936 | $266,344.00 |
| 22 | TOMICKI, BERNARD J & HELEN G TTEES FBO BERNARD J & HELEN G TOMICKI REV LIV TRUST U/A/D 11/18/98 2505 NATURE BEND CARROLLTON, TX 75006-2004 | 12/12/2008 | 128 | $1,148.07 | TOMICKI, BERNARD J & HELEN G TTEES FBO BERNARD J & HELEN G TOMICKI REV LIV TRUST U/A/D 11/18/98 2505 NATURE BEND CARROLLTON, TX 75006-2004 | 12/12/2008 | 900000121** | $1,148.07 |
| 23 | VONWIN CAPITAL MANAGEMENT, LP TRANSFEROR: MUNICIPAL SECURITIES RULEMAKING ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK, NY 10016 | 1/28/2009 | 9002393 | UNSPECIFIED* | VONWIN CAPITAL MANAGEMENT, L.P. TRANSFEROR: MUNICIPAL SECURITIES RULEMAKING VONWIN CAPITAL, LLC ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR NEW YORK, NY 10016 | 1/28/2009 | 1919 | $192,056.08 |

\*   Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Allowed Claim

**<u>EXHIBIT B</u>**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA
TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION: EXHIBIT B - AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BEAFORD INVESTMENTS LIMITED LETHERA S. MCCARTNEY, VP JP MORGAN TRUST CO (BAHAMAS) LIMITED PO BOX N - 4899, 2ND FLOOR, BAHAMAS FINANCIAL CENTRE SHIRLEY & CHARLOTTE STS. NASSAU BAHAMAS | 12/8/2008 | 8000122 | UNSPECIFIED* | BEAFORD INVESTMENTS LIMITED ATTN: ANGELA WATSON J.P. MORGAN TRUST COMPANY (BAHAMAS) LIMITED BAHAMAS FINANCIAL CENTER, 2ND FLOOR SHIRLEY & CHARLOTTE STREETS PO BOX N-4899 NASSAU BAHAMAS | 7/23/2009 | 6083 | $9,578,839.00 |
| 2 | BEIJING FOREIGN ENTERPRISE HUMAN RESOURCES SERVICE CO., LTD. MS. ZHANG XIAOWEN, UNIT 2508, LEVEL 25 CHINA WORLD TOWER 1 NO. 1 JIAN GUO MEN WAI AVENUE BEIJING  100004 CHINA, P.R.C. | 12/30/2008 | 581 | $3,293.55 | BEIJING FOREIGN ENTERPRISE HUMAN RESOURCES SERVICE CO., LTD. MS. ZHANG XIAOWEN, UNIT 2508, LEVEL 25 CHINA WORLD TOWER 1 NO. 1 JIAN GUO MEN WAI AVENUE BEIJING  100004 CHINA | 6/1/2009 | 5619 | $3,293.55 |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*  Allowed Claim

| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 3 | BOEING COMPANY VOLUNTARY INVESTMENT PLAN, THE C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1655 385 E COLORADO BLVD PASADENA, CA 91101 | 1/30/2009 | 2971 | $3,200,788.00 | BOEING COMPANY VOLUNTARY INVESTMENT PLAN WESTERN ASSET MANAGEMENT COMPANY 100 N RIVERSIDE PLAZA CHICAGO, IL 60606 | 2/2/2009 | 9005942 | UNSPECIFIED* |
| 4 | BROWN, MELVILLE JR. 9516 FAIRCREST DRIVE DALLAS, TX 75238 | 5/26/2009 | 7002026 | $89,088.07 | BROWN, MELVILLE M., JR 9516 FAIRCREST DR. DALLAS, TX 75238-1416 | 1/30/2009 | 3104 | $372,372.99 |
| 5 | BROWN, MELVILLE 9516 FAIRCREST DRIVE DALLAS, TX 75238 | 1/30/2009 | 9005575 | UNSPECIFIED* | BROWN, MELVILLE M., JR 9516 FAIRCREST DR. DALLAS, TX 75238-1416 | 1/30/2009 | 3104 | $372,372.99 |
| 6 | CHAUNY SA ATTN:SEBASTIAN FERULLO JUNCAL 1327 ESC 303 MONTEVIDEO URUGUAY | 5/26/2009 | 9007750 | UNSPECIFIED* | ATTESTOR CAPITAL, LLP FOR AND ON BEHALF OF ATTESTOR VALUE MASTER FUND TRANSFEROR: CHAUNY S.A. C/O ATTESTOR CAPITAL LLP ATTN: ISOBELLE WHITE 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM | 5/26/2009 | 5124 | $3,574,050.24 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit B – Page 2**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | COMMINGLED PENSION TRUST FUND OF JPMORGAN CHASE BANK NA WAYNE H CHAN ESQ 245 PARK AVE NEW YORK, NY 10167 | 1/28/2009 | 9002444 | UNSPECIFIED* | JPMORGAN ASSET MANAGEMENT TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. J.P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 9 ATTN WAYNE H CHAN 270 PARK AVENUE NEW YORK, NY 10017 | 5/15/2009 | 4527 | $4,238.28 |
| 8 | DNB NOR MARKETS INC MARCUS WENDEHOG VP AND ASSISTANT COUNSEL 200 PARK AVENUE 31ST FLOOR NEW YORK, NY 10166 | 1/26/2009 | 9001916 | UNSPECIFIED* | DNB NOR MARKETS, INC. DNB NOR BANK ASA ATTN: MARCUS WENDEHOG, ESQ. 200 PARK AVENUE 31ST FLOOR NEW YORK, NY 10166-0396 | 5/7/2009 | 4515 | $402,417.00 |
| 9 | EISENBERG, IRWIN M. 11 HICKORY COURT STATEN ISLAND, NY 10309 | 1/30/2009 | 8003077 | UNSPECIFIED* | EISENBERG, IRWIN 11 HICKORY CT STATEN ISLAND, NY 10309 | 5/28/2009 | 5292 | $254,951.00 |
| 10 | GOLDMAN SACHS & CO., ET AL. ATTN: JANET A. BROECKEL, MANAGING DIRECTOR/ASSOCIATE GENERAL COUNSEL ONE NEW YORK PLAZA NEW YORK, NY 10004 | 5/30/2009 | 5524 | $9,683.89 | GOLDMAN SACHS & CO. (AS CO-LEAD UNDERWRITER) JANET A. BROECKEL MANAGING DIRECTOR/ASSOCIATE GENERAL COUNSEL ONE NEW YORK PLAZA NEW YORK, NY 10004 | 8/3/2011 | 6255 | $98,383.64 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | GOLDMAN SACHS & CO. JANET A BROECKEL MANAGING DIRECTOR/ASSOCIATE GENL GOLDMAN SACHS & CO. ONE NEW YORK PLAZA NEW YORK, NY 10004 | 5/29/2009 | 7002288 | $9,683.89 | GOLDMAN SACHS & CO. (AS CO-LEAD UNDERWRITER) JANET A. BROECKEL MANAGING DIRECTOR/ASSOCIATE GENERAL COUNSEL ONE NEW YORK PLAZA NEW YORK, NY 10004 | 8/3/2011 | 6255 | $98,383.64 |
| 12 | GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: LAWSON SOFTWARE INC C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 38TH FLOOR JERSEY CITY, NJ 07302 | 12/5/2008 | 8000088 | UNSPECIFIED* | GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: LAWSON SOFTWARE INC C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 38TH FLOOR JERSEY CITY, NJ 07302 | 1/13/2009 | 8001044 | UNSPECIFIED* |
| 13 | HALCYON LOAN TRADING FUND LLC TRANSFEROR: CARRETT P.T. LP2 C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK, NY 10022 | 1/23/2009 | 1499 | $6,895,903.75 | HALCYON LOAN TRADING FUND LLC MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVE 8TH FL NEW YORK, NY 10022 | 1/23/2009 | 9001758 | $4,710,871.73 |
| 14 | HIFFMEISTER, PERRY C. & HILARY 12 BRADBURRY PLACE RIVERSIDE, CT 06878 | 1/26/2009 | 1633 | UNSPECIFIED* | HOFFMEISTER, PERRY COLTER 12 BRADBURY PLACE RIVERSIDE, CT 06878 | 5/28/2009 | 7002117 | UNSPECIFIED* |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 15 | HORNE, CATHY<br>3510 GARDEN MIST CIR<br>AUBURN, GA  30011 | 1/28/2009 | 9002255 | UNSPECIFIED* | HORNE, CATHY<br>3510 GARDEN MIST CIRCLE<br>AUBURN, GA  30011 | 1/30/2009 | 3227 | $14,269.22 |
| 16 | HU, ISABELLE<br>608 BRIDLE PATH<br>WYCKOFF, NJ  07481-2931 | 4/24/2009 | 4370 | $179,954.97 | HU, ISABELLE<br>608 BRIDLE PATH<br>WYCKOFF, NJ  07481 | 5/1/2009 | 7001397 | $179,954.97 |
| 17 | JP MORGAN DIVERSIFIED FUND A SERIES OF JP MORGAN TRUST I<br>WAYNE H CHAN ESQ<br>245 PARK AVE<br>NEW YORK, NY  10167 | 1/28/2009 | 9002533 | UNSPECIFIED* | JPMORGAN ASSET MANAGEMENT<br>TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC.<br>C/O LEGAL DEPT ATTN WAYNE H CHAN<br>270 PARK AVE, 9TH FL<br>NEW YORK, NY  10017-2014 | 5/15/2009 | 4528 | $6,895.46 |
| 18 | METROPOLITAN LIFE INSURANCE COMPANY<br>DANIELLE K AZUA<br>245 PARK AVE<br>NEW YORK, NY  10167 | 1/29/2009 | 9003415 | UNSPECIFIED* | METROPOLITAN LIFE INSURANCE COMPANY<br>ATTN: WAYNE H. CHAN<br>J.P. MORGAN INVESTMENT MANAGEMENT INC.<br>C/O LEGAL DEPT, FLOOR 8<br>245 PARK AVENUE<br>NEW YORK, NY  10167-0001 | 5/27/2009 | 4778 | $96,315.61 |
| 19 | PARKER, DEBORAH A.<br>1902 LYNTON CIRCLE<br>WELLINGTON, FL  33414 | 1/23/2009 | 1338 | $36,603.00 | PARKER, DEBORAH A.<br>1902 LYNTON CIRCLE<br>WELLINGTON, FL  33414 | 12/17/2013 | 6391 | $36,603.00 |
| 20 | PETERS, STEPHEN<br>P.O. BOX 973<br>3 BISHOP ESTATE<br>LENOX, MA  01240 | 12/26/2008 | 7000205 | $271,950.22 | PETERS, STEPHEN<br>PO BOX 973<br>LENOX, MA  01240 | 9/14/2009 | 6112 | $264,029.00 |

\*     Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Allowed Claim

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 21 | PIA FRIIS ABN AMRO BANK N.V. C/O RBS SECURITIES INC. 600 STEAMBOAT ROAD GREENWICH, CT 06830 | 5/26/2009 | 7002000 | UNSPECIFIED* | ABN AMRO BANK N.V. C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 STEAMBOAD ROAD GREENWICH, CT 06830 | 6/2/2009 | 5931 | UNSPECIFIED* |
| 22 | PRINCIPAL FUNDS INC  HIGH QUALITY INTERMEDIATE TERM BOND FUND DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA  50392-0301 | 1/29/2009 | 9003337 | UNSPECIFIED* | PRINCIPAL FUNDS, INC. HIGH QUALITY INTERMEDIATE-TERM BOND FUND ATTN: DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA  50392-0301 | 1/29/2009 | 2040 | $3,626.57 |
| 23 | PRINCIPAL FUNDS INC PRINCIPAL FINANCIAL GROUP DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA  50392-0001 | 1/29/2009 | 9003339 | UNSPECIFIED* | PRINCIPAL FUNDS, INC. BOND & MORTGAGE SECURITIES FUND 801 GRAND AVENUE DES MOINES, IA  50392-0001 | 1/29/2009 | 2041 | $107,722.66 |
| 24 | PRINCIPAL MANAGEMENT CORPORATION PF HQ INTERMEDIATE TERM BOND FUND DEBRA SVOBODA PRINCIPAL GLOBAL INVESTORS, LLC 801 GRAND AVENUE DES MOINES, IA  50392-0490 | 9/26/2008 | 9008028 | UNSPECIFIED* | PRINCIPAL FUNDS, INC. HIGH QUALITY INTERMEDIATE-TERM BOND FUND ATTN: DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA  50392-0301 | 1/29/2009 | 2040 | $3,626.57 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 25 | PRINCIPAL MANAGEMENT CORPORATION-PVC-BOND & MORTGAGE SECURITIES C/O DEBRA SVOBODA PRINCIPAL GLOBAL INVESTORS, LLC 801 GRAND AVENUE DES MOINES, IA  50392-0490 | 9/26/2008 | 9008035 | UNSPECIFIED* | PRINCIPAL VARIABLE CONTRACTS FUND, INC. BOND & MORTGAGES SECURITIES ACCT. C/O DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA  50392-0301 | 1/29/2009 | 2039 | $806.25 |
| 26 | PRINCIPAL VARIABLE CONTRACTS FUND INC PRINCIPAL FINANCIAL GROUP DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA  50392-0001 | 1/29/2009 | 9003335 | UNSPECIFIED* | PRINCIPAL VARIABLE CONTRACTS FUND, INC. BOND & MORTGAGES SECURITIES ACCT. C/O DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA  50392-0301 | 1/29/2009 | 2039 | $806.25 |
| 27 | PROSHARES ULTRA RUSSELL2000 GROWTH PRO FUNDS ADVISORS LLC ATTN: AMY DOBERMAN, ESQ. 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD  20814 | 1/7/2011 | 6235 | $3,780.42 | PROSHARES ULTRA RUSSELL2000 GROWTH C/O PRO FUNDS ADVISORS LLC ATTN: AMY DOBERMAN, ESQ. 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD  20814 | 11/11/2013 | 6384 | $2,814.84 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit B – Page 7**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 28 | PROSHARES ULTRA RUSSELL2000 PRO FUNDS ADVISORS LLC ATTN: AMY DOBERMAN, ESQ. 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD 20814 | 1/7/2011 | 6234 | $17,574.45 | PROSHARES ULTRA RUSSELL2000 C/O PRO FUNDS ADVISORS LLC ATTN: AMY DOBERMAN, ESQ. 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD 20814 | 11/11/2013 | 6383 | $13,074.61 |
| 29 | RELIASTAR LIFE INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT 230 PARK AVENUE NEW YORK, NY 10169-0005 | 1/28/2009 | 8002329 | UNSPECIFIED* | RELIASTAR LIFE INSURANCE COMPANY GIL MATHIS 20 WASHINGTON AVENUE SOUTH MINNEAPOLIS, MN 55401 | 9/26/2008 | 9008026 | $328,125.00 |
| 30 | ROGGE- FOND VANT C/O ROGGE GLOBAL PARTNERS PLC SION HALL, 56 VICTORIA EMBANKMENT 56 VICTORIA EMBANKMENT LONDON EC4Y 0DZ UNITED KINGDOM | 1/13/2009 | 8000964 | UNSPECIFIED* | INKA FONDS VANT - RGP LEGAL DEPARTMENT/MARC DIEDENHOFEN INTERNATIONALE KAPITALANLAGEGESELLSCH AFT MBH YORCKSTRABE 21 DUESSELDORF 40476 GERMANY | 1/28/2009 | 8001780 | UNSPECIFIED* |
| 31 | SECURITY LIFE OF DENVER INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT 230 PARK AVENUE NEW YORK, NY 10169-0005 | 1/28/2009 | 8002319 | UNSPECIFIED* | SECURITY LIFE OF DENVER INSURANCE CO GIL MATHIS 1290 BROADWAY DENVER, CO 80203 | 9/26/2008 | 9008025 | $546,875.00 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 32 | STANDARD & POORS CORP. ATTN: LOUIS SLANINA 55 WATER STREET, 46TH FLOOR NEW YORK, NY 10041 | 8/18/2010 | 6229 | $209,624.00 | STANDARD & POORS ATTN:MICHAEL J. TWAMLEY 55 WATER STREET, 35TH FLOOR NEW YORK, NY 10041 | 9/22/2011 | 6260 | $209,624.00 |
| 33 | STANDARD & POOR'S 55 WATER STREET ATTN: LOUIS SLANINA NEW YORK, NY 10041 | 6/1/2009 | 5887 | $2,174,812.00 | STANDARD & POORS ATTN:MICHAEL J. TWAMLEY 55 WATER STREET, 35TH FLOOR NEW YORK, NY 10041 | 9/22/2011 | 6260 | $209,624.00 |
| 34 | THE ROYAL BANK OF SCOTLAND PLC ATTN: MARK ROSE GREENWICH CAPITAL MARKETS INC 600 STEAMBOAT ROAD GREENWICH, CT 06830 | 9/29/2008 | 9008160 | UNSPECIFIED* | ROYAL BANK OF SCOTLAND, PLC, THE RBS GLOBAL BANKING & MARKETS, C/O RBS SECURITIES, INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 STEAMBOAT ROAD, GREENWICH, CT 06830 | 6/2/2009 | 5926 | $40,023,040.00 |
| 35 | THEODORE, FRANTZ C/O GAIL M WALTON, ESQ LAW OFFICES OF GAIL M WALTON 690 MACE AVENUE BRONX, NY 10467 | 1/26/2009 | 9002011 | UNSPECIFIED* | THEODORE, FRANTZ 47 JASPER STREET VALLEY STREAM, NY 11580 | 1/26/2009 | 1661 | $96,260.36 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 36 | TRADEWEB MARKETS LLC ATTN: JONATHAN D. PITTINSKY, ASST. SEC 2200 PLAZA FIVE HARBORSIDE FINANCIAL CENTER JERSEY CITY, NJ 07311 | 5/29/2009 | 4927 | $1,342,817.50 | TRADEWEB LLC ATTN: JONATHAN D. PITTINSKY, ASST. SEC 2200 PLAZA FIVE HARBORSIDE FINANCIAL CENTER JERSEY CITY, NJ 07311 | 5/29/2009 | 4928 | $1,359,221.19 |
| 37 | TRADEWEB NEWMARKETS LLC ATTN: JONATHAN D. PITTINSKY, ASST. SEC 2200 PLAZA FIVE HARBORSIDE FINANCIAL CENTER JERSEY CITY, NJ 07311 | 5/29/2009 | 4926 | $16,403.69 | TRADEWEB LLC ATTN: JONATHAN D. PITTINSKY, ASST. SEC 2200 PLAZA FIVE HARBORSIDE FINANCIAL CENTER JERSEY CITY, NJ 07311 | 5/29/2009 | 4928 | $1,359,221.19 |
| 38 | VASHISHT, VISHAL 90 FARBROOK DRIVE SHORT HILLS, NJ 07078 | 1/27/2009 | 8001700 | UNSPECIFIED* | TANNOR PARTNERS CREDIT FUND, LP TRANSFEROR: VASHISHT, VISHAL ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS, NY 10601 | 2/5/2009 | 3468 | $175,000.00 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Allowed Claim

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 39 | WESTERN ASSET MANAGEMENT COMPANY ATTN: W STEPHEN VENABLE JR 620 8TH AVENUE, 50TH FLOOR NEW YORK, NY 10018 | 10/29/2008 | 9008098 | UNSPECIFIED* | UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION - INDUSTRIAL PENSION FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1133 & W-1352 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2650 | $292,947.00 |

\*   Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Allowed Claim

**EXHIBIT C**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA
TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION: EXHIBIT C – MULTIPLE FILER DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AFEBT CORE FULL WESTERN ASSET MANAGEMENT COMPANY PATRICK HERRINGTON 50 S LASALLE ST CHICAGO, IL 60603 | 2/2/2009 | 9006052 | UNSPECIFIED* | NTCC ADVISORS FUNDS FOR EMPLOYEE BENEFITS TRUSTS C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1687 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2775 | $312,387.00 |
| 2 | AFGT CORE FULL WESTERN ASSET MANAGEMENT COMPANY PATRICK HERRINGTON 50 S LASALLE ST CHICAGO, IL 60603 | 2/2/2009 | 9006053 | UNSPECIFIED* | NTCC ADVISORS FUNDS FOR GRANTOR TRUSTS C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT. W-1688 385 E. COLORADO BLVD. PASADENA, CA 91109 | 1/30/2009 | 2844 | $51,659.00 |
| 3 | BOOTH FERRIS FDTN FIXED INC A/C LESLEY GOLDBERG 345 PARK AVE NEW YORK, NY 10167 | 1/28/2009 | 9002263 | UNSPECIFIED* | JPMORGAN CHASE BANK, N.A., AS AGENT FBO BOOTH FERRIS FDTN FIXED INC AC PRIVATE BANK LEGAL - LESLEY E. GOLDBERG, ESQ. 345 PARK AVENUE, 5TH FLOOR NEW YORK, NY 10154 | 5/28/2009 | 4843 | $71,162.89 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit C – Page 1

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | BROWN BROTHERS HARRIMAN TRUST COMPANY (CAYMAN) LTD, AS TRUSTEE FOR THE LINCOLN FUND, ATTN: LEGAL DEPT W-2390 C/O WESTERN ASSET MANAGEMENT COMPANY 385 E. COLORADO BLVD. PASADENA, CA  91101 | 1/30/2009 | 2505 | $52,430.00 | MORGAN STANLEY SENIOR FUNDING, INC. TRANSFEROR: WESTERN ASSET MANAGEMENT COMPANY 1585 BROADWAY 2ND FLOOR NEW YORK, NY  10036 | 9/26/2008 | 9008059-01 | UNSPECIFIED* |
| 5 | CENTRAL STATES SE & SW AREAS PENSION FUND WESTERN ASSET MGMT PATRICK HERRINGTON 50 S LASALLE ST CHICAGO, IL  60603 | 2/2/2009 | 9006051 | UNSPECIFIED* | CENTRAL STATES SOUTHWEST & SOUTHWEST AREAS PENSION FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1861 385 E. COLORADO BLVD. PASADENA, CA  91101 | 1/30/2009 | 2680 | $670,695.00 |
| 6 | CENTURY AFFILIATED HOLDINGS LLC LESLEY E GOLDBERG 345 PARK AVE NEW YORK, NY  10154 | 1/28/2009 | 9002264 | UNSPECIFIED* | JPMORGAN CHASE BANK, NA, AS AGENT FBO CENTURY AFFILIATED HOLDINGS LLC PRIVATE BANK LEGAL - LESLEY E. GOLDBERG, ESQ. 345 PARK AVENUE, 5TH FLOOR NEW YORK, NY  10154 | 5/28/2009 | 4841 | $7,715.23 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit C – Page 2

| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 7 | CF SECURITIZED INDEX FUND C/O BNY MELLON CASH INVESTMENT STRATEGIES BNY MELLON CENTER 500 GRANT STREET PITTSBURGH, PA  15258 | 1/29/2009 | 2343 | $5,259.48 | THE BANK OF NEW YORK MELLON C/O STANDISH MELLON ASSET MGMT ACCT [REDACTED] MELLON FINANCIAL CENTER 1 BOSTON PLACE STE 024-0344 BOSTON, MA  02108-4408 | 12/2/2008 | 9008101 | UNSPECIFIED* |
| 8 | DEUTSCHE ASSET MANAGEMENT SCOTT AGI 345 PARK AVENUE NEW YORK, NY  10154 | 10/7/2008 | 9008080 | UNSPECIFIED* | PYRAMID MORTGAGE-BACKED SECURITIES FUND IGOR ABRAMOV 345 PARK AVENUE NEW YORK, NY  10154 | 1/26/2009 | 9001808 | UNSPECIFIED* |
| 9 | HEWLETT PACKARD INDIA SALES PVT. LTD. ATTN: MR RAMNATH SUNDARAM / CREDIT & COLLECTIONS 24 SALARPURIA ARENA, ADUGODI HOSUR MAIN ROAD BANGALORE  560030 INDIA | 3/27/2009 | 4235 | $35,765.13 | HEWLETT PACKARD AP (HONG KONG) LTD -SEE V# [REDACTED] 19/F CITYPLAZA ONE 1111 KINGS ROAD ATTN: MR CHAN KAI YIU TAIKOO SHING HONG KONG CHINA | 3/27/2009 | 4236 | $14,771.00 |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Allowed Claim

**Exhibit C – Page 3**

| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 10 | INTERNATIONAL INVESTMENT FUND - PUTNAM GLOBAL AGGREGATE FIXED INCOME FUND, THE DEREK JEPSON DUMARESQ HOUSE, DUMARESQ STREET ST HELIER, JERSEY JE2 3RL CHANNEL ISLANDS | 1/29/2009 | 9003323 | UNSPECIFIED* | SBC MASTER PENSION TRUST CARL J. STRUTZ 208 S. AKARD ROOM 2712 DALLAS, TX 75201 | 1/30/2009 | 8002800 | UNSPECIFIED* |
| 11 | REAMS ISP REAMS ASSET MGMT CO A/C INDIANA STATE POLICE 227 WASHINGTON STREET COLUMBUS, IN 47201-6741 | 2/3/2009 | 3416 | $48,860.15 | INDIANA STATE POLICE PENSION TRUST RICHARD MOURDOCK, TREASURER 200 WEST WASHINGTON STREET SUITE 242 INDIANAPOLIS, IN 46204-2792 | 1/28/2009 | 8001926 | UNSPECIFIED* |
| 12 | RIC PLC THE STERLING BOND FUND ELLIOT COHEN 909 A ST TACOMA, WA 98402 | 1/30/2009 | 9004649 | UNSPECIFIED* | FRANK RUSSELL INVESTMENT COMPANY PLC-THE STERLING CORP BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-5307 385 E. COLORADO BLVD. PASADENA, CA 91101 | 2/2/2009 | 3245 | $94,594.00 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit C – Page 4**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 13 | RIC PLC THE STERLING CORPORATE BOND FUND ELLIOT COHEN 909 A ST TACOMA, WA  98402 | 1/30/2009 | 9004648 | UNSPECIFIED* | FRANK RUSSELL INVESTMENT COMPANY PLC - THE STERLING CORPORATE BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-5185 385 E. COLORADO BLVD. PASADENA, CA  91101 | 1/30/2009 | 2705 | $13,875.00 |
| 14 | SEIU LOCAL 74 PENSION FUND C/O CLAIRE MARTIN-MCKAY AMALGAMATED BANK 275 SEVENTH AVE NEW YORK, NY  10001 | 1/29/2009 | 9003912 | UNSPECIFIED* | BOARD OF TRUSTEES OF THE PENSION FUND OF LOCAL 74 C/O DEBRA SVOBODA PRINCIPAL GLOBAL INVESTORS 801 GRAND AVENUE DES MOINES, IA  50392-0490 | 9/26/2008 | 9008033 | UNSPECIFIED* |
| 15 | SOLUTIA INC SAVINGS AND INVMT PLAN WESTERN ASSET MGMT COM PATRICK HERRINGTON 50 S LASALLE ST CHICAGO, IL  60603 | 2/2/2009 | 9006054 | UNSPECIFIED* | SOLUTIA INC. SAVINGS AND INVESTMENT PLAN C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1743 385 E. COLORADO BLVD. PASADENA, CA  91101 | 1/30/2009 | 2731 | $234,734.00 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit C – Page 5**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | STRONG MUSEUM TRUST LESLEY E GOLDBERG 345 PARK AVE NEW YORK, NY 10154 | 1/28/2009 | 9002267 | UNSPECIFIED* | JPMORGAN CHASE BANK N.A., AS AGENT F/B/O STRONG MUSEUM TRUST 345 PARK AVENUE, 5TH FLOOR NEW YORK, NY 10154 | 5/28/2009 | 4840 | $3,354.68 |
| 17 | THE MASTER TRUST BANK OF JAPAN, LTD ON BEHALF OF LM GLOBAL BOND MOTHER TOSHIAKI FUJII 2-11-3 HAMAMATSU-CHO, MINATO-KU TOKYO 1058579 JAPAN | 1/23/2009 | 7000592 | $1,521,211.00 | LM GLOBAL BOND MOTHER FUND (SDO), C/O WESTERN ASSET MANAGEMENT C/O WESTERN ASSET MANAGEMENT COMPANY, ATTN: LEGAL DEPT W-5383 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2475 | $1,521,211.00 |
| 18 | THE MASTER TRUST BANK OF JAPAN, LTD, AS TRUTEE T.FUJII, Y.NAKAO, CORPORATE RISK MANAGEMENT 2-11-3 HAMAMATSU-CHO, MINATO-KU TOKYO 1058579 JAPAN | 1/22/2009 | 8001750 | UNSPECIFIED* | WELLINGTON MANAGEMENT COMPANY LLP ROBERT J TONER MORGAN STANLEY ASSET & INVESTMENT TRUST MANAGEMENT CO LIMITED 75 STATE STREET BOSTON, MA 02109 | 9/29/2008 | 9008065 | UNSPECIFIED* |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit C – Page 6

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 19 | TIME MIRROR CHANDLER II LLC LESLEY E GOLDBERG 345 PARK AVE NEW YORK, NY 10154 | 1/28/2009 | 9002268 | UNSPECIFIED* | JPMORGAN CHASE BANK, N.A. AS AGENT F/B/O TIME MIRROR CHANDLER II, LLC JPMORGAN CHASE BANK, N.A.-PRIVATE BANK LEGAL-LESLEY E. GOLDBERG, ESQ. 345 PARK AVENUE, 5TH FLOOR NEW YORK, NY 10154 | 5/28/2009 | 4846 | $55,805.47 |
| 20 | UNITED METHODIST CHURCH C/O BNY MELLON CASH INVESTMENT STRATEGIES BNY MELLON CENTER 500 GRANT STREET PITTSBURGH, PA 15258 | 1/29/2009 | 2341 | $2,383.35 | THE BANK OF NEW YORK MELLON C/O STANDISH MELLON ASSET MGMT ACCT [REDACTED] MELLON FINANCIAL CENTER 1 BOSTON PLACE STE 024-0344 BOSTON, MA 02108-4408 | 12/2/2008 | 9008101 | UNSPECIFIED* |
| 21 | USWU LOCAL 74 DEFINED CONTRIBUTION PLAN DEBORAH SILODER C/O AMALGAMATED BANK 275 SEVENTH AVE NEW YORK, NY 10001 | 1/29/2009 | 9003901 | UNSPECIFIED* | BOARD OF TRUSTEES OF THE WELFARE FUND OF LOCAL 74 C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: DEBRA S. VOBODA 801 GRAND AVENUE DES MOINES, IA 50392-0490 | 9/29/2008 | 9008060 | UNSPECIFIED* |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit C – Page 7

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 22 | USWU LOCAL 74 WELFARE FUND DEBORAH SILODOR C/O AMALGAMATED BANK 275 SEVENTH AVE NEW YORK, NY 10001 | 1/29/2009 | 9003911 | UNSPECIFIED* | BOARD OF TRUSTEES OF THE DEFINED CONTRIBUTION FUND OF LOCAL C/O DEBRA SVOBODA PRINCIPAL GLOBAL INVESTORS LLC 801 GRAND AVENUE DES MOINES, IA 50392-0490 | 9/26/2008 | 9008032 | UNSPECIFIED* |
| 23 | WASHINGTON GAS LIGHT COMPANY MASTER VEBA TRUST C/O BNY MELLON CASH INVESTMENT STRATEGIES BNY MELLON CENTER 500 GRANT STREET PITTSBURGH, PA 15258 | 1/29/2009 | 2342 | $1,394.47 | THE BANK OF NEW YORK MELLON C/O STANDISH MELLON ASSET MGMT ACCT [REDACTED] MELLON FINANCIAL CENTER 1 BOSTON PLACE STE 024-0344 BOSTON, MA 02108-4408 | 12/2/2008 | 9008101 | UNSPECIFIED* |
| 24 | WESTERN ASSET MANAGEMENT COMPANY W STEPHEN VENABLE JR 385 EAST COLORADO BOULEVARD PASADENA, CA 91101-1923 | 10/20/2008 | 9008093 | UNSPECIFIED* | STATE RETIREMENT & PENSION SYSTEM OF MARYLAND C/O WESTERN MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1376 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2690 | $5,911,142.00 |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\* Allowed Claim

Exhibit C – Page 8

**<u>EXHIBIT D</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| LEHMAN BROTHERS INC., | Case No. 08-01420 (SCC) SIPA |
| Debtor. | |

### DECLARATION OF ELENI D. THEODOSIOU-PISANELLI IN SUPPORT OF THE TRUSTEE'S TWO HUNDRED TWENTY-FIRST OBJECTION TO GENERAL CREDITOR CLAIMS (REDUNDANT CLAIMS)

Pursuant to 28 U.S.C. § 1746, I, Eleni D. Theodosiou-Pisanelli, hereby declare as follows:

1.       I am an attorney duly admitted to practice in this Court and am associated with the firm of Hughes Hubbard & Reed LLP ("Hughes Hubbard"), attorneys for James W. Giddens (the "Trustee"), as trustee for the SIPA liquidation of Lehman Brothers Inc. ("LBI"). I respectfully submit this declaration (the "Declaration") in support of the Trustee's two hundred twenty-first omnibus objection to general creditor claims (the "Two Hundred Twenty-First Omnibus Objection to General Creditor Claims").[1]

2.       On behalf of the Trustee, I have participated in the analysis of each of the general creditor proofs of claim (the "Proofs of Claim"), listed in Exhibit A, Exhibit B, and Exhibit C (the "Exhibits") annexed to the Two Hundred Twenty-First Omnibus Objection to General Creditor Claims, including all supporting documentation submitted with each Claim. I have also participated in the analysis of certain information from the LBI general claims register as maintained by the Trustee's claims agent, and certain information from the books and records of the LBI estate (the "Books and Records").

---

1. Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

3.       Based on analysis of each of the Proofs of Claim for the Surviving Claims and the Redundant Claims, certain information from the LBI general claims register as maintained by the Trustee's claims agent, and certain information from the Books and Records, the Trustee has: (i) identified the claims on Exhibit A as Duplicative Claims that either are exact duplicates or are in substance duplicates of the corresponding Duplicative Surviving Claims; (ii) determined that each Amended and Superseded Claim on Exhibit B has been amended and superseded by the corresponding Amending Surviving Claim; and  (iii) determined that the transactions and amounts claimed in the Multiple Filer Duplicate Claims are in substance duplicates of or fully claimed within the corresponding Surviving Claims.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2014

By: */s/ Eleni D. Theodosiou-Pisanelli*
Eleni D. Theodosiou-Pisanelli
Associate, Hughes Hubbard & Reed LLP

**<u>EXHIBIT E</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

LEHMAN BROTHERS INC.,

Case No. 08-01420 (SCC) SIPA

Debtor.

### [PROPOSED] ORDER GRANTING THE TRUSTEE'S TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS (REDUNDANT CLAIMS)

Upon the two hundred twenty-first omnibus objection to claims, dated March 19, 2014 (the "Two Hundred Twenty-First Omnibus Objection to General Creditor Claims"),[1] of James W. Giddens (the "Trustee"), as trustee for the liquidation of Lehman Brothers Inc. ("LBI") under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), as made applicable to this proceeding pursuant to SIPA §§ 78fff(b) and 78fff-1(a), and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing and expunging certain Redundant Claims, on the grounds that (i) such general creditor claims are exact duplicates or are in substance duplicates of the corresponding Duplicative Surviving Claims, (ii) such general creditor claims have been amended and superseded by the corresponding Amending Surviving Claim, or (iii) determined the transactions and amounts claimed in the Multiple Filer Duplicate Claims are in substance duplicates of or fully claimed within the corresponding Surviving Claims, as more fully described in the Two Hundred Twenty-First Omnibus Objection to General Creditor Claims; and

---

1.    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

due and proper notice of the Two Hundred Twenty-First Omnibus Objection to General Creditor Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Twenty-First Omnibus Objection to General Creditor Claims is in the best interests of LBI, its estate, its customers and creditors, and all parties in interest and that the legal and factual bases set forth in the Two Hundred Twenty-First Omnibus Objection to General Creditor Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Twenty-First Omnibus Objection to General Creditor Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1, Exhibit 2, and Exhibit 3 (collectively, the "Exhibits") under the heading *"Claims to be Disallowed and Expunged"* are disallowed and expunged in their entirety with prejudice as set forth in the Exhibits;  and it is further

ORDERED that the claims listed on the Exhibits annexed hereto under the heading *"Surviving Claims"* (collectively, the "Surviving Claims") will remain on the LBI general claims register subject to the Trustee's right to further object as set forth herein; and it is further

ORDERED that all information included on and all documentation filed in support of any Redundant Claim shall be treated as having been filed in support of and included in the corresponding Surviving Claim; and it is further

ORDERED that notwithstanding any other provision of this Order, a Surviving Claim and all documentation previously filed in support of the Surviving Claim shall be deemed

2

timely filed to the extent it appropriately amended and superseded, directly or indirectly, a claim that had been timely filed; and it is further

**ORDERED** that this Order supersedes all previous orders regarding the disposition of the Claims listed on the Exhibits annexed hereto; and it is further

**ORDERED** that nothing in this Order or the disallowance and expungement of the Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Trustee's rights to object to the Surviving Claims on any basis is preserved; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and interpretation of this Order.

Dated: New York, New York
            _____, 2014

_____
HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT 1

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA
TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION: EXHIBIT 1- DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AMTRUST BANK FORMERLY KNOWN AS OHIO SAVINGS BANK C/O KIMON ZAVERDINOS 1801 EAST NINTH STREET SUITE 200 CLEVELAND, OH 44114-3103 | 1/26/2009 | 1539 | $101,550.00 | AMTRUST BANK C/O KIMON ZAVERDINOS ATTN: TREASURY 1801 EAST NINTH STREET SUITE 200 CLEVELAND, OH 44114-3103 | 1/26/2009 | 900001830** | $101,550.00 |
| 2 | ARMY EMERGENCY RELIEF C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-2036 385 E. COLORADO BLVD PASADENA, CA 91101 | 1/30/2009 | 2448 | $78,930.00 | ARMY EMERGENCY RELIEF WESTERN ASSET MANAGEMENT COMPANY PATRICK HERRINGTON 50 S LASALLE ST CHICAGO, IL 60603 | 2/2/2009 | 9006055 | UNSPECIFIED* |
| 3 | BMO NESBITT BURNS INC. DAVID FERGUSON C/O HARRIS N.A. 111 WEST MONROE STREET CHICAGO, IL 60611 | 1/30/2009 | 8003274 | UNSPECIFIED* | BMO NESBITT BURNS, INC. JAMES E. SPIOTTO CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO, IL 60603-4080 | 5/29/2009 | 5131 | $80,894.40 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit 1 – Page 1

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | COMMINGLED PENSION TRUST FUND SUBADVISED FIXED INCOME-W SCOTT E. RICHTER, ESQ. & STACEY L. ANGEL C/O J.P. MORGAN INVESTMENT MANAGEMENT INC. 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS, OH 43240-2050 | 1/29/2009 | 9003352 | UNSPECIFIED* | JPMORGAN ASSET MANAGEMENT TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. C/O LEGAL DEPT FLOOR 9 - ATTN WAYNE H CHAN 270 PARK AVE NEW YORK, NY 10017 | 5/15/2009 | 4529 | $16,796.87 |
| 5 | CRUCIBLE MATERIALS-HOURLY PETER TROJANO C/O STANDISH ASSET MANAGEMENT CO LLC 201 WASHINGTON ST BOSTON, MA 02108 | 1/30/2009 | 9005006 | UNSPECIFIED* | CRUCIBLE MATERIALS-HOURLY C/O STANDISH ASSET MANAGEMENT CO. LLC BNY MELLON CENTER 201 WASHINGTON STREET BOSTON, MA 02108 | 1/30/2009 | 2982 | $89,038.06 |
| 6 | EDWARD GRECO QTIP TRUST JACQUE BUCELOT TTEE FBO EDWARD GRECO QUALIFIED TERM INTEREST IN PROPERTY TRUST UWO 5/18/1995 15 STERLING STREET BEACON, NY 12508-1439 | 12/11/2008 | 109 | $200.00 | EDWARD GRECO QUALIFIED TERM INTEREST IN PTY TR UWO 5/18/1995 15 STERLING STREET BEACON, NY 12508-1439 | 12/11/2008 | 900000101** | $200.00 |
| 7 | GRACE BROTHERS LTD 1560 SHERMAN AVE STE 900 EVANSTON, IL 60201-4809 | 1/23/2009 | 1316 | UNSPECIFIED* | GRACE BROTHERS LTD CHARLENE O'CONNOR 1560 SHERMAN AVE STE 900 EVANSTON, IL 60201-4809 | 1/23/2009 | 900001695** | $5,531.38 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit 1 – Page 2

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 8 | ING LIFE INSURANCE AND ANNUITY COMPANY GIL MATHIS ONE ORANGE WAY WINDSOR, CT  06095-4774 | 9/26/2008 | 9008027 | UNSPECIFIED* | ING LIFE INSURANCE & ANNUITY CO. C/O ING INVESTMENT MANAGEMENT 230 PARK AVENUE NEW YORK, NY  10169-0005 | 1/28/2009 | 8002336 | UNSPECIFIED* |
| 9 | IRVING S GILMORE FOUNDATION ADAM SHAPIRO C/O STONE HARBOR INVESTMENT PARTNERS 31 W 52ND STR SUITE 900 NEW YORK, NY  10019 | 1/28/2009 | 9002274 | UNSPECIFIED* | IRVING S. GILMORE FOUNDATION ATTN: ADAM SHAPIRO STONE HARBOR INVESTMENT PARTNERS, LP 31 WEST 52ND STREET NEW YORK, NY  10019 | 1/28/2009 | 1850 | $6,937.50 |
| 10 | KUWAIT INVESTMENT AUTHORITY ADEL N HAMADAH MINISTRIES COMPLEX, BLOCK 3 GROUND FLOOR, P.O. BOX 64 SAFAT  13001 KUWAIT | 1/27/2009 | 9002185 | UNSPECIFIED* | KUWAIT INVESTMENT AUTHORITY CITIBANK, N.A. (FUND 123) CITGROUP CENTRE CANADA SQUARE CANARY WHARF LONDON  E14 5LB UNITED KINGDOM | 5/19/2009 | 4656 | $43,976.57 |
| 11 | LILY POND CURRENCY MASTER FUND LTD GLEN C CARNES RE LILY POND CAPITAL MGMT LLC 450 PARK AVENUE SUITE 2103 NEW YORK, NY  10022-2676 | 1/9/2009 | 7000284 | $2,010.91 | LILY POND CURRENCY MASTER FUND LTD GLEN C CARNES RE LILY POND CAPITAL MGMT LLC 450 PARK AVENUE SUITE 2103 NEW YORK, NY  10022-2676 | 1/9/2009 | 800000843** | $2,010.91 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit 1 – Page 3

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 12 | LILY POND CURRENCY PLUS MASTER FUND LTD GLEN CARNES C/O LILY POND CAPITAL MANAGEMENT LLC 450 PARK AVENUE, SUITE 2103 NEW YORK, NY  10022 | 1/9/2009 | 7000292 | $18,197.37 | LILY POND CURRENCY PLUS MASTER FUND LTD GLEN CARNES C/O LILY POND CAPITAL MANAGEMENT LLC 450 PARK AVENUE, SUITE 2103 NEW YORK, NY  10022 | 1/9/2009 | 800000847** | $18,197.37 |
| 13 | LM US BOND CORE PLUS MOTHER FUND C/O JAPAN TRUSTEE SERVICES BANK, LTD. AS TRUSTEE ATTN: INVESTMENT TRUST DEPARTMENT 8-11, HARUMI 1-CHOME, CHUO-KU TOKYO JAPAN | 1/28/2009 | 2006 | $208,948.00 | LM US BOND CORE PLUS MOTHER FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1972 385 E. COLORADO BLVD. PASADENA, CA  91101 | 1/30/2009 | 2540 | $208,948.00 |
| 14 | MERABET, OLIVER ROUTE DE LANVOLLEN LE GOAS-MEUR PLOUHA  22580 FRANCE | 5/27/2009 | 4811 | $402.65 | MERABET, OLIVER ROUTE DE LANVOLLEN LE GOAS-MEUR PLOUHA  22580 FRANCE | 5/27/2009 | 900007535** | $402.65 |
| 15 | PEWZ S.A. RUTA 8 KM 17500 EDIFICIO 121A OF 004 MONTEVIDEO  CP 96000 URUGUAY | 1/14/2009 | 1000 | $20,544.76 | PELUZ S.A. C/O CAROLINA CIKUREL RUTA 8 KM 17500 ZONA AMERICA EDIFICIO 121A OF 004 MONTEVIDEO  CP 96000 URUGUAY | 1/14/2009 | 900001177** | $14,202,110.00 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit 1 – Page 4**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | SEI INSTITUTIONAL MANAGED TRUST-CORE FIXED INCOME FUND METROLOLITAN WEST ASSET MGMT 11766 WILSHIRE BLVD STE 1580 LOS ANGELES, CA 90025-6576 | 1/29/2009 | 2072 | $206,953.13 | SEI INSTITUTIONAL MANAGED TRUST METWEST 761 SEI INSTITUTIONAL MANAGED TRST METROPOLITAN WEST ASSET MANAGEMENT 11766 WILSHIRE BLVD STE 1580 LOS ANGELES, CA 90025-6576 | 9/17/2009 | 6138 | $206,953.13 |
| 17 | SEI INSTITUTIONAL MANAGED TRUST-CORE FIXED INCOME FUND (MW # 761) METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BLVD., SUITE 1500 LOS ANGELES, CA 90025 | 9/17/2009 | 6137 | $206,953.13 | SEI INSTITUTIONAL MANAGED TRUST METWEST 761 SEI INSTITUTIONAL MANAGED TRST METROPOLITAN WEST ASSET MANAGEMENT 11766 WILSHIRE BLVD STE 1580 LOS ANGELES, CA 90025-6576 | 9/17/2009 | 6138 | $206,953.13 |
| 18 | SNYDER, BRIAN 40 EAST 83RD STREET #38 NEW YORK, NY 10028-0843 | 1/28/2009 | 1921 | $46,401.36 | SNYDER, BRIAN 40 EAST 83RD STREET #38 NEW YORK, NY 10028-0843 | 1/28/2009 | 900002514** | $32,076.15 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit 1 – Page 5

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 19 | STERLING CAPITAL MANAGEMENT LLC ON BEHALF OF ITS DISCRETIONARY ADVISORY CLIENT UNION REGIONAL MEDICAL CENTER DEFINED PENSION PLAN ATTN KENNETH R. COTNER, EXECUTIVE DIRECTOR 115 OFFICE PARK DRIVE MOUNTAIN BROOK, AL 35223-2421 | 10/7/2008 | 9008081 | UNSPECIFIED* | STERLING CAPITAL MANAGEMENT LLC KENNETH R COTNER 115 OFFICE PARK DRIVE MOUNTAIN BROOK, AL 35223-2421 | 10/7/2008 | 9008104 | $1,995.70 |
| 20 | TEACHERS RETIREMNT SYS TX CAROL ELLIS 1000 RED RIVER STREET AUSTIN, TX 78701-2627 | 1/30/2009 | 9004548 | UNSPECIFIED* | TEACHERS RETIREMENT SYSTEM OF TEXAS 1000 RED RIVER STREET AUSTIN, TX 78701-2627 | 1/30/2009 | 2895 | $80,971.03 |
| 21 | THE WALT DISNEY RETIREMENT PLAN MASTER TRUST ATTN: IRENA GOLDSTEIN C/O PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK, NY 10036-8299 | 5/27/2009 | 7002063 | $266,344.00 | WALT DISNEY RETIREMENT PLAN MASTER TRUST, THE C/O THE WALT DISNEY COMPANY ATTN: MITCHELL K POLON 500 SOUTH BUENA VISTA STREET BURBANK, CA 91521-0050 | 6/2/2009 | 5936 | $266,344.00 |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit 1 – Page 6**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 22 | TOMICKI, BERNARD J & HELEN G TTEES FBO BERNARD J & HELEN G TOMICKI REV LIV TRUST U/A/D 11/18/98 2505 NATURE BEND CARROLLTON, TX  75006-2004 | 12/12/2008 | 128 | $1,148.07 | TOMICKI, BERNARD J & HELEN G TTEES FBO BERNARD J & HELEN G TOMICKI REV LIV TRUST U/A/D 11/18/98 2505 NATURE BEND CARROLLTON, TX  75006-2004 | 12/12/2008 | 900000121** | $1,148.07 |
| 23 | VONWIN CAPITAL MANAGEMENT, LP TRANSFEROR: MUNICIPAL SECURITIES RULEMAKING ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK, NY  10016 | 1/28/2009 | 9002393 | UNSPECIFIED* | VONWIN CAPITAL MANAGEMENT, L.P. TRANSFEROR: MUNICIPAL SECURITIES RULEMAKING VONWIN CAPITAL, LLC ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR NEW YORK, NY  10016 | 1/28/2009 | 1919 | $192,056.08 |

\*     Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Allowed Claim

Exhibit 1 – Page 7

**<u>EXHIBIT 2</u>**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA
TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION: EXHIBIT 2 - AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BEAFORD INVESTMENTS LIMITED LETHERA S. MCCARTNEY, VP JP MORGAN TRUST CO (BAHAMAS) LIMITED PO BOX N - 4899, 2ND FLOOR, BAHAMAS FINANCIAL CENTRE SHIRLEY & CHARLOTTE STS. NASSAU BAHAMAS | 12/8/2008 | 8000122 | UNSPECIFIED* | BEAFORD INVESTMENTS LIMITED ATTN: ANGELA WATSON J.P. MORGAN TRUST COMPANY (BAHAMAS) LIMITED BAHAMAS FINANCIAL CENTER, 2ND FLOOR SHIRLEY & CHARLOTTE STREETS PO BOX N-4899 NASSAU BAHAMAS | 7/23/2009 | 6083 | $9,578,839.00 |
| 2 | BEIJING FOREIGN ENTERPRISE HUMAN RESOURCES SERVICE CO., LTD. MS. ZHANG XIAOWEN, UNIT 2508, LEVEL 25 CHINA WORLD TOWER 1 NO. 1 JIAN GUO MEN WAI AVENUE BEIJING  100004 CHINA, P.R.C. | 12/30/2008 | 581 | $3,293.55 | BEIJING FOREIGN ENTERPRISE HUMAN RESOURCES SERVICE CO., LTD. MS. ZHANG XIAOWEN, UNIT 2508, LEVEL 25 CHINA WORLD TOWER 1 NO. 1 JIAN GUO MEN WAI AVENUE BEIJING  100004 CHINA | 6/1/2009 | 5619 | $3,293.55 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit 2 – Page 1

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 3 | BOEING COMPANY VOLUNTARY INVESTMENT PLAN, THE C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1655 385 E COLORADO BLVD PASADENA, CA 91101 | 1/30/2009 | 2971 | $3,200,788.00 | BOEING COMPANY VOLUNTARY INVESTMENT PLAN WESTERN ASSET MANAGEMENT COMPANY 100 N RIVERSIDE PLAZA CHICAGO, IL 60606 | 2/2/2009 | 9005942 | UNSPECIFIED* |
| 4 | BROWN, MELVILLE JR. 9516 FAIRCREST DRIVE DALLAS, TX 75238 | 5/26/2009 | 7002026 | $89,088.07 | BROWN, MELVILLE M., JR 9516 FAIRCREST DR. DALLAS, TX 75238-1416 | 1/30/2009 | 3104 | $372,372.99 |
| 5 | BROWN, MELVILLE 9516 FAIRCREST DRIVE DALLAS, TX 75238 | 1/30/2009 | 9005575 | UNSPECIFIED* | BROWN, MELVILLE M., JR 9516 FAIRCREST DR. DALLAS, TX 75238-1416 | 1/30/2009 | 3104 | $372,372.99 |
| 6 | CHAUNY SA ATTN:SEBASTIAN FERULLO JUNCAL 1327 ESC 303 MONTEVIDEO URUGUAY | 5/26/2009 | 9007750 | UNSPECIFIED* | ATTESTOR CAPITAL, LLP FOR AND ON BEHALF OF ATTESTOR VALUE MASTER FUND TRANSFEROR: CHAUNY S.A. C/O ATTESTOR CAPITAL LLP ATTN: ISOBELLE WHITE 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM | 5/26/2009 | 5124 | $3,574,050.24 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Allowed Claim

**Exhibit 2 – Page 2**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | COMMINGLED PENSION TRUST FUND OF JPMORGAN CHASE BANK NA WAYNE H CHAN ESQ 245 PARK AVE NEW YORK, NY 10167 | 1/28/2009 | 9002444 | UNSPECIFIED* | JPMORGAN ASSET MANAGEMENT TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. J.P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 9 ATTN WAYNE H CHAN 270 PARK AVENUE NEW YORK, NY 10017 | 5/15/2009 | 4527 | $4,238.28 |
| 8 | DNB NOR MARKETS INC MARCUS WENDEHOG VP AND ASSISTANT COUNSEL 200 PARK AVENUE 31ST FLOOR NEW YORK, NY 10166 | 1/26/2009 | 9001916 | UNSPECIFIED* | DNB NOR MARKETS, INC. DNB NOR BANK ASA ATTN: MARCUS WENDEHOG, ESQ. 200 PARK AVENUE 31ST FLOOR NEW YORK, NY 10166-0396 | 5/7/2009 | 4515 | $402,417.00 |
| 9 | EISENBERG, IRWIN M. 11 HICKORY COURT STATEN ISLAND, NY 10309 | 1/30/2009 | 8003077 | UNSPECIFIED* | EISENBERG, IRWIN 11 HICKORY CT STATEN ISLAND, NY 10309 | 5/28/2009 | 5292 | $254,951.00 |
| 10 | GOLDMAN SACHS & CO., ET AL. ATTN: JANET A. BROECKEL, MANAGING DIRECTOR/ASSOCIATE GENERAL COUNSEL ONE NEW YORK PLAZA NEW YORK, NY 10004 | 5/30/2009 | 5524 | $9,683.89 | GOLDMAN SACHS & CO. (AS CO-LEAD UNDERWRITER) JANET A. BROECKEL MANAGING DIRECTOR/ASSOCIATE GENERAL COUNSEL ONE NEW YORK PLAZA NEW YORK, NY 10004 | 8/3/2011 | 6255 | $98,383.64 |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\* Allowed Claim

Exhibit 2 – Page 3

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | GOLDMAN SACHS & CO. JANET A BROECKEL MANAGING DIRECTOR/ASSOCIATE GENL GOLDMAN SACHS & CO. ONE NEW YORK PLAZA NEW YORK, NY 10004 | 5/29/2009 | 7002288 | $9,683.89 | GOLDMAN SACHS & CO. (AS CO-LEAD UNDERWRITER) JANET A. BROECKEL MANAGING DIRECTOR/ASSOCIATE GENERAL COUNSEL ONE NEW YORK PLAZA NEW YORK, NY 10004 | 8/3/2011 | 6255 | $98,383.64 |
| 12 | GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: LAWSON SOFTWARE INC C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 38TH FLOOR JERSEY CITY, NJ 07302 | 12/5/2008 | 8000088 | UNSPECIFIED* | GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: LAWSON SOFTWARE INC C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 38TH FLOOR JERSEY CITY, NJ 07302 | 1/13/2009 | 8001044 | UNSPECIFIED* |
| 13 | HALCYON LOAN TRADING FUND LLC TRANSFEROR: CARRETT P.T. LP2 C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK, NY 10022 | 1/23/2009 | 1499 | $6,895,903.75 | HALCYON LOAN TRADING FUND LLC MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVE 8TH FL NEW YORK, NY 10022 | 1/23/2009 | 9001758 | $4,710,871.73 |
| 14 | HIFFMEISTER, PERRY C. & HILARY 12 BRADBURRY PLACE RIVERSIDE, CT 06878 | 1/26/2009 | 1633 | UNSPECIFIED* | HOFFMEISTER, PERRY COLTER 12 BRADBURY PLACE RIVERSIDE, CT 06878 | 5/28/2009 | 7002117 | UNSPECIFIED* |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit 2 – Page 4**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 15 | HORNE, CATHY<br>3510 GARDEN MIST CIR<br>AUBURN, GA  30011 | 1/28/2009 | 9002255 | UNSPECIFIED* | HORNE, CATHY<br>3510 GARDEN MIST CIRCLE<br>AUBURN, GA  30011 | 1/30/2009 | 3227 | $14,269.22 |
| 16 | HU, ISABELLE<br>608 BRIDLE PATH<br>WYCKOFF, NJ  07481-2931 | 4/24/2009 | 4370 | $179,954.97 | HU, ISABELLE<br>608 BRIDLE PATH<br>WYCKOFF, NJ  07481 | 5/1/2009 | 7001397 | $179,954.97 |
| 17 | JP MORGAN DIVERSIFIED FUND A SERIES OF JP MORGAN TRUST I<br>WAYNE H CHAN ESQ<br>245 PARK AVE<br>NEW YORK, NY  10167 | 1/28/2009 | 9002533 | UNSPECIFIED* | JPMORGAN ASSET MANAGEMENT<br>TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC.<br>C/O LEGAL DEPT ATTN WAYNE H CHAN<br>270 PARK AVE, 9TH FL<br>NEW YORK, NY  10017-2014 | 5/15/2009 | 4528 | $6,895.46 |
| 18 | METROPOLITAN LIFE INSURANCE COMPANY<br>DANIELLE K AZUA<br>245 PARK AVE<br>NEW YORK, NY  10167 | 1/29/2009 | 9003415 | UNSPECIFIED* | METROPOLITAN LIFE INSURANCE COMPANY<br>ATTN: WAYNE H. CHAN<br>J.P. MORGAN INVESTMENT MANAGEMENT INC.<br>C/O LEGAL DEPT, FLOOR 8<br>245 PARK AVENUE<br>NEW YORK, NY  10167-0001 | 5/27/2009 | 4778 | $96,315.61 |
| 19 | PARKER, DEBORAH A.<br>1902 LYNTON CIRCLE<br>WELLINGTON, FL  33414 | 1/23/2009 | 1338 | $36,603.00 | PARKER, DEBORAH A.<br>1902 LYNTON CIRCLE<br>WELLINGTON, FL  33414 | 12/17/2013 | 6391 | $36,603.00 |
| 20 | PETERS, STEPHEN<br>P.O. BOX 973<br>3 BISHOP ESTATE<br>LENOX, MA  01240 | 12/26/2008 | 7000205 | $271,950.22 | PETERS, STEPHEN<br>PO BOX 973<br>LENOX, MA  01240 | 9/14/2009 | 6112 | $264,029.00 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit 2 – Page 5

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 21 | PIA FRIIS<br>ABN AMRO BANK N.V.<br>C/O RBS SECURITIES INC.<br>600 STEAMBOAT ROAD<br>GREENWICH, CT  06830 | 5/26/2009 | 7002000 | UNSPECIFIED* | ABN AMRO BANK N.V.<br>C/O RBS SECURITIES INC.<br>ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL<br>600 STEAMBOAD ROAD<br>GREENWICH, CT  06830 | 6/2/2009 | 5931 | UNSPECIFIED* |
| 22 | PRINCIPAL FUNDS INC  HIGH QUALITY INTERMEDIATE TERM BOND FUND<br>DEBRA EPP, COUNSEL<br>711 HIGH STREET<br>[REDACTED]<br>DES MOINES, IA  50392-0301 | 1/29/2009 | 9003337 | UNSPECIFIED* | PRINCIPAL FUNDS, INC.<br>HIGH QUALITY INTERMEDIATE-TERM BOND FUND<br>ATTN: DEBRA EPP, COUNSEL<br>711 HIGH STREET<br>[REDACTED]<br>DES MOINES, IA  50392-0301 | 1/29/2009 | 2040 | $3,626.57 |
| 23 | PRINCIPAL FUNDS INC<br>PRINCIPAL FINANCIAL GROUP<br>DEBRA EPP, COUNSEL<br>711 HIGH STREET<br>[REDACTED]<br>DES MOINES, IA  50392-0001 | 1/29/2009 | 9003339 | UNSPECIFIED* | PRINCIPAL FUNDS, INC.<br>BOND & MORTGAGE SECURITIES FUND<br>801 GRAND AVENUE<br>DES MOINES, IA  50392-0001 | 1/29/2009 | 2041 | $107,722.66 |
| 24 | PRINCIPAL MANAGEMENT CORPORATION PF HQ INTERMEDIATE TERM BOND FUND<br>DEBRA SVOBODA<br>PRINCIPAL GLOBAL INVESTORS, LLC<br>801 GRAND AVENUE<br>DES MOINES, IA  50392-0490 | 9/26/2008 | 9008028 | UNSPECIFIED* | PRINCIPAL FUNDS, INC.<br>HIGH QUALITY INTERMEDIATE-TERM BOND FUND<br>ATTN: DEBRA EPP, COUNSEL<br>711 HIGH STREET<br>[REDACTED]<br>DES MOINES, IA  50392-0301 | 1/29/2009 | 2040 | $3,626.57 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit 2 – Page 6**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 25 | PRINCIPAL MANAGEMENT CORPORATION-PVC-BOND & MORTGAGE SECURITIES C/O DEBRA SVOBODA PRINCIPAL GLOBAL INVESTORS, LLC 801 GRAND AVENUE DES MOINES, IA  50392-0490 | 9/26/2008 | 9008035 | UNSPECIFIED* | PRINCIPAL VARIABLE CONTRACTS FUND, INC. BOND & MORTGAGES SECURITIES ACCT. C/O DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA  50392-0301 | 1/29/2009 | 2039 | $806.25 |
| 26 | PRINCIPAL VARIABLE CONTRACTS FUND INC PRINCIPAL FINANCIAL GROUP DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA  50392-0001 | 1/29/2009 | 9003335 | UNSPECIFIED* | PRINCIPAL VARIABLE CONTRACTS FUND, INC. BOND & MORTGAGES SECURITIES ACCT. C/O DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA  50392-0301 | 1/29/2009 | 2039 | $806.25 |
| 27 | PROSHARES ULTRA RUSSELL2000 GROWTH PRO FUNDS ADVISORS LLC ATTN: AMY DOBERMAN, ESQ. 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD  20814 | 1/7/2011 | 6235 | $3,780.42 | PROSHARES ULTRA RUSSELL2000 GROWTH C/O PRO FUNDS ADVISORS LLC ATTN: AMY DOBERMAN, ESQ. 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD  20814 | 11/11/2013 | 6384 | $2,814.84 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit 2 – Page 7

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 28 | PROSHARES ULTRA RUSSELL2000 PRO FUNDS ADVISORS LLC ATTN: AMY DOBERMAN, ESQ. 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD 20814 | 1/7/2011 | 6234 | $17,574.45 | PROSHARES ULTRA RUSSELL2000 C/O PRO FUNDS ADVISORS LLC ATTN: AMY DOBERMAN, ESQ. 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD 20814 | 11/11/2013 | 6383 | $13,074.61 |
| 29 | RELIASTAR LIFE INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT 230 PARK AVENUE NEW YORK, NY 10169-0005 | 1/28/2009 | 8002329 | UNSPECIFIED* | RELIASTAR LIFE INSURANCE COMPANY GIL MATHIS 20 WASHINGTON AVENUE SOUTH MINNEAPOLIS, MN 55401 | 9/26/2008 | 9008026 | $328,125.00 |
| 30 | ROGGE- FOND VANT C/O ROGGE GLOBAL PARTNERS PLC SION HALL, 56 VICTORIA EMBANKMENT 56 VICTORIA EMBANKMENT LONDON EC4Y 0DZ UNITED KINGDOM | 1/13/2009 | 8000964 | UNSPECIFIED* | INKA FONDS VANT - RGP LEGAL DEPARTMENT/MARC DIEDENHOFEN INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH YORCKSTRABE 21 DUESSELDORF 40476 GERMANY | 1/28/2009 | 8001780 | UNSPECIFIED* |
| 31 | SECURITY LIFE OF DENVER INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT 230 PARK AVENUE NEW YORK, NY 10169-0005 | 1/28/2009 | 8002319 | UNSPECIFIED* | SECURITY LIFE OF DENVER INSURANCE CO GIL MATHIS 1290 BROADWAY DENVER, CO 80203 | 9/26/2008 | 9008025 | $546,875.00 |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Allowed Claim

**Exhibit 2 – Page 8**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 32 | STANDARD & POORS CORP. ATTN: LOUIS SLANINA 55 WATER STREET, 46TH FLOOR NEW YORK, NY 10041 | 8/18/2010 | 6229 | $209,624.00 | STANDARD & POORS ATTN:MICHAEL J. TWAMLEY 55 WATER STREET, 35TH FLOOR NEW YORK, NY 10041 | 9/22/2011 | 6260 | $209,624.00 |
| 33 | STANDARD & POOR'S 55 WATER STREET ATTN: LOUIS SLANINA NEW YORK, NY 10041 | 6/1/2009 | 5887 | $2,174,812.00 | STANDARD & POORS ATTN:MICHAEL J. TWAMLEY 55 WATER STREET, 35TH FLOOR NEW YORK, NY 10041 | 9/22/2011 | 6260 | $209,624.00 |
| 34 | THE ROYAL BANK OF SCOTLAND PLC ATTN: MARK ROSE GREENWICH CAPITAL MARKETS INC 600 STEAMBOAT ROAD GREENWICH, CT 06830 | 9/29/2008 | 9008160 | UNSPECIFIED* | ROYAL BANK OF SCOTLAND, PLC, THE RBS GLOBAL BANKING & MARKETS, C/O RBS SECURITIES, INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 STEAMBOAT ROAD, GREENWICH, CT 06830 | 6/2/2009 | 5926 | $40,023,040.00 |
| 35 | THEODORE, FRANTZ C/O GAIL M WALTON, ESQ LAW OFFICES OF GAIL M WALTON 690 MACE AVENUE BRONX, NY 10467 | 1/26/2009 | 9002011 | UNSPECIFIED* | THEODORE, FRANTZ 47 JASPER STREET VALLEY STREAM, NY 11580 | 1/26/2009 | 1661 | $96,260.36 |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Allowed Claim

**Exhibit 2 – Page 9**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 36 | TRADEWEB MARKETS LLC ATTN: JONATHAN D. PITTINSKY, ASST. SEC 2200 PLAZA FIVE HARBORSIDE FINANCIAL CENTER JERSEY CITY, NJ  07311 | 5/29/2009 | 4927 | $1,342,817.50 | TRADEWEB LLC ATTN: JONATHAN D. PITTINSKY, ASST. SEC 2200 PLAZA FIVE HARBORSIDE FINANCIAL CENTER JERSEY CITY, NJ  07311 | 5/29/2009 | 4928 | $1,359,221.19 |
| 37 | TRADEWEB NEWMARKETS LLC ATTN: JONATHAN D. PITTINSKY, ASST. SEC 2200 PLAZA FIVE HARBORSIDE FINANCIAL CENTER JERSEY CITY, NJ  07311 | 5/29/2009 | 4926 | $16,403.69 | TRADEWEB LLC ATTN: JONATHAN D. PITTINSKY, ASST. SEC 2200 PLAZA FIVE HARBORSIDE FINANCIAL CENTER JERSEY CITY, NJ  07311 | 5/29/2009 | 4928 | $1,359,221.19 |
| 38 | VASHISHT, VISHAL 90 FARBROOK DRIVE SHORT HILLS, NJ  07078 | 1/27/2009 | 8001700 | UNSPECIFIED* | TANNOR PARTNERS CREDIT FUND, LP TRANSFEROR: VASHISHT, VISHAL ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS, NY  10601 | 2/5/2009 | 3468 | $175,000.00 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit 2 – Page 10

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| **39** | WESTERN ASSET MANAGEMENT COMPANY ATTN: W STEPHEN VENABLE JR 620 8TH AVENUE, 50TH FLOOR NEW YORK, NY 10018 | 10/29/2008 | 9008098 | UNSPECIFIED* | UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION - INDUSTRIAL PENSION FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1133 & W-1352 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2650 | $292,947.00 |

\*   Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Allowed Claim

**Exhibit 2 – Page 11**

**EXHIBIT 3**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION: EXHIBIT 3 – MULTIPLE FILER DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AFEBT CORE FULL WESTERN ASSET MANAGEMENT COMPANY PATRICK HERRINGTON 50 S LASALLE ST CHICAGO, IL 60603 | 2/2/2009 | 9006052 | UNSPECIFIED* | NTCC ADVISORS FUNDS FOR EMPLOYEE BENEFITS TRUSTS C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1687 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2775 | $312,387.00 |
| 2 | AFGT CORE FULL WESTERN ASSET MANAGEMENT COMPANY PATRICK HERRINGTON 50 S LASALLE ST CHICAGO, IL 60603 | 2/2/2009 | 9006053 | UNSPECIFIED* | NTCC ADVISORS FUNDS FOR GRANTOR TRUSTS C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT. W-1688 385 E. COLORADO BLVD. PASADENA, CA 91109 | 1/30/2009 | 2844 | $51,659.00 |
| 3 | BOOTH FERRIS FDTN FIXED INC A/C LESLEY GOLDBERG 345 PARK AVE NEW YORK, NY 10167 | 1/28/2009 | 9002263 | UNSPECIFIED* | JPMORGAN CHASE BANK, N.A., AS AGENT FBO BOOTH FERRIS FDTN FIXED INC AC PRIVATE BANK LEGAL - LESLEY E. GOLDBERG, ESQ. 345 PARK AVENUE, 5TH FLOOR NEW YORK, NY 10154 | 5/28/2009 | 4843 | $71,162.89 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit C – Page 1

| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 4 | BROWN BROTHERS HARRIMAN TRUST COMPANY (CAYMAN) LTD, AS TRUSTEE FOR THE LINCOLN FUND, ATTN: LEGAL DEPT W-2390 C/O WESTERN ASSET MANAGEMENT COMPANY 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2505 | $52,430.00 | MORGAN STANLEY SENIOR FUNDING, INC. TRANSFEROR: WESTERN ASSET MANAGEMENT COMPANY 1585 BROADWAY 2ND FLOOR NEW YORK, NY 10036 | 9/26/2008 | 9008059-01 | UNSPECIFIED* |
| 5 | CENTRAL STATES SE & SW AREAS PENSION FUND WESTERN ASSET MGMT PATRICK HERRINGTON 50 S LASALLE ST CHICAGO, IL 60603 | 2/2/2009 | 9006051 | UNSPECIFIED* | CENTRAL STATES SOUTHWEST & SOUTHWEST AREAS PENSION FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1861 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2680 | $670,695.00 |
| 6 | CENTURY AFFILIATED HOLDINGS LLC LESLEY E GOLDBERG 345 PARK AVE NEW YORK, NY 10154 | 1/28/2009 | 9002264 | UNSPECIFIED* | JPMORGAN CHASE BANK, NA, AS AGENT FBO CENTURY AFFILIATED HOLDINGS LLC PRIVATE BANK LEGAL - LESLEY E. GOLDBERG, ESQ. 345 PARK AVENUE, 5TH FLOOR NEW YORK, NY 10154 | 5/28/2009 | 4841 | $7,715.23 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit C – Page 2**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 7 | CF SECURITIZED INDEX FUND C/O BNY MELLON CASH INVESTMENT STRATEGIES BNY MELLON CENTER 500 GRANT STREET PITTSBURGH, PA 15258 | 1/29/2009 | 2343 | $5,259.48 | THE BANK OF NEW YORK MELLON C/O STANDISH MELLON ASSET MGMT ACCT [REDACTED] MELLON FINANCIAL CENTER 1 BOSTON PLACE STE 024-0344 BOSTON, MA 02108-4408 | 12/2/2008 | 9008101 | UNSPECIFIED* |
| 8 | DEUTSCHE ASSET MANAGEMENT SCOTT AGI 345 PARK AVENUE NEW YORK, NY 10154 | 10/7/2008 | 9008080 | UNSPECIFIED* | PYRAMID MORTGAGE-BACKED SECURITIES FUND IGOR ABRAMOV 345 PARK AVENUE NEW YORK, NY 10154 | 1/26/2009 | 9001808 | UNSPECIFIED* |
| 9 | HEWLETT PACKARD INDIA SALES PVT. LTD. ATTN: MR RAMNATH SUNDARAM / CREDIT & COLLECTIONS 24 SALARPURIA ARENA, ADUGODI HOSUR MAIN ROAD BANGALORE 560030 INDIA | 3/27/2009 | 4235 | $35,765.13 | HEWLETT PACKARD AP (HONG KONG) LTD -SEE V# [REDACTED] 19/F CITYPLAZA ONE 1111 KINGS ROAD ATTN: MR CHAN KAI YIU TAIKOO SHING HONG KONG CHINA | 3/27/2009 | 4236 | $14,771.00 |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Allowed Claim

**Exhibit C – Page 3**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | INTERNATIONAL INVESTMENT FUND - PUTNAM GLOBAL AGGREGATE FIXED INCOME FUND, THE DEREK JEPSON DUMARESQ HOUSE, DUMARESQ STREET ST HELIER, JERSEY  JE2 3RL CHANNEL ISLANDS | 1/29/2009 | 9003323 | UNSPECIFIED* | SBC MASTER PENSION TRUST CARL J. STRUTZ 208 S. AKARD ROOM 2712 DALLAS, TX  75201 | 1/30/2009 | 8002800 | UNSPECIFIED* |
| 11 | REAMS ISP REAMS ASSET MGMT CO A/C INDIANA STATE POLICE 227 WASHINGTON STREET COLUMBUS, IN  47201-6741 | 2/3/2009 | 3416 | $48,860.15 | INDIANA STATE POLICE PENSION TRUST RICHARD MOURDOCK, TREASURER 200 WEST WASHINGTON STREET SUITE 242 INDIANAPOLIS, IN  46204-2792 | 1/28/2009 | 8001926 | UNSPECIFIED* |
| 12 | RIC PLC THE STERLING BOND FUND ELLIOT COHEN 909 A ST TACOMA, WA  98402 | 1/30/2009 | 9004649 | UNSPECIFIED* | FRANK RUSSELL INVESTMENT COMPANY PLC-THE STERLING CORP BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-5307 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2/2/2009 | 3245 | $94,594.00 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit C – Page 4**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | RIC PLC THE STERLING CORPORATE BOND FUND ELLIOT COHEN 909 A ST TACOMA, WA 98402 | 1/30/2009 | 9004648 | UNSPECIFIED* | FRANK RUSSELL INVESTMENT COMPANY PLC - THE STERLING CORPORATE BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-5185 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2705 | $13,875.00 |
| 14 | SEIU LOCAL 74 PENSION FUND C/O CLAIRE MARTIN-MCKAY AMALGAMATED BANK 275 SEVENTH AVE NEW YORK, NY 10001 | 1/29/2009 | 9003912 | UNSPECIFIED* | BOARD OF TRUSTEES OF THE PENSION FUND OF LOCAL 74 C/O DEBRA SVOBODA PRINCIPAL GLOBAL INVESTORS 801 GRAND AVENUE DES MOINES, IA 50392-0490 | 9/26/2008 | 9008033 | UNSPECIFIED* |
| 15 | SOLUTIA INC SAVINGS AND INVMT PLAN WESTERN ASSET MGMT COM PATRICK HERRINGTON 50 S LASALLE ST CHICAGO, IL 60603 | 2/2/2009 | 9006054 | UNSPECIFIED* | SOLUTIA INC. SAVINGS AND INVESTMENT PLAN C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1743 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2731 | $234,734.00 |

\*     Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit C – Page 5

| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 16 | STRONG MUSEUM TRUST LESLEY E GOLDBERG 345 PARK AVE NEW YORK, NY 10154 | 1/28/2009 | 9002267 | UNSPECIFIED* | JPMORGAN CHASE BANK N.A., AS AGENT F/B/O STRONG MUSEUM TRUST 345 PARK AVENUE, 5TH FLOOR NEW YORK, NY 10154 | 5/28/2009 | 4840 | $3,354.68 |
| 17 | THE MASTER TRUST BANK OF JAPAN, LTD ON BEHALF OF LM GLOBAL BOND MOTHER TOSHIAKI FUJII 2-11-3 HAMAMATSU-CHO, MINATO-KU TOKYO 1058579 JAPAN | 1/23/2009 | 7000592 | $1,521,211.00 | LM GLOBAL BOND MOTHER FUND (SDO), C/O WESTERN ASSET MANAGEMENT C/O WESTERN ASSET MANAGEMENT COMPANY, ATTN: LEGAL DEPT W-5383 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2475 | $1,521,211.00 |
| 18 | THE MASTER TRUST BANK OF JAPAN, LTD,AS TRUTEE T.FUJII, Y.NAKAO,CORPORATE RISK MANAGEMENT 2-11-3 HAMAMATSU-CHO, MINATO-KU TOKYO 1058579 JAPAN | 1/22/2009 | 8001750 | UNSPECIFIED* | WELLINGTON MANAGEMENT COMPANY LLP ROBERT J TONER MORGAN STANLEY ASSET & INVESTMENT TRUST MANAGEMENT CO LIMITED 75 STATE STREET BOSTON, MA 02109 | 9/29/2008 | 9008065 | UNSPECIFIED* |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit C – Page 6**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 19 | TIME MIRROR CHANDLER II LLC LESLEY E GOLDBERG 345 PARK AVE NEW YORK, NY 10154 | 1/28/2009 | 9002268 | UNSPECIFIED* | JPMORGAN CHASE BANK, N.A. AS AGENT F/B/O TIME MIRROR CHANDLER II, LLC JPMORGAN CHASE BANK, N.A.-PRIVATE BANK LEGAL-LESLEY E. GOLDBERG, ESQ. 345 PARK AVENUE, 5TH FLOOR NEW YORK, NY 10154 | 5/28/2009 | 4846 | $55,805.47 |
| 20 | UNITED METHODIST CHURCH C/O BNY MELLON CASH INVESTMENT STRATEGIES BNY MELLON CENTER 500 GRANT STREET PITTSBURGH, PA 15258 | 1/29/2009 | 2341 | $2,383.35 | THE BANK OF NEW YORK MELLON C/O STANDISH MELLON ASSET MGMT ACCT [REDACTED] MELLON FINANCIAL CENTER 1 BOSTON PLACE STE 024-0344 BOSTON, MA 02108-4408 | 12/2/2008 | 9008101 | UNSPECIFIED* |
| 21 | USWU LOCAL 74 DEFINED CONTRIBUTION PLAN DEBORAH SILODER C/O AMALGAMATED BANK 275 SEVENTH AVE NEW YORK, NY 10001 | 1/29/2009 | 9003901 | UNSPECIFIED* | BOARD OF TRUSTEES OF THE WELFARE FUND OF LOCAL 74 C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: DEBRA S. VOBODA 801 GRAND AVENUE DES MOINES, IA 50392-0490 | 9/29/2008 | 9008060 | UNSPECIFIED* |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit C – Page 7**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 22 | USWU LOCAL 74 WELFARE FUND DEBORAH SILODOR C/O AMALGAMATED BANK 275 SEVENTH AVE NEW YORK, NY 10001 | 1/29/2009 | 9003911 | UNSPECIFIED* | BOARD OF TRUSTEES OF THE DEFINED CONTRIBUTION FUND OF LOCAL C/O DEBRA SVOBODA PRINCIPAL GLOBAL INVESTORS LLC 801 GRAND AVENUE DES MOINES, IA 50392-0490 | 9/26/2008 | 9008032 | UNSPECIFIED* |
| 23 | WASHINGTON GAS LIGHT COMPANY MASTER VEBA TRUST C/O BNY MELLON CASH INVESTMENT STRATEGIES BNY MELLON CENTER 500 GRANT STREET PITTSBURGH, PA 15258 | 1/29/2009 | 2342 | $1,394.47 | THE BANK OF NEW YORK MELLON C/O STANDISH MELLON ASSET MGMT ACCT [REDACTED] MELLON FINANCIAL CENTER 1 BOSTON PLACE STE 024-0344 BOSTON, MA 02108-4408 | 12/2/2008 | 9008101 | UNSPECIFIED* |
| 24 | WESTERN ASSET MANAGEMENT COMPANY W STEPHEN VENABLE JR 385 EAST COLORADO BOULEVARD PASADENA, CA 91101-1923 | 10/20/2008 | 9008093 | UNSPECIFIED* | STATE RETIREMENT & PENSION SYSTEM OF MARYLAND C/O WESTERN MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1376 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2690 | $5,911,142.00 |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\* Allowed Claim

Exhibit C – Page 8