Hearing Date and Time:  May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time)
Response Date and Time:  April 11, 2014 at 4:00 p.m. (Prevailing Eastern Time)

---

**THIS OBJECTION SEEKS TO (I) ALLOW CERTAIN FILED PROOFS OF CLAIM IN REDUCED AMOUNTS, AND WITH PROPER CLASSIFICATION AS UNSECURED GENERAL CREDITOR CLAIMS, AND (II) DISALLOW AND EXPUNGE CERTAIN PROOFS OF CLAIM IN THEIR ENTIRETY.  PARTIES RECEIVING THIS NOTICE OF THE TRUSTEE'S TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBITS ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT THE TRUSTEE'S COUNSEL, STUART MITCHELL, ESQ., AT (212) 837-6809.**

---

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re <br><br> LEHMAN BROTHERS INC., <br><br><br> Debtor. | Case No. 08-01420 (SCC) SIPA |

**NOTICE OF HEARING ON THE TRUSTEE'S TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS SEEKING TO (I) REDUCE AND/OR RECLASSIFY CERTAIN CLAIMS AND TO ALLOW SUCH CLAIMS AS MODIFIED, AND (II) DISALLOW AND EXPUNGE CERTAIN CLAIMS (ACCOUNTS PAYABLE CLAIMS)**

**PLEASE TAKE NOTICE** that on March 21, 2014, James W. Giddens (the

"Trustee"), as trustee for the liquidation of the business of Lehman Brothers Inc. (the "Debtor"

or "LBI"), under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa

*et seq.* ("SIPA"), by and through his undersigned counsel, filed his two hundred twenty-second omnibus objection to general creditor claims (the "Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims"), and that a hearing to consider the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 621, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that responses, if any, to entry of the order must (i) be in writing; (ii) state the name and address of the responding party and nature of the claim or interest of such party; (iii) state with particularity the legal and factual bases of such response; (iv) conform to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules; (v) be filed with the Bankruptcy Court, together with proof of service, electronically, in accordance with General Order M-399 by registered users of the Court's Electronic Case Filing system, and by all other parties in interest, on a 3.5 inch disk, compact disk, or flash drive, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format no later than **April 11, 2014 at 4:00 p.m. (Prevailing Eastern Time)** (the "Response Deadline"); and (vi) be served on (a) Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York, 10004, Attn: Meaghan C. Gragg, Esq.; (b) Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, DC 20005, Attn: Kenneth J. Caputo, Esq.; and (c) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Maurice Horwitz, Esq. and Lori R. Fife, Esq., with a courtesy copy to

the chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York

10004, Courtroom 621.

      **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served

with respect to the Trustee's Two Hundred Twenty-Second Omnibus Objection to General

Creditor Claims or any claim set forth thereon, the Trustee may, on or after the Response

Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed

order annexed to the Trustee's Two Hundred Twenty-Second Omnibus Objection to General

Creditor Claims, which may be entered with no further notice or opportunity to be heard offered

to any party.

Dated: New York, New York
      March 21, 2014

                       HUGHES HUBBARD & REED LLP

                       By: /s/ James B. Kobak, Jr.
                       James B. Kobak, Jr.
                       Christopher K. Kiplok
                       Meaghan C. Gragg
                       One Battery Park Plaza
                       New York, New York 10004
                       Telephone:  (212) 837-6000
                       Facsimile:  (212) 422-4726
                       Email:  kobak@hugheshubbard.com

                       Attorneys for James W. Giddens,
                       Trustee for the SIPA Liquidation of
                       Lehman Brothers Inc.

**Hearing Date and Time:  May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Date and Time:  April 11, 2014 at 4:00 p.m. (Prevailing Eastern Time)**

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | |
|       LEHMAN BROTHERS INC., | Case No.  08-01420 (SCC) SIPA |
|                         Debtor. | |

**THE TRUSTEE'S TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION TO
GENERAL CREDITOR CLAIMS SEEKING (I) TO REDUCE AND/OR RECLASSIFY
CERTAIN CLAIMS AND TO ALLOW SUCH CLAIMS AS MODIFIED, AND (II) TO
DISALLOW AND EXPUNGE CERTAIN CLAIMS (ACCOUNTS PAYABLE CLAIMS)**

**THIS OBJECTION SEEKS TO (I) ALLOW CERTAIN FILED PROOFS OF CLAIM IN
REDUCED AMOUNTS, AND WITH PROPER CLASSIFICATION AS UNSECURED
GENERAL CREDITOR CLAIMS, AND (II) DISALLOW AND EXPUNGE CERTAIN
PROOFS OF CLAIM IN THEIR ENTIRETY.  PARTIES RECEIVING THIS NOTICE
OF THE TRUSTEE'S TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION
TO GENERAL CREDITOR CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION
TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS
OBJECTION AND/OR IN THE EXHIBITS ATTACHED THERETO TO DETERMINE
WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT THE TRUSTEE'S COUNSEL,
STUART MITCHELL, ESQ., AT (212) 837-6809.**

TO THE HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE:

James W. Giddens (the "Trustee"), as Trustee for the liquidation of the business of

Lehman Brothers Inc. (the "Debtor" or "LBI") under the Securities Investor Protection Act of

1970 as amended, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"),[1] by and through his undersigned counsel,

respectfully represents as follows:

## **RELIEF REQUESTED**

1.      The Trustee files this two hundred twenty-second omnibus objection to general

creditor claims (the "Two Hundred Twenty-Second Omnibus Objection to General Creditor

Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy

Code"), as made applicable to this proceeding pursuant to sections 78fff(b) and 78fff-1(a) of

SIPA, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

and this Court's order approving procedures for the filing of omnibus objections to general

creditor claims filed in this SIPA proceeding (the "General Creditor Claim Objection Procedures

Order," ECF No. 5441), seeking to (i) reduce, reclassify where applicable, and allow the claims

listed on Exhibit A annexed hereto, and (ii) disallow and expunge in their entirety the claims

listed on Exhibit B annexed hereto.  The Trustee's proposed order (the "Proposed Order") is

annexed hereto as Exhibit C.

2.      The proofs of claim identified on Exhibit A and Exhibit B (collectively, the

"Accounts Payable Claims" or the "Claims") are claims filed by vendors (the "Vendor

Claimants") seeking to collect amounts in connection with services allegedly rendered and/or

goods allegedly provided to LBI and/or other Lehman entities.  Based on a review of the

---

1.   For convenience, subsequent references to SIPA may omit "15 U.S.C."

Accounts Payable Claims and an analysis of certain of the books and records of the LBI estate

(the "Books and Records"), (i) the amounts claimed in the Accounts Payable Claims listed on

Exhibit A contradict the Books and Records and should be reduced in the amounts listed on

Exhibit A  under the heading "*Claim as Modified*" and (ii) the Accounts Payable Claims listed on

Exhibit B do not have any right to payment from the LBI estate for the amounts claimed and

should be disallowed and expunged in their entirety.

3.      In addition, the Accounts Payable Claims on Exhibit A numbered 588 and

7002171 should be reclassified from secured to unsecured status because these Claims do not

meet the requirements for secured status under the Bankruptcy Code.  *See* 11 U.S.C. § 506.  And,

the Accounts Payable Claims on Exhibit A numbered 82, 320 and 7000122 should be

reclassified from priority status to general unsecured status because these Claims do not meet the

statutory requirements for priority under the Bankruptcy Code.  *See* 11 U.S.C. § 507(a)(4).

4.      The Trustee therefore requests that the Court (i) reduce, and, where applicable,

reclassify, each Accounts Payable Claim listed on Exhibit A to the amount and priority set forth

under the heading "*Claim as Modified*," and allow each Accounts Payable Claim on Exhibit A to

the extent of such amount and priority, and (ii) disallow and expunge each Accounts Payable

claim on Exhibit B in its entirety.

## JURISDICTION

5.      Following removal to this Court for all purposes as required for SIPA cases by

section 78eee(b)(4) of SIPA, this Court has "all of the jurisdiction, powers, and duties conferred

by [SIPA] upon the court to which application for the issuance of the protective decree was

made."  15 U.S.C. § 78eee(b)(4).

6.      Venue is proper in this Court pursuant to SIPA section 78eee(a)(3) and 15 U.S.C.

section 78aa.

## BACKGROUND

7.      On September 19, 2008 (the "Filing Date"), the Honorable Gerard E. Lynch,

United States District Court, Southern District of New York, entered the Order Commencing

Liquidation of LBI (the "LBI Liquidation Order," ECF. No. 1) pursuant to the provisions of

SIPA in the case captioned *Securities Investor Protection Corporation v. Lehman Brothers Inc.*,

Case No. 08-CIV-8119 (GEL).  The LBI Liquidation Order, *inter alia*, (i) appointed the Trustee

for the liquidation of the business of LBI pursuant to section 78eee(b)(3) of SIPA; and (ii)

removed the case to this Court for all purposes as required for SIPA cases by section 78eee(b)(4)

of SIPA, in the case captioned *In re Lehman Brothers Inc.*, Case No. 08-01420 (JMP) (the "SIPA

Proceeding").

8.      On November 7, 2008, the Court entered the Order Approving Form and Manner

of Publication and Mailing of Notice of Commencement; Specifying Procedures and Forms for

Filing, Determination, and Adjudication of Claims; Fixing a Meeting of Customers and Other

Creditors; and Fixing Interim Reporting Pursuant to SIPA (the "Claims Process Order," ECF No.

241).  Beginning on December 1, 2008, consistent with SIPA section 78fff-2(a)(1), the Trustee

mailed more than 905,000 claims packages with filing information to former LBI customers and

other potential claimants (the "Claims Process Notice") and posted claims filing information on

the Trustee's website (www.lehmantrustee.com) and SIPC's website (www.sipc.org).  The

Trustee also published notice of the claims process in The New York Times, The Wall Street

Journal and The Financial Times.

9.      Pursuant to SIPA section 78fff-2(a)(3) and the Customer Claims Process Order,

customer claims seeking maximum protection under SIPA must have been received by the

Trustee on or before January 30, 2009.  All customer claims and general creditor claims must

have been received by the Trustee by June 1, 2009 and no claims of any kind will be allowed

unless received by the Trustee on or before June 1, 2009 (the "Bar Date").  In addition to the Bar

Date, on September 19, 2013, the Bankruptcy Court entered an order (the "Administrative Bar

Date Order") that established October 31, 2013 (the "Administrative Bar Date") as the deadline

to file a proof of claim for certain administrative expense claims against the LBI estate, as further

described in the Administrative Bar Date Order, with respect to such administrative expenses

arising between September 19, 2008 and August 31, 2013.  The Administrative Bar Date has

now passed.  A copy of the Customer Claims Process Order was made publicly available at

www.lehmantrustee.com.  The Trustee's website allowed claimants filing electronically to

upload documents as part of their claim submission and thereby comply with the instructions to

include supporting documentation set forth in the Proof of Claim.

10.    On November 15, 2012, the Court entered the General Creditor Claim Objection

Procedures Order, which authorizes the Trustee, among other things, to file omnibus objections

to no more than 200 general creditor claims at a time, on various grounds, including the grounds

that: (i) the claims subject to the omnibus objection seek recovery of amounts for which LBI is

not liable; (ii) the claims subject to the omnibus objection were incorrectly classified; and (iii)

the amount claimed in the claims subject to the omnibus objection contradicts LBI's books and

records.

## ARGUMENT

11.    A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."

11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is

asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re DJK*

*Residential LLC*, 416 B.R. 100, 104-05 (Bankr. S.D.N.Y. 2009); *In re Oneida Ltd.*, 400 B.R.

384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, *sub nom. Peter J. Solomon Co. v. Oneida Ltd.*, No. 09

Civ. 2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Rockefeller Ctr. Props.*, 272

B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

## I.    THE CLAIMS LISTED ON EXHIBIT A SHOULD
BE ALLOWED IN THE REDUCED AMOUNTS ONLY
AND THE CLAIMS LISTED ON EXHIBIT B
SHOULD BE DISALLOWED AND EXPUNGED

12.    Section 502(b) of the Bankruptcy Code provides, in relevant part, that a court

should determine the amount of a claim subject to an objection "as of the date of the filing of the

petition, and shall allow such claim in such amount," and that a claim may not be allowed to the

extent that "such claim is unenforceable against the debtor and property of the debtor, under any

agreement or applicable law."  11 U.S.C. § 502(b).  The General Creditor Claim Objection

Procedures Order authorizes the Trustee to file omnibus objections "seeking reduction [and/or]

reclassification . . . [on the grounds that] the amount claimed contradicts LBI's books and

records; provided that the Trustee will include the amount of such General Creditor Claim, if

any, reflected in LBI's books and records."  General Creditor Claim Objection Procedures

Orders at 2.  Moreover, section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that

a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

13.    The Trustee's counsel analyzed the general creditor claims filed on the claims

register in this case and maintained by the Trustee's claim agent, as well as the Books and

Records.  The Claims listed on Exhibit A should be reduced and the Claims listed on Exhibit B

should be disallowed and expunged because, in each case, they seek a recovery for invoices,

purchase orders, and other supporting documentation (collectively, the "Invoices") which (i) do

not appear on the Books and Records; (ii) appear on the Books and Records as constituting

6

obligations of a Lehman entity other than LBI; (iii) appear on the Books and Records as paid or

cancelled; and/or (iv) otherwise do not establish a basis for LBI liability.

14.       The Claims listed on <u>Exhibit A</u> do not represent valid obligations of LBI to the

extent that their claimed amounts exceed the amounts supported by the Books and Records.

Accordingly, the Accounts Payable Claims should be allowed only in the amounts supported by

the Books and Records, as indicated on <u>Exhibit A</u> under the heading "*Claim as Modified.*"

15.       The Claims listed on <u>Exhibit B</u> do not represent any obligation of LBI and, as

such, should be expunged from the claims register in their entirety.  If the Claims listed on

<u>Exhibit B</u> remain on the claims register, parties who do not hold valid claims against the LBI

Estate will recover.

## II.    CERTAIN OF THE ACCOUNTS PAYABLE
##        CLAIMS ON EXHIBIT A SHOULD BE RECLASSIFIED

16.       Certain of the Accounts Payable Claims listed on <u>Exhibit A</u> must be reclassified

from the secured or priority status asserted by the Vendor Claimants to general unsecured status

because the claims are not entitled to either secured or priority status under the Bankruptcy Code.

*See* 11 U.S.C. §§ 506, 507(a)(4).

### A.    Claims for Allegedly Secured Amounts

17.       The Accounts Payable Claims on <u>Exhibit A</u> numbered 588 and 7002171 assert

claims for allegedly secured amounts (the "<u>Asserted Secured Claims</u>").  In order to assert a

secured claim, a creditor must demonstrate that its claim is "secured by a lien on property in

which the estate has an interest, or that is subject to setoff under 553 of this title."  11 U.S.C.

§ 506(a).  Absent evidence of such a lien or other security interest, the claim is unsecured.  *See*,

*e.g.*, *In re Dairy Mart Convenience Stores, Inc.*, 351 F.3d 86, 91 (2d Cir. 2003) (absent a direct

security interest, creditor is an unsecured creditor on the debtor's estate); *In re Trace Int'l*

*Holdings, Inc.*, 284 B.R. 32, 39 (Bankr. S.D.N.Y. 2002); *see also* Fed. R. Bankr. P. 3001(d) ("If

a security interest in property of the debtor is claimed, the proof of claim shall be accompanied

by evidence that the security interest has been perfected.").

18.     Neither of the Asserted Secured Claims alleges any lien or property in which the

LBI estate has an interest or a right to setoff that purportedly secures the amounts claimed.

Accordingly, the Asserted Secured Claims do not qualify as secured claims under § 506(a) and

should be reclassified as unsecured general creditor claims, as indicated on <u>Exhibit A</u> under the

heading "*Claim as Modified.*"

### B.     Claims Seeking Priority Treatment

19.     The claimants asserting Accounts Payable Claims on <u>Exhibit A</u> numbered 82, 320

and 7000122 seek priority treatment of their claims for services performed as independent

contractors (the "<u>Asserted Priority Claims</u>").  Bankruptcy Code § 507(a)(4)(B) provides priority

entitlement to claims for "sales commissions earned by an individual or by a corporation with

only 1 employee, acting as an independent contractor in the sale of goods or services for the

debtor in the ordinary course of the debtor's business if, and only if, during the 12 months

preceding that date,[2] at least 75 percent of the amount that the individual or corporation earned

by acting as an independent contractor in the sale of goods or services was earned from the

debtor."  11 U.S.C. § 507(a)(4)(B); *see also In re Chateaugay Corp.*, 102 B.R. 335, 353 (Bankr.

S.D.N.Y. 1989) ("Additionally, it is clear that the burden of establishing entitlement to priority

rests with the claimant.").

20.     Neither of the Asserted Priority Claims asserts claims for sales commissions

earned in the sale of goods or services of LBI in the ordinary course, nor makes any assertion

---

2     The earlier of the date of the filing of the petition or the date of the cessation of the debtor's business.  11
      U.S.C. § 507(1)(4).

that in the year preceding the Filing Date, at least seventy-five percent of their earnings as independent contractors were earned from LBI.

21.    Accordingly, the Asserted Priority Claims are not entitled to priority treatment under § 507(a)(4)(B) and should be reclassified as unsecured general creditor claims, as indicated on Exhibit A under the heading "*Claim as Modified.*"

## RESERVATION OF RIGHTS

22.    The Trustee reserves all rights to object on any other basis to any Accounts Payable Claim or any portion of any Accounts Payable Claim for which the Court does not grant the relief requested herein.

## NOTICE

23.    Notice of this Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims has been provided to (i) each claimant listed on Exhibit A via First-Class Mail; and (ii) the list of parties requesting notice of pleadings in accordance with the Court's Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures and Related Relief entered by the Court on July 13, 2010 (ECF No. 3466), and will be immediately available for inspection upon filing with the Court at the Trustee's website, www.lehmantrustee.com.  The Trustee submits that no other or further notice need be provided.

## NO PRIOR RELIEF REQUESTED

24.    No previous request for the relief requested herein has been made by the Trustee to this or any other Court.

## CONCLUSION

25.    For the reasons stated herein, the Trustee respectfully requests that the Court enter an order (i) allowing the Accounts Payable Claims listed on Exhibit A in the reduced amounts

and priorities indicated therein, (ii) disallowing and expunging in their entirety the Accounts

Payable Claims listed on <u>Exhibit B</u>, and (iii) granting such other and further relief as is just.

Dated:    New York, New York
          March 21, 2014

HUGHES HUBBARD & REED LLP

<u>By: /s/ James B. Kobak, Jr.</u>
James B. Kobak, Jr.
Christopher K. Kiplok
Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
Email:  <u>kobak@hugheshubbard.com</u>

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.

**EXHIBIT A**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION: EXHIBIT A- ACCOUNTS PAYABLE CLAIMS (REDUCE/RECLASS)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 1 | ADKINS, DON E. 850 AMSTERDAM AVENUE APARTMENT 15A NEW YORK, NY  10025 | 7000122 | 12/16/2008 | - (A) - (S) $1,400.00 (P) - (U) $1,400.00 (T) | - (A) - (S) - (P) $1,400.00 (U) $1,400.00 (T) |
| 2 | ADMIT ONE LLC DAVID B BLUMENSON C/O ADMIT ONE LLC 1412 BROADWAY SUITE 1800 NEW YORK, NY  10018 | 7000025 | 12/5/2008 | - (A) - (S) - (P) $16,340.00 (U) $16,340.00 (T) | - (A) - (S) - (P) $11,880.00 (U) $11,880.00 (T) |
| 3 | AL BROOKS THEATRE TICKET AGENCY, INC. 900 WILSHIRE BLVD. LOS ANGELES, CA  90017-4701 | 4508 | 4/13/2009 | - (A) - (S) - (P) $18,811.00 (U) $18,811.00 (T) | - (A) - (S) - (P) $16,868.00 (U) $16,868.00 (T) |
| 4 | ALL SYSTEMS INSTALLATION SERVICES LLC N CAMERON RUSSELL WENDER LAW GROUP, PLLC ONE PENN PLAZA, SUITE 2527 NEW YORK, NY  10119 | 7000326 | 1/13/2009 | - (A) - (S) - (P) $42,966.35 (U) $42,966.35 (T) | - (A) - (S) - (P) $13,254.24 (U) $13,254.24 (T) |
| 5 | ALTMAN -HINES CHAUFFEURED LIMOUSINES & SEDANS INC 2340 N. TALMAN AVENUE CHICAGO, IL  60647 | 3638 | 2/18/2009 | - (A) - (S) - (P) $1,169.10 (U) $1,169.10 (T) | - (A) - (S) - (P) $380.10 (U) $380.10 (T) |
| 6 | ARCH PAGING INC. P.O. BOX 4062 WOBURN, MA  01888-4062 | 3527 | 2/9/2009 | - (A) - (S) - (P) $4,562.27 (U) $4,562.27 (T) | - (A) - (S) - (P) $3,963.43 (U) $3,963.43 (T) |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 7 | AXIS GLOBAL LOGISTICS, LLC<br>P.O. BOX 780108<br>MASPETH, NY  11378 | 788 | 1/9/2009 | - (A)<br>- (S)<br>- (P)<br>$9,991.66 (U)<br>$9,991.66 (T) | - (A)<br>- (S)<br>- (P)<br>$4,473.28 (U)<br>$4,473.28 (T) |
| 8 | BIO CENTURY PUBLICATIONS, INC.<br>PO BOX 1246<br>SAN CARLOS, CA  94070-1246 | 158 | 12/12/2008 | - (A)<br>- (S)<br>- (P)<br>$2,995.00 (U)<br>$2,995.00 (T) | - (A)<br>- (S)<br>- (P)<br>$410.27 (U)<br>$410.27 (T) |
| 9 | BLACKWATCH BROKERAGE INC.<br>PO BOX 1605<br>NEW YORK, NY  10008-1605 | 3289 | 2/2/2009 | - (A)<br>- (S)<br>- (P)<br>$3,191.51 (U)<br>$3,191.51 (T) | - (A)<br>- (S)<br>- (P)<br>$3,087.39 (U)<br>$3,087.39 (T) |
| 10 | BTIG LLC<br>BRIAN ENDRES - CONTROLLER<br>450 SANSOME STREET, 16TH FLOOR<br>ATTENTION; BRIAN ENDRES<br>SAN FRANCISCO, CA  94111 | 8003042 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$239,228.00 (U)<br>$239,228.00 (T) |
| 11 | CAFE VENUE<br>67 FIFTH STREET<br>SAN FRANCISCO, CA  94103-1812 | 3193 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$748.71 (U)<br>$748.71 (T) | - (A)<br>- (S)<br>- (P)<br>$698.71 (U)<br>$698.71 (T) |
| 12 | CAREY LIMOUSINE OF TAMPA BAY<br>MICHELE A OHARA<br>PO BOX 7520<br>CLEARWATER, FL  33758 | 7000118 | 12/15/2008 | - (A)<br>- (S)<br>- (P)<br>$2,567.40 (U)<br>$2,567.40 (T) | - (A)<br>- (S)<br>- (P)<br>$922.20 (U)<br>$922.20 (T) |
| 13 | CHAMPION INTERNATION MOVING, LTD.<br>ONE CHAMPION WAY<br>1 CHAMPION WAY<br>CANONSBURG, PA  15317-5825 | 7000741 | 1/29/2009 | - (A)<br>- (S)<br>- (P)<br>$8,223.27 (U)<br>$8,223.27 (T) | - (A)<br>- (S)<br>- (P)<br>$7,455.27 (U)<br>$7,455.27 (T) |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 14 | CLAYTON SERVICES, INC.<br>C/O JOSEPH L. CLASEN, ESQ. AND CHRISTOPHER J.<br>MAJOR, ESQ.<br>ROBINSON & COLE LLP<br>1055 WASHINGTON BLVD., 9TH FL.<br>STAMFORD, CT  06901 | 1626 | 1/26/2009 | - (A)<br>- (S)<br>- (P)<br>$27,279.00 (U)<br>$27,279.00 (T) | - (A)<br>- (S)<br>- (P)<br>$22,756.00 (U)<br>$22,756.00 (T) |
| 15 | CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MERCER, INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT  06830 | 4415 | 5/1/2009 | - (A)<br>- (S)<br>- (P)<br>$180,380.00 (U)<br>$180,380.00 (T) | - (A)<br>- (S)<br>- (P)<br>$54,880.00 (U)<br>$54,880.00 (T) |
| 16 | COOK, LESLIE<br>AON CONSULTING<br>1100 REYNOLDS BLVD.<br>WINSTON SALEM, NC  27105 | 4238 | 3/27/2009 | - (A)<br>- (S)<br>- (P)<br>$283,667.50 (U)<br>$283,667.50 (T) | - (A)<br>- (S)<br>- (P)<br>$174,850.00 (U)<br>$174,850.00 (T) |
| 17 | DAV EL RESERVATIONS SYSTEM, INC.<br>SCOTT A SOLOMBRINO<br>200 SECOND STREET<br>CHELSEA, MA  02150-1802 | 4836 | 5/28/2009 | - (A)<br>- (S)<br>- (P)<br>$87,937.88 (U)<br>$87,937.88 (T) | - (A)<br>- (S)<br>- (P)<br>$8,885.46 (U)<br>$8,885.46 (T) |
| 18 | DGWB, INC.<br>217 N. MAIN STREET<br>SUITE 200<br>SANTA ANA, CA  92701 | 781 | 1/8/2009 | - (A)<br>- (S)<br>- (P)<br>$386,587.68 (U)<br>$386,587.68 (T) | - (A)<br>- (S)<br>- (P)<br>$43,337.73 (U)<br>$43,337.73 (T) |
| 19 | EDELMAN, DANIEL J. DBA EDELMAN<br>MARILYN COTA<br>21992 NETWORK PL.<br>CHICAGO, IL  60673 | 7001294 | 3/6/2009 | - (A)<br>- (S)<br>- (P)<br>$10,488.30 (U)<br>$10,488.30 (T) | - (A)<br>- (S)<br>- (P)<br>$3,483.80 (U)<br>$3,483.80 (T) |
| 20 | GEOTEXT TRANSLATIONS, INC<br>JUAN LAGO<br>259 WEST 30TH STREET 17TH FL<br>NEW YORK, NY  10001 | 9001529 | 1/22/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$30,759.70 (U)<br>$30,759.70 (T) |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 21 | GIFTED PORTFOLIO<br>215 PARK AVENUE SOUTH<br>SUITE 1707<br>NEW YORK, NY 10003 | 94 | 12/10/2008 | - (A)<br>- (S)<br>- (P)<br>$17,125.14 (U)<br>$17,125.14 (T) | - (A)<br>- (S)<br>- (P)<br>$14,192.69 (U)<br>$14,192.69 (T) |
| 22 | HEWLETT-PACKARD CO.<br>ATTN: KEN HIGMAN<br>2125 E. KATELLA AVENUE # 400<br>ANAHEIM, CA 92806 | 1283 | 1/22/2009 | - (A)<br>- (S)<br>- (P)<br>$979,751.16 (U)<br>$979,751.16 (T) | - (A)<br>- (S)<br>- (P)<br>$328,572.67 (U)<br>$328,572.67 (T) |
| 23 | IHS GLOBAL INSIGHT (USA) INC<br>ANN FARINO<br>24 HARTWELL AVE<br>LEXINGTON, MA 02421-3158 | 2101 | 1/5/2009 | - (A)<br>- (S)<br>- (P)<br>$54,762.31 (U)<br>$54,762.31 (T) | - (A)<br>- (S)<br>- (P)<br>$44,433.37 (U)<br>$44,433.37 (T) |
| 24 | INSTITUTIONAL INVESTOR, INC<br>SUNNY SINGH<br>225 PARK AVE, SOUTH<br>7TH FLOOR FINANCE DEPT<br>NEW YORK, NY 10003 | 7000176 | 12/22/2008 | - (A)<br>- (S)<br>- (P)<br>$16,145.00 (U)<br>$16,145.00 (T) | - (A)<br>- (S)<br>- (P)<br>$4,500.00 (U)<br>$4,500.00 (T) |
| 25 | KEKST AND COMPANY INCORPORATED<br>437 MADISON AVENUE - 19TH FLOOR<br>NEW YORK, NY 10022 | 4531 | 5/15/2009 | - (A)<br>- (S)<br>- (P)<br>$514,374.17 (U)<br>$514,374.17 (T) | - (A)<br>- (S)<br>- (P)<br>$172,016.24 (U)<br>$172,016.24 (T) |
| 26 | LEE HECHT HARRISON, LLC<br>175 BROAD HOLLOW ROAD<br>MELVILLE, NY 11747 | 3568 | 2/9/2009 | - (A)<br>- (S)<br>- (P)<br>$68,150.00 (U)<br>$68,150.00 (T) | - (A)<br>- (S)<br>- (P)<br>$3,550.00 (U)<br>$3,550.00 (T) |
| 27 | LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TOWN CAR EXECUTIVE CAR AND LIMO<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 75 | 12/9/2008 | - (A)<br>- (S)<br>- (P)<br>$39,502.71 (U)<br>$39,502.71 (T) | - (A)<br>- (S)<br>- (P)<br>$39,337.12 (U)<br>$39,337.12 (T) |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 28 | LOUIS CAPITAL MARKETS LP<br>500 FIFTH AVENUE SUITE 2010<br>NEW YORK, NY  10110 | 2106 | 10/13/2008 | - (A)<br>- (S)<br>- (P)<br>$19,393.50 (U)<br>$19,393.50 (T) | - (A)<br>- (S)<br>- (P)<br>$18,617.29 (U)<br>$18,617.29 (T) |
| 29 | M DELVIN AND ASSOCIATES<br>1240 E TUJUNGA AVE<br>BURBANK, CA  91501 | 7001368 | 4/14/2009 | - (A)<br>- (S)<br>- (P)<br>$161,630.53 (U)<br>$161,630.53 (T) | - (A)<br>- (S)<br>- (P)<br>$5,919.75 (U)<br>$5,919.75 (T) |
| 30 | MACGREGOR GROUP, INC.<br>P.O. BOX 1669<br>NEW YORK, NY  10008-1669 | 3290 | 2/2/2009 | - (A)<br>- (S)<br>- (P)<br>$19,050.00 (U)<br>$19,050.00 (T) | - (A)<br>- (S)<br>- (P)<br>$17,190.00 (U)<br>$17,190.00 (T) |
| 31 | MATHWORKS INC., THE<br>3 APPLE HILL DRIVE<br>NATICK, MA  01760-2098 | 1300 | 1/22/2009 | - (A)<br>- (S)<br>- (P)<br>$5,317.90 (U)<br>$5,317.90 (T) | - (A)<br>- (S)<br>- (P)<br>$385.25 (U)<br>$385.25 (T) |
| 32 | MAZE COMPUTER COMMUNICATIONS, INC.<br>3 WILLOW COURT<br>WHITEHOUSE STATION, NJ  08889 | 1340 | 1/5/2009 | - (A)<br>- (S)<br>- (P)<br>$32,368.75 (U)<br>$32,368.75 (T) | - (A)<br>- (S)<br>- (P)<br>$31,099.58 (U)<br>$31,099.58 (T) |
| 33 | METRO OFFICE FURNITURE RENTAL, INC<br>310 FIFTH AVENUE<br>NEW YORK, NY  10001 | 8000442 | 12/19/2008 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$4,585.14 (U)<br>$4,585.14 (T) |
| 34 | MILROSE CONSULTANTS, INC.<br>498 SEVENTH AVENUE<br>8TH FLOOR<br>NEW YORK, NY  10018-6944 | 673 | 1/5/2009 | - (A)<br>- (S)<br>- (P)<br>$88,287.12 (U)<br>$88,287.12 (T) | - (A)<br>- (S)<br>- (P)<br>$56,374.00 (U)<br>$56,374.00 (T) |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 35 | MLLER TABAK & CO. LLC<br>JEFF MILLER<br>331 MADISON AVENUE<br>12TH FLOOR<br>NEW YORK, NY 10017 | 8003366 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$101,510.00 (U)<br>$101,510.00 (T) |
| 36 | MUSSER, PHILIP A.<br>NEW FRONTIER STRATEGY<br>315 KENTUCKY AVENUE<br>ALEXANDRIA, VA 22305 | 320 | 12/19/2008 | - (A)<br>- (S)<br>$15,885.48 (P)<br>- (U)<br>$15,885.48 (T) | - (A)<br>- (S)<br>- (P)<br>$15,885.48 (U)<br>$15,885.48 (T) |
| 37 | NETSCOUT SYSTEMS INC<br>JEANNE CAMARA<br>310 LITTLETON ROAD<br>WESTFORD, MA 01886 | 7000119 | 12/15/2008 | - (A)<br>- (S)<br>- (P)<br>$23,292.54 (U)<br>$23,292.54 (T) | - (A)<br>- (S)<br>- (P)<br>$19,764.54 (U)<br>$19,764.54 (T) |
| 38 | NEWEDGE USA, LLC<br>THOMAS GILLIS<br>550 WEST JACKSON BLVD. SUITE 500<br>CHICAGO, IL 60660-5716 | 8003313 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$190,435.91 (U)<br>$190,435.91 (T) |
| 39 | NITTAN CAPITAL ASIA LIMITED<br>SUITE 709, 7TH FLOOR, JARDINE HOUSE, 1 CONNAUGHT<br>PLACE,<br>ATTN: MR. CLARENCE NG, DIRECTOR<br>HONG KONG<br>CHINA | 2238 | 1/14/2009 | - (A)<br>- (S)<br>- (P)<br>$17,214.41 (U)<br>$17,214.41 (T) | - (A)<br>- (S)<br>- (P)<br>$3,500.00 (U)<br>$3,500.00 (T) |
| 40 | NITTAN CAPITAL SINGAPORE PTE LTD<br>MICHELLE CHUA<br>9 RAFFLES PLACE<br>#16-21 REPUBLIC PLAZA II<br>SINGAPORE 048619<br>SINGAPORE | 8003811 | 5/13/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$7,469.40 (U)<br>$7,469.40 (T) |
| 41 | NITTAN FX LIMITED<br>3-14, 3-CHOME NIHONBASHI HONGOKUCHO<br>CHUO-KU<br>TOKYO 103-0021, JAPAN<br>JAPAN | 588 | 12/30/2008 | - (A)<br>$3,931.94 (S)<br>- (P)<br>$0.00 (U)<br>$3,931.94 (T) | - (A)<br>- (S)<br>- (P)<br>$1,788.95 (U)<br>$1,788.95 (T) |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 42 | OPEN SYSTEMS TECHNOLOGIES<br>STEVEN G WATSON<br>462 7TH AVENUE, 15TH FLOOR<br>NEW YORK, NY 10018 | 7001061 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$158,375.00 (U)<br>$158,375.00 (T) | - (A)<br>- (S)<br>- (P)<br>$28,125.00 (U)<br>$28,125.00 (T) |
| 43 | PRECISION ENGRAVING COMPANY<br>243 DIXON AVENUE<br>AMITYVILLE, NY 11701 | 4648 | 5/21/2009 | - (A)<br>- (S)<br>- (P)<br>$43,455.03 (U)<br>$43,455.03 (T) | - (A)<br>- (S)<br>- (P)<br>$1,603.96 (U)<br>$1,603.96 (T) |
| 44 | PREMIER PARTNERS INC<br>48 WOODPART ROAD<br>2ND FLOOR<br>SPARTA, NJ 07871 | 5 | 12/5/2008 | - (A)<br>- (S)<br>- (P)<br>$5,350.00 (U)<br>$5,350.00 (T) | - (A)<br>- (S)<br>- (P)<br>$891.67 (U)<br>$891.67 (T) |
| 45 | PURA FLO CORPORATION<br>PO BOX 690447<br>HOUSTON, TX 77269-0447 | 291 | 12/18/2008 | - (A)<br>- (S)<br>- (P)<br>$151.56 (U)<br>$151.56 (T) | - (A)<br>- (S)<br>- (P)<br>$98.51 (U)<br>$98.51 (T) |
| 46 | QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST.<br>RM 900<br>DENVER, CO 80202 | 5744 | 6/1/2009 | - (A)<br>- (S)<br>- (P)<br>$43,708.84 (U)<br>$43,708.84 (T) | - (A)<br>- (S)<br>- (P)<br>$509.72 (U)<br>$509.72 (T) |
| 47 | RJ POTTER COMPANY<br>WILLIAMS SQUARE-SUITE 360<br>5215 NORTH O'CONNOR BLVD<br>IRVING, TX 75039 | 3607 | 2/16/2009 | - (A)<br>- (S)<br>- (P)<br>$24,000.00 (U)<br>$24,000.00 (T) | - (A)<br>- (S)<br>- (P)<br>$1,318.68 (U)<br>$1,318.68 (T) |
| 48 | ROOT LEARNING, INC<br>BRUCE A HULBERT<br>5470 MAIN STREET<br>SYLVANIA, OH 43560 | 7002224 | 5/29/2009 | - (A)<br>- (S)<br>- (P)<br>$4,200.00 (U)<br>$4,200.00 (T) | - (A)<br>- (S)<br>- (P)<br>$900.00 (U)<br>$900.00 (T) |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 49 | ROSE PRESS INC<br>8 NORTH 14TH AVE<br>MT VERNON, NY  10550 | 550 | 12/29/2008 | - (A)<br>- (S)<br>- (P)<br>$4,123.10 (U)<br>$4,123.10 (T) | - (A)<br>- (S)<br>- (P)<br>$3,640.83 (U)<br>$3,640.83 (T) |
| 50 | SCOTT LOGIC LTD.<br>GARY SCOTT<br>1 ST JAMES GATE<br>NEWCASTLE UPON TYNE  NE1 4AD<br>UNITED KINGDOM | 3464 | 2/5/2009 | - (A)<br>- (S)<br>- (P)<br>$370,328.22 (U)<br>$370,328.22 (T) | - (A)<br>- (S)<br>- (P)<br>$49,522.85 (U)<br>$49,522.85 (T) |
| 51 | SDS FINANCIAL TECHNOLOGIES<br>111 BROADWAY - 6TH FLOOR<br>NEW YORK, NY  10006 | 474 | 12/29/2008 | - (A)<br>- (S)<br>- (P)<br>$6,827.64 (U)<br>$6,827.64 (T) | - (A)<br>- (S)<br>- (P)<br>$1,441.40 (U)<br>$1,441.40 (T) |
| 52 | SECURITIES TRAINING CORP<br>ATTN: ACCOUNTS RECEIVABLE<br>17 BATTERY PLACE, SUITE 1025<br>NEW YORK, NY  10004 | 3039 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$271,734.49 (U)<br>$271,734.49 (T) | - (A)<br>- (S)<br>- (P)<br>$185,955.39 (U)<br>$185,955.39 (T) |
| 53 | SEOUL MONEY BROKERAGE SERVICES., LTD<br>CHUNG, KYU YOUNG<br>KFB BLDG 4-1, 1-GA, MYONG-DONG<br>SEOUL  100-021<br>SOUTH KOREA | 8000637 | 12/30/2008 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$183.44 (U)<br>$183.44 (T) |
| 54 | SONTAG, LAUREN<br>14 MANOR DRIVE<br>GOLDENS BRIDGE, NY  10526-1204 | 82 | 12/10/2008 | - (A)<br>- (S)<br>$2,500.00 (P)<br>- (U)<br>$2,500.00 (T) | - (A)<br>- (S)<br>- (P)<br>$2,500.00 (U)<br>$2,500.00 (T) |
| 55 | STAFFMARK INVESTMENTS, LLC<br>TERRI AYERS<br>435 ELM STREET<br>SUITE 300<br>CINCINNATI, OH  45202 | 7000167 | 12/22/2008 | - (A)<br>- (S)<br>- (P)<br>$8,274.69 (U)<br>$8,274.69 (T) | - (A)<br>- (S)<br>- (P)<br>$7,774.69 (U)<br>$7,774.69 (T) |

---

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 56 | THE BANK OF NEW YORK MELLON<br>JAMES D. NEWELL<br>BUCHANAN INGERSOLL & ROONEY, PC<br>20TH FLOOR, ONE OXFORD CENTER<br>PITTSBURGH, PA  15219 | 7002171 | 5/28/2009 | - (A)<br>$1,084.32 (S)<br>- (P)<br>- (U)<br>$1,084.32 (T) | - (A)<br>- (S)<br>- (P)<br>$686.53 (U)<br>$686.53 (T) |
| 57 | THE CORPORATE PRESENCE, INC<br>STEPHEN E COOK<br>19 WEST 21ST STREET<br>SUITE 303<br>NEW YORK, NY  10010 | 7000207 | 12/29/2008 | - (A)<br>- (S)<br>- (P)<br>$383,274.28 (U)<br>$383,274.28 (T) | - (A)<br>- (S)<br>- (P)<br>$286,628.97 (U)<br>$286,628.97 (T) |
| 58 | TULLET PREBON (EUROPE) LIMITED<br>JAMES S. CARR, ESQ.<br>C/O KELLEY DRYE & WARREN LLP<br>101 PARK AVENUE<br>29TH FLOOR<br>NEW YORK, NY  10178 | 7002146 | 5/28/2009 | - (A)<br>- (S)<br>- (P)<br>$482,411.15 (U)<br>$482,411.15 (T) | - (A)<br>- (S)<br>- (P)<br>$471,827.38 (U)<br>$471,827.38 (T) |
| 59 | TULLETT PREBON (SINGAPORE) LIMITED<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVENUE<br>28TH FLOOR<br>NEW YORK, NY  10178 | 8002610 | 1/29/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$321,960.70 (U)<br>$321,960.70 (T) |
| 60 | TULLETT PREBON HOLDINGS CORPORATION<br>KELLEY DRYE & WARREN<br>C/O KELLEY DRYE & WARREN<br>101 PARK AVENUE<br>NEW YORK, NY  10178 | 8001996 | 1/28/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$729,097.12 (U)<br>$729,097.12 (T) |
| 61 | UNIMAC FINANCIAL<br>350 MICHELA PLACE<br>CARLSTADT, NJ  07072-2304 | 167 | 12/12/2008 | - (A)<br>- (S)<br>- (P)<br>$115,691.58 (U)<br>$115,691.58 (T) | - (A)<br>- (S)<br>- (P)<br>$90,810.81 (U)<br>$90,810.81 (T) |
| 62 | VONWIN CAPITAL MANAGEMENT, LP<br>TRANSFEROR: UNIRISC, INC<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY  10016 | 7001326 | 3/26/2009 | - (A)<br>- (S)<br>- (P)<br>$132,990.90 (U)<br>$132,990.90 (T) | - (A)<br>- (S)<br>- (P)<br>$127,322.90 (U)<br>$127,322.90 (T) |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 63 | XCAPER INDUSTRIES, LLC | 8000135 | 12/8/2008 | - (A) | - (A) |
| | 17321 EASTMAN | | | - (S) | - (S) |
| | IRVINE, CA  92614 | | | - (P) | - (P) |
| | | | | UNSPECIFIED* (U) | $16,486.36 (U) |
| | | | | UNSPECIFIED* (T) | $16,486.36 (T) |
| | | | | - (A) | - (A) |
| | | | | $5,016.26 (S) | - (S) |
| | Total | | | $19,785.48 (P) | - (P) |
| | | | | $5,199,168.35 (U) | $4,053,387.88 (U) |
| | | | | $5,223,970.09 (T) | $4,053,387.88 (T) |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

**EXHIBIT B**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION: EXHIBIT B - ACCOUNTS PAYABLE CLAIMS (NO LIABILITY)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | ALLO COMMUNICATIONS ALLISON R O'NEIL 610 BROADWAY IMPERIAL, NE 69033 | 7000060 | 12/9/2008 | $19,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 2 | AS ADVOKAADIBGROO LEPIK & LUHAAR LAWIN LAW OFFICE OF LEPIK AND LUHAAR LAWN DUNKRI 7 TALLININ ESTONIA | 5821 | 6/1/2009 | $46,837.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 3 | AUTORITEIT FINANCIELE MARKTEN PO BOX 11723 AMSTERDAM 1001GH NETHERLANDS | 8001587 | 1/27/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 4 | BARBIZON TAXI DANIEL COUDRAY 18 RUE DU LORICARD FLEURY EN BIERE 77930 FRANCE | 4346 | 3/30/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 5 | BASTION CAPITAL LONDON LIMITED KATHY HOATH 10 PHILPOT LANE LONDON EC3M 8BR UNITED KINGDOM | 7000546 | 1/27/2009 | $14,049.48 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 6 | BEIJING BEIQI JIULONG TAXI HOLDING CO. LTD. N RM 3001, CHINA WORLD TOWER 1 BEIJING 100004 CHINA | 8000152 | 12/9/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 7 | BEIJING FOREIGN ENTERPRISE HUMAN RESOURCES SERVICE CO., LTD. MS. ZHANG XIAOWEN, UNIT 2508, LEVEL 25 CHINA WORLD TOWER 1 NO. 1 JIAN GUO MEN WAI AVENUE BEIJING 100004 CHINA | 5619 | 6/1/2009 | $3,293.55 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

_____

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 8 | BEIJING PANSKY COMPUTER SYSTEM SERVICE CENTER C/O HELEN WANG NOMURA SECUITIES BEIJING REP. RM 3001, CHINA WORLD TOWER 1 CHAOYANG DISTRICT BEIJING CHINA | 8000210 | 12/9/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 9 | BOWNE OF NEW YORK CITY LLC ATTN: SAL ASTUTO 55 WATER STREET NEW YORK, NY  10041 | 4779 | 5/27/2009 | $54,833.84 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 10 | CAREER GROUP 10100 SANTA MONICA BOULEVARD SUITE 900 LOS ANGELES, CA  90067 | 8000450 | 12/19/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 11 | CERRAHOGLU, M. FADLULLAH BARBAROS BULVARI MORBASAN SOKAK CERRAHOGLU BINASI BALMUMCU BESIKTAS ISTANBUL TURKEY | 1299 | 1/22/2009 | $6,302.27 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 12 | CLESTRA MODULAR SYSTEMS PVT LTD C/O KAYGEE FOAM PRIVATE LIMITED 1238- 40, VADU BUDRUK TAL SHIRUR, PUNE MH INDIA | 8002097 | 1/29/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 13 | COFFEE DISTRIBUTING CORP. BARBARA R. NEWMAN P.O. BOX 766 200 BROADWAY GARDEN CITY PARK, NY  11040 | 7001056 | 1/30/2009 | $671.27 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 14 | CONCORD GROUP, LLC CINDI L ROGERS 130 NEWPORT CENTER DRIVE SUITE 230 NEWPORT BEACH, CA  92660 | 7000347 | 1/14/2009 | $166,914.13 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 15 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.<br>BANKRUPTCY GROUP<br>ATTN: GALE D. DAKERS, SUPERVISOR<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY  10003 | 1007 | 1/14/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 16 | CONTROL RISKS GROUP LTD<br>1600 K STREET, NW<br>SUITE 450<br>WASHINGTON, DC  20006 | 1105 | 1/19/2009 | $6,740.93 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 17 | EBS DEALING RESOURCES JAPAN, LTD<br>DANIEL L FRENCH<br>C/O ICAP NORTH AMERICA INC.<br>HARBORSIDE FINANCIAL CENTER<br>1100 PLAZA FIVE, 12TH FLOOR<br>JERSEY CITY, NJ  07311 | 7000936 | 1/30/2009 | $3,965.53 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 18 | FINANCIAL SECURITY ASSURANCE INC.<br>ATTENTION: BRUCE E. STERN, GENERAL COUNSEL AND MANAGING DIRECTOR<br>31 WEST 52ND STREET<br>NEW YORK, NY  10019 | 4511 | 4/27/2009 | $103,771.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 19 | FRAMPTON, PETER L.<br>ACCOUNTING COMES ALIVE, INC.<br>1638 R ST NW, SUITE 117<br>WASHINGTON, DC  20009 | 7000143 | 12/18/2008 | $33,150.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 20 | FREIGHT INVESTOR SERVICES LTD<br>MR; JOHN W BANASZKIEWICZ<br>107 CANNON STREET<br>LONDON  EC4N 5AF<br>UNITED  KINGDOM | 7000278 | 1/8/2009 | $157,889.85 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 21 | FTN FINANCIAL CAPITAL MARKETS<br>WILLIAM J BUCK<br>845 CROSSOVER LANE<br>MEMPHIS, TN  38117 | 2020 | 1/29/2009 | $27,750.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 22 | FTN FINANCIAL CAPITAL MARKETS<br>WILLIAM J BUCK<br>845 CROSSOVER LANE<br>MEMPHIS, TN  38117 | 4632 | 1/29/2009 | $50,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

_____
* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 23 | FTN FINANCIAL CAPITAL MARKETS<br>WILLIAM J BUCK<br>845 CROSSOVER LANE<br>MEMPHIS, TN  38117 | 4633 | 1/29/2009 | $25,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 24 | GIANNI ORIGONI GRIPPO AND PARTNERS<br>VIA DELLE QUATTRO FONTANE 20<br>ROMA  184<br>ITALY | 998 | 1/14/2009 | $48,175.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 25 | GIANNI, ORIGONI, GRIPPO & PARTNERS<br>6/8 TOKENHOUSE YARD<br>LONDON  EC2R 7AS<br>UNITED KINGDOM | 1373 | 12/15/2008 | $48,175.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 26 | HEWLETT PACKARD AP (HONG KONG) LTD<br>-SEE V# [REDACTED]<br>19/F CITYPLAZA ONE<br>1111 KINGS ROAD<br>ATTN: MR CHAN KAI YIU<br>TAIKOO SHING<br>HONG KONG<br>CHINA | 4236 | 3/27/2009 | $14,771.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 27 | ICICI SECURITIES LTD.<br>ICICI CENTRE H. T. PAREKH MARG<br>CHURCHGATE,<br>MUMBAI  400 020<br>INDIA | 485 | 12/29/2008 | $33,683.77 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 28 | INDIAN INSTITUTE OF MANAGEMENT AHMEDABAD<br>VASTRAPUR<br>AHMEDABAD  380 015<br>INDIA | 1233 | 1/21/2009 | $63,202.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 29 | INSPIRATIONAL CORPORATE EXPERIENCE LTD<br>INGRID BRODIN<br>THE COOMBS<br>HINTON PARVA<br>SWINDON  SN4 0DH<br>UNITED KINGDOM | 8003469 | 2/3/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 30 | INTERNATIONAL SOS ASSISTANCE, INC. P.O. BOX 11568 PHILADELPHIA, PA  19116 | 1708 | 1/26/2009 | $4,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 31 | INTERPUBLIC MARKETING SERVICES (SHANGHAI) LTD. BEIJING BRANCH HAIMIN JIN 18F, BUILDING C, SOHO NEW TOWN NO.88, JIANGUO ROAD, CHAOYANG DISTRICT BEIJING  100022 CHINA | 7001882 | 5/21/2009 | $19,227.91 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 32 | ISRAEL A. ENGLANDER & CO. INC. 666 5TH AVENUE 9TH FLOOR NEW YORK, NY  10103 | 4240 | 2/18/2009 | $137,510.10 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 33 | JIDOSHA, KOKUSAI ATTN:MAKOTO KAWAHAYA 2-17-22 AKASAKA MINATO-KU 13 JAPAN | 9006018 | 2/2/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 34 | KOKUSAI MOTORCARS CO., LTD KOKUSAI JIDOSHA 2-17-22 AKASAKA MINATO-KU 13  107-0052 JAPAN | 3374 | 2/2/2009 | $6,132.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 35 | KOLLYDAS, PETER 28 COLERIDGE DRIVE MARLBORO, NJ  07746 | 1012 | 1/15/2009 | $28,250.38 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 36 | LANDAMERICA ASSESSMENT CORP. 1320 HARBOR BAY PARKWAY SUITE 260 ALAMEDA, CA  94502-7230 | 224 | 12/15/2008 | $19,300.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 37 | LEVERAGE GROUP IT, INC. THE EMPIRE STATE BUILDING 350 FIFTH AVENUE SUITE 5714 NEW YORK, NY  10118 | 268 | 12/17/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 38 | LOCH, PAMELA - T/A LOCH ASSOCIATES<br>85 HIGH STREET<br>TUNBRIDGE WELLS<br>LONDON  TN1 1XP<br>UNITED KINGDOM | 1067 | 1/16/2009 | $2,905.69 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 39 | MERGENT<br>RELATIONSHIP MANAGEMENT<br>PO BOX 403123<br>ATLANTA, GA  30384 | 8000385 | 12/17/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 40 | MERIDIAN COMP OF NEW YORK, INC.<br>MICKI UNKRICH-SENIOR ATTORNEY<br>1411 LAKE COOK ROAD, MSL 319<br>DEERFIELD, IL  60015 | 4181 | 3/18/2009 | $472,432.48 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 41 | METROPOLITAN ST. LOUIS SEWER DISTRICT<br>MSD<br>2350 MARKET ST.<br>SAINT LOUIS, MO  63103-2555 | 163 | 12/12/2008 | $502.89 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 42 | MIDDLEBERG COMMUNICATIONS, LLC<br>ATTN: DON MIDDLEBERG<br>387 PARK AVENUE SOUTH<br>NEW YORK, NY  10016 | 6289 | 5/18/2012 | $30,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 43 | MITSUI COMPANY<br>14-32 AKASAKA 2CHOME<br>MINATOKU<br>TOKYO  107-0052<br>JAPAN | 255 | 12/16/2008 | $6,880.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 44 | NATIONAL ECONOMIC RESEARCH ASSOCIATES, INC.<br>THOMAS R. FAWKES<br>FREEBORN & PETERS LLP<br>311 SOUTH WACKER DR.<br>SUITE 3000<br>CHICAGO, IL  60606 | 4791 | 5/27/2009 | $83,327.90 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 45 | NEWEDGE GROUP<br>THOMAS GILLIS<br>52/60,AV.DES CHAMPS ELYSEES<br>PARIS  75008<br>FRANCE | 8003256 | 1/30/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

_____
* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 46 | NITTAN CAPITAL GROUP LIMITED 3-3-14, NIHONBASHI-HONGOKUCHOU CHUO-KU TOKYO  103-0021 JAPAN | 997 | 1/14/2009 | $6,957.46 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 47 | NOTCH PARTNERS, LLC ANDREW THOMPSON 14 ALEXANDER LANE SHORT HILLS, NJ  07078 | 7002082 | 5/27/2009 | $90,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 48 | OGIER FIDUCIARY SERVICES (JERSEY) LIMITED WHITELEY CHAMBERS DON STREET  ST HELIER JERSEY  JE4 9WG JERSEY | 1686 | 1/26/2009 | $129,401.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 49 | PEGASUS TRANSPORT SERVICE, INC. 463 BARELL AVE. CARLSTADT, NJ  07072-2814 | 3563 | 2/12/2009 | $59,885.98 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 50 | PEGASUS TRANSPORT SERVICE, INC. 463 BARELL AVE. CARLSTADT, NJ  07072-2814 | 3564 | 2/12/2009 | $6,349.82 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 51 | PERSPECTIVES FOR TALENTS GMH JOHANNES WEBER UND BROSS GBR EMIL-CLAAR-STRASSE 12 FRANKFURT AM MAIN  60322 GERMANY | 4151 | 3/9/2009 | $6,378.79 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 52 | RELIABLE UPDATES SERVICES CORP 330 EAST 38TH STREET #18A NEW YORK, NY  10016 | 1243 | 1/21/2009 | $3,833.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 53 | RUSSELL, N. CAMERON NATIONAL MOVE MANAGEMENT, LLC WENDER LAW GROUP, PLLC ONE PENN PLAZA, SUITE 2527 NEW YORK, NY  10119 | 8000240 | 12/10/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

---

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 54 | SARAH STEWART SMITH RECRUITMENT<br>3RD FLOOR<br>67/68 JERMYN STREET<br>LONDON  SW1Y 6NY<br>UNITED KINGDOM | 3412 | 2/3/2009 | $37,523.38 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 55 | SOLOMON PAGE GROUP LLC<br>LEWIS MOSHINSKY<br>260 MADISON AVENUE<br>3RD FLOOR<br>NEW YORK, NY  10016 | 7000072 | 12/9/2008 | $36,395.15 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 56 | STHREE LIMITED<br>PETER GWILLAM<br>HUXLEY ASSOCIATES LIMITED<br>GROUND FLOOR<br>DEXTER HOUSE<br>ROYAL MINT COURT<br>LONDON  EC3N 4QN<br>UNITED KINGDOM | 7000061 | 12/9/2008 | $200,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 57 | SUN & MOON MARKETING COMMUNICATIONS,INC.<br>12 EAST 41ST STREET, 6TH FLOOR<br>NEW YORK, NY  10017 | 3758 | 3/2/2009 | $37,891.50 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 58 | SUNGARD SYSTEMS INTERNATIONAL INC<br>MAUREEN A. MCGREEVEY, ESQUIRE<br>680 E. SWEDESFORD ROAD<br>WAYNE, PA  19087 | 4822 | 5/28/2009 | $90,414.43 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 59 | THACKRAY WILLIAMS LLP<br>ATTN: GRAEME WEIR<br>KINGS HOUSE 32-40 WIDMORE ROAD<br>BROMLEY, KENT<br>UNITED KINGDOM | 9000434 | 12/23/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 60 | THOMAS, JOHN S. JR.<br>200 EAST 95TH STREET, APT. 2B<br>NEW YORK, NY  10128 | 7002489 | 6/1/2009 | $19,770.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 61 | TRADE, THE<br>39 HATTON GARDEN<br>LONDON  EC1N 8EH<br>UNITED KINGDOM | 462 | 12/26/2008 | $10,530.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 62 | TRIO EQUITY DERIVATIVES LTD<br>CANNON BRIDGE<br>25 DOWGATE HILL<br>LONDON  EC4R 2BB<br>UNITED KINGDOM | 3323 | 2/2/2009 | $43,071.75 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 63 | UPDATE INC.<br>D/B/A UPDATE GRAPHICS<br>1140 AVENUE OF THE AMERICAS<br>6TH FLOOR<br>NEW YORK, NY  10036 | 252 | 12/16/2008 | $10,750.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 64 | VENTURI STAFFING PARTNERS<br>TERRI AYERS<br>435 ELM STREET<br>SUITE 300<br>CINCINNATI, OH  45202 | 7000166 | 12/22/2008 | $15,894.39 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 65 | WERBER, JOHN C., M.D.<br>36 PLAZA STREET EAST, SUITE #8E<br>BROOKLYN, NY  11238 | 5890 | 6/1/2009 | $18,750.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 66 | WORK PLACE SOLUTIONS<br>RYOSHIN GINZA EAST MILLER BLDG<br>3-15-10<br>GINZA, CHUO-KU<br>TOKYO 13  104-0061<br>JAPAN | 1527 | 1/26/2009 | $64,392.79 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 67 | WORLD CLASS BUSINESS PRODUCTS<br>CHRIS J MORAN<br>48-49 35TH STREET<br>LONG ISLAND CITY, NY  11101 | 7000672 | 1/29/2009 | $32,592.16 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| | Total | | | $2,660,926.57 | |

_____
* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

LEHMAN BROTHERS INC.,                          Case No. 08-01420 (SCC) SIPA

Debtor.

### [PROPOSED] ORDER GRANTING THE TRUSTEE'S TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS SEEKING (I) TO REDUCE AND/OR RECLASSIFY CERTAIN CLAIMS AND TO ALLOW SUCH CLAIMS AS MODIFIED, AND (II) TO DISALLOW AND EXPUNGE CERTAIN CLAIMS (ACCOUNTS PAYABLE CLAIMS)

Upon the two hundred twenty-second omnibus objection to claims, dated March 21, 2014 (the "Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims"),[1] of James W. Giddens (the "Trustee"), as trustee for the liquidation of Lehman Brothers Inc. (the "Debtor" or "LBI") under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), as made applicable to this proceeding pursuant to sections 78fff(b) and 78fff-1(a) of SIPA, and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), reducing and allowing the Accounts Payable Claims on the basis that the amounts listed on the proofs of claim contradict the books and records of the LBI estate, and, with respect to certain of the Claims, reclassifying the Claims to general unsecured status pursuant to Bankruptcy Code section 507(a)(4)(A), all as more fully described in the Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims; and due and proper notice of the Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims

---

1.   Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the objection.

having been provided, and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Two Hundred Twenty-Second

Omnibus Objection to General Creditor Claims is in the best interests of LBI, its estate, its

customers and creditors, and all parties in interest and that the legal and factual bases set forth in

the Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

       **ORDERED** that the relief requested in the Two Hundred Twenty-Second

Omnibus Objection to General Creditor Claims is granted; and it is further

       **ORDERED** that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 are allowed in the reduced, and/or reclassed amounts as set forth under the

heading "*Claim as Modified*"; and it is further

       **ORDERED** that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 2 are disallowed and expunged in their entirety with prejudice; and it is further

       **ORDERED** that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
      _____ __, 2014

                   _____
                   HONORABLE SHELLEY C. CHAPMAN
                   UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION: EXHIBIT 1- ACCOUNTS PAYABLE CLAIMS (REDUCE/RECLASS)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 1 | ADKINS, DON E. 850 AMSTERDAM AVENUE APARTMENT 15A NEW YORK, NY 10025 | 7000122 | 12/16/2008 | - (A) - (S) $1,400.00 (P) - (U) $1,400.00 (T) | - (A) - (S) - (P) $1,400.00 (U) $1,400.00 (T) |
| 2 | ADMIT ONE LLC DAVID B BLUMENSON C/O ADMIT ONE LLC 1412 BROADWAY SUITE 1800 NEW YORK, NY 10018 | 7000025 | 12/5/2008 | - (A) - (S) - (P) $16,340.00 (U) $16,340.00 (T) | - (A) - (S) - (P) $11,880.00 (U) $11,880.00 (T) |
| 3 | AL BROOKS THEATRE TICKET AGENCY, INC. 900 WILSHIRE BLVD. LOS ANGELES, CA 90017-4701 | 4508 | 4/13/2009 | - (A) - (S) - (P) $18,811.00 (U) $18,811.00 (T) | - (A) - (S) - (P) $16,868.00 (U) $16,868.00 (T) |
| 4 | ALL SYSTEMS INSTALLATION SERVICES LLC N CAMERON RUSSELL WENDER LAW GROUP, PLLC ONE PENN PLAZA, SUITE 2527 NEW YORK, NY 10119 | 7000326 | 1/13/2009 | - (A) - (S) - (P) $42,966.35 (U) $42,966.35 (T) | - (A) - (S) - (P) $13,254.24 (U) $13,254.24 (T) |
| 5 | ALTMAN -HINES CHAUFFEURED LIMOUSINES & SEDANS INC 2340 N. TALMAN AVENUE CHICAGO, IL 60647 | 3638 | 2/18/2009 | - (A) - (S) - (P) $1,169.10 (U) $1,169.10 (T) | - (A) - (S) - (P) $380.10 (U) $380.10 (T) |
| 6 | ARCH PAGING INC. P.O. BOX 4062 WOBURN, MA 01888-4062 | 3527 | 2/9/2009 | - (A) - (S) - (P) $4,562.27 (U) $4,562.27 (T) | - (A) - (S) - (P) $3,963.43 (U) $3,963.43 (T) |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 7 | AXIS GLOBAL LOGISTICS, LLC<br>P.O. BOX 780108<br>MASPETH, NY  11378 | 788 | 1/9/2009 | - (A)<br>- (S)<br>- (P)<br>$9,991.66 (U)<br>$9,991.66 (T) | - (A)<br>- (S)<br>- (P)<br>$4,473.28 (U)<br>$4,473.28 (T) |
| 8 | BIO CENTURY PUBLICATIONS, INC.<br>PO BOX 1246<br>SAN CARLOS, CA  94070-1246 | 158 | 12/12/2008 | - (A)<br>- (S)<br>- (P)<br>$2,995.00 (U)<br>$2,995.00 (T) | - (A)<br>- (S)<br>- (P)<br>$410.27 (U)<br>$410.27 (T) |
| 9 | BLACKWATCH BROKERAGE INC.<br>PO BOX 1605<br>NEW YORK, NY  10008-1605 | 3289 | 2/2/2009 | - (A)<br>- (S)<br>- (P)<br>$3,191.51 (U)<br>$3,191.51 (T) | - (A)<br>- (S)<br>- (P)<br>$3,087.39 (U)<br>$3,087.39 (T) |
| 10 | BTIG LLC<br>BRIAN ENDRES - CONTROLLER<br>450 SANSOME STREET, 16TH FLOOR<br>ATTENTION; BRIAN ENDRES<br>SAN FRANCISCO, CA  94111 | 8003042 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$239,228.00 (U)<br>$239,228.00 (T) |
| 11 | CAFE VENUE<br>67 FIFTH STREET<br>SAN FRANCISCO, CA  94103-1812 | 3193 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$748.71 (U)<br>$748.71 (T) | - (A)<br>- (S)<br>- (P)<br>$698.71 (U)<br>$698.71 (T) |
| 12 | CAREY LIMOUSINE OF TAMPA BAY<br>MICHELE A OHARA<br>PO BOX 7520<br>CLEARWATER, FL  33758 | 7000118 | 12/15/2008 | - (A)<br>- (S)<br>- (P)<br>$2,567.40 (U)<br>$2,567.40 (T) | - (A)<br>- (S)<br>- (P)<br>$922.20 (U)<br>$922.20 (T) |
| 13 | CHAMPION INTERNATION MOVING, LTD.<br>ONE CHAMPION WAY<br>1 CHAMPION WAY<br>CANONSBURG, PA  15317-5825 | 7000741 | 1/29/2009 | - (A)<br>- (S)<br>- (P)<br>$8,223.27 (U)<br>$8,223.27 (T) | - (A)<br>- (S)<br>- (P)<br>$7,455.27 (U)<br>$7,455.27 (T) |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 14 | CLAYTON SERVICES, INC. C/O JOSEPH L. CLASEN, ESQ. AND CHRISTOPHER J. MAJOR, ESQ. ROBINSON & COLE LLP 1055 WASHINGTON BLVD., 9TH FL. STAMFORD, CT  06901 | 1626 | 1/26/2009 | - (A) - (S) - (P) $27,279.00 (U) $27,279.00 (T) | - (A) - (S) - (P) $22,756.00 (U) $22,756.00 (T) |
| 15 | CONTRARIAN FUNDS, LLC TRANSFEROR: MERCER, INC ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT  06830 | 4415 | 5/1/2009 | - (A) - (S) - (P) $180,380.00 (U) $180,380.00 (T) | - (A) - (S) - (P) $54,880.00 (U) $54,880.00 (T) |
| 16 | COOK, LESLIE AON CONSULTING 1100 REYNOLDS BLVD. WINSTON SALEM, NC  27105 | 4238 | 3/27/2009 | - (A) - (S) - (P) $283,667.50 (U) $283,667.50 (T) | - (A) - (S) - (P) $174,850.00 (U) $174,850.00 (T) |
| 17 | DAV EL RESERVATIONS SYSTEM, INC. SCOTT A SOLOMBRINO 200 SECOND STREET CHELSEA, MA  02150-1802 | 4836 | 5/28/2009 | - (A) - (S) - (P) $87,937.88 (U) $87,937.88 (T) | - (A) - (S) - (P) $8,885.46 (U) $8,885.46 (T) |
| 18 | DGWB, INC. 217 N. MAIN STREET SUITE 200 SANTA ANA, CA  92701 | 781 | 1/8/2009 | - (A) - (S) - (P) $386,587.68 (U) $386,587.68 (T) | - (A) - (S) - (P) $43,337.73 (U) $43,337.73 (T) |
| 19 | EDELMAN, DANIEL J. DBA EDELMAN MARILYN COTA 21992 NETWORK PL. CHICAGO, IL  60673 | 7001294 | 3/6/2009 | - (A) - (S) - (P) $10,488.30 (U) $10,488.30 (T) | - (A) - (S) - (P) $3,483.80 (U) $3,483.80 (T) |
| 20 | GEOTEXT TRANSLATIONS, INC JUAN LAGO 259 WEST 30TH STREET 17TH FL NEW YORK, NY  10001 | 9001529 | 1/22/2009 | - (A) - (S) - (P) UNSPECIFIED* (U) UNSPECIFIED* (T) | - (A) - (S) - (P) $30,759.70 (U) $30,759.70 (T) |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 21 | GIFTED PORTFOLIO<br>215 PARK AVENUE SOUTH<br>SUITE 1707<br>NEW YORK, NY  10003 | 94 | 12/10/2008 | - (A)<br>- (S)<br>- (P)<br>$17,125.14 (U)<br>$17,125.14 (T) | - (A)<br>- (S)<br>- (P)<br>$14,192.69 (U)<br>$14,192.69 (T) |
| 22 | HEWLETT-PACKARD CO.<br>ATTN: KEN HIGMAN<br>2125 E. KATELLA AVENUE # 400<br>ANAHEIM, CA  92806 | 1283 | 1/22/2009 | - (A)<br>- (S)<br>- (P)<br>$979,751.16 (U)<br>$979,751.16 (T) | - (A)<br>- (S)<br>- (P)<br>$328,572.67 (U)<br>$328,572.67 (T) |
| 23 | IHS GLOBAL INSIGHT (USA) INC<br>ANN FARINO<br>24 HARTWELL AVE<br>LEXINGTON, MA  02421-3158 | 2101 | 1/5/2009 | - (A)<br>- (S)<br>- (P)<br>$54,762.31 (U)<br>$54,762.31 (T) | - (A)<br>- (S)<br>- (P)<br>$44,433.37 (U)<br>$44,433.37 (T) |
| 24 | INSTITUTIONAL INVESTOR, INC<br>SUNNY SINGH<br>225 PARK AVE, SOUTH<br>7TH FLOOR FINANCE DEPT<br>NEW YORK, NY  10003 | 7000176 | 12/22/2008 | - (A)<br>- (S)<br>- (P)<br>$16,145.00 (U)<br>$16,145.00 (T) | - (A)<br>- (S)<br>- (P)<br>$4,500.00 (U)<br>$4,500.00 (T) |
| 25 | KEKST AND COMPANY INCORPORATED<br>437 MADISON AVENUE - 19TH FLOOR<br>NEW YORK, NY  10022 | 4531 | 5/15/2009 | - (A)<br>- (S)<br>- (P)<br>$514,374.17 (U)<br>$514,374.17 (T) | - (A)<br>- (S)<br>- (P)<br>$172,016.24 (U)<br>$172,016.24 (T) |
| 26 | LEE HECHT HARRISON, LLC<br>175 BROAD HOLLOW ROAD<br>MELVILLE, NY  11747 | 3568 | 2/9/2009 | - (A)<br>- (S)<br>- (P)<br>$68,150.00 (U)<br>$68,150.00 (T) | - (A)<br>- (S)<br>- (P)<br>$3,550.00 (U)<br>$3,550.00 (T) |
| 27 | LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TOWN CAR EXECUTIVE CAR AND LIMO<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ  07601 | 75 | 12/9/2008 | - (A)<br>- (S)<br>- (P)<br>$39,502.71 (U)<br>$39,502.71 (T) | - (A)<br>- (S)<br>- (P)<br>$39,337.12 (U)<br>$39,337.12 (T) |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 28 | LOUIS CAPITAL MARKETS LP<br>500 FIFTH AVENUE SUITE 2010<br>NEW YORK, NY  10110 | 2106 | 10/13/2008 | - (A)<br>- (S)<br>- (P)<br>$19,393.50 (U)<br>$19,393.50 (T) | - (A)<br>- (S)<br>- (P)<br>$18,617.29 (U)<br>$18,617.29 (T) |
| 29 | M DELVIN AND ASSOCIATES<br>1240 E TUJUNGA AVE<br>BURBANK, CA  91501 | 7001368 | 4/14/2009 | - (A)<br>- (S)<br>- (P)<br>$161,630.53 (U)<br>$161,630.53 (T) | - (A)<br>- (S)<br>- (P)<br>$5,919.75 (U)<br>$5,919.75 (T) |
| 30 | MACGREGOR GROUP, INC.<br>P.O. BOX 1669<br>NEW YORK, NY  10008-1669 | 3290 | 2/2/2009 | - (A)<br>- (S)<br>- (P)<br>$19,050.00 (U)<br>$19,050.00 (T) | - (A)<br>- (S)<br>- (P)<br>$17,190.00 (U)<br>$17,190.00 (T) |
| 31 | MATHWORKS INC., THE<br>3 APPLE HILL DRIVE<br>NATICK, MA  01760-2098 | 1300 | 1/22/2009 | - (A)<br>- (S)<br>- (P)<br>$5,317.90 (U)<br>$5,317.90 (T) | - (A)<br>- (S)<br>- (P)<br>$385.25 (U)<br>$385.25 (T) |
| 32 | MAZE COMPUTER COMMUNICATIONS, INC.<br>3 WILLOW COURT<br>WHITEHOUSE STATION, NJ  08889 | 1340 | 1/5/2009 | - (A)<br>- (S)<br>- (P)<br>$32,368.75 (U)<br>$32,368.75 (T) | - (A)<br>- (S)<br>- (P)<br>$31,099.58 (U)<br>$31,099.58 (T) |
| 33 | METRO OFFICE FURNITURE RENTAL, INC<br>310 FIFTH AVENUE<br>NEW YORK, NY  10001 | 8000442 | 12/19/2008 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$4,585.14 (U)<br>$4,585.14 (T) |
| 34 | MILROSE CONSULTANTS, INC.<br>498 SEVENTH AVENUE<br>8TH FLOOR<br>NEW YORK, NY  10018-6944 | 673 | 1/5/2009 | - (A)<br>- (S)<br>- (P)<br>$88,287.12 (U)<br>$88,287.12 (T) | - (A)<br>- (S)<br>- (P)<br>$56,374.00 (U)<br>$56,374.00 (T) |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 35 | MLLER TABAK & CO. LLC<br>JEFF MILLER<br>331 MADISON AVENUE<br>12TH FLOOR<br>NEW YORK, NY  10017 | 8003366 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$101,510.00 (U)<br>$101,510.00 (T) |
| 36 | MUSSER, PHILIP A.<br>NEW FRONTIER STRATEGY<br>315 KENTUCKY AVENUE<br>ALEXANDRIA, VA  22305 | 320 | 12/19/2008 | - (A)<br>- (S)<br>$15,885.48 (P)<br>- (U)<br>$15,885.48 (T) | - (A)<br>- (S)<br>- (P)<br>$15,885.48 (U)<br>$15,885.48 (T) |
| 37 | NETSCOUT SYSTEMS INC<br>JEANNE CAMARA<br>310 LITTLETON ROAD<br>WESTFORD, MA  01886 | 7000119 | 12/15/2008 | - (A)<br>- (S)<br>- (P)<br>$23,292.54 (U)<br>$23,292.54 (T) | - (A)<br>- (S)<br>- (P)<br>$19,764.54 (U)<br>$19,764.54 (T) |
| 38 | NEWEDGE USA, LLC<br>THOMAS GILLIS<br>550 WEST JACKSON BLVD.  SUITE 500<br>CHICAGO, IL  60660-5716 | 8003313 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$190,435.91 (U)<br>$190,435.91 (T) |
| 39 | NITTAN CAPITAL ASIA LIMITED<br>SUITE 709, 7TH FLOOR, JARDINE HOUSE, 1 CONNAUGHT PLACE,<br>ATTN: MR. CLARENCE NG, DIRECTOR<br>HONG KONG<br>CHINA | 2238 | 1/14/2009 | - (A)<br>- (S)<br>- (P)<br>$17,214.41 (U)<br>$17,214.41 (T) | - (A)<br>- (S)<br>- (P)<br>$3,500.00 (U)<br>$3,500.00 (T) |
| 40 | NITTAN CAPITAL SINGAPORE PTE LTD<br>MICHELLE CHUA<br>9 RAFFLES PLACE<br>#16-21 REPUBLIC PLAZA II<br>SINGAPORE  048619<br>SINGAPORE | 8003811 | 5/13/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$7,469.40 (U)<br>$7,469.40 (T) |
| 41 | NITTAN FX LIMITED<br>3-14, 3-CHOME NIHONBASHI HONGOKUCHO<br>CHUO-KU<br>TOKYO 103-0021, JAPAN<br>JAPAN | 588 | 12/30/2008 | - (A)<br>$3,931.94 (S)<br>- (P)<br>$0.00 (U)<br>$3,931.94 (T) | - (A)<br>- (S)<br>- (P)<br>$1,788.95 (U)<br>$1,788.95 (T) |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 42 | OPEN SYSTEMS TECHNOLOGIES<br>STEVEN G WATSON<br>462 7TH AVENUE, 15TH FLOOR<br>NEW YORK, NY  10018 | 7001061 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$158,375.00 (U)<br>$158,375.00 (T) | - (A)<br>- (S)<br>- (P)<br>$28,125.00 (U)<br>$28,125.00 (T) |
| 43 | PRECISION ENGRAVING COMPANY<br>243 DIXON AVENUE<br>AMITYVILLE, NY  11701 | 4648 | 5/21/2009 | - (A)<br>- (S)<br>- (P)<br>$43,455.03 (U)<br>$43,455.03 (T) | - (A)<br>- (S)<br>- (P)<br>$1,603.96 (U)<br>$1,603.96 (T) |
| 44 | PREMIER PARTNERS INC<br>48 WOODPART ROAD<br>2ND FLOOR<br>SPARTA, NJ  07871 | 5 | 12/5/2008 | - (A)<br>- (S)<br>- (P)<br>$5,350.00 (U)<br>$5,350.00 (T) | - (A)<br>- (S)<br>- (P)<br>$891.67 (U)<br>$891.67 (T) |
| 45 | PURA FLO CORPORATION<br>PO BOX 690447<br>HOUSTON, TX  77269-0447 | 291 | 12/18/2008 | - (A)<br>- (S)<br>- (P)<br>$151.56 (U)<br>$151.56 (T) | - (A)<br>- (S)<br>- (P)<br>$98.51 (U)<br>$98.51 (T) |
| 46 | QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST.<br>RM 900<br>DENVER, CO  80202 | 5744 | 6/1/2009 | - (A)<br>- (S)<br>- (P)<br>$43,708.84 (U)<br>$43,708.84 (T) | - (A)<br>- (S)<br>- (P)<br>$509.72 (U)<br>$509.72 (T) |
| 47 | RJ POTTER COMPANY<br>WILLIAMS SQUARE-SUITE 360<br>5215 NORTH O'CONNOR BLVD<br>IRVING, TX  75039 | 3607 | 2/16/2009 | - (A)<br>- (S)<br>- (P)<br>$24,000.00 (U)<br>$24,000.00 (T) | - (A)<br>- (S)<br>- (P)<br>$1,318.68 (U)<br>$1,318.68 (T) |
| 48 | ROOT LEARNING, INC<br>BRUCE A HULBERT<br>5470 MAIN STREET<br>SYLVANIA, OH  43560 | 7002224 | 5/29/2009 | - (A)<br>- (S)<br>- (P)<br>$4,200.00 (U)<br>$4,200.00 (T) | - (A)<br>- (S)<br>- (P)<br>$900.00 (U)<br>$900.00 (T) |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 49 | ROSE PRESS INC<br>8 NORTH 14TH AVE<br>MT VERNON, NY  10550 | 550 | 12/29/2008 | - (A)<br>- (S)<br>- (P)<br>$4,123.10 (U)<br>$4,123.10 (T) | - (A)<br>- (S)<br>- (P)<br>$3,640.83 (U)<br>$3,640.83 (T) |
| 50 | SCOTT LOGIC LTD.<br>GARY SCOTT<br>1 ST JAMES GATE<br>NEWCASTLE UPON TYNE  NE1 4AD<br>UNITED KINGDOM | 3464 | 2/5/2009 | - (A)<br>- (S)<br>- (P)<br>$370,328.22 (U)<br>$370,328.22 (T) | - (A)<br>- (S)<br>- (P)<br>$49,522.85 (U)<br>$49,522.85 (T) |
| 51 | SDS FINANCIAL TECHNOLOGIES<br>111 BROADWAY - 6TH FLOOR<br>NEW YORK, NY  10006 | 474 | 12/29/2008 | - (A)<br>- (S)<br>- (P)<br>$6,827.64 (U)<br>$6,827.64 (T) | - (A)<br>- (S)<br>- (P)<br>$1,441.40 (U)<br>$1,441.40 (T) |
| 52 | SECURITIES TRAINING CORP<br>ATTN: ACCOUNTS RECEIVABLE<br>17 BATTERY PLACE, SUITE 1025<br>NEW YORK, NY  10004 | 3039 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$271,734.49 (U)<br>$271,734.49 (T) | - (A)<br>- (S)<br>- (P)<br>$185,955.39 (U)<br>$185,955.39 (T) |
| 53 | SEOUL MONEY BROKERAGE SERVICES., LTD<br>CHUNG, KYU YOUNG<br>KFB BLDG 4-1, 1-GA, MYONG-DONG<br>SEOUL  100-021<br>SOUTH KOREA | 8000637 | 12/30/2008 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$183.44 (U)<br>$183.44 (T) |
| 54 | SONTAG, LAUREN<br>14 MANOR DRIVE<br>GOLDENS BRIDGE, NY  10526-1204 | 82 | 12/10/2008 | - (A)<br>- (S)<br>$2,500.00 (P)<br>- (U)<br>$2,500.00 (T) | - (A)<br>- (S)<br>- (P)<br>$2,500.00 (U)<br>$2,500.00 (T) |
| 55 | STAFFMARK INVESTMENTS, LLC<br>TERRI AYERS<br>435 ELM STREET<br>SUITE 300<br>CINCINNATI, OH  45202 | 7000167 | 12/22/2008 | - (A)<br>- (S)<br>- (P)<br>$8,274.69 (U)<br>$8,274.69 (T) | - (A)<br>- (S)<br>- (P)<br>$7,774.69 (U)<br>$7,774.69 (T) |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 56 | THE BANK OF NEW YORK MELLON | 7002171 | 5/28/2009 | - (A) | - (A) |
| | JAMES D. NEWELL | | | $1,084.32 (S) | - (S) |
| | BUCHANAN INGERSOLL & ROONEY, PC | | | - (P) | - (P) |
| | 20TH FLOOR, ONE OXFORD CENTER | | | - (U) | $686.53 (U) |
| | PITTSBURGH, PA  15219 | | | $1,084.32 (T) | $686.53  (T) |
| 57 | THE CORPORATE PRESENCE, INC | 7000207 | 12/29/2008 | - (A) | - (A) |
| | STEPHEN E COOK | | | - (S) | - (S) |
| | 19 WEST 21ST STREET | | | - (P) | - (P) |
| | SUITE 303 | | | $383,274.28 (U) | $286,628.97 (U) |
| | NEW YORK, NY  10010 | | | $383,274.28 (T) | $286,628.97 (T) |
| 58 | TULLET PREBON (EUROPE) LIMITED | 7002146 | 5/28/2009 | - (A) | - (A) |
| | JAMES S. CARR, ESQ. | | | - (S) | - (S) |
| | C/O KELLEY DRYE & WARREN LLP | | | - (P) | - (P) |
| | 101 PARK AVENUE | | | $482,411.15 (U) | $471,827.38 (U) |
| | 29TH FLOOR | | | $482,411.15 (T) | $471,827.38 (T) |
| | NEW YORK, NY  10178 | | | | |
| 59 | TULLETT PREBON (SINGAPORE) LIMITED | 8002610 | 1/29/2009 | - (A) | - (A) |
| | KELLEY DRYE & WARREN LLP | | | - (S) | - (S) |
| | 101 PARK AVENUE | | | - (P) | - (P) |
| | 28TH FLOOR | | | UNSPECIFIED* (U) | $321,960.70 (U) |
| | NEW YORK, NY  10178 | | | UNSPECIFIED* (T) | $321,960.70 (T) |
| 60 | TULLETT PREBON HOLDINGS CORPORATION | 8001996 | 1/28/2009 | - (A) | - (A) |
| | KELLEY DRYE & WARREN | | | - (S) | - (S) |
| | C/O KELLEY DRYE & WARREN | | | - (P) | - (P) |
| | 101 PARK AVENUE | | | UNSPECIFIED* (U) | $729,097.12 (U) |
| | NEW YORK, NY  10178 | | | UNSPECIFIED* (T) | $729,097.12 (T) |
| 61 | UNIMAC FINANCIAL | 167 | 12/12/2008 | - (A) | - (A) |
| | 350 MICHELA PLACE | | | - (S) | - (S) |
| | CARLSTADT, NJ  07072-2304 | | | - (P) | - (P) |
| | | | | $115,691.58 (U) | $90,810.81 (U) |
| | | | | $115,691.58 (T) | $90,810.81 (T) |
| 62 | VONWIN CAPITAL MANAGEMENT, LP | 7001326 | 3/26/2009 | - (A) | - (A) |
| | TRANSFEROR: UNIRISC, INC | | | - (S) | - (S) |
| | ROGER VON SPIEGEL, MANAGING DIRECTOR | | | - (P) | - (P) |
| | 261 FIFTH AVENUE, 22ND FLOOR | | | $132,990.90 (U) | $127,322.90 (U) |
| | NEW YORK, NY  10016 | | | $132,990.90 (T) | $127,322.90 (T) |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 63 | XCAPER INDUSTRIES, LLC<br>17321 EASTMAN<br>IRVINE, CA  92614 | 8000135 | 12/8/2008 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$16,486.36 (U)<br>$16,486.36 (T) |
| | Total | | | - (A)<br>$5,016.26 (S)<br>$19,785.48 (P)<br>$5,199,168.35 (U)<br>$5,223,970.09 (T) | - (A)<br>- (S)<br>- (P)<br>$4,053,387.88 (U)<br>$4,053,387.88 (T) |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

**EXHIBIT 2**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION: EXHIBIT 2- ACCOUNTS PAYABLE CLAIMS (NO LIABILITY)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | ALLO COMMUNICATIONS ALLISON R O'NEIL 610 BROADWAY IMPERIAL, NE 69033 | 7000060 | 12/9/2008 | $19,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 2 | AS ADVOKAADIBGROO LEPIK & LUHAAR LAWIN LAW OFFICE OF LEPIK AND LUHAAR LAWN DUNKRI 7 TALLININ ESTONIA | 5821 | 6/1/2009 | $46,837.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 3 | AUTORITEIT FINANCIELE MARKTEN PO BOX 11723 AMSTERDAM 1001GH NETHERLANDS | 8001587 | 1/27/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 4 | BARBIZON TAXI DANIEL COUDRAY 18 RUE DU LORICARD FLEURY EN BIERE 77930 FRANCE | 4346 | 3/30/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 5 | BASTION CAPITAL LONDON LIMITED KATHY HOATH 10 PHILPOT LANE LONDON EC3M 8BR UNITED KINGDOM | 7000546 | 1/27/2009 | $14,049.48 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 6 | BEIJING BEIQI JIULONG TAXI HOLDING CO. LTD. N RM 3001, CHINA WORLD TOWER 1 BEIJING 100004 CHINA | 8000152 | 12/9/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 7 | BEIJING FOREIGN ENTERPRISE HUMAN RESOURCES SERVICE CO., LTD. MS. ZHANG XIAOWEN, UNIT 2508, LEVEL 25 CHINA WORLD TOWER 1 NO. 1 JIAN GUO MEN WAI AVENUE BEIJING 100004 CHINA | 5619 | 6/1/2009 | $3,293.55 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined," or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 8 | BEIJING PANSKY COMPUTER SYSTEM SERVICE CENTER C/O HELEN WANG NOMURA SECUITIES BEIJING REP. RM 3001, CHINA WORLD TOWER 1 CHAOYANG DISTRICT BEIJING CHINA | 8000210 | 12/9/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 9 | BOWNE OF NEW YORK CITY LLC ATTN: SAL ASTUTO 55 WATER STREET NEW YORK, NY  10041 | 4779 | 5/27/2009 | $54,833.84 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 10 | CAREER GROUP 10100 SANTA MONICA BOULEVARD SUITE 900 LOS ANGELES, CA  90067 | 8000450 | 12/19/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 11 | CERRAHOGLU, M. FADLULLAH BARBAROS BULVARI MORBASAN SOKAK CERRAHOGLU BINASI BALMUMCU BESIKTAS ISTANBUL TURKEY | 1299 | 1/22/2009 | $6,302.27 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 12 | CLESTRA MODULAR SYSTEMS PVT LTD C/O KAYGEE FOAM PRIVATE LIMITED 1238- 40, VADU BUDRUK TAL SHIRUR, PUNE MH INDIA | 8002097 | 1/29/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 13 | COFFEE DISTRIBUTING CORP. BARBARA R. NEWMAN P.O. BOX 766 200 BROADWAY GARDEN CITY PARK, NY  11040 | 7001056 | 1/30/2009 | $671.27 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

---

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 14 | CONCORD GROUP, LLC<br>CINDI L ROGERS<br>130 NEWPORT CENTER DRIVE<br>SUITE 230<br>NEWPORT BEACH, CA 92660 | 7000347 | 1/14/2009 | $166,914.13 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 15 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.<br>BANKRUPTCY GROUP<br>ATTN: GALE D. DAKERS, SUPERVISOR<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003 | 1007 | 1/14/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 16 | CONTROL RISKS GROUP LTD<br>1600 K STREET, NW<br>SUITE 450<br>WASHINGTON, DC 20006 | 1105 | 1/19/2009 | $6,740.93 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 17 | EBS DEALING RESOURCES JAPAN, LTD<br>DANIEL L FRENCH<br>C/O ICAP NORTH AMERICA INC.<br>HARBORSIDE FINANCIAL CENTER<br>1100 PLAZA FIVE, 12TH FLOOR<br>JERSEY CITY, NJ 07311 | 7000936 | 1/30/2009 | $3,965.53 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 18 | FINANCIAL SECURITY ASSURANCE INC.<br>ATTENTION: BRUCE E. STERN, GENERAL COUNSEL AND MANAGING DIRECTOR<br>31 WEST 52ND STREET<br>NEW YORK, NY 10019 | 4511 | 4/27/2009 | $103,771.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 19 | FRAMPTON, PETER L.<br>ACCOUNTING COMES ALIVE, INC.<br>1638 R ST NW, SUITE 117<br>WASHINGTON, DC 20009 | 7000143 | 12/18/2008 | $33,150.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 20 | FREIGHT INVESTOR SERVICES LTD<br>MR; JOHN W BANASZKIEWICZ<br>107 CANNON STREET<br>LONDON EC4N 5AF<br>UNITED KINGDOM | 7000278 | 1/8/2009 | $157,889.85 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

---

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined," or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 21 | FTN FINANCIAL CAPITAL MARKETS<br>WILLIAM J BUCK<br>845 CROSSOVER LANE<br>MEMPHIS, TN  38117 | 2020 | 1/29/2009 | $27,750.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 22 | FTN FINANCIAL CAPITAL MARKETS<br>WILLIAM J BUCK<br>845 CROSSOVER LANE<br>MEMPHIS, TN  38117 | 4632 | 1/29/2009 | $50,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 23 | FTN FINANCIAL CAPITAL MARKETS<br>WILLIAM J BUCK<br>845 CROSSOVER LANE<br>MEMPHIS, TN  38117 | 4633 | 1/29/2009 | $25,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 24 | GIANNI ORIGONI GRIPPO AND PARTNERS<br>VIA DELLE QUATTRO FONTANE 20<br>ROMA  184<br>ITALY | 998 | 1/14/2009 | $48,175.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 25 | GIANNI, ORIGONI, GRIPPO & PARTNERS<br>6/8 TOKENHOUSE YARD<br>LONDON  EC2R 7AS<br>UNITED KINGDOM | 1373 | 12/15/2008 | $48,175.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 26 | HEWLETT PACKARD AP (HONG KONG) LTD<br>-SEE V# [REDACTED]<br>19/F CITYPLAZA ONE<br>1111 KINGS ROAD<br>ATTN: MR CHAN KAI YIU<br>TAIKOO SHING<br>HONG KONG<br>CHINA | 4236 | 3/27/2009 | $14,771.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 27 | ICICI SECURITIES LTD.<br>ICICI CENTRE H. T. PAREKH MARG<br>CHURCHGATE,<br>MUMBAI  400 020<br>INDIA | 485 | 12/29/2008 | $33,683.77 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 28 | INDIAN INSTITUTE OF MANAGEMENT AHMEDABAD<br>VASTRAPUR<br>AHMEDABAD  380 015<br>INDIA | 1233 | 1/21/2009 | $63,202.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

4

| # | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 29 | INSPIRATIONAL CORPORATE EXPERIENCE LTD INGRID BRODIN THE COOMBS HINTON PARVA SWINDON  SN4 0DH UNITED KINGDOM | 8003469 | 2/3/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 30 | INTERNATIONAL SOS ASSISTANCE, INC. P.O. BOX 11568 PHILADELPHIA, PA  19116 | 1708 | 1/26/2009 | $4,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 31 | INTERPUBLIC MARKETING SERVICES (SHANGHAI) LTD. BEIJING BRANCH HAIMIN JIN 18F, BUILDING C, SOHO NEW TOWN NO.88, JIANGUO ROAD, CHAOYANG DISTRICT BEIJING  100022 CHINA | 7001882 | 5/21/2009 | $19,227.91 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 32 | ISRAEL A. ENGLANDER & CO. INC. 666 5TH AVENUE 9TH FLOOR NEW YORK, NY  10103 | 4240 | 2/18/2009 | $137,510.10 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 33 | JIDOSHA, KOKUSAI ATTN:MAKOTO KAWAHAYA 2-17-22 AKASAKA MINATO-KU 13 JAPAN | 9006018 | 2/2/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 34 | KOKUSAI MOTORCARS CO., LTD KOKUSAI JIDOSHA 2-17-22 AKASAKA MINATO-KU 13  107-0052 JAPAN | 3374 | 2/2/2009 | $6,132.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 35 | KOLLYDAS, PETER 28 COLERIDGE DRIVE MARLBORO, NJ  07746 | 1012 | 1/15/2009 | $28,250.38 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 36 | LANDAMERICA ASSESSMENT CORP. 1320 HARBOR BAY PARKWAY SUITE 260 ALAMEDA, CA 94502-7230 | 224 | 12/15/2008 | $19,300.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 37 | LEVERAGE GROUP IT, INC. THE EMPIRE STATE BUILDING 350 FIFTH AVENUE SUITE 5714 NEW YORK, NY 10118 | 268 | 12/17/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 38 | LOCH, PAMELA - T/A LOCH ASSOCIATES 85 HIGH STREET TUNBRIDGE WELLS LONDON TN1 1XP UNITED KINGDOM | 1067 | 1/16/2009 | $2,905.69 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 39 | MERGENT RELATIONSHIP MANAGEMENT PO BOX 403123 ATLANTA, GA 30384 | 8000385 | 12/17/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 40 | MERIDIAN COMP OF NEW YORK, INC. MICKI UNKRICH-SENIOR ATTORNEY 1411 LAKE COOK ROAD, MSL 319 DEERFIELD, IL 60015 | 4181 | 3/18/2009 | $472,432.48 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 41 | METROPOLITAN ST. LOUIS SEWER DISTRICT MSD 2350 MARKET ST. SAINT LOUIS, MO 63103-2555 | 163 | 12/12/2008 | $502.89 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 42 | MIDDLEBERG COMMUNICATIONS, LLC ATTN: DON MIDDLEBERG 387 PARK AVENUE SOUTH NEW YORK, NY 10016 | 6289 | 5/18/2012 | $30,500.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 43 | MITSUI COMPANY 14-32 AKASAKA 2CHOME MINATOKU TOKYO 107-0052 JAPAN | 255 | 12/16/2008 | $6,880.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|
| 44 | NATIONAL ECONOMIC RESEARCH ASSOCIATES, INC. THOMAS R. FAWKES FREEBORN & PETERS LLP 311 SOUTH WACKER DR. SUITE 3000 CHICAGO, IL 60606 | 4791 | 5/27/2009 | $83,327.90 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 45 | NEWEDGE GROUP THOMAS GILLIS 52/60,AV.DES CHAMPS ELYSEES PARIS 75008 FRANCE | 8003256 | 1/30/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 46 | NITTAN CAPITAL GROUP LIMITED 3-3-14, NIHONBASHI-HONGOKUCHOU CHUO-KU TOKYO 103-0021 JAPAN | 997 | 1/14/2009 | $6,957.46 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 47 | NOTCH PARTNERS, LLC ANDREW THOMPSON 14 ALEXANDER LANE SHORT HILLS, NJ 07078 | 7002082 | 5/27/2009 | $90,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 48 | OGIER FIDUCIARY SERVICES (JERSEY) LIMITED WHITELEY CHAMBERS DON STREET ST HELIER JERSEY JE4 9WG JERSEY | 1686 | 1/26/2009 | $129,401.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 49 | PEGASUS TRANSPORT SERVICE, INC. 463 BARELL AVE. CARLSTADT, NJ 07072-2814 | 3563 | 2/12/2009 | $59,885.98 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 50 | PEGASUS TRANSPORT SERVICE, INC. 463 BARELL AVE. CARLSTADT, NJ 07072-2814 | 3564 | 2/12/2009 | $6,349.82 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

_____

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

7

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 51 | PERSPECTIVES FOR TALENTS GMH JOHANNES WEBER UND BROSS GBR EMIL-CLAAR-STRASSE 12 FRANKFURT AM MAIN  60322 GERMANY | 4151 | 3/9/2009 | $6,378.79 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 52 | RELIABLE UPDATES SERVICES CORP 330 EAST 38TH STREET #18A NEW YORK, NY  10016 | 1243 | 1/21/2009 | $3,833.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 53 | RUSSELL, N. CAMERON NATIONAL MOVE MANAGEMENT, LLC WENDER LAW GROUP, PLLC ONE PENN PLAZA, SUITE 2527 NEW YORK, NY  10119 | 8000240 | 12/10/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 54 | SARAH STEWART SMITH RECRUITMENT 3RD FLOOR 67/68 JERMYN STREET LONDON  SW1Y 6NY UNITED KINGDOM | 3412 | 2/3/2009 | $37,523.38 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 55 | SOLOMON PAGE GROUP LLC LEWIS MOSHINSKY 260 MADISON AVENUE 3RD FLOOR NEW YORK, NY  10016 | 7000072 | 12/9/2008 | $36,395.15 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 56 | STHREE LIMITED PETER GWILLAM HUXLEY ASSOCIATES LIMITED GROUND FLOOR DEXTER HOUSE ROYAL MINT COURT LONDON  EC3N 4QN UNITED KINGDOM | 7000061 | 12/9/2008 | $200,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 57 | SUN & MOON MARKETING COMMUNICATIONS,INC. 12 EAST 41ST STREET, 6TH FLOOR NEW YORK, NY  10017 | 3758 | 3/2/2009 | $37,891.50 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 58 | SUNGARD SYSTEMS INTERNATIONAL INC MAUREEN A. MCGREEVEY, ESQUIRE 680 E. SWEDESFORD ROAD WAYNE, PA 19087 | 4822 | 5/28/2009 | $90,414.43 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 59 | THACKRAY WILLIAMS LLP ATTN: GRAEME WEIR KINGS HOUSE 32-40 WIDMORE ROAD BROMLEY, KENT UNITED KINGDOM | 9000434 | 12/23/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 60 | THOMAS, JOHN S. JR. 200 EAST 95TH STREET, APT. 2B NEW YORK, NY 10128 | 7002489 | 6/1/2009 | $19,770.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 61 | TRADE, THE 39 HATTON GARDEN LONDON EC1N 8EH UNITED KINGDOM | 462 | 12/26/2008 | $10,530.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 62 | TRIO EQUITY DERIVATIVES LTD CANNON BRIDGE 25 DOWGATE HILL LONDON EC4R 2BB UNITED KINGDOM | 3323 | 2/2/2009 | $43,071.75 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 63 | UPDATE INC. D/B/A UPDATE GRAPHICS 1140 AVENUE OF THE AMERICAS 6TH FLOOR NEW YORK, NY 10036 | 252 | 12/16/2008 | $10,750.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 64 | VENTURI STAFFING PARTNERS TERRI AYERS 435 ELM STREET SUITE 300 CINCINNATI, OH 45202 | 7000166 | 12/22/2008 | $15,894.39 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 65 | WERBER, JOHN C., M.D. 36 PLAZA STREET EAST, SUITE #8E BROOKLYN, NY 11238 | 5890 | 6/1/2009 | $18,750.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 66 | WORK PLACE SOLUTIONS<br>RYOSHIN GINZA EAST MILLER BLDG<br>3-15-10<br>GINZA, CHUO-KU<br>TOKYO 13  104-0061<br>JAPAN | 1527 | 1/26/2009 | $64,392.79 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| 67 | WORLD CLASS BUSINESS PRODUCTS<br>CHRIS J MORAN<br>48-49 35TH STREET<br>LONG ISLAND CITY, NY  11101 | 7000672 | 1/29/2009 | $32,592.16 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI.  THE AMOUNTS CLAIMED DO NOT CONSTITUTE OBLIGATIONS BY LBI. |
| | Total | | | $2,660,926.57 | |

_____

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.