HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA |

NOTICE RELATING TO MATTERS SCHEDULED
FOR HEARING ON MARCH 27, 2014 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that the hearing on the matters set forth on Exhibit A hereto **has been changed to Thursday, April 24, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "April Hearing") and that the hearing on the matters set forth on Exhibit B hereto **has been changed to Wednesday, May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "May Hearing," together with the April Hearing, the "Hearings"), or as soon thereafter as counsel may be heard. The Hearings will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and the Hearings may be further adjourned from time to time without further notice other than an announcement at the Hearings.

**PLEASE TAKE FURTHER NOTICE** that, as there is no other matter scheduled for hearing in the above-captioned case on March 27, 2014 at 10:00 a.m. (Prevailing Eastern Time), the hearing that was scheduled for that date and time will not be held.

Dated: New York, New York
March 21, 2014

                        HUGHES HUBBARD & REED LLP

                        By: /s/ Jeffrey S. Margolin
                        James B. Kobak, Jr.
                        Christopher K. Kiplok
                        Jeffrey S. Margolin
                        Meaghan C. Gragg
                        One Battery Park Plaza
                        New York, New York 10004
                        Telephone:  (212) 837-6000
                        Facsimile:  (212) 422-4726
                        Email:  kobak@hugheshubbard.com


                        Attorneys for James W. Giddens,
                        Trustee for the SIPA Liquidation of
                        Lehman Brothers Inc.

**EXHIBIT A**

1. Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 6130] solely as to claim 774 (Zameer Khan).

2. Trustee's Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF. No. 6131] solely as to claims 7000620 (Walter Bogumil) and 656 (David Tribou).

3. Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 6157] solely as to claims 4762 (Leona W. and Thomas E. Beck) and 7000195 (Wayne Croner).

4. Trustee's Seventy-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 6295] solely as to claim 7001376 (James McErlean).

5. Trustee's Eightieth Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 6341] solely as to claim 440 (Heywood Zeidman).

6. Trustee's Eighty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 6566] solely as to claim 4345 (Joseph Stanaitis).

7. Trustee's Ninety-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 6682] solely as to claim 3631 (Judith E. Blackshire).

8. Trustee's Ninety-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 6699] solely as to claim 993 (Donald A. Perata).

9. Trustee's One Hundred Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 6811] solely as to claim 549 (Henry Grossman).

10. Trustee's One Hundred Eighteenth Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 6906] solely as to claim 3048 (John & Delight Eilering, JTWROS).

11. Trustee's One Hundred Twentieth Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 6918] solely as to claim 561 (Theodore Pearlman).

12. Trustee's One Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 7008] solely as to claim 7000601 (Kavita Nakra).

13. Trustee's One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 7185] solely as to claim 3312 (Louise Brodsky).

14. Trustee's One Hundred Thirty-Ninth Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 7279] solely as to claim 357 (Patricia Pope).

15. Trustee's One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [ECF No. 7382] solely as to claim 25 (Terry G. Reckas).

16. Trustee's One Hundred Forty-Eighth Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 7399] solely as to claim 866 (Sandra J. Valade).

17. Trustee's One Hundred Fifty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 7582] solely as to claim 2724 (Robert A. Levine).

18. Trustee's One Hundred Seventieth Omnibus Objection to General Creditor Claims (Amended and Superseded Claims) [ECF No. 7814].

19. Trustee's Objection to the General Creditor Proof of Claim of Cornell Companies Inc. (Claim No. 4393) [ECF No. 8046].

**EXHIBIT B**

1. Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [ECF No. 6758] solely as to claim 4579 (Ely Eddi).

2. Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 7666] solely as to claims 7000384 (Jeffrey S. Maurer) and 4786 (Christian J. and Molly E. Randle).

3. Trustee's One Hundred Seventy-Fifth Omnibus Objection to General Creditor Claims (Employee Claims) [ECF No. 7871] solely as to claims 7000378 (Gerald R. Holt) and 7000379 (Gerald R. Holt).

4. Trustee's One Hundred Seventy-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [ECF No. 7875] solely as to claim 6292 (Fulton County Tax Commissioner).

5. Trustee's One Hundred Eighty-Fourth Omnibus Objection Seeking to Reduce, Reclassify, and Allow Unsecured General Creditor Claims (TBA Claims) [ECF No. 7990] solely as to claim 2589 (Lockheed Martin Corporation Master Retirement Trust).

6. Trustee's One Hundred Eighty-Seventh Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts, and with Proper Classification as Unsecured General Creditor Claims (TBA Claims) [ECF No. 8011] solely as to claims 9003909 (Putnam World Trust – Putnam Global Fixed Income Alpha Funds S2); 9004951 (UAL Diversified Bond Fund); and 9008100 (QIC Diversified Fixed Interest Fund No. 1).

7. Trustee's One Hundred Eighty-Ninth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [ECF No. 8014] solely as to claims 8001203 (Carolyn Lee WK – ACF) and 8001204 (Carolyn Lee WK - ACF).

8. Trustee's One Hundred Ninetieth Omnibus Objection to General Creditor Claims (No Liability Claims) [ECF No. 8015] soley as to claims 4302 (4Kids Entertainment, Inc.); 4314 (Northgate Minerals Corp.); 8003028 (Gerdau Ameristeel US Inc.).