**THIS OBJECTION SEEKS TO ALLOW CERTAIN FILED PROOFS OF CLAIM IN REDUCED AMOUNTS AND WITH PROPER CLASSIFICATION AS UNSECURED GENERAL CREDITOR CLAIMS.  PARTIES RECEIVING THIS NOTICE OF THE TRUSTEE'S TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT THE TRUSTEE'S COUNSEL, ELENI D. THEODOSIOU-PISANELLI, ESQ., AT (212) 837-6868.**

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile:  (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

    LEHMAN BROTHERS INC.,

                        Debtor.

Case No.  08-01420 (SCC) SIPA

**NOTICE OF HEARING ON THE TRUSTEE'S TWO HUNDRED TWENTY FOURTH OMNIBUS OBJECTION SEEKING TO ALLOW CERTAIN FILED PROOFS OF CLAIM IN REDUCED AMOUNTS AND WITH PROPER CLASSIFICATION AS UNSECURED GENERAL CREDITOR CLAIMS (FINANCIAL PRODUCT CLAIMS AND UNDERWRITING FEE CLAIMS)**

**PLEASE TAKE NOTICE** that on April 2, 2014, James W. Giddens (the

"Trustee"), as trustee for the liquidation of the business of Lehman Brothers Inc. (the "Debtor"

or "LBI"), under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa

*et seq.* ("SIPA"), by and through his undersigned counsel, filed his two hundred twenty-fourth omnibus objection to general creditor claims (the "Two Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims"), and that a hearing to consider the Trustee's Two Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 621, One Bowling Green, New York, New York 10004-1408 (the "Bankruptcy Court"), on **May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to entry of the order must (i) be in writing; (ii) state the name and address of the responding party and nature of the claim or interest of such party; (iii) state with particularity the legal and factual bases of such response; (iv) conform to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules; (v) be filed with the Bankruptcy Court, together with proof of service, electronically, in accordance with General Order M-399 by registered users of the Court's Electronic Case Filing system, and by all other parties in interest, on a 3.5 inch disk, compact disk, or flash drive, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format no later than **April 23, 2014 at 4:00 p.m. (Prevailing Eastern Time)** (the "Response Deadline"); and (vi) be served on (a) Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York, 10004, Attn: Meaghan C. Gragg, Esq.; (b) Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, DC 20005, Attn: Kenneth J. Caputo, Esq.; and (c) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Maurice Horwitz, Esq. and Lori R. Fife, Esq., with a courtesy copy to

the chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York

10004, Courtroom 621.

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served

with respect to the Trustee's Two Hundred Twenty-Fourth Omnibus Objection to General

Creditor Claims or any claim set forth thereon, the Trustee may, on or after the Response

Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed

order annexed to the Trustee's Two Hundred Twenty-Fourth Omnibus Objection to General

Creditor Claims, which may be entered with no further notice or opportunity to be heard offered

to any party.

Dated: New York, New York
      April 2, 2014

HUGHES HUBBARD & REED LLP

By:   _/s/ James B. Kobak, Jr._
      James B. Kobak, Jr.
      Christopher K. Kiplok
      Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile:  (212) 422-4726
Email:  kobak@hugheshubbard.com

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.
.

**Hearing Date and Time: May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Date and Time:  April 23, 2014 at 4:00 p.m. (Prevailing Eastern Time)**

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile:  (212) 422-4726

Attorneys for James W. Giddens
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No.  08-01420 (SCC) SIPA |

**TRUSTEE'S TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION SEEKING TO ALLOW CERTAIN FILED PROOFS OF CLAIM IN REDUCED AMOUNTS AND WITH PROPER CLASSIFICATION AS UNSECURED GENERAL CREDITOR CLAIMS (FINANCIAL PRODUCT CLAIMS AND UNDERWRITING FEE CLAIMS)**

**THIS OBJECTION SEEKS TO ALLOW CERTAIN FILED PROOFS OF CLAIM IN REDUCED AMOUNTS AND WITH PROPER CLASSIFICATION AS UNSECURED GENERAL CREDITOR CLAIMS.  PARTIES RECEIVING THIS TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT THE TRUSTEE'S COUNSEL, ELENI D. THEODOSIOU-PISANELLI, ESQ., AT (212) 837-6868.**

64019479_1

TO THE HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE:

James W. Giddens (the "Trustee"), as Trustee for the liquidation of the business of

Lehman Brothers Inc. ( the "Debtor" or "LBI") under the Securities Investor Protection Act of

1970 as amended, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"),[1] by and through his undersigned counsel,

respectfully represents as follows:

### **RELIEF REQUESTED**

1.      The Trustee files this two hundred twenty-fourth omnibus objection to general

creditor claims (the "Two Hundred Twenty-Fourth Omnibus Objection to General Creditor

Claims") pursuant to sections 502(b), 502(g)(2), 503, 506(a)(1), and 507(a)(2) of title 11 of the

United States Code (the "Bankruptcy Code"), as made applicable to this proceeding pursuant to

sections 78fff(b) and 78fff-1(a) of SIPA, Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing

of omnibus objections to general creditor proofs of claims filed in this SIPA proceeding (the

"General Creditor Claims Objection Procedures Order," ECF No. 5441), seeking to allow certain

filed proofs of claim (listed on Exhibits A through F annexed hereto, collectively, the "Claim

Exhibits") in reduced amounts (to the extent applicable) and with proper classification as

unsecured general creditor claims. The Trustee's proposed order (the "Proposed Order") is

annexed hereto as Exhibit I.

2.      The proofs of claim identified on the Claim Exhibits (collectively, the "Claims")

are claims for damages arising out of:

---

1.      For convenience, subsequent references to SIPA may omit "15 U.S.C."

(a)    unperformed forward contracts for the future purchase or sale of "to be announced" U.S. agency debt obligations ("TBA Contracts" or "TBAs") (the "TBA Claims," *see* Exhibit A, Exhibit B, and Exhibit C);

(b)    unperformed or un-matured forward contracts for the future exchange of currencies ("FX Forwards" or "FX Contracts") (the "FX Claims," *see* Exhibit D);

(c)    a mixture of some or all of the above types of claims (*see* Exhibit E, and together with the TBA Claims and the FX Claims, the "Financial Products Claims"); and

(d)    underwriting fees due from LBI to co-underwriters (the "Underwriting Fees") (the "Underwriting Fee Claims," *see* Exhibit F).

Except for the claims listed on Exhibit E,[2] the Trustee has determined that the amounts claimed in certain of the Claims (as listed on the Claim Exhibits in the column entitled "*Asserted Amount*")[3] either contradict LBI's books and records and corporate records and/or seek recovery for amounts for which LBI is not liable, and, therefore, the Claims should be reduced to the amount reflected on the Claim Exhibits in the column entitled "*Claim as Modified*."  In addition, certain of the Claims, including all of the claims listed on Exhibit E,  should be reclassified, in whole or in part, from secured or administrative to general unsecured status because these Claims assert secured amounts which do not meet the statutory requirements for secured or administrative status under Bankruptcy Code §§ 506(a)(1) and 503, respectively.  The Trustee therefore requests that the Court reduce and/or reclassify each Claim listed on the Claim Exhibits

---

2.    The Trustee does not seek to reduce the claims listed on Exhibit E.  Instead, the Trustee seeks only to reclassify those claims as unsecured general creditor claims for the reasons stated in Argument Section II *infra*.

3.    Consistent with the general creditor claims register, customer claims reclassified to general creditor claims are listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

to the amount and status set forth in the column entitled "*Claim as Modified*" and allow each

Claim to the extent of such amount and status.

## JURISDICTION

3.      Following removal to this Court for all purposes as required for SIPA cases by

SIPA § 78eee(b)(4), this Court has "all of the jurisdiction, powers, and duties conferred by

[SIPA] upon the court to which application for the issuance of the protective decree was made."

15 U.S.C. § 78eee(b)(4).

4.      Venue is proper in this Court pursuant to SIPA § 78eee(a)(3) and 15 U.S.C.

§ 78aa.

## BACKGROUND

5.      On September 19, 2008 (the "Filing Date"), the Honorable Gerard E. Lynch,

United States District Court, Southern District of New York, entered the Order Commencing

Liquidation of LBI (the "LBI Liquidation Order," ECF. No. 1) pursuant to the provisions of

SIPA in the case captioned Securities Investor Protection Corporation v. Lehman Brothers Inc.,

Case No. 08-CIV-8119 (GEL).  The LBI Liquidation Order, *inter alia*, (i) appointed the Trustee

for the liquidation of the business of LBI pursuant to SIPA § 78eee(b)(3); and (ii) removed the

case to this Court for all purposes as required for SIPA cases by SIPA § 78eee(b)(4), in the case

captioned In re Lehman Brothers Inc., Case No. 08-01420 (JMP) (the "SIPA Proceeding").

6.      The stay arising under paragraphs three through six of the LBI Liquidation Order

exempts "the contractual right of a creditor to liquidate, terminate, or accelerate a securities

contract . . . [or] forward contract."  (LBI Liquidation Order ¶ VIII(B).)

7.      On November 7, 2008, the Court entered the Order Approving Form and Manner

of Publication and Mailing of Notice of Commencement; Specifying Procedures and Forms for

4

Filing, Determination, and Adjudication of Claims; Fixing a Meeting of Customers and Other

Creditors; and Fixing Interim Reporting Pursuant to SIPA (the "Claims Process Order," ECF No.

241). Beginning on December 1, 2008, consistent with SIPA § 78fff-2(a)(1), the Trustee mailed

more than 905,000 claims packages with filing information to former LBI customers and other

potential claimants (the "Claims Process Notice") and posted claims filing information on the

Trustee's website (www.lehmantrustee.com) and SIPC's website (www.sipc.org). The Trustee

also published notice of the claims process in *The New York Times*, *The Wall Street Journal*, and

*The Financial Times*.

8.      Pursuant to SIPA § 78fff-2(a)(3) and the Claims Process Order, customer claims

seeking maximum protection under SIPA must have been received by the Trustee on or before

January 30, 2009. All customer claims and general creditor claims must have been received by

the Trustee by June 1, 2009, and no claims of any kind will be allowed unless received by the

Trustee on or before June 1, 2009 (the "Bar Date").

9.      In addition to the Bar Date, on September 19, 2013, the Bankruptcy Court entered

an order (the "Administrative Bar Date Order") that established October 31, 2013 (the

"Administrative Bar Date") as the deadline to file a proof of claim for certain administrative

expense claims against the LBI estate, as further described in the Administrative Bar Date Order,

with respect to such administrative expenses arising between September 19, 2008 and August 31,

2013. The Administrative Bar Date has now passed.

10.     A copy of the Claims Process Order was made publicly available at

www.lehmantrustee.com. The Trustee's website allowed claimants filing electronically to

upload documents as part of their claim submission and thereby comply with the instructions to

include supporting documentation set forth in the Proof of Claim.

11.     In accordance with the Claims Process Order, in cases where the Trustee denied a claim for protection as a customer and converted the claim to a general creditor claim, the Trustee notified the claimant consistent with the procedures set forth in the Claims Process Order.  The claimant was afforded the opportunity to object and have the matter heard by the Court if the claimant was aggrieved by the Trustee's denial of customer treatment and conversion of the claim to a general creditor claim.  If a claimant did not object to the Trustee's conversion of the claim consistent with the procedures set forth in the Claims Process Order, the Trustee's conversion of the claim to a general creditor claim became final.  No determination was made as to the validity or allowed amount of such converted and reclassified claims.

12.     On November 15, 2012, the Court entered the General Creditor Claims Objection Procedures Order, which authorizes the Trustee, among other things, to file omnibus objections to no more than 200 general creditor claims at a time, on various grounds, including the grounds that: (i) the claims subject to the omnibus objection seek recovery of amounts for which LBI is not liable; (ii) the claims subject to the omnibus objection were incorrectly classified; and (iii) the amount claimed in the claims subject to the omnibus objection contradicts LBI's books and records.

## ARGUMENT

13.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009 ), *aff'd sub nom. Peter J. Solomon Co. v. Oneida Ltd.*, No. 09 Civ. 2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr.

S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

# I.   CERTAIN OF THE FINANCIAL PRODUCT CLAIMS AND ALL OF THE UNDERWRITING FEE CLAIMS SHOULD BE ALLOWED IN THE REDUCED AMOUNTS ONLY.

14.    The General Creditor Claim Objection Procedures Order authorizes the Trustee to file omnibus objections "seeking reduction, reclassification and/or disallowance of claims . . . [on the grounds that] the amount claimed contradicts LBI's books and records" or where a claim "seeks recovery of amounts for which LBI is not liable."  (General Creditor Claim Objection Procedures Orders at 2.)  If the Trustee determines that the amount claimed contradicts LBI's books and records, "the Trustee will include the amount of such General Creditor Claim, if any, reflected in LBI's books and records."  (*Id.*)  Where the Trustee finds that the General Creditor Claims seek recovery of amounts for which LBI is not liable, "the Trustee will include the legal basis for such objection."  (*Id.*)

15.    Bankruptcy Code § 502(b) provides, in relevant part, that a court should determine the amount of a claim subject to an objection "as of the date of the filing of the petition, and shall allow such claim in such amount," and that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).  Claims for damages calculated in accordance with section 562 may be allowed under section 502(b) pursuant to Bankruptcy Code § 502(g)(2).  *See* 11 U.S.C. § 502(g)(2) ("A claim for damages calculated in accordance with section 562 shall be allowed under subsection (a), (b), or (c), or disallowed under subsection (d) or (e), as if such claim had arisen before the date of the filing of the petition."); 11 U.S.C. § 562

(explaining that damages under this section are measured as of the earlier of "the date of such rejection" or "the date of such liquidation, termination, or acceleration").

16.    To the extent a Financial Product Claim arises out of the rejection, liquidation, termination, or acceleration of the relevant TBA or FX Contract, the claim would be calculated pursuant to Bankruptcy Code § 562 and allowed in such amount pursuant to Bankruptcy Code § 502(g)(2).  Otherwise, the claim would be calculated and allowed pursuant to Bankruptcy Code §502(b), which is "the amount of such claim . . . as of the date of the filing of the petition . . . ." The Financial Product Claims at issue here arise out of and were calculated in accordance with one of the scenarios detailed above.

17.    Based on analysis by the Trustee's professionals for the Financial Product Claims of each of the general creditor proofs of claim (the "Proofs of Claim") listed in the Claim Exhibits, certain information from the LBI general claims register as maintained by the Trustee's claims agent, certain information from the books and records of the LBI estate (the "Books and Records"), and certain pricing information from either Bloomberg Finance L.P. or Interactive Data Corporation (each, a "Pricing Source"), as further described in either the Declaration of Robert Sprague, dated April 2, 2014 (the "Sprague Declaration," annexed hereto as Exhibit G) or the Declaration of Eleni D. Theodosiou-Pisanelli, dated April 2, 2014 (the "ETP Declaration," annexed hereto as Exhibit H), the Trustee has identified certain of the Financial Product Claims as claims that must be reduced because (i) the amounts claimed are greater than the amounts shown on, and/or determined by analysis of, the Books and Records, and/or (ii) the amounts claimed are greater than the amounts for which LBI is liable.

18.    Based on analysis by the Trustee's counsel of the terms of any underwriting agreements and Master Agreements Among Underwriters filed in connection with each of the

Proofs of Claim, and based on additional analysis of each of the Proofs of Claim, certain

information from the LBI general claims register as maintained by the Trustee's claims agent,

and certain information from the Books and Records and other records of the LBI estate relating

to account balances, expenses incurred, and net Underwriting Fees due in connection with each

of the offerings at issue, the Trustee has identified the Underwriting Fee Claims as claims that

must be reduced because the amounts claimed are greater than the amounts shown on, and/or

determined by analysis of, LBI's Books and Records and other records.

19.     The amounts listed on the Claim Exhibits in the column entitled "*Claim as

Modified*" and the amount denoted with the letter symbol (**T**) represent the amount calculated for

each Claim by the Trustee's professionals and/or counsel.

## II.    CERTAIN OF THE FINANCIAL PRODUCT CLAIMS SHOULD BE RECLASSIFIED.

20.     In addition to reducing certain of the Financial Product Claims as described

above, certain of the Financial Product Claims must be reclassified, in whole or in part, from

secured to general unsecured status because they claim amounts that are <u>not</u> "secured by a lien

on property in which the estate has an interest, or that is subject to setoff under section 553 of

this title" and therefore are not entitled to secured status under the Bankruptcy Code.  *See* 11

U.S.C. § 506(a)(1).

21.     To assert a secured claim, a creditor must demonstrate that its claim is secured by

a lien on property in which the debtor's estate has an interest.  11 U.S.C. § 506(a).  If a creditor

cannot demonstrate that its claim is secured by a lien or other security interest in the property of

the debtor's estate, it must follow that such claim is unsecured.  *See*, *e.g.*, *In re Dairy Mart

Convenience Stores, Inc.*, 351 F.3d 86, 91 (2d Cir. 2003) (finding that a creditor that is a

beneficiary of a letter of credit is only an unsecured creditor vis-a-vis the bankruptcy estate

without a direct security interest); *In re WorldCom, Inc.*, 362 B.R. 96, 120 (Bankr. S.D.N.Y. 2007) (reclassifying a purportedly secured claim as unsecured because it was based on a lapsed lien).

22.    This Court should rule that, to the extent applicable, the Financial Product Claims should not be accorded treatment as secured claims on account of the claimants' failure to document their assertions that the Financial Product Claims are secured by any interest in the Debtor's property. The claimants' claims of secured status entirely lack documentation or explanatory support. No document evidences the perfection of a security interest or lien on the assets of LBI. Accordingly, the Financial Product Claim Proofs of Claim fail to comply with Bankruptcy Rule 3001(d), which provides that "[i]f a security interest in property of the debtor is claimed, the proof of claim shall be accompanied by evidence that the security interest has been perfected." Fed. R. Bankr. P. 3001(d). Claimants' assertions of security interest lack *prima facie* validity and are unenforceable against LBI.

23.    In addition to claiming secured status, certain of the Financial Product Claims seek administrative priority treatment of their claims pursuant to 11 U.S.C. § 507(a)(2). Bankruptcy Code 507(a)(2) provides priority status to those with "administrative expenses allowed under [Bankruptcy Code] section 503(b) . . .." Section 503 of the Bankruptcy Code provides administrative expense priority for "the actual, necessary costs and expenses of preserving the estate . . ." 11 U.S.C. § 503(b)(1)(A). As this Court has noted, for a claim to be afforded administrative priority, a claimant must show both that: (i) the transaction giving rise to the claim occurred post-petition and (ii) the debtor-in possession, in this case the Trustee, directly benefited as a result of the transaction. *See In re Grubb & Ellis Co.*, 478 B.R. 622, 624

(Bankr. S.D.N.Y. 2012) (citing *Trs. Of Amalgamated Ins. Fund v. McFarlin's, Inc.*, 789 F.2d 98,

101 (2d Cir. 1986)); *In re Enron Corp.,* 279 B.R. 79, 85 (Bankr. S.D.N.Y. 2002).

24.    It is claimants' burden to establish that they are entitled to an administrative

expense claim.  *In re Bethlehem Steel Corp.*, 479 F.3d 167, 172 (2d Cir. 2007).  An

administrative claim "should only be granted under extraordinary circumstances, to wit, when

the parties seeking priority have sustained their burden of demonstrating that their services are

actual and necessary to preserve the estate."  *In re Drexel Burnham Lambert Group Inc*., 134

B.R. 482, 489 (Bankr. S.D.N.Y. 1991) (quoting *In re Amfesco Indus., Inc*., 81 B.R. 777, 785

(Bankr. E.D.N.Y. 1988); *see also In re Chateaugay Corp.*, 102 B.R. 335, 353 (Bankr. S.D.N.Y.

1989) ("Additionally, it is clear that the burden of establishing entitlement to priority rests with

the claimant.")

25.    This Court should rule that, to the extent applicable, the Financial Product Claims

should not be accorded treatment as administrative claims on account of the claimants' failure to

document their assertions that the Financial Product Claims meet any of the requirements of an

administrative claim under Bankruptcy Code § 503.  The claimants' claims of administrative

priority entirely lack documentation or explanatory support.

26.    To prevent possible improper recovery, the Trustee requests entry of an order

reclassifying the Financial Product Claims as unsecured claims in accordance with the

Bankruptcy Code.  Accordingly, pursuant to Bankruptcy Code §§ 502(b), 502(g)(2), 503,

506(a)(1), and 507(a)(2), the Trustee requests that the Court reduce and/or reclassify each

Financial Product Claim to the amount and priority listed on the Claim Exhibits in the column

entitled "*Claim as Modified*" and allow each Financial Product Claim as an unsecured general

creditor claim only to the extent of such modified amount.

III.    **CERTAIN OF THE FINANCIAL PRODUCT CLAIMS HAVE BEEN THE SUBJECT OF PARTIAL TRANSFERS.**

27.    In certain instances a claimant has transferred a portion of a Financial Product Claim to another party or to multiple parties. In those instances, the Claim Exhibits identify the portion of the Financial Product Claim held by each claimant, with the column entitled "*Claim as Modified*" identifying the portion of that Financial Product Claim that should be allowed as an unsecured general creditor claim. For clarity, to the extent a Financial Product Claim is subject to a partial transfer, the Claim Exhibits identify all of the holders of the Financial Product Claim, even in instances where the portion of a Financial Product Claim held by a specific claimant is the same as the amount for that portion of the Financial Product Claim calculated by the Trustee's professionals, and the Trustee therefore does not object to that portion of the Financial Product Claim. In those instances, the "*Claim as Modified*" for that claimant's portion of the Financial Product Claim will be the same as that claimant's Proof of Claim.

## RESERVATION OF RIGHTS

28.    The Trustee reserves all rights to object on any other basis to any Claim or any portion of any Claim not finally determined or for which the Court does not grant the relief requested herein.

## NOTICE

29.    Notice of this Two Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims has been provided to (i) each claimant listed on the Claim Exhibits via first-class mail; and (ii) the list of parties requesting notice of pleadings in accordance with the Court's Amended Order Pursuant to Bankruptcy Code § 105(a) and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures and Related Relief entered by the Court on July 13, 2010 (ECF No. 3466), and will be immediately available for inspection

upon filing with the Court at the Trustee's website, www.lehmantrustee.com.  The Trustee

submits that no other or further notice need be provided.

### **NO PRIOR RELIEF REQUESTED**

30.     No previous request for the relief requested herein has been made by the Trustee

to this or any other court.

### **CONCLUSION**

For the reasons stated herein, the Trustee respectfully requests entry of an order granting

the relief requested herein and such other and further relief as is just.


Dated:  New York, New York
            April 2, 2014

                              HUGHES HUBBARD & REED LLP

                              By:    _/s/ James B. Kobak, Jr._____
                                      James B. Kobak, Jr.
                                      Christopher K. Kiplok
                                      Meaghan C. Gragg
                              One Battery Park Plaza
                              New York, New York 10004
                              Telephone: (212) 837-6000
                              Facsimile:  (212) 422-4726
                              Email:  kobak@hugheshubbard.com

                              Attorneys for James W. Giddens,
                              Trustee for the SIPA Liquidation of
                              Lehman Brothers Inc.

**EXHIBIT A**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION: EXHIBIT A (TBA CLAIMS I)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 1 | ADVANCED SERIES TRUST-AST T ROWE PRICE GLOBAL BOND PORTFOLIO JONATHAN SIEGEL OR DONNA KAHOE C/O T ROWE PRICE ASSOCIATES INC 100 E PRATT STREET BALTIMORE, MD  21202 | 9002659 | 1/28/2009 | - (A) - (S) - (P) UNSPECIFIED* (U) UNSPECIFIED* (T) | - (A) - (S) - (P) $14,453.12 (U) $14,453.12 (T) |
| 2 | BRIGHT START COLLEGE SAVINGS TRUST CORE PLUS FIXED INCOME PO AMEE KANTESARIA OFI PRIVATE INVESTMENTS INC TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET 11TH FLOOR NEW YORK, NY  10281 | 9004523 | 1/30/2009 | - (A) - (S) - (P) UNSPECIFIED* (U) UNSPECIFIED* (T) | - (A) - (S) - (P) $190,716.79 (U) $190,716.79 (T) |
| 3 | CAROLINA HEALTHCARE SYSTEM-MALPRACTICE SELF INSURANCE PORTFOLIO MARY ANN ROUSE CAROLINAS HEALTHCARE SYSTEM PO BOX 32861 CHARLOTTE, NC  28232 | 9004683 | 1/30/2009 | - (A) - (S) - (P) UNSPECIFIED* (U) UNSPECIFIED* (T) | - (A) - (S) - (P) $4,834.38 (U) $4,834.38 (T) |

---

| (A) – ADMINISTRATIVE |
|---|
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT A (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 4 | EMPLOYEES' RETIREMENT PLAN OF C R BARD INC AND THE SCOTT LAWRY PENSION PLAN FOR HOURLY EMPLOYEES OF DAVOL INC<br>CR BARD INC<br>730 CENTRAL AVENUE<br>NEW PROVIDENCE, NJ 07974 | 9004687 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$16,067.18 (U)<br>$16,067.18 (T) |
| 5 | ERIE COUNTY RETIREMENT BOARD<br>SUE WEBER<br>ERIE COUNTY CONTROLLERS OFFICE<br>140 WEST SIXTH STREET<br>ROOM 107<br>ERIE, PA 16501 | 9004681 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$5,687.50 (U)<br>$5,687.50 (T) |
| 6 | EVERGREEN CORE BOND FUND<br>MAUREEN E TOWLE<br>200 BERKELEY STREET<br>BOSTON, MA 02116 | 9004727 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$1,889,671.88 (U)<br>$1,889,671.88 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit A – Page 2

EXHIBIT A (CONTINUED)

|   | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 7 | FIDELITY INCOME FUND: FIDELITY GOVERNMENT INCOME FUND<br>82 DEVONSHIRE STREET<br>ATTN: FUND TREASURER, V10F<br>BOSTON, MA  02110 | 5492 | 5/30/2009 | - (A)<br>- (S)<br>- (P)<br>$755,371.79 (U)<br>$755,371.79 (T) | - (A)<br>- (S)<br>- (P)<br>$722,116.19 (U)<br>$722,116.19 (T) |
| 8 | KELLOGG COMPANY MASTER RETIREMENT TRUST<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-1607<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2636 | 1/30/2009 | - (A)<br>$2,087.00 (S)<br>- (P)<br>$310,336.00 (U)<br>$312,423.00 (T) | - (A)<br>- (S)<br>- (P)<br>$310,336.00 (U)<br>$310,336.00 (T) |
| 9 | MAINE MEDICAL CENTER PENSION FUND<br>MICHAEL KILMARTIN<br>MAINE HEALTH<br>465 CONGRESS STREET #600<br>PORTLAND, ME  04101 | 9004698 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$25,735.93 (U)<br>$25,735.93 (T) |
| 10 | MASSMUTUAL PREMIER CORE BOND FUND<br>C/O BABSON CAPITAL MANAGEMENT LLC<br>1500 MAIN STREET STE 2800<br>SPRINGFIELD, MA  01115-5189 | 4865 | 5/28/2009 | - (A)<br>- (S)<br>- (P)<br>$547,453.27 (U)<br>$547,453.27 (T) | - (A)<br>- (S)<br>- (P)<br>$517,373.20 (U)<br>$517,373.20 (T) |

| (A) – ADMINISTRATIVE |
|---|
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*   Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT A (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 11 | METROPOLITAN WEST ASSET MANAGEMENT LLC<br>JOSEPH D HATTESOHL<br>11766 WILSHIRE BOULEVARD, STE 1500<br>LOS ANGELES, CA  90025 | 9008024** | 9/25/2008 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| 12 | OFI INSTITUTIONAL ASSET MANAGEMENT INC AND<br>LISA BLOOMBERG<br>OPPENHIEMER FUNDS INC<br>TWO WORLD FINANCIAL CENTER<br>225 LIBERTY STREET<br>NEW YORK, NY  10281-1008 | 9008022 | 9/25/2008 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$47,507.03 (U)<br>$47,507.03 (T) |
| 13 | SOUTH CAROLINA SCHOOL BOARDS INSURANCE TRUST<br>TRACIE IFKOVITS<br>PROPERTY & CASUALTY FUND<br>SOUTH CAROLINA SCHOOL BOARDS ASSOCIATION<br>1027 BARNWELL STREET<br>COLUMBIA, SC  29201 | 9004686 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$18,484.38 (U)<br>$18,484.38 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT A (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 14 | THE CAROLINAS HEALTHCARE FOUNDATION INC<br>SCOTT KERR<br>CAROLINAS HEALTHCARE SYSTEM<br>801 EAST BOULEVARD<br>PO BOX 32861<br>CHARLOTTE, NC  28232 | 9004685 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$21,470.31 (U)<br>$21,470.31 (T) |
| 15 | THRIVENT MORTGAGE SECURITIES PORTFOLIO<br>ATTN GREGORY R ANDERSON<br>625 FOURTH AVE., S.<br>MINNEAPOLIS, MN  55415-1624 | 9008078** | 10/7/2008 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| 16 | WELLINGTON MANAGEMENT COMPANY LLP<br>ROBERT J TONER<br>MORGAN STANLEY ASSET & INVESTMENT TRUST<br>MANAGEMENT CO LIMITED<br>75 STATE STREET<br>BOSTON, MA  02109 | 9008065** | 9/29/2008 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*   Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*   Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT A (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 17 | WESTERN ASSET GLOBAL HIGH INCOME FUND INC. C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W- 2317 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2662 | 1/30/2009 | - (A) $24,327.00 (S) - (P) $323,523.00 (U) $347,850.00 (T) | - (A) - (S) - (P) $323,523.00 (U) $323,523.00 (T) |
| 18 | WESTERN ASSET US ENHANCED CASH, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1765 385 E. COLORADO BLVD. PASADENA, CA  91101 | 1586 | 1/26/2009 | - (A) $11,952.00 (S) - (P) $1,582,898.57 (U) $1,594,851.57 (T) | - (A) - (S) - (P) $1,582,898.57 (U) $1,582,898.57 (T) |
| | WESTERN ASSET US ENHANCED CASH, LTD TRANSFEROR: WESTERN ASSET US ENHANCED CASH, LLC ATTN: LEGAL DEPT/W-1701 385 E. COLORADO BLVD PASADENA, CA  91101 | 1586-1*** | 1/26/2009 | - (A) - (S) - (P) $283,085.43 (U) $283,085.43 (T) | - (A) - (S) - (P) $283,085.43 (U) $283,085.43 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*   Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT A (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 19 | WESTERN ASSET MORTGAGE BACKED SECURITES PORTFOLIO, LLC<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1602<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 1581 | 1/26/2009 | - (A)<br>$504,935.00 (S)<br>- (P)<br>$17,512,133.00 (U)<br>$18,017,068.00 (T) | - (A)<br>- (S)<br>- (P)<br>$17,512,133.00 (U)<br>$17,512,133.00 (T) |
| | WESTERN ASSET US CORE BOND LLC<br>TRANSFEROR: WESTERN ASSET MORTGAGE BACKED SECURITES PORTFOLIO, LLC<br>WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT/W-1369<br>385 E. COLORADO BLVD<br>PASADENA, CA  91101 | 1581-4*** | 1/26/2009 | - (A)<br>- (S)<br>- (P)<br>$929,000.00 (U)<br>$929,000.00 (T) | - (A)<br>- (S)<br>- (P)<br>$929,000.00 (U)<br>$929,000.00 (T) |
| | WESTERN ASSET US CORE PLUS-UNIVERSAL LLC<br>TRANSFEROR: WESTERN ASSET MORTGAGE BACKED SECURITES PORTFOLIO, LLC<br>WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT/W-2372<br>385 E. COLORADO BLVD<br>PASADENA, CA  91101 | 1581-5*** | 1/26/2009 | - (A)<br>- (S)<br>- (P)<br>$230,000.00 (U)<br>$230,000.00 (T) | - (A)<br>- (S)<br>- (P)<br>$230,000.00 (U)<br>$230,000.00 (T) |
| | WESTERN ASSET US CORE PLUS, LLC<br>TRANSFEROR: WESTERN ASSET MORTGAGE BACKED SECURITES PORTFOLIO, LLC<br>WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT/W-1601<br>385 E. COLORADO BLVD<br>PASADENA, CA  91101 | 1581-6*** | 1/26/2009 | - (A)<br>- (S)<br>- (P)<br>$4,488,000.00 (U)<br>$4,488,000.00 (T) | - (A)<br>- (S)<br>- (P)<br>$4,488,000.00 (U)<br>$4,488,000.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**EXHIBIT B**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION: EXHIBIT B (TBA CLAIMS II)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 1 | 3M VOLUNTARY INVESTMENT PLAN AND SAVINGS PLAN TRUST<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-701<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2794 | 1/30/2009 | - (A)<br>$3,299.00 (S)<br>- (P)<br>- (U)<br>$3,299.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC.<br>TRANSFEROR: 3M VOLUNTARY INVESTMENT PLAN AND SAVINGS PLAN TRUST<br>ATTN: VANESSA MARLING/DARRAGH DEMPSEY<br>1 PIERREPONT PLAZA, 7TH FLOOR<br>BROOKLYN, NY  11201 | 2794-1*** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$412,789.00 (U)<br>$412,789.00 (T) | - (A)<br>- (S)<br>- (P)<br>$412,789.00 (U)<br>$412,789.00 (T) |
| 2 | ALCOA FOUNDATION<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1289<br>385 E. COLORADO BLVD<br>PASADENA, CA  91101 | 2523 | 1/30/2009 | - (A)<br>$3,795.00 (S)<br>- (P)<br>- (U)<br>$3,795.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | BARCLAYS BANK PLC<br>TRANSFEROR: ALCOA FOUNDATION<br>745 SEVENTH AVENUE<br>NEW YORK, NY  10019 | 2523-1*** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$47,898.00 (U)<br>$47,898.00 (T) | - (A)<br>- (S)<br>- (P)<br>$47,898.00 (U)<br>$47,898.00 (T) |

---

> (A) – ADMINISTRATIVE
> (S) – SECURED
> (P) – PRIORITY
> (U) – UNSECURED
> (T) – TOTAL CLAIMED

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT B (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 3 | ARCHDIOCESE OF PHILADELPHIA - LAY EMPLOYEES' RETIREMENT PLAN<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-2586<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2739 | 1/30/2009 | - (A)<br>$1,250.00 (S)<br>- (P)<br>- (U)<br>$1,250.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC.<br>TRANSFEROR: ARCHDIOCESE OF PHILADELPHIA -<br>LAY EMPLOYEES' RETIREMENT PLAN<br>ATTN: VANESSA MARLING/DARRAGH DEMPSEY<br>1 PIERREPONT PLAZA, 7TH FLOOR<br>BROOKLYN, NY  11201 | 2739-1*** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$25,625.00 (U)<br>$25,625.00 (T) | - (A)<br>- (S)<br>- (P)<br>$25,625.00 (U)<br>$25,625.00 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE** |
| **(S) – SECURED** |
| **(P) – PRIORITY** |
| **(U) – UNSECURED** |
| **(T) – TOTAL CLAIMED** |

\*     Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*   Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT B (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 4 | ARCHDIOCESE OF PHILADELPHIA - NON-PENSION FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-2587<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2536 | 1/30/2009 | - (A)<br>$825.00 (S)<br>- (P)<br>- (U)<br>$825.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC.<br>TRANSFEROR: ARCHDIOCESE OF PHILADELPHIA -<br>NON-PENSION FUND<br>ATTN: VANESSA MARLING/DARRAGH DEMPSEY<br>1 PIERREPONT PLAZA, 7TH FLOOR<br>BROOKLYN, NY  11201 | 2536-1*** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$52,612.00 (U)<br>$52,612.00 (T) | - (A)<br>- (S)<br>- (P)<br>$52,612.00 (U)<br>$52,612.00 (T) |
| 5 | ASCENSION HEALTH<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1355<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2519 | 1/30/2009 | - (A)<br>$159.00 (S)<br>- (P)<br>$26,344.00 (U)<br>$26,503.00 (T) | - (A)<br>- (S)<br>- (P)<br>$26,344.00 (U)<br>$26,344.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*   Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT B (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 6 | BALL CORPORATION US & PUERTO RICO PENSION PLANS C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPARTMENT W-1385 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2078 | 1/29/2009 | - (A) $4,150.00 (S) - (P) - (U) $4,150.00 (T) | - (A) - (S) - (P) - (U) - (T) |
| | BARCLAYS BANK PLC TRANSFEROR: BALL CORPORATION US & PUERTO RICO PENSION PLANS 745 SEVENTH AVENUE NEW YORK, NY  10019 | 2078-1*** | 1/29/2009 | - (A) - (S) - (P) $105,664.00 (U) $105,664.00 (T) | - (A) - (S) - (P) $105,664.00 (U) $105,664.00 (T) |
| 7 | BAYCARE HEALTH SYSTEM, INC. C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1848 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2811 | 1/30/2009 | - (A) $1,000.00 (S) - (P) - (U) $1,000.00 (T) | - (A) - (S) - (P) - (U) - (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC. TRANSFEROR: BAYCARE HEALTH SYSTEM, INC. ATTN: VANESSA MARLING/DARRAGH DEMPSEY 1 PIERREPONT PLAZA, 7TH FLOOR BROOKLYN, NY  11201 | 2811-1*** | 1/30/2009 | - (A) - (S) - (P) $52,438.00 (U) $52,438.00 (T) | - (A) - (S) - (P) $52,438.00 (U) $52,438.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit B – Page 4

EXHIBIT B (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 8 | CITIGROUP 401 K PLAN<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1889<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2585 | 1/30/2009 | - (A)<br>$340.00 (S)<br>- (P)<br>- (U)<br>$340.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC.<br>TRANSFEROR: CITIGROUP 401 K PLAN<br>1585 BROADWAY - 2ND FLOOR<br>NEW YORK, NY  10036 | 2585-2*** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$130,414.00 (U)<br>$130,414.00 (T) | - (A)<br>- (S)<br>- (P)<br>$130,414.00 (U)<br>$130,414.00 (T) |
| 9 | LEGG MASON PARTNERS VARIABLE ADJUSTABLE RATE<br>INCOME PORTFOLIO<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-2312<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2555 | 1/30/2009 | - (A)<br>$667.00 (S)<br>- (P)<br>- (U)<br>$667.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC.<br>TRANSFEROR: LEGG MASON PARTNERS VARIABLE<br>ADJUSTABLE RATE INCOME PORTFOLIO<br>ATTN: VANESSA MARLING/DARRAGH DEMPSEY<br>1 PIERREPONT PLAZA, 7TH FLOOR<br>BROOKLYN, NY  11201 | 2555-1*** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$24,984.00 (U)<br>$24,984.00 (T) | - (A)<br>- (S)<br>- (P)<br>$24,984.00 (U)<br>$24,984.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT B (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 10 | LEGG MASON PARTNERS VARIABLE DIVERSIFIED STRATEGIC INCOME PORTFOLIO C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-2134 385 E. COLORADO BLVD PASADENA, CA  91101 | 2732 | 1/30/2009 | - (A) $5,559.00 (S) - (P) - (U) $5,559.00 (T) | - (A) - (S) - (P) - (U) - (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC. TRANSFEROR: LEGG MASON PARTNERS VARIABLE DIVERSIFIED STRATEGIC INCOME PORTFOLIO ATTN: VANESSA MARLING/DARRAGH DEMPSEY 1 PIERREPONT PLAZA, 7TH FLOOR BROOKLYN, NY  11201 | 2732-1*** | 1/30/2009 | - (A) - (S) - (P) $32,090.00 (U) $32,090.00 (T) | - (A) - (S) - (P) $32,090.00 (U) $32,090.00 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE** |
| **(S) – SECURED** |
| **(P) – PRIORITY** |
| **(U) – UNSECURED** |
| **(T) – TOTAL CLAIMED** |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT B (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 11 | SAN FRANCISCO CITY AND COUNTY EMPLOYEES' RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1098 385 E. COLORADO BLVD PASADENA, CA  91101 | 2493 | 1/30/2009 | - (A) $13,275.00 (S) - (P) - (U) $13,275.00 (T) | - (A) - (S) - (P) - (U) - (T) |
| | BARCLAYS BANK PLC TRANSFEROR: SAN FRANCISCO CITY AND COUNTY EMPLOYEES' RETIREMENT SYSTEM 745 SEVENTH AVENUE NEW YORK, NY  10019 | 2493-1*** | 1/30/2009 | - (A) - (S) - (P) $1,991,845.00 (U) $1,991,845.00 (T) | - (A) - (S) - (P) $1,991,845.00 (U) $1,991,845.00 (T) |
| 12 | WELLS FARGO FIXED INCOME FUND H C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-2377 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2586 | 1/30/2009 | - (A) $2,300.00 (S) - (P) - (U) $2,300.00 (T) | - (A) - (S) - (P) - (U) - (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC. TRANSFEROR: WELLS FARGO FIXED INCOME FUND H 1 PIERREPONT PLAZA, 7TH FLOOR ATTN: VANESSA MARLING/DARRAGH DEMPSEY BROOKLYN, NY  11201 | 2586-1*** | 1/30/2009 | - (A) - (S) - (P) $336,336.00 (U) $336,336.00 (T) | - (A) - (S) - (P) $336,336.00 (U) $336,336.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT B (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 13 | WESTERN ASSET US CORE PLUS BOND FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN LEGAL DEPT W-1308<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2079 | 1/29/2009 | - (A)<br>$12,721.00 (S)<br>- (P)<br>$0.38 (U)<br>$12,721.38 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | WESTERN ASSET MANAGEMENT COMPANY<br>TRANSFEROR: WESTERN ASSET US CORE PLUS BOND<br>FUND<br>ATTN: LEGAL DEPT./W-2462<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2079-1*** | 1/29/2009 | - (A)<br>- (S)<br>- (P)<br>$351,640.62 (U)<br>$351,640.62 (T) | - (A)<br>- (S)<br>- (P)<br>$351,640.62 (U)<br>$351,640.62 (T) |
| 14 | WESTERN PENNSYLVANIA TEAMSTERS AND<br>EMPLOYERS PENSION FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1140<br>385 E. COLORADO BLVD<br>PASADENA, CA  91101 | 2746 | 1/30/2009 | - (A)<br>$6,702.00 (S)<br>- (P)<br>$255,676.00 (U)<br>$262,378.00 (T) | - (A)<br>- (S)<br>- (P)<br>$255,676.00 (U)<br>$255,676.00 (T) |

> (A) – ADMINISTRATIVE
> (S) – SECURED
> (P) – PRIORITY
> (U) – UNSECURED
> (T) – TOTAL CLAIMED

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**EXHIBIT C**

In re Lehman Brothers Inc., Case No: 08-01420 (SCC) SIPA

Two Hundred Twenty-Fourth Omnibus Objection: Exhibit C (TBA Claims III)

| | Name / Address Of Claimant | Claim No. | Date Filed | Asserted Amount | Claim As Modified |
|---|---|---|---|---|---|
| 1 | 3M EMPLOYEES WELFARE BENEFITS ASSOCIATION TRUST<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1264<br>385 E. COLORADO BLVD.<br>PASADENA, CA 91101 | 2797 | 1/30/2009 | - (A)<br>$667.00 (S)<br>- (P)<br>$24,984.00 (U)<br>$25,651.00 (T) | - (A)<br>- (S)<br>- (P)<br>$24,984.00 (U)<br>$24,984.00 (T) |
| 2 | ALASKA ELECTRICAL RETIREMENT PLAN<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-1216<br>385 E. COLORADO BLVD.<br>PASADENA, CA 91101 | 2083 | 1/29/2009 | - (A)<br>$6,863.00 (S)<br>- (P)<br>$107,002.00 (U)<br>$113,864.00 (T) | - (A)<br>- (S)<br>- (P)<br>$107,002.00 (U)<br>$107,002.00 (T) |
| 3 | AT&T COMMUNICATIONS,INC. VEBA<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-1455<br>385 E. COLORADO BLVD.<br>PASADENA, CA 91101 | 2796 | 1/30/2009 | - (A)<br>$21,542.00 (S)<br>- (P)<br>$770,489.00 (U)<br>$792,031.00 (T) | - (A)<br>- (S)<br>- (P)<br>$770,489.00 (U)<br>$770,489.00 (T) |
| 4 | CENTRAL STATES SOUTHWEST & SOUTHWEST AREAS PENSION FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-1861<br>385 E. COLORADO BLVD.<br>PASADENA, CA 91101 | 2680 | 1/30/2009 | - (A)<br>$3,460.00 (S)<br>- (P)<br>$667,234.00 (U)<br>$670,695.00 (T) | - (A)<br>- (S)<br>- (P)<br>$667,234.00 (U)<br>$667,234.00 (T) |

| |
|---|
| (A) – Administrative |
| (S) – Secured |
| (P) – Priority |
| (U) – Unsecured |
| (T) – Total Claimed |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT C (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 5 | DECLARATION MGMT & RSRCH A/C FLTC ACTIVE BOND TRUST<br>LESTER GUILLARD III<br>1800 TYSONS BLVD #200<br>MCLEAN, VA  22102 | 9001716 | 1/23/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$31,747.07 (U)<br>$31,747.07 (T) |
| 6 | DENVER PUBLIC SCHOOLS RETIREMENT TRUST FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1182<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2823 | 1/30/2009 | - (A)<br>$1,011.00 (S)<br>- (P)<br>$155,555.00 (U)<br>$156,566.00 (T) | - (A)<br>- (S)<br>- (P)<br>$155,555.00 (U)<br>$155,555.00 (T) |
| 7 | DULUTH TEACHERS' RETIREMENT FUND ASSOCIATION<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-756<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2749 | 1/30/2009 | - (A)<br>$566.00 (S)<br>- (P)<br>$51,336.00 (U)<br>$51,902.00 (T) | - (A)<br>- (S)<br>- (P)<br>$51,336.00 (U)<br>$51,336.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit C – Page 2

EXHIBIT C (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 8 | EMPLOYEES' RETIREMENT PLAN OF THE NATIONAL EDUCATION ASSOCIATION OF THE UNITED STATES C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-784 385 E. COLORADO BLVD PASADENA, CA 91101 | 2791 | 1/30/2009 | - (A) $40,736.00 (S) - (P) $97,578.00 (U) $138,314.00 (T) | - (A) - (S) - (P) $97,578.00 (U) $97,578.00 (T) |
| 9 | GENERAL MOTORS TRUST COMPANY C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-2229 385 E. COLORADO BLVD. PASADENA, CA 91101 | 2663 | 1/30/2009 | - (A) $3,750.00 (S) - (P) $446,672.00 (U) $450,422.00 (T) | - (A) - (S) - (P) $446,672.00 (U) $446,672.00 (T) |
| 10 | GEORGE PUTNAM FUND OF BOSTON, THE JAMES WRIGHT, ROPES & GRAY LLP 1 INTERNATIONAL PLACE BOSTON, MA 02110 | 2285 | 1/29/2009 | - (A) - (S) - (P) $22,226.69 (U) $22,226.69 (T) | - (A) - (S) - (P) $17,271.09 (U) $17,271.09 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*   Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit C – Page 3

EXHIBIT C (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 11 | IDS 85F SHAW SYNTHETIC PORTFOLIO<br>TARA TILBURY<br>50606 AMERIPRISE FINANCIAL CENTER<br>MINNEAPOLIS, MN  55474 | 9004385 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$13,246.09 (U)<br>$13,246.09 (T) |
| 12 | IDS 85J LIMITED SYNTHETIC PORTFOLIO<br>TARA TILBURY<br>50606 AMERIPRISE FINANCIAL CENTER<br>MINNEAPOLIS, MN  55474 | 9004386 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$18,234.37 (U)<br>$18,234.37 (T) |
| 13 | IDS 86L UHG SYNTHETIC PORTFOLIO<br>TARA TILBURY<br>50606 AMERIPRISE FINANCIAL CENTER<br>MINNEAPOLIS, MN  55474 | 9004389 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$158,859.38 (U)<br>$158,859.38 (T) |

| | |
|---|---|
| (A) – ADMINISTRATIVE | |
| (S) – SECURED | |
| (P) – PRIORITY | |
| (U) – UNSECURED | |
| (T) – TOTAL CLAIMED | |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit C – Page 4

EXHIBIT C (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 14 | JOHN HANCOCK II US GOVERNMENT SECURITIES FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-2172 385 E. COLORADO BLVD PASADENA, CA 91101 | 2764 | 1/30/2009 | - (A) $12,078.00 (S) - (P) - (U) $12,078.00 (T) | - (A) - (S) - (P) - (U) - (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC. TRANSFEROR: JOHN HANCOCK II US GOVERNMENT SECURITIES FUND 1585 BROADWAY - 2ND FLOOR NEW YORK, NY 10036 | 2764-2*** | 1/30/2009 | - (A) - (S) - (P) $99,358.00 (U) $99,358.00 (T) | - (A) - (S) - (P) $99,358.00 (U) $99,358.00 (T) |
| 15 | KELLOGG COMPANY MASTER RETIREMENT TRUST C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1608 385 E. COLORADO BLVD. PASADENA, CA 91101 | 2776 | 1/30/2009 | - (A) $713.00 (S) - (P) $50,836.00 (U) $51,549.00 (T) | - (A) - (S) - (P) $50,836.00 (U) $50,836.00 (T) |
| 16 | KUWAIT INVESTMENT AUTHORITY PRIVATE EQUITY ACCOUNT MINISTRIES COMPLEX BLOCK 3 PO BOX 64 SAFAT KUWAIT | 4711 | 5/19/2009 | - (A) - (S) - (P) $1,588,824.00 (U) $1,588,824.00 (T) | - (A) - (S) - (P) $1,561,338.00 (U) $1,561,338.00 (T) |

| | |
|---|---|
| (A) – ADMINISTRATIVE | |
| (S) – SECURED | |
| (P) – PRIORITY | |
| (U) – UNSECURED | |
| (T) – TOTAL CLAIMED | |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit C – Page 5

EXHIBIT C (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 17 | LEGG MASON FUNDS INVESTMENT SERIES--LEGG MASON INTERNATIONAL US BOND FUND (USD) C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-2062 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2744 | 1/30/2009 | - (A) $10,706.00 (S) - (P) $119,352.00 (U) $130,057.00 (T) | - (A) - (S) - (P) $119,352.00 (U) $119,352.00 (T) |
| 18 | LEGG MASON GLOBAL FUNDS PLC- WESTERN ASSET US CORE BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1312 385 E. COLORADO BLVD PASADENA, CA  91101 | 2789 | 1/30/2009 | - (A) $15,334.00 (S) - (P) $20,519.00 (U) $35,853.00 (T) | - (A) - (S) - (P) $20,519.00 (U) $20,519.00 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE** |
| **(S) – SECURED** |
| **(P) – PRIORITY** |
| **(U) – UNSECURED** |
| **(T) – TOTAL CLAIMED** |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit C – Page 6

EXHIBIT C (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 19 | LEGG MASON PARTNERS VARIABLE STRATEGIC BOND PORTFOLIO<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-2327<br>385 E. COLORADO BLVD<br>PASADENA, CA 91101 | 2440 | 1/30/2009 | - (A)<br>$1,013.00 (S)<br>- (P)<br>- (U)<br>$1,013.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC.<br>TRANSFEROR: LEGG MASON PARTNERS VARIABLE<br>STRATEGIC BOND PORTFOLIO<br>ATTN: VANESSA MARLING/DARRAGH DEMPSEY<br>1 PIERREPONT PLAZA, 7TH FLOOR<br>BROOKLYN, NY 11201 | 2440-1*** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$129,053.00 (U)<br>$129,053.00 (T) | - (A)<br>- (S)<br>- (P)<br>$129,053.00 (U)<br>$129,053.00 (T) |
| 20 | LEGG MASON US$ CORE BOND FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-2065<br>385 E. COLORADO BLVD<br>PASADENA, CA 91101 | 2261 | 1/29/2009 | - (A)<br>$16,394.00 (S)<br>- (P)<br>- (U)<br>$16,394.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | WESTERN ASSET US CORE BOND FUND<br>TRANSFEROR: LEGG MASON US$ CORE BOND FUND<br>WESTERN ASSET MANAGEMENT CO.<br>ATTN: LEGAL DEPT/W-1312, 385 E. COLORADO BLVD.<br>PASADENA, CA 91101 | 2261-2*** | 1/29/2009 | - (A)<br>- (S)<br>- (P)<br>$192,781.00 (U)<br>$192,781.00 (T) | - (A)<br>- (S)<br>- (P)<br>$192,781.00 (U)<br>$192,781.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*    Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit C – Page 7

EXHIBIT C (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 21 | LOCAL 851 EMPLOYER GROUP WELFARE FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-2004<br>385 E. COLORADO BLVD<br>PASADENA, CA 91101 | 2747 | 1/30/2009 | - (A)<br>$5,851.00 (S)<br>- (P)<br>$22,106.00 (U)<br>$27,957.00 (T) | - (A)<br>- (S)<br>- (P)<br>$22,106.00 (U)<br>$22,106.00 (T) |
| 22 | LUTHERAN CHURCH MISSOURI SYNOD FOUNDATION<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-1301<br>385 E. COLORADO BLVD.<br>PASADENA, CA 91101 | 2542 | 1/30/2009 | - (A)<br>$909.00 (S)<br>- (P)<br>$76,623.00 (U)<br>$77,532.00 (T) | - (A)<br>- (S)<br>- (P)<br>$76,623.00 (U)<br>$76,623.00 (T) |
| 23 | LYONDELL CHEMICAL COMPANY<br>C/O STANDISH ASSET MANAGEMENT CO. LLC<br>BNY MELLON CENTER<br>201 WASHINGTON STREET<br>BOSTON, MA 02108 | 2978 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$31,652.33 (U)<br>$31,652.33 (T) | - (A)<br>- (S)<br>- (P)<br>$4,914.06 (U)<br>$4,914.06 (T) |
| 24 | MASSMUTUAL PREMIER DIVERSIFIED BOND FUND<br>C/O BABSON CAPITAL MANAGEMENT LLC<br>1500 MAIN STREET STE 2800<br>SPRINGFIELD, MA 01115-5189 | 4864 | 5/28/2009 | - (A)<br>- (S)<br>- (P)<br>$256,020.16 (U)<br>$256,020.16 (T) | - (A)<br>- (S)<br>- (P)<br>$177,954.38 (U)<br>$177,954.38 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE**<br>**(S) – SECURED**<br>**(P) – PRIORITY**<br>**(U) – UNSECURED**<br>**(T) – TOTAL CLAIMED** |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*    Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit C – Page 8

EXHIBIT C (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 25 | MASSMUTUAL PREMIER SHORT-DURATION BOND FUND<br>C/O BABSON CAPITAL MANAGEMENT LLC<br>1500 MAIN STREET STE 2800<br>SPRINGFIELD, MA  01115-5189 | 4863 | 5/28/2009 | - (A)<br>- (S)<br>- (P)<br>$137,867.46 (U)<br>$137,867.46 (T) | - (A)<br>- (S)<br>- (P)<br>$125,623.54 (U)<br>$125,623.54 (T) |
| 26 | MCKESSON CORPORATION RETIREMENT PLAN TRUST<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-662<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2743 | 1/30/2009 | - (A)<br>$750.00 (S)<br>- (P)<br>$24,609.00 (U)<br>$25,359.00 (T) | - (A)<br>- (S)<br>- (P)<br>$24,609.00 (U)<br>$24,609.00 (T) |
| 27 | MESIROW FINANCIAL INVESTMENT MANAGEMENT INC,<br>PETER W HEGEL<br>ON BEHALF OF OAK PARK POLICE DB PENSION FUND<br>350 N CLARK ST<br>CHICAGO, IL  60610 | 9008083 | 10/10/2008 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$15,000.00 (U)<br>$15,000.00 (T) |
| 28 | METROPOLITAN LIFE INSURANCE COMPANY<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-1675<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2777 | 1/30/2009 | - (A)<br>$455.00 (S)<br>- (P)<br>$104,614.00 (U)<br>$104,619.00 (T) | - (A)<br>- (S)<br>- (P)<br>$104,614.00 (U)<br>$104,614.00 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE**<br>**(S) – SECURED**<br>**(P) – PRIORITY**<br>**(U) – UNSECURED**<br>**(T) – TOTAL CLAIMED** |

\*   Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*   Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit C – Page 9

**EXHIBIT C (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 29 | NORTHWEST AIRLINES, INC.<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1591<br>385 E. COLORADO BLVD.<br>PASADENA, CA 91101 | 2576 | 1/30/2009 | - (A)<br>$819.00 (S)<br>- (P)<br>- (U)<br>$819.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC.<br>TRANSFEROR: NORTHWEST AIRLINES, INC.<br>ATTN: VANESSA MARLING/DARRAGH DEMPSEY<br>1 PIERREPONT PLAZA, 7TH FLOOR<br>BROOKLYN, NY 11201 | 2576-1*** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$156,227.00 (U)<br>$156,227.00 (T) | - (A)<br>- (S)<br>- (P)<br>$156,227.00 (U)<br>$156,227.00 (T) |
| 30 | OAKLAND COUNTY VOLUNTARY EMPLOYEE BENEFIT ASSOCIATION<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-2779<br>385 E. COLORADO BLVD<br>PASADENA, CA 91101 | 2748 | 1/30/2009 | - (A)<br>$205.00 (S)<br>- (P)<br>$51,617.00 (U)<br>$51,822.00 (T) | - (A)<br>- (S)<br>- (P)<br>$51,617.00 (U)<br>$51,617.00 (T) |
| 31 | OHIO OPERATING ENGINEERS PENSION FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1614<br>385 E. COLORADO BLVD.<br>PASADENA, CA 91101 | 2778 | 1/30/2009 | - (A)<br>$571.00 (S)<br>- (P)<br>$25,859.00 (U)<br>$26,431.00 (T) | - (A)<br>- (S)<br>- (P)<br>$25,859.00 (U)<br>$25,859.00 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE**<br>**(S) – SECURED**<br>**(P) – PRIORITY**<br>**(U) – UNSECURED**<br>**(T) – TOTAL CLAIMED** |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit C – Page 10**

EXHIBIT C (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 32 | OHIO POLICE & FIRE PENSION FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1206<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2513 | 1/30/2009 | - (A)<br>$7,265.00 (S)<br>- (P)<br>$720,578.00 (U)<br>$727,844.00 (T) | - (A)<br>- (S)<br>- (P)<br>$720,578.00 (U)<br>$720,578.00 (T) |
| 33 | OIL CASUALTY INVESTMENT CORPORATION LTD.<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-707<br>385 E. COLORADO BLVD<br>PASADENA, CA  91101 | 2801 | 1/30/2009 | - (A)<br>$566.00 (S)<br>- (P)<br>$51,336.00 (U)<br>$51,902.00 (T) | - (A)<br>- (S)<br>- (P)<br>$51,336.00 (U)<br>$51,336.00 (T) |
| 34 | OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1339<br>385 E. COLORADO BLVD<br>PASADENA, CA  91101 | 2817 | 1/30/2009 | - (A)<br>$4,310.00 (S)<br>- (P)<br>$157,648.00 (U)<br>$161,958.00 (T) | - (A)<br>- (S)<br>- (P)<br>$157,648.00 (U)<br>$157,648.00 (T) |
| 35 | PECO ENERGY COMPANY MASTER TRUST<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1235<br>385 E. COLORADO BLVD<br>PASADENA, CA  91101 | 2750 | 1/30/2009 | - (A)<br>$4,003.00 (S)<br>- (P)<br>$27,834.00 (U)<br>$31,837.00 (T) | - (A)<br>- (S)<br>- (P)<br>$27,834.00 (U)<br>$27,834.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit C – Page 11

**EXHIBIT C (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 36 | PENSION PLAN OF CONSTELLATION ENERGY GROUP, INC. ATTN: DAVID ERCULIANI, DIRECTION OF PENSION MANAGEMENT 100 CONSTELLATION WAY, SUITE 1600P BALTIMORE, MD 21202 | 2235 | 1/28/2009 | - (A) $1,805.00 (S) - (P) $205,866.00 (U) $207,671.00 (T) | - (A) - (S) - (P) $205,866.00 (U) $205,866.00 (T) |
| 37 | PERENNIAL INVESTMENT PARTNERS LIMITED C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-5067 385 E. COLORADO BLVD. PASADENA, CA 91101 | 2461 | 1/30/2009 | - (A) $686.00 (S) - (P) - (U) $686.00 (T) | - (A) - (S) - (P) - (U) - (T) |
| | BARCLAYS BANK PLC TRANSFEROR: PERENNIAL INVESTMENT PARTNERS LIMITED 745 SEVENTH AVENUE NEW YORK, NY 10019 | 2461-1*** | 1/30/2009 | - (A) - (S) - (P) $211,308.00 (U) $211,308.00 (T) | - (A) - (S) - (P) $211,308.00 (U) $211,308.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit C – Page 12**

EXHIBIT C (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 38 | PRUDENTIAL INSURANCE COMPANY OF AMERICA, THE<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-987<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2591 | 1/30/2009 | - (A)<br>$750.00 (S)<br>- (P)<br>$24,609.00 (U)<br>$25,359.00 (T) | - (A)<br>- (S)<br>- (P)<br>$24,609.00 (U)<br>$24,609.00 (T) |
| 39 | PUTNAM U.S. GOVERNMENT INCOME TRUST<br>JAMES WRIGHT, ROPES & GRAY LLP<br>1 INTERNATIONAL PLACE<br>BOSTON, MA  02110 | 2264 | 1/29/2009 | - (A)<br>- (S)<br>- (P)<br>$22,214.31 (U)<br>$22,214.31 (T) | - (A)<br>- (S)<br>- (P)<br>$17,055.75 (U)<br>$17,055.75 (T) |
| 40 | PUTNAM VARIABLE TRUST - PUTNAM VT INCOME FUND<br>JAMES WRIGHT<br>ROPES & GRAY LLP<br>1 INTERNATIONAL PLACE<br>BOSTON, MA  02110 | 2358 | 1/29/2009 | - (A)<br>- (S)<br>- (P)<br>$13,596.68 (U)<br>$13,596.68 (T) | - (A)<br>- (S)<br>- (P)<br>$11,529.72 (U)<br>$11,529.72 (T) |

| | |
|---|---|
| (A) – ADMINISTRATIVE | |
| (S) – SECURED | |
| (P) – PRIORITY | |
| (U) – UNSECURED | |
| (T) – TOTAL CLAIMED | |

\*   Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit C – Page 13

EXHIBIT C (CONTINUED)

|  | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 41 | SCHRODER INTERNATIONAL SELECTION FUND ABSOLUTE RETURN BOND JAMES A. WRIGHT III ROPES & GRAY LLP ONE INTERNATIONAL PLACE BOSTON, MA  02110 | 2292 | 1/29/2009 | - (A) - (S) - (P) $29,467.97 (U) $29,467.97 (T) | - (A) - (S) - (P) $22,026.56 (U) $22,026.56 (T) |
| 42 | SCHRODER SERIES TRUST - TOTAL RETURN FIXED INCOME FUND JAMES A. WRIGHT III ROPES & GRAY LLP ONE INTERNATIONAL PLACE BOSTON, MA  02110 | 2291 | 1/29/2009 | - (A) - (S) - (P) $86,371.87 (U) $86,371.87 (T) | - (A) - (S) - (P) $37,933.59 (U) $37,933.59 (T) |
| 43 | SHELL PENSION TRUST C/O WESTERN ASSET MANAGMENT COMPANY ATTN: LEGAL DEPT. W-1307 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2543 | 1/30/2009 | - (A) $9,833.00 (S) - (P) $133,719.00 (U) $143,552.00 (T) | - (A) - (S) - (P) $133,719.00 (U) $133,719.00 (T) |

| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit C – Page 14

EXHIBIT C (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 44 | SINGAPORE LABOUR FOUNDATION<br>YIP MOH WAH<br>NTUC CENTRE, NO. 1, MARINA BOULEVARD<br>11-01 ONE MARINA BOULEVARD<br>SINGAPORE  18989<br>SINGAPORE | 7000805 | 1/29/2009 | - (A)<br>$875.00 (S)<br>- (P)<br>$52,562.00 (U)<br>$53,438.00 (T) | - (A)<br>- (S)<br>- (P)<br>$52,562.00 (U)<br>$52,562.00 (T) |
| 45 | SYRACUSE UNIVERSITY<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1418<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2514 | 1/30/2009 | - (A)<br>$1,125.00 (S)<br>- (P)<br>$219.00 (U)<br>$1,344.00 (T) | - (A)<br>- (S)<br>- (P)<br>$468.75 (U)<br>$468.75 (T) |
| 46 | TIME WARNER DEFINED CONTRIBUTION PLANS<br>(MASTER TRUST)<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1690<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2774 | 1/30/2009 | - (A)<br>$2,670.00 (S)<br>- (P)<br>$440,108.00 (U)<br>$442,777.00 (T) | - (A)<br>- (S)<br>- (P)<br>$440,108.00 (U)<br>$440,108.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit C – Page 15

EXHIBIT C (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 47 | UNITED FOODS AND COMMERCIAL WORKERS' UNIONS AND EMPLOYERS' MIDWEST PENSION FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1346 385 E. COLORADO BLVD PASADENA, CA 91101 | 2787 | 1/30/2009 | - (A) $2,449.00 (S) - (P) $51,798.00 (U) $54,247.00 (T) | - (A) - (S) - (P) $51,798.00 (U) $51,798.00 (T) |
| 48 | UNITED NATIONS EDUCATIONAL, SCIENTIFIC AND CULTURAL ORGANIZATION STAFF SAVINGS AND LOANS SERVICE C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-998 385 E. COLORADO BLVD PASADENA, CA 91101 | 2786 | 1/30/2009 | - (A) $159.00 (S) - (P) $26,344.00 (U) $26,503.00 (T) | - (A) - (S) - (P) $26,344.00 (U) $26,344.00 (T) |
| 49 | UNIVERSITY OF ARKANSAS FOUNDATION C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1424 385 E. COLORADO BLVD. PASADENA, CA 91101 | 2167 | 1/29/2009 | - (A) $4,032.00 (S) - (P) $158,391.00 (U) $162,423.00 (T) | - (A) - (S) - (P) $158,391.00 (U) $158,391.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit C – Page 16

EXHIBIT C (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 50 | UNIVERSITY OF ILLINOIS FOUNDATION ENDOWMENT C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1141 385 E. COLORADO BLVD. PASADENA, CA 91101 | 2526 | 1/30/2009 | - (A) $1,909.00 (S) - (P) $27,281.00 (U) $29,190.00 (T) | - (A) - (S) - (P) $27,281.00 (U) $27,281.00 (T) |
| 51 | WESTERN ASSET CORE BOND FUND TRANSFEROR: LEGG MASON PARTNERS CORE BOND FUND WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT /W-671 385 E. COLORADO BLVD PASADENA, CA 91101 | 2527 | 1/30/2009 | - (A) $2,239.00 (S) - (P) $388,941.00 (U) $391,179.00 (T) | - (A) - (S) - (P) $388,941.00 (U) $388,941.00 (T) |
| 52 | WESTERN ASSET U.S. ADJUSTABLE RATE INCOME FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-2330 385 E. COLORADO BLVD. PASADENA, CA 91101 | 2557 | 1/30/2009 | - (A) $667.00 (S) - (P) $24,984.00 (U) $25,651.00 (T) | - (A) - (S) - (P) $24,984.00 (U) $24,984.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit C – Page 17

**EXHIBIT C (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 53 | WESTERN ASSET US COMMODITY PLUS MASTER FUND, LTD. <br> C/O WESTERN ASSET MANAGEMENT COMPANY <br> ATTN: LEGAL DEPT W-1371 <br> 385 E. COLORADO BLVD. <br> PASADENA, CA 91101 | 1587 | 1/26/2009 | - (A) <br> $3,490.00 (S) <br> - (P) <br> $198,819.00 (U) <br> $202,309.00 (T) | - (A) <br> - (S) <br> - (P) <br> $198,819.00 (U) <br> $198,819.00 (T) |
| | PH&C COMMODITY PLUS PORTFOLIO <br> TRANSFEROR: WESTERN ASSET US COMMODITY PLUS MASTER FUND, LTD. <br> WESTERN ASSET MANAGEMENT COMPANY <br> ATTN: LEGAL DEPT W-5369 <br> 385 E. COLORADO BLVD <br> PASADENA, CA 91101 | 1587-1*** | 1/26/2009 | - (A) <br> - (S) <br> - (P) <br> $230,595.00 (U) <br> $230,595.00 (T) | - (A) <br> - (S) <br> - (P) <br> $230,595.00 (U) <br> $230,595.00 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE** <br> **(S) – SECURED** <br> **(P) – PRIORITY** <br> **(U) – UNSECURED** <br> **(T) – TOTAL CLAIMED** |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit C – Page 18**

**EXHIBIT D**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION: EXHIBIT D (FX CLAIMS)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 1 | BEMPORAD, SIMONE M<br>2206 WYOMING AVE. NW<br>WASHINGTON, DC  20008-3908 | 8002099 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$56,919.50 (U)<br>$56,919.50 (T) |
| 2 | LADANYI, CHRISTOPH<br>22 CHEYNE GARDENS<br>LONDON  SW3 5QT<br>UNITED KINGDOM | 7001000** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$1,652,628.52 (U)<br>$1,652,628.52 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| 3 | MSMM FUNDS PLC PACIFIC BASIN EX-JAPAN EQUITY FUND<br>ELLIOT COHEN<br>909 A ST<br>TACOMA, WA  98402 | 9004641 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$790,700.00 (U)<br>$790,700.00 (T) |
| 4 | NORTHUMBRIAN MANAGEMENT L.L.C.<br>TRANSFEROR: NB RELATIVE VALUE PORTFOLIO TRUST<br>P.O. 8284<br>NEW YORK, NY  10150 | 4938 | 5/29/2009 | $2,827,326.05 (A)<br>UNSPECIFIED* (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$1,255,472.00 (U)<br>$1,255,472.00 (T) |

---

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT D (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 5 | NORTHUMBRIAN MANAGEMENT, L.L.C.<br>TRANSFEROR: NB OFFSHORE DIVERSIFIED ARBITRAGE<br>TRUST<br>PO BOX 8284<br>NEW YORK, NY  10150 | 4934 | 5/29/2009 | $14,068,773.56 (A)<br>UNSPECIFIED* (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$4,334,898.52 (U)<br>$4,334,898.52 (T) |
| 6 | NORTHUMBRIAN MANAGEMENT, L.L.C.<br>TRANSFEROR: STRATEGIC COMMODITIES MASTER<br>FUND, LTD.<br>PO BOX 8284<br>NEW YORK, NY  10150 | 4936 | 5/29/2009 | $1,505,621.82 (A)<br>UNSPECIFIED* (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$888,545.00 (U)<br>$888,545.00 (T) |
| 7 | NORTHUMBRIAN MANAGEMENT, LLC<br>TRANSFEROR: NEUBERGER BERMAN GTAA UNIT<br>TRUST I<br>(FOR QUALIFIED INSTITUTIONAL INVESTORS ONLY)<br>PO BOX 8284<br>NEW YORK, NY  10150 | 6193 | 1/22/2010 | $2,252,384.35 (A)<br>UNSPECIFIED* (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$1,150,343.70 (U)<br>$1,150,343.70 (T) |

| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**EXHIBIT E**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION: EXHIBIT E (RECLASS AND ALLOW CLAIMS)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 1 | ATTESTOR CAPITAL, LLP FOR AND ON BEHALF OF ATTESTOR VALUE MASTER FUND TRANSFEROR: CHAUNY S.A. C/O ATTESTOR CAPITAL LLP ATTN: ISOBELLE WHITE 21 UPPER BROOK STREET LONDON  W1K 7PY UNITED KINGDOM | 5124 | 5/26/2009 | - (A) $3,574,050.24 (S) - (P) - (U) $3,574,050.24 (T) | - (A) - (S) - (P) $3,574,050.24 (U) $3,574,050.24 (T) |
| 2 | EMERSON ELECTRIC UK PENSION PLAN C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-938 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2084 | 1/29/2009 | - (A) $8,594.00 (S) - (P) - (U) $8,594.00 (T) | - (A) - (S) - (P) $8,594.00 (U) $8,594.00 (T) |
| 3 | LVIP UBS GLOBAL ASSET ALLOCATION FUND C/O STRADLEY RONON STEVENS & YOUNG, LLP ATTN PAUL A. PATTERSON, ESQUIRE 2600 ONE COMMERCE SQUARE PHILADELPHIA, PA  19103-7598 | 2418 | 1/29/2009 | - (A) $20,324.22 (S) - (P) - (U) $20,324.22 (T) | - (A) - (S) - (P) $20,324.22 (U) $20,324.22 (T) |

_____

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*   Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*   Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT E (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 4 | PUTNAM DIVERSIFIED INCOME TRUST<br>JAMES WRIGHT, ROPES & GRAY LLP<br>1 INTERNATIONAL PLACE<br>BOSTON, MA  02110 | 2287 | 1/29/2009 | - (A)<br>$1,659,375.00 (S)<br>- (P)<br>- (U)<br>$1,659,375.00 (T) | - (A)<br>- (S)<br>- (P)<br>$1,659,375.00 (U)<br>$1,659,375.00 (T) |
| 5 | R.L. PENSIONS TRUSTEES LIMITED AS TRUSTEES OF<br>THE ROYAL LIVER<br>ASSURANCE LIMITED SUPERANNUATION FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY, ATTN:<br>LEGAL DEPT W-5233<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2468 | 1/30/2009 | - (A)<br>$7,031.00 (S)<br>- (P)<br>- (U)<br>$7,031.00 (T) | - (A)<br>- (S)<br>- (P)<br>$7,031.00 (U)<br>$7,031.00 (T) |
| 6 | WHEELS COMMON INVESTMENT FUND<br>FORD MOTOR COMPANY<br>ATTN: DAVID BASIRICO, ROOM: WHQ 813-E6<br>PENSION ASSET MANAGEMENT<br>ONE AMERICAN ROAD<br>DEARBORN, MI  48126-2701 | 4675 | 5/22/2009 | - (A)<br>$41,406.00 (S)<br>- (P)<br>- (U)<br>$41,406.00 (T) | - (A)<br>- (S)<br>- (P)<br>$41,406.00 (U)<br>$41,406.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE<br>(S) – SECURED<br>(P) – PRIORITY<br>(U) – UNSECURED<br>(T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit E – Page 2

**EXHIBIT F**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION: EXHIBIT F (UNDERWRITING FEE CLAIMS)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 1 | BBVA SECURITIES INC.<br>JAVIER EDWARDS<br>1345 AVENUE OF THE AMERICAS 45TH FLOOR<br>NEW YORK, NY  10105 | 9002107 | 1/27/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$793,658.50 (U)<br>$793,658.50 (T) |
| 2 | BOSC, INC.<br>C/O FREDERIC DORWART, LAWYERS<br>ATTN: SAMUEL S. ORY<br>124 EAST FOURTH STREET<br>TULSA, OK  74103 | 4905 | 5/28/2009 | - (A)<br>- (S)<br>- (P)<br>$476,606.00 (U)<br>$476,606.00 (T) | - (A)<br>- (S)<br>- (P)<br>$397,622.49 (U)<br>$397,622.49 (T) |
| 3 | COMERICA SECURITIES, INC.<br>COLIN T. DARKE, ESQ.<br>BODMAN LLP<br>1901 ST. ANTOINE STREET<br>DETROIT, MI  48226 | 3243 | 2/2/2009 | - (A)<br>- (S)<br>- (P)<br>$791,000.00 (U)<br>$791,000.00 (T) | - (A)<br>- (S)<br>- (P)<br>$734,639.65 (U)<br>$734,639.65 (T) |
| 4 | JOHNSON RICE & CO LLC<br>639 LOYOLA AVENUE<br>SUITE 2775<br>NEW ORLEANS, LA  70113-7115 | 1689 | 1/26/2009 | - (A)<br>- (S)<br>- (P)<br>$409,910.00 (U)<br>$409,910.00 (T) | - (A)<br>- (S)<br>- (P)<br>$397,622.49 (U)<br>$397,622.49 (T) |

| (A) – ADMINISTRATIVE |
|---|
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT F (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 5 | KEYBANC CAPITAL MARKETS, INC.<br>ERIC PEIFFER<br>DEBT CAPITAL MARKETS<br>127 PUBLIC SQUARE<br>CLEVELAND, OH  44114 | 7002161 | 5/28/2009 | - (A)<br>- (S)<br>- (P)<br>$609,981.75 (U)<br>$609,981.75 (T) | - (A)<br>- (S)<br>- (P)<br>$597,773.45 (U)<br>$597,773.45 (T) |
| 6 | PIPER JAFFRAY & CO.<br>ATTN: JAMES M. MARTIN<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN  55402 | 1063 | 1/16/2009 | - (A)<br>- (S)<br>- (P)<br>$1,042,688.75 (U)<br>$1,042,688.75 (T) | - (A)<br>- (S)<br>- (P)<br>$1,026,774.95 (U)<br>$1,026,774.95 (T) |
| 7 | SIMMONS & COMPANY INTERNATIONAL<br>KATRINA CELESTINE, CPA DIR OF FINANCE &<br>ACCOUNTING<br>700 LOUISIANA<br>SUITE 1900<br>HOUSTON, TX  77002 | 8001956 | 1/28/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$397,622.49 (U)<br>$397,622.49 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*    Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

### EXHIBIT F (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 8 | SIMMONS & COMPANY INTERNATIONAL<br>KATRINA CELSTINE, CPA DIRECTOR OF FINANCE &<br>ACCOUNTING<br>700 LOUISIANA<br>SUITE 1900<br>HOUSTON, TX  77002 | 8001964 | 1/28/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$1,094,307.31 (U)<br>$1,094,307.31 (T) |
| 9 | SOUTHWEST SECURITIES, INC.<br>STEPHEN D DOTY<br>1201 ELM STREET<br>SUITE 3500<br>DALLAS, TX  75270 | 7002112 | 5/28/2009 | - (A)<br>- (S)<br>- (P)<br>$323,745.25 (U)<br>$323,745.25 (T) | - (A)<br>- (S)<br>- (P)<br>$303,351.00 (U)<br>$303,351.00 (T) |
| 10 | TRISTONE CAPITAL CO<br>LYNN TSUTSUMI<br>SUITE1600<br>1225-17TH ST<br>DENVER, CO  80202 | 8003252 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$1,026,110.70 (U)<br>$1,026,110.70 (T) |
| 11 | TUDOR, PICKERING, HOLT & CO. SECURITIES, INC.<br>ALEXANDRA PRUNER, CFO<br>1111 BAGBY, SUITE 5100<br>HOUSTON, TX  77002 | 5301 | 5/29/2009 | - (A)<br>- (S)<br>- (P)<br>$2,187,846.19 (U)<br>$2,187,846.19 (T) | - (A)<br>- (S)<br>- (P)<br>$2,145,026.67 (U)<br>$2,145,026.67 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE**<br>**(S) – SECURED**<br>**(P) – PRIORITY**<br>**(U) – UNSECURED**<br>**(T) – TOTAL CLAIMED** |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*   Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**EXHIBIT G**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

LEHMAN BROTHERS INC.,                    Case No.  08-01420 (SCC) SIPA

Debtor.

### DECLARATION OF ROBERT SPRAGUE IN SUPPORT OF THE TRUSTEE'S TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION SEEKING TO ALLOW CERTAIN FILED PROOFS OF CLAIM IN REDUCED AMOUNTS AND WITH PROPER CLASSIFICATION AS UNSECURED GENERAL CREDITOR CLAIMS (FINANCIAL PRODUCT CLAIMS AND UNDERWRITING FEE CLAIMS)

Pursuant to 28 U.S.C. § 1746, I, Robert Sprague, hereby declare as follows:

1.      I am a Partner of Deloitte Financial Advisory Services LLP ("Deloitte FAS"). James W. Giddens (the "Trustee"), as trustee for the SIPA liquidation of Lehman Brothers Inc. ("LBI"), has duly authorized me to make and submit this declaration (the "Declaration") in support of the Trustee's two hundred twenty-fourth omnibus objection to general creditor claims (the "Two Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims").[1]

2.      The facts set forth in this Declaration are based upon my personal knowledge, upon information and belief and/or upon certain proofs of claim (the "Proofs of Claim"), any supplemental information received from claimants related to the Proofs of Claim, certain information from the LBI general claims register as maintained by the Trustee's claim agent, certain of the books and records of the LBI estate (the "Books and Records"), and certain

---

1.      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

information from either Bloomberg Finance L.P. or Interactive Data Corporation (each, a "Pricing Source") made available by the Trustee and analyzed by me or other personnel under my supervision and direction. If called and sworn as a witness, I could and would testify competently to the matters set forth herein.

3.       In the context of my services for the Trustee, I am involved in assisting with the Trustee's general creditor claim reconciliation process. Accordingly, I and personnel under my supervision and direction have analyzed the Proofs of Claim, certain information from the LBI general claims register as maintained by the Trustee's claims agent, certain information in the Books and Records, and certain information available from the Pricing Sources.

## I.   TBA CLAIMS I

4.       I understand from the Trustee's counsel that protocols issued by the Securities Industry and Financial Markets Association ("SIFMA" and such protocols, the "SIFMA Protocols")[2] provided guidance to market participants as to (i) how to terminate TBA Contracts with LBI, and (ii) the methods and calculations used to determine the termination price of those TBA Contracts, which "shall be used to determine the gain or loss on the terminated TBA [Contracts]." (See Ex. 1 at 1.)

5.       At the direction of the Trustee's counsel, for each claim listed on Exhibit A to the Objection, we analyzed the Proof of Claim to assess the information provided for the TBA Contracts. If a claimant submitted Proof of Claim information that differed from the guidelines

―――――――――――――――

2.       Attached hereto as Exhibit 1 and Exhibit 2 are copies of the SIFMA Protocols issued on September 25, 2008 and October 9, 2008, respectively.

provided in the SIFMA Protocols, the Trustee's counsel provided us with guidance on analyzing

the claim information submitted to the Trustee.

6.      Based on the analysis and information in paragraphs 3, 4, and 5 above, and at the

direction of the Trustee's counsel regarding the methods to be used to calculate claims based on

TBA Contracts provided for in the SIFMA Protocols, I and personnel under my supervision and

direction:

> (a)     analyzed documents concerning the TBA Contracts included in the Proofs
> of Claim, including, if applicable, any documents provided in accordance
> with the SIFMA Protocols;

> (b)     analyzed certain of the Books and Records to obtain information relating
> to certain trade details of the TBA Contracts in the Proofs of Claim,
> including, but not limited to, the trade date, settlement date, coupon or
> interest rate, maturity date, quantity, and contract price; and

> (c)     using the information contained in the Proofs of Claim and from certain of
> the Books and Records, and, at the direction of the Trustee's counsel with
> respect to application and use, the Pricing Sources, information contained
> in the SIFMA Protocols, and, as applicable, the guidance referenced in
> paragraph 5, calculated the amount of the claim and compared it to the
> amount asserted in the Proof of Claim.

7.      For each claim shown on Exhibit A to the Two Hundred Twenty-Fourth Omnibus

Objection to General Creditor Claims, in the column entitled "*Claim as Modified*" and the

amount denoted with the lettered symbol (**T**),  I provided the amount calculated in paragraph 6(c)

above to counsel to the Trustee.

## II.    TBA CLAIMS II

8.      At the direction of the Trustee's counsel regarding the methods to be used to

calculate claims based on TBA Contracts in Exhibit B to the Two Hundred Twenty-Fourth

Omnibus Objection to General Creditor Claims, I and personnel under my supervision and

direction:

(a)    analyzed documents concerning the TBA Contracts included in the Proofs of Claim, including documentation asserting the LBI account balances claimed;

(b)    analyzed a report from the Books and Records and obtained certain information, including but not limited to, the account number, and the account balance at September 19, 2008 for the specified LBI account; and

(c)    using certain information contained in the Proof of Claim and the report analyzed in (b) above, and employing instructions received from the Trustee's counsel with respect to application and use of the Pricing Sources, analyzed the amount asserted in the Proof of Claim for each of the claimed accounts and compared it to the account balance from (b) above.

9.    For each claim shown on Exhibit B to the Two Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims, in the column entitled "*Claim as Modified*" and the amount denoted with the lettered symbol **(T)**, I provided the amount analyzed in paragraph 8(c) above to counsel to the Trustee.

## III.   FX CLAIMS

10.    I understand from Trustee's counsel that a participant entering into FX Contracts with LBI generally would have had a master governing agreement in place, typically either an International Swaps and Derivative Association Agreement ("ISDA") or an International Foreign Exchange Master Agreement ("IFEMA"), collectively the "FX Agreements." I understand that the FX Agreements contain, among other items, FX Contract default provisions, FX Contract termination provisions, and provide guidance on how to determine amounts owed by the defaulting party if an event of default, as defined in the FX Agreements, occurs. As it relates to the analysis of the Proofs of Claim, I received instructions from counsel to the Trustee specific to the application of select provisions of the FX Agreements, including but not limited to the FX Contract termination date. To the extent FX Agreement provisions were not applicable to certain

of the relevant claimants' FX Contracts with LBI, counsel to the Trustee provided instructions including, but not limited to, the selection of the FX Contract termination date.

11.     At the direction of the Trustee's counsel, for each claim listed on <u>Exhibit D</u> to the Objection, we analyzed the Proof of Claim to assess the information provided for the FX Contracts.  If claimant submitted Proof of Claim information that differed from the provisions contained in the FX Agreements, or if no FX Agreement provisions applied to the relevant FX Contracts, the Trustee's counsel provided us with guidance on analyzing the claim information submitted to the Trustee.

12.     Based on the analysis and information in paragraphs 3, 10, and 11 above, and at the direction of the Trustee's counsel regarding the methods to be used to calculate claims based on FX Contracts, including designation of the FX Contract termination date, I and personnel under my supervision and direction:

(a)     analyzed documents concerning the FX Contracts, included in the Proofs of Claim;

(b)     received instructions from the Trustee's counsel regarding the determination of the applicable FX Contracts termination date and termination close out rate(s);

(c)     analyzed the Books and Records to obtain information relating to certain trade details of the FX Contracts in the Proofs of Claim, including, but not limited to, the trade date, base currency and amount, exchanged currency and amount, the agreed upon exchange rate(s) under the FX Contract , collateral information; bank wire documentation, transfer records and

(d)     using the information contained in the Proofs of Claim and from the Books and Records, the guidance referenced in paragraph 11, and, at the direction of the Trustee's counsel with respect to application and use, the Pricing Source, then calculated the amount of the claim and compared it to the amount asserted in the Proof of Claim.

13.     For each claim shown on <u>Exhibit D</u> to the Two Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims, in the column entitled "*Claim as* Modified" and the

amount denoted with the lettered symbol (**T**), I provided the amount calculated in paragraph 12(d) above to counsel to the Trustee.

14.     To the extent the amount calculated in paragraphs 6(c), 8(c), and 12(d) above was less than or equal to zero, pursuant to instructions from Trustee's counsel, the amount denoted with the lettered symbol (**T**) in the column entitled "*Claim as Modified*" is zero.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2014

By:     */s/ Robert Sprague*
        Robert Sprague
        Partner, Deloitte Financial Advisory Services LLP

**EXHIBIT 1**

**(September 25, 2008 SIFMA Protocol)**

## Protocol 08-01 of SIFMA's Asset Management Group

**Date:**          September 25, 2008

**Subject:**          Lehman Brothers Inc. Outstanding TBA Trades for Non-FICC MBSD Members

Based on a Court Order entered into on September 19, 2008 in the United States District Court, Southern District of New York (the "Order"), a Securities Investor Protection Corporation ("SIPC") Trustee has been appointed with respect to the liquidation of the business of Lehman Brothers Inc. ("Lehman").

Before the liquidation filing of Lehman, a number of market participants entered into trades for agency mortgage backed securities with Lehman that were expected to settle in October, November or December 2008.

It is generally understood by industry members that there is no prohibition against terminating these forward settling trades for mortgage backed securities, which are also known as to-be-announced or TBA trades. SIPC and the SIPC Trustee have cooperated in the development of this industry protocol that will permit termination of TBA trades for which a termination notice in the form of Exhibit A attached hereto is submitted, regardless of whether such TBA trade was entered into pursuant to a Master Securities Forward Transaction Agreement.

The date that the termination notice is submitted to Lehman and the SIPC Trustee shall be the effective date of the termination (the "Termination Date"). The termination price of each TBA trade will be determined on the Termination Date.

If all or a portion of the TBA trade is replaced, the termination price of the TBA trade shall be equal to the price at which the replacement trade is executed to replicate the exposure of the terminated TBA trade. The trade date for a replacement trade must be the Termination Date; provided, however, that replacement trades executed after September 19, 2008 but on or before September 24, 2008 may be reported to Lehman and the SIPC Trustee on September 25, 2008 or September 26, 2008 with a Termination Date equal to such earlier replacement trade date.

If a replacement trade is not entered into as described above, the termination price shall be the median of market prices from three dealers as of 3:00 p.m. on the Termination Date; provided, however, that market quotes received after September 19, 2008 but on or before September 24, 2008 in connection with actions taken during such period to terminate the TBA trade may be reported to Lehman and the SIPC Trustee on September 25, 2008 or September 26, 2008 with a Termination Date equal to such date that the market quotes were received. If a market participant originally purchased a TBA instrument from Lehman, then the market participant should ask three dealers for offers when determining the termination price. If a market participant originally sold a TBA instrument to Lehman, then the market participant should ask three dealers for bids when determining the termination price.

In each case, the termination price shall be used to determine the gain or loss on the terminated TBA trades.

Termination notices should be delivered to:

Lehman Brothers Inc.
Mortgage Trading Desk
Attention:          Deirdre Dunn
                         Jack Fondacaro
E-Mail Address: deirdre.dunn@lehman.com
                         jack.fondacaro@lehman.com

Hughes Hubbard & Reed LLP
Counsel for Lehman Brothers Inc. SIPC Trustee
Attention: Maria Termini
E-Mail Address: termini@hugheshubbard.com

**Exhibit A**

**FORM OF NOTICE OF TERMINATION OF TBA TRADES**

September ____, 2008 (Termination Date)

**Via E-Mail**

Lehman Brothers Inc.
Mortgage Trading Desk
Attention:        Deirdre Dunn
                 Jack Fondacaro
E-Mail Address:  deirdre.dunn@lehman.com
                 jack.fondacaro@lehman.com

Hughes Hubbard & Reed LLP
Counsel for the Lehman Brothers Inc. SIPC Trustee
Attention:  Maria Termini
E-Mail Address:  termini@hugheshubbard.com

[Name of Market Participant] has entered into to-be-announced agency mortgage pass-through trades with Lehman Brothers Inc. ("Lehman") prior to the liquidation filing of Lehman on September 19, 2008, settling in October, November or December 2008 that have not yet settled (each, a "Lehman TBA Trade").

[Name of Market Participant] hereby gives notice that each Lehman TBA Trade set forth in Schedule [A/B] attached hereto is hereby terminated effective today (the "Termination Date"). This notice is effective upon delivery.

If all or a portion of the Lehman TBA Trade is replaced, the termination price of the Lehman TBA Trade is the price at which the replacement trade was executed to replicate the exposure of the terminated Lehman TBA Trade. The trade date for the replacement trade is today (the Termination Date), except to the extent that a replacement trade was executed after September 19, 2008 but on or before September 24, 2008 in which case the Termination Date is such earlier replacement trade date. [**ALTERNATIVE 1**: The information for each Lehman TBA Trade is set forth on Schedule A. A completed Schedule A including the information on the replacement trades will be submitted within ten (10) business days of the Termination Date.] [**ALTERNATIVE 2**: Attached is Schedule A containing the information regarding the replacement trade at the block level, and a completed Schedule A will be submitted within ten (10) business days of the Termination Date.]

If a replacement trade is not entered into on the Termination Date, the termination price shall be the median of market prices from three dealers as of 3:00 p.m. (New York time) today (the Termination Date), except to the extent that market quotes were received after September 19, 2008 but on or before September 24, 2008 in connection with actions taken during such period to terminate the Lehman TBA trade in which case the Termination Date is such earlier date that the market quotes were received. The information for each Lehman TBA Trade is set forth on Schedule B. A completed Schedule B including the information on the market quotes will be submitted within ten (10) business days of the Termination Date.

The gain or loss on each terminated Lehman TBA Trade shall be calculated based on the difference between the price of each terminated Lehman TBA Trade and the termination price. The completed Schedule [A][B] will set forth the gain or loss for each terminated Lehman TBA Trade.

[Name of Market Participant]                    Receipt acknowledged by SIPC Trustee


By: _____          By: _____
Name:                                          Name:
Title:                                         Title:

**D_002**

**EXHIBIT 2**

**(October 9, 2008 SIFMA Protocol)**

## Protocol 08-02 of SIFMA's Asset Management Group

**Date:**          October 9, 2008

**Subject:**          Lehman Brothers Inc. Outstanding Specified Trades for Non-FICC MBSD Members

Based on a Court Order entered into on September 19, 2008 in the United States District Court, Southern District of New York (the "Order"), a Securities Investor Protection Corporation ("SIPC") Trustee has been appointed with respect to the liquidation of the business of Lehman Brothers Inc. ("Lehman").

Before the liquidation filing of Lehman, a number of market participants entered into trades for agency mortgage backed securities with Lehman that were expected to contractually settle in September 2008. Lehman has indicated that it has accounted for all of its September TBA trades. However, Lehman had provided pool notification to market participants and these pools ("specified trades") are failing as of this date.  It is not expected that these specified trades will be delivered in the future.

In a statement issued by SPIC, James Giddens, Lehman Trustee: "Counter-parties with securities and commodity transactions with Lehman Brothers Inc. may close them out and submit claims to the Trustee." Additional information is provided on the SPIC web site: www.sipc.org. The SIPC Trustee has cooperated and in the development and has approved this industry protocol that will permit termination of outstanding specified trades for which a termination notice in the form of Exhibit A attached hereto is submitted, regardless of whether such specified or allocated trades were entered into pursuant to a Master Securities Forward Transaction Agreement.

This Protocol (08-02) is for non-FICC MBSD members. Protocol 08-02 is a voluntary protocol that provides a uniform process for terminating certain outstanding specified trades effected by asset managers with Lehman Brothers in connection with mortgage-backed securities. Firms should seek advice of counsel with respect to their rights or obligations in connection with these trades.

**Using Protocol 08-02**
If the specified trade was replaced, then the termination date shall be the replacement date. If the trade was not replaced, the termination price shall be the price at the date of submission of the Notice of Termination Form (Exhibit A). The termination cost would be (1) the cost of the replacement trade, provided that the replacement trade was replaced or covered on the Termination date, or (2) the median of 3 quotes obtained from dealers at 3:00 p.m. (New York time) on the Termination Date.

Termination notices should be delivered to:

Lehman Brothers Inc.
Mortgage Trading Desk
Attention:          Deirdre Dunn
                         Jack Fondacaro
E-Mail Address:  deirdre.dunn@lehman.com
                         jack.fondacaro@lehman.com

Hughes Hubbard & Reed LLP
Counsel for Lehman Brothers Inc. SIPC Trustee
Attention:  Maria Termini
E-Mail Address:  termini@hugheshubbard.com

**D_003**

**Exhibit A**

## FORM OF NOTICE OF TERMINATION OF OUTSTANDING SPECIFIED TRADES

October ___, 2008 (Date of Submission of this Form)
_____ (Date of Termination)

**Via E-Mail**

Lehman Brothers Inc.
Mortgage Trading Desk
Attention:      Deirdre Dunn
                Jack Fondacaro
E-Mail Address:  deirdre.dunn@lehman.com
                jack.fondacaro@lehman.com

Hughes Hubbard & Reed LLP
Counsel for the Lehman Brothers Inc. SIPC Trustee
Attention:  Maria Termini
E-Mail Address:  termini@hugheshubbard.com

[Name of Market Participant] has entered into agency mortgage pass-through trades with Lehman Brothers Inc. ("Lehman") prior to the liquidation filing of Lehman on September 19, 2008, settling in September 2008 that have failed to deliver (each, a "Lehman Specified Trade").

[Name of Market Participant] hereby gives notice that each Lehman Specified Trade set forth in Schedule [A/B/C] attached hereto is hereby terminated (the "Termination Date"). This notice is effective as of the Termination Date.

If the specified trade was replaced, then the termination date shall be the replacement date. If the trade was not replaced, the termination price shall be the price at the date of submission of the Notice of Termination Form (Exhibit A). The termination cost would be (1) the cost of the replacement trade, provided that the replacement trade was replaced or covered on the Termination date, or (2) the median of 3 quotes obtained from dealers at 3:00 p.m. (New York time) on the Termination Date.

[**ALTERNATIVE 1**: The information for each Lehman Specified Trade (which was replaced before September 30) is set forth on Schedule A. A completed Schedule A including the information on the replacement trades will be submitted within ten (10) business days of the Submission of this Form.] [**ALTERNATIVE 2**: A completed Schedule B including the information on the replacement trades (which were replaced after September 30) will be submitted within ten (10) business days of the Submission of this Form.]

If a replacement trade is not entered into on the Termination Date, information can be submitted through the attached Schedule C. Schedule C contains the information regarding the termination and the information regarding market quote gain (or loss). Schedule C is for firms that have not entered into a replacement trade and wish to terminate the trade. Schedule C will be submitted within ten (10) business days of the Submission of this Form.]

If all or a portion of the Lehman Specified Trade was replaced or covered after September 15, 2008 (the date of the bankruptcy filing) but before September 30, 2008, the termination price shall be the price at which the replacement trade was executed. If the Specified Trade was terminated on or after September 30, 2008, the termination price shall be the median of market prices from three dealers as of 3:00 p.m. (New York time) on the Termination Date.

The gain or loss on each terminated Lehman Specified Trade shall be calculated based on the difference between the price of each terminated Lehman Specified Trade and the termination price. The completed Schedule [A][B][C] will set forth the gain or loss for each terminated Lehman Trade.

[Name of Market Participant]                Receipt acknowledged by SIPC Trustee
By: _____                By: _____
Name:                                      Name:
Title:                                     Title:

**D_004**

**EXHIBIT H**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

LEHMAN BROTHERS INC.,

Debtor.

Case No.  08-01420 (SCC) SIPA

---

**DECLARATION OF ELENI D. THEODOSIOU-PISANELLI IN SUPPORT OF THE
TRUSTEE'S TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION SEEKING
TO ALLOW CERTAIN FILED PROOFS OF CLAIM IN REDUCED AMOUNTS AND
WITH PROPER CLASSIFICATION AS UNSECURED GENERAL CREDITOR CLAIMS
(FINANCIAL PRODUCT CLAIMS AND UNDERWRITING FEE CLAIMS)**

Pursuant to 28 U.S.C. § 1746, I, Eleni D. Theodosiou-Pisanelli, hereby declare as

follows:

1.      I am an attorney duly admitted to practice in this Court and am associated with

the firm of Hughes Hubbard & Reed LLP ("Hughes Hubbard"), attorneys for James W. Giddens

(the "Trustee"), as trustee for the SIPA liquidation of Lehman Brothers Inc. ("LBI").  I

respectfully submit this declaration (the "Declaration") in support of the Trustee's two hundred

twenty-fourth omnibus objection to general creditor claims (the "Two Hundred Twenty-Fourth

Omnibus Objection to General Creditor Claims").[1]

2.      On behalf of the Trustee, I have participated in the analysis of each of the general

creditor proofs of claim (the "Proofs of Claim") listed on Exhibit C annexed to the Two Hundred

Twenty-Fourth Omnibus Objection to General Creditor Claims, including all supporting

documentation submitted with each Proof of Claim.

---

1.      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

3.       The Proofs of Claim listed on Exhibit C to the Objection (collectively, the "TBA Claims") are claims for damages arising out of unperformed forward contracts for the future purchase or sale of "to be announced" U.S. agency debt obligations ("TBA Contracts" or "TBAs").

4.       Based upon the Trustee's determination regarding the methods to be used to calculate claims based on TBA Contracts, I and personnel under my supervision and direction:

    (a)       analyzed documents concerning the TBA Contracts included in the Proofs of Claim, including documentation asserting the LBI account balances claimed;

    (b)       analyzed a report from the Books and Records and obtained certain information, including but not limited to, the account number, and the account balance at September 19, 2008 for the specified LBI account; and

    (c)       using certain information contained in the Proof of Claim and the report analyzed in (b) above, analyzed the amount asserted in the Proof of Claim for each of the claimed accounts and compared it to the account balance from (b) above.

5.       For each claim shown on Exhibit C to the Two Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims, the amount analyzed in paragraph 4(c) above is listed in the column entitled "*Claim as Modified*" and the amount denoted with the lettered symbol **(T)**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2014

                                */s/ Eleni D. Theodosiou-Pisanelli*
                                Eleni D. Theodosiou-Pisanelli
                                Associate, Hughes Hubbard & Reed LLP

# EXHIBIT I

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

LEHMAN BROTHERS INC.,                                    Case No.  08-01420 (SCC) SIPA

Debtor.

### [PROPOSED] ORDER GRANTING THE TRUSTEE'S TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION SEEKING TO ALLOW CERTAIN FILED PROOFS OF CLAIM IN REDUCED AMOUNTS, AND WITH PROPER CLASSIFICATION AS UNSECURED GENERAL CREDITOR CLAIMS (FINANCIAL PRODUCT CLAIMS AND UNDERWRITING FEE CLAIMS)

Upon the two hundred twenty-fourth omnibus objection to claims, dated April 2, 2014

(the "Two Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims"),[1] of James

W. Giddens (the "Trustee"), as trustee for the liquidation of Lehman Brothers Inc. ("LBI") under

the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"),

seeking entry of an order, pursuant to sections 502(b), 502(g)(2), 503, 506(a)(1), and 507(a)(2)

of title 11 of the United States Code (the "Bankruptcy Code"), as made applicable to this

proceeding pursuant to SIPA §§ 78fff(b) and 78fff-1(a), and Rule 3007(d) of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules"), allowing certain filed proofs of claim in

reduced amounts on the basis that the amounts listed on the proofs of claim either contradict the

books and records of the LBI estate and/or seek recovery of amounts for which LBI is not liable

and, to the extent applicable, reclassifying the claims to general unsecured status pursuant to

Bankruptcy Code §§ 503, 506(a)(1), and 507(a)(2) as more fully described in the Two Hundred

---

1.    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

Twenty-Fourth Omnibus Objection to General Creditor Claims; and due and proper notice of the

Two Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims having been

provided, and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Two Hundred Twenty-Fourth Omnibus

Objection to General Creditor Claims is in the best interests of LBI, its estate, its customers and

creditors, and all parties in interest and that the legal and factual bases set forth in the Two

Hundred Twenty-Fourth Omnibus Objection to General Creditor Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the relief requested in the Two Hundred Twenty-Fourth Omnibus

Objection to General Creditor Claims is granted; and it is further

**ORDERED** that, pursuant to sections 502(b), 502(g)(2), 503, 506(a)(1), and 507(a)(2) of

the Bankruptcy Code, the claims listed on Exhibits 1 through 6 (collectively, the "Claim

Exhibits") are reduced as set forth on the Claim Exhibits in the column entitled "*Claim as

Modified*" and allowed to the extent of such amounts and priorities; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation and interpretation of this Order.

Dated: New York, New York
        _____, 2014

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION: EXHIBIT 1 (TBA CLAIMS I)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 1 | ADVANCED SERIES TRUST-AST T ROWE PRICE GLOBAL BOND PORTFOLIO JONATHAN SIEGEL OR DONNA KAHOE C/O T ROWE PRICE ASSOCIATES INC 100 E PRATT STREET BALTIMORE, MD 21202 | 9002659 | 1/28/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$14,453.12 (U)<br>$14,453.12 (T) |
| 2 | BRIGHT START COLLEGE SAVINGS TRUST CORE PLUS FIXED INCOME PO AMEE KANTESARIA OFI PRIVATE INVESTMENTS INC TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET 11TH FLOOR NEW YORK, NY 10281 | 9004523 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$190,716.79 (U)<br>$190,716.79 (T) |
| 3 | CAROLINA HEALTHCARE SYSTEM-MALPRACTICE SELF INSURANCE PORTFOLIO MARY ANN ROUSE CAROLINAS HEALTHCARE SYSTEM PO BOX 32861 CHARLOTTE, NC 28232 | 9004683 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$4,834.38 (U)<br>$4,834.38 (T) |

--------------------------------

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*    Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**EXHIBIT 1 (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 4 | EMPLOYEES' RETIREMENT PLAN OF C R BARD INC AND THE SCOTT LAWRY PENSION PLAN FOR HOURLY EMPLOYEES OF DAVOL INC<br>CR BARD INC<br>730 CENTRAL AVENUE<br>NEW PROVIDENCE, NJ 07974 | 9004687 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$16,067.18 (U)<br>$16,067.18 (T) |
| 5 | ERIE COUNTY RETIREMENT BOARD<br>SUE WEBER<br>ERIE COUNTY CONTROLLERS OFFICE<br>140 WEST SIXTH STREET<br>ROOM 107<br>ERIE, PA 16501 | 9004681 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$5,687.50 (U)<br>$5,687.50 (T) |
| 6 | EVERGREEN CORE BOND FUND<br>MAUREEN E TOWLE<br>200 BERKELEY STREET<br>BOSTON, MA 02116 | 9004727 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$1,889,671.88 (U)<br>$1,889,671.88 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 1 – Page 2**

EXHIBIT 1 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 7 | FIDELITY INCOME FUND: FIDELITY GOVERNMENT INCOME FUND<br>82 DEVONSHIRE STREET<br>ATTN: FUND TREASURER, V10F<br>BOSTON, MA  02110 | 5492 | 5/30/2009 | - (A)<br>- (S)<br>- (P)<br>$755,371.79 (U)<br>$755,371.79 (T) | - (A)<br>- (S)<br>- (P)<br>$722,116.19 (U)<br>$722,116.19 (T) |
| 8 | KELLOGG COMPANY MASTER RETIREMENT TRUST<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-1607<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2636 | 1/30/2009 | - (A)<br>$2,087.00 (S)<br>- (P)<br>$310,336.00 (U)<br>$312,423.00 (T) | - (A)<br>- (S)<br>- (P)<br>$310,336.00 (U)<br>$310,336.00 (T) |
| 9 | MAINE MEDICAL CENTER PENSION FUND<br>MICHAEL KILMARTIN<br>MAINE HEALTH<br>465 CONGRESS STREET #600<br>PORTLAND, ME  04101 | 9004698 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$25,735.93 (U)<br>$25,735.93 (T) |
| 10 | MASSMUTUAL PREMIER CORE BOND FUND<br>C/O BABSON CAPITAL MANAGEMENT LLC<br>1500 MAIN STREET STE 2800<br>SPRINGFIELD, MA  01115-5189 | 4865 | 5/28/2009 | - (A)<br>- (S)<br>- (P)<br>$547,453.27 (U)<br>$547,453.27 (T) | - (A)<br>- (S)<br>- (P)<br>$517,373.20 (U)<br>$517,373.20 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*      Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*   Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 1 – Page 3

EXHIBIT 1 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 11 | METROPOLITAN WEST ASSET MANAGEMENT LLC<br>JOSEPH D HATTESOHL<br>11766 WILSHIRE BOULEVARD, STE 1500<br>LOS ANGELES, CA  90025 | 9008024** | 9/25/2008 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| 12 | OFI INSTITUTIONAL ASSET MANAGEMENT INC AND<br>LISA BLOOMBERG<br>OPPENHIEMER FUNDS INC<br>TWO WORLD FINANCIAL CENTER<br>225 LIBERTY STREET<br>NEW YORK, NY  10281-1008 | 9008022 | 9/25/2008 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$47,507.03 (U)<br>$47,507.03 (T) |
| 13 | SOUTH CAROLINA SCHOOL BOARDS INSURANCE TRUST<br>TRACIE IFKOVITS<br>PROPERTY & CASUALTY FUND<br>SOUTH CAROLINA SCHOOL BOARDS ASSOCIATION<br>1027 BARNWELL STREET<br>COLUMBIA, SC  29201 | 9004686 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$18,484.38 (U)<br>$18,484.38 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 1 – Page 4

**EXHIBIT 1 (CONTINUED)**

| | **NAME / ADDRESS OF CLAIMANT** | **CLAIM NO.** | **DATE FILED** | **ASSERTED AMOUNT** | **CLAIM AS MODIFIED** |
|---|---|---|---|---|---|
| 14 | THE CAROLINAS HEALTHCARE FOUNDATION INC<br>SCOTT KERR<br>CAROLINAS HEALTHCARE SYSTEM<br>801 EAST BOULEVARD<br>PO BOX 32861<br>CHARLOTTE, NC  28232 | 9004685 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$21,470.31 (U)<br>$21,470.31 (T) |
| 15 | THRIVENT MORTGAGE SECURITIES PORTFOLIO<br>ATTN GREGORY R ANDERSON<br>625 FOURTH AVE., S.<br>MINNEAPOLIS, MN  55415-1624 | 9008078** | 10/7/2008 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| 16 | WELLINGTON MANAGEMENT COMPANY LLP<br>ROBERT J TONER<br>MORGAN STANLEY ASSET & INVESTMENT TRUST<br>MANAGEMENT CO LIMITED<br>75 STATE STREET<br>BOSTON, MA  02109 | 9008065** | 9/29/2008 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |

> **(A) – ADMINISTRATIVE**
> **(S) – SECURED**
> **(P) – PRIORITY**
> **(U) – UNSECURED**
> **(T) – TOTAL CLAIMED**

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 1 – Page 5**

EXHIBIT 1 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 17 | WESTERN ASSET GLOBAL HIGH INCOME FUND INC.<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W- 2317<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2662 | 1/30/2009 | - (A)<br>$24,327.00 (S)<br>- (P)<br>$323,523.00 (U)<br>$347,850.00 (T) | - (A)<br>- (S)<br>- (P)<br>$323,523.00 (U)<br>$323,523.00 (T) |
| 18 | WESTERN ASSET US ENHANCED CASH, LLC<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1765<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 1586 | 1/26/2009 | - (A)<br>$11,952.00 (S)<br>- (P)<br>$1,582,898.57 (U)<br>$1,594,851.57 (T) | - (A)<br>- (S)<br>- (P)<br>$1,582,898.57 (U)<br>$1,582,898.57 (T) |
| | WESTERN ASSET US ENHANCED CASH, LTD<br>TRANSFEROR: WESTERN ASSET US ENHANCED CASH,<br>LLC<br>ATTN: LEGAL DEPT/W-1701<br>385 E. COLORADO BLVD<br>PASADENA, CA  91101 | 1586-1*** | 1/26/2009 | - (A)<br>- (S)<br>- (P)<br>$283,085.43 (U)<br>$283,085.43 (T) | - (A)<br>- (S)<br>- (P)<br>$283,085.43 (U)<br>$283,085.43 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE**<br>**(S) – SECURED**<br>**(P) – PRIORITY**<br>**(U) – UNSECURED**<br>**(T) – TOTAL CLAIMED** |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*   Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 1 – Page 6**

EXHIBIT 1 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 19 | WESTERN ASSET MORTGAGE BACKED SECURITES PORTFOLIO, LLC C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1602 385 E. COLORADO BLVD. PASADENA, CA  91101 | 1581 | 1/26/2009 | - (A) $504,935.00 (S) - (P) $17,512,133.00 (U) $18,017,068.00 (T) | - (A) - (S) - (P) $17,512,133.00 (U) $17,512,133.00 (T) |
| | WESTERN ASSET US CORE BOND LLC TRANSFEROR: WESTERN ASSET MORTGAGE BACKED SECURITES PORTFOLIO, LLC WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT/W-1369 385 E. COLORADO BLVD PASADENA, CA  91101 | 1581-4*** | 1/26/2009 | - (A) - (S) - (P) $929,000.00 (U) $929,000.00 (T) | - (A) - (S) - (P) $929,000.00 (U) $929,000.00 (T) |
| | WESTERN ASSET US CORE PLUS-UNIVERSAL LLC TRANSFEROR: WESTERN ASSET MORTGAGE BACKED SECURITES PORTFOLIO, LLC WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT/W-2372 385 E. COLORADO BLVD PASADENA, CA  91101 | 1581-5*** | 1/26/2009 | - (A) - (S) - (P) $230,000.00 (U) $230,000.00 (T) | - (A) - (S) - (P) $230,000.00 (U) $230,000.00 (T) |
| | WESTERN ASSET US CORE PLUS, LLC TRANSFEROR: WESTERN ASSET MORTGAGE BACKED SECURITES PORTFOLIO, LLC WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT/W-1601 385 E. COLORADO BLVD PASADENA, CA  91101 | 1581-6*** | 1/26/2009 | - (A) - (S) - (P) $4,488,000.00 (U) $4,488,000.00 (T) | - (A) - (S) - (P) $4,488,000.00 (U) $4,488,000.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 1 – Page 7

**EXHIBIT 2**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION: EXHIBIT 2 (TBA CLAIMS II)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 1 | 3M VOLUNTARY INVESTMENT PLAN AND SAVINGS PLAN TRUST C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-701 385 E. COLORADO BLVD. PASADENA, CA 91101 | 2794 | 1/30/2009 | - (A) $3,299.00 (S) - (P) - (U) $3,299.00 (T) | - (A) - (S) - (P) - (U) - (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC. TRANSFEROR: 3M VOLUNTARY INVESTMENT PLAN AND SAVINGS PLAN TRUST ATTN: VANESSA MARLING/DARRAGH DEMPSEY 1 PIERREPONT PLAZA, 7TH FLOOR BROOKLYN, NY 11201 | 2794-1*** | 1/30/2009 | - (A) - (S) - (P) $412,789.00 (U) $412,789.00 (T) | - (A) - (S) - (P) $412,789.00 (U) $412,789.00 (T) |
| 2 | ALCOA FOUNDATION C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1289 385 E. COLORADO BLVD PASADENA, CA 91101 | 2523 | 1/30/2009 | - (A) $3,795.00 (S) - (P) - (U) $3,795.00 (T) | - (A) - (S) - (P) - (U) - (T) |
| | BARCLAYS BANK PLC TRANSFEROR: ALCOA FOUNDATION 745 SEVENTH AVENUE NEW YORK, NY 10019 | 2523-1*** | 1/30/2009 | - (A) - (S) - (P) $47,898.00 (U) $47,898.00 (T) | - (A) - (S) - (P) $47,898.00 (U) $47,898.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*   Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**EXHIBIT 2 (CONTINUED)**

| | **NAME / ADDRESS OF CLAIMANT** | **CLAIM NO.** | **DATE FILED** | **ASSERTED AMOUNT** | **CLAIM AS MODIFIED** |
|---|---|---|---|---|---|
| 3 | ARCHDIOCESE OF PHILADELPHIA - LAY EMPLOYEES' RETIREMENT PLAN<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-2586<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2739 | 1/30/2009 | - (A)<br>$1,250.00 (S)<br>- (P)<br>- (U)<br>$1,250.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC.<br>TRANSFEROR: ARCHDIOCESE OF PHILADELPHIA - LAY EMPLOYEES' RETIREMENT PLAN<br>ATTN: VANESSA MARLING/DARRAGH DEMPSEY<br>1 PIERREPONT PLAZA, 7TH FLOOR<br>BROOKLYN, NY  11201 | 2739-1*** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$25,625.00 (U)<br>$25,625.00 (T) | - (A)<br>- (S)<br>- (P)<br>$25,625.00 (U)<br>$25,625.00 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE**<br>**(S) – SECURED**<br>**(P) – PRIORITY**<br>**(U) – UNSECURED**<br>**(T) – TOTAL CLAIMED** |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 2 – Page 2**

**EXHIBIT 2 (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 4 | ARCHDIOCESE OF PHILADELPHIA - NON-PENSION FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-2587 385 E. COLORADO BLVD. PASADENA, CA 91101 | 2536 | 1/30/2009 | - (A) $825.00 (S) - (P) - (U) $825.00 (T) | - (A) - (S) - (P) - (U) - (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC. TRANSFEROR: ARCHDIOCESE OF PHILADELPHIA - NON-PENSION FUND ATTN: VANESSA MARLING/DARRAGH DEMPSEY 1 PIERREPONT PLAZA, 7TH FLOOR BROOKLYN, NY 11201 | 2536-1*** | 1/30/2009 | - (A) - (S) - (P) $52,612.00 (U) $52,612.00 (T) | - (A) - (S) - (P) $52,612.00 (U) $52,612.00 (T) |
| 5 | ASCENSION HEALTH C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1355 385 E. COLORADO BLVD. PASADENA, CA 91101 | 2519 | 1/30/2009 | - (A) $159.00 (S) - (P) $26,344.00 (U) $26,503.00 (T) | - (A) - (S) - (P) $26,344.00 (U) $26,344.00 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE** |
| **(S) – SECURED** |
| **(P) – PRIORITY** |
| **(U) – UNSECURED** |
| **(T) – TOTAL CLAIMED** |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 2 – Page 3**

**EXHIBIT 2 (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 6 | BALL CORPORATION US & PUERTO RICO PENSION PLANS<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPARTMENT W-1385<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2078 | 1/29/2009 | - (A)<br>$4,150.00 (S)<br>- (P)<br>- (U)<br>$4,150.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | BARCLAYS BANK PLC<br>TRANSFEROR: BALL CORPORATION US & PUERTO RICO PENSION PLANS<br>745 SEVENTH AVENUE<br>NEW YORK, NY  10019 | 2078-1*** | 1/29/2009 | - (A)<br>- (S)<br>- (P)<br>$105,664.00 (U)<br>$105,664.00 (T) | - (A)<br>- (S)<br>- (P)<br>$105,664.00 (U)<br>$105,664.00 (T) |
| 7 | BAYCARE HEALTH SYSTEM, INC.<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1848<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2811 | 1/30/2009 | - (A)<br>$1,000.00 (S)<br>- (P)<br>- (U)<br>$1,000.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC.<br>TRANSFEROR: BAYCARE HEALTH SYSTEM, INC.<br>ATTN: VANESSA MARLING/DARRAGH DEMPSEY<br>1 PIERREPONT PLAZA, 7TH FLOOR<br>BROOKLYN, NY  11201 | 2811-1*** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$52,438.00 (U)<br>$52,438.00 (T) | - (A)<br>- (S)<br>- (P)<br>$52,438.00 (U)<br>$52,438.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 2 – Page 4**

EXHIBIT 2 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 8 | CITIGROUP 401 K PLAN<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1889<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2585 | 1/30/2009 | - (A)<br>$340.00 (S)<br>- (P)<br>- (U)<br>$340.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC.<br>TRANSFEROR: CITIGROUP 401 K PLAN<br>1585 BROADWAY - 2ND FLOOR<br>NEW YORK, NY  10036 | 2585-2*** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$130,414.00 (U)<br>$130,414.00 (T) | - (A)<br>- (S)<br>- (P)<br>$130,414.00 (U)<br>$130,414.00 (T) |
| 9 | LEGG MASON PARTNERS VARIABLE ADJUSTABLE RATE INCOME PORTFOLIO<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-2312<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2555 | 1/30/2009 | - (A)<br>$667.00 (S)<br>- (P)<br>- (U)<br>$667.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC.<br>TRANSFEROR: LEGG MASON PARTNERS VARIABLE ADJUSTABLE RATE INCOME PORTFOLIO<br>ATTN: VANESSA MARLING/DARRAGH DEMPSEY<br>1 PIERREPONT PLAZA, 7TH FLOOR<br>BROOKLYN, NY  11201 | 2555-1*** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$24,984.00 (U)<br>$24,984.00 (T) | - (A)<br>- (S)<br>- (P)<br>$24,984.00 (U)<br>$24,984.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*   Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 2 – Page 5

EXHIBIT 2 (CONTINUED)

|   | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 10 | LEGG MASON PARTNERS VARIABLE DIVERSIFIED STRATEGIC INCOME PORTFOLIO C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-2134 385 E. COLORADO BLVD PASADENA, CA  91101 | 2732 | 1/30/2009 | - (A) $5,559.00 (S) - (P) - (U) $5,559.00 (T) | - (A) - (S) - (P) - (U) - (T) |
|  | MORGAN STANLEY SENIOR FUNDING, INC. TRANSFEROR: LEGG MASON PARTNERS VARIABLE DIVERSIFIED STRATEGIC INCOME PORTFOLIO ATTN: VANESSA MARLING/DARRAGH DEMPSEY 1 PIERREPONT PLAZA, 7TH FLOOR BROOKLYN, NY  11201 | 2732-1*** | 1/30/2009 | - (A) - (S) - (P) $32,090.00 (U) $32,090.00 (T) | - (A) - (S) - (P) $32,090.00 (U) $32,090.00 (T) |

| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*      Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*    Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 2 – Page 6

EXHIBIT 2 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 11 | SAN FRANCISCO CITY AND COUNTY EMPLOYEES' RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1098 385 E. COLORADO BLVD PASADENA, CA  91101 | 2493 | 1/30/2009 | - (A) $13,275.00 (S) - (P) - (U) $13,275.00 (T) | - (A) - (S) - (P) - (U) - (T) |
| | BARCLAYS BANK PLC TRANSFEROR: SAN FRANCISCO CITY AND COUNTY EMPLOYEES' RETIREMENT SYSTEM 745 SEVENTH AVENUE NEW YORK, NY  10019 | 2493-1*** | 1/30/2009 | - (A) - (S) - (P) $1,991,845.00 (U) $1,991,845.00 (T) | - (A) - (S) - (P) $1,991,845.00 (U) $1,991,845.00 (T) |
| 12 | WELLS FARGO FIXED INCOME FUND H C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-2377 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2586 | 1/30/2009 | - (A) $2,300.00 (S) - (P) - (U) $2,300.00 (T) | - (A) - (S) - (P) - (U) - (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC. TRANSFEROR: WELLS FARGO FIXED INCOME FUND H 1 PIERREPONT PLAZA, 7TH FLOOR ATTN: VANESSA MARLING/DARRAGH DEMPSEY BROOKLYN, NY  11201 | 2586-1*** | 1/30/2009 | - (A) - (S) - (P) $336,336.00 (U) $336,336.00 (T) | - (A) - (S) - (P) $336,336.00 (U) $336,336.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*   Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 2 – Page 7

**EXHIBIT 2 (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 13 | WESTERN ASSET US CORE PLUS BOND FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN LEGAL DEPT W-1308<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2079 | 1/29/2009 | - (A)<br>$12,721.00 (S)<br>- (P)<br>$0.38 (U)<br>$12,721.38 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | WESTERN ASSET MANAGEMENT COMPANY<br>TRANSFEROR: WESTERN ASSET US CORE PLUS BOND<br>FUND<br>ATTN: LEGAL DEPT./W-2462<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2079-1*** | 1/29/2009 | - (A)<br>- (S)<br>- (P)<br>$351,640.62 (U)<br>$351,640.62 (T) | - (A)<br>- (S)<br>- (P)<br>$351,640.62 (U)<br>$351,640.62 (T) |
| 14 | WESTERN PENNSYLVANIA TEAMSTERS AND<br>EMPLOYERS PENSION FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1140<br>385 E. COLORADO BLVD<br>PASADENA, CA  91101 | 2746 | 1/30/2009 | - (A)<br>$6,702.00 (S)<br>- (P)<br>$255,676.00 (U)<br>$262,378.00 (T) | - (A)<br>- (S)<br>- (P)<br>$255,676.00 (U)<br>$255,676.00 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE**<br>**(S) – SECURED**<br>**(P) – PRIORITY**<br>**(U) – UNSECURED**<br>**(T) – TOTAL CLAIMED** |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 2 – Page 8**

**EXHIBIT 3**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION: EXHIBIT 3 (TBA CLAIMS III)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 1 | 3M EMPLOYEES WELFARE BENEFITS ASSOCIATION TRUST C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1264 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2797 | 1/30/2009 | - (A) $667.00 (S) - (P) $24,984.00 (U) $25,651.00 (T) | - (A) - (S) - (P) $24,984.00 (U) $24,984.00 (T) |
| 2 | ALASKA ELECTRICAL RETIREMENT PLAN C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1216 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2083 | 1/29/2009 | - (A) $6,863.00 (S) - (P) $107,002.00 (U) $113,864.00 (T) | - (A) - (S) - (P) $107,002.00 (U) $107,002.00 (T) |
| 3 | AT&T COMMUNICATIONS,INC. VEBA C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1455 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2796 | 1/30/2009 | - (A) $21,542.00 (S) - (P) $770,489.00 (U) $792,031.00 (T) | - (A) - (S) - (P) $770,489.00 (U) $770,489.00 (T) |
| 4 | CENTRAL STATES SOUTHWEST & SOUTHWEST AREAS PENSION FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1861 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2680 | 1/30/2009 | - (A) $3,460.00 (S) - (P) $667,234.00 (U) $670,695.00 (T) | - (A) - (S) - (P) $667,234.00 (U) $667,234.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT 3 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 5 | DECLARATION MGMT & RSRCH A/C FLTC ACTIVE BOND TRUST LESTER GUILLARD III 1800 TYSONS BLVD #200 MCLEAN, VA  22102 | 9001716 | 1/23/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$31,747.07 (U)<br>$31,747.07 (T) |
| 6 | DENVER PUBLIC SCHOOLS RETIREMENT TRUST FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1182 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2823 | 1/30/2009 | - (A)<br>$1,011.00 (S)<br>- (P)<br>$155,555.00 (U)<br>$156,566.00 (T) | - (A)<br>- (S)<br>- (P)<br>$155,555.00 (U)<br>$155,555.00 (T) |
| 7 | DULUTH TEACHERS' RETIREMENT FUND ASSOCIATION C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-756 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2749 | 1/30/2009 | - (A)<br>$566.00 (S)<br>- (P)<br>$51,336.00 (U)<br>$51,902.00 (T) | - (A)<br>- (S)<br>- (P)<br>$51,336.00 (U)<br>$51,336.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 3 – Page 2

EXHIBIT 3 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 8 | EMPLOYEES' RETIREMENT PLAN OF THE NATIONAL EDUCATION ASSOCIATION OF THE UNITED STATES C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-784 385 E. COLORADO BLVD PASADENA, CA 91101 | 2791 | 1/30/2009 | - (A) $40,736.00 (S) - (P) $97,578.00 (U) $138,314.00 (T) | - (A) - (S) - (P) $97,578.00 (U) $97,578.00 (T) |
| 9 | GENERAL MOTORS TRUST COMPANY C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-2229 385 E. COLORADO BLVD. PASADENA, CA 91101 | 2663 | 1/30/2009 | - (A) $3,750.00 (S) - (P) $446,672.00 (U) $450,422.00 (T) | - (A) - (S) - (P) $446,672.00 (U) $446,672.00 (T) |
| 10 | GEORGE PUTNAM FUND OF BOSTON, THE JAMES WRIGHT, ROPES & GRAY LLP 1 INTERNATIONAL PLACE BOSTON, MA 02110 | 2285 | 1/29/2009 | - (A) - (S) - (P) $22,226.69 (U) $22,226.69 (T) | - (A) - (S) - (P) $17,271.09 (U) $17,271.09 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 3 – Page 3

**EXHIBIT 3 (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 11 | IDS 85F SHAW SYNTHETIC PORTFOLIO<br>TARA TILBURY<br>50606 AMERIPRISE FINANCIAL CENTER<br>MINNEAPOLIS, MN  55474 | 9004385 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$13,246.09 (U)<br>$13,246.09 (T) |
| 12 | IDS 85J LIMITED SYNTHETIC PORTFOLIO<br>TARA TILBURY<br>50606 AMERIPRISE FINANCIAL CENTER<br>MINNEAPOLIS, MN  55474 | 9004386 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$18,234.37 (U)<br>$18,234.37 (T) |
| 13 | IDS 86L UHG SYNTHETIC PORTFOLIO<br>TARA TILBURY<br>50606 AMERIPRISE FINANCIAL CENTER<br>MINNEAPOLIS, MN  55474 | 9004389 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$158,859.38 (U)<br>$158,859.38 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE**<br>**(S) – SECURED**<br>**(P) – PRIORITY**<br>**(U) – UNSECURED**<br>**(T) – TOTAL CLAIMED** |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*   Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 3 – Page 4**

EXHIBIT 3 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 14 | JOHN HANCOCK II US GOVERNMENT SECURITIES FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-2172 385 E. COLORADO BLVD PASADENA, CA  91101 | 2764 | 1/30/2009 | - (A) $12,078.00 (S) - (P) - (U) $12,078.00 (T) | - (A) - (S) - (P) - (U) - (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC. TRANSFEROR: JOHN HANCOCK II US GOVERNMENT SECURITIES FUND 1585 BROADWAY - 2ND FLOOR NEW YORK, NY  10036 | 2764-2*** | 1/30/2009 | - (A) - (S) - (P) $99,358.00 (U) $99,358.00 (T) | - (A) - (S) - (P) $99,358.00 (U) $99,358.00 (T) |
| 15 | KELLOGG COMPANY MASTER RETIREMENT TRUST C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1608 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2776 | 1/30/2009 | - (A) $713.00 (S) - (P) $50,836.00 (U) $51,549.00 (T) | - (A) - (S) - (P) $50,836.00 (U) $50,836.00 (T) |
| 16 | KUWAIT INVESTMENT AUTHORITY PRIVATE EQUITY ACCOUNT MINISTRIES COMPLEX BLOCK 3 PO BOX 64 SAFAT KUWAIT | 4711 | 5/19/2009 | - (A) - (S) - (P) $1,588,824.00 (U) $1,588,824.00 (T) | - (A) - (S) - (P) $1,561,338.00 (U) $1,561,338.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 3 – Page 5

**EXHIBIT 3 (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 17 | LEGG MASON FUNDS INVESTMENT SERIES--LEGG MASON INTERNATIONAL US BOND FUND (USD) C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-2062 385 E. COLORADO BLVD. PASADENA, CA 91101 | 2744 | 1/30/2009 | - (A) $10,706.00 (S) - (P) $119,352.00 (U) $130,057.00 (T) | - (A) - (S) - (P) $119,352.00 (U) $119,352.00 (T) |
| 18 | LEGG MASON GLOBAL FUNDS PLC- WESTERN ASSET US CORE BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1312 385 E. COLORADO BLVD PASADENA, CA 91101 | 2789 | 1/30/2009 | - (A) $15,334.00 (S) - (P) $20,519.00 (U) $35,853.00 (T) | - (A) - (S) - (P) $20,519.00 (U) $20,519.00 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE** |
| **(S) – SECURED** |
| **(P) – PRIORITY** |
| **(U) – UNSECURED** |
| **(T) – TOTAL CLAIMED** |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 3 – Page 6**

**EXHIBIT 3 (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 19 | LEGG MASON PARTNERS VARIABLE STRATEGIC BOND PORTFOLIO<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-2327<br>385 E. COLORADO BLVD<br>PASADENA, CA 91101 | 2440 | 1/30/2009 | - (A)<br>$1,013.00 (S)<br>- (P)<br>- (U)<br>$1,013.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC.<br>TRANSFEROR: LEGG MASON PARTNERS VARIABLE STRATEGIC BOND PORTFOLIO<br>ATTN: VANESSA MARLING/DARRAGH DEMPSEY<br>1 PIERREPONT PLAZA, 7TH FLOOR<br>BROOKLYN, NY 11201 | 2440-1*** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$129,053.00 (U)<br>$129,053.00 (T) | - (A)<br>- (S)<br>- (P)<br>$129,053.00 (U)<br>$129,053.00 (T) |
| 20 | LEGG MASON US$ CORE BOND FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-2065<br>385 E. COLORADO BLVD<br>PASADENA, CA 91101 | 2261 | 1/29/2009 | - (A)<br>$16,394.00 (S)<br>- (P)<br>- (U)<br>$16,394.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | WESTERN ASSET US CORE BOND FUND<br>TRANSFEROR: LEGG MASON US$ CORE BOND FUND<br>WESTERN ASSET MANAGEMENT CO.<br>ATTN: LEGAL DEPT/W-1312, 385 E. COLORADO BLVD.<br>PASADENA, CA 91101 | 2261-2*** | 1/29/2009 | - (A)<br>- (S)<br>- (P)<br>$192,781.00 (U)<br>$192,781.00 (T) | - (A)<br>- (S)<br>- (P)<br>$192,781.00 (U)<br>$192,781.00 (T) |

> (A) – ADMINISTRATIVE
> (S) – SECURED
> (P) – PRIORITY
> (U) – UNSECURED
> (T) – TOTAL CLAIMED

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 3 – Page 7**

**EXHIBIT 3 (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 21 | LOCAL 851 EMPLOYER GROUP WELFARE FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-2004<br>385 E. COLORADO BLVD<br>PASADENA, CA  91101 | 2747 | 1/30/2009 | - (A)<br>$5,851.00 (S)<br>- (P)<br>$22,106.00 (U)<br>$27,957.00 (T) | - (A)<br>- (S)<br>- (P)<br>$22,106.00 (U)<br>$22,106.00 (T) |
| 22 | LUTHERAN CHURCH MISSOURI SYNOD FOUNDATION<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-1301<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2542 | 1/30/2009 | - (A)<br>$909.00 (S)<br>- (P)<br>$76,623.00 (U)<br>$77,532.00 (T) | - (A)<br>- (S)<br>- (P)<br>$76,623.00 (U)<br>$76,623.00 (T) |
| 23 | LYONDELL CHEMICAL COMPANY<br>C/O STANDISH ASSET MANAGEMENT CO. LLC<br>BNY MELLON CENTER<br>201 WASHINGTON STREET<br>BOSTON, MA  02108 | 2978 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$31,652.33 (U)<br>$31,652.33 (T) | - (A)<br>- (S)<br>- (P)<br>$4,914.06 (U)<br>$4,914.06 (T) |
| 24 | MASSMUTUAL PREMIER DIVERSIFIED BOND FUND<br>C/O BABSON CAPITAL MANAGEMENT LLC<br>1500 MAIN STREET STE 2800<br>SPRINGFIELD, MA  01115-5189 | 4864 | 5/28/2009 | - (A)<br>- (S)<br>- (P)<br>$256,020.16 (U)<br>$256,020.16 (T) | - (A)<br>- (S)<br>- (P)<br>$177,954.38 (U)<br>$177,954.38 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE**<br>**(S) – SECURED**<br>**(P) – PRIORITY**<br>**(U) – UNSECURED**<br>**(T) – TOTAL CLAIMED** |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 3 – Page 8**

**EXHIBIT 3 (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 25 | MASSMUTUAL PREMIER SHORT-DURATION BOND FUND<br>C/O BABSON CAPITAL MANAGEMENT LLC<br>1500 MAIN STREET STE 2800<br>SPRINGFIELD, MA  01115-5189 | 4863 | 5/28/2009 | - (A)<br>- (S)<br>- (P)<br>$137,867.46 (U)<br>$137,867.46 (T) | - (A)<br>- (S)<br>- (P)<br>$125,623.54 (U)<br>$125,623.54 (T) |
| 26 | MCKESSON CORPORATION RETIREMENT PLAN TRUST<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-662<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2743 | 1/30/2009 | - (A)<br>$750.00 (S)<br>- (P)<br>$24,609.00 (U)<br>$25,359.00 (T) | - (A)<br>- (S)<br>- (P)<br>$24,609.00 (U)<br>$24,609.00 (T) |
| 27 | MESIROW FINANCIAL INVESTMENT MANAGEMENT INC,<br>PETER W HEGEL<br>ON BEHALF OF OAK PARK POLICE DB PENSION FUND<br>350 N CLARK ST<br>CHICAGO, IL  60610 | 9008083 | 10/10/2008 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$15,000.00 (U)<br>$15,000.00 (T) |
| 28 | METROPOLITAN LIFE INSURANCE COMPANY<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-1675<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2777 | 1/30/2009 | - (A)<br>$455.00 (S)<br>- (P)<br>$104,614.00 (U)<br>$104,619.00 (T) | - (A)<br>- (S)<br>- (P)<br>$104,614.00 (U)<br>$104,614.00 (T) |

> (A) – ADMINISTRATIVE
> (S) – SECURED
> (P) – PRIORITY
> (U) – UNSECURED
> (T) – TOTAL CLAIMED

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 3 – Page 9

**EXHIBIT 3 (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 29 | NORTHWEST AIRLINES, INC.<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1591<br>385 E. COLORADO BLVD.<br>PASADENA, CA 91101 | 2576 | 1/30/2009 | - (A)<br>$819.00 (S)<br>- (P)<br>- (U)<br>$819.00 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| | MORGAN STANLEY SENIOR FUNDING, INC.<br>TRANSFEROR: NORTHWEST AIRLINES, INC.<br>ATTN: VANESSA MARLING/DARRAGH DEMPSEY<br>1 PIERREPONT PLAZA, 7TH FLOOR<br>BROOKLYN, NY 11201 | 2576-1*** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$156,227.00 (U)<br>$156,227.00 (T) | - (A)<br>- (S)<br>- (P)<br>$156,227.00 (U)<br>$156,227.00 (T) |
| 30 | OAKLAND COUNTY VOLUNTARY EMPLOYEE BENEFIT ASSOCIATION<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-2779<br>385 E. COLORADO BLVD<br>PASADENA, CA 91101 | 2748 | 1/30/2009 | - (A)<br>$205.00 (S)<br>- (P)<br>$51,617.00 (U)<br>$51,822.00 (T) | - (A)<br>- (S)<br>- (P)<br>$51,617.00 (U)<br>$51,617.00 (T) |
| 31 | OHIO OPERATING ENGINEERS PENSION FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1614<br>385 E. COLORADO BLVD.<br>PASADENA, CA 91101 | 2778 | 1/30/2009 | - (A)<br>$571.00 (S)<br>- (P)<br>$25,859.00 (U)<br>$26,431.00 (T) | - (A)<br>- (S)<br>- (P)<br>$25,859.00 (U)<br>$25,859.00 (T) |

> (A) – ADMINISTRATIVE
> (S) – SECURED
> (P) – PRIORITY
> (U) – UNSECURED
> (T) – TOTAL CLAIMED

\*   Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 3 – Page 10

EXHIBIT 3 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 32 | OHIO POLICE & FIRE PENSION FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1206<br>385 E. COLORADO BLVD.<br>PASADENA, CA 91101 | 2513 | 1/30/2009 | - (A)<br>$7,265.00 (S)<br>- (P)<br>$720,578.00 (U)<br>$727,844.00 (T) | - (A)<br>- (S)<br>- (P)<br>$720,578.00 (U)<br>$720,578.00 (T) |
| 33 | OIL CASUALTY INVESTMENT CORPORATION LTD.<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-707<br>385 E. COLORADO BLVD<br>PASADENA, CA 91101 | 2801 | 1/30/2009 | - (A)<br>$566.00 (S)<br>- (P)<br>$51,336.00 (U)<br>$51,902.00 (T) | - (A)<br>- (S)<br>- (P)<br>$51,336.00 (U)<br>$51,336.00 (T) |
| 34 | OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1339<br>385 E. COLORADO BLVD<br>PASADENA, CA 91101 | 2817 | 1/30/2009 | - (A)<br>$4,310.00 (S)<br>- (P)<br>$157,648.00 (U)<br>$161,958.00 (T) | - (A)<br>- (S)<br>- (P)<br>$157,648.00 (U)<br>$157,648.00 (T) |
| 35 | PECO ENERGY COMPANY MASTER TRUST<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1235<br>385 E. COLORADO BLVD<br>PASADENA, CA 91101 | 2750 | 1/30/2009 | - (A)<br>$4,003.00 (S)<br>- (P)<br>$27,834.00 (U)<br>$31,837.00 (T) | - (A)<br>- (S)<br>- (P)<br>$27,834.00 (U)<br>$27,834.00 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE**<br>**(S) – SECURED**<br>**(P) – PRIORITY**<br>**(U) – UNSECURED**<br>**(T) – TOTAL CLAIMED** |

\*     Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 3 – Page 11**

EXHIBIT 3 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 36 | PENSION PLAN OF CONSTELLATION ENERGY GROUP, INC. ATTN: DAVID ERCULIANI, DIRECTION OF PENSION MANAGEMENT 100 CONSTELLATION WAY, SUITE 1600P BALTIMORE, MD  21202 | 2235 | 1/28/2009 | - (A) $1,805.00 (S) - (P) $205,866.00 (U) $207,671.00 (T) | - (A) - (S) - (P) $205,866.00 (U) $205,866.00 (T) |
| 37 | PERENNIAL INVESTMENT PARTNERS LIMITED C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-5067 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2461 | 1/30/2009 | - (A) $686.00 (S) - (P) - (U) $686.00 (T) | - (A) - (S) - (P) - (U) - (T) |
| | BARCLAYS BANK PLC TRANSFEROR: PERENNIAL INVESTMENT PARTNERS LIMITED 745 SEVENTH AVENUE NEW YORK, NY  10019 | 2461-1*** | 1/30/2009 | - (A) - (S) - (P) $211,308.00 (U) $211,308.00 (T) | - (A) - (S) - (P) $211,308.00 (U) $211,308.00 (T) |

| (A) – ADMINISTRATIVE |
| --- |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

**    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

***  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 3 – Page 12

**EXHIBIT 3 (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 38 | PRUDENTIAL INSURANCE COMPANY OF AMERICA, THE<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-987<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2591 | 1/30/2009 | - (A)<br>$750.00 (S)<br>- (P)<br>$24,609.00 (U)<br>$25,359.00 (T) | - (A)<br>- (S)<br>- (P)<br>$24,609.00 (U)<br>$24,609.00 (T) |
| 39 | PUTNAM U.S. GOVERNMENT INCOME TRUST<br>JAMES WRIGHT, ROPES & GRAY LLP<br>1 INTERNATIONAL PLACE<br>BOSTON, MA  02110 | 2264 | 1/29/2009 | - (A)<br>- (S)<br>- (P)<br>$22,214.31 (U)<br>$22,214.31 (T) | - (A)<br>- (S)<br>- (P)<br>$17,055.75 (U)<br>$17,055.75 (T) |
| 40 | PUTNAM VARIABLE TRUST - PUTNAM VT INCOME FUND<br>JAMES WRIGHT<br>ROPES & GRAY LLP<br>1 INTERNATIONAL PLACE<br>BOSTON, MA  02110 | 2358 | 1/29/2009 | - (A)<br>- (S)<br>- (P)<br>$13,596.68 (U)<br>$13,596.68 (T) | - (A)<br>- (S)<br>- (P)<br>$11,529.72 (U)<br>$11,529.72 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE**<br>**(S) – SECURED**<br>**(P) – PRIORITY**<br>**(U) – UNSECURED**<br>**(T) – TOTAL CLAIMED** |

\*   Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 3 – Page 13**

**EXHIBIT 3 (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 41 | SCHRODER INTERNATIONAL SELECTION FUND<br>ABSOLUTE RETURN BOND<br>JAMES A. WRIGHT III<br>ROPES & GRAY LLP<br>ONE INTERNATIONAL PLACE<br>BOSTON, MA 02110 | 2292 | 1/29/2009 | - (A)<br>- (S)<br>- (P)<br>$29,467.97 (U)<br>$29,467.97 (T) | - (A)<br>- (S)<br>- (P)<br>$22,026.56 (U)<br>$22,026.56 (T) |
| 42 | SCHRODER SERIES TRUST - TOTAL RETURN FIXED<br>INCOME FUND<br>JAMES A. WRIGHT III<br>ROPES & GRAY LLP<br>ONE INTERNATIONAL PLACE<br>BOSTON, MA 02110 | 2291 | 1/29/2009 | - (A)<br>- (S)<br>- (P)<br>$86,371.87 (U)<br>$86,371.87 (T) | - (A)<br>- (S)<br>- (P)<br>$37,933.59 (U)<br>$37,933.59 (T) |
| 43 | SHELL PENSION TRUST<br>C/O WESTERN ASSET MANAGMENT COMPANY<br>ATTN: LEGAL DEPT. W-1307<br>385 E. COLORADO BLVD.<br>PASADENA, CA 91101 | 2543 | 1/30/2009 | - (A)<br>$9,833.00 (S)<br>- (P)<br>$133,719.00 (U)<br>$143,552.00 (T) | - (A)<br>- (S)<br>- (P)<br>$133,719.00 (U)<br>$133,719.00 (T) |

| (A) – ADMINISTRATIVE |
|---|
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 3 – Page 14**

**EXHIBIT 3 (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 44 | SINGAPORE LABOUR FOUNDATION<br>YIP MOH WAH<br>NTUC CENTRE, NO. 1, MARINA BOULEVARD<br>11-01 ONE MARINA BOULEVARD<br>SINGAPORE  18989<br>SINGAPORE | 7000805 | 1/29/2009 | - (A)<br>$875.00 (S)<br>- (P)<br>$52,562.00 (U)<br>$53,438.00 (T) | - (A)<br>- (S)<br>- (P)<br>$52,562.00 (U)<br>$52,562.00 (T) |
| 45 | SYRACUSE UNIVERSITY<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1418<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2514 | 1/30/2009 | - (A)<br>$1,125.00 (S)<br>- (P)<br>$219.00 (U)<br>$1,344.00 (T) | - (A)<br>- (S)<br>- (P)<br>$468.75 (U)<br>$468.75 (T) |
| 46 | TIME WARNER DEFINED CONTRIBUTION PLANS<br>(MASTER TRUST)<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1690<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2774 | 1/30/2009 | - (A)<br>$2,670.00 (S)<br>- (P)<br>$440,108.00 (U)<br>$442,777.00 (T) | - (A)<br>- (S)<br>- (P)<br>$440,108.00 (U)<br>$440,108.00 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE**<br>**(S) – SECURED**<br>**(P) – PRIORITY**<br>**(U) – UNSECURED**<br>**(T) – TOTAL CLAIMED** |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 3 – Page 15**

EXHIBIT 3 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 47 | UNITED FOODS AND COMMERCIAL WORKERS' UNIONS AND EMPLOYERS' MIDWEST PENSION FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1346 385 E. COLORADO BLVD PASADENA, CA 91101 | 2787 | 1/30/2009 | - (A) $2,449.00 (S) - (P) $51,798.00 (U) $54,247.00 (T) | - (A) - (S) - (P) $51,798.00 (U) $51,798.00 (T) |
| 48 | UNITED NATIONS EDUCATIONAL, SCIENTIFIC AND CULTURAL ORGANIZATION STAFF SAVINGS AND LOANS SERVICE C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-998 385 E. COLORADO BLVD PASADENA, CA 91101 | 2786 | 1/30/2009 | - (A) $159.00 (S) - (P) $26,344.00 (U) $26,503.00 (T) | - (A) - (S) - (P) $26,344.00 (U) $26,344.00 (T) |
| 49 | UNIVERSITY OF ARKANSAS FOUNDATION C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1424 385 E. COLORADO BLVD. PASADENA, CA 91101 | 2167 | 1/29/2009 | - (A) $4,032.00 (S) - (P) $158,391.00 (U) $162,423.00 (T) | - (A) - (S) - (P) $158,391.00 (U) $158,391.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*   Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 3 – Page 16

EXHIBIT 3 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 50 | UNIVERSITY OF ILLINOIS FOUNDATION ENDOWMENT<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-1141<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2526 | 1/30/2009 | - (A)<br>$1,909.00 (S)<br>- (P)<br>$27,281.00 (U)<br>$29,190.00 (T) | - (A)<br>- (S)<br>- (P)<br>$27,281.00 (U)<br>$27,281.00 (T) |
| 51 | WESTERN ASSET CORE BOND FUND<br>TRANSFEROR: LEGG MASON PARTNERS CORE BOND<br>FUND<br>WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT /W-671<br>385 E. COLORADO BLVD<br>PASADENA, CA  91101 | 2527 | 1/30/2009 | - (A)<br>$2,239.00 (S)<br>- (P)<br>$388,941.00 (U)<br>$391,179.00 (T) | - (A)<br>- (S)<br>- (P)<br>$388,941.00 (U)<br>$388,941.00 (T) |
| 52 | WESTERN ASSET U.S. ADJUSTABLE RATE INCOME<br>FUND<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT. W-2330<br>385 E. COLORADO BLVD.<br>PASADENA, CA  91101 | 2557 | 1/30/2009 | - (A)<br>$667.00 (S)<br>- (P)<br>$24,984.00 (U)<br>$25,651.00 (T) | - (A)<br>- (S)<br>- (P)<br>$24,984.00 (U)<br>$24,984.00 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 3 – Page 17

EXHIBIT 3 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 53 | WESTERN ASSET US COMMODITY PLUS MASTER FUND, LTD. C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1371 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1587 | 1/26/2009 | - (A) $3,490.00 (S) - (P) $198,819.00 (U) $202,309.00 (T) | - (A) - (S) - (P) $198,819.00 (U) $198,819.00 (T) |
| | PH&C COMMODITY PLUS PORTFOLIO TRANSFEROR: WESTERN ASSET US COMMODITY PLUS MASTER FUND, LTD. WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-5369 385 E. COLORADO BLVD PASADENA, CA 91101 | 1587-1*** | 1/26/2009 | - (A) - (S) - (P) $230,595.00 (U) $230,595.00 (T) | - (A) - (S) - (P) $230,595.00 (U) $230,595.00 (T) |

| (A) – ADMINISTRATIVE |
|---|
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 3 – Page 18

**EXHIBIT 4**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA
TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION: EXHIBIT 4 (FX CLAIMS)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 1 | BEMPORAD, SIMONE M<br>2206 WYOMING AVE. NW<br>WASHINGTON, DC  20008-3908 | 8002099 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$56,919.50 (U)<br>$56,919.50 (T) |
| 2 | LADANYI, CHRISTOPH<br>22 CHEYNE GARDENS<br>LONDON  SW3 5QT<br>UNITED KINGDOM | 7001000** | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>$1,652,628.52 (U)<br>$1,652,628.52 (T) | - (A)<br>- (S)<br>- (P)<br>- (U)<br>- (T) |
| 3 | MSMM FUNDS PLC PACIFIC BASIN EX-JAPAN EQUITY FUND<br>ELLIOT COHEN<br>909 A ST<br>TACOMA, WA  98402 | 9004641 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$790,700.00 (U)<br>$790,700.00 (T) |
| 4 | NORTHUMBRIAN MANAGEMENT L.L.C.<br>TRANSFEROR: NB RELATIVE VALUE PORTFOLIO TRUST<br>P.O. 8284<br>NEW YORK, NY  10150 | 4938 | 5/29/2009 | $2,827,326.05 (A)<br>UNSPECIFIED* (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$1,255,472.00 (U)<br>$1,255,472.00 (T) |

---

| |
|---|
| **(A) – ADMINISTRATIVE**<br>**(S) – SECURED**<br>**(P) – PRIORITY**<br>**(U) – UNSECURED**<br>**(T) – TOTAL CLAIMED** |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT 4 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 5 | NORTHUMBRIAN MANAGEMENT, L.L.C.<br>TRANSFEROR: NB OFFSHORE DIVERSIFIED ARBITRAGE TRUST<br>PO BOX 8284<br>NEW YORK, NY  10150 | 4934 | 5/29/2009 | $14,068,773.56 (A)<br>UNSPECIFIED* (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$4,334,898.52 (U)<br>$4,334,898.52 (T) |
| 6 | NORTHUMBRIAN MANAGEMENT, L.L.C.<br>TRANSFEROR: STRATEGIC COMMODITIES MASTER FUND, LTD.<br>PO BOX 8284<br>NEW YORK, NY  10150 | 4936 | 5/29/2009 | $1,505,621.82 (A)<br>UNSPECIFIED* (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$888,545.00 (U)<br>$888,545.00 (T) |
| 7 | NORTHUMBRIAN MANAGEMENT, LLC<br>TRANSFEROR: NEUBERGER BERMAN GTAA UNIT TRUST I<br>(FOR QUALIFIED INSTITUTIONAL INVESTORS ONLY)<br>PO BOX 8284<br>NEW YORK, NY  10150 | 6193 | 1/22/2010 | $2,252,384.35 (A)<br>UNSPECIFIED* (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$1,150,343.70 (U)<br>$1,150,343.70 (T) |

(A) – ADMINISTRATIVE
(S) – SECURED
(P) – PRIORITY
(U) – UNSECURED
(T) – TOTAL CLAIMED

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 4 – Page 2

**EXHIBIT 5**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION: EXHIBIT 5 (RECLASS AND ALLOW CLAIMS)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 1 | ATTESTOR CAPITAL, LLP FOR AND ON BEHALF OF ATTESTOR VALUE MASTER FUND TRANSFEROR: CHAUNY S.A. C/O ATTESTOR CAPITAL LLP ATTN: ISOBELLE WHITE 21 UPPER BROOK STREET LONDON  W1K 7PY UNITED KINGDOM | 5124 | 5/26/2009 | - (A) $3,574,050.24 (S) - (P) - (U) $3,574,050.24 (T) | - (A) - (S) - (P) $3,574,050.24 (U) $3,574,050.24 (T) |
| 2 | EMERSON ELECTRIC UK PENSION PLAN C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-938 385 E. COLORADO BLVD. PASADENA, CA  91101 | 2084 | 1/29/2009 | - (A) $8,594.00 (S) - (P) - (U) $8,594.00 (T) | - (A) - (S) - (P) $8,594.00 (U) $8,594.00 (T) |
| 3 | LVIP UBS GLOBAL ASSET ALLOCATION FUND C/O STRADLEY RONON STEVENS & YOUNG, LLP ATTN PAUL A. PATTERSON, ESQUIRE 2600 ONE COMMERCE SQUARE PHILADELPHIA, PA  19103-7598 | 2418 | 1/29/2009 | - (A) $20,324.22 (S) - (P) - (U) $20,324.22 (T) | - (A) - (S) - (P) $20,324.22 (U) $20,324.22 (T) |
| 4 | PUTNAM DIVERSIFIED INCOME TRUST JAMES WRIGHT, ROPES & GRAY LLP 1 INTERNATIONAL PLACE BOSTON, MA  02110 | 2287 | 1/29/2009 | - (A) $1,659,375.00 (S) - (P) - (U) $1,659,375.00 (T) | - (A) - (S) - (P) $1,659,375.00 (U) $1,659,375.00 (T) |

(A) – ADMINISTRATIVE
(S) – SECURED
(P) – PRIORITY
(U) – UNSECURED
(T) – TOTAL CLAIMED

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**EXHIBIT 5 (CONTINUED)**

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 5 | R.L. PENSIONS TRUSTEES LIMITED AS TRUSTEES OF THE ROYAL LIVER ASSURANCE LIMITED SUPERANNUATION FUND C/O WESTERN ASSET MANAGEMENT COMPANY, ATTN: LEGAL DEPT W-5233 385 E. COLORADO BLVD. PASADENA, CA 91101 | 2468 | 1/30/2009 | - (A) $7,031.00 (S) - (P) - (U) $7,031.00 (T) | - (A) - (S) - (P) $7,031.00 (U) $7,031.00 (T) |
| 6 | WHEELS COMMON INVESTMENT FUND FORD MOTOR COMPANY ATTN: DAVID BASIRICO, ROOM: WHQ 813-E6 PENSION ASSET MANAGEMENT ONE AMERICAN ROAD DEARBORN, MI 48126-2701 | 4675 | 5/22/2009 | - (A) $41,406.00 (S) - (P) - (U) $41,406.00 (T) | - (A) - (S) - (P) $41,406.00 (U) $41,406.00 (T) |

> **(A) – ADMINISTRATIVE**
> **(S) – SECURED**
> **(P) – PRIORITY**
> **(U) – UNSECURED**
> **(T) – TOTAL CLAIMED**

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\* Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\* Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

**Exhibit 5 – Page 2**

**EXHIBIT 6**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA

TWO HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION: EXHIBIT 6 (UNDERWRITING FEE CLAIMS)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 1 | BBVA SECURITIES INC.<br>JAVIER EDWARDS<br>1345 AVENUE OF THE AMERICAS 45TH FLOOR<br>NEW YORK, NY 10105 | 9002107 | 1/27/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$793,658.50 (U)<br>$793,658.50 (T) |
| 2 | BOSC, INC.<br>C/O FREDERIC DORWART, LAWYERS<br>ATTN: SAMUEL S. ORY<br>124 EAST FOURTH STREET<br>TULSA, OK 74103 | 4905 | 5/28/2009 | - (A)<br>- (S)<br>- (P)<br>$476,606.00 (U)<br>$476,606.00 (T) | - (A)<br>- (S)<br>- (P)<br>$397,622.49 (U)<br>$397,622.49 (T) |
| 3 | COMERICA SECURITIES, INC.<br>COLIN T. DARKE, ESQ.<br>BODMAN LLP<br>1901 ST. ANTOINE STREET<br>DETROIT, MI 48226 | 3243 | 2/2/2009 | - (A)<br>- (S)<br>- (P)<br>$791,000.00 (U)<br>$791,000.00 (T) | - (A)<br>- (S)<br>- (P)<br>$734,639.65 (U)<br>$734,639.65 (T) |
| 4 | JOHNSON RICE & CO LLC<br>639 LOYOLA AVENUE<br>SUITE 2775<br>NEW ORLEANS, LA 70113-7115 | 1689 | 1/26/2009 | - (A)<br>- (S)<br>- (P)<br>$409,910.00 (U)<br>$409,910.00 (T) | - (A)<br>- (S)<br>- (P)<br>$397,622.49 (U)<br>$397,622.49 (T) |

| |
|---|
| **(A) – ADMINISTRATIVE**<br>**(S) – SECURED**<br>**(P) – PRIORITY**<br>**(U) – UNSECURED**<br>**(T) – TOTAL CLAIMED** |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*    Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

EXHIBIT 6 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 5 | KEYBANC CAPITAL MARKETS, INC.<br>ERIC PEIFFER<br>DEBT CAPITAL MARKETS<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | 7002161 | 5/28/2009 | - (A)<br>- (S)<br>- (P)<br>$609,981.75 (U)<br>$609,981.75 (T) | - (A)<br>- (S)<br>- (P)<br>$597,773.45 (U)<br>$597,773.45 (T) |
| 6 | PIPER JAFFRAY & CO.<br>ATTN: JAMES M. MARTIN<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN 55402 | 1063 | 1/16/2009 | - (A)<br>- (S)<br>- (P)<br>$1,042,688.75 (U)<br>$1,042,688.75 (T) | - (A)<br>- (S)<br>- (P)<br>$1,026,774.95 (U)<br>$1,026,774.95 (T) |
| 7 | SIMMONS & COMPANY INTERNATIONAL<br>KATRINA CELESTINE, CPA DIR OF FINANCE &<br>ACCOUNTING<br>700 LOUISIANA<br>SUITE 1900<br>HOUSTON, TX 77002 | 8001956 | 1/28/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$397,622.49 (U)<br>$397,622.49 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero. To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*    Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 6 – Page 2

EXHIBIT 6 (CONTINUED)

| | NAME / ADDRESS OF CLAIMANT | CLAIM NO. | DATE FILED | ASSERTED AMOUNT | CLAIM AS MODIFIED |
|---|---|---|---|---|---|
| 8 | SIMMONS & COMPANY INTERNATIONAL<br>KATRINA CELSTINE, CPA DIRECTOR OF FINANCE &<br>ACCOUNTING<br>700 LOUISIANA<br>SUITE 1900<br>HOUSTON, TX  77002 | 8001964 | 1/28/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$1,094,307.31 (U)<br>$1,094,307.31 (T) |
| 9 | SOUTHWEST SECURITIES, INC.<br>STEPHEN D DOTY<br>1201 ELM STREET<br>SUITE 3500<br>DALLAS, TX  75270 | 7002112 | 5/28/2009 | - (A)<br>- (S)<br>- (P)<br>$323,745.25 (U)<br>$323,745.25 (T) | - (A)<br>- (S)<br>- (P)<br>$303,351.00 (U)<br>$303,351.00 (T) |
| 10 | TRISTONE CAPITAL CO<br>LYNN TSUTSUMI<br>SUITE1600<br>1225-17TH ST<br>DENVER, CO  80202 | 8003252 | 1/30/2009 | - (A)<br>- (S)<br>- (P)<br>UNSPECIFIED* (U)<br>UNSPECIFIED* (T) | - (A)<br>- (S)<br>- (P)<br>$1,026,110.70 (U)<br>$1,026,110.70 (T) |
| 11 | TUDOR, PICKERING, HOLT & CO. SECURITIES, INC.<br>ALEXANDRA PRUNER, CFO<br>1111 BAGBY, SUITE 5100<br>HOUSTON, TX  77002 | 5301 | 5/29/2009 | - (A)<br>- (S)<br>- (P)<br>$2,187,846.19 (U)<br>$2,187,846.19 (T) | - (A)<br>- (S)<br>- (P)<br>$2,145,026.67 (U)<br>$2,145,026.67 (T) |

| |
|---|
| (A) – ADMINISTRATIVE |
| (S) – SECURED |
| (P) – PRIORITY |
| (U) – UNSECURED |
| (T) – TOTAL CLAIMED |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Claim calculated to an amount less than or equal to zero.  To the extent the claim calculates to an amount less than zero, the Trustee reserves any and all rights to pursue such amount.

\*\*\*  Pursuant to paragraph 27 of the Objection, the Trustee does not object to this Financial Product Claim and it is on this Exhibit for the sake of clarity.

Exhibit 6 – Page 3