UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS INC.,

Debtor.

Case No. 08-01420 (SCC) SIPA

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING
TRUSTEE'S TWO HUNDRED TWELFTH OMNIBUS OBJECTION
TO GENERAL CREDITOR CLAIMS (NO LIABILITY CLAIMS)**

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's amended case management procedures set forth in the Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, entered on July 13, 2010 (ECF No. 3466) (the "Amended Case Management Order"), and the Order pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of General Creditor Claim Objection Procedures, entered on November 15, 2012 (ECF No. 5441) (the "Claims Objection Procedures Order"), the undersigned hereby certifies as follows:

1.      On February 24, 2014, the undersigned, on behalf of James W. Giddens (the "Trustee"), as Trustee for the SIPA liquidation of Lehman Brothers Inc., caused the Trustee's Two Hundred Twelfth Omnibus Objection to General Creditor Claims (No Liability Claims) (ECF No. 8332) (the "Objection") to be filed with the United States Bankruptcy Court for the Southern District of New York.

2.      In accordance with the Claims Objection Procedures Order, March 17, 2014 at 4:00 p.m. (Prevailing Eastern Time) was established as the deadline for parties to object or file a response to the Objection (the "Response Deadline"). The Response Deadline was extended for

64023487_1

one claimant to March 24, 2014.  The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections have been filed prior to the relevant Response Deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline and the extension thereto have now passed and, to the best of my knowledge, no objection or other responsive pleading to the Objection has been filed with the Court on the docket of the above-referenced case in accordance with the procedures set forth in the Amended Case Management Order, nor has any objection or other responsive pleading with respect to the Objection been served on counsel to the Trustee to date.

4. Accordingly, for the reasons set forth in the Objection, the Trustee respectfully requests that the proposed Order annexed hereto as Exhibit A be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: New York, New York
April 3, 2014

HUGHES HUBBARD & REED LLP

By: /s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin
Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: kobak@hugheshubbard.com

Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.

2

64023487_1

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA |

**[PROPOSED] ORDER GRANTING THE TRUSTEE'S TWO HUNDRED TWELFTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS**
<u>**(NO LIABILITY CLAIMS)**</u>

Upon the two hundred twelfth omnibus objection to claims, dated February 24 2014 (the "<u>Two Hundred Twelfth Omnibus Objection to General Creditor Claims</u>"),[1] of James W. Giddens (the "<u>Trustee</u>"), as trustee for the liquidation of Lehman Brothers Inc. (the "<u>Debtor</u>" or "<u>LBI</u>") under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa *et seq.* ("<u>SIPA</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), as made applicable to this proceeding pursuant to sections 78fff(b) and 78fff-1(a) of SIPA, and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), disallowing and expunging the No Liability Claims on the grounds that LBI does not have any liability, in whole or in part, all as more fully described in the Two Hundred Twelfth Omnibus Objection to General Creditor Claims; and due and proper notice of the Two Hundred Twelfth Omnibus Objection to General Creditor Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Twelfth Omnibus Objection to General Creditor Claims is in the best interests of LBI, its estate, its customers and creditors, and all

---

1. Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

parties in interest and that the legal and factual bases set forth in the Two Hundred Twelfth Omnibus Objection to General Creditor Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the relief requested in the Two Hundred Twelfth Omnibus Objection to General Creditor Claims is granted; and it is further

**ORDERED** that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 (collectively, the "No Liability Claims") are disallowed and expunged in their entirety with prejudice; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
_____, 2014

_____
HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

## IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA
## TWO HUNDRED TWELFTH OMNIBUS OBJECTION: EXHIBIT 1- NO LIABILITY CLAIMS

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | ALASKA PERMANENT CAP MGMT A/C CITY & BOROUGH OF JUNEAU 900 W. 5TH AVENUE SUITE 601 ANCHORAGE, AK 99501-2044 | 5580 | 6/1/2009 | $75,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 2 | AMYLIN PHARMACEUTICALS ATTN: GREGORY CUDDEBACK, DIRECTOR - FINANCE 9360 TOWNE CENTRE DRIVE SAN DIEGO, CA 92121 | 4783 | 5/27/2009 | $6,750,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 3 | ARBUTHNOT LATHAM & COMPANY LTD ARBUTHNOT HOUSE 20 ROPEMAKER STREET LONDON EC24 9AR UNITED KINGDOM | 1556 | 1/26/2009 | $974,408.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 4 | BAKER, JAMES R. 600 EAGLE DRIVE PINEVILLE, LA 71360 | 3373 | 2/2/2009 | $337,936.65 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 5 | BANC INTERNACIONAL D ANDORRA ADELA CORTINA FABREGA AV MERITXELL, 96 ANDORRA AD500 ANDORRA | 7002070 | 5/27/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 6 | BENEFICIAL FINANCIAL GROUP NICK LARSEN PO BOX 11558 SALT LAKE CITY, UT 84147 | 7002089 | 5/27/2009 | $3,000,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 7 | BENNETT, MARTIN TTEE 167TH ST PRESCRIPTION CTR INC PEN TR 219 30 STEWART ROAD HOLLIS HILLS, NY 11427 | 1963 | 1/28/2009 | $200,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 8 | BLUE CROSS AND BLUE SHIELD OF ALABAMA<br>MARY C SMITH<br>450 RIVERCHASE PARKWAY EAST<br>BIRMINGHAM, AL 35298 | 7000781 | 1/29/2009 | $4,128,008.69 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 9 | BNP PARIBAS SINGAPORE TRUST CORPORATION LIMITED<br>AS TRUSTEES OF [REDACTED]<br>20 COLLYER QUAY #18-01 TUNG CENTRE<br>SINGAPORE 049319<br>SINGAPORE | 1658 | 1/26/2009 | $285,794.25 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 10 | CHIN, HENRY<br>270 SUGAR TOMS LANE<br>APT 1504<br>EAST NORWICH, NY 11732-1159 | 7001077 | 1/30/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 11 | CITITRUST MF [REDACTED]<br>CITITRUST SPA ISTITUTO FIDUCIARIO<br>FORO BUONAPARTE N 16<br>MILANO 20121<br>ITALY | 3459 | 2/5/2009 | $152,435.48 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 12 | CITY LONG BEACH<br>STEVEN T GUBNER<br>21650 OXNARD STREET, SUITE 500<br>333 WEST OCEAN BLVD<br>WOODLAND HILLS, CA 91367 | 7000742 | 1/29/2009 | $20,000,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 13 | DANLY, BARBARA A., TTEE<br>BARBARA A DANLY TRUST DTD 10/08/90<br>7 ACADEMY LANE, APT. 123<br>TOPSHAM, ME 04086 | 585 | 12/30/2008 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 14 | DESERET MUTUAL BENEFITS ADMINISTRATORS<br>NICK LARSEN<br>PO BOX 11558<br>SALT LAKE CITY, UT 84147 | 7002090 | 5/27/2009 | $11,535,160.39 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 15 | DOROTHY SITTON TRUST, FARMERS STATE BANK, TRUSTEE<br>C/O VICTOR J. HENSON<br>200 WEST STATE STREET<br>JACKSONVILLE, IL 62650 | 5548 | 6/1/2009 | $26,068.75 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 16 | ELLIOT COMMON TRUST FUND LLC<br>CHRIS ANGIULO<br>ELLIOT FINANCIAL SERVICES<br>1070 HOLT AVE<br>MANCHESTER, NH  03109-5603 | 2432 | 1/29/2009 | $600,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 17 | FRADIN, RUSSELL P. & JUDITH B., TEN IN COM<br>200 OLD GREEN BAY ROAD<br>WINNETKA, IL  60093-1561 | 2999 | 1/30/2009 | $450,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 18 | HALCO INVESTMENTS L.C.<br>ATTN: HALPERIN, BARRY<br>500 SOUTHEAST FIFTH AVE.<br>PENTHOUSE 01<br>BOCA RATON, FL  33432 | 2430 | 1/29/2009 | $450,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 19 | HAUN, JOHN M<br>181 CORONADO AVENUE<br>SAN CARLOS, CA  94070-2805 | 185 | 12/15/2008 | $2,678.23 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 20 | IRRONI, JONATHAN<br>18 ASAEL ST<br>TEL-AVIV 69083<br>ISRAEL | 9007076 | 1/26/2009 | UNSPECIFIED* | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 21 | KOSS, JAN DEDEKA<br>2031 HARMON TOWERS<br>SECAUCUS, NJ  07094 | 789 | 1/9/2009 | $76,568.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 22 | LANIFICIO EUROPA S.N.C. DI PIERO<br>E LUIGI GUARDUCCI<br>MAURIZIO AVV. NARDI<br>VIALE DELLA REPUBBLICA N. 235<br>PRATO, PO  59100<br>ITALY | 7002211 | 5/27/2009 | $1,412,828.48 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 23 | LIM, MDM PEK TIN AND KIM KEE YAP<br>59G DUKU ROAD<br>SINGAPORE  429222<br>SINGAPORE | 7001986 | 5/25/2009 | $172,413.79 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 24 | LUDWIG, GARY K.<br>14836 PRAIRIE LAKE DR<br>PERRYSBURG, OH 43551-8852 | 839 | 1/9/2009 | $25,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 25 | MORRIS, DAVID<br>2016 PACIFIC AVENUE, APT. 301<br>SAN FRANCISCO, CA 94109-2258 | 4336 | 4/17/2009 | $25,753.85 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 26 | MT. WASHINGTON CO-OP<br>455 WEST BROADWAY<br>SOUTH BOSTON, MA 02127 | 4158 | 3/12/2009 | $178,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 27 | NATIONAL FINANCIAL COMPANY PENSION DTD 1/1/1998<br>20 PINEWOOD BLVD - SUITE #3<br>PO BOX 18185<br>MUNDS PARK, AZ 86017 | 1607 | 1/26/2009 | $630,636.95 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 28 | NATIONAL FINANCIAL COMPANY<br>20 PINEWOOD BLVD SUITE 3<br>PO BOX 18185<br>MUNDS PARK, AZ 86017-8185 | 1657 | 1/26/2009 | $639,705.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 29 | NLC MUTUAL INSURANCE COMPANY<br>MICHAEL EUGENE MCCORD<br>ATTN MICHAEL MCCORD<br>1301 PENNSYLVANIA NW<br>SUITE 550<br>WASHINGTON, DC 20004 | 7000363 | 1/12/2009 | $1,543,125.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 30 | OHIO NATIONAL LIFE ASSURANCE CORPORATION, THE<br>ONE FINANCIAL WAY<br>CINCINNATI, OH 45242 | 4438 | 5/6/2009 | $1,000,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 31 | OHIO NATIONAL LIFE INSURANCE COMPANY, THE<br>ONE FINANCIAL WAY<br>CINCINNATI, OH 45242 | 4437 | 5/6/2009 | $2,000,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 32 | PANAGEAS, SAM S AND KATHERINE S JTWROS<br>126 SILVER SPRING ROAD<br>RIDGEFIELD, CT 06877-5415 | 7000780 | 1/29/2009 | $200,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 33 | PARET, FRITZ<br>17954 SW 35 ST<br>MIRAMAR, FL 33029 | 1189 | 1/20/2009 | $116,015.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 34 | PEOPLE'S UNITED BANK<br>2 BURLINGTON SQUARE<br>ATTN: TRUST DEPT<br>BURLINGTON, VT 05401 | 2737 | 1/30/2009 | $1,915,231.15 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 35 | PHILIPS, PHILLIP B. JR.<br>3728 PHILLIPS HWY, SUITE 219<br>JACKSONVILLE, FL 32207-6880 | 3190 | 1/30/2009 | $200,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 36 | RABITZ, ARTHUR A, TTEE<br>GLADYS R RABITZ TTEE<br>ARTHUR A RABITZ AND GLADYS R RABITZ TRUST DTD 07/22/1988<br>18315 DAVES AVENUE<br>LOS GATOS, CA 95030-3113 | 657 | 1/5/2009 | $54,837.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITY REPRESENTS A DEPOSIT AGREEMENT WITH LEHMAN BROTHERS BANK FSB, SUBSEQUENTLY KNOWN AS AURORA BANK FSB, NOT LBI. |
| 37 | ROTMAN, MARVIN - ACF DAVID Z. ROTMAN U/NY/UGMA<br>94 KINGSPOINT ROAD<br>KINGSPOINT, NY 11024-1303 | 2197 | 1/29/2009 | $67,585.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 38 | ROTMAN, MARVIN<br>IRA ROLLOVER CUSTODIAN<br>94 KINGSPOINT ROAD<br>KINGSPOINT, NY 11024-1303 | 2190 | 1/29/2009 | $786,820.77 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 39 | SHINKONG INSURANCE CO., LTD<br>5-12/F, NO 15 CHIENKUO N ROAD SEC 2 TAIPEI 104<br>TAIWAN | 7000181 | 12/22/2008 | $2,030,666.66 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

| | NAME / ADDRESS OF CLAIMANT | CLAIM NUMBER | DATE FILED | TOTAL CLAIM DOLLARS | TRUSTEE'S REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 40 | SICA, SUSAN<br>364 95TH STREET<br>APT. 1A<br>BROOKLYN, NY 11209 | 7001324 | 3/20/2009 | $7,086.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| 41 | THIRD STAGE INVESTMENT GRP<br>A/C [REDACTED]<br>1326 BELLEVUE WAY NE#6<br>BELLEVUE, WA 98004-3685 | 1089 | 1/16/2009 | $250,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 42 | TOKYO SHOKENGYO KENKO-HOKEN KUMIAI<br>NIHON BASHI KAYABACHO<br>CHOO-KU<br>TOKYO<br>JAPAN | 3442 | 2/4/2009 | $9,983,358.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 43 | WALSH, JOHN L AND PATRICIA M<br>JTWROS<br>1504 E GRAND OAK LANE<br>WEST CHESTER, PA 19380-5911 | 3536 | 2/9/2009 | $69,057.87 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITIES WERE NOT ISSUED OR GUARANTEED BY LBI. |
| 44 | WILLIAMS, LORELEI IMA<br>HARRIS N.A.<br>111 W. MONROE ST FLOOR 111/LLE<br>ATTN: MINA GARCIA<br>CHICAGO, IL 60603 | 1924 | 1/28/2009 | $100,000.00 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED SECURITY REPRESENTS A DEPOSIT AGREEMENT WITH LEHMAN BROTHERS BANK FSB, SUBSEQUENTLY KNOWN AS AURORA BANK FSB, NOT LBI. |
| 45 | ZUNINO, F. ANTHONY<br>311 WEST 43RD STREET<br>NEW YORK, NY 10036 | 7000405 | 1/20/2009 | $12,893.98 | NO LEGAL OR FACTUAL JUSTIFICATION FOR ASSERTING A CLAIM AGAINST LBI. THE CLAIMED STOCK CONSTITUTES AN EQUITY INTEREST IN LBHI. |
| | Total | | | $72,465,072.94 | |

---

* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.