HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA |

**NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S
TWO HUNDRED TENTH OMNIBUS OBJECTION
TO GENERAL CREDITOR CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing regarding the Trustee's Two Hundred Tenth Omnibus Objection to to General Creditor Claims (No Liability Claims) (the "Objection") [ECF No. 8284] that was scheduled for May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to June 19, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"). The Hearing on the Objection will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

64101648_1

Dated: New York, New York
April 28, 2014

        HUGHES HUBBARD & REED LLP

        By: /s/ Jason C. Benton
        James B. Kobak, Jr.
        Christopher K. Kiplok
        Jason C. Benton
        Christopher Gartman
        One Battery Park Plaza
        New York, New York 10004
        Telephone:  (212) 837-6000
        Facsimile:  (212) 422-4726
        Email:  benton@hugheshubbard.com

        Attorneys for James W. Giddens,
        Trustee for the SIPA Liquidation of
        Lehman Brothers Inc.

64101648_1