**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| LEHMAN BROTHERS INC., | Case No. 08-01420 (SCC) SIPA |
| Debtor. | |

**ORDER GRANTING THE TRUSTEE'S TWO HUNDRED
TWENTY-FIRST OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS
(REDUNDANT CLAIMS)**

Upon the two hundred twenty-first omnibus objection to claims, dated March 19, 2014 (the "Two Hundred Twenty-First Omnibus Objection to General Creditor Claims") [ECF No. 8520],[1] of James W. Giddens (the "Trustee"), as trustee for the liquidation of Lehman Brothers Inc. ("LBI") under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), as made applicable to this proceeding pursuant to SIPA §§ 78fff(b) and 78fff-1(a), and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing and expunging certain Redundant Claims, on the grounds that (i) such general creditor claims are exact duplicates or are in substance duplicates of the corresponding Duplicative Surviving Claims, (ii) such general creditor claims have been amended and superseded by the corresponding Amending Surviving Claim, or (iii) determined the transactions and amounts claimed in the Multiple Filer Duplicate Claims are in substance duplicates of or fully claimed within the corresponding Surviving Claims, as more fully described in the Two Hundred Twenty-First Omnibus Objection to

---

1.   Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

General Creditor Claims; and due and proper notice of the Two Hundred Twenty-First Omnibus Objection to General Creditor Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Twenty-First Omnibus Objection to General Creditor Claims is in the best interests of LBI, its estate, its customers and creditors, and all parties in interest and that the legal and factual bases set forth in the Two Hundred Twenty-First Omnibus Objection to General Creditor Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

  **ORDERED** that the relief requested in the Two Hundred Twenty-First Omnibus Objection to General Creditor Claims is granted; and it is further

  **ORDERED** that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit 1</u>, <u>Exhibit 2</u>, and <u>Exhibit 3</u> (collectively, the "<u>Exhibits</u>") under the heading *"Claims to be Disallowed and Expunged"* are disallowed and expunged in their entirety with prejudice as set forth in the Exhibits; and it is further

  **ORDERED** that the claims listed on the Exhibits annexed hereto under the heading *"Surviving Claims"* (collectively, the "<u>Surviving Claims</u>") will remain on the LBI general claims register subject to the Trustee's right to further object as set forth herein; and it is further

  **ORDERED** that all information included on and all documentation filed in support of any Redundant Claim shall be treated as having been filed in support of and included in the corresponding Surviving Claim; and it is further

  **ORDERED** that notwithstanding any other provision of this Order, a Surviving Claim and all documentation previously filed in support of the Surviving Claim shall be deemed

timely filed to the extent it appropriately amended and superseded, directly or indirectly, a claim that had been timely filed; and it is further

**ORDERED** that this Order supersedes all previous orders regarding the disposition of the Claims listed on the Exhibits annexed hereto; and it is further

**ORDERED** that nothing in this Order or the disallowance and expungement of the Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Trustee's rights to object to the Surviving Claims on any basis is preserved; and it is further

**ORDERED** that the Trustee has withdrawn without prejudice his objection with respect to the claims listed on Exhibit 4 annexed hereto; and it is further

**ORDERED** that the Trustee has adjourned the hearing regarding his Two Hundred Twenty-First Omnibus Objection to General Creditor Claims, solely with respect to the claim listed on Exhibit 5 annexed hereto, to May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing"); and it is further

**ORDERED** that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A, Exhibit B, and Exhibit C annexed to the Two Hundred Twenty-First Omnibus Objection to General Creditor Claims that is not listed on Exhibit 1, Exhibit 2, and Exhibit 3 annexed hereto; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and interpretation of this Order.

Dated: April 29, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

**<u>EXHIBIT 1</u>**

## IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420(SCC) SIPA
## TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION: EXHIBIT 1- DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AMTRUST BANK FORMERLY KNOWN AS OHIO SAVINGS BANK C/O KIMON ZAVERDINOS 1801 EAST NINTH STREET SUITE 200 CLEVELAND, OH 44114-3103 | 1/26/2009 | 1539 | $101,550.00 | AMTRUST BANK C/O KIMON ZAVERDINOS ATTN: TREASURY 1801 EAST NINTH STREET SUITE 200 CLEVELAND, OH 44114-3103 | 1/26/2009 | 900001830** | $101,550.00 |
| 2 | ARMY EMERGENCY RELIEF C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-2036 385 E. COLORADO BLVD PASADENA, CA 91101 | 1/30/2009 | 2448 | $78,930.00 | ARMY EMERGENCY RELIEF WESTERN ASSET MANAGEMENT COMPANY PATRICK HERRINGTON 50 S LASALLE ST CHICAGO, IL 60603 | 2/2/2009 | 9006055 | UNSPECIFIED* |
| 3 | BMO NESBITT BURNS INC. DAVID FERGUSON C/O HARRIS N.A. 111 WEST MONROE STREET CHICAGO, IL 60611 | 1/30/2009 | 8003274 | UNSPECIFIED* | BMO NESBITT BURNS, INC. JAMES E. SPIOTTO CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO, IL 60603-4080 | 5/29/2009 | 5131 | $80,894.40 |
| 4 | COMMINGLED PENSION TRUST FUND SUBADVISED FIXED INCOME-W SCOTT E. RICHTER, ESQ. & STACEY L. ANGEL C/O J.P. MORGAN INVESTMENT MANAGEMENT INC. 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS, OH 43240-2050 | 1/29/2009 | 9003352 | UNSPECIFIED* | JPMORGAN ASSET MANAGEMENT TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. C/O LEGAL DEPT FLOOR 9 - ATTN WAYNE H CHAN 270 PARK AVE NEW YORK, NY 10017 | 5/15/2009 | 4529 | $16,796.87 |

\*   Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Allowed Claim

Exhibit 1 – Page 1

CLAIMS TO BE DISALLOWED AND EXPUNGED                                           SURVIVING CLAIMS

| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|
| 5 | CRUCIBLE MATERIALS-HOURLY PETER TROJANO C/O STANDISH ASSET MANAGEMENT CO LLC 201 WASHINGTON ST BOSTON, MA 02108 | 1/30/2009 | 9005006 | UNSPECIFIED* | CRUCIBLE MATERIALS-HOURLY C/O STANDISH ASSET MANAGEMENT CO. LLC BNY MELLON CENTER 201 WASHINGTON STREET BOSTON, MA 02108 | 1/30/2009 | 2982 | $89,038.06 |
| 6 | EDWARD GRECO QTIP TRUST JACQUE BUCELOT TTEE FBO EDWARD GRECO QUALIFIED TERM INTEREST IN PROPERTY TRUST UWO 5/18/1995 15 STERLING STREET BEACON, NY 12508-1439 | 12/11/2008 | 109 | $200.00 | EDWARD GRECO QUALIFIED TERM INTEREST IN PTY TR UWO 5/18/1995 15 STERLING STREET BEACON, NY 12508-1439 | 12/11/2008 | 900000101** | $200.00 |
| 7 | GRACE BROTHERS LTD 1560 SHERMAN AVE STE 900 EVANSTON, IL 60201-4809 | 1/23/2009 | 1316 | UNSPECIFIED* | GRACE BROTHERS LTD CHARLENE O'CONNOR 1560 SHERMAN AVE STE 900 EVANSTON, IL 60201-4809 | 1/23/2009 | 900001695** | $5,531.38 |
| 8 | ING LIFE INSURANCE AND ANNUITY COMPANY GIL MATHIS ONE ORANGE WAY WINDSOR, CT 06095-4774 | 9/26/2008 | 9008027 | UNSPECIFIED* | ING LIFE INSURANCE & ANNUITY CO. C/O ING INVESTMENT MANAGEMENT 230 PARK AVENUE NEW YORK, NY 10169-0005 | 1/28/2009 | 8002336 | UNSPECIFIED* |
| 9 | IRVING S GILMORE FOUNDATION ADAM SHAPIRO C/O STONE HARBOR INVESTMENT PARTNERS 31 W 52ND STR SUITE 900 NEW YORK, NY 10019 | 1/28/2009 | 9002274 | UNSPECIFIED* | IRVING S. GILMORE FOUNDATION ATTN: ADAM SHAPIRO STONE HARBOR INVESTMENT PARTNERS, LP 31 WEST 52ND STREET NEW YORK, NY 10019 | 1/28/2009 | 1850 | $6,937.50 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Allowed Claim

Exhibit 1 – Page 2

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | KUWAIT INVESTMENT AUTHORITY ADEL N HAMADAH MINISTRIES COMPLEX, BLOCK 3 GROUND FLOOR, P.O. BOX 64 SAFAT  13001 KUWAIT | 1/27/2009 | 9002185 | UNSPECIFIED* | KUWAIT INVESTMENT AUTHORITY CITIBANK, N.A. (FUND 123) CITGROUP CENTRE CANADA SQUARE CANARY WHARF LONDON  E14 5LB UNITED KINGDOM | 5/19/2009 | 4656 | $43,976.57 |
| 11 | LILY POND CURRENCY MASTER FUND LTD GLEN C CARNES RE LILY POND CAPITAL MGMT LLC 450 PARK AVENUE SUITE 2103 NEW YORK, NY  10022-2676 | 1/9/2009 | 7000284 | $2,010.91 | LILY POND CURRENCY MASTER FUND LTD GLEN C CARNES RE LILY POND CAPITAL MGMT LLC 450 PARK AVENUE SUITE 2103 NEW YORK, NY  10022-2676 | 1/9/2009 | 800000843** | $2,010.91 |
| 12 | LILY POND CURRENCY PLUS MASTER FUND LTD GLEN CARNES C/O LILY POND CAPITAL MANAGEMENT LLC 450 PARK AVENUE, SUITE 2103 NEW YORK, NY  10022 | 1/9/2009 | 7000292 | $18,197.37 | LILY POND CURRENCY PLUS MASTER FUND LTD GLEN CARNES C/O LILY POND CAPITAL MANAGEMENT LLC 450 PARK AVENUE, SUITE 2103 NEW YORK, NY  10022 | 1/9/2009 | 800000847** | $18,197.37 |
| 13 | LM US BOND CORE PLUS MOTHER FUND C/O JAPAN TRUSTEE SERVICES BANK, LTD. AS TRUSTEE ATTN: INVESTMENT TRUST DEPARTMENT 8-11, HARUMI 1-CHOME, CHUO-KU TOKYO JAPAN | 1/28/2009 | 2006 | $208,948.00 | LM US BOND CORE PLUS MOTHER FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1972 385 E. COLORADO BLVD. PASADENA, CA  91101 | 1/30/2009 | 2540 | $208,948.00 |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Allowed Claim

Exhibit 1 – Page 3

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 14 | MERABET, OLIVER ROUTE DE LANVOLLEN LE GOAS-MEUR PLOUHA 22580 FRANCE | 5/27/2009 | 4811 | $402.65 | MERABET, OLIVER ROUTE DE LANVOLLEN LE GOAS-MEUR PLOUHA 22580 FRANCE | 5/27/2009 | 900007535** | $402.65 |
| 15 | PEWZ S.A. RUTA 8 KM 17500 EDIFICIO 121A OF 004 MONTEVIDEO CP 96000 URUGUAY | 1/14/2009 | 1000 | $20,544.76 | PELUZ S.A. C/O CAROLINA CIKUREL RUTA 8 KM 17500 ZONA AMERICA EDIFICIO 121A OF 004 MONTEVIDEO CP 96000 URUGUAY | 1/14/2009 | 900001177** | $14,202,110.00 |
| 16 | SEI INSTITUTIONAL MANAGED TRUST-CORE FIXED INCOME FUND METROLOLITAN WEST ASSET MGMT 11766 WILSHIRE BLVD STE 1580 LOS ANGELES, CA 90025-6576 | 1/29/2009 | 2072 | $206,953.13 | SEI INSTITUTIONAL MANAGED TRUST METWEST 761 SEI INSTITUTIONAL MANAGED TRST METROPOLITAN WEST ASSET MANAGEMENT 11766 WILSHIRE BLVD STE 1580 LOS ANGELES, CA 90025-6576 | 9/17/2009 | 6138 | $206,953.13 |
| 17 | SEI INSTITUTIONAL MANAGED TRUST-CORE FIXED INCOME FUND (MW # 761) METROPOLITAN WEST ASSET MANAGEMENT, LLC 11766 WILSHIRE BLVD., SUITE 1500 LOS ANGELES, CA 90025 | 9/17/2009 | 6137 | $206,953.13 | SEI INSTITUTIONAL MANAGED TRUST METWEST 761 SEI INSTITUTIONAL MANAGED TRST METROPOLITAN WEST ASSET MANAGEMENT 11766 WILSHIRE BLVD STE 1580 LOS ANGELES, CA 90025-6576 | 9/17/2009 | 6138 | $206,953.13 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit 1 – Page 4

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 18 | SNYDER, BRIAN<br>40 EAST 83RD STREET #38<br>NEW YORK, NY  10028-0843 | 1/28/2009 | 1921 | $46,401.36 | SNYDER, BRIAN<br>40 EAST 83RD STREET #38<br>NEW YORK, NY  10028-0843 | 1/28/2009 | 900002514** | $32,076.15 |
| 19 | STERLING CAPITAL MANAGEMENT LLC ON BEHALF OF ITS DISCRETIONARY ADVISORY CLIENT UNION REGIONAL MEDICAL CENTER DEFINED PENSION PLAN<br>ATTN KENNETH R. COTNER, EXECUTIVE DIRECTOR<br>115 OFFICE PARK DRIVE<br>MOUNTAIN BROOK, AL  35223-2421 | 10/7/2008 | 9008081 | UNSPECIFIED* | STERLING CAPITAL MANAGEMENT LLC<br>KENNETH R COTNER<br>115 OFFICE PARK DRIVE<br>MOUNTAIN BROOK, AL  35223-2421 | 10/7/2008 | 9008104 | $1,995.70 |
| 20 | TEACHERS RETIREMNT SYS TX<br>CAROL ELLIS<br>1000 RED RIVER STREET<br>AUSTIN, TX  78701-2627 | 1/30/2009 | 9004548 | UNSPECIFIED* | TEACHERS RETIREMENT SYSTEM OF TEXAS<br>1000 RED RIVER STREET<br>AUSTIN, TX  78701-2627 | 1/30/2009 | 2895 | $80,971.03 |
| 21 | THE WALT DISNEY RETIREMENT PLAN MASTER TRUST<br>ATTN: IRENA GOLDSTEIN<br>C/O PROSKAUER ROSE LLP<br>ELEVEN TIMES SQUARE<br>NEW YORK, NY  10036-8299 | 5/27/2009 | 7002063 | $266,344.00 | WALT DISNEY RETIREMENT PLAN MASTER TRUST, THE<br>C/O THE WALT DISNEY COMPANY<br>ATTN: MITCHELL K POLON<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA  91521-0050 | 6/2/2009 | 5936 | $266,344.00 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit 1 – Page 5

CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS

| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|
| 22 | TOMICKI, BERNARD J & HELEN G TTEES FBO BERNARD J & HELEN G TOMICKI REV LIV TRUST U/A/D 11/18/98 2505 NATURE BEND CARROLLTON, TX  75006-2004 | 12/12/2008 | 128 | $1,148.07 | TOMICKI, BERNARD J & HELEN G TTEES FBO BERNARD J & HELEN G TOMICKI REV LIV TRUST U/A/D 11/18/98 2505 NATURE BEND CARROLLTON, TX  75006-2004 | 12/12/2008 | 900000121** | $1,148.07 |
| 23 | VONWIN CAPITAL MANAGEMENT, LP TRANSFEROR: MUNICIPAL SECURITIES RULEMAKING ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK, NY  10016 | 1/28/2009 | 9002393 | UNSPECIFIED* | VONWIN CAPITAL MANAGEMENT, L.P. TRANSFEROR: MUNICIPAL SECURITIES RULEMAKING VONWIN CAPITAL, LLC ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR NEW YORK, NY  10016 | 1/28/2009 | 1919 | $192,056.08 |

\*     Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit 1 – Page 6

**<u>EXHIBIT 2</u>**

IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA
**TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION: EXHIBIT 2 - AMENDED AND SUPERSEDED CLAIMS**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BEAFORD INVESTMENTS LIMITED LETHERA S. MCCARTNEY, VP JP MORGAN TRUST CO (BAHAMAS) LIMITED PO BOX N - 4899, 2ND FLOOR, BAHAMAS FINANCIAL CENTRE SHIRLEY & CHARLOTTE STS. NASSAU BAHAMAS | 12/8/2008 | 8000122 | UNSPECIFIED* | BEAFORD INVESTMENTS LIMITED ATTN: ANGELA WATSON J.P. MORGAN TRUST COMPANY (BAHAMAS) LIMITED BAHAMAS FINANCIAL CENTER, 2ND FLOOR SHIRLEY & CHARLOTTE STREETS PO BOX N-4899 NASSAU BAHAMAS | 7/23/2009 | 6083 | $9,578,839.00 |
| 2 | BEIJING FOREIGN ENTERPRISE HUMAN RESOURCES SERVICE CO., LTD. MS. ZHANG XIAOWEN, UNIT 2508, LEVEL 25 CHINA WORLD TOWER 1 NO. 1 JIAN GUO MEN WAI AVENUE BEIJING  100004 CHINA, P.R.C. | 12/30/2008 | 581 | $3,293.55 | BEIJING FOREIGN ENTERPRISE HUMAN RESOURCES SERVICE CO., LTD. MS. ZHANG XIAOWEN, UNIT 2508, LEVEL 25 CHINA WORLD TOWER 1 NO. 1 JIAN GUO MEN WAI AVENUE BEIJING  100004 CHINA | 6/1/2009 | 5619 | $3,293.55 |
| 3 | BOEING COMPANY VOLUNTARY INVESTMENT PLAN, THE C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1655 385 E COLORADO BLVD PASADENA, CA  91101 | 1/30/2009 | 2971 | $3,200,788.00 | BOEING COMPANY VOLUNTARY INVESTMENT PLAN WESTERN ASSET MANAGEMENT COMPANY 100 N RIVERSIDE PLAZA CHICAGO, IL  60606 | 2/2/2009 | 9005942 | UNSPECIFIED* |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Allowed Claim

**Exhibit 2 – Page 1**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 4 | BROWN, MELVILLE JR. 9516 FAIRCREST DRIVE DALLAS, TX  75238 | 5/26/2009 | 7002026 | $89,088.07 | BROWN, MELVILLE M., JR 9516 FAIRCREST DR. DALLAS, TX  75238-1416 | 1/30/2009 | 3104 | $372,372.99 |
| 5 | BROWN, MELVILLE 9516 FAIRCREST DRIVE DALLAS, TX  75238 | 1/30/2009 | 9005575 | UNSPECIFIED* | BROWN, MELVILLE M., JR 9516 FAIRCREST DR. DALLAS, TX  75238-1416 | 1/30/2009 | 3104 | $372,372.99 |
| 6 | CHAUNY SA ATTN:SEBASTIAN FERULLO JUNCAL 1327 ESC 303 MONTEVIDEO URUGUAY | 5/26/2009 | 9007750 | UNSPECIFIED* | ATTESTOR CAPITAL, LLP FOR AND ON BEHALF OF ATTESTOR VALUE MASTER FUND TRANSFEROR: CHAUNY S.A. C/O ATTESTOR CAPITAL LLP ATTN: ISOBELLE WHITE 21 UPPER BROOK STREET LONDON  W1K 7PY UNITED KINGDOM | 5/26/2009 | 5124 | $3,574,050.24 |
| 7 | COMMINGLED PENSION TRUST FUND OF JPMORGAN CHASE BANK NA WAYNE H CHAN ESQ 245 PARK AVE NEW YORK, NY  10167 | 1/28/2009 | 9002444 | UNSPECIFIED* | JPMORGAN ASSET MANAGEMENT TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. J.P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 9 ATTN WAYNE H CHAN 270 PARK AVENUE NEW YORK, NY  10017 | 5/15/2009 | 4527 | $4,238.28 |
| 8 | DNB NOR MARKETS INC MARCUS WENDEHOG VP AND ASSISTANT COUNSEL 200 PARK AVENUE 31ST FLOOR NEW YORK, NY  10166 | 1/26/2009 | 9001916 | UNSPECIFIED* | DNB NOR MARKETS, INC. DNB NOR BANK ASA ATTN: MARCUS WENDEHOG, ESQ. 200 PARK AVENUE 31ST FLOOR NEW YORK, NY  10166-0396 | 5/7/2009 | 4515 | $402,417.00 |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Allowed Claim

**Exhibit 2 – Page 2**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 9 | EISENBERG, IRWIN M. 11 HICKORY COURT STATEN ISLAND, NY  10309 | 1/30/2009 | 8003077 | UNSPECIFIED* | EISENBERG, IRWIN 11 HICKORY CT STATEN ISLAND, NY  10309 | 5/28/2009 | 5292 | $254,951.00 |
| 10 | GOLDMAN SACHS & CO., ET AL. ATTN: JANET A. BROECKEL, MANAGING DIRECTOR/ASSOCIATE GENERAL COUNSEL ONE NEW YORK PLAZA NEW YORK, NY  10004 | 5/30/2009 | 5524 | $9,683.89 | GOLDMAN SACHS & CO. (AS CO-LEAD UNDERWRITER) JANET A. BROECKEL MANAGING DIRECTOR/ASSOCIATE GENERAL COUNSEL ONE NEW YORK PLAZA NEW YORK, NY  10004 | 8/3/2011 | 6255 | $98,383.64 |
| 11 | GOLDMAN SACHS & CO. JANET A BROECKEL MANAGING DIRECTOR/ASSOCIATE GENL GOLDMAN SACHS & CO. ONE NEW YORK PLAZA NEW YORK, NY  10004 | 5/29/2009 | 7002288 | $9,683.89 | GOLDMAN SACHS & CO. (AS CO-LEAD UNDERWRITER) JANET A. BROECKEL MANAGING DIRECTOR/ASSOCIATE GENERAL COUNSEL ONE NEW YORK PLAZA NEW YORK, NY  10004 | 8/3/2011 | 6255 | $98,383.64 |
| 12 | GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: LAWSON SOFTWARE INC C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 38TH FLOOR JERSEY CITY, NJ  07302 | 12/5/2008 | 8000088 | UNSPECIFIED* | GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: LAWSON SOFTWARE INC C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 38TH FLOOR JERSEY CITY, NJ  07302 | 1/13/2009 | 8001044 | UNSPECIFIED* |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit 2 – Page 3**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 13 | HALCYON LOAN TRADING FUND LLC<br>TRANSFEROR: CARRETT P.T. LP2<br>C/O HALCYON ASSET MANAGEMENT LP<br>ATTN: MATT SELTZER<br>477 MADISON AVENUE - 8TH FLOOR<br>NEW YORK, NY  10022 | 1/23/2009 | 1499 | $6,895,903.75 | HALCYON LOAN TRADING FUND LLC<br>MATT SELTZER<br>C/O HALCYON ASSET MANAGEMENT LP<br>477 MADISON AVE 8TH FL<br>NEW YORK, NY  10022 | 1/23/2009 | 9001758 | $4,710,871.73 |
| 14 | HIFFMEISTER, PERRY C. & HILARY<br>12 BRADBURRY PLACE<br>RIVERSIDE, CT  06878 | 1/26/2009 | 1633 | UNSPECIFIED* | HOFFMEISTER, PERRY COLTER<br>12 BRADBURY PLACE<br>RIVERSIDE, CT  06878 | 5/28/2009 | 7002117 | UNSPECIFIED* |
| 15 | HORNE, CATHY<br>3510 GARDEN MIST CIR<br>AUBURN, GA  30011 | 1/28/2009 | 9002255 | UNSPECIFIED* | HORNE, CATHY<br>3510 GARDEN MIST CIRCLE<br>AUBURN, GA  30011 | 1/30/2009 | 3227 | $14,269.22 |
| 16 | HU, ISABELLE<br>608 BRIDLE PATH<br>WYCKOFF, NJ  07481-2931 | 4/24/2009 | 4370 | $179,954.97 | HU, ISABELLE<br>608 BRIDLE PATH<br>WYCKOFF, NJ  07481 | 5/1/2009 | 7001397 | $179,954.97 |
| 17 | JP MORGAN DIVERSIFIED FUND A SERIES OF JP MORGAN TRUST I<br>WAYNE H CHAN ESQ<br>245 PARK AVE<br>NEW YORK, NY  10167 | 1/28/2009 | 9002533 | UNSPECIFIED* | JPMORGAN ASSET MANAGEMENT<br>TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC.<br>C/O LEGAL DEPT ATTN WAYNE H CHAN<br>270 PARK AVE, 9TH FL<br>NEW YORK, NY  10017-2014 | 5/15/2009 | 4528 | $6,895.46 |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\* Allowed Claim

**Exhibit 2 – Page 4**

**CLAIMS TO BE DISALLOWED AND EXPUNGED** | **SURVIVING CLAIMS**

| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|
| 18 | METROPOLITAN LIFE INSURANCE COMPANY DANIELLE K AZUA 245 PARK AVE NEW YORK, NY 10167 | 1/29/2009 | 9003415 | UNSPECIFIED* | METROPOLITAN LIFE INSURANCE COMPANY ATTN: WAYNE H. CHAN J.P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT, FLOOR 8 245 PARK AVENUE NEW YORK, NY 10167-0001 | 5/27/2009 | 4778 | $96,315.61 |
| 19 | PARKER, DEBORAH A. 1902 LYNTON CIRCLE WELLINGTON, FL 33414 | 1/23/2009 | 1338 | $36,603.00 | PARKER, DEBORAH A. 1902 LYNTON CIRCLE WELLINGTON, FL 33414 | 12/17/2013 | 6391 | $36,603.00 |
| 20 | PETERS, STEPHEN P.O. BOX 973 3 BISHOP ESTATE LENOX, MA 01240 | 12/26/2008 | 7000205 | $271,950.22 | PETERS, STEPHEN PO BOX 973 LENOX, MA 01240 | 9/14/2009 | 6112 | $264,029.00 |
| 21 | PIA FRIIS ABN AMRO BANK N.V. C/O RBS SECURITIES INC. 600 STEAMBOAT ROAD GREENWICH, CT 06830 | 5/26/2009 | 7002000 | UNSPECIFIED* | ABN AMRO BANK N.V. C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 STEAMBOAD ROAD GREENWICH, CT 06830 | 6/2/2009 | 5931 | UNSPECIFIED* |
| 22 | PRINCIPAL FUNDS INC HIGH QUALITY INTERMEDIATE TERM BOND FUND DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA 50392-0301 | 1/29/2009 | 9003337 | UNSPECIFIED* | PRINCIPAL FUNDS, INC. HIGH QUALITY INTERMEDIATE- TERM BOND FUND ATTN: DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA 50392-0301 | 1/29/2009 | 2040 | $3,626.57 |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\* Allowed Claim

**Exhibit 2 – Page 5**

CLAIMS TO BE DISALLOWED AND EXPUNGED                                                      SURVIVING CLAIMS

| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|
| 23 | PRINCIPAL FUNDS INC PRINCIPAL FINANCIAL GROUP DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA  50392-0001 | 1/29/2009 | 9003339 | UNSPECIFIED* | PRINCIPAL FUNDS, INC. BOND & MORTGAGE SECURITIES FUND 801 GRAND AVENUE DES MOINES, IA  50392-0001 | 1/29/2009 | 2041 | $107,722.66 |
| 24 | PRINCIPAL MANAGEMENT CORPORATION PF HQ INTERMEDIATE TERM BOND FUND DEBRA SVOBODA PRINCIPAL GLOBAL INVESTORS, LLC 801 GRAND AVENUE DES MOINES, IA  50392-0490 | 9/26/2008 | 9008028 | UNSPECIFIED* | PRINCIPAL FUNDS, INC. HIGH QUALITY INTERMEDIATE- TERM BOND FUND ATTN: DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA  50392-0301 | 1/29/2009 | 2040 | $3,626.57 |
| 25 | PRINCIPAL MANAGEMENT CORPORATION-PVC-BOND & MORTGAGE SECURITIES C/O DEBRA SVOBODA PRINCIPAL GLOBAL INVESTORS, LLC 801 GRAND AVENUE DES MOINES, IA  50392-0490 | 9/26/2008 | 9008035 | UNSPECIFIED* | PRINCIPAL VARIABLE CONTRACTS FUND, INC. BOND & MORTGAGES SECURITIES ACCT. C/O DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA  50392-0301 | 1/29/2009 | 2039 | $806.25 |
| 26 | PRINCIPAL VARIABLE CONTRACTS FUND INC PRINCIPAL FINANCIAL GROUP DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA  50392-0001 | 1/29/2009 | 9003335 | UNSPECIFIED* | PRINCIPAL VARIABLE CONTRACTS FUND, INC. BOND & MORTGAGES SECURITIES ACCT. C/O DEBRA EPP, COUNSEL 711 HIGH STREET [REDACTED] DES MOINES, IA  50392-0301 | 1/29/2009 | 2039 | $806.25 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Allowed Claim

Exhibit 2 – Page 6

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 27 | PROSHARES ULTRA RUSSELL2000 GROWTH PRO FUNDS ADVISORS LLC ATTN: AMY DOBERMAN, ESQ. 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD 20814 | 1/7/2011 | 6235 | $3,780.42 | PROSHARES ULTRA RUSSELL2000 GROWTH C/O PRO FUNDS ADVISORS LLC ATTN: AMY DOBERMAN, ESQ. 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD 20814 | 11/11/2013 | 6384 | $2,814.84 |
| 28 | PROSHARES ULTRA RUSSELL2000 PRO FUNDS ADVISORS LLC ATTN: AMY DOBERMAN, ESQ. 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD 20814 | 1/7/2011 | 6234 | $17,574.45 | PROSHARES ULTRA RUSSELL2000 C/O PRO FUNDS ADVISORS LLC ATTN: AMY DOBERMAN, ESQ. 7501 WISCONSIN AVENUE, SUITE 1000 BETHESDA, MD 20814 | 11/11/2013 | 6383 | $13,074.61 |
| 29 | RELIASTAR LIFE INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT 230 PARK AVENUE NEW YORK, NY 10169-0005 | 1/28/2009 | 8002329 | UNSPECIFIED* | RELIASTAR LIFE INSURANCE COMPANY GIL MATHIS 20 WASHINGTON AVENUE SOUTH MINNEAPOLIS, MN 55401 | 9/26/2008 | 9008026 | $328,125.00 |
| 30 | ROGGE- FOND VANT C/O ROGGE GLOBAL PARTNERS PLC SION HALL, 56 VICTORIA EMBANKMENT 56 VICTORIA EMBANKMENT LONDON EC4Y 0DZ UNITED KINGDOM | 1/13/2009 | 8000964 | UNSPECIFIED* | INKA FONDS VANT - RGP LEGAL DEPARTMENT/MARC DIEDENHOFEN INTERNATIONALE KAPITALANLAGEGESELLSCH AFT MBH YORCKSTRABE 21 DUESSELDORF 40476 GERMANY | 1/28/2009 | 8001780 | UNSPECIFIED* |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\* Allowed Claim

Exhibit 2 – Page 7

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 31 | SECURITY LIFE OF DENVER INSURANCE COMPANY C/O ING INVESTMENT MANAGEMENT 230 PARK AVENUE NEW YORK, NY 10169-0005 | 1/28/2009 | 8002319 | UNSPECIFIED* | SECURITY LIFE OF DENVER INSURANCE CO GIL MATHIS 1290 BROADWAY DENVER, CO 80203 | 9/26/2008 | 9008025 | $546,875.00 |
| 32 | STANDARD & POORS CORP. ATTN: LOUIS SLANINA 55 WATER STREET, 46TH FLOOR NEW YORK, NY 10041 | 8/18/2010 | 6229 | $209,624.00 | STANDARD & POORS ATTN:MICHAEL J. TWAMLEY 55 WATER STREET, 35TH FLOOR NEW YORK, NY 10041 | 9/22/2011 | 6260 | $209,624.00 |
| 33 | STANDARD & POOR'S 55 WATER STREET ATTN: LOUIS SLANINA NEW YORK, NY 10041 | 6/1/2009 | 5887 | $2,174,812.00 | STANDARD & POORS ATTN:MICHAEL J. TWAMLEY 55 WATER STREET, 35TH FLOOR NEW YORK, NY 10041 | 9/22/2011 | 6260 | $209,624.00 |
| 34 | THE ROYAL BANK OF SCOTLAND PLC ATTN: MARK ROSE GREENWICH CAPITAL MARKETS INC 600 STEAMBOAT ROAD GREENWICH, CT 06830 | 9/29/2008 | 9008160 | UNSPECIFIED* | ROYAL BANK OF SCOTLAND, PLC, THE RBS GLOBAL BANKING & MARKETS, C/O RBS SECURITIES, INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 STEAMBOAT ROAD, GREENWICH, CT 06830 | 6/2/2009 | 5926 | $40,023,040.00 |
| 35 | THEODORE, FRANTZ C/O GAIL M WALTON, ESQ LAW OFFICES OF GAIL M WALTON 690 MACE AVENUE BRONX, NY 10467 | 1/26/2009 | 9002011 | UNSPECIFIED* | THEODORE, FRANTZ 47 JASPER STREET VALLEY STREAM, NY 11580 | 1/26/2009 | 1661 | $96,260.36 |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\* Allowed Claim

Exhibit 2 – Page 8

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 36 | VASHISHT, VISHAL 90 FARBROOK DRIVE SHORT HILLS, NJ 07078 | 1/27/2009 | 8001700 | UNSPECIFIED* | TANNOR PARTNERS CREDIT FUND, LP TRANSFEROR: VASHISHT, VISHAL ATTN: ROBERT TANNOR 150 GRAND STREET, STE 401 WHITE PLAINS, NY 10601 | 2/5/2009 | 3468 | $175,000.00 |
| 37 | WESTERN ASSET MANAGEMENT COMPANY ATTN: W STEPHEN VENABLE JR 620 8TH AVENUE, 50TH FLOOR NEW YORK, NY 10018 | 10/29/2008 | 9008098 | UNSPECIFIED* | UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION - INDUSTRIAL PENSION FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1133 & W-1352 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2650 | $292,947.00 |

\* Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\* Allowed Claim

Exhibit 2 – Page 9

**EXHIBIT 3**

**IN RE LEHMAN BROTHERS INC., CASE NO.: 08-01420 (SCC) SIPA**
**TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION: EXHIBIT 3 – MULTIPLE FILER DUPLICATE CLAIMS**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AFEBT CORE FULL WESTERN ASSET MANAGEMENT COMPANY PATRICK HERRINGTON 50 S LASALLE ST CHICAGO, IL 60603 | 2/2/2009 | 9006052 | UNSPECIFIED* | NTCC ADVISORS FUNDS FOR EMPLOYEE BENEFITS TRUSTS C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1687 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2775 | $312,387.00 |
| 2 | AFGT CORE FULL WESTERN ASSET MANAGEMENT COMPANY PATRICK HERRINGTON 50 S LASALLE ST CHICAGO, IL 60603 | 2/2/2009 | 9006053 | UNSPECIFIED* | NTCC ADVISORS FUNDS FOR GRANTOR TRUSTS C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT. W-1688 385 E. COLORADO BLVD. PASADENA, CA 91109 | 1/30/2009 | 2844 | $51,659.00 |
| 3 | BOOTH FERRIS FDTN FIXED INC A/C LESLEY GOLDBERG 345 PARK AVE NEW YORK, NY 10167 | 1/28/2009 | 9002263 | UNSPECIFIED* | JPMORGAN CHASE BANK, N.A., AS AGENT FBO BOOTH FERRIS FDTN FIXED INC AC PRIVATE BANK LEGAL - LESLEY E. GOLDBERG, ESQ. 345 PARK AVENUE, 5TH FLOOR NEW YORK, NY 10154 | 5/28/2009 | 4843 | $71,162.89 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit 3 – Page 1

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 4 | BROWN BROTHERS HARRIMAN TRUST COMPANY (CAYMAN) LTD, AS TRUSTEE FOR THE LINCOLN FUND, ATTN: LEGAL DEPT W-2390 C/O WESTERN ASSET MANAGEMENT COMPANY 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2505 | $52,430.00 | MORGAN STANLEY SENIOR FUNDING, INC. TRANSFEROR: WESTERN ASSET MANAGEMENT COMPANY 1585 BROADWAY 2ND FLOOR NEW YORK, NY 10036 | 9/26/2008 | 9008059-01 | UNSPECIFIED* |
| 5 | CENTRAL STATES SE & SW AREAS PENSION FUND WESTERN ASSET MGMT PATRICK HERRINGTON 50 S LASALLE ST CHICAGO, IL 60603 | 2/2/2009 | 9006051 | UNSPECIFIED* | CENTRAL STATES SOUTHWEST & SOUTHWEST AREAS PENSION FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1861 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2680 | $670,695.00 |
| 6 | CENTURY AFFILIATED HOLDINGS LLC LESLEY E GOLDBERG 345 PARK AVE NEW YORK, NY 10154 | 1/28/2009 | 9002264 | UNSPECIFIED* | JPMORGAN CHASE BANK, NA, AS AGENT FBO CENTURY AFFILIATED HOLDINGS LLC PRIVATE BANK LEGAL - LESLEY E. GOLDBERG, ESQ. 345 PARK AVENUE, 5TH FLOOR NEW YORK, NY 10154 | 5/28/2009 | 4841 | $7,715.23 |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

Exhibit 3 – Page 2

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 7 | CF SECURITIZED INDEX FUND C/O BNY MELLON CASH INVESTMENT STRATEGIES BNY MELLON CENTER 500 GRANT STREET PITTSBURGH, PA 15258 | 1/29/2009 | 2343 | $5,259.48 | THE BANK OF NEW YORK MELLON C/O STANDISH MELLON ASSET MGMT ACCT [REDACTED] MELLON FINANCIAL CENTER 1 BOSTON PLACE STE 024-0344 BOSTON, MA 02108-4408 | 12/2/2008 | 9008101 | UNSPECIFIED* |
| 8 | DEUTSCHE ASSET MANAGEMENT SCOTT AGI 345 PARK AVENUE NEW YORK, NY 10154 | 10/7/2008 | 9008080 | UNSPECIFIED* | PYRAMID MORTGAGE-BACKED SECURITIES FUND IGOR ABRAMOV 345 PARK AVENUE NEW YORK, NY 10154 | 1/26/2009 | 9001808 | UNSPECIFIED* |
| 9 | HEWLETT PACKARD INDIA SALES PVT. LTD. ATTN: MR RAMNATH SUNDARAM / CREDIT & COLLECTIONS 24 SALARPURIA ARENA, ADUGODI HOSUR MAIN ROAD BANGALORE 560030 INDIA | 3/27/2009 | 4235 | $35,765.13 | HEWLETT PACKARD AP (HONG KONG) LTD -SEE V# [REDACTED] 19/F CITYPLAZA ONE 1111 KINGS ROAD ATTN: MR CHAN KAI YIU TAIKOO SHING HONG KONG CHINA | 3/27/2009 | 4236 | $14,771.00 |
| 10 | REAMS ISP REAMS ASSET MGMT CO A/C INDIANA STATE POLICE 227 WASHINGTON STREET COLUMBUS, IN 47201-6741 | 2/3/2009 | 3416 | $48,860.15 | INDIANA STATE POLICE PENSION TRUST RICHARD MOURDOCK, TREASURER 200 WEST WASHINGTON STREET SUITE 242 INDIANAPOLIS, IN 46204-2792 | 1/28/2009 | 8001926 | UNSPECIFIED* |

\*  Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*  Allowed Claim

Exhibit 3 – Page 3

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | FRANK RUSSELL INVESTMENT COMPANY PLC-THE STERLING CORP BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-5307 385 E. COLORADO BLVD. PASADENA, CA 91101 | 2/2/2009 | 3245 | $94,594.00 | RIC PLC THE STERLING BOND FUND ELLIOT COHEN 909 A ST TACOMA, WA 98402 | 1/30/2009 | 9004649 | UNSPECIFIED* |
| 12 | FRANK RUSSELL INVESTMENT COMPANY PLC - THE STERLING CORPORATE BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-5185 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2705 | $13,875.00 | RIC PLC THE STERLING CORPORATE BOND FUND ELLIOT COHEN 909 A ST TACOMA, WA 98402 | 1/30/2009 | 9004648 | UNSPECIFIED* |
| 13 | SEIU LOCAL 74 PENSION FUND C/O CLAIRE MARTIN-MCKAY AMALGAMATED BANK 275 SEVENTH AVE NEW YORK, NY 10001 | 1/29/2009 | 9003912 | UNSPECIFIED* | BOARD OF TRUSTEES OF THE PENSION FUND OF LOCAL 74 C/O DEBRA SVOBODA PRINCIPAL GLOBAL INVESTORS 801 GRAND AVENUE DES MOINES, IA 50392-0490 | 9/26/2008 | 9008033 | UNSPECIFIED* |
| 14 | SOLUTIA INC SAVINGS AND INVMT PLAN WESTERN ASSET MGMT COM PATRICK HERRINGTON 50 S LASALLE ST CHICAGO, IL 60603 | 2/2/2009 | 9006054 | UNSPECIFIED* | SOLUTIA INC. SAVINGS AND INVESTMENT PLAN C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1743 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2731 | $234,734.00 |

\*   Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Allowed Claim

Exhibit 3 – Page 4

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 15 | STRONG MUSEUM TRUST LESLEY E GOLDBERG 345 PARK AVE NEW YORK, NY 10154 | 1/28/2009 | 9002267 | UNSPECIFIED* | JPMORGAN CHASE BANK N.A., AS AGENT F/B/O STRONG MUSEUM TRUST 345 PARK AVENUE, 5TH FLOOR NEW YORK, NY 10154 | 5/28/2009 | 4840 | $3,354.68 |
| 16 | THE MASTER TRUST BANK OF JAPAN, LTD ON BEHALF OF LM GLOBAL BOND MOTHER TOSHIAKI FUJII 2-11-3 HAMAMATSU-CHO, MINATO-KU TOKYO 1058579 JAPAN | 1/23/2009 | 7000592 | $1,521,211.00 | LM GLOBAL BOND MOTHER FUND (SDO), C/O WESTERN ASSET MANAGEMENT C/O WESTERN ASSET MANAGEMENT COMPANY, ATTN: LEGAL DEPT W-5383 385 E. COLORADO BLVD. PASADENA, CA 91101 | 1/30/2009 | 2475 | $1,521,211.00 |
| 17 | THE MASTER TRUST BANK OF JAPAN, LTD,AS TRUTEE T.FUJII, Y.NAKAO,CORPORATE RISK MANAGEMENT 2-11-3 HAMAMATSU-CHO, MINATO-KU TOKYO 1058579 JAPAN | 1/22/2009 | 8001750 | UNSPECIFIED* | WELLINGTON MANAGEMENT COMPANY LLP ROBERT J TONER MORGAN STANLEY ASSET & INVESTMENT TRUST MANAGEMENT CO LIMITED 75 STATE STREET BOSTON, MA 02109 | 9/29/2008 | 9008065 | UNSPECIFIED* |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit 3 – Page 5**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 18 | TIME MIRROR CHANDLER II LLC LESLEY E GOLDBERG 345 PARK AVE NEW YORK, NY 10154 | 1/28/2009 | 9002268 | UNSPECIFIED* | JPMORGAN CHASE BANK, N.A. AS AGENT F/B/O TIME MIRROR CHANDLER II, LLC JPMORGAN CHASE BANK, N.A.-PRIVATE BANK LEGAL-LESLEY E. GOLDBERG, ESQ. 345 PARK AVENUE, 5TH FLOOR NEW YORK, NY 10154 | 5/28/2009 | 4846 | $55,805.47 |
| 19 | UNITED METHODIST CHURCH C/O BNY MELLON CASH INVESTMENT STRATEGIES BNY MELLON CENTER 500 GRANT STREET PITTSBURGH, PA 15258 | 1/29/2009 | 2341 | $2,383.35 | THE BANK OF NEW YORK MELLON C/O STANDISH MELLON ASSET MGMT ACCT [REDACTED] MELLON FINANCIAL CENTER 1 BOSTON PLACE STE 024-0344 BOSTON, MA 02108-4408 | 12/2/2008 | 9008101 | UNSPECIFIED* |
| 20 | USWU LOCAL 74 DEFINED CONTRIBUTION PLAN DEBORAH SILODER C/O AMALGAMATED BANK 275 SEVENTH AVE NEW YORK, NY 10001 | 1/29/2009 | 9003901 | UNSPECIFIED* | BOARD OF TRUSTEES OF THE WELFARE FUND OF LOCAL 74 C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: DEBRA S. VOBODA 801 GRAND AVENUE DES MOINES, IA 50392-0490 | 9/29/2008 | 9008060 | UNSPECIFIED* |

\*    Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*    Allowed Claim

**Exhibit 3 – Page 6**

CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS

| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|
| 21 | USWU LOCAL 74 WELFARE FUND DEBORAH SILODOR C/O AMALGAMATED BANK 275 SEVENTH AVE NEW YORK, NY  10001 | 1/29/2009 | 9003911 | UNSPECIFIED* | BOARD OF TRUSTEES OF THE DEFINED CONTRIBUTION FUND OF LOCAL C/O DEBRA SVOBODA PRINCIPAL GLOBAL INVESTORS LLC 801 GRAND AVENUE DES MOINES, IA  50392-0490 | 9/26/2008 | 9008032 | UNSPECIFIED* |
| 22 | WASHINGTON GAS LIGHT COMPANY MASTER VEBA TRUST C/O BNY MELLON CASH INVESTMENT STRATEGIES BNY MELLON CENTER 500 GRANT STREET PITTSBURGH, PA  15258 | 1/29/2009 | 2342 | $1,394.47 | THE BANK OF NEW YORK MELLON C/O STANDISH MELLON ASSET MGMT ACCT [REDACTED] MELLON FINANCIAL CENTER 1 BOSTON PLACE STE 024-0344 BOSTON, MA  02108-4408 | 12/2/2008 | 9008101 | UNSPECIFIED* |
| 23 | WESTERN ASSET MANAGEMENT COMPANY W STEPHEN VENABLE JR 385 EAST COLORADO BOULEVARD PASADENA, CA  91101-1923 | 10/20/2008 | 9008093 | UNSPECIFIED* | STATE RETIREMENT & PENSION SYSTEM OF MARYLAND C/O WESTERN MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1376 385 E. COLORADO BLVD. PASADENA, CA  91101 | 1/30/2009 | 2690 | $5,911,142.00 |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*      Allowed Claim

Exhibit 3 – Page 7

**EXHIBIT 4**

## IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA
## TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION: EXHIBIT 4 - WITHDRAWN CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | TRADEWEB NEWMARKETS LLC ATTN: JONATHAN D. PITTINSKY, ASST. SEC 2200 PLAZA FIVE HARBORSIDE FINANCIAL CENTER JERSEY CITY, NJ  07311 | 5/29/2009 | 4926 | $16,403.69 | TRADEWEB LLC ATTN: JONATHAN D. PITTINSKY, ASST. SEC 2200 PLAZA FIVE HARBORSIDE FINANCIAL CENTER JERSEY CITY, NJ  07311 | 5/29/2009 | 4928 | $1,359,221.19 |
| 2 | TRADEWEB MARKETS LLC ATTN: JONATHAN D. PITTINSKY, ASST. SEC 2200 PLAZA FIVE HARBORSIDE FINANCIAL CENTER JERSEY CITY, NJ  07311 | 5/29/2009 | 4927 | $1,342,817.50 | TRADEWEB LLC ATTN: JONATHAN D. PITTINSKY, ASST. SEC 2200 PLAZA FIVE HARBORSIDE FINANCIAL CENTER JERSEY CITY, NJ  07311 | 5/29/2009 | 4928 | $1,359,221.19 |

\*   Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00\*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*   Allowed Claim

Exhibit 4 – Page 1

**EXHIBIT 5**

# IN RE LEHMAN BROTHERS INC., CASE NO: 08-01420 (SCC) SIPA
## TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION: EXHIBIT 5 – ADJOURNED CLAIM

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | INTERNATIONAL INVESTMENT FUND - PUTNAM GLOBAL AGGREGATE FIXED INCOME FUND, THE<br>DEREK JEPSON<br>DUMARESQ HOUSE, DUMARESQ STREET<br>ST HELIER, JERSEY  JE2 3RL<br>CHANNEL ISLANDS | 1/29/2009 | 9003323 | UNSPECIFIED* | SBC MASTER PENSION TRUST<br>CARL J. STRUTZ<br>208 S. AKARD<br>ROOM 2712<br>DALLAS, TX  75201 | 1/30/2009 | 8002800 | UNSPECIFIED* |

\*      Claim includes unspecified amounts (i.e., amounts not specified by the claimant, amounts listed in a foreign currency, unliquidated amounts and/or amounts listed as "unknown", "$0.00*", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form), or is a customer claim reclassified to a general creditor claim, which, consistent with the general creditor claims register, is listed as unspecified even where the claimant listed a specific amount on the SIPC customer claim form.

\*\*     Allowed Claim

**Exhibit 5 – Page 1**