HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>   LEHMAN BROTHERS INC.,<br><br>                                Debtor. | Case No.  08-01420 (SCC) SIPA |

**NOTICE OF RESOLUTION OF THE TRUSTEE'S ONE HUNDRED SEVENTY-FIFTH
OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS (EMPLOYEE CLAIMS)
SOLELY AS TO CERTAIN CLAIMS**

On December 15, 2013, James W. Giddens (the "Trustee"), as Trustee for the liquidation of the business of Lehman Brothers Inc., filed the One Hundred Seventy-Fifth Omnibus Objection to General Creditor Claims (Employee Claims) (the "Objection") (ECF No. 7871).  The Trustee has resolved the claims listed on Exhibit A annexed hereto pursuant to the Order pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of General Creditor Claim Settlement Procedures (ECF No. 5847).  The Objection is now resolved solely with respect to the claims listed on Exhibit A, and there is no need for the Court to adjudicate or otherwise rule on the Objection as to these claims.

Dated: New York, New York
June 2, 2014

                        HUGHES HUBBARD & REED LLP

                        By: /s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin
Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
Email:  kobak@hugheshubbard.com

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.

2

## EXHIBIT A

**Resolved Claims Subject to the Trustee's One Hundred Seventy-Fifth Omnibus Objection to General Creditor Claims (Employee Claims)**

| Claimant Name | Claim Number |
|---|---|
| GERALD R. HOLT | 7000378 |
| GERALD R. HOLT | 7000379 |