HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>　　　LEHMAN BROTHERS INC.,<br><br>　　　　　　　　　　　　　　Debtor. | Case No.  08-01420 (SCC) SIPA |

**NOTICE OF WITHDRAWAL OF THE TRUSTEE'S TWO HUNDRED THIRTY-SECOND OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS) SOLELY AS TO A CERTAIN CLAIM**

　　　　**PLEASE TAKE NOTICE** that James W. Giddens (the "Trustee"), as trustee for the liquidation of the business of Lehman Brothers Inc., is withdrawing without prejudice the Two Hundred Thirty-Second Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [ECF No. 8804] solely with respect to the claim listed on Exhibit A annexed hereto.  The Trustee reserves his right to object to the claim listed on Exhibit A on any grounds in the future and this Notice of Withdrawal shall in no way constitute a waiver of such right.

Dated: New York, New York
June 2, 2014

                                    HUGHES HUBBARD & REED LLP

                                    By: /s/ Jeffrey S. Margolin
                                    James B. Kobak, Jr.
                                    Christopher K. Kiplok
                                    Jeffrey S. Margolin
                                    Meaghan C. Gragg
                                    One Battery Park Plaza
                                    New York, New York 10004
                                    Telephone:  (212) 837-6000
                                    Facsimile:  (212) 422-4726
                                    Email:  kobak@hugheshubbard.com

                                    Attorneys for James W. Giddens,
                                    Trustee for the SIPA Liquidation of
                                    Lehman Brothers Inc.

## EXHIBIT A

**Claim for Which the Trustee's Two Hundred Thirty-Second Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) Is Withdrawn Without Prejudice:**

| Claimant Name | Claim Number |
|---|---|
| LAURIE, EVELYN T. | 7002321 |