James B. Kobak, Jr.
Jeffrey S. Margolin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA |

## <u>NOTICE OF FILING OF UPDATED MASTER SERVICE LIST</u>

Pursuant to the Amended Order, dated July 13, 2010 (the "<u>Amended Case Management</u>

<u>Order</u>") [ECF No. 3466], implementing certain notice and case management procedures, attached

hereto is the Master Service List as of June 2, 2014.

Dated:   New York, New York
         June 2, 2014

                                        HUGHES HUBBARD & REED LLP

                                        By:/s/ Jeffrey S. Margolin
                                            James B. Kobak, Jr.
                                            Jeffrey S. Margolin
                                            One Battery Park Plaza
                                            New York, New York 10004
                                            Telephone:  (212) 837-6000
                                            Facsimile:  (212) 422-4726
                                            Email:  kobak@hugheshubbard.com

                                        Attorneys for James W. Giddens, Trustee for the
                                        SIPA Liquidation of Lehman Brothers Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
ATTN: HONORABLE SHELLEY C. CHAPMAN
NEW YORK, NY 10004

HUGHES HUBBARD & REED LLP
ATTN: CHRISTOPHER K. KIPLOK, JEFFREY S. MARGOLIN
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482
EMAIL: MARGOLIN@HUGHESHUBBARD.COM;
KIPLOK@HUGHESHUBBARD.COM

SECURITIES INVESTOR PROTECTION CORPORATION
805 15TH STREET, N.W. SUITE 800
ATTN: KENNETH J. CAPUTO
WASHINGTON, DC 20005-2215
EMAIL: KCAPUTO@SIPC.ORG

OFFICE OF THE US TRUSTEE
WILLIAM K. HARRINGTON, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

WEIL, GOTSHAL & MANGES LLP
ATTN: LORI FIFE AND MAURICE HORWITZ
(COUNSEL TO LEHMAN BROTHERS HOLDINGS, INC.)
767 FIFTH AVENUE
NEW YORK, NY 10153
EMAIL: LORI.FIFE@WEIL.COM, MAURICE.HORWITZ@WEIL.COM

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE, DENNIS O'DONNELL,
EVAN FLECK, WILBUR FOSTER, JR.
(COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF LEHMAN BROTHERS HOLDINGS INC.)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: DDUNNE@MILBANK.COM; EFLECK@MILBANK.COM;
DODONNELL@MILBANK.COM; WFOSTER@MILBANK.COM

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
EMAIL: ROBERT.YALEN@USDOJ.GOV

US ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT
OF NEW YORK
ATTN: PREET BHARARA, US ATTORNEY
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007-1701

SECURITIES AND EXCHANGE COMMISSION
ATTN: BONNIE GAUCH
DIVSION OF MARKET REGULATION
450 5TH STREET NW
WASHINGTON, DC 20549-1001

SECURITIES AND EXCHANGE COMMISSION
NORTHEAST REGIONAL OFFICE
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
NEW YORK, NY 10007
EMAIL: NYROBANKRUPTCY@SEC.GOV;JACOBSONN@SEC.GOV

US DEPARTMENT OF JUSTICE
ATTN: JEAN-DAVID BARNEA
EMAIL: JEAN-DAVID.BARNEA@USDOJ.GOV

ADORNO & YOSS LLP
ATTN: CHARLES M. TATELBAUM, ESQ.
(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL CAPITAL
GMAC-IM AND RESIDENTIAL FUNDING COMPANY LLC
350 E. LAS OLAS BLVD, SUITE 1700
FORT LAUDERDALE, FL 33301
EMAIL: CTATELBAUM@ADORNO.COM

ADORNO & YOSS LLP
ATTN: STEVEN D. GINSBURG, ESQ.
(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL CAPITAL
GMAC-IM AND RESIDENTIAL FUNDING COMPANY LLC
2525 PONCE DE LEON BLVD., SUITE 400
MIAMI, FL 33134
EMAIL: SDG@YOSS.COM

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN
MEREDITH A. LAHAIE
(COUNSEL FOR THE INFORMAL NOTEHOLDER GROUP)
ONE BRYANT PARK
NEW YORK, NY 10036
EMAIL: MSTAMER@AKINGUMP.COM; PDUBLIN@AKINGUMP.COM;
MLAHAIE@AKINGUMP.COM

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: ROBERT A. JOHNSON
(COUNSEL TO DYNERGY POWER MARKETING INC.)
ONE BRYANT PARK
NEW YORK, NY 10036
EMAIL: RAJOHNSON@AKINGUMP.COM

ALLEN & OVERY LLP
ATTN: DANIEL GUYDER
(COUNSEL TO AOZORA BANK, LTD.)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
EMAIL: DANIEL.GUYDER@ALLENOVERY.COM

ALLEN & OVERY LLP
ATTN: KEN COLEMAN
(COUNSEL TO FIRST COMMERCIAL BANK., LTD NY AGENCY
AND BANK OF TAIWAN)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
EMAIL: KEN.COLEMAN@ALLENOVERY.COM

ALLEN & OVERY LLP
ATTN: LISA KRAIDIN
(COUNSEL TO BANK OF CHINA)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
EMAIL: LISA.KRAIDIN@ALLENOVERY.COM

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
ATTN: MICHAEL S. GREGER AND JAMES A. TIMKO
(COUNSEL TO CONSTELLATION PL, ADV PORTFOLIO TECH,
SUNGUARD, ET AL., INF SRVS, WALL ST CONCEPTS)
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614-7321
EMAIL: MGREGER@ALLENMATKINS.COM;

ANDERSON KILL & OLICK, P.C.
1251 AVENUE OF THE AMERICAS
ATTN: TODD DUFFY, JOSHUA GOLD & DENNIS NOLAN, ESQS
(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC)
NEW YORK, NY 10020-1182
EMAIL: TDUFFY@ANDERSONKILL.COM; GOLD@ANDERSONKILL.COM;
DNOLAN@ANDERSONKILL.COM; LAL-SHIBIB@ANDERSONKILL.COM

ANDREWS KURTH LLP
ATTN: ROBIN RUSSELL, ESQ.
(COUNSEL TO EPCO HOLDINGS, INC.)
600 TRAVIS, STE. 4200
HOUSTON, TX 77019
EMAIL: RRUSSELL@ANDREWSKURTH.COM

AOZORA BANK LTD.
ATTN: SUSAN MINEHAN, SENIOR COUNSEL
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO, 102-8660
EMAIL: S.MINEHAN@AOZORABANK.CO.JP

AOZORA BANK, LTD.
ATTN: KOJI NOMURA, JOINT GENERAL MANAGER
FINANCIAL INSTITUTIONS DIVISION
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO, 102-8660
EMAIL: K4.NOMURA@AOZORABANK.CO.JP

ARENT FOX LLP
ATTN: MARY JOANNE DOWD, ESQ.
(COUNSEL TO GEORGETOWN UNV
(COUNSEL TO GEORGETOWN UNIVERSITY)
1052 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

ARENT FOX LLP
ATTN: ROBERT M HIRSCH AND GEORGE P ANGELICH
(COUNSEL TO VANGUARD GROUP, INC.)
1675 BROADWAY
NEW YORK, NY 10019
EMAIL: ROBERT.HIRSCH@ARENTFOX.COM;
ANGELICH.GEORGE@ARENTFOX.COM

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
(COUNSEL TO AMEREN ET AL.)
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO 63102-2740
EMAIL: SCOUSINS@ARMSTRONGTEASDALE.COM;
SEHLERS@ARMSTRONGTEASDALE.COM

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN AND FRANK N. WHITE
(COUNSEL TO VERIZON COMMUNICATIONS INC;
SUNTRUST BANKS INC.)
171 17TH STREET NW, SUITE 2100
ATLANTA, GA 30363-1031
EMAIL: DLADDIN@AGG.COM, FRANK.WHITE@AGG.COM

ARNOLD & PORTER
ATTN: ANTHONY D. BOCCANFUSO
(COUNSEL TO DANSKE BANK A/S AND SAMPO BANK PLC)
399 PARK AVENUE
NEW YORK, NY 10022
EMAIL: ANTHONY_BOCCANFUSO@APORTER.COM

ARNOLD & PORTER
ATTN: CHARLES A. MALLOY
(COUNSEL TO DANSKE BANK A/S AND SAMPO BANK PLC)
555 12TH STREET, NW
WASHINGTON, DC 20004
EMAIL: CHARLES_MALLOY@APORTER.COM

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
EMAIL: JG5786@ATT.COM

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO THE DEPARTMENT OF TAXATION AND
FINANCE OF THE STATE OF NEW YORK)
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271
EMAIL: NEAL.MANN@OAG.STATE.NY.US

BAKER & HOSTETLER LLP
ATTN: DONALD A. WORKMAN
(COUNSEL TO METAVANTE CORPORATION)
WASHINGTON SQUARE, SUITE 1100
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036-5304
EMAIL: DWORKMAN@BAKERLAW.COM

BAKER & HOSTETLER LLP
ATTN: RICHARD J. BERNARD
(COUNSEL TO METAVANTE CORPORATION)
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111
EMAIL: RBERNARD@BAKERLAW.COM

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030
EMAIL: PETER@BANKRUPT.COM

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
EMAIL: FFM@BOSTONBUSINESSLAW.COM

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTN. CHESTER B. SALOMON, ESQ.
(COUNSEL TO EMERSON INVESTMENT MANAGEMENT, INC.,
ROBERT PERL, ISAAC SHAMAH, HAROLD SHAMAHJ,
SHAMAH 2000 FAMILY TRUST AND RICHARD E. WITTEN)
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10171
EMAIL: CSALOMON@BECKERGLYNN.COM

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTN: ALEC P. OSTROW
(COUNSEL TO ALPINE BANK)
299 PARK AVENUE
NEW YORK, NY 10171
EMAIL: AOSTROW@BECKERGLYNN.COM

BERGER & MONTAGUE, P.C.
ATTN: MERRILL DAVIDOFF, LAWRENCE LEDERER, ROBIN
SWITZENBAUM AND DAVID ANZISKA
(COUNSEL TO STATE OF NJ, DEPARTMENT OF TREASURY)
1622 LOCUST STREET
PHILADELPHIA, PA 19103
EMAIL: CBROTSTEIN@BM.NET

BERMAN DEVALERIO
ATTN: MICHAEL J. PUCILLO; WENDY H. ZOBERMAN;
ANNE F. O'BERRY
(COUNSEL TO STATE BOARD OF ADMINISTRATION OF
FLORIDA)
3507 KYOTO GARDENS DRIVE
SUITE 200
PALM BEACH GARDENS, FL 33410
EMAIL: MPUCILLO@BERMANDEVALERIO.COM;
WZOBERMAN@BERMANDEVALERIO.COM;
AOBERRY@BERMANDEVALERIO.COM

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: DAVID R. STICKNEY, ESQ.
(COUNSEL TO ALAMEDA COUNTY EMPLOYEES' RETIREMENT
ASSOCIATION, GOVERNMENT OF GUAM RETIREMENT FUND,
NORTHERN IRELAND LOCAL GOVERNMENT OFFICERS
SUPERANNUATION)
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130
EMAIL: DAVIDS@BLBGLAW.COM

BIEGING SHAPIRO & BURNS LLP
ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN
(COUNSEL TO PAYREEL, INC.)
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, CO 80237
EMAIL: DBARBER@BSBLAWYERS.COM

BIEGING SHAPIRO & BURRUS LLP
ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN
(COUNSEL TO IRONBRIDGE ASPEN, MOUNTAIN AND HOMES)
4582 SOUTH ULSTER STREET PARKWAY, SUITE 1650
DENVER, CO 80237
EMAIL: DBARBER@BSBLAWYERS.COM; SMULLIGAN@BSBLAWYERS.COM

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN AND JOSHUA DORCHAK
(COUNSEL TO PUTNAM INVESTMENTS, LLC)
399 PARK AVENUE
NEW YORK, NY 10022
EMAIL: JEFFREY.SABIN@BINGHAM.COM;
JOSHUA.DORCHAK@BINGHAM.COM

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND
STEVEN WILAMOWSKY
(COUNSEL TO UBS FINANCIAL SERVICES, ET AL)
399 PARK AVENUE
NEW YORK, NY 10022-4689
EMAIL: JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN,
JOSHUA DORCHAK
(COUNSEL TO CURRENEX, STATE STREET BANK & UBS SEC)
399 PARK AVENUE
NEW YORK, NY 10022-4689
EMAIL: JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM;
JOSHUA.DORCHAK@BINGHAM.COM;

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND
STEVEN WILAMOWSKY
(COUNSEL TO DEUTSCHE BANK SECURITIES INC.)
399 PARK AVENUE
NEW YORK, NY 10022-4689
EMAIL: JEFFREY.SABIN@BINGHAM.COM,
ROBERT.DOMBROFF@BINGHAM.COM,
STEVEN.WILAMOWSKY@BINGHAM.COM

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY SABIN, RONALD SILVERMAN, STEVEN
WILAMOWSKY AND CAROL WEINER LEVY
(COUNSEL TO HALBIS DISTRESSED OPP MASTER FUND LTD)
399 PARK AVENUE
NEW YORK, NY 10022-4689
EMAIL: JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM;
CAROL.WEINERLEVY@BINGHAM.COM

BINGHAM MCCUTCHEN LLP
ATTN: MARK W. DEVENO
(COUNSEL TO METROPOLITAN LIFE INSURANCE COMPANY)
ONE STATE STREET
HARTFORD, CT 06103
EMAIL: MARK.DEVENO@BINGHAM.COM

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO HARBINGER CAP, HARBERT, UBS FIN, UBS
INTL, UBS FIN SRVS OF PR, DEUSTCHE BANK, HALBIS)
ONE FEDERAL PLAZA
BOSTON, MA 02110-1726
EMAIL: SABIN.WILLETT@BINGHAM.COM

BINGHAM MCCUTCHEN LLP
ATTN: RAJIV MADAN AND ANGIE OWEN
(SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN
POSSESSION)
2020 K STREET, NW
WASHINGTON, DC 20006-1806
EMAIL: RAJ.MADAN@BINGHAM.COM

BLANK ROME LLP
ATTN ANDREW ECKSTEIN
(COUNSEL FOR THOMSON REUTERS PLC &
THOMSON REUTERS CORP)
THE CHRYSLER BUILDING, 405 LEXINGTON AVE
NEW YORK, NY 10174
EMAIL: AECKSTEIN@BLANKROME.COM

BOULT, CUMMINGS, CONNERS & BERRY, PLC
ATTN:  AUSTIN L. MCMULLEN
(COUNSEL TO:  FRANKLIN AMERICAN MORTGAGE CO.)
1600 DIVISION STREET, SUITE 700
P.O. BOX 340025
NASHVILLE, TN 37203
EMAIL: AMCMULLEN@BOULTCUMMINGS.COM

BOULT, CUMMINGS, CONNERS & BERRY, PLC
ATTN: ROGER G. JONES
(COUNSEL TO:  FRANKLIN AMERICAN MORTGAGE CO.)
1600 DIVISION STREET, SUITE 700
P.O. BOX 340025
NASHVILLE, TN 37203
EMAIL: RJONES@BOULTCUMMINGS.COM

BRACEWELL & GIULIANI LLP
ATTN: KURT A. MAYR
(COUNSEL TO MR. ALAIN BACHELOT, THE PROVISIONAL
FRENCH ADMINISTRATOR OF BANQUE LEHMAN BROTHERS SA)
225 ASYLUM STREET, SUITE 2600
HARTFORD, CT 06103
EMAIL: KURT.MAYR@BGLLP.COM

BRESLOW & WALKER, LLP
ATTN: ROY H. CARLIN, PC
(COUNSEL TO PT. BANK NEGARA INDONESIA (PERSARO))
767 THIRD AVENUE
NEW YORK, NY 10017
EMAIL: RCARLIN@BRESLOWWALKER.COM

BRICE, VANDER LINDEN & WERNICK, P.C.
ATTN: HILARY B. BONIAL
(COUNSEL TO LITTON LOAN SERVICING, LP)
PO BOX 829009
DALLAS, TX 75382-9009
EMAIL: NOTICE@BKCYLAW.COM

BRIGGS & MORGAN, P.A.
ATTN: MICHAEL D. GORDON
(COUNSEL TO MEMBERS UNTD CORP FEDERAL CRDT UNION)
2200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402
EMAIL: MGORDON@BRIGGS.COM

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
NEW YORK REGION
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281-1021
EMAIL: MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO BUSINESS OBJECTS AMERICAS AND
FRICTIONLESS COMMERCE, INC.)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096
EMAIL: DLUDMAN@BROWNCONNERY.COM

BROWN RUDNICK LLP
ATTN: MARTIN S. SIEGEL
(COUNSEL TO LBT AD HOC GROUP)
SEVEN TIMES SQUARE
NEW YORK, NY 10036
EMAIL: MSIEGEL@BROWNRUDNICK.COM

BROWN RUDNICK LLP
ATTN: STEVEN B. LEVINE
(COUNSEL TO LBT AD HOC GROUP)
ONE FINANCIAL CENTER
BOSTON, MA 02111
EMAIL: SLEVINE@BROWNRUDNICK.COM

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
(COUNSEL TO: ORACLE USA, INC. AND ORACLE
CREDIT CORPORATION)
4 EMBARCADERO CTR FL 22
SAN FRANCISCO, CA 94111-5998
EMAIL: SCHRISTIANSON@BUCHALTER.COM

BUCHANAN INGERSOLL & ROONEY PC
ATTN: CHRISTOPHER P. SCHUELLER, ESQ.
(COUNSEL TO GREENBRIAR MINERALS, LLC)
620 EIGHTH AVENUE, 23RD FLOOR
NEW YORK, NY 10018
EMAIL: CHRISTOPHER.SCHUELLER@BIPC.COM

BUCHANAN INGERSOLL & ROONEY PC
ATTN: TIMOTHY P. PALMER, ESQ.
(COUNSEL TO GREENBRIAR MINERALS, LLC)
ONE OXFORD CENTRE
301 GRANT STREET, 20TH FLOOR
PITTSBURGH, PA 15219-1410
EMAIL: TIMOTHY.PALMER@BIPC.COM

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTN: ERIC B. FISHER AND ROBERT SIDORSKY
(COUNSEL TO CAIXA GERAL DE DEPOSITOS, S.A.)
380 MADISON AVENUE
22ND FLOOR
NEW YORK, NY 10017
EMAIL: FISHERE@BUTZEL.COM, SIDORSKY@BUTZEL.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS JR, ESQ, ELLEN HALSTEAD, ESQ
JASON JURGENS,ESQ
(COUNSEL TO EXUM RIDGE CBO, SGS HY CRD FUND, AVIV
AIRIELCDO, PEBBLE CREEK AND WHITE MARLIN, WESTLB
AG, NEW YORK BRANCH)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
EMAIL: HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM;
JASON.JURGENS@CWT.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: ISRAEL DAHAN
(COUNSEL TO FXCM HOLDINGS LLC)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
EMAIL: ISRAEL.DAHAN@CWT.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: JOHN RAPISARDI, ESQ,
AND GARY TICOLL, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
EMAIL: JOHN.RAPISARDI@CWT.COM; JASON.JURGENS@CWT.COM,

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG
(COUNSEL TO FXCM HOLDING, LLC AND MORGAN STANLEY
& CO. INCORPORATED AND AFFILIATES)
700 6TH ST NW
WASHINGTON, DC 20001-3704
EMAIL: MARK.ELLENBERG@CWT.COM

CAHILL GORDON & REINDEL LLP
ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON
(COUNSEL TO HYPO INVESTMENTBANK AG)
EIGHTY PINE STREET
NEW YORK, NY 10005
EMAIL: SGORDON@CAHILL.COM; JLEVITIN@CAHILL.COM

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM
ATTN: THOMAS NOGUEROLA, SR. STAFF COUNSEL
P.O. BOX 942707
SACRAMENTO, CA 94229-2707
EMAIL: THOMAS_NOGUEROLA@CALPERS.CA.GOV

CARTER, LEDYARD & MILBURN LLP
ATTN: AARON R. CAHN
(COUNSEL TO PUNJAB NATIONAL BANK)
2 WALL STREET
NEW YORK, NY 10005
EMAIL: CAHN@CLM.COM

CB RICHARD ELLIS, INC
ATTN: WANDA N. GOODLOE, ESQ.
200 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10166
EMAIL: WANDA.GOODLOE@CBRE.COM

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M. LEMAY, &
ANDREW ROSENBLATT
(COUNSEL TO GLG PARTNERS LP)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10012
EMAIL: DLEMAY@CHADBOURNE.COM, HSEIFE@CHADBOURNE.COM,
AROSENBLATT@CHADBOURNE.COM

CHAPMAN AND CUTLER LLP
ATTN: CRAIG M. PRICE & LAURA APPLEBY
FRANLIN H. TOP, III & JAMES HEISER
(COUNSEL TO BANK OF MONTREAL, US BANK NATIONAL,
NATIONAL AUSTRALIA BANK LTD)
1270 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NY 10020
EMAIL: APPLEBY@CHAPMAN.COM; CPRICE@CHAPMAN.COM

CHAPMAN AND CUTLER LLP
ATTN: JAMES HEISER
(COUNSEL TO GENERAL HELICOPTERS INTERNATIONAL LLC)
111 WEST MONROE STREET
CHICAGO, IL 60603
EMAIL: HEISER@CHAPMAN.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN:  LINDSEE P. GRANFIELD, ESQ &
BOAZ S. MORAG, ESQ.
(COUNSEL TO BARCLAYS CAPITAL, INC.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
EMAIL: LGRANFIELD@CGSH.COM; BMORAG@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D. BOCCUZI JR., ESQ.
(COUNSEL TO GOLDMAN SACHS CREDIT PARTNERS AND GS
EUROPENA PERFORMANCE FUND LIMITED)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
EMAIL: MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D. BOCCUZZI AND THOMAS J. MOLONEY
(COUNSEL TO GOLDMAN, SACH & CO., AT AL. AND
J. ARON & COMPANY)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
EMAIL: MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL
(COUNSEL TO HELLMAN & FRIEDMAN LLC)
OME LIBERTY PLAZA
NEW YORK, NY 10006
EMAIL: MAOFILING@CGSH.COM; JBROMLEY@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JEFFREY A. ROSENTHAL
(COUNSEL TO WACHOVIA BANK, WACHOVIA SECURITIES LTD
FIRST CLEARING LLC, TATTERSALL ADVISORY GROUP, AND
EVERGREEN ET AL)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
EMAIL: MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS J. MALONEY, ESQ.
(COUNSEL TO D.E. SHAW COMPOSITE PORTFOLIOS, LLC
AND D.E. SHAW OCULUS PORTFOLIOS, LLC)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
EMAIL: MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
COUNSEL TO IAN LOWITT
ATTN: DAVID Y. LIVSHIZ, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
EMAIL: MAOFILING@CGSH.COM

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN AND SARA M. TAPINEKIS
(COUNSEL TO CALYON AND CALYON SECURITIES)
31 WEST 52ND STREET
NEW YORK, NY 10019-6131
EMAIL: ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
SARA.TAPINEKIS@CLIFFORDCHANCE.COM;
SARAH.CAMPBELL@CLIFFORDCHANCE.COM

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN AND WENDY ROSENTHAL
(COUNSELT TO BANIF-BANCO, DEXIA LUXEMBURG, DEXIA
LOCAL, DEXIA DEUTSCHLAND AND DEXIA BELGIQUE)
31 WEST 52ND STREET
NEW YORK, NY 10019-6131
EMAIL: ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
SARAH.CAMPBELL@CLIFFORDCHANCE.COM

COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP
ATTN: PETER PEARLMAN AND JEFFREY HERRMANN
(COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF
TREASURY, DIVISION OF INVESTMENT)
PARK 80 PLAZA WEST-ONE
SADDLE BROOK, NJ 07663
EMAIL: PSP@NJLAWFIRM.COM; JWH@NJLAWFIRM.COM

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
ATTN: LAURENCE MAY AND JOHN H. DRUCKER
(COUNSEL TO FEDERAL HOME LAN BANK OF PITTSBURGH)
900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022
EMAIL: LMAY@COLESCHOTZ.COM; JDRUCKER@COLESCHOTZ.COM

COMMODITY FUTURES TRADING COMMISSION
ATTN: ROBERT B WASSERMAN
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581
EMAIL: RWASSERMAN@CFTC.GOV

COMMODITY FUTURES TRADING COMMISSION
ATTN: TERRY S ARBIT
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581
EMAIL: TARBIT@CFTC.GOV

CONNOLLY ROSANIA & LOFSTEDT, P.C.
ATTN: JOLI A. LOFSTEDT, ESQ.
(COUNSEL TO IRONBRIDGE PROPERTY OWNERS ASSOC.)
950 SPRUCE STREET, SUITE 1C
LOUISVILLE, CO 80027
EMAIL: JOLI@CRLPC.COM

CONTINENTAL AIRLINES, INC.
ATTN: JEFF WITTIG
1600 SMITH
DEPT. HQ56G
HOUSTON, TX 77019
EMAIL: JEFF.WITTIG@COAIR.COM

CONTRARIAN CAPITAL MANAGEMENT, LLC
ATTN: ETHAN SCHWARTZ
411 WEST PUTNAM AVENUE
SUITE 425
GREENWICH, CT 06830
EMAIL: ESCHWARTZ@CONTRARIANCAPITAL.COM

COUNTY OF SAN MATEO
ATTN: MICHAEL P. MURPHY, COUNTY COUNSEL
400 COUNTY CENTER
REDWOOD CITY, CA 94063-1662
EMAIL: MMURPHY@CO.SANMATEO.CA.US

COVINGTON & BURLING LLP
ATTN: MICHAEL HOPKINS, DIANE COFFINO,
(COUNSEL FOR WILMINGTON TRUST COMPANY)
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
EMAIL: MHOPKINS@COV.COM; DCOFFINO@COV.COM;
MBEELER@COV.COM

COVINGTON & BURLING LLP
COUNSE TO JOY GLOBAL INC.
ATTN: DIANNE F. COFFINO ESQ
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
EMAIL: DCOFFINO@COV.COM;

CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, ESQ
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019
EMAIL: RLEVIN@CRAVATH.COM; STUMBIOLO@CRAVATH.COM.

CROCKER KUNO PLLC
ATTN: JOANNE K. LIPSON AND J. TODD TRACY
(COUNSEL TO THE CENTRAL PUGET SOUND REGIONAL
TRANSIT AUTHORITY)
720 OLIVE WAY, SUITE 1000
SEATTLE, WA 98101
EMAIL: JLIPSON@CROCKERKUNO.COM; TTRACY@CROCKERKUNO.COM

CROWE & DUNLEVY, P.C.
ATTN: JUDY HAMILTON MORSE
(COUNSEL TO OKLAHOMA MUNICIPAL POWER AUTHORITY)
20 NORTH BROADWAY, SUITE 1880
OKLAHOMA CITY, OK 73102
EMAIL: JUDY.MORSE@CROWEDUNLEVY.COM

CROWELL & MORING LLP
ATTN: WILLIAM M. O'CONNOR AND BRUCE J. ZABARAUSKAS
(COUNSEL TO AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY)
590 MADISON AVENUE
NEW YORK, NY 10022
EMAIL: WOCONNOR@CROWELL.COM; BZABARAUSKAS@CROWELL.COM

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
(COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC)
SIX LANDMARK SQUARE
STAMFORD, CT 06901
EMAIL: JCARBERRY@CL-LAW.COM

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER & JAMES I. MCCLAMMY
(COUNSEL TO NATIXIS ENTITIES, ASSET BACKED MGMT
CORP, AND BANQUE PRIVEE SAINT DOMINIQUE)
450 LEXINGTON AVENUE
NEW YORK, NY 10017
EMAIL: KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER, ABRAHAM GESSER,
JAMES I. MCCLAMMY, ALICIA CHANG
(COUNSEL TO:  NATIXIS ENTITIES, INTERNATIONAL BANK
FOR RECONSTRUCTION AND DEVELOPMENT & BANK JULIUS
BAER & CO. LTD., FREDDIE MAC)
450 LEXINGTON AVENUE
NEW YORK, NY 10017
EMAIL: KAREN.WAGNER@DPW.COM; AVI.GESSER@DPW.COM;
JAMES.MCCLAMMY@DPW.COM;ALICIA.CHANG@DAVISPOLK.COM;

DAY PITNEY LLP
(COUNSEL TO SILVER POINT CAPITAL, LP)
7 TIMES SQUARE
NEW YORK, NY 10036-7311
EMAIL: JWCOHEN@DAYPITNEY.COM

DAY PITNEY LLP
ATTN: JAMES J. TANCREDI, ESQ.
(COUNSEL TO FIDELITY NATIONAL TITLE INSURANCE CO.)
242 TRUMBULL STREET
HARTFORD, CT 06103
EMAIL: JJTANCREDI@DAYPITNEY.COM

DAY PITNEY LLP
ATTN: JOSHUA W. COHEN, ESQ.
(COUNSEL TO FIDELITY NATIONAL TITLE INSURANCE CO.)
ONE AUDUBON STREET
NEW HAVEN, CT 06510
EMAIL: JWCOHEN@DAYPITNEY.COM

DEALY & SILBERSTEIN, LLP
ATTN: MILO SILBERSTEIN, WILLIAM J. DEALY, ESQS.
(COUNSEL TO: MELVYN J. COLBY)
225 BROADWAY, SUITE 1405
NEW YORK, NY 10007
EMAIL: MSILBERSTEIN@DEALYSILBERSTEIN.COM;
WJD@DEALYSILBERSTEIN.COM

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO
(COUNSEL TO JFK INTL AIR TERM, ROCK FORTY-NINTH,
ROCKEFELLER CTR MGMT, ROCKEF GRP DEV, ROCKEF CTR)
919 THIRD AVENUE
NEW YORK, NY 10022
EMAIL: MCTO@DEBEVOISE.COM; MACRONIN@DEBEVOISE.COM

DECHERT LLP
ATTN: GLEN E. SIEGEL AND IVA UROIC
(COUNSEL TO RUSSELL INVESTMENT GROUP, INC)
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
EMAIL: GLENN.SIEGEL@DECHERT.COM; IVA.UROIC@DECHERT.COM

DEILY, MOONEY & GLASTETTER, LLP
ATTN: MARTIN A. MOONEY, ESQ.
(COUNSEL TO DCFS TRUST)
8 THURLOW STREET
ALBANY, NY 12203
EMAIL: MMOONEY@DEILYLAWFIRM.COM

DENTONS US LLP
(COUNSEL TO ROVIDA HOLDINGS LIMITED, GREAT BAY
CONDOMINIUM OWNERS ASSOCIATION AND RR INVESTMENT
COMPANY, LTD
ATTN: SCOTT E. KOERNER, ESQ.
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
EMAIL: SCOTT.KOERNER@SNRDENTON.COM

DENTONS US LLP
(COUNSEL TO ROVIDA HOLDINGS LIMITED, GREAT BAY
CONDOMINIUM OWNSERS ASSOCIATION AND RR INVESTMENT
COMPANY, LTD)
ATTN: SAM J. ALBERTS, ESQ.
1301 K STREET, N.W.
SUITE 600, EAST TOWER
WASHINGTON, DC 20005-3364
EMAIL: SAM.ALBERTS@SNRDENTON.COM

DENTONS US LLP
ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN
(COUNSEL TO SVENSKA HANDELSBANKEN AB, SWEDBANK,
ARAB BANK, BANK PEKAO, GL TRADE, BNY, EZE CASTLE
& LIQUIDPOINT)
620 FIFTH AVENUE
NEW YORK, NY 10020
EMAIL: CMONTGOMERY@SALANS.COM; LWHIDDEN@SALANS.COM

DIAMOND MCCARTHY LLP
ATTN: ALLAN D. DIAMOND AND STEPHEN T. LODEN
(COUNSEL TO THE KIYO BANK AND THE KYOEI FIRE &
MARINE INSURANCE COMPANY, LTD.)
909 FANNIN, SUITE 1500
HOUSTON, TX 77010
EMAIL: ADIAMOND@DIAMONDMCCARTHY.COM;
SLODEN@DIAMONDMCCARTHY.COM

DILWORTH PAXSON LLP
ATTN: ANN M. AARONSON AND CATHERINE G. PAPPAS
(COUNSEL TO JEANES HOSP, TEMPLE HEALTH, TRANSPORT
TEAM, TEMPLE PHYS, TEMPLE U HOSP, TEMPLE U HEALTH)
1500 MARKET STREET, 3500E
PHILADELPHIA, PA 19102-2101
EMAIL: AAARONSON@DILWORTHLAW.COM;
CPAPPAS@DILWORTHLAW.COM

DLA PIPER LLP (US)
ATTN: KAROL DENNISTON AND DEBORAH J. SALTZMAN
(COUNSEL TO LAHDE CAP MGMT, WESPORT CAP, HANK'S
LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS)
550 SOUTH HOPE STREET, SUITE 2300
LOS ANGELES, CA 90071
EMAIL: KAROL.DENNISTON@DLAPIPER.COM;
DEBORAH.SALTZMAN@DLAPIPER.COM

DLA PIPER LLP (US)
ATTN: THOMAS R. CALIFANO
(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP, HANK'S
LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104
EMAIL: THOMAS.CALIFANO@DLAPIPER.COM

DLA PIPER LLP (US)
ATTN: TIMOTHY W. BRINK AND MATTHEW T. KLEPPER
(COUNSEL TO RIVER CAPITAL ADVISORS, INC.)
203 NORTH LASALLE ST., STE 1900
CHICAGO, IL 60601
EMAIL: TIMOTHY.BRINK@DLAPIPER.COM;
MATTHEW.KLEPPER@DLAPIPER.COM;
CHRISTINE.FARRELLY@DLAPIPER.COM

DLA PIPER LLP (US)
ATTN: WILLIAM GOLDMAN
(COUNSEL TO SWEDBANK AB, NEW YORK BRANCH)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

DORSEY & WHITNEY LLP
ATTN: ERIC LOPEZ SCHNABEL
(COUNSEL TO US BANK NATIONAL ASSOCIATION)
250 PARK AVENUE
NEW YORK, NY 10177
EMAIL: SCHNABEL.ERIC@DORSEY.COM

DORSEY & WHITNEY LLP
ATTN: STEVEN J. HEIM AND MICHELLE KREIDLER DOVE
(COUNSEL TO US BANK NATIONAL ASSOCIATION)
50 SOUTH SIXTH STREET
MINNEAPOLIS, MN 55402
EMAIL: HEIM.STEVE@DORSEY.COM; DOVE.MICHELLE@DORSEY.COM

DRESDNER BANK A.G.
ATTN: STEVEN TROYER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
EMAIL: STEVEN.TROYER@COMMERZBANK.COM

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE
(COUNSEL TO ALLIANZ GLOBAL INVESTORS AG)
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047
EMAIL: ROBERT.MALONE@DBR.COM

DUANE MORRIS LLP
ATTN: LAWRENCE J. KOTLER, ESQUIRE
(COUNSEL TO FPB INTERNATIONAL BANK, INC. AND
NATIONAL AGRICULTURAL COOPERATIVE FEDERATION)
1540 BROADWAY
NEW YORK, NY 10036-4086
EMAIL: LJKOTLER@DUANEMORRIS.COM

DUANE MORRIS LLP
ATTN: PATRICIA H. HEER, ESQUIRE
(COUNSEL TO PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES'
RETIREMENT SYSTEM)
1540 BROADWAY
NEW YORK, NY 10036
EMAIL: PHHEER@DUANEMORRIS.COM; DIMASSA@DUANEMORRIS.COM

DUFFY AND ATKINS LLP
ATTN: TODD E. DUFFY AND JAMES E. ATKINS
(COUNSEL TO SOUTH MISSISSIPPI POWER ASSOCIATION
AND COAST ELETRIS POWER ASSOCIATION)
SEVEN PENN PLAZA, SUITE 420
NEW YORK, NY 10001
EMAIL: TDUFFY@DUFFYANDATKINS.COM; JIM@ATKINSLAWFIRM.COM

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584
EMAIL: SANDYSCAFARIA@EATON.COM

EISEMAN LEVINE LEHRAUPT & KAKOYIANNIS, P.C.
COUNSEL TO 4 KIDS ENTERTAINMENT &
AURICO GOLD INC. F/K/A NORTHGATE MINERALS CORP
ATTN: ERIC R. LEVINE
805 THIRD AVENUE, 10TH FLOOR
NEW YORK, NY 10022
EMAIL: ELEVINE@EISEMANLEVINE.COM

EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, PC
COUNSEL TO 4KIDS ENTERTAINMENT, INC.
ATTN: KIAH BEVERLY-GRAHAM
805 THIRD AVENUE, 10TH FLOOR
NEW YORK, NY 10022
EMAIL: KBEVERLY-GRAHAM@EISEMANLEVINE.COM

EMMET, MARVIN & MARTIN, LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
(COUNSEL TO AUSTRALIA AND NEW ZEALAND BANKING
GROUP LIMITED)
120 BROADWAY
NEW YORK, NY 10271
EMAIL: EZUJKOWSKI@EMMETMARVIN.COM

ENTWISTLE & CAPPUCCI LLP
ATTN: ANDREW J. ENTWISTLE, JOHNATH H. BEEMER,
JOHNSTON DE F. WHITMAN, JR., JOSHUA K. PORTER
(COUNSEL TO THOMAS P. DINAPOLI, AS SOLE TRUSTEE
OF THE NY STATE COMMON RETIREMENT FUND)
280 PARK AVENUE, 26TH FLOOR WEST
NEW YORK, NY 10017
EMAIL: AENTWISTLE@ENTWISTLE-LAW.COM; JWHITMAN@ENTWISTLE-
LAW.COM; JBEEMER@ENTWISTLE-LAW.COM; JPORTER@ENTWISTLE-
LAW.COM

EPSTEIN BECKER & GREEN, P.C.
ATTN: DAVID B. TATGE, ESQ.
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
1227 25TH STREET, N.W.
SUITE 700
WASHINGTON, DC 20037
EMAIL: DTATGE@EBGLAW.COM

EPSTEIN BECKER & GREEN, P.C.
ATTN: KENNETH J. KELLEY, WENDY MARCARI AND
STEPHANIE LERMAN, ESQ.
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
250 PARK AVENUE
NEW YORK, NY 10177
EMAIL: KKELLEY@EBGLAW.COM;
WMARCARI@EBGLAW.COM;SLERMAN@EBGLAW.COM

EZRA BRUTZKUS GUBNER LLP
ATTN: STEVEN T. GUBNER, ESQ
(COUNSEL TO THE CITY OF LONG BEACH)
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367
EMAIL: SGUBNER@EBG-LAW.COM;

FARRELL FRITZ, P.C.
ATTN: LOUIS A. SCARCELLA
(COUNSEL TO HEGEMON FUND I, LLC)
1320 REXCORP PLAZA
UNIONDALE, NY 11556-1320
EMAIL: LSCARCELLA@FARRELLFRITZ.COM

FEDERAL HOME LOAN MORTGAGE CORP
GEORGE KIELMAN
ASSOCIATE GENERAL COUNSEL FOR LITIGATION
8200 JONES BRANCH DRIVE - MS 202
MC LEAN, VA 22102
EMAIL: GEORGE_KIELMAN@FREDDIEMAC.COM

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COUNSEL AND SENIOR VICE PRES
33 LIBERTY STREET
NEW YORK, NY 10045-0001
EMAIL: SHARI.LEVENTHAL@NY.FRB.ORG

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATTN: STEVEN H. FELDERSTEIN, PAUL J. PASCUZZI
(COUNSEL TO CALIFORNIA PUBLIC EMPLOYEES RETIREMENT
SYSTEM)
400 CAPITOL MALL, SUITE 1450
SACRAMENTO, CA 95814
EMAIL: SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM;
HESTIOKO@FFWPLAW.COM

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI JR.
(COUNSEL TO FEDERAL EXPRESS CORPORATION)
65 TRUMBULL STREET
NEW HAVEN, CT 06510
EMAIL: CHARLES@FILARDI-LAW.COM

FIRST TRUST PORTFOLIOS L.P.
ATTN: AMY LUM
120 E. LIBERTY DRIVE, SUITE 400
WHEATON, IL 60187
EMAIL: ALUM@FTPORTFOLIOS.COM

FOLEY & LARDNER LLP
ATTN: DOUGLAS E. SPELFOGEL
(COUNSEL TO LIBYAN ARAB FOREIGN INVESTMENT CO.)
90 PARK AVE., 20TH FLOOR
NEW YORK, NY 10016
EMAIL: DSPELFOGEL@FOLEY.COM

FOLEY & LARDNER LLP
ATTN: DOUGLAS S. HEFFER
(COUNSL TO TRADING TECHNOLOGIES INTERNATIONAL INC)
90 PARK AVENUE
NEW YORK, NY 10016
EMAIL: DHEFFER@FOLEY.COM

FOLEY & LARDNER LLP
ATTN: JOANNE LEE
(COUNSL TO TRADING TECHNOLOGIES INTERNATIONAL INC)
321 N. CLARK STREET
SUITE 2800
CHICAGO, IL 60654
EMAIL: JLEE@FOLEY.COM

FOLEY & LARDNER LLP
ATTN: KEITH C. OWENS
(COUNSEL TO LIBYAN ARAB FOREIGN INVESTMENT CO.)
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
EMAIL: KOWENS@FOLEY.COM

FRANCHISE TAX BOARD
BE BANKRUPTCY MS A345
PO BOX 2952
SACRAMENTO, CA 95812-2952

FREDERIC DORWART, LAWYERS
ATTN: SAMUEL S. ORY AND JAMES A. HIGGINS
(COUNSEL TO BANK OF OKLAHOMA, N.A.)
124 EAST FOURTH STREET
TULSA, OK 74103
EMAIL: SORY@FDLAW.COM; JHIGGINS@FDLAW.COM

FREEBORN & PETERS LLP
ATTN: DEVON J. EGGERT
(COUNSEL TO ACCENTURE LLP)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677
EMAIL: DEGGERT@FREEBORNPETERS.COM

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTN: WALTER STUART, ESW. & PATRICK OH, ESQ.
COUNSEL TO SLB LEASING-FONDS GMBH & CO HERAKLES KG
ET AL.
520 MADISON AVENUE
NEW YORK, NY 10022
EMAIL: WALTER.STUART@FRESHFIELDS.COM;
PATRICK.OH@FRESHFIELDS.COM

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: PETER L. SIMMONS/RICHARD TISDALE
(COUNSEL TO FEDERAL HOME LOAN BANK OF ATLANTA)
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1980
EMAIL: PETER.SIMMONS@FRIEDFRANK.COM;
RICHARD.TISDALE@FRIEDFRANK.COM

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: SHANNON NAGLE & RICHARD TISDALE
(COUNSEL TO COMMONWEALTH BANK OF AUSTRALIA)
ONE NEW YORK PLAZA
NEW YORK, NY 10004
EMAIL: SHANNON.NAGLE@FRIEDFRANK.COM;
RICHARD.TISDALE@FRIEDFRANK.COM

FRIEDMAN DUMAS & SPRINGWATER LLP
ATTN: ELLEN A. FRIEDMAN, ESQ.
(COUNSEL TO PACIFIC GAS & ELECTRIC COMPANY)
150 SPEAR STREET, SUITE 1600
SAN FRANCISCO, CA 94105
EMAIL: EFRIEDMAN@FRIEDUMSPRING.COM

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
ATTN: ANNE E. BEAUMONT/WILLIAM P. WEINTRAUB
(COUNSEL FOR LAZARD FRERES & CO LLC)
1633 BROADWAY, 46TH FLOOR
NEW YORK, NY 10019-6708
EMAIL: ABEAUMONT@FKLAW.COM

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG
(COUNSEL TO AT&T INC.)
666 FIFTH AVENUE
NEW YORK, NY 10103
EMAIL: DROSENZWEIG@FULBRIGHT.COM

FULTON BANK
ATTN: JOHN R. MERVA, ESQ.
ASSOCIATE COUNSEL & VP
ONE PENN CENTER PO BOX 4887
LANCASTER, PA 17604
EMAIL: JMERVA@FULT.COM

GAINEY & MCKENNA
ATTN: THOMAS J. MCKENNA, ESQ.
440 PARK AVENUE SOUTH
5TH FLOOR
NEW YORK, NY 10016
EMAIL: TJMCKENNA@GAINEYANDMCKENNA.COM

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO
(COUNEL TO PYRRHULOXIA, LP)
1000 LOUISIANA, SUITE 3400
HOUSTON, TX 77002-5011
EMAIL: JMELKO@GARDERE.COM

GENOVESE, JOBLOVE & BATTISTA, P.A.
ATTN: ROBERT F. ELGIDELY
(COUNSEL TO KA KIN WONG, SIU LUI CHING, CHUN IP,
JIN LIU, YIN YING LEUNG, LAI MEI CHAN, SING HEUNG)
BANK OF AMERCIA TOWER, 100 S.E. 2ND ST, STE 400
MIAMI, FL 3285
EMAIL: RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM;
PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM

GIBBONS P.C.
ATTN: DAVID N. CRAPO, ESQ.
(COUNSEL TO STANDARD & POOR'S)
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
EMAIL: DCRAPO@GIBBONSLAW.COM

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHAEL ROSENTHAL & JANET WEISS
(COUNSEL FOR LEHMAN BROTHERS PRIVATE EQUITY FUNDS)
200 PARK AVENUE
NEW YORK, NY 10166-0193
EMAIL: MROSENTHAL@GIBSONDUNN.COM; JWEISS@GIBSONDUNN.COM

GIBSON, DUNN & CRUTCHER LLP
COUNSEL TO CLAREN ROAD CREDIT MASTER FUND LTD.
ATTN: MARSHALL R. KING, MATTHEW J. WILLIAMS AND
JOSHUA WEISSER, ESQS.
200 PARK AVENUE
NEW YORK, NY 10166-0193
EMAIL: MKING@GIBSONDUNN.COM;
MJWILLIAMS@GIBSONDUNN.COM;JWEISSER@GIBSONDUNN.COM

GILMARTIN, POSTER & SHAFTO LLP
ATTN: ANDREAS SEUFFERT, ESQ.
(COUNSEL TO PIETRO FERRERO, VERSORGUNGSWERK DER)
845 THIRD AVENUE
NEW YORK, NY 10022
EMAIL: ASEUFFERT@LAWPOST-NYC.COM

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON AND JENNIFER B. HERZOG
(COUNSEL TO MARSHALL FUNDS, INC. AND MARSHALL &
ILSLEY TRUST COMPANY, N.A.)
780 NORTH WATER STREET
MILWAUKEE, WI 53202
EMAIL: TNIXON@GKLAW.COM; JHERZOG@GKLAW.COM

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTN: JONATHAN L. FLAXER, ESQ.
(COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP)
437 MADISON AVENUE
NEW YORK, NY 10022
EMAIL: JFLAXER@GOLENBOCK.COM

GOULSTON & STORRS, P.C.
ATTN: DOUGLAS B. ROSNER & GREGORY O. KADEN
(COUNSEL TO BP 399 PARK AVENUE LLC)
400 ATLANTIC AVENUE
BOSTON, MA 02210
EMAIL: DROSNER@GOULSTONSTORRS.COM;
GKADEN@GOULSTONSTORRS.COM

GOULSTON & STORRS, P.C.
ATTN: JAMES WALLACK, DOUGLAS ROSNER,.GREG KADEN
(COUNSEL TO INTERACTIVE DATA CORPORATION)
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
EMAIL: JWALLACK@GOULSTONSTORRS.COM,
DROSNER@GOULSTONSTORRS.COM, GKADEN@GOULSTONSTORRS.COM

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN 55102-1639
EMAIL: BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM

GREENBERG TRAURIG, LLP
ATTN: MARIA DICONZA, ESQ.
(COUNSEL TO NOMURA HOLDING AMERICA, INC AND ON
BEHALF OF NOMURA HOLDINGS, INC.)
200 PARK AVENUE
NEW YORK, NY 10166
EMAIL: DICONZAM@GTLAW.COM

GREER, HERZ & ADAMS, LLP
ATTN:  FREDERICK BLACK, TARA B. ANNWEILER
(COUNSEL TO AMERICAN NATIONAL INSURANCE COMPANY)
ONE MOODY PLAZA, 18TH FLOOR
GALVESTON, TX 77550
EMAIL: TANNWEILER@GREERHERZ.COM

GSEF AL NAWRAS (CAYMAN) LIMITED
C/O NASREEN BULOS, LEGAL COUNSEL GLOBAL EQUITIES
DUBAI INTERNATIONAL CAPITAL LLC
DIFC BUILDING 2, 4TH FLOOR
SHEIKH ZAYED ROAD, PO BOX 72888
DUBAI,
EMAIL: NASREEN.BULOS@DUBAIIC.COM

HAHN & HESSEN LLP
ATTN: JEFFREY L. SCHWARTZ AND JOSEPH ORBACH
(COUNSEL TO COMMERZBANK A.G. AND DRESDNER BANK AG)
488 MADISON AVE.,15TH FLOOR
NEW YORK, NY 10022
EMAIL: JSCHWARTZ@HAHNHESSEN.COM; JORBACH@HAHNHESSEN.COM

HAHN & HESSEN LLP
ATTN: ROSANNE THOMAS MATZAT, ESQ.
(COUNSEL TO ACISTA CORP., CASCADE INVESTMENT LLC,
AND POWEREX CORP.)
488 MADISON AVE
NEW YORK, NY 10022
EMAIL: RMATZAT@HAHNHESSEN.COM

HAHN & HESSEN LLP
COUNSEL TO THE LIQUIDATION TRUSTEE OF THE C-BASS
LIQUIDATION TRUST
ATTN: MARK T. POWER & JEFFREY ZAWADZKI, ESQS.
488 MADISON AVENUE, 15TH FLOOR
NEW YORK, NY 10022
EMAIL: MPOWER@HAHNHESSEN.COM; JZAWADZKI@HAHNHESSEN.COM

HAIN CAPITAL GROUP, LLC
MEADOWS OFFICE COMPLEX
301 ROUTE 17, 17TH FLOOR
ATTN: JAMES YENZER
RUTHERFORD, NJ 07070
EMAIL: JYENZER@HAINCAPITAL.COM

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D DYAS
(COUNSEL TO HENEGAN CONSTRUCTION CO. INC.)
40 WALL STREET 37TH FLOOR
NEW YORK, NY 10005
EMAIL: WBENZIJA@HALPERINLAW.NET, JDYAS@HALPERINLAW.NET

HERRICK, FEINSTEIN LLP
ATTN: ANDREW C. GOLD
(COUNSEL TO AEW CAPITAL MANAGEMENT LP AND
LYON CAPITAL VENTURES)
TWO PARK AVENUE
NEW YORK, NY 10016
EMAIL: AGOLD@HERRICK.COM

HERRICK, FEINSTEIN LLP
ATTN: STEPHEN B. SELBST/ELIZABETH L ROSE
(COUNSEL TO COMPAGNIE FINANCIERE TRADITION SA)
2 PARK AVENUE
NEW YORK, NY 10016
EMAIL: SSELBST@HERRICK.COM

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY ANALYST
12610 PARK PLAZA DR, SUITE 100
CERRITOS, CA 90703
EMAIL: KEN.HIGMAN@HP.COM

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD
MAILSTOP 314
GARDEN CITY, ID 83714-0021
EMAIL: RAMONA.NEAL@HP.COM

HODGSON RUSS LLO
ATTN: JAMES THOMAN, ESQ.
(COUNSEL TO GESCONSULT S.A. SG LLC)
60 E. 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165
EMAIL: JTHOMAN@HODGSONRUSS.COM

HODGSON RUSS LLP
ATTN: DEBORAH J. PIAZZA
(COUNSEL TO DEERE & COMPANY)
60 E. 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165
EMAIL: DPIAZZA@HODGSONRUSS.COM

HOGAN & HARTSON LLP
ATTN: IRA GREENE, SCOTT GOLDEN AND DENA KAUFMAN
(COUNSEL TO KRAFT FOODS, INC.)
875 THIRD AVENUE
NEW YORK, NY 10022
EMAIL: ISGREENE@HHLAW.COM; SAGOLDEN@HHLAW.COM;
DCKAUFMAN@HHLAW.COM

HOLLAND & KNIGHT LLP
ATTN: ARTHUR ROSENBERG
(COUNSEL TO CAISSE DE DEPOT ET PLACEMENT DU
QUEBEC)
195 BROADWAY
NEW YORK, NY 10007-3189

HOLLAND & KNIGHT LLP
ATTN: BARBRA PARLIN, ARTHUR ROSENBERG
COUNSEL TO MONUMENT REALTY LLC, SINGAPORE
AIRLINES, LIMITED, US BANK NA, HSBC REALTY CREDIT
CORP (USA), CARLTON WILLARD HOMES, INC., SBA
COMMUNICATIONS CORP)
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007-3189
EMAIL: BARBRA.PARLIN@HKLAW.COM;
ARTHUR.ROSENBERG@HKLAW.COM;

HOLLAND & KNIGHT LLP
ATTN: BARBRA R. PARLIN, ESQ.
(COUNSEL TO PRICEWATERHOUSECOOPER LLP)
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007
EMAIL: BARBRA.PARLIN@HKLAW.COM

HOLLAND & KNIGHT LLP
ATTN: JOHN J. MONAGHAN, ESQ.
(COUNSEL TO SINGAPORE AIRLINES, US BANK NA,
HSBC REALTY CREDIT, CARLTON WILLARD AND SBA COMM)
10 ST. JAMES AVENUE
BOSTON, MA 02116
EMAIL: JOHN.MONAGHAN@HKLAW.COM

HOLLAND & KNIGHT LLP
ATTN: RICHARD E. LEAR, ESQ.
(COUNSEL TO MONUMENT REALTY LLC)
2099 PENNSYLVANIA AVE, NW, SUITE 100
WASHINGTON, DC 20006
EMAIL: RICHARD.LEAR@HKLAW.COM

HOLME ROBERTS & OWEN LLP
ATTN: ADAM BREZINE
(COUNSEL TO MILLENNIUM MARKETING & MGMT PTY, LTD.)
800 W. OLYMPIC BOULEVARD, 4TH FLOOR
LOS ANGELES, CA 90015
EMAIL: ADAM.BREZINE@HRO.COM; KERRY.MOYNIHAN@HRO.COM

HOLME ROBERTS & OWEN LLP
ATTN: ERIC JOHNSON
(COUNSEL TO NATIONAL CINEMEDIA, INC)
1700 LINCOLN, SUITE 4100
DENVER, CO 80203
EMAIL: ERIC.JOHNSON@HRO.COM

HUNTON & WILLIAMS LLP
ATTN:  JASON W. HARBOUR
(COUNSEL TO CREDIT-BASED ASSET SERVICING AND
SECURITIZATION LLC)
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
EMAIL: JHARBOUR@HUNTON.COM

HUNTON & WILLIAMS LLP
ATTN:  PETER S. PARTEE, SCOTT H. BERNSTEIN
(COUNSEL FOR CREDIT-BASED ASSET SERVICING AND
SECURITIZATION LLC)
200 PARK AVENUE, 53RD FLOOR
NEW YORK, NY 10166-0136
EMAIL: PPARTEE@HUNTON.COM; SBERNSTEIN@HUNTON.COM;

HUNTON & WILLIAMS LLP
ATTN: J.R. SMITH
(COUNSEL TO BANK OF AMERICA, NATIONAL ASSOCIATION)
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219
EMAIL: JRSMITH@HUNTON.COM

HUNTON & WILLIAMS LLP
ATTN: KEVIN M. ECKHARDT
(COUNSEL TO CATALANA EMPLEO,PREVISION,RF1,FP,CATOC
VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS)
1111 BRICKWELL AVENUE, SUITE 2500
MIAMI, FL 33131
EMAIL: KECKHARDT@HUNTON.COM

HUNTON & WILLIAMS LLP
ATTN: MICHELLE A. MENDEZ
(COUNSEL TO HEALTH CARE SERVICES CORP D/B/A
BLUE CROSS AND BLUE SHIELD OF ILLINOIS)
1445 ROSS AVENUE, SUITE 3700
DALLAS, TX 75202
EMAIL: MMENDEZ@HUNTON.COM

HUNTON & WILLIAMS LLP
ATTN: PETER S. PARTEE SR. & SCOTT H. BERNSTEIN
(COUNSEL FOR FRIEDMAN, BILLINGS, RAMSEY GROUP)
200 PARK AVENUE
NEW YORK, NY 10166
EMAIL: PPARTEE@HUNTON.COM; SBERNSTEIN@HUNTON.COM

HUNTON & WILLIAMS LLP
ATTN: RICHARD P. NORTON
(COUNSEL TO GENWORTH FINANCIAL, INC.)
200 PARK AVENUE
NEW YORK, NY 10166
EMAIL: RNORTON@HUNTON.COM

HUNTON & WILLIAMS LLP
ATTN: SCOTT H. BERNSTEIN
(COUNSEL TO CATALANA EMPLEO,PREVISION,RF1,FP,CATOC
VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS)
200 PARK AVENUE, 53RD FLOOR
NEW YORK, NY 10166
EMAIL: SBERNSTEIN@HUNTON.COM

INFOSPACE, INC.
ATTN: NATHAN GARNETT & LINDA SCHOEMAKER, ESQS.
GENERAL COUNSEL
601 108TH AVENUE, NE
BELLEVUE, WA 98004
EMAIL:
NATHAN.GARNETT@INFOSPACE.COMLINDA.SCHOEMAKER@INFOSPACE.
COM

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP
ATTN: CORY L. WEISS, ESQ.
(COUNSEL TO 50 BROADWAY REALTY CORP LLC)
250 PARK AVENUE
NEW YORK, NY 10177
EMAIL: CWEISS@INGRAMLLP.COM

INSTITUTIONAL SERVICES GROUP, LLC
ATTN: HUGH L. DAVIS (DAVE) AND VICTOR E. BLAYLOCK
PO BOX 4654
JACKSON, MS 39296
EMAIL: DAVE.DAVIS@ISGRIA.COM

INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
ATTN: TOBY R. ROSENBERG
33 MAIDEN LANE, 14TH FLOOR
NEW YORK, NY 10038
EMAIL: TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV;
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV

INTERSIL CORPORATION
ATTN: DOUGLAS BALOG, ESQ.
ASSOCIATE GENERAL COUNSEL
1650 ROBERT A. CONLON BLVD., NE
M/S 62A309
PALM BEACH, FL 32905

INVESCO AIM MANAGEMENT GROUP, INC.
ATTN: TERESA A. OXFORD, ESQ.
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
11 GREENWAY PLAZA, SUITE 100
HOUSTON, TX 77046-1173
EMAIL: TERESA.OXFORD@INVESCOAIM.COM

INVESCO LEGAL DEPARTMENT
ATTN: BENITA DRYDEN/STEVEN RIMES/EVELYN MARTINEZ
11 GREENWAY PLAZA, SUITE 2500
HOUSTON, TX 77046
EMAIL: BENITA.DRYDEN@INVESCO.COM;
STEPHEN.RIMES@INVESCO.COM;EVELYN.MARTINEZ@INVESCO.COM

IRELL & MANELLA LLP
ATTN: ALAN J. FRIEDMAN, ESQ/KERRI LYMAN, ESQ.
(COUNSEL TO "PARTY-IN-INTEREST")
840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660
EMAIL: AFRIEDMAN@IRELL.COM; KLYMAN@IRELL.COM

IVEY, BARNUM, AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
(COUNSEL TO DUKE ENERGY OHIO, INC.)
170 MASON STREET
GREENWICH, CT 06830
EMAIL: MNEIER@IBOLAW.COM

JAY HURST, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO THE COMPTROLLER OF PUBLIC ACCOUNTS OF
THE STATE OF TEXAS)
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
EMAIL: JAY.HURST@OAG.STATE.TX.US

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE
(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908
EMAIL: PTROSTLE@JENNER.COM

JENNER & BLOCK LLP
ROBERT B LYMAN (COUNSEL TO ANTON R. VALUKAS, THE
EXAMINER)
353 N CLARK STREET
CHICAGO, IL 60654-3456
EMAIL: DMURRAY@JENNER.COM; RLYMAN@JENNER.COM

JENNINGS, STROUSS & SALMON, P.L.C.
ATTN: GEORGE C. SPILSBURY AND BRIAN N. SPECTOR
(COUNSEL TO LA LOMA SENIOR LIVING SERVICES, INC.)
THE COLLIER CENTER, 11TH FLOOR
201 EAST WEASHINGTON STREET
PHOENIX, AZ 85004-2385
EMAIL: BSPECTOR@JSSLAW.COM; GSPILSBURY@JSSLAW.COM

JODY OWEN
EMAIL: JOWEN769@YAHOO.COM

JONES WALDO HOLBROOK & MCDONOUGH PC
COUNSEL TO EXTRA SPACE STORAGE, LLC, ESS SUSA
HOLDINGS LLC, ESS VRS, ESS PRISA III, LLC, AND
ESS PRISA LLC
GEORGE W. PRATT
170 SOUTH MAIN STREET, SUITE 1500
SALT LAKE CITY, UT 84101
EMAIL: GPRATT@JONESWALDO.COM

JOSEPH L. FOX, ESQ.
(COUNSEL TO HUMBERTO G. MERCHLAND LOPEZ)
60 EAST 42ND STREET, SUITE 2231
NEW YORK, NY 10165
EMAIL: JFOX@JOEFOXLAW.COM

JOSEPH N. CORDARO
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
EMAIL: JOSEPH.CORDARO@USDOJ.COM

K&L GATES LLP
ATTN: ELI R. MATTIOLI
(COUNSEL TO FIRSTBANK PUERTO RICO)
599 LEXINGTON AVENUE
NEW YORK, NY 10022
EMAIL: ELI.MATTIOLI@KLGATES.COM

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID ROSNER, ANDREW GLENN
(COUNSEL TO BAY HARBOUR MANAGEMENT, BAY HARBOUR
MASTER TROPHY HUNTER, BHCO MASTER, MSS, INST
BENCHMARKS)
1633 BROADWAY
NEW YORK, NY 10019
EMAIL: DROSNER@KASOWITZ.COM, AGLENN@KASOWITZ.COM

KATSKY KORINS LLP
ATTN: STEVEN H. NEWMAN, ESQ.
(COUNSEL TO TUXEDO RESERVE OWNER LLC AND TUXEDO
TPA OWNER LLC)
605 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10158
EMAIL: SNEWMAN@KATSKYKORINS.COM

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF
(COUNSEL TO CAISSE DE DEPOT, TOTAL GAS&POWER LTD,
GALLIARD CAP, BANCO POPULAR, POPULAR GESTION)
425 PARK AVENUE
NEW YORK, NY 10022
EMAIL: MPRIMOFF@KAYESCHOLER.COM

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF/SCOTT TALMADGE
RICHARD CHOI
(COUNSEL TO WELLS FARGO BANK, N.A. AND
WELLS FARGO & CO)
425 PARK AVENUE
NEW YORK, NY 10022
EMAIL: MPRIMOFF@KAYESCHOLER.COM;
STALMADGE@KAYESCHOLER.COM;

KELLEY DRYE & WARREN LLP
ATTN: BENJAMIN BLAUSTEIN, ESQ.
(COUNSEL TO THE JUILLIARD SCHOOL)
101 PARK AVENUE
NEW YORK, NY 10178
EMAIL: KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL, ESQ.
(COUNSEL TO TATA AMERICAN INTERNATIONAL CORP AND
TATA CONSULTANCY SERVICES LTD)
101 PARK AVENUE
NEW YORK, NY 10178
EMAIL: KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ. AND
BEN BLAUSTEIN, ESQ.
101 PARK AVENUE
(COUNSEL TO: TULLETT PREBON)
101 PARK AVENUE
NEW YORK, NY 10178
EMAIL: KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA
IGI RESOURCES)
333 WEST WACKER DRIVE, 26TH FL
CHICAGO, IL 60606
EMAIL: MPAGE@KELLEYDRYE.COM

KESSLER TOPAZ MELTZER & CHECK, LLP
ATTN: JOHN A. KEHOE
(COUNSEL TO ALAMEDA COUNTY, GOVT OF GUAM,
NORTHERN IRELAND GOVERNMENT COMM, EDINBURGH
COUNCIL & OPER. ENG. LCL 13)
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
EMAIL: JKEHOE@KTMC.COM

KIRKLAND & ELLIS LLP
ATTN: JAMES H. M. SPRAYREGEN
(COUNSEL TO LEHMAN RE, LTD & PULSAR RE, LTD)
601 LEXINGTON AVE
NEW YORK, NY 10022
EMAIL: JAMES.SPRAYREGEN@KIRKLAND.COM

KIRKLAND & ELLIS LLP
ATTN: JAMES H. M. SPRAYREGEN
(COUNSEL TO PACIFIC SUMMIT ENERGY LLC)
CITIGROUP CENTER
153 EAST 53RD STREET
NEW YORK, NY 10022-4611
EMAIL: JAMES.SPRAYREGEN@KIRKLAND.COM

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN/MARIA GINZBURG
(COUNSEL TO LIQUIDATORS OF LEHMAN BROTHERS
AUSTRALIA LIMITED)
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611
EMAIL: JAMES.SPRAYREGEN@KIRKLAND.COM

KLEIN SOLOMON LLP
ATTN: JAY B. SOLOMON
(COUNSEL TO HOPE & GREENFIELD'S OTP LLC)
275 MADISON AVE, 11TH FL
NEW YORK, NY 10016
EMAIL: JAY@KLEINSOLOMON.COM

KLESTADT & WINTERS, LLP
ATTN: CARRIE V. HARDMAN, ESQ.
(COUNSEL TO SOUTHDENE INVESTMENTS LTD.)
292 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10017-6314
EMAIL: CHARDMAN@KLESTADT.COM

KLESTADT & WINTERS, LLP
ATTN: JOHN E. JURELLER, JR.
(COUNSELT TO: OVERSTOCK.COM, INC.)
292 MADISION AVENUE, 17TH FLOOR)
NEW YORK, NY 10017
EMAIL: JJURELLER@KLESTADT.COM

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, DAMIEL M. EGGERMAN
(COUNSEL TO RUTGER SCHIMMELPENNINCK)
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
EMAIL: TMAYER@KRAMERLEVIN.COM;
DEGGERMANN@KRAMERLEVIN.COM

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, P. BRADLEY O'NEILL AND
AMY CATON
(COUNSEL TO THE BANK OF NY MELLON TRUST CO., NA)
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
EMAIL: TMAYER@KRAMERLEVIN.COM; BONEILL@KRAMERLEVIN.COM;
ACATON@KRAMERLEVIN.COM;

LANDMAN CORSI BALLAINE & FORD, P.C.
ATTN: MARK LANDMAN, WILLIAM BALLAINE & SOPHIA REE
(COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP. IN
CONSERVATORSHIP)
120 BROADWAY, 27TH FLOOR
NEW YORK, NY 10271-0079
EMAIL: MLANDMAN@LCBF.COM; WBALLAINE@LCBF.COM;
SREE@LCBF.COM

LANE POWELL PC
ATTN: CHARLES R. EKBERG
(COUNSEL TO FRED HUTCHINSON CANCER RESEARCH CNTR)
1420 FIFTH AVENUE
SUITE 4100
SEATTLE, WA 98101-2338
EMAIL: EKBERGC@LANEPOWELL.COM

LATHAM & WATKINS LLP
ATTN:  PETER M. GILHULY
(COUNSEL TO NETAPP INC; ASURION CORPORATION)
355 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-1560
EMAIL: PETER.GILHULY@LW.COM

LATHAM & WATKINS LLP
ATTN: DAVID S. HELLER & J. DOUGLAS BACON
(COUNSEL TO FANNIE MAE)
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606
EMAIL: DAVID.HELLER@LW.COM; DOUGLAS.BACON@LW.COM

LATHAM & WATKINS LLP
ATTN: KEITH A. SIMON
(COUNSEL TO FANNIE MAE)
885 THIRD AVENUE
NEW YORK, NY 10022
EMAIL: KEITH.SIMON@LW.COM

LAW OFFICE OF ETHAN A. BRECHER, LLC
COUNSEL TO MARY ANNETTE ORTEGON
ETHAN A. BRECHER, ESQ.
600 THIRD AVENUE, 2ND FLOOR
NEW YORK, NY 10016
EMAIL: ETHAN@ETHANBRECHERLAW.COM

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN: GABRIEL DEL VIRGINIA, ESQ.
COUNSEL TO THE TAARP GROUP, LLP AND SOFIA FRANKEL
880 THIRD AVENUE, 13TH FLOOR
NEW YORK, NY 10022
EMAIL: GABRIEL.DELVIRGINIA@VERIZON.NET

LAW OFFICES OF NEIL MOLDOVAN, P.C.
ATTN: ELLEN ZWEIG
(COUNSEL TO ANITA BRYANT)
ONE OLD COUNTRY ROAD, SUITE 270
CARLE PLACE, NY 11514
EMAIL: EZWEIG@OPTONLINE.COM

LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT
VERTRETEN DURCH IHREN VORSTAND
(MICHAEL BONACKER, HANS-MARTIN BURY,HELMUT OLIVIER
DR. PATRICK SCHMITZ-MORKRAMER, CHRISTIAN SPIELER)
RATHENAUPLATZ 1
60313 FRANKFURT AM MAIN
EMAIL: MICHAEL.BONACKER@LEHMAN.COM;
MARTIN.BURY@LEHMAN.COM; HELMUT.OLIVIER@LEHMAN.COM;
PATRICK.SCHMITZ-MORKTRAMER@LEHMAN.COM;
CHRISTIAN.SPIELER@LEHMAN

LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: WALTER E. SWEARINGEN
(COUNSEL TO PETER J. AND MARY JANE DAPUZZO)
1185 AVENUE OF THE AMERICAS, 17TH FLOOR
NEW YORK, NY 10036
EMAIL: WSWEARINGEN@LLF-LAW.COM

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
(COUNSEL TO THE CERTIFIED CLASS IN AUSTIN
V. CHISICK)
250 HUDSON ST
NEW YORK, NY 100131413
EMAIL: SFINEMAN@LCHB.COM

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN
(COUNSEL TO HARRIS COUNTY)
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
EMAIL: DALLAS.BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE W. SANDERS
(COUNSEL TO MCLENNAN COUNTY)
1949 SOUTH I.H. 35
PO BOX 17428
AUSTIN, TX 78760
EMAIL: AUSTIN.BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
(COUNSEL TO HUNT & SMITH COUNTY)
2323 BRYAN STREET
SUITE 1600
DALLAS, TX 75201
EMAIL: DALLAS.BANKRUPTCY@PUBLICANS.COM

LINKLATERS LLP
COUNSEL TO JOINT ADMINISTRATORS OF LEHMAN BROTHERS
INTERNATIONAL (EUROPE)
ATTN: JAMES R. WARNOT, JR.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105
EMAIL: JAMES.WARNOT@LINKLATERS.COM

LOCKE LORD BISSELL & LIDDELL LLP
ATTN: PHILIP EISENBERG
(COUNSEL TO DYNERGY POWER MARKETING, INC.)
3400 JPMORGAN CHASE TOWER
600 TRAVIS STREET
HOUSTON, TX 77002-3095
EMAIL: PEISENBERG@LOCKELORD.COM

LOEB & LOEB LLP
ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN AND
DANIEL B. BESIKOF
(COUNSEL TO THOMAS COOK AG)
345 PARK AVENUE
NEW YORK, NY 10154
EMAIL: WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM;
DBESIKOF@LOEB.COM

LOIZIDES, P.A.
ATTN: CHRISTOPHER D. LOIZIDES, ESQ.
(COUNSEL TO 72 INDIVIDUALS)
1225 KING STREET, SUITE 800
WILMINGTON, DE 19801
EMAIL: LOIZIDES@LOIZIDES.COM

LOVELLS LLP
ATTN: CHRISTOPHER R. DONOHO, III
(COUNSEL TO CENTERBRIDGE)
590 MADISON AVENUE
NEW YORK, NY 10022
EMAIL: CHRIS.DONOHO@LOVELLS.COM

LOVELLS LLP
ATTN: CHRISTOPHER R. DONOHO, III
(COUNSEL TO STANDARD CHARTERED BANK AND SEA PORT
GROUP SECURITIES, LLC)
590 MADISON AVENUE
NEW YORK, NY 10022
EMAIL: CHRIS.DONOHO@LOVELLS.COM

LOVELLS LLP
ATTN: ROBIN E. KELLER AND OMECA N. NEDD
(COUNSEL TO QVT FINANCIAL LP)
590 MADISON AVE
NEW YORK, NY 10022
EMAIL: ROBIN.KELLER@LOVELLS.COM; OMECA.NEDD@LOVELLS.COM

LOVELLS LLP
ATTN: ROBIN E. KELLER, ESQ.
(COUNSEL TO BRE BANK S.A., CARLTON COMM. LTD AND
INSTITUTO CREDITO OFICIAL)
590 MADISON AVENUE
NEW YORK, NY 10022
EMAIL: ROBIN.KELLER@LOVELLS.COM

LOWENSTEIN SANDLER PC
ATTN:  JEFFREY PROL, ESQ.
(COUNSEL TO FUBON SECURITIES CO, FUBON INSURANCE
CO, TAIPEI FUBON COMMERCIAL BANK CO)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
EMAIL: JPROL@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: ERIN S. LEVIN, ESQ.
(COUNSEL TO LIBERTY VIEW CAPITAL MGMT. LLC,
LIBERTY VIEW CREDIT OPP FUND, LIBERTY VIEW CREDIT
SELECT FUND, LP,LIBERTY VIEW FUNDS,LP,LIBERTY VIEW
ARBITRAGE FUNDS LP,LIBERTY VIEW FOCUS FUND, LP,
LIBERTY VIEW GLOBAL RISK ARBITRAGE FUND,LP AND
LIBRTY VIEW SPECIAL OPPORTUNITIES FUND,LP
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
EMAIL: ELEVIN@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
1251 AVENUE OF THE AMERICAS
18TH FLOOR
NEW YORK, NY 10020
EMAIL: ILEVEE@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
EMAIL: ILEVEE@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL ETKIN, SCOTT CARGILL, SEAN QUIGLEY
(COUNSEL TO LIBERTYVIEW CAPITAL MANAGEMENT LLC,
LIBERTYVIEW CREDIT OPPORTUNITIES FUND, ET AL)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
EMAIL: METKIN@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM;
SQUIGLEY@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL ETKIN, SCOTT CARGILL, SEAN QUIGLEY
(COUNSEL TO LIBERTYVIEW CAPITAL MANAGEMENT LLC,
LIBERTYVIEW CREDIT OPPORTUNITIES FUND, ET AL)
65 LIVINGSTON STREET
ROSELAND, NJ 07068
EMAIL: METKIN@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM;
SQUIGLEY@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ATKIN AND S. JASON TEELE
(COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING
AND TRADING)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
EMAIL: METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ALAMEDA COUNTY EMPLOYEES' RETIREMENT
ASSOC,GOVT OF GUAM RETIREMENT FUND, NORTHERN
IRELAND LOCAL GOVT OFFICERS SUPERANNUATION
COMMITTEE, CITY OF EDINBURG COUNCIL, AND OPERATING
ENGINEERS LOCAL 3 TRUST FUND)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
EMAIL: METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ENERGYCO LLC AND ENERGYCO
MARKETING AND TRADING)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
EMAIL: METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO PNMR SERVICES CO AND FIRST CHOICE
POWER LP)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
EMAIL: METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO PNMR SERVICES COMPANY AND FIRST CHOICE
POWER, LP)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
EMAIL: METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND TIMOTHY R. WHEELER
(COUNSEL TO SPIRAL BINDING COMPANY, INC.)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020
EMAIL: METKIN@LOWENSTEIN.COM; TWHEELER@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN, ESQ.
(COUNSEL TO RELIANT ENERGY SERVICES INC AND
RELIANT ENERGY POWER SUPPLY, LLC)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020
EMAIL: METKIN@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: PAUL KIZEL, ESQ.
(COUNSEL TO LIBERTY VIEW CAPITAL MANAGEMENT LLC)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
EMAIL: PKIZEL@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: PAUL KIZEL, ESQ.
(COUNSEL TO LIBERTY VIEW CAPITAL MANAGEMENT, LLC)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
EMAIL: PKIZEL@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: SCOTT CARGILL, ESQ.
(COUNSEL TO CERBERUS PARTNERS, L.P. AND CERBERUS
INTERNATIONAL, LTD.)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
EMAIL: SCARGILL@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN:KENNETH ROSEN, ERIC HORN
(COUNSEL TO AVAYA INC)
65 LIVINGSTON AVE.
ROSELAND, NJ 07068
EMAIL: KROSEN@LOWENSTEIN.COM; ZROSENBAUM@LOWENSTEIN.COM

MANUFACTURERS AND TRADER TRUST COMPANY
ATTN: MARK W. WARREN, ESQ.
(COUNSEL TO M&T BANK)
ONE M&T PLAZA, 12TH FLOOR
BUFFALO, NY 14203
EMAIL: MWARREN@MTB.COM

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801
EMAIL: JHUGGETT@MARGOLISEDELSTEIN.COM

MAYER BROWN LLP
ATTN: ANTONIA GOLIANOPOULOS, ESQ.
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
1675 BROADWAY
NEW YORK, NY 10019
EMAIL: AGOLIANOPOULOS@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: BRIAN TRUST, ESQ
1675 BROADWAY
NEW YORK, NY 10019
EMAIL: BTRUST@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: BRIAN TRUST, ESQ
1675 BROADWAY
NEW YORK, NY 10019
EMAIL: BTRUST@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: BRIAN TRUST, ESQ; FREDERICK D. HYMAN, ESQ.;
(COUNSEL TO WASHINGTON MUTUAL BANK AND
WASHINGTON MUTUAL INC)
1675 BROADWAY
NEW YORK, NY 10019
EMAIL: BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM;

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN,
(COUNSEL TO NATIONAL BANK OF CANADA ET AL.)
1675 BROADWAY
NEW YORK, NY 10019
EMAIL: BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM;

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ.
MARIA SEGARRA, ESQ.
1675 BROADWAY
NEW YORK, NY 10019
EMAIL:
FHYMAN@MAYERBROWN.COMBTRUST@MAYERBROWN.COMMSEGARR
A@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ.,
1675 BROADWAY
NEW YORK, NY 10019
EMAIL: FHYMAN@MAYERBROWN.COM;

MAYER BROWN LLP
ATTN: J. ROBERT STOLL & ANDREW SHAFFER
(COUNSEL TO LEHMAN HONG KONG ENTITIES)
1675 BROADWAY
NEW YORK, NY 10019
EMAIL: JSTOLL@MAYERBROWN.COM; ASHAFFER@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: STEVEN WOLOWITZ AND BRIAN TRUST
(COUNSEL TO LIBRA CDO LTD AND SOCIETE GENERALE)
1675 BROADWAY
NEW YORK, NY 10019
EMAIL: SWOLOWITZ@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: THOMAS S KIRIAKOS
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
71 S. WACKER DRIVE
CHICAGO, IL 60606
EMAIL: TKIRIAKOS@MAYERBROWN.COM

MAYNARD COOPER & GALE, PC
ATTN: JAYNA PARTAIN LAMAR
(COUNSEL TO REGIONS BANK)
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, AL 35203
EMAIL: JLAMAR@MAYNARDCOOPER.COM

MCBREEN & KOPKO
ATTN: KENNETH A. REYNOLDS, ESQ.
(COUNSEL TO EXECUTIVE FLITEWAYS, INC.)
500 NORTH BROADWAY, SUITE 129
JERICHO, NY 11753
EMAIL: KREYNOLDS@MKLAWNYC.COM

MCCALLA RAYMER, LLC
ATTN: RICHARD H. SIEGEL
(COUNSEL TO AMERICA'S SERVICING COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102
EMAIL: RHS@MCCALLARAYMER.COM

MCCARTER & ENGLISH, LLP
ATTN: EDUARDO J. GLAS, ESQ.
(COUNSEL FOR OCCIDENTAL ENERGY MARKETING INC)
100 MULBERRY STREET
FOUR GATEWAY CENTER
NEWARK, NJ 07102-4096
EMAIL: EGLAS@MCCARTER.COM

MCCARTER & ENGLISH, LLP
ATTN: KATHERINE L. MAYER, ESQ.
(COUNSEL FOR OCCIDENTAL ENERGY MARKETING, INC)
RENAISSANCE CENTRE
405 NORTH KING STREET
WILMINGTON, DE 19801
EMAIL: KMAYER@MCCARTER.COM

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, ESQ
(COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.)
405 NORTH KING STREET
RENAISSANCE CENTER, 8TH FLOOR
WILMINGTON, DE 19801
EMAIL: WTAYLOR@MCCARTER.COM

MCCAUSLAND, KEEN & BUCKMAN
ATTN: GLENN S. GITOMER, ESQ.
(COUNSEL TO: DR. PETER BERMAN, JOYCE REHORST &
STEPHEN & JACQUELINE EDELMANN
11 BROADWAY, SUITE 715
NEW YORK, NY 10004
EMAIL: GGITOMER@MKBATTORNEYS.COM

MCDERMOTT WILL & EMERY LLP
ATTN: GARY O. RAVERT
(COUNSEL TO MARIE PAPILLON)
340 MADISON AVENUE
NEW YORK, NY 10173-1922
EMAIL: GRAVERT@MWE.COM

MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO
(COUNSEL TO MARIE PAPILLON)
227 WEST MONROE STREET, SUITE 4400
CHICAGO, IL 60606-5096
EMAIL: NCOCO@MWE.COM

MCGUINN, EDWIN
EMAIL: EMCGUINN@ELOTINC.NET

MCGUIREWOODS LLP
ATTN: DAVID I. SWAN
(COUNSEL FOR SPRINT NEXTEL CORPORATION, SPRINT
SOLUTIONS, INC. AND THEIR AFFILIATES)
1750 TYSONS BLVD., SUITE 1800
MC LEAN, VA 22102
EMAIL: DSWAN@MCGUIREWOODS.COM

MCGUIREWOODS LLP
ATTN: DION W. HAYES
(COUNSEL FOR THE TORONTO-DOMINION BANK)
901 EAST CARY STREET
RICHMOND, VA 23219
EMAIL: DHAYES@MCGUIREWOODS.COM

MCGUIREWOODS LLP
ATTN: JOHN H. MADDOCK III AND JOSEPH S. SHEERIN
(COUNSEL TO CSX TRANSPORTATION, INC.)
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219
EMAIL: JMADDOCK@MCGUIREWOODS.COM;
JSHEERIN@MCGUIREWOODS.COM

MCGUIREWOODS LLP
ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX
(COUNSEL TO ACCESS DATE CORPORATION, MERIDIAN
COMP OF NEW YORK, INC., SNX GAS COMPANY LLC,
(SPRINT NEXTEL CORPORATION, AND THE
TORONTO-DOMINION BANK)
1345 AVENUE OF THE AMERICAS, 7TH FL
NEW YORK, NY 10105
EMAIL: PHAYDEN@MCGUIREWOODS.COM;
SFOX@MCGUIREWOODS.COM

MCKOOL SMITH, P.C.
COUNSEL TO ATHILON CAPITAL CORP.
ATTN: MICHAEL R. CARNEY, ESQ.
ONE BRYANT PARK, 47TH FLOOR
NEW YORK, NY 10036
EMAIL: MCARNEY@MCKOOLSMITH.COM

MEISTER SEELIG & FEIN LLP
ATTN: JAMES M. RINGER
(COUNSEL TO ROSSLYN INVESTORS I, LLC)
2 GRAND CENTRAL TOWER, 19TH FLOOR
140 EAST 45TH STREET
NEW YORK, NY 10017
EMAIL: JMR@MSF-LAW.COM

MENAKER & HERRMANN LLP
ATTN: KAREN KIM
10 EAST 40TH STREET, 43RD FLOOR
NEW YORK, NY 10016

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: ALAN E. MARDER AND JIL MAZER-MARINO
(COUNSEL TO CONSTELLATION PLACE, ADV. PORTOLIO
SUNGUARD, ET AL, INF. SRVS, WALL ST CONCEPTS)
990 STEWART  AVENUE, SUITE 300
GARDEN CITY, NY 11530
EMAIL: AMARDER@MSEK.COM; JMAZERMARINO@MSEK.COM

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: THOMAS R. SLOME, ESQ.
(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)
900 STEWART AVENUE, SUITE 300
PO BOX 9194
GARDEN CITY, NY 11530
EMAIL: TSLOME@MSEK.COM

MICHAEL A. COX, ATTORNEY GENERAL
ATTN: JUANDISHA HARRIS, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO STATE OF MICHIGAN, DEPT. OF TREASURY)
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202
EMAIL: HARRISJM@MICHIGAN.GOV

MICHAEL C. FREGE
IN SEINER EIGENSCHAFT ALS INSOLVENZVERWALTER UBER
DAS VERMOGEN DER LEHMAN BROTHERS BANKHAUS
AKTIENGESELLSCHAFT, BARCKHAUSSTR. 12-16
60325 FRANKFURT AM MAIN
EMAIL: MICHAEL.FREGE@CMS-HS.COM

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: PAUL ARONZON & GREGORY A. BRAY
(COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF LEHMAN BROTHERS HOLDINGS INC.)
601 SOUTH FIGUEROA STREET 30TH FL
LOS ANGELES, CA 90017
EMAIL: PARONZON@MILBANK.COM; GBRAY@MILBANK.COM

MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475
EMAIL: SDNYECF@DOR.MO.GOV, STEVE.GINTHER@DOR.MO.GOV

MOORE & VAN ALLEN PLLC
ATTN: DAVID B. WHEELER, ESQ.
(COUNSEL TO PUBLIC SERVICE OF NORTH CAROLINA)
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC 29413-2828
EMAIL: DAVIDWHEELER@MVALAW.COM

MORGAN, LEWIS & BOCKLIUS LLP
ATTN: NEIL E. HERMAN, ESQ.
(COUNSEL TO COGNIZANT TECHNOLOGY SOLUTIONS)
101 PARK AVENUE
NEW YORK, NY 10178-0600
EMAIL: NHERMAN@MORGANLEWIS.COM

MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
MARUNOUCHI KITAGUCHI BUILDING
1-6-5 MARUNOUCHI, CHIYODA-KU
TOKYO 100-8222,
EMAIL: NISSAY_10259-0154@MHMJAPAN.COM

MORITT HOCK HAMROFF & HOROWITZ LLP
ATTN: LESLIE A. BERKOFF
(COUNSEL TO THE HOTCHKISS SCHOOL)
400 GARDEN CITY
GARDEN CITY, NY 11530
EMAIL: LBERKOFF@MORITTHOCK.COM

MORRISON & FOERSTER LLP
ATTN:  JOHN A. PINTARELLI,ESQ
(COUNSEL FOR FONDIARIA-SAI S.P.A.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
EMAIL: JPINTARELLI@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI ,LORENZO MARINUZZI
(COUNSEL FOR BROOKFIELD PROPERTIES ONE WFC CO LLC)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
EMAIL: JPINTARELLI@MOFO.COM, LMARINUZZI@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: JORDAN A. WISHNEW AND LORENZO MARINUZZI
(COUNSEL FOR THE CHUO MITSUI TRUST AND BANKING)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
EMAIL: JWISHNEW@MOFO.COM, LMARINUZZI@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: KAREN OSTAD, ESQ. AND TODD M. GOREN, ESQ.
(COUNSEL TO CB RICHARD ELLIS, INC.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
EMAIL: KOSTAD@MOFO.COM; TGOREN@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: LARREN M. NASHELSKY
(COUNSEL TO PACIFIC COAST CAP. PARTNERS LLC)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
EMAIL: LNASHELSKY@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI, ESQ.
(COUNSEL FOR NIPPON LIFE INSURANCE COMPANY)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
EMAIL: LMARINUZZI@MOFO.COM;

MORRISON & FOERSTER LLP
ATTN: NORMAN S. ROSENBAUM, ESQ.
(COUNSEL TO BRM GROUP LTD)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
EMAIL: NROSENBAUM@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: TSUGUMICHI WATANABE, ESQ.
(COUNSEL FOR NIPPON LIFE INSURANCE COMPANY)
SHIN-MARUNOUCHI BUILDING, 29TH FLOOR
5-1, MARUNOUCHI 1 -CHOME
CHIYODA-KU
TOKYO 100-6529,
EMAIL: TWATANABE@MOFO.COM

MORRISON & FOERSTER, LLP
ATTN: BRETT H. MILLER, ESQ
(COUNSEL TO OVERSEA-CHINES BANKING CORP, INFORMAL
GROUP OF TAIWAN FINANCIAL INSTITUTIONS, FONDO
LATINOAMERICANO DE RESERVAS AND AB BANKAS)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
EMAIL: BMILLER@MOFO.COM

MORRISON COHEN LLP
ATTN: MICHAEL R. DAL LAGO, ESQ.
(COUNSEL TO CARMIGNAC GESTION)
909 THIRD AVENUE
NEW YORK, NY 10022
EMAIL: BANKRUPTCY@MORRISONCOHEN.COM

NAGASHIMA OHNO & TSUNEMATSU
ATTN: MASAKI KONISHI, ESQ.
(COUNSEL FOR THE CHUO MITSUI TRUST AND BANKING CO)
KIOICHO BUILDING 3-12, KIOICHO
CHIYODA-KU
TOKYO 102-0094,
EMAIL: MASAKI_KONISHI@NOANDT.COM

NATIONWIDE FUND ADVISORS
ATTN: ERIC E MILLER, ESQ
1000 CONTINENTAL DR STE 400
KING OF PRUSSIA, PA 194062850
EMAIL: MILLEE12@NATIONWIDE.COM

NEWEDGE USA, LLC
ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL
COUNSEL, NEWEDGE
550 WEST JACKSON BLVD, SUITE 500
CHICAGO, IL 60661
EMAIL: SUSAN.SCHULTZ@NEWEDGEGROUP.COM

NIXON PEABODY LLP
ATTN: DENNIS J. DREBSKY
(COUNSEL TO SAN MATEO, MONTEREY, MITSUI-MOL)
437 MADISON AVENUE
NEW YORK, NY 10022
EMAIL: DDREBSKY@NIXONPEABODY.COM

NIXON PEABODY, LLP
ATTN: AMANDA DARWIN
(COUNSEL TO DEUTSCHE BANK TRUST CO AMERICAS)
100 SUMMER STREET
BOSTON, MA 02110
EMAIL: ADARWIN@NIXONPEABODY.COM

NIXON PEABODY, LLP
ATTN: MARK N. BERMAN
(COUNSEL TO THE METROPOLITAN TRANSIT AUTHORITY)
100 SUMMER STREET
BOSTON, MA 02110
EMAIL: MBERMAN@NIXONPEABODY.COM

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
(COUNSEL TO BRYANT UNIVERSITY)
100 SUMMER STREET
BOSTON, MA 02110
EMAIL: VMILIONE@NIXONPEABODY.COM

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)
437 MADISON AVENUE
NEW YORK, NY 10022
EMAIL: VMILIONE@NIXONPEABODY.COM

NOMURA HOLDING AMERICA, INC
ATTN: PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B, 22ND FLOOR
NEW YORK, NY 10281
EMAIL: BANKRUPTCYMATTERS@US.NOMURA.COM

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY 10022
EMAIL: INFO2@NORMANDYHILL.COM

OFFICE OF CHARLENE M. INDELICATO
WESTCHESTER COUNTY ATTORNEY
ATTN: MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601
EMAIL: MJR1@WESTCHESTERGOV.COM

OFFICE OF THE ATTORNEY GENERAL
ATTN: CHRISTOPHER J. MOMJIAN
(COUNSEL TO THE COMMONWEALTH OF PENNSYLVANIA
DEPT OF REVENUE, BUREAU OF ACCOUNTS SETTLEMENT)
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603
EMAIL: CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF THE MINNESOTA ATTORNEY GENERAL
ATTN: JEREMY D. EIDEN, ESQ.
445 MINNESOTA STREET, SUITE 900
SAINT PAUL, MN 55101-2127
EMAIL: JEREMY.EIDEN@STATE.MN.US

OFFICE OF THRIFT SUPERVISION
ATTN: DIRK S. ROBERTS
(DEPUTY CHIEF COUNSEL, LITIGATION)
1700 G STREET, N.W.
WASHINGTON, DC 20552
EMAIL: DIRK.ROBERTS@OTS.TREAS.GOV

OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION
ATTN: MARTIN JEFFERSON DAVIS
(SENIOR TRIAL ATTORNEY)
HARBORSIDE FINANCIAL CENTER PLAZA FIVE
JERSEY CITY, NJ 07311
EMAIL: MARTIN.DAVIS@OTS.TREAS.GOV

OPPENHEIMERFUNDS, INC.
2 WORLD FINANCIAL CENTER
225 LIBERTY STREET, 16TH FLOOR
NEW YORK, NY 10281-1008
EMAIL: AKANTESARIA@OPPENHEIMERFUNDS.COM

OPPENHEIMERFUNDS, INC.
CHIEF COMPLIANCE OFFICER
6803 SOUTH TUCSON WAY
ENGLEWOOD, CO 80112-3924
EMAIL: AKANTESARIA@OPPENHEIMERFUNDS.COM

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, ESQ.
(COUNSEL TO THE BANK OF NOVA SCOTIA)
1152 15TH STREET, NW
WASHINGTON, DC 20005-1706
EMAIL: JGUY@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA
(COUNSEL TO TELECOM ITALIA CAPITAL S.A.)
51 WEST 52ND STREET
NEW YORK, NY 10019-6142
EMAIL: RDAVERSA@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA, JR.
(COUNSEL TO THE BANK OF NOVA SCOTIA)
51 WEST 52ND STREET
NEW YORK, NY 10019-6142
EMAIL: RDAVERSA@ORRICK.COM

ORRICK, HARRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, KATHLEEN A. ORR
DEBRA L. FELDER
(COUNSEL TO CALIFORNIA IND SYSTEMS OPERATOR CORP)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706
EMAIL: JGUY@ORRICK.COM; KORR@ORRICK.COM;
DFELDER@ORRICK.COM

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: LORRAINE S. MCGOWEN, RANIERO D'AVERSA, JR.
(COUNSEL TO RIZAL COMMERCIAL BANKING CORP)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001
EMAIL: LMCGOWEN@ORRICK.COM; RDAVERSA@ORRICK.COM

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: ROGER FRANKEL, RICHARD H. WYRON, JONATHAN P.
GUY AND DEBRA L. FELDER
(COUNSEL TO RIZAL COMMERCIAL BANKING CORP)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706
EMAIL: RFRANKEL@ORRICK.COM; RWYRON@ORRICK.COM;
JGUY@ORRICK.COM; DFELDER@ORRICK.COM

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTN: PETER FELDMAN
(COUNSEL FOR FEDERAL DEPOSIT INSURANCE CORP AS
RECEIVER OF WESTERNBANK PUERTO RICO)
230 PARK AVENUE
NEW YORK, NY 10169
EMAIL: WSILVERM@OSHR.COM; PFELDMAN@OSHR.COM

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
WILLIAM M. SILVERMAN, ESQ.
(COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ, LTD)
230 PARK AVENUE
NEW YORK, NY 10169
EMAIL: WSILVERM@OSHR.COM

OUTTEN & GOLDEN LLP
ATTN: JACK RAISNER AND RENE ROUPINIAN
(COUNSEL TO 72 INDIVIDUALS)
3 PARK AVENUE, 29TH FLOOR
NEW YORK, NY 10016
EMAIL: JAR@OUTTENGOLDEN.COM;
RROUPINIAN@OUTTENGOLDEN.COM

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV
(COUNSEL TO DUKE ENERGY OHIO, INC.)
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202
EMAIL: CHIPFORD@PARKERPOE.COM

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DAVID W. DYKHOUSE AND BRIAN P. GUINEY
(COUNSEL TO ASBURY ATLANTIC AND ASBURY SOLOMONS)
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
EMAIL: DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM

PAUL HASTINGS LLP
ATTN: HARVEY A. STRICKON (HS5210)
(COUNSEL TO GENERAL ELECTRIC CAPITAL CORP;
EUROPEAN BANK FOR RECONSTRUCTION AND DEVELOPMENT)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205
EMAIL: HARVEYSTRICKON@PAULHASTINGS.COM

PAUL HASTINGS LLP
ATTN: THOMAS L. KENT AND LAWRENCE MITTMAN
(COUNSEL TO 605 THIRD AVENUE FEE LLC)
75 EAST 55TH STREET
NEW YORK, NY 10022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: STEPHEN J. SHIMSHAK, DOUGLAS R. DAVIS AND
CLAUDIA L. HAMMERMAN
(COUNSEL TO CITIGROUP, INC.)
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
EMAIL: SSHIMSHAK@PAULWEISS.COM; DDAVIS@PAULWEISS.COM;
CHAMMERMAN@PAULWEISS.COM

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ.
(COUNSEL TO ING BANK, FSB)
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543-5276
EMAIL: WISOTSKA@PEPPERLAW.COM

PEPPER HAMILTON LLP
ATTN: EVELYN J. MELTZER AND JOHN H. SCHANNE II
(COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS)
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709
EMAIL: MELTZERE@PEPPERLAW.COM; SCHANNEJ@PEPPERLAW.COM

PEPPER HAMILTON LLP
ATTN: FRANCIS J. LAWALL, ESQ.
(COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS)
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103-2799
EMAIL: LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS
DEBORAH KOVSKY-APAP
(COUNSEL TO ING BANK, FSB)
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243
EMAIL: KRESSK@PEPPERLAW.COM; KOVSKYD@PEPPERLAW.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA
(COUNSEL TO CITY OF FARMERS BRANCH ET AL)
P.O. BOX 13430
ARLINGTON, TX 76094-0430
EMAIL: ARLBANK@PBFCM.COM

PHOENIX AMERICAN FINANCIAL SERVICES, INC.
ATTN: JOSEPH HORGAN
2401 KERNER BOULEVARD
SAN RAFAEL, CA 94901
EMAIL: JHORGAN@PHXA.COM

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: MARK D. HOULE
(COUNSEL TO UNITED BANK OF CALIFORNIA, N.A.)
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5443

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: NATHAN SPATZ, ESQ.
(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)
1540 BROADWAY
NEW YORK, NY 10036-4039
EMAIL: NATHAN.SPATZ@PILLSBURYLAW.COM

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: PATRICK J. POTTER
(COUNSEL TO PYRRHULOXIA, LP)
2300 N. STREET, NW
WASHINGTON, DC 20037
EMAIL: PATRICK.POTTER@PILLSBURYLAW.COM

PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW
ATTN: SYDNEY G. PLATZER
(COUNSEL TO 250 EAST BORROWER LLC; EAST 46TH
BORROWER LLC, HALE AVENUE BORROWER LLC)
1065 AVENUE OF THE AMERICAS, 18TH FL
NEW YORK, NY 10018
EMAIL: SPLATZER@PLATZERLAW.COM

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: CHRISTOPHER A WARD
(COUNSEL FOR BATS HOLDINGS INC)
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801
EMAIL: CWARD@POLSINELLI.COM

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: DANIEL J. FLANIGAN
(COUNSEL FOR EHMD, LLC)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112
EMAIL: DFLANIGAN@POLSINELLI.COM

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES E BIRD
(COUNSEL FOR BATS HOLDINGS, INC)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112
EMAIL: JBIRD@POLSINELLI.COM

PORZIO, BROMBERG & NEWMAN, P.C.
ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN
(COUNSEL TO ALIANT BANK)
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962-1997
EMAIL: JSMAIRO@PBNLAW.COM; TJFREEDMAN@PBNLAW.COM

POST & SCHELL
ATTN: BRIAN W. BISIGNANI
(COUNSEL TO AON CONSULTING)
17 NORTH SECOND STREET, 12TH FLOOR
HARRISBURG, PA 17101-1601
EMAIL: BBISIGNANI@POSTSCHELL.COM

POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A.
ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE
(COUNSEL TO DUKE CORPORATE EDUCATION)
575 MADISON AVENUE
NEW YORK, NY 10022
EMAIL: FBP@PPGMS.COM; LML@PPGMS.COM

POTTER ANDERSON & CORROON LLP
COUNSEL TO GENESYS CONFERENCING, INC.
ATTN: LAURIE SELBER SILVERSTEIN ESQ. AND
R. STEPHEN MCNEIL, ESQ
1313 N. MARKET STREET, 6TH FLOOR
P.O. BOX 951
WILMINGTON, DE 19899
EMAIL:
LSILVERSTEIN@POTTERANDERSON.COMRMCNEIL@POTTERANDERSON.C
OM

PROFUNDS ADVISORS LLC
ATTN: BARRY PERSHKOW
7501 WISCONSIN AVENUE
SUITE 1000
BETHESDA, MD 20814
EMAIL: ADOBERMAN@PROFUNDS.COM

PROSKAUER ROSE LLP
ATTN: MARTIN BIENENSTOCK AND IRENA M. GOLDSTEIN
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-8299
EMAIL: MBIENENSTOCK@PROSKAUER.COM;
IGOLDSTEIN@PROSKAUER.COM

PROSKAUER ROSE LLP
ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU AND
TIMOTHY Q. KARCHER
(COUNSEL TO BANK OF NEW YORK MELLON)
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-8299
EMAIL: MBIENENSTOCK@PROSKAUER.COM; JLIU@PROSKAUER.COM;
TKARCHER@PROSKAUER.COM

PROSKAUER ROSE, LLP
ATTN: JEFFREY W. LEVITAN, MICHAEL T. MERVIS, ESQ.
(COUNSEL TO: MARKIT GROUP LIMITED)
11 TIMES SQUARE
NEW YORK, NY 10036-8299
EMAIL: JLEVITAN@PROSKAUER.COM; MMERVIS@PROSKAUER.COM

PROSKAUER ROSE, LLP
ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN
(COUNSEL FOR ROYAL BANK OF SCOTLAND PLC)
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-8299
EMAIL: MBIENENSTOCK@PROSKAUER.COM;
IGOLDSTEIN@PROSKAUER.COM

PRYOR CASHMAN LLP
ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID ROSE
(COUNSEL TO WSG DEVELOPMENT CO)
410 PARK AVENUE
NEW YORK, NY 10022
EMAIL: RFLEISCHER@PRYORCASHMAN.COM,
MJACOBS@PRYORCASHMAN.COM, DROSE@PRYORCASHMAN.COM

PRYOR CASHMAN LLP
ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS
(COUNSEL TO CD REPRESENTATIVE)
410 PARK AVENUE
NEW YORK, NY 10022
EMAIL: RFLEISCHER@PRYORCASHMAN.COM;
MJACOBS@PRYORCASHMAN.COM

PURSUIT PARTNERS
ATTN: LISA ROBERTS
333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR
STAMFORD, CT 06902
EMAIL: ROBERTS@PURSUITPARTNERS.COM;
CANELAS@PURSUITPARTNERS.COM; SCHEPIS@PURSUITPARTNERS.COM

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
ATTN: SUSHEEL KIRPALANI/JAMES C. TECCE
SCOTT C. SHELLEY (SPECIAL COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
LEHMAN BROTHERS HOLDINGS INC)
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010
EMAIL: SUSHEELKIRPALANI@QUINNEMANUEL.COM;
JAMESTECCE@QUINNEMANUEL.COM;
SCOTTSHELLEY@QUINNEMANUEL.COM;

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY
(COUNSEL TO SOMERSET PROPERTIES SPE, LLC)
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ 07039
EMAIL: JRABINOWITZ@RLTLAWFIRM.COM; BROY@RLTLAWFIRM.COM

RAVERT PLLC
COUNSEL TO SCOTIA CAPITAL (USA) INC.
ATTN: GARY O. RAVERT, ESQ.
116 WEST 23 STREET, 5TH FLOOR
NEW YORK, NY 10011
EMAIL: GARY.RAVERTPLLC@GMAIL.COM

REED SMITH LLP
ATTN PAUL A RACHMUTH; CHRISTOPHER A LYNCH
(COUNSEL TO GALLEON BUCCANEER'S OFFSHORE LTD)
599 LEXINGTON AVENUE
NEW YORK, NY 10022
EMAIL: CLYNCH@REEDSMITH.COM

REED SMITH LLP
ATTN: JOHN L. SCOTT, DAVID M. GRIMES
(COUNSEL TO YARPA INVESTMENTI S.G.R. S.P.A.-RP3)
599 LEXINGTON AVENUE
NEW YORK, NY 10022
EMAIL: JLSCOTT@REEDSMITH.COM; DGRIMES@REEDSMITH.COM;

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI
(COUNSEL FOR GE CAPITAL INFORMATION TECH SOLUTIONS
INC D/B/A IFS; QWEST CORPORATIONS AND QWEST
COMMUNICATIONS CORP; IKON OFFICE SOLUTIONS, INC)
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
EMAIL: KGWYNNE@REEDSMITH.COM; JFALGOWSKI@REEDSMITH.COM

REED SMITH LLP
ATTN: MICHAEL J VENDITTO
(COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LTD)
225 5TH AVE STE 1200
PITTSBURGH, PA 152222716
EMAIL: ESCHAFFER@REEDSMITH.COM

REED SMITH LLP
ATTN: MICHAEL J. VENDITTO
(COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LTD)
599 LEXINGTON AVE.
NEW YORK, NY 10022
EMAIL: MVENDITTO@REEDSMITH.COM

RIDDELL WILLIAMS P.S.
ATTN: JOSPEH E. SHICKICH
(COUNSEL TO MICROSOFT CORPORATION AND
MICROSOFT LICENSING GP)
1001 4TH AVENUE SUITE 4500
SEATTLE, WA 98154-1192
EMAIL: JSHICKICH@RIDDELLWILLIAMS.COM

RIEMER & BRAUNSTEIN LLP
ATTN: GUY MOSS, ALAN BRAUNSTEIN AND
ALEXANDER RHEAUME
(COUNSEL TO SALEM FIVE CENTS SAVINGS BANK)
THREE CENTER PLAZA
BOSTON, MA 02108
EMAIL: GMOSS@RIEMERLAW.COM; ABRAUNSTEIN@RIEMERLAW.COM;
ARHEAUME@RIEMERLAW.COM

ROBERT A. JAKOBSZE
11 BRIARCLIFF LANE
GLEN COVE, NY 11542
EMAIL: RAJ11@OPTONLINE.NET

RUSSELL INVESTMENTS
ATTN: ELIOT COHEN
909 A STREET
TACOMA, WA 98402-5120
EMAIL: ECOHEN@RUSSELL.COM

RUSSELL R. JOHNSON III
(COUNSEL TO DUKE ENERGY OHIO, INC.)
2258 WHEATLANDS DRIVE
MANAKIN SABOT, VA 23103
EMAIL: RUSSJ4478@AOL.COM

SAINT JOSEPH'S UNIVERSITY
ATTN:  MARIANNE SCHIMELFENIG, ESQ.
OFFICE OF THE GENERAL COUNSEL
5600 CITY AVENUE
PHILADELPHIA, PA 19131-1395
EMAIL: MSCHIMEL@SJU.EDU

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK
TIMOTHY T. BROCK, & ABIGAIL SNOW
(COUNSEL TO MOODY'S INVESTORS SERVICE & IBM)
230 PARK AVENUE
NEW YORK, NY 10169
EMAIL: CBELMONTE@SSBB.COM; TBROCK@SSBB.COM;
PBOSSWICK@SSBB.COM; ASNOW@SSBB.COM

SAUL EWING LLP
ATTN: ADAM H. ISENBERG, ESQ.
(COUNSEL TO THE PENN CONVENTION CENTER AUTHORITY)
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
EMAIL: AISENBERG@SAUL.COM

SCAROLA MALONE & ZUBATOV LLP
COUNSEL TO CERTAIN PARTICIPANTS IN
THE EXECUTIVE AND SELECT EMPLOYEES PLAN
ATTN RICHARD J J SCAROLA & ALEXANDER ZUBATOV
1700 BROADWAY
41ST FLOOR
NEW YORK, NY 10019
EMAIL: RJJS@SMZLLP.COM; AZ@SMZZLLP.COM

SCHIFF HARDIN LLP
ATTN: EUGENE J. GEEKIE, JR.
(COUNSEL TO NORTHERN INDIANA PUBLIC SERVICE CO.
AND NISOURCE FINANCE CORP.)
6600 SEARS TOWER
CHICAGO, IL 60606
EMAIL: EGEEKIE@SCHIFFHARDIN.COM

SCHIFFER, CRAIG
EMAIL: SCHIFFER@TRILC.COM

SCHLAM STONE & DOLAN LLP
ATTN: BENNETTE D. KRAMER
(COUNSEL TO GLENCORE COMMODITIES LTD. AND MOORE
CAPITAL MANAGEMENT LP)
26 BROADWAY
NEW YORK, NY 10004
EMAIL: BDK@SCHLAMSTONE.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN:  NICHOLAS J. LEPORE, III, ESQUIRE
(COUNSEL TO PJM INTERCONNECTION, LLC)
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103-7286
EMAIL: NLEPORE@SCHNADER.COM; MTAMASCO@SCHNADER.COM

SEWARD & KISSEL LLP
ATTN:  JOHN R. ASHMEAD, ESQ.
(COUNSEL TO:  GLOBAL THEMATIC OPPORTUNITIES FUND
LP, CFIP MASTER FUND, LTD., TURNBERRY LEVERAGED
CREDIT MASTER FUND, L.P., AND TANG CAPITAL
PARTNERS, L.P.)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
EMAIL: ASHMEAD@SEWKIS.COM

SEWARD & KISSEL LLP
ATTN: RONALD L. COHEN, ESQ.
(COUNSEL TO SUMITOMO TRUST & BANKING CO, LTD)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
EMAIL: COHENR@SEWKIS.COM

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY, ESQ
AND NED S. SCHODEK, ESQ.
(COUNSEL TO BANK OF AMERICA, NA)
599 LEXINGTON AVENUE
NEW YORK, NY 10022
EMAIL: FSOSNICK@SHEARMAN.COM; JGARRITY@SHEARMAN.COM;
NED.SCHODEK@SHEARMAN.COM

SHELL ENERGEY NORTH AMERICA (US), L.P.
ATTN: ANN REYNAUD
909 FANNIN, PLAZA LEVEL 1
HOUSTON, TX 77010
EMAIL: ANN.REYNAUD@SHELL.COM

SHELL TRADING (US) COMPANY
ATTN: JENNIFER GORE
910 FANNIN, PLAZA LEVEL 1
HOUSTON, TX 77010
EMAIL: JENNIFER.GORE@SHELL.COM

SHENWICK & ASSOCIATES
COUNSEL TO SOFIA FRANKEL
ATTN: JAMES H. SHENWICK
655 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10017
EMAIL: JSHENWICK@GMAIL.COM

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN SHULMAN & RUSSELL RIED ESQS
(COUNSEL FOR THE BANK OF NEW YORK MELLON)
30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY 10112
EMAIL: CSHULMAN@SHEPPARDMULLIN.COM;
RREID@SHEPPARDMULLIN.COM

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: MALANI J. CADEMARTORI, ESQ.
(COUNSEL TO NORTON GOLD FIELDS LIMITED)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
EMAIL: MCADEMARTORI@SHEPPARDMULLIN.COM

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
ATTN: RUSSELL L. REID AND BLANKA K. WOLFE
(COUNSEL TO ISRAEL DISCOUNT BANK OF NEW YORK)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
EMAIL: RREID@SHEPPARDMULLIN.COM;
BWOLFE@SHEPPARDMULLIN.COM

SHER TREMONTE LLP
COUNSEL TO CREDENCIAL ARGENTINA S.A., CARLOS
GORLERI AND MINICREDITOS S.A.
ATTN:  JUSTIN M. SHER
80 BROAD STREET, SUITE 1301
NEW YORK, NY 10004
EMAIL: JSHER@SHERTREMONTE.COM

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
(COUNSEL TO GARTNER INC, GARTNER UK, COMPUTER
FINANCIAL CONSULTANTS, TANGOE INC AND
OPEN SOLUTIONS, INC)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919
EMAIL: BANKRUPTCY@GOODWIN.COM

SHUTTS & BOWEN LLP
ATTN: JAMES A. TIMKO
(COUNSEL TO SUNGARD ENTITIES)
300 SOUTH ORANGE AVE., SUITE 1000
ORLANDO, FL 32801
EMAIL: JTIMKO@SHUTTS.COM

SIDLEY AUSTIN LLP
ATTN: ANDREW C. QUALE, JR., ALAN M. UNGER
(COUNSEL TO AIRCRAFT FINANCE TRUST)
787 SEVENTH AVENUE
NEW YORK, NY 10019
EMAIL: AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM

SILVERMANACAMPORA LLP
ATTN: RONALD J. FRIEDMAN
(COUNSEL TO MARTHA CHILTON MUELLER)
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
EMAIL: RFRIEDMAN@SILVERMANACAMPORA.COM

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN DAVID M TURETSKY
COUNSEL TO CAPRA ASSET MANAGEMENT INC
FOUR TIMES SQUARE
NEW YORK, NY 10036
EMAIL: DAVID.TURETSKY@SKADDEN.COM

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SALLY MCDONALD HENRY
(COUNSEL TO REGION MARCHE, NASDAQ OMX, CHICAGO
MERCANTILE EX AND BLACKROCK FINANCIAL MGMNT)
FOUR TIMES SQUARE
NEW YORK, NY 10036
EMAIL: SALLY.HENRY@SKADDEN.COM

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: D. FARRINGTON YATES/FRUMAN JACOBSON
(COUNSEL TO DR. MICHAEL C. FREGE)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
EMAIL: FYATES@SONNENSCHEIN.COM;
FJACOBSON@SONNENSCHEIN.COM

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: PATRICK C. MAXCY, ESQUIRE
(COUNSEL TO DR. MICHAEL C. FREGE)
8000 SEARS TOWER
233 WACKER DRIVE
CHICAGO, IL 60606
EMAIL: PMAXCY@SONNENSCHEIN.COM

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: SANDRA E MAYERSON/PETER A ZISSER
COUNSEL TO CAISSE DE DEPOT ET PLACEMENT DU QUEBEC
30 ROCKEFELLER PLZ FL22
NEW YORK, NY 101122299
EMAIL: SMAYERSON@SSD.COM

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: STEPHEN D. LERNER
(COUNSEL TO BROADRIDGE PROCESSING SOLUTIONS INC)
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202
EMAIL: SLERNER@SSD.COM

STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
ATTN: RONALD TERENZI AND CARA GOLDSTEIN
(COUNSEL TO LAUREL COVE DEVELOPMENT)
401 FRANKLIN AVENUE
GARDEN CITY, NY 11530
EMAIL: RTERENZI@STCWLAW.COM; CGOLDSTEIN@STCWLAW.COM

STAHL ZELLOE, P.C.
ATTN: RICHARD J. STAHL, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
11350 RANDOM HILLS ROAD, SUITE 700
FAIRFAX, VA 22030
EMAIL: R.STAHL@STAHLZELLOE.COM

STAMELL & SCHAGER, LLP
COUNSEL TO MICHAEL K MCCULLY, KATHLEEN R SORENSE,
WENDY M UVINO, & ANSHUMAN GOYAL
ATTN RICHARD J SCHAGER, JR & ANDREW R. GOLDENBERG
ONE LIBERTY PLAZA, 35TH FLOOR
NEW YORK, NY 10006
EMAIL: SCHAGER@SSNYC.COM; GOLDENBERG@SSNYC.COM

STAMELL & SCHAGER, LLP
COUNSEL TO MICHAEL K. MCULLY, GREGORY D. FELLER,
ANTOINETTE E. LA BELLE AND
RICHARD PETERS
ATTN: ANDREW R. GOLDENBERG, ESQ.
ONE LIBERTY PLAZA, 35TH FLOOR
NEW YORK, NY 10006
EMAIL: GOLDENBERG@SSNYC.COM

STANDARD CHARTERED BANK
ATTN: MARC CHAIT
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
EMAIL: MARC.CHAIT@STANDARDCHARTERED.COM

STEIN & LUBIN LLP
ATTN: EUGENE CHANG
(COUNSEL TO: OVERSTOCK.COM, INC.)
600 MONTGOMERY STREET, 14TH FLOOR
SAN FRANCISCO, CA 94111
EMAIL: ECHANG@STEINLUBIN.COM

STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
ATTN: EDMOND P. O'BRIEN
(COUNSEL TO SLG 220 NEWS OWNER LLC)
675 THIRD AVENUE, 31ST FLOOR
NEW YORK, NY 10017
EMAIL: EOBRIEN@SBCHLAW.COM

STEPHEN H. GROSS, ESQ
(COUNSEL FOR VIGNETTE EUROPE LIMITED & DELL
MARKETING)
EMAIL: SHGROSS5@YAHOO.COM

STEPTOE & JOHNSON LLP
ATTN: JOHN H. LOVI AND LARA E. ROMANSIC
(COUNSEL TO KOREA INVESTMENTS & SECURITIES CO LTD,
AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO)
750 SEVENTH AVENUE
NEW YORK, NY 10019
EMAIL: JLOVI@STEPTOE.COM; LROMANSIC@STEPTOE.COM

STEPTOE & JOHNSON LLP
ATTN: ROBBIN L. ITKIN AND KATHERINE C. PIPER
(COUNSEL TO KOREA INVESTMENT & SECURITIES CO LTD,
AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO)
2121 AVENUE OF THE STARS, SUITE 2800
LOS ANGELES, CA 90067
EMAIL: RITKIN@STEPTOE.COM; KPIPER@STEPTOE.COM

STEVEN J. BAUM, P.C.
ATTN: EHRET A. VANHORN
(COUNSEL TO GMAC)
220 NORTHPOINTE PARKWAY, SUITE G
AMHERST, NY 14228
EMAIL: EHRET-VANHORN@MBAUM.COM

STEVENS & LEE, P.C.
ATTN: ALEC P. OSTROW AND CONSTANTINE D. POURAKIS
(COUNSEL TO ROYAL BANK AMERICA)
485 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022
EMAIL: APO@STEVENSLEE.COM; CP@STEVENSLEE.COM

STEVENS & LEE, P.C.
ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS
(COUNSEL TO 1301 PROPERTIES OWNER LLC)
485 MADISON AVE, 20TH FLOOR
NEW YORK, NY 10022
EMAIL: CS@STEVENSLEE.COM; CP@STEVENSLEE.COM

STRADLEY RONON STEVENS & YOUNG LLP
ATTN: PAUL PATTERSON, MICHAEL CORDONE, MARK DORVAL
(COUNSEL TO FULTON BANK, ABERDEEN, NATIONWIDE FUND
DELAWARE MGMT HOLDINGS, TEMPLETON GLOBAL, FRANKLIN
LINCOLN NAT'L CORP AND LINCOLN VARIABLE INS.)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
EMAIL: PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM;
MDORVAL@STRADLEY.COM

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: MICHAEL J. CORDONE, ESQ.
(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
EMAIL: MCORDONE@STRADLEY.COM

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: M DORVAL, P PATTERSON, D JOSEPH, J MURPHY
(COUNSEL TO CARLYLE MORTGAGE CAPITAL, LLC, BNC
2007-4, LLC, SASC 2007-BC4 A4, LLC, SASC 2007-BNC1
LLC, AND SASC 2007-BC4 A4 II, LLC)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
EMAIL: MDORVAL@STRADLEY.COM, PPATTERSON@STRADLEY.COM,
DJOSEPH@STRADLEY.COM, JMMURPHY@STRADLEY.COM

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: PAUL A. PATTERSON AND MICHAEL J. CORDONE
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
EMAIL: PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: PAUL A. PATTERSON, ESQ
JULIE M. MURPHY, ESQ
(COUNSEL TO VAN KAMPEN EQUITY & INCOME FUND, VAN
KAMPEN INTERNATIONAL GROWTH FUND, MORGAN STANLEY
ALPHA ADVANTAGE EUROPEAN FIXED INCOME FUND, VAN
KAMPEN CORPORATE BOND FUND, MORGAN STANLEY
INSTITUTIONAL FUND TRUST, MUNICIPAL PORTFOLIO)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
EMAIL: PPATTERSON@STRADLEY.COM; JMMURPHY@STRADLEY.COM

STREUSAND & LANDON LLP
ATTN: G JAMES LANDON/RICHARD D VILLA
515 CONGRESS AVE STE 2525
AUSTIN, TX 787013508
EMAIL: LANDON@STREUSANDLANDON.COM;
VILLA@STREUSANDLANDON.COM

STROOCK & STROOCK & LAVAN LLP
ATTN: HAROLD A. OLSEN
(COUNSEL TO MERCURIA ENERGY TR, DEUTSCHE ZENTRAL,
BASSO CAPITAL, MAGNETAR CAPITAL AND MITSUI & CO.)
180 MAIDEN LANE
NEW YORK, NY 10038
EMAIL: HOLSEN@STROOCK.COM

STROOCK & STROOCK & LAVAN LLP
ATTN: LAWRENCE M. HANDELSMAN AND DENISE K. WILDES
(COUNSEL TO STAMFORD ASSOCIATES L.P.)
180 MAIDEN LANE
NEW YORK, NY 10038
EMAIL: LHANDELSMAN@STROOCK.COM; DWILDES@STROOCK.COM

STROOCK & STROOK & LAVAN LLP
ATTN: MARK A. SPEISER & SHERRY J. MILLMAN
(COUNSEL TO MIZUHO CORPORATE BANK LTD)
180 MAIDEN LANE
NEW YORK, NY 10038
EMAIL: MSPEISER@STROOCK.COM; SMILLMAN@STROOCK.COM

SUGAR FELSENTHAL GRAIS & HAMMER LLP
COUNSEL TO MERCER, INC.
AARON L. HAMMER
30 N. LASALLE ST., STE 3000
CHICAGO, IL 60602
EMAIL: AHAMMER@SUGARFGH.COM

SULLIVAN & CROMWELL LLP
ATTN: ROBINSON B. LACY, ESQ
(COUNSEL TO BARCLAYS CAPITAL, INC.)
125 BROAD STREET
NEW YORK, NY 10004
EMAIL: LACYR@SULLCROM.COM;

SULLIVAN CROMWELL LLLP
ATTN: THOMAS WRIGHT & MATTHEW SCHWARTZ
(COUNSEL TO GIANTS STADIUM LLC)
125 BROAD STREET
NEW YORK, NY 10004
EMAIL: WRIGHTTH@SULLCROM.COM;
SCHWARTZMATTHEW@SULLCROM.COM

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: MARK D. SHERRILL
(COUNSEL TO SHELL, AGBANK, AVIVA, AGRIBANK, KRAFT,
PROFUNDS, AGFIRST, PHILIP MORRIS, VINING-SPARKS)
700 SIXTH STREET, NW, SUITE 700
WASHINGTON, DC 20001-3980
EMAIL: MARK.SHERRILL@SUTHERLAND.COM

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: P. BRUCE WRIGHT
(COUNSEL FOR CUSTOMER ASSET PROTECTION COMPANY)
THE GRACE BUILDING, 40TH FLOOR
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-7703
EMAIL: BRUCE.WRIGHT@SUTHERLAND.COM

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: P.BRUCE WRIGHT
(COUNSEL TO CUSTOMER ASSET PROTECTION COMPANY)
THE GRACE BUILDING, 40TH FLOOR
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-7703
EMAIL: BRUCE.WRIGHT@SUTHERLAND.COM;

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: PAUL B. TURNER
(COUNSEL TO SHELL TRADING & SHELL ENERGY N AMER)
TWO HOUSTON CENTER
919 FANNIN, SUITE 2200
HOUSTON, TX 77010
EMAIL: PAUL.TURNER@SUTHERLAND.COM

SUTHERLAND ASBILL & BRENNAN LLP
COUNSEL TO CUSTOMER ASSET PROTECTION COMPANY
ATTN: P. BRUCE WRIGHT, ESQ.
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-7703
EMAIL: BRUCE.WRIGHT@SUTHERLAND.COM

TAFT STETTINIUS & HOLLISTER LLP
(COUNSEL TO THE FEDERAL HOME LOAN BANK OF
CINCINNATI)
W. TIMOTHY MILLER
425 WALNUT STREET, SUITE 1800
CINCINNATI, OH 45202
EMAIL: MILLER@TAFTLAW.COM

TEITELBAUM & BASKIN LLP
ATTN:  JAY TEITELBAUM
(COUNSEL TO:  CLEARBRIDGE ADVISORS, LLC)
3 BARKER AVENUE, 3RD FLOOR
WHITE PLAINS, NY 10601
EMAIL: JTEITELBAUM@TBLAWLLP.COM

TENNESSEE DEPARTMENT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV.
PO BOX 20207
NASHVILLE, TN 37202-0207
EMAIL: AGBANKNEWYORK@AG.TN.GOV;
MARVIN.CLEMENTS@AG.TN.GOV

THALER & GERTLER LLP
ATTN: ANDREW THALER & KATHERINE GERACI
(COUNSEL TO THE AUGUST '86 TRUST)
90 MERRICK AVENUE, SUITE 400
EAST MEADOW, NY 11554
EMAIL: THALER@THALERGERTLER.COM; GERACI@THALERGERTLER.COM

THE BANK OF NEW YORK MELLON
ATTN: RANJIT MATHER, ROBERT BAILEY
ONE WALL STREET, 11TH FLOOR
NEW YORK, NY 10286
EMAIL: RANJIT.MATHER@BNYMELLON.COM,
ROBERT.BAILEY@BNYMELLON.COM

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
ATTN: MONIQUE L. MORREALE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104
EMAIL: MMORREALE@US.MUFG.JP

THE CHUO MITSUI TRUST AND BANKING CO., LTD
33-1, SHIBA 3-CHOME
MINATO-KU
TOKYO 105-8574,
EMAIL: AKIHIKO_YAGYUU@CHUOMITSUI.JP,
CMTB_LC11@CHUOMITSUI.JP

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611,
EMAIL: YAMASHIRO@SUMITOMOTRUST.CO.JP

THE WILSON LAW FIRM PC
ATTN: L. MATT WILSON, ESQ.
(COUNSEL TO GREG GEORGAS & MARK GROCK)
950 EAST PACES FERRY ROAD
SUITE 3250 ATLANTA PLAZA
ATLANTA, GA 30326
EMAIL: EFILE@WILLAW.COM;MATT@WILLAW.COM

THOMPSON & KNIGHT LLP
ATTN: DAVID M. BENNETT
(COUNSEL TO CROSSROADS INVESTMENT ADVISERS LP)
1722 ROUTH STREET
SUITE 1500
DALLAS, TX 75201-2533
EMAIL: DAVID.BENNETT@TKLAW.COM

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS
(COUNSEL TO CROSSROADS INVESTMENT ADVISERS LP)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915
EMAIL: IRA.HERMAN@TKLAW.COM; DEMETRA.LIGGINS@TKLAW.COM

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL
(COUNSEL TO DIRECT ENERGY BUSINESS, LLC)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002-4499
EMAIL: RHETT.CAMPBELL@TKLAW.COM

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER
(COUNSEL TO CHEVRON NATURAL GAS)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002
EMAIL: RHETT.CAMPBELL@TKLAW.COM; MITCHELL.AYER@TKLAW.COM

THOMPSON COBURN LLP
ATTN: MARK V. BOSSI
(COUNSEL TO ARG FUNDING CORP AND VANGUARD CAR
RENTAL USA HO)
ONE US BANK PLAZA
SAINT LOUIS, MO 63101
EMAIL: MBOSSI@THOMPSONCOBURN.COM

TISHMAN SPEYER PROPERTIES, LP
ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK
CORPORATE COUNSEL
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111
EMAIL: AMENARD@TISHMANSPEYER.COM;
MBENNER@TISHMANSPEYER.COM; BTURK@TISHMANSPEYER.COM

TOBIN & TOBIN
ATTN: JOHN P. CHRISTIAN, ESQ.
(COUNSEL TO JOHN ROSEKRANS)
500 SANSOME STREET, 8TH FLOOR
SAN FRANCISCO, CA 94111-3214
EMAIL: JCHRISTIAN@TOBINLAW.COM

TRAVELERS
NATIONAL ACCOUNTS
ATTN: OLGA PRESS, ACCOUNT RESOLUTION
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044
EMAIL: OIPRESS@TRAVELERS.COM

TROUTMAN SANDERS LLP
ATTN: HOLLACE T. COHEN; LEE W STREMBA
(COUNSEL TO BANK OF CHINA,PT BANK NEGARA INDONESIA
NEW SOUTH FED SAV BANK, RWE, AND ELECTRABEL)
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
EMAIL: HOLLACE.COHEN@TROUTMANSANDERS.COM;
LEE.STREMBA@TROUTMANSANDERS.COM

TROUTMAN SANDERS LLP
ATTN: PAUL H. DEUTCH, ESQ.
(COUNSEL TO JASON WALLACE)
THE CHRYSLER BUILDING
405 LEXINGTON BUILDING
NEW YORK, NY 10174
EMAIL: PAUL.DEUTCH@TROUTMANSANDERS.COM

TUCKER ARENSBURG, P.C.
ATTN: BEVERLY WEISS MANNE, BRADLEY S. TUPI AND
MICHAEL A. SHINER
(COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH)
1500 ONE PPG PLACE
PITTSBURGH, PA 15222
EMAIL: BMANNE@TUCKERLAW.COM; BTUPI@TUCKERLAW.COM;
MSHINER@TUCKERLAW.COM

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124
EMAIL: LINDA.BOYLE@TWTELECOM.COM

VEDDER PRICE P.C.
ATTN: DOUGLAS J. LIPKE, ESQ.
(COUNSEL TO NEWEDGE USA, LLC)
222 N. LASALLE STREET
CHICAGO, IL 60601-1003
EMAIL: DLIPKE@VEDDERPRICE.COM

VEDDER PRICE PC
ATTN: MICHAEL J. EDELMAN
(COUNSEL TO PURSUIT CAPITAL PARTNERS MASTER
(CAYMANO) LTD AND PURSUIT OPPORTUNITY FUND I
MASTER LTD.)
1633 BROADWAY, 4TH FLOOR
NEW YORK, NY 10019
EMAIL: MJEDELMAN@VEDDERPRICE.COM

VENABLE LLP
ATTN:  EDWARD A. SMITH, ESQ.
(COUNSEL TO DELTA AIR LINES, INC.)
ROCKEFELLER CENTER
1270 AVE OF THE AMERICAS,25TH FL
NEW YORK, NY 10020
EMAIL: EASMITH@VENABLE.COM

VINSON & ELKINS L.L.P.
ATTN: JOHN E. WEST AND STEVEN M. ABRAMOWITZ
(COUNSEL TO CONTINENTAL AIRLINES, INC.)
1001 FANNIN STREET, SUITE 2500
HOUSTON, TX 77002-6760
EMAIL: JWEST@VELAW.COM

VINSON & ELKINS L.L.P.
ATTN: STEVEN M. ABRAMOWITZ
(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)
666 FIFTH AVENUE, 27TH FLOOR
NEW YORK, NY 10103
EMAIL: SABRAMOWITZ@VELAW.COM

VINSON & ELKINS LLP
ATTN: DOV KLEINER, ESQ.
(COUNSEL TO SHINSEI BANK LIMITED)
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103
EMAIL: DKLEINER@VELAW.COM

VINSON & ELKINS RLLP
ATTN: JEFFREY E. ELDREDGE
(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)
CITY POINT, 33RD FLOOR
ONE ROPEMAKER STREET
LONDON,  EC2Y 9UE
EMAIL: JELDREDGE@VELAW.COM

WACHTELL, LIPTON, ROSEN & KATZ
ATTN:  AMY R. WOLF/HAROLD S. NOVIKOFF/
(COUNSEL FOR JPMORGAN CHASE BANK, N.A.)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150
EMAIL: ARWOLF@WLRK.COM; HSNOVIKOFF@WLRK.COM;
JAFELTMAN@WLRK.COM;

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: AMY WOLF, ESQ.
(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150
EMAIL: ARWOLF@WLRK.COM

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G. MASON,ESQ
AND JOSHUA A. FELTMAN, ESQ
(COUNSEL FOR JPMORGAN CHASE BANK, N.A.)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150
EMAIL: HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM;
JAFELTMAN@WLRK.COM

WARNER & SCHEUERMAN
COUNSEL TO MAXIMILIAN CORETH
ATTN: JONATHAN D. WARNER, ESQ.
6 WEST 18TH STREET, 10TH FLOOR
NEW YORK, NY 10011
EMAIL: JDWARNER@WARNERANDSCHEUERMAN.COM

WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
ATTN: CHRISTOPHER BELISLE, JANE FREEBERG SARMA
(COUNSEL TO ROGER B. NAGIOFF)
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
EMAIL: CBELISLE@WFW.COM; JFREEBERG@WFW.COM

WHITE & CASE LLP
ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND
RICHARD GRAHAM
(COUNSEL FOR BP CORPORATIO NORTH AMERICA INC)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
EMAIL: AZYLBERBERG@WHITECASE.COM;
DBAUMSTEIN@WHITECASE.COM; RGRAHAM@WHITECASE.COM;

WHITE & CASE LLP
ATTN: AILEEN VENES
(COUNSEL TO DNB NOR BANK ASA)
WACHOVIA FINANCIAL CTR,SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131
EMAIL: AVENES@WHITECASE.COM

WHITE & CASE LLP
ATTN: EVAN C. HOLLANDER, ESQ.
(COUNSEL TO: OVERSEAS FUND, LTD.)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: GERARD UZZI, J. CHRISTOPHER SHORE AND
LISA THOMPSON
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787
EMAIL: CSHORE@WHITECASE.COM;

WHITE & CASE LLP
ATTN: MICHAEL RUETZEL, KATARINA STAHL
(COUNSEL TO: GERMAN ASSOCIATION OF SAVINGS BANKS)
BOCKENHEIMER LANDSTRASSE 20
60323 FRANKFURT AM MAIN
EMAIL: MRUETZEL@FRANKFURT.WHITECASE.COM;
KSTAHL@WHITECASE.COM

WHITE & CASE LLP
ATTN: THOMAS E LAURIA
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
WACHOVIA FINANCIAL CENTER, SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131
EMAIL: TLAURIA@WHITECASE.COM

WHITE & CASE LLP
ATTN: THOMAS E. MACWRIGHT
(COUNSEL TO DNB NOR BANK ASA)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787
EMAIL: TMACWRIGHT@WHITECASE.COM

WHITE & CASE LLP
COUNSEL TO SRM GLOBAL MASTER FUND LTD PARTNERSHIP
(A/K/A SRM GLOBAL MASTER FUND, LP, SRM ADVISORS
(MONACO) SAM)
ATTN: ABRAHAM L. ZYLBERBERG, RICHARD A GRAHAM ESQS
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WIGGIN AND DANA LLP
ATTN: SHARYN B. ZUCH
(COUNSEL TO HOTCHKISS SCHOOL)
185 ASYLUM STREET
HARTFORD, CT 06103-3402
EMAIL: SZUCH@WIGGIN.COM

WILLKIE FARR & GALLAGHER LLP
ATTN: ANA M. ALFONSO
(COUNSEL TO BANK OF AMERICA, N.A.)
787 SEVENTH AVENUE
NEW YORK, NY 10019
EMAIL: AALFONSO@WILLKIE.COM

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, ESQ.
(COUNSEL TO MARSHALL WACE LLP)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
EMAIL: MABRAMS@WILLKIE.COM

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, MATTHEW A. FELDMAN
(COUNSEL TO AIG FINANCIAL PRODUCTS CORPORATIONS
AND AIG GLOBAL INVESTMENT CORPORATION)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
EMAIL: MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM;

WILLKIE FARR & GALLAGHER LLP
ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ.
(COUNSEL TO FIR TREE VALUE MASTER FUND, LP AND
FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
EMAIL: RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM

WILLKIE FARR & GALLAGHER LLP
ATTN:MATTHEW A. FELDMAN & MARC ABRAMS
(COUNSEL TO GREEN TREE SERVICING INC.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
EMAIL: MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM

WILMINGTON TRUST COMPANY
ATTN DONTALD MACKELCAN
520 MADISON AVE, 33RD FL
NEW YORK, NY 10022
EMAIL: DMACKELCAN@WILMINGTONTRUST.COM

WILMINGTON TRUST FSB
ATTN: JULIE J BECKER
50 S 6TH ST STE 1290
MINNEAPOLIS, MN 554021544
EMAIL: JBECKER@WILMINGTONTRUST.COM

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
200 PARK AVENUE
NEW YORK, NY 10166-4193
EMAIL: CSCHREIBER@WINSTON.COM

WINSTON & STRAWN LLP
ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
35 WEST WACKER DRIVE
CHICAGO, IL 60601
EMAIL: DMCGUIRE@WINSTON.COM; MKJAER@WINSTON.COM

WINSTON & STRAWN LLP
ATTN: DAVID NEIER
(COUNSEL TO PENTWATER CAPITAL MANAGEMENT, LP AND
PIPER JAFFRAY & CO.)
200 PARK AVENUE
NEW YORK, NY 10166-4193
EMAIL: DNEIER@WINSTON.COM

WOLFF & SAMSON PC
ATTN: DAVID N. RAVIN & ROBERT E. NIES
(COUNSEL TO MACK-CALI REALTY LP)
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052
EMAIL: DRAVIN@WOLFFSAMSON.COM, RNIES@WOLFFSAMSON.COM

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: JAMES N. LAWLOR, ESQ.
(COUNSEL TO SISTEMA UNIVERSITARIO ANA G. MENDEZ)
ONE GATEWAY CENTER, 9TH FLOOR
NEWARK, NJ 07102
EMAIL: JLAWLOR@WMD-LAW.COM

ZEISLER & ZEISLER, P.C.
JED HORWITT AND AARON ROMNEY ESQS.
COUNSEL TO CHILDREN'S HEALTHCARE OF ATLANTA, INC.
10 MIDDLE STREET, 15TH FLOOR
BRIDGEPORT, CT 06605
EMAIL: JHORWITT@ZEISLAW.COM; AROMNEY@ZEISLAW.COM

ZUCKERMAN SPAEDER LLP
ATTN: THOMAS G MACAULEY & VIRGINIA WHITEHILL GULDI
(COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF
TREASURY, DIVISION OF INVESTMENT)
919 MARKET STREET, SUITE 990
PO BOX 1028
WILMINGTON, DE 19899
EMAIL: BANKR@ZUCKERMAN.COM