Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604
Attorneys for Mary Camilli-Bernat

## UNITED STATES BANKRUPTCY COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LEHMAN BROTHERS, INC. | CASE NO. 08-01420 (SCC) |
| Debtor, | |
| | June 9, 2014 |

### MARY CAMILLI-BERNAT'S JOINDER TO THE CLIENT GROUP'S MOTION TO COMPEL ARBITRATION

Respondent, Mary Camilli-Bernat, hereby joins the Motion to Compel Arbitration filed on behalf of certain participants in the Executive and Select Employees Plan of Shearson Lehman Bros. Inc. (Docket I.D. No. 9067), dated June 6, 2014, Bridgeport, Connecticut, the documents and support thereof consisting of a Memorandum of Law (Docket I.D. No. 9068), dated June 6, 2014, and the Declaration of Richard J. J. Scarola with Exhibits A-Z (Docket I.D. No. 9069) dated June 6, 2014.

Dated:   June 9, 2014
         Bridgeport, Connecticut

**MARY CAMILLI-BERNAT**

By:   /s/ Elizabeth J. Austin
      Elizabeth J. Austin  (ct 04384)
      Pullman & Comley, LLC
      850 Main Street
      Bridgeport, CT 06604
      Telephone: (203) 330-2243
      Facsimile (203) 576-8888
      Her Attorneys