**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

LEHMAN BROTHERS INC.,

                Debtor.

Case No. 08-01420 (SCC) SIPA

**THE MATERIAL HEREIN IS SUBJECT TO THE TRUSTEE'S AND SECURITIES INVESTOR PROTECTION CORPORATION'S *EX PARTE* MOTION FOR ENTRY OF AN ORDER AUTHORIZING FILING UNDER SEAL OF MOTION TO EXPUNGE AND RELATED FILINGS**

**Trustee's Motion for Order Expunging FirstBank Puerto Rico's Claim**

**Declaration of Leonard J. Legotte in Support of Motion for Order Expunging FirstBank Puerto Rico's Claim**

**Declaration of Jeffrey M. Greilsheimer in Support of the Trustee's Motion for Order Expunging FirstBank Puerto Rico's Claim (with Exhibits A-E)**