James B. Kobak, Jr.
Sarah L. Cave
Jeffrey M. Greilsheimer
Shannon F. Green
Sharad J. Khemani
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Tel: 212-837-6000
Fax: 212-422-4726
kobak@hugheshubbard.com
cave@hugheshubbard.com
greilshe@hugheshubbard.com
greens@hugheshubbard.com
khemani@hugheshubbardcom

Richard S. Miller
Robert T. Honeywell
Brian D. Koosed
K&L GATES LLP
599 Lexington Ave.
New York, NY 10022
Tel: 212-536-3900
Fax: 212-536-3901
richard.miller@klgates.com
robert.honeywell@klgates.com
brian.koosed@klgates.com

Richard A. Kirby
K&L GATES LLP
1601 K Street N.W.
Washington, DC 20006
Tel: 202-778-9000
Fax: 202-778-9100
richard.kirby@klgates.com

*Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.*

*Attorneys for FirstBank Puerto Rico*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| LEHMAN BROTHERS INC. | : Case No. 08-01420 (SCC) SIPA |
| Debtor. | : |

### JOINT APPENDIX OF PUBLIC DOCUMENTS RELATING TO LITIGATION OF FIRSTBANK'S CLAIM AGAINST LEHMAN BROTHERS INC.

FirstBank Puerto Rico ("FirstBank") and James W. Giddens, Trustee (the "Trustee") for the liquidation of the estate of Lehman Brothers Inc. ("LBI"), pursuant to their Stipulation of Facts dated June 25, 2014, have agreed to provide the publicly available

documents listed below in this joint appendix filed herewith, without agreeing that any such documents are relevant or material, for ease of reference in the parties' pleadings:

| Public Document ("PD") | Description |
| --- | --- |
| PD1 | Trustee's Preliminary Investigative Report and Recommendations, filed herein on August 25, 2010 [Dkt. #3604 herein] ("Trustee's Investigation Report") |
| PD2 | Securities and Exchange Commission, Division of Market Regulation, Office of Prudential Supervision and Risk Analysis, "Lehman Brothers - Consolidated Supervised Entity Market and Credit Risk Review," Bates-numbered LBEX-DOCID2125011 ("SEC Lehman CSE & Credit Risk Review") |
| PD3 | Securities and Exchange Commission, Office of the Inspector General, Office of Audits, "SEC's Oversight of Bear Stearns and Related Entities: The Consolidated Supervised Entity Program" ("SEC Bear Stearns Report") |
| PD4 | Affidavit of Daniel McIsaac, filed herein on October 6, 2009 [Dkt. #1867 herein] ("October 6, 2009 McIsaac Affidavit") |
| PD5 | Affidavit of Daniel T. McIsaac In Support of Second Motion for Order Approving the Trustee's Allocation of Property of the Estate, filed herein on December 1, 2011 [Dkt. #4761 herein] ("December 1, 2011 McIsaac Affidavit") |
| PD6 | Declaration of Leonard J. Legotte In Support of Second Motion for Order Approving the Trustee's Allocation of Property of the Estate, filed herein on December 1, 2011 [Dkt. #4763 herein] ("Legotte Declaration") |
| PD7 | Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications, filed in the Chapter 11 Case on September 15, 2008 [Dkt. #2 therein] ("Lowitt Affidavit") |
| PD8 | Declaration of Dan Yoram Schwarzmann, filed in the Chapter 11 Case on September 19, 2008 [Dkt. #223 therein] ("Schwarzmann Declaration") |
| PD9 | Lehman Brothers, "Company Overview," Bates-numbered LBEX-LL 2165164-2165176 ("Lehman Company Overview") |

| Public Document ("PD") | Description |
|---|---|
| PD10 | Lehman Brothers, "Repo Manual" (Nov. 8, 2005) (unpublished internal manual), Bates-numbered LBI_PRI_000120 (*see* Trustee's Report, p. 42 n. 67) or LBEX-LL 1175483-1175553 ("Lehman Repo Manual") |
| PD11 | Lehman Brothers, "Equities: Risk Appreciation," Bates-numbered LBEX-LL 605596-605599 ("Lehman Equities Report") |
| PD12 | Letter from Christopher O'Meara to John DeRosa, re: employment offer (Nov. 10, 2006), Bates-numbered LBEX-AM 023143-023145 ("Nov. 10, 2006 O'Meara Letter") |
| PD13 | E-mail from Kaushik Amin to Herbert H. McDade, III (Sept. 19, 2008), Bates-numbered LBHI_SEC07940_656489 ("Sept. 19, 2008 Amin Email") |
| PD14 | E-mail from Paul Gregg to Peter Keavey (Sept. 16, 2008), Bates-numbered LBEX-DOCID 3571486 ("Sept. 16, 2008 Gregg Email") |
| PD15 | E-mail from Tracy Binkley to Steven Berkenfeld (Sept. 23, 2008), Bates-numbered BCI-EX-(S)-00005498-00005499 ("Sept. 23, 2008 Binkley Email") |
| PD16 | E-mail from Jessica Laut to Kathleen Kalaher et al. (Aug. 28, 2008), Bates-numbered LBEX-DOCID 3620744 ("Aug. 28, 2008 Laut Email") |
| PD17 | Lehman Brothers Holdings Inc., Annual Report for 2007 as of Nov. 30, 2007 (Form 10-K) (filed on Jan. 29, 2008) ("LBHI 2007 Annual Report") |
| PD18 | Transcript of April 16, 2013 Hearing on Motion to Approve LBI-LBHI Settlement Agreement [Dkt. #6124 herein] |
| PD19 | Order Commencing Liquidation, entered herein by the Court on September 19, 2008 [Dkt. #1 herein] ("Order Commencing LBI Liquidation") |
| PD20 | Order Approving, and Incorporating by Reference for the Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding, entered herein by the Court on September 20, 2008 [Dkt. #3 herein] ("Order Herein Approving Asset Purchase Agreement") |

| Public Document ("PD") | Description |
|---|---|
| PD21 | Order under 11 U.S.C. §§ 105(a), 363, and 3654 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, entered in the Chapter 11 Case on September 20, 2008 [Dkt. #258 therein] ("Order in Chapter 11 Proceeding Approving Asset Purchase Agreement") |
| PD22 | Stipulation and Agreed Order Resolving Motion of FirstBank Puerto Rico for Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, entered herein by the Court on May 31, 2013 [Dkt. #6303 herein] ("Stipulation and Agreed Order Resolving FirstBank Motion for Reconsideration") |
| PD23 | Memorandum Decision Denying Motion for Summary Judgment of FirstBank Puerto Rico and Granting Motion for Summary Judgment of Barclays Capital Inc., entered by the Court in the Barclays Adversary Proceeding on May 10, 2013 [Dkt. #67 therein] ("Barclays Decision") |
| PD24 | Order Denying Motion of FirstBank Puerto Rico for Summary Judgment, Granting Motion of Barclays Capital Inc. for Summary Judgment, and Settling Briefing Schedule for Motion of Barclays Capital Inc. for Civil Contempt Sanctions, entered by the Court in the Barclays Adversary Proceeding on May 23, 2013 [Dkt #68 therein] ("Barclays Order") |
| PD25 | Trustee's Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of Order Approving Settlement Agreement between the Trustee and the LBHI Entities, filed herein on February 26, 2013 [Dkt. #5784 herein] ("Trustee's Motion to Approve LBI-LBHI Settlement") |
| PD26 | Limited Objection and Reservation of Rights of FirstBank Puerto Rico with respect to Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of Order Approving Settlement Agreement between the Trustee and the LBHI Entities, filed herein on April 3, 2013 [Dkt. #5929 herein] ("FirstBank's Limited Objection") |
| PD27 | Ordered Approving Settlement Agreement Between the Trustee and the LBHI Entities, entered herein on April 16, 2013 [Dkt. #6020 herein] ("Order Approving LBI-LBHI Settlement Agreement") |

Dated: New York, New York
       June 25, 2014

/s/ James B. Kobak, Jr.
James B. Kobak, Jr.
Sarah L. Cave
Jeffrey M. Greilsheimer
Shannon F. Green
Sharad J. Khemani
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Tel: 212-837-6000
Fax: 212-422-4726
Email:  kobak@hugheshubbard.com
Email:  cave@hugheshubbard.com
Email:  greilshe@hugheshubbard.com
Email:  greens@hugheshubbard.com
Email:  khemani@hugheshubbard.com

*Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.*

/s/ Robert T. Honeywell
Richard S. Miller (RM–2428)
Robert T. Honeywell (RH–7684)
Brian D. Koosed (BK–5067)
K&L GATES LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 536-3922
Facsimile:  (212) 536-3901
Email:  richard.miller@klgates.com
Email:  robert.honeywell@klgates.com
Email:  brian.koosed@klgates.com

Richard A. Kirby
K&L GATES LLP
1601 K Street N.W.
Washington, DC 20006
Tel: 202-778-9000
Fax: 202-778-9100
Email:  richard.kirby@klgates.com

*Attorneys for FirstBank Puerto Rico*