SHOOK, HARDY & BACON L.L.P.
1155 F Street, N.W., Suite 200
Washington, DC 20004
Phone: (202) 783-8400
Fax: (202) 783-4211369
Kenneth E. Chase, Esq.
*Attorneys for Brett Ersoff*

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK
---------------------------------------------------------------X
In re:                                                         :

LEHMAN BROTHERS, INC.,                                         :

                                          Case No. 08-01420 (SCC) SIPA
                    Debtor.                                    :

---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

CITY OF WASHINGTON      )
                        ) ss.:
DISTRICT OF COLUMBIA    )

KENNETH E. CHASE, being duly sworn, deposes and says that he is over 18 years of age and is employed at SHOOK, HARDY & BACON L.L.P., 1155 F Street, NW, Suite 200, Washington, DC, 20004.

That on the 2nd day of July, 2014, deponent caused to be served the within OPPOSITION OF BRETT ERSOFF TO THE TRUSTEE'S TWO HUNDRED THIRTY-SEVENTH OMNIBUS OBJECTION TO GENERAL CREDITOR CLAIMS (EMPLOYMENT CLAIMS) and DECLARATION OF KENNETH E. CHASE (Docket # 9277, 9278) via Federal Express Overnight Delivery and/or Electronic Mail and/or by Facsimile, as indicated, upon the parties listed on the attached Service List.

6401195 v1

[Notary Seal]

_____
Kenneth E. Chase

Sworn to before me this
2nd day of July, 2014

_____
Notary Public

ALAN ROBERT STARNER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 14, 2018

6401195 v1

## SERVICE LIST

**Via Electronic Mail and Federal Express Overnight Delivery**
Hughes Hubbard & Reed LLP
Attn: Meaghan C. Gragg
One Battery Park Plaza
New York, New York 10004
E-mail: gragg@hugheshubbard.com

**Via Electronic Mail and Federal Express Overnight Delivery**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Maurice Horwitz, Esq. and Lori R. Fife, Esq.,
E-mails: maurice.horwitz@weil.com; lori.fife@weil.com

**Via Electronic Mail and Federal Express Overnight Delivery**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
E-mail: USTP.Region02@usdoj.gov

**Via Federal Express Overnight Delivery**
Chambers of the Honorable Shelley C. Chapman
One Bowling Green
Courtroom 623
New York, New York 10004

**Via Federal Express Overnight Delivery and Facsimile**
Securities Investor Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005
Attn: Kermeth J. Caputo, Esq.
Fax No. 202-371-6728

6401195 v1