**Hearing Date: August 12, 2014 at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: August 5, 2014 at 4:00 p.m. (prevailing Eastern Time)**

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, as
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA |

**NOTICE OF HEARING ON TRUSTEE'S SPECIAL COUNSELS'**
**APPLICATIONS FOR ALLOWANCE OF COMPENSATION**
**FOR PROFESSIONAL SERVICES RENDERED AND FOR**
**REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

PLEASE TAKE NOTICE that a hearing (the "Hearing") shall be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, on **August 12, 2014 at 10:00 a.m. (prevailing Eastern Time)**, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 623, One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard, to consider the applications for interim allowance of compensation and reimbursement of expenses set forth on Exhibit A annexed hereto (collectively, the "Applications").

PLEASE TAKE FURTHER NOTICE that the Applications have been filed electronically with the Bankruptcy Court and, as such, may be examined and inspected by interested parties on (i) the Court's website (http://www.nysb.uscourts.gov) or (ii) the website of the Trustee (http://www.lehmantrustee.com).

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of any Application must (i) be in writing; (ii) state the name and address of the objecting party and nature of the claim or interest of such party; (iii) state with particularity the legal and factual bases of such objection; (iv) conform to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules; (v) be filed with the Bankruptcy Court, together with proof of service, electronically, in accordance with General Order M-399 (available at the Court's website, www.nysb.uscourts.gov) by registered users of the Court's Electronic Case Filing System, and by all other parties in interest, on a 3.5 inch disk or CD-ROM, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format no later than **August 5, 2014 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"); and (vi) served on (a) Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004, Attn: Christopher K. Kiplok, Esq., and Jeffrey S. Margolin, Esq.; (b) Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, D.C. 20005, Attn: Kenneth J. Caputo, Esq.; (c) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Lori R. Fife, Esq., and Maurice Horwitz, Esq.; and (d) the party whose Application is the subject of the objection, with a courtesy copy to the chambers of the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 623, One Bowling Green, New York, New York 10004 so as to be so filed and received by no later than the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that if an objection to an Application is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: July 21, 2014
New York, New York

By: /s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.

## **EXHIBIT A**

| Applicant | ECF No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Norton Rose LLP | 9393 | 2/27/2014 to 6/29/2014 | $95,818.54 | $520.97 |
| Levine Lee LLP | 9415 | 3/1/2014 to 6/30/2014 | $309,079.00 | $218.04 |
| Schick & Associates LLC | 9439 | 3/1/2014 to 6/30/2014 | $22,545.00 | $42.51 |
| Chien Yeh Law Offices | 9444 | 8/22/2013 to 6/30/2014 | $16,650.00 | $72.00 |