Hearing Date and Time: July 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

LEHMAN BROTHERS INC.,                                  Case No.:  08-01420 (SCC) SIPA

                                        Debtor.

**NOTICE OF REVISED SCHEDULES TO TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO SECTIONS 105(a), 502(a), 502(c) AND 726 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3009 (I) CAPPING THE MAXIMUM ALLOWABLE AMOUNTS, AND ESTABLISHING AN INTERIM DISTRIBUTION FUND, FOR UNSECURED CLAIMS, (II) ALLOWING CERTAIN UNSECURED CLAIMS, (III) AUTHORIZING THE TRUSTEE TO MAKE A FIRST INTERIM DISTRIBUTION TO ALLOWED UNSECURED CREDITORS WITH A RECORD DATE OF JULY 15, 2014, AND RELATED RELIEF**

As set forth in the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a),

502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum

Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II)

Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to Make a First Interim

Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related

Relief filed with the Court on June 26, 2014 (the "Motion," ECF No. 9246),[1] James W. Giddens

(the "Trustee"), as trustee for the liquidation of the business of Lehman Brothers Inc. under the

---

1.   Capitalized terms not defined herein shall have the same meaning as ascribed to them in the Motion.

Securities Investor Protection Act of 1970, as amended, 15 U.S.C. §§ 78aaa *et. seq.*, is seeking

the Court's approval to cap the maximum allowable amounts, and establish an Interim

Distribution Fund, for unsecured Claims, to allow certain unsecured Claims, and to make a first

interim distribution to the holders of Allowed Unsecured Claims.

Pursuant to the terms of the Motion,[2] annexed hereto as Exhibit 1 are Revised Schedules

to the Motion as of July 15, 2014, which reflect certain adjustments to the Schedules resulting

from (i) resolution of previously unresolved claims, including by entry of final Orders expunging

or fixing the allowed amount of claims, subsequent to filing the Motion, (ii) cooperative

discussions or information exchanges with claimants affected by the Motion, and (iii) corrections

with respect to certain claims.

Dated:  New York, New York
        July 28, 2014

                                    HUGHES HUBBARD & REED LLP

                                    By:   /s/ Jason C. Benton
                                          James B. Kobak, Jr.
                                          Christopher K. Kiplok
                                          Jason C. Benton
                                          Gregory C. Farrell
                                    One Battery Park Plaza
                                    New York, New York 10004
                                    Telephone:  (212) 837-6000
                                    Facsimile:  (212) 422-4726
                                    Email:  benton@hugheshubbard.com

                                    Attorneys for James W. Giddens, Trustee
                                    for the SIPA Liquidation of Lehman
                                    Brothers Inc.

--------

2.  *See* Motion at ¶ 5.

# **Exhibit 1**

## Schedule A – Unsecured Claims Allowed in the Indicated Amounts Pursuant to Section 502(a) of the Bankruptcy Code

As of July 15, 2014

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2 | THOMPSON PLUMB BOND FUND | | $25,000.00 |
| 8 | DEODAT, VIVEKANAND | | $65,173.03 |
| 14 | TWITCHELL, DARYL M. | A | $9,242.31 |
| 18 | PRENDERGAST, NADINE | | $24,480.90 |
| 63 | MANNS, MICHAEL | | $100,000.00 |
| 69 | LUNA, KENNETH | A | $1,855.50 |
| 73 | BREAKAWAY COURIER SYSTEMS | | $45.36 |
| 90 | GENNA, MICHAEL | | $38,076.50 |
| 97 | RUSSO, ROSARIO | | $76,557.00 |
| 107 | KIRIN, BIBA | | $17,307.70 |
| 131 | L&O FRAME INC. | | $3,135.39 |
| 137 | ATLANTIC FORMS AND SYSTEMS, INC. | | $994.36 |
| 138 | TALAGA, PATRICIA | | $63.89 |
| 147 | S&S GREENHOUSES | C | $338.16 |
| 192 | SUPERIOR PLANTSCAPES | | $111.00 |
| 229 | TORO, AUGUSTO C. | | $66,028.89 |
| 253 | QUAGLIATA, ROBERT | | $45,673.08 |
| 258 | TULCHINSKY, MARIA | | $15,680.00 |
| 259 | SOLID COLOR, INC | | $10,943.34 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 285 | TEXAS PUBLIC POWER ASSOCIATION | | $500.00 |
| 310 | DENNIS, MICHAEL | | $26,619.94 |
| 311 | WENNING, KATHERINE | | $7,259.98 |
| 312 | WENNING, KATHERINE & DENNIS, MICHAEL | | $24,199.95 |
| 313 | BOBB, JANICE | | $20,193.35 |
| 340 | M.R. BEAL & COMPANY | | $300,000.00 |
| 346 | FOUR SEASONS HOTEL BOSTON | | $279.30 |
| 347 | FOUR SEASONS HOTEL BOSTON | | $1,963.31 |
| 349 | AVSTAR AVIATION LTD | | $12,330.20 |
| 358 | SHAH, NIRAJ | A | $14,434.60 |
| 388 | BENNETT, CHARLES L | | $310.00 |
| 411 | AIRCRAFT INFORMATION SERVICES INC | | $1,308.25 |
| 419 | LEMIN, VLADIMIR | C | $33,522.98 |
| 427 | DEVINE INTERNATIONAL INC | | $2,789.37 |
| 444 | TC MARSH DADS CLUB | | $500.00 |
| 511-1 | KANGANIS, HELEN | | $47,696.40 |
| 536 | HOCHEFELD INDEPENDENT RESEARCH GROUP | | $5,000.00 |
| 637 | KLEEFELD, KENNETH R. | | $62,308.00 |
| 652 | ROZMAN, LYUBOV | | $11,101.26 |
| 659 | LEE, EDMUND | | $55,163.47 |
| 724 | JANNEY MONTGOMERY SCOTT INC. #374 | | $5,083.05 |
| 750 | NATIONAL SOCIETY OF BLACK ENGINEERS | | $7,000.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 752 | WILLMOTT, CATHERINE SMITH | | $70,750.00 |
| 754 | ING LIFE INSURANCE COMPANY | | $431,796.87 |
| 787 | CARRAWAY, FRANK H. | | $30,975.00 |
| 795-1 | GREEN, STACEY | | $5,000.00 |
| 801 | LUNARDONI, MICHAEL E | A | $65,059.62 |
| 807 | KLEIN, JOSEPH C. | A | $10,973.10 |
| 817 | WARD, RACHEL | | $5,403.02 |
| 842 | INDO US FOUNDATION | | $2,000.00 |
| 864 | W-BOSTON, LLC D/B/A HILTON BOSTON | | $3,275.94 |
| 893 | GOULD , TIMOTHY B. | | $120,000.00 |
| 896 | ZHANG, WEI | | $19,384.60 |
| 897 | FORUM FOR THE FUTURE OF HIGHER EDUCATION | | $85,000.00 |
| 923 | CERAMI AND ASSOCIATES INC | | $2,508.00 |
| 932 | CHO, AH-HYUN | | $60.00 |
| 942 | SCOTT, ERIC A. | A | $14,434.59 |
| 954 | ROCATON INVESTMENT ADVISORS, LLC | | $152,235.61 |
| 973 | KOLLYDAS, PETER G. | | $26,442.31 |
| 1038 | KURBATSKIY, DANIIL | | $55,288.46 |
| 1075 | VONWIN CAPITAL MANAGEMENT, L.P. | A | $4,434.60 |
| 1082 | TORTORIELLO, CHERYL M. | | $132,788.55 |
| 1092 | CORT TRADE SHOW FURNISHINGS | | $958.75 |
| 1106 | ANWORTH MORTGAGE ASSET CORP | | $1,923,912.51 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 1109 | JANNEY MONTGOMERY SCOTT INC. | | $45,984.15 |
| 1119 | SCHOGOL, ROBIN | A | $49,050.02 |
| 1146 | UNIVERSITY OF COLORADO FOUNDATION | | $25,000.00 |
| 1164 | OPPENHEIMER & CO., INC. | | $142,987.85 |
| 1168 | IRVING BERLIN, INC. | | $194.11 |
| 1177 | LINDGREN, RICHARD | A | $23,664.00 |
| 1183 | STARKEY AND HENRICKS | | $3,291.89 |
| 1188-1 | PSIROGIANES, JASON W. | A | $162,126.00 |
| 1194 | LIQUIDITY SOLUTIONS, INC. | | $15,863.94 |
| 1203-1 | FITZPATRICK, TIMOTHY R. | C | $2,131.38 |
| 1218 | PECKHAM, MARK R. | A | $14,992.31 |
| 1227 | PAETEC BUSINESS SERVICES | | $568.23 |
| 1269 | SIMON, ALAN J. | | $60,288.43 |
| 1271 | SALAUN, MAUD L. | | $28,000.00 |
| 1281 | PATTERSON, LYNIESE | | $1,023.41 |
| 1284 | ROSENTHAL FAMILY FOUNDATION | | $22,704.65 |
| 1297 | JAGANATHAN, GEETHANJALI | A | $10,203.00 |
| 1309 | WALLACE, WILLIAM A | | $130,144.24 |
| 1411 | REAMS ASSET MGMT CO | | $25,800.00 |
| 1412 | REAMS KFT | | $309,182.81 |
| 1413 | REAMS ASSET MGMT CO | | $18,520.31 |
| 1414 | REAMS PARK | | $54,539.06 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 1415 | REAMS PRIAC | | $130,907.81 |
| 1416 | REAMS ROTF | | $72,121.88 |
| 1419 | REAMS/SEATTLE CITY EMP RETIRE | | $52,176.56 |
| 1420 | REAMS ASSET MGMT CO | | $43,654.68 |
| 1421 | REAMS/SOUTHERN CALIFORNIA ROCK | | $35,273.43 |
| 1423 | REAMS/ST LUKE'S EHSF | | $85,767.18 |
| 1425 | REAMS ASSET MGMT CO | | $20,850.00 |
| 1426 | REAMS ASSET MGMT. CO. | | $29,550.00 |
| 1428 | REAMS/VENTURA COUNTY ERA | | $219,107.82 |
| 1429 | REAMS/CITY OF MILWAUKEE RETIRE | | $288,121.88 |
| 1432 | REAMS MTGC | | $53,325.00 |
| 1433 | REAMS OAK | | $58,073.44 |
| 1434 | REAMS/OK TOBACCO | | $62,160.93 |
| 1435 | REAMS/OMAHA PUBLIC POWER | | $75,295.31 |
| 1436 | REAMS/ILWU/PMA | | $145,031.25 |
| 1437 | REAMS/INDIANA PERF | | $227,184.38 |
| 1438 | REAMS ASSET MGMT CO | | $1,125,390.24 |
| 1439 | REAMS FB | | $89,742.18 |
| 1440 | REAMS ASSET MGMT COMPANY | | $86,013.27 |
| 1441 | REAMS ASSET MGMT CO | | $44,215.62 |
| 1443 | REAMS HCKC | | $33,951.56 |
| 1444 | REAMS IBEW8 | | $53,240.63 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 1445 | REAMS CARP | | $74,428.90 |
| 1446 | REAMS CBCUIT | | $45,009.38 |
| 1447 | REAMS CIGNA | | $174,028.13 |
| 1448 | REAMS ASSET MGMT COMPANY | | $70,704.69 |
| 1449 | REAMS ASSET MGMT CO | | $23,411.72 |
| 1450 | REAMS ASSET MANAGEMENT CO | | $380,803.13 |
| 1451 | REAMS CBRCT | | $297,862.50 |
| 1452 | REAMS/CHICAGO PARK DISTRICT | | $30,567.18 |
| 1453 | REAMS CHOP | | $69,290.63 |
| 1454 | REAMS ASSET MGMT CO | | $29,910.93 |
| 1456 | REAMS BCR | | $125,261.72 |
| 1457 | REAMS ASSET MGMT CO | | $15,150.00 |
| 1458 | REAMS/BUILDING TRADES UNITED | | $60,328.13 |
| 1459 | REAMS OCLS | | $8,493.75 |
| 1460 | REAMS ASSET MGMT CO | | $39,445.31 |
| 1461 | REAMS ASSET MGMT CO | | $10,814.06 |
| 1463 | REAMS/STATE OF  MICHIGAN | | $289,425.00 |
| 1464 | REAMS/MATHER LIFE WAYS FDTN | | $42,829.68 |
| 1465 | REAMS/MASSEY COAL COMPANY | | $77,460.93 |
| 1466 | REAMS/LOUISIANA MISSISSIPPI | | $7,959.38 |
| 1467 | REAMS LABORATORY CORP AMERICA | | $75,506.25 |
| 1468 | REAMS ASSET MGMT COMPANY | | $549,164.06 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 1469 | REAMS REI | | $53,835.93 |
| 1477 | MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC | | $284,500.00 |
| 1498 | CLARK ESTATES INC | | $58,514.40 |
| 1504 | TOPPE, ROBERT | | $128,365.65 |
| 1511 | MONTROSE SECURITIES INTERNATIONAL | | $1,276.12 |
| 1557-1 | JERVIS, SHARON | | $7,000.00 |
| 1559 | BREAKERS PALM BEACH, INC., THE | | $14,905.50 |
| 1582 | LOUISIANA SCHOOL EMPLOYEES' RETIREMENT  SYSTEM (LSERS) | | $101,003.91 |
| 1590 | NICHOLSON, ROBERT BRIAN | | $165,833.34 |
| 1661-1 | THEODORE, FRANTZ | A | $85,310.36 |
| 1684 | SEABRAS S.A. | | $359,655.90 |
| 1700 | TAYLOR, LUKE | | $246.20 |
| 1766 | CIBC WORLD MARKETS | | $3,640.00 |
| 1767 | CIBC WORLD MARKETS | | $7,920.00 |
| 1768 | CIBC WORLD MARKETS | | $8,549.99 |
| 1769 | CIBC WORLD MARKETS | | $22,860.00 |
| 1792 | ACEVEDO, JORGE | | $78,721.15 |
| 1834-1 | VENEGAS, ROSA EMMA | | $69,411.54 |
| 1835 | COTY INCORPORATED | | $8,000.78 |
| 1850 | IRVING S. GILMORE FOUNDATION | | $6,937.50 |
| 1876-1 | DOPLER, MARY T | A | $48,771.18 |
| 1877 | GADANI, BANDHAN | A | $16,742.28 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 1891 | TRUST F/B/O DASHIELL SNOW U/A/D 12/30/88 | | $2,026.53 |
| 1892 | TRUST F/B/O CAROLINE SNOW U/A/D 12/30/88 | | $2,026.53 |
| 1893 | DASHIELL A. SNOW INCOME TRUST | | $3,039.80 |
| 1894 | CAROLINE K. SNOW INCOME TRUST | | $3,039.80 |
| 1919 | VONWIN CAPITAL MANAGEMENT, L.P. | | $192,056.08 |
| 1945 | RUIZ, JULIO C./PEREZ DE NUCCI, ELENA/RUIZ, ELENA/ Y PEREZ DE NUCCI, E. | | $276,654.31 |
| 1957 | LOGAN LP-C-LLBPP | | $2,512.50 |
| 2039 | PRINCIPAL VARIABLE CONTRACTS FUND, INC. | | $806.25 |
| 2040 | PRINCIPAL FUNDS, INC. | | $3,626.57 |
| 2041 | PRINCIPAL FUNDS, INC. | | $107,722.66 |
| 2042 | PRINCIPAL LIFE INSURANCE COMPANY | | $2,187.50 |
| 2043 | PRINCIPAL LIFE INSURANCE COMPANY | | $1,245,683.60 |
| 2098 | JADHAV, ABHIJIT | | $2,743.84 |
| 2099 | DEVELOPERS RESEARCH, INC. | | $70,400.00 |
| 2136 | FEURY IMAGE GROUP | | $3,107.74 |
| 2138 | PENSON FINANCIAL SERVICES, INC. | | $2,746,616.80 |
| 2143 | FBN SECURITIES, INC. | | $10,500.00 |
| 2202 | PUTNAM PREMIER INCOME TRUST | | $663,750.00 |
| 2232 | ERSOFF, BRETT | | $7,642.82 |
| 2234 | MCKEOWN, WILLIAM C. | A | $165,973.13 |
| 2237 | JANSEN, SUSAN K. | | $73,076.95 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2255 | SCHRODER STRATEGIC BOND FUND | | $89,425.78 |
| 2256 | JOY GLOBAL INDUSTRIES PENSION SCHEME | C | $11,750.00 |
| 2276 | PENSION PLAN OF THE SEGAL COMPANY | | $23,618.28 |
| 2278 | PLUMERI, WILLIAM JOHN | A | $47,261.00 |
| 2289 | SCHRODER INTERNATIONAL SELECTION FUND STRATEGIC BOND | | $346,181.25 |
| 2313 | PUTNAM GLOBAL INCOME TRUST (FKA PUTNAM GLOBAL GOVERNMENTAL INCOME TRST | | $206,562.50 |
| 2316 | PUTNAM ASSET ALLOCATION FUNDS - BALANCED PORTFOLIO | | $204,239.36 |
| 2319 | PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND | | $89,882.81 |
| 2322 | SCHRODER INSTITUTIONAL INTERNATIONAL BOND FUND | | $52,031.25 |
| 2334 | PUTNAM VARIABLE TRUST - PUTNAM VT GLOBAL ASSET ALLOCATION FUND | | $63,437.50 |
| 2336 | BEACH PROPERTY LLC | | $4,405.60 |
| 2351 | PUTNAM VARIABLE TRUST - PUTNAM VT AMERICAN GOVERNMENT INCOME FUND | | $100,312.50 |
| 2352 | PUTNAM VARIABLE TRUST - PUTNAM VT DIVERSIFIED INCOME FUND | | $258,125.00 |
| 2354 | SCHRODER INTERNATIONAL SELECTION FUND GLOBAL BOND | | $137,709.38 |
| 2356 | SCHRODER INTERNATIONAL SELECTION FUND US DOLLAR BOND | | $314,615.62 |
| 2360 | PUTNAM ASSET ALLOCATION FUNDS - CONSERVATIVE PORTFOLIO | | $126,875.00 |
| 2362 | SCHRODER SERIES TRUST - SCHRODER STRATEGIC BOND FUND | | $6,050.00 |
| 2400 | RIVERSOURCE PARTNERS FUNDAMENTAL VALUE FUND | | $68.75 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2403 | FUND 4684 MUTUAL DISCOVERY FUND | | $93,744.31 |
| 2419-1 | STOB, ANDREA B. | A | $42,184.62 |
| 2425 | CRE CAPITAL LLC | | $8.10 |
| 2437 | MORGAN STANLEY SENIOR FUNDING, INC. | | $52,430.00 |
| 2447 | SHERWIN-WILLIAMS COMPANY COLLECTIVE INVESTMENT TRUST,THE | | $78,930.00 |
| 2460 | SWIRE GROUP UNITISED TRUST | C | $179,648.00 |
| 2463 | GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION | C | $1,624,430.00 |
| 2465 | REUTERS SPS TRUSTEE LIMITED | C | $2,344.00 |
| 2466 | NORTEL NETWORKS UK PENSION TRUST LIMITED | | $28,844.00 |
| 2467 | ROCHE PRODUCTS PENSION TRUST LIMITED AS TRUSTEE OF THE ROCHE PENSION | C | $15,938.00 |
| 2470 | REUTERS PENSION FUND LIMITED | C | $14,063.00 |
| 2472 | IBM UNITED KINGDOM PENSIONS SCHEME | C | $140,875.00 |
| 2473 | LEGG MASON WESTERN ASSET GLOBAL CORE | C | $300,716.00 |
| 2475 | LM GLOBAL BOND MOTHER FUND (SDO), C/O WESTERN ASSET MANAGEMENT | C | $1,521,211.00 |
| 2476 | BARCLAYS BANK PLC | C | $76,555.00 |
| 2478 | LEGG MASON GLOBAL FUNDS PLC- WESTERN ASSET DIVERSIFIED STRATEGIC | C | $68,836.00 |
| 2486 | METAL BOX PENSION SCHEME, THE | C | $128,094.00 |
| 2491 | LEGG MASON GLOBAL BOND FUND | C | $37,609.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2532 | TIME WARNER INC. MASTER PENSION TRUST | C | $289,250.00 |
| 2539 | AMERICAN ELECTRIC POWER RETIREMENT SAVINGS PLAN | C | $108,438.00 |
| 2548 | MORGAN STANLEY SENIOR FUNDING, INC. | C | $78,930.00 |
| 2550 | TOWERS PERRIN DEFERRED PROFIT SHARING PLAN | C | $78,930.00 |
| 2558 | BANC OF AMERICA CREDIT PRODUCTS, INC. | C | $8,594.00 |
| 2559 | AXA UK PENSION TRUSTEES CORPORATION | C | $86,688.00 |
| 2560 | ULSTER BANK PENSION TRUSTEES LIMITED | C | $84,938.00 |
| 2563 | CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND | C | $152,734.00 |
| 2572 | SEARS 401 (K) SAVINGS PLAN | C | $149,203.00 |
| 2574 | CANTON DE GENEVE | C | $42,234.00 |
| 2577 | LEGG MASON GLOBAL INCOME TRUST | C | $78,930.00 |
| 2580 | RBS PENSION TRUSTEE LIMITED | C | $231,250.00 |
| 2582 | LEGG MASON GLOBAL MULTI SECTOR BOND TRUST | C | $31,969.00 |
| 2592 | WA UK LONG DURATION HIGH ALPHA FUND | C | $176,961.00 |
| 2595 | GM CANADA DOMESTIC TRUST | C | $364,586.00 |
| 2596 | INTEL CORPORATION PROFIT SHARING RETIREMENT PLAN | C | $192,883.00 |
| 2598 | MORGAN STANLEY SENIOR FUNDING, INC. | C | $66,195.00 |
| 2599-1 | BARCLAYS BANK PLC | | $330,398.00 |
| 2626 | MORGAN STANLEY SENIOR FUNDING, INC. | C | $75,281.00 |
| 2628 | COMMON FUND FOR NONPROFIT ORGANIZATIONS, THE | C | $46,875.00 |
| 2629 | MORGAN STANLEY SENIOR FUNDING, INC. | C | $54,453.00 |
| 2632 | L&G (BARCLAYS) MM STERLING BOND (SERIES 2) | C | $87,063.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2634 | TRUSTEES OF THE ROYAL INSURANCE GROUP PENSION SCHEME | C | $34,375.00 |
| 2635 | HONEYWELL PENSION TRUSTEES LIMITED | C | $18,781.00 |
| 2637 | STRATHCLYDE PENSION FUND | C | $161,031.00 |
| 2642 | PEPSICO UK PENSION PLAN | C | $25,031.00 |
| 2644 | FIFE COUNCIL PENSION FUND | C | $24,938.00 |
| 2645 | BBC PENSION SCHEME | C | $88,906.00 |
| 2660 | MORGAN STANLEY SENIOR FUNDING, INC. | C | $50,055.00 |
| 2671 | OKLAHOMA TOBACCO SETTLEMENT ENDOWMENT TRUST FUND | C | $68,836.00 |
| 2674 | BANC OF AMERICA CREDIT PRODUCTS, INC. | C | $17,188.00 |
| 2675 | LONDON BOROUGH OF ENFIELD PENSION FUND | C | $11,719.00 |
| 2693 | ALLERGAN, INC. PENSION PLAN | C | $52,430.00 |
| 2699 | HAMPSHIRE COUNTY COUNCIL AS | C | $185,180.00 |
| 2704 | GKN GROUP PENSION SCHEME | C | $42,969.00 |
| 2706 | SOUTH YORKSHIRE PENSION AUTHORITY | C | $32,813.00 |
| 2707 | MFC ASSET MANAGEMENT PUBLIC COMPANY LIMITED | C | $76,555.00 |
| 2708 | LM GLOBAL CORE BOND MOTHER FUND | C | $26,594.00 |
| 2711 | WESTERN ASSET US LIMITED DURATION BOND FUND | C | $81,930.00 |
| 2715 | LEGG MASON CORE PLUS GLOBAL BOND TRUST | C | $26,594.00 |
| 2716 | GMAM GROUP PENSION TRUST I | C | $45,484.00 |
| 2718 | ACCO BRANDS PENSION PLAN | C | $65,992.00 |
| 2719 | INVISTA TEXTILES (UK) LMTD PENSION PLAN | C | $17,406.00 |
| 2758 | MERCHANT NAVY RATINGS PENSION FUND | C | $6,250.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2759 | HALLIBURTON POOLED PENSION FUNDS | C | $14,063.00 |
| 2760 | EDS RETIREMENT PLAN THE | C | $52,594.00 |
| 2761 | EDS 1994 PENSION SCHEME THE | C | $5,781.00 |
| 2765 | LEHIGH VALLEY HOSPITAL | C | $52,430.00 |
| 2781 | WATSON WYATT PENSION SCHEME | C | $7,813.00 |
| 2782 | UNIAC PENSION FUND | C | $12,906.00 |
| 2783 | MNOPF TRUSTEES LIMITED | C | $29,688.00 |
| 2785-1 | PAGANO, CARMINE J | | $60,742.30 |
| 2793 | MORGAN STANLEY SENIOR FUNDING, INC. | | $26,594.00 |
| 2795 | STICHTING BEWAAR BEROEPSVERVOER | C | $933,602.00 |
| 2799 | BLUE CROSS BLUE SHIELD OF MICHIGAN ACCIDENT FUND COMPANY | C | $149,906.00 |
| 2816 | DOW UK PENSION TRUSTEES LIMITED AS TRUSTEE OF THE DOW UK PENSION PLAN | C | $3,906.00 |
| 2831 | REDONDO, LUIS | | $47,737.80 |
| 2846 | JAGUAR PENSION TRUSTEES LIMITED | C | $13,281.00 |
| 2847 | ABBEY NATIONAL (CF TRUSTEE) LIMITED | C | $219,615.00 |
| 2896 | TEACHER RETIREMENT SYSTEM OF TEXAS | | $663,098.07 |
| 2920 | HAWKER BEECHCRAFT CORPORATION DEFINED BENEFIT MASTER TRUST | | $4,106.25 |
| 2921 | HARLEY DAVIDSON POST HEALTH CARE VEBA | | $9,613.28 |
| 2922 | PLYMOUTH TOWNSHIP EMPLOYEES PENSION PLAN | | $5,516.59 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2928 | PCII 577445 | | $118.70 |
| 2931 | BERLITZ LANGUAGE CENTER | | $3,030.00 |
| 2951 | DEERFIELD ACADEMY | | $1,381.25 |
| 2952 | PUBLIC SERVICE ENTERPRISE GROUP INC MASTER RETIREMENT TRUST | | $11,807.03 |
| 2953 | HAWAIIAN ELECTRIC INDUSTRIES MASTER PENSION TRUST | | $6,335.16 |
| 2956 | ENTERGY SERI NUCLEAR DECOMISSIONING TRUST | | $29,953.13 |
| 2957 | BLAIR COUNTY RETIREMENT FUND | | $7,723.24 |
| 2964 | NORTH, LINDSAY E. | | $40,000.00 |
| 2965 | O'BRIEN, DONALD T. | | $37,019.24 |
| 2974 | KEYSPAN LIFE INSURANCE MASTER TRUST FOR MANAGEMENT EMPLOYEE'S | | $813.28 |
| 2975 | KEYSPAN LIFE AND HEALTH MASTER TRUST FOR UNION EMPLOYEES | | $10,403.91 |
| 2976 | LIFESPAN CORPORATION INVESTMENTS | | $1,062.50 |
| 2977 | VERIZON INVESTMENT MANAGEMENT DOMESTIC FIXED INCOME FUND | | $15,911.71 |
| 2979 | STANDISH MELLON FIXED INCOME FUND | | $70,536.72 |
| 2980 | BAXTER INTERNATIONAL INC. & SUBSIDIARIES SAVINGS TRUST | | $32,123.44 |
| 2981 | LIFESPAN CORPORATION RETIREMENT PLAN | | $637.50 |
| 2982 | CRUCIBLE MATERIALS- HOURLY | | $89,038.06 |
| 2983 | CRUCIBLE MATERIALS- SALARIED | | $57,934.56 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2984 | SHENANGO INC. | | $31,856.83 |
| 2987 | GWINNETT COUNTY BOARD OF EDUCATION | | $168,778.10 |
| 2988 | FRICK FOUNDATION, THE | | $8,196.09 |
| 2989 | TRUSTEES OF DONATIONS TO THE EPISCOPAL CHURCH INCOME FUND | | $3,878.13 |
| 2990 | HARLEY DAVIDSON DEFERRED COMPENSATION PLAN, THE | | $4,932.03 |
| 2991 | W.R. GRACE & CO MASTER RETIREMENT TRUST | | $1,567.19 |
| 2992 | WOMANS DIVISION OF THE UNITED METHODIST CHURCH | | $2,679.49 |
| 2993 | SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP RETIREMENT PLAN | | $54,941.58 |
| 2994 | CHILDRENS HOSPITAL FIXED | | $16,339.45 |
| 3006 | AMERICAN FEDERATION OF STATE COUNTY & MUNICIPAL EMPLOYEES PENSION | | $59,720.21 |
| 3010 | C FUND SOUTHERN CALIFORNIA PERMANENTE | | $10,186.72 |
| 3011 | MIAMI SHORES VILLAGE POLICE OFFICERS PENSION PLAN | | $4,886.12 |
| 3012 | MIAMI SHORES VILLAGE GENERAL EMPLOYEE'S PENSION PLAN | | $3,309.96 |
| 3014 | RHODE ISLAND SOUND ENTERPRISES INSURANCE CO. LTD | | $4,010.94 |
| 3016 | BOSTON COMPANY CORE BOND PLUS POOLED FUND | | $2,651.95 |
| 3017 | EMC CORP F/B/O DATA GENERAL PENSION CORE FX | | $10,695.31 |
| 3018 | ST. BARNABAS FIXED INCOME PENSION | | $367.19 |
| 3019 | DREYFUS INTERMEDIATE TERM INCOME FUND | | $1,530,122.50 |
| 3020 | DREYFUS VARIABLE QUALITY BOND PORTFOLIO | | $169,547.65 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 3021 | DREYFUS PREMIER GNMA FUND | | $1,775,820.31 |
| 3022 | DREYFUS BASIC US MORTGAGE SECURITIES | | $250,080.47 |
| 3023 | DREYFUS PREMIER BALANCED FUND | | $29,174.22 |
| 3024 | HARLEY DAVIDSON DEFINED BENEFIT MASTER TRUST, THE | | $27,167.97 |
| 3025 | AT&T SAVINGS GROUP INVESTMENT TRUST | | $57,212.50 |
| 3026 | BLACK & DECKER DEFINED BENEFIT MASTER TRUST | | $2,563.28 |
| 3027 | UNIVERSITY OF DAYTON | | $1,450.00 |
| 3062 | OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM, METWEST 677 | | $16,181.17 |
| 3064-1 | HAYES, FRANCIS | | $11,540.00 |
| 3147-1 | CVETANOVIC, ZARKO | | $41,538.46 |
| 3176 | MITSUBISHI UFJ TRUST & BANKING CORPORATION (U.S.A.), AS AGENT | | $56,810.00 |
| 3224 | PRINCIPAL GBL INVSTRS LLC | | $20,778.12 |
| 3225 | PRINCIPAL GBL INVSTRS LLC | | $96.88 |
| 3227-1 | HORNE, CATHY | | $14,269.22 |
| 3237 | COMMONFUND CIF INFLATION INDEXED BOND FUND | C | $26,594.00 |
| 3265-1 | HEPPE, JURGEN S | | $2,118.41 |
| 3277 | BEDI, HARKIRAN | | $14,278.84 |
| 3345 | TULLETT LIBERTY (BAHRAIN) CO WLL BAHRAIN | | $198.10 |
| 3413 | REAMS/AMERICAN PRESIDENT LINES | | $34,289.06 |
| 3415 | REAMS ASSET MGMT COMPANY | | $143,629.68 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 3417 | REAMS SANTA | | $158,123.43 |
| 3418 | REAMS ASSET MGMT CO. | | $21,992.58 |
| 3419 | REAMS ASSET MGMT CO. | | $56,348.43 |
| 3420 | REAMS UK | | $86,254.68 |
| 3427 | TULLETT LIBERTY (BAHRAIN) CO WLL BAHRAIN | | $48.70 |
| 3463 | ELLIS, PAMELA RUTH | | $2,182.72 |
| 3483 | MCDONAGH, CHRISTOPHER W. | C | $10,950.00 |
| 3558 | PITTS BAY INSURANCE COMPANY LIMITED | | $72,150.00 |
| 3559 | BRIER, BRUCE D. | A | $12,126.00 |
| 3577 | BANKUNITED FSB | | $122,971.07 |
| 3589 | LAWARE, COLLEEN | | $11,025.00 |
| 3656 | PRICEWATERHOUSECOOPERS | | $101,254.23 |
| 3754 | KOREA INVESTMENT CORP | | $520,313.00 |
| 3755 | HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P. | | $327,021.70 |
| 4298 | NIELSEN COMPANY, LLC, THE | | $50,362.75 |
| 4444 | VONWIN CAPITAL MANAGEMENT, L.P. | | $80,000.00 |
| 4515 | DNB NOR MARKETS, INC. | | $402,417.00 |
| 4521 | JPMORGAN STRATEGIC INCOME FUND, A SERIES OF JPMORGAN TRUST I | | $5,379.68 |
| 4542-1 | BERGIN, ANDREW W. | | $152,000.00 |
| 4585 | CHARTER COMPUTER SERVICES | | $41,250.00 |
| 4618 | DURHAM, ANGELA | | $109,615.38 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 4685 | STODARD, SARAH | C | $11,771.62 |
| 4709 | KUWAIT INVESTMENT AUTHORITY | | $136,543.00 |
| 4774 | VONWIN CAPITAL MANAGEMENT, LP | | $298,500.00 |
| 4819 | MIZUHO TRUST & BANKING CO. (USA) AS AGENT FOR THE DAI-ICHI MUTUAL | | $13,056.65 |
| 4840 | JPMORGAN CHASE BANK N.A., | | $3,354.68 |
| 4841 | JPMORGAN CHASE BANK, NA, AS AGENT FBO CENTURY AFFILIATED HOLDINGS LLC | | $7,715.23 |
| 4843 | JPMORGAN CHASE BANK, N.A., AS AGENT FBO BOOTH FERRIS FDTN FIXED INC AC | | $71,162.89 |
| 4846 | JPMORGAN CHASE BANK, N.A. AS AGENT F/B/O TIME MIRROR CHANDLER II, LLC | | $55,805.47 |
| 4848 | CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC | | $684,767.00 |
| 4857 | ANAGNOSTOPOULOS, MARIA | A | $30,242.00 |
| 4867 | SERENGETI OPPORTUNITIES MM L.P. | | $692,773.58 |
| 4867-1 | SERENGETI OPPORTUNITIES MM L.P. | | $340,704.73 |
| 4867-2 | RAPAX OC MASTER FUND, LTD. | | $1,170,000.00 |
| 4876 | ING CAPITAL MARKETS LLC | | $340,521.00 |
| 4877 | ING LUXEMBOURG S.A. | | $1,411,500.00 |
| 4894 | HIGHLAND CRUSADER OFFSHORE PARTNERS, LP | | $231,500.00 |
| 4910 | MIZUHO TRUST & BANKING CO. (USA) AS AGENT FOR JAPAN MUTUAL AID | | $460,326.99 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 4923 | HBK MASTER FUND L.P. | | $328,464.00 |
| 4928 | TRADEWEB LLC | | $1,359,221.19 |
| 4962 | JOHNSON LIPMAN CORP. | | $642.00 |
| 5093 | RIS | | $534,663.22 |
| 5136 | BMO NESBITT BURNS, INC. | | $16,507.00 |
| 5292-1 | EISENBERG, IRWIN | | $72,185.00 |
| 5454 | FIDELITY DESTINY PORTFOLIOS: FIDELITY ADVISOR DIVERSIFIED STOCK FUND | | $721,253.39 |
| 5455 | VARIABLE INSURANCE PRODUCTS FUND: VALUE PORTFOLIO | | $45,552.27 |
| 5456 | VARIABLE INSURANCE PRODUCTS FUND IV: ENERGY PORTFOLIO | | $5,865.96 |
| 5457 | FIDELITY DESTINY PORTFOLIOS: FIDELITY ADVISOR CAPITAL DEVELOPMENT FUND | | $24,227.47 |
| 5458 | FIDELITY ADVISOR SERIES I: FIDELITY ADVISOR VALUE STRATEGIES FUND | | $19,590.60 |
| 5459 | FIDELITY MT. VERNON STREET TRUST: FIDELITY GROWTH COMPANY FUND | | $13,723.52 |
| 5460 | FIDELITY ADVISOR SERIES I: FIDELITY ADVISOR EQUITY GROWTH FUND | | $617,698.56 |
| 5461 | VARIABLE INSURANCE PRODUCTS FUND II: CONTRAFUND PORTFOLIO | | $14,635.25 |
| 5462 | VARIABLE INSURANCE PRODUCTS FUND: EQUITY INCOME PORTFOLIO | | $97,308.60 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 5465 | FIDELITY CAPITAL TRUST: FIDELITY DISCIPLINED EQUITY FUND | | $1,054,168.22 |
| 5466 | FIDELITY INVESTMENT TRUST: FIDELITY WORLDWIDE FUND | | $22,722.00 |
| 5467 | FIDELITY INVESTMENT TRUST: FIDELITY DIVERSIFIED INTERNATIONAL FUND | | $903,284.76 |
| 5468 | FIDELITY HASTINGS STREET TRUST: FIDELITY GROWTH DISCOVERY FUND | | $50,364.68 |
| 5469 | FIDELITY ADVISOR SERIES I: FIDELITY ADVISOR DIVIDEND GROWTH FUND | | $536,596.54 |
| 5470 | VARIABLE INSURANCE PRODUCTS FUND IV: REAL ESTATE PORTFOLIO | | $6,433.70 |
| 5471 | FIDELITY INVESTMENT TRUST: FIDELITY INTERNATIONAL VALUE FUND | | $1,094.05 |
| 5472 | FIL INVESTMENTS INTERNATIONAL ON BEHALF OF FID FUNDS U.S. GROWTH POOL | | $6,359.78 |
| 5473 | COMMONWEALTH EDISON RETIRED EMPLOYEE BENEFIT TRUST UNION-VEBA | | $961.12 |
| 5474 | PYRAMIS SMALL COMPANY COMMINGLED POOL | | $10,761.15 |
| 5475 | PYRAMIS AGGRESSIVE EQUITY COMMINGLED POOL | | $24,705.41 |
| 5476 | FORD MOTOR COMPANY MASTER TRUST FUND | | $5,608.80 |
| 5477 | COMMONWEALTH EDISON SERVICE ANNUITY SYSTEM | | $64,051.79 |
| 5478 | NUCLEAR ELECTRIC INSURANCE LIMITED | | $521.88 |
| 5479 | ARIZONA STATE RETIREMENT SYSTEM | | $200.42 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 5480 | UNITED HEALTH GROUP SMALL COMPANY SEPARATE ACCOUNT | | $493.35 |
| 5481 | BECHTEL CORPORATION MASTER TRUST | | $2,608.92 |
| 5482 | PYRAMIS SMALL CAPITALIZATION CORE COMMINGLED POOL | | $243,736.90 |
| 5483 | COCA-COLA COMPANY MASTER RETIREMENT TRUST, THE | | $734.86 |
| 5484 | PYRAMIS REIT COMMINGLED POOL | | $36,028.72 |
| 5485 | TUSCON SUPPLEMENTAL RETIREMENT SYSTEM | | $17,004.90 |
| 5486 | SOUTH CAROLINA RETIRMENT SYSTEMS | | $181,173.07 |
| 5487 | PYRAMIS HIGH YIELD FUND, LLC | | $334.03 |
| 5489 | PYRAMIS SMALL/MID CAP CORE COMMINGLED POOL | | $3,348.15 |
| 5491 | EMPLOYEES' RETIREMENT SYSTEM OF RHODE ISLAND | | $37,265.63 |
| 5493 | FIDELITY INCOME FUND: FIDELITY GINNIE MAE FUND | | $1,256,835.94 |
| 5494 | PYRAMIS MORTGAGE-BACKED SECURITIES COMMINGLED POOL | | $138,572.31 |
| 5496 | FIDELITY ADVISOR SERIES II: FIDELITY ADVISOR MORTGAGE SECURITIES FUND | | $114,257.81 |
| 5556 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | C | $1,848,000.00 |
| 5563 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | C | $124,878.91 |
| 5705 | FERRIS, BAKER WATTS, INC | | $174,948.00 |
| 5723 | SCHERMAN FOUNDATION, INC., THE | C | $1,564.84 |
| 5739 | SHARMA, SANJAY | A | $6,946.00 |
| 5834 | M&I SECURITIES LENDNING LLC | | $8,372,661.70 |
| 5909 | MIZUHO TRUST & BANKING CO. (USA) AS AGENT FOR POLICE PERSONNEL MUTUAL | | $419,443.28 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 5929 | BOSTON COMPANY ASSET MGMT, (CSA) | | $10,208.49 |
| 5936 | WALT DISNEY RETIREMENT PLAN MASTER TRUST, THE | | $266,344.00 |
| 5937 | WALT DISNEY RETIREMENT PLAN MASTER TRUST, THE | | $14,028.13 |
| 5970 | LIQUIDITY SOLUTIONS, INC. | | $179,326.52 |
| 5981 | PUTNAM ASSET ALLOCATION FUNDS - GROWTH PORTFOLIO | | $190,313.00 |
| 6021 | GREAT WEST LIFE & ANNUITY INSURANCE COMPANY | | $51,117.18 |
| 6041 | VARDE INVESTMENT PARTNERS, LP | | $2,682,528.00 |
| 6104 | COOPERATIEVE CENTRALE RAIFFEISEN - BOERENLEENBANK B.A. | | $1,238,210.00 |
| 6134 | FRIEDMAN, SHARON | A | $16,453.89 |
| 6138 | SEI INSTITUTIONAL MANAGED TRUST | | $206,953.13 |
| 6159 | ELLER, CHRISTINA D | | $13,875.03 |
| 6190 | MCCULLY, MICHAEL K. | A | $137,785.70 |
| 6198 | PEARSON GROUP PENSION TRUST, AS TRUSTEE FOR THE PEARSON GROUP PENSION | | $22,656.00 |
| 6212 | FUNDO DE PENSOES | | $60,492.00 |
| 6230 | NICHOLS, MARK | A | $9,242.31 |
| 6238 | MORNINGSTAR INC. | | $88,000.00 |
| 6240 | COMMONWEALTH OF MASSACHUSETTS, THE | D1 | $18,668.78 |
| 6307 | PTS CONSULTING INC. | | $50,000.00 |
| 6308 | CVIC (LUX) MASTER S.A.R.L. | | $12,987,058.60 |
| 6369 | COX COMMUNICATIONS | | $30.79 |
| 6382 | WEST VIRGINIA STATE TAX DEPT. | D1 | $2,601.80 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6383 | PROSHARES ULTRA RUSSELL2000 | | $13,074.61 |
| 6384 | PROSHARES ULTRA RUSSELL2000 GROWTH | | $2,814.84 |
| 7000028 | ALBUS, ORNA H | | $487.66 |
| 7000045 | VONWIN CAPITAL MANAGEMENT, L.P. | | $30,000.00 |
| 7000094 | WARREN & SELBERT INC | | $7,073.31 |
| 7000145 | KLEIN, LARA | | $3,515.23 |
| 7000149-1 | WIND, THOMAS L | | $949,050.00 |
| 7000150 | DALTON, BURR JAMES, JR. | A | $34,153.85 |
| 7000156 | BALASUBRAMANIAN, CHITRA | | $251.75 |
| 7000170 | GREENBERG, LEE B | | $20,301.37 |
| 7000203 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | | $247,314.52 |
| 7000215 | MCNIFF, JOHN M. | | $135.50 |
| 7000232 | SAMUEL S KEYBURN | A | $5,973.00 |
| 7000254 | NATIONAL FLAG & DISPLAY | | $1,544.34 |
| 7000308 | MOSTER, JEFFREY ROBERT | | $1,062.19 |
| 7000309 | MOSTER, JEFFREY ROBERT | C | $45,000.00 |
| 7000352 | LILY POND MASTER FUND LTD | | $43,036.08 |
| 7000354-1 | MADANS, JEFFREY A | A | $51,549.99 |
| 7000364 | WISZOWATY, NICK J | | $70,300.00 |
| 7000443 | BASS, JESSE | A | $8,953.85 |
| 7000531-1 | RYAN, KATHERINE SUSAN | | $94,326.89 |
| 7000537 | TANNOR PARTNERS CREDIT FUND, LP | | $20,000.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 7000562-1 | WOO, JULIE | | $596.58 |
| 7000573 | WESTMINSTER RESEARCH ASSOCIATES LLC | | $60,735.85 |
| 7000575 | FINERAN, SEAN | | $107,882.00 |
| 7000593 | SRINIVASAN, GIRIDHAR N | C | $1,000.00 |
| 7000611 | MAY, MARK | A | $65,973.10 |
| 7000626 | KLAHR, PHILLIP | A | $19,502.86 |
| 7000639 | HILL, MARILYN J | | $134,794.52 |
| 7000687 | HARDING, DAVID WINTON | | $168,500.00 |
| 7000696 | EROOM SECURITIES | | $4,085.45 |
| 7000702 | GB VOYAGER MULTI-STRATEGY FUND SPC, LTD | | $500,000.00 |
| 7000717 | MEHR, AMIR SHARIFI | | $37,595.00 |
| 7000784 | FAF ADVISORS, INC. | | $803,114.06 |
| 7000787 | FAF ADVISORS, INC. | | $5,485.16 |
| 7000934 | LEE, CHIU-HUI | | $933.20 |
| 7001008 | RICHARDS, BONNIE E | C | $2,731.00 |
| 7001039 | WRUBLE, JORDAN T | A | $5,876.93 |
| 7001040 | PRESCOTT, DEIRDRE R. | | $3,049.56 |
| 7001058 | PITTS, MICHAEL LAWRENCE | A | $20,780.77 |
| 7001101-1 | GRAY, LYNN ZUCKERMAN | | $365.00 |
| 7001176 | LIQUIDITY SOLUTIONS, INC. | A | $93,216.00 |
| 7001189-1 | PITCOCK, VICKI LOU | A | $52,959.33 |
| 7001197 | MORIARTY, CHRISTOPHER P | | $12.71 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|:---:|---:|
| 7001281 | CRAMER, REBEKAH | C | $24,384.23 |
| 7001285 | BELLERAND, SHELLY M. | C | $1,380.60 |
| 7001305 | MONTUORO, WILLIAM L | A | $18,126.91 |
| 7001309 | ZIPCAR (UK) LIMITED | | $393.14 |
| 7001313 | EPSHTEYN, BORIS | A | $44,877.68 |
| 7001321 | WILLIAMS, BASIL | A | $225,973.06 |
| 7001370 | BAKER, STEVEN WAYNE | A | $228,630.31 |
| 7001377 | BECKER, STEVEN | A | $56,357.66 |
| 7001390-1 | REED, KIMBERLY A | | $32,453.85 |
| 7001831 | FINANCIAL REPORTING ADVISORS, LLC | | $4,613.61 |
| 7001992 | MARYLAND TEACHERS AND STATE EMPLOYEES | | $78,625.00 |
| 7001995-1 | REDONDO, ROBERTO | | $11,457.16 |
| 7002015 | BONDDESK GROUP LLC | | $12,784.75 |
| 7002049 | PARRINELLO, AMY R | | $59,200.00 |
| 7002078 | ROSENBERG, DENNIS G. | A | $52,992.25 |
| 7002084 | HEWLETT-PACKARD FINANCIAL SERVICES CO. | | $1,175,050.00 |
| 7002228 | SEI LIBOR PLUS PORTFOLIO | | $587.80 |
| 7002269 | BONDCALC CORPORATION | | $10,404.00 |
| 7002480 | MELLON INVESTOR SERVICES LLC | | $7,725.00 |
| 7002492 | PARMAR, BINITA | | $7,300.00 |
| 7002544 | BNY MELLON CAPITAL MARKETS, LLC | | $362,406.00 |
| 7002557 | THE BANK OF NEW YORK MELLON | | $77,336.08 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 7002583 | BANK OF NEW YORK MELLON | | $15,642.67 |
| 8000019 | NORTHERN TRUST | | $65,625.00 |
| 8000124 | TAC AMERICAS, INC | | $1,951.75 |
| 8000145 | COMMONWEALTH CASE MANAGEMENT, LLC | | $500.00 |
| 8000180 | SAM LAGRASSAS CATERING COMPANY | | $1,672.72 |
| 8000182 | HOTEL 57 LLC | | $4,627.52 |
| 8000194 | ARETE RESEARCH LLC | | $47,200.00 |
| 8000213 | YU, HANJIE | | $186.78 |
| 8000275 | SAHAY, SHIVANI | | $212.10 |
| 8000325 | DUAN, RAN | | $2,500.00 |
| 8000349 | WEINTRAUB CAPITAL MANAGEMENT | | $449,756.68 |
| 8000416 | GUIDEPOINT GLOBAL | | $75,000.00 |
| 8000452 | ACCESS STAFFING LLC | | $4,900.00 |
| 8000516 | LINKS OF LONDON | | $13,200.08 |
| 8000546 | HYATT REGENCY JERSEY CITY | | $18,567.71 |
| 8000633 | GUPTA, AMIT | | $505.60 |
| 8000644 | CALIFORNIA STATE TREASURER'S OFFICE | | $2,747.52 |
| 8000691 | DANG, BING BING | | $22,600.00 |
| 8000697-1 | LUKANG, MARY JANE G | | $34,711.58 |
| 8000773 | WHEATLAND ENTERPRISES INC | | $5,949.25 |
| 8000856 | SECURITIES INDUSTRY & FINANCIAL MARKETS ASSOC | | $48,148.20 |
| 8000887 | LOPEZ, ELIZABETH COLON | | $95,789.20 |

1.   Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.   Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.   This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8000908 | ABER | | $166,531.00 |
| 8000950 | AUSTRALIA REWARD INVESTMENT ALLIANCE | | $662,804.69 |
| 8000952 | BARCLAYS PENSION FUND TRUSTEES LTD | | $344,296.88 |
| 8000959 | SCHLUMBERGER COMMON INVESTMENT FUND LIMITED | | $57,007.52 |
| 8000961 | STATE OF CALIFORNIA, CALIFORNIA DEBT AND | | $6,000.00 |
| 8001002 | ROGGE FUNDS PLC - ROGGE HIGH ALPHA INDEX LINK | | $40,109.38 |
| 8001004 | ROGGE- HALIFAX REGIONAL | | $14,609.37 |
| 8001005 | ROGGE CREDIT EUR HEDGED FUND | | $68,218.75 |
| 8001007 | ROGGE- ROGGE FDS PLC AGGREGATE | | $245,007.81 |
| 8001008 | REID STREET RETIRE GBL BOND FD | | $165,273.44 |
| 8001010 | UNIVERSAL-INVESTMENT GESELLSCHAFT MBH | | $147,367.20 |
| 8001011 | KDDI PENSION FUND | | $49,203.13 |
| 8001012 | ROGGE- KOREA INVESTMENT | | $858,726.56 |
| 8001013 | ROGGE- KINGFISHER PENSION | | $50,593.75 |
| 8001018 | METAL BOX PENSION TRUSTEES LIMITED | | $117,546.88 |
| 8001028 | ROGGE-PRUDENTIAL STAFF PENSION | | $189,601.57 |
| 8001031 | REXAM PENSION PLAN | | $339,398.44 |
| 8001038 | SOUTHERN COMPANY SYSTEM MASTER RETIREMENT FUND | | $454,789.07 |
| 8001039 | ROGGE- SINGAPORE MGMT UNIV | | $88,250.01 |
| 8001065 | ROGGE- LIANHE INVESTMENTS PTE | | $24,718.76 |
| 8001068 | STANHOPE PENSION TRUST LIMITED AS TRUSTEES OF | | $131,187.50 |
| 8001069 | TRAFALGAR HOUSE TRUSTEES LIMITED | | $88,257.81 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8001079 | CABLE & WIRELESS PENSION TRUSTEE LIMITED | | $34,468.75 |
| 8001080 | WOOLWORTHS GROUP PENSION TRUST LIMITED | | $109,484.38 |
| 8001106 | CITY OF JACKSONVILLE | | $8,689.06 |
| 8001130 | FAF ADVISORS, INC. | | $93,954.36 |
| 8001157 | SANTACROCE, LISA | | $7,134.61 |
| 8001162 | RAVE, SHMUEL SHARON | | $7,236.00 |
| 8001183 | STEWARDSHIP INSURANCE, LTD | | $10,511.72 |
| 8001198 | BALSEIRO, LOURDES | | $25,276.68 |
| 8001199 | ROSADO, MARIA M | | $38,803.13 |
| 8001212 | DIRECT FX LIMITED | | $27,067.83 |
| 8001218 | ALLEGIANT ASSET MANAGEMENT | | $43,160.00 |
| 8001277-1 | FRANZO, ROSEMARIE | | $32,500.00 |
| 8001282 | FONDO CONSOLIDADO DE RESERVAS PREVISIONALES | | $56,353.52 |
| 8001296 | FRONTPOINT PARTNERS LLC | | $408,400.35 |
| 8001327 | UNIVERSITY OF PUERTO RICO PENSION FUND | | $46,191.40 |
| 8001329 | NETROADSHOW, INC | | $25,000.00 |
| 8001359 | THE MONETARY AUTHORITY OF SINGAPORE | | $583,593.75 |
| 8001383 | ILLINOIS MUNICIPAL RETIREMENT FUND | | $37,733.78 |
| 8001424 | CONOCO PHILLIPS DEFINED BENEFIT PLAN | | $4,164.19 |
| 8001475 | VOLVO GROUP RETIREMENT TRUST | | $91,458.98 |
| 8001568 | AIG INVESTMENTS JAPAN | | $23,095.70 |
| 8001580 | WRIGHT, MICHELLE M | | $656.21 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8001726 | ISHARES RUSSELL 2000 VALUE INDEX FUND | | $45,682.31 |
| 8001739 | EQUITY TRUSTEES LIMITED | | $63,438.00 |
| 8001741 | THE MASTER TRUST BANK OF JAPAN,LTD, AS TRUSTE | | $16,640.62 |
| 8001742 | JAPAN TRUSTEE SERVICES BANK, LTD. AS TRUSTEE | | $277,515.62 |
| 8001744 | JAPAN TRUSTEE SERVICES BANK, LTD. AS TRUSTEE | | $88,515.62 |
| 8001745 | TRUST & CUSTODY SERVICES BANK JAPAN / 150003 | | $335,937.50 |
| 8001780 | INKA FONDS VANT - RGP | | $68,218.75 |
| 8001826 | MUNICIPAL EMPLOYEES' ANNUITY AND BENEFIT FUND OF CHICAGO | | $114,554.69 |
| 8001898 | RUSSELL 2500 INDEX FUND | | $239.33 |
| 8001900 | RUSSELL 2000 VALUE ALPHA TILTS FUND | | $3,961.84 |
| 8001906 | RUSSELL 2000 INDEX FUND | | $36,139.13 |
| 8001910 | RUSSELL 3000 INDEX FUND | | $16,936.56 |
| 8001921 | U.S. EQUITY MARKET FUND B | | $4,263.12 |
| 8001923 | MULTI-STRATEGY PORTFOLIO, A SERIES OF PACIFIC SELECT FUND | | $22,629.57 |
| 8001926 | INDIANA STATE POLICE PENSION TRUST | | $48,860.15 |
| 8001927 | U.S. EQUITY MARKET FUND | | $5,559.47 |
| 8001930 | RUSSELL 2000 GROWTH ALPHA TILTS | | $300.89 |
| 8001931 | RUSSELL 2000 ALPHA TILTS FUND B COMPONENT 1 | | $4,554.23 |
| 8001937 | NEXT GENERATION TRUST FUND | | $76,148.00 |
| 8001944 | BAUSCH & LOMB INCORPORATED | | $14,248.43 |
| 8001947 | CHICAGO REGIONAL COUNCIL OF CARPENTERS BENEFIT FUNDS | | $53,582.03 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8001949 | STATE OF INDIANA (MAJOR MOVES CONSTRUCTION FUND) CORE PLUS | | $22,612.50 |
| 8001965 | STATE OF INDIANA (MAJOR MOVES CONSTRUCTION FUND) | | $334,537.50 |
| 8001987 | HEWLETT-PACKARD COMPANY | | $18,906.25 |
| 8001992-1 | KANNAN, HEMAMALINI | | $14,082.80 |
| 8002078 | PATHAK, KISHLAYA | | $18,269.00 |
| 8002100 | RETIREMENT SYSTEM OF ALLEGHENY COUNTY | | $9,371.00 |
| 8002144 | TEACHERS' RETIREMENT SYSTEM OF THE STATE OF KY | | $9,408.65 |
| 8002175 | FEDERATED INTERMEDIATE GOVERNMENT FUND, INC. | | $16,250.00 |
| 8002178 | FEDERATED CORE TRUST ON BEHALF OF FEDERATED MORTGAGE CORE | | $1,017,187.50 |
| 8002192 | FEDERATED INVESTMENT  MANAGEMENT COMPANY | | $129,604.12 |
| 8002211 | BARING OPPENHEIMER REAL ASSET FUTURES FUND PLC | | $1,345.31 |
| 8002218 | OFI INSTITUTIONAL ALPHA-PLUS FUND, LP | | $12,568.86 |
| 8002220 | OPPENHEIMER CORE BOND FUND/VA,SERIES OF OPP VARIABLE ACCOUNT | | $33,605.47 |
| 8002221 | HUBBARD, ANDREW | | $20,106.00 |
| 8002222 | UBS GLOBAL ASSET MANAGEMENT (CANADA) INC. | | $5,542.97 |
| 8002231 | OPPENHEIMER CAPITAL INCOME FUND | | $180,951.56 |
| 8002244 | UBS GLOBAL ASSET MANAGEMENT (CANADA) INC. | | $27,714.85 |
| 8002303 | ASIAN CENTURY QUEST CAPITAL LLC | | $49,636.72 |
| 8002336 | ING LIFE INSURANCE & ANNUITY CO. | | $459,375.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8002379 | UBS U.S. ALLOCATION FUND | | $40,648.44 |
| 8002402 | ING INVESTMENT MANAGEMENT LLC | | $57,276.72 |
| 8002426 | PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OF COLORADO | | $15,562.00 |
| 8002434 | PUBLIC EMPLOYEES' ASSOCIATION OF COLORADO | | $12,860.00 |
| 8002454 | GUIDESTONE FUNDS SMALL CAP EQUITY FUND | | $109,945.00 |
| 8002459 | GUIDESTONE FUNDS GLOBAL BOND FUND | | $110,461.00 |
| 8002464 | CGM ADVISOR TARGETED EQUITY FUND | | $58,871.00 |
| 8002468 | AEW REAL ESTATE FUND | | $299.60 |
| 8002483 | SORENSEN, KATHLEEN R | | $134,615.00 |
| 8002493 | INVESCO U.S. MORTGAGE FUND | | $965,250.00 |
| 8002508 | NISOURCE, INC. MASTER RETIREMENT TRUST | | $47,005.30 |
| 8002616 | TULLETT PREBON CANADA LIMITED | | $16,787.58 |
| 8002619 | TULLETT PREBON MONEY BROKERAGE (KOREA) LIMITED | | $1,960.00 |
| 8002624 | CENTRAL PACIFIC BANK | | $2,608,684.35 |
| 8002625 | TULLETT PREBON (HONG KONG) LIMITED | | $14,839.39 |
| 8002653 | SMITH, STACY L | | $10,950.00 |
| 8002677 | CAMPBELL, BRIAN JOSEPH | | $1,059.53 |
| 8002678 | CAMPBELL, BRIAN JOSEPH | | $1,261.29 |
| 8002679 | CAMPBELL, BRIAN JOSEPH | | $337.10 |
| 8002681 | CAMPBELL, BRIAN JOSEPH | | $1,095.60 |
| 8002756 | DEAM-FONDS BM-WAM | | $134,757.81 |
| 8002776 | AT&T UNION WBT | | $251,896.09 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8002778 | TOCQUEVILLE ASSET MANAGEMENT | | $47,037.94 |
| 8002824 | MORGAN STANLEY INSTITUTIONAL FUND TRUST | | $433,006.00 |
| 8002832 | INVESCO U.S. GOVERNMENT FUND | | $611,975.56 |
| 8002885 | LANCASHIRE INSURANCE COMPANY LIMITED | | $6,875.00 |
| 8002896 | SG HAMBROS BANK & TRUST (BAHAMAS) LIMITED (AS TRUSTEE) | | $3,437.50 |
| 8002905 | INVESCO V.I. GOVERNMENT SECURITIES FUND | | $72,234.38 |
| 8002922 | SUNOCO INC MASTER TRUST FOR DEFINED CONTRIBUTION PLANS | | $76,008.00 |
| 8002929 | MSIF TRUST INVESTMENT GRADE FIXED INCOME PORTFOLIO | | $138,890.63 |
| 8002942 | SAGE, SHEA | | $700.00 |
| 8002983 | THE READER'S DIGEST ASSOCIATION, INC. RETIREMENT PLAN | | $3,437.50 |
| 8003003 | NBK INVESTMENT MANAGEMENT LTD. - A2KPQA | | $56,531.25 |
| 8003015 | INVESCO VAN KAMPEN CORE PLUS  FIXED INCOME FUND | | $147,139.74 |
| 8003035 | JACKSON PERSPECTIVE INDEX 5 FUND | | $10,211.95 |
| 8003054 | THE BANK OF KOREA | | $23,953.12 |
| 8003082 | NEWEDGE USA, LLC | | $23,535.00 |
| 8003112 | CREDIT SUISSE ASSET MANAGEMENT, LLC | | $70,745.00 |
| 8003137 | THINKEQUITY PARTNERS LLC | | $23,630.66 |
| 8003141 | THE KROGER CO. | | $74,148.44 |
| 8003160 | BROWN BROTHER'S HARRIMAN | | $4,597.66 |
| 8003164 | HARTFORD LIFE INSURANCE COMPANY | | $20,901.55 |
| 8003171 | MS OFFSHORE ADVISORY FULL AUTHORITY MORTGAGE SEGREGATED PORT | | $28,640.63 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8003217 | LI, TIM Q | | $32,884.63 |
| 8003224 | AMERICAN EXPRESS RETIREMENT PLAN | | $2,507.81 |
| 8003230 | SOCIETE GENERALE SECURITIES SERVICES FOR SUEDINVEST 47 | | $43,203.13 |
| 8003242 | CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM | | $4,867.16 |
| 8003253 | CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM | | $636.68 |
| 8003341-1 | LIN, EDWARD A | | $19,877.25 |
| 8003394 | PHYLLIS A PETERSON TRUST | | $10.00 |
| 8003565 | D AND D SECURITIES, INC. | | $141,306.75 |
| 8003579 | VERDEGEM, DIETER L W | | $84.28 |
| 8003625 | DONG, SEN | | $65.00 |
| 8003745 | KOTTER, NINA | | $12,397.73 |
| 8003843 | EVANSTINE ESTATES LIMITED | | $72,877.88 |
| 8003874 | PRICEWATERHOUSE COOPERS | | $34,665.00 |
| 8003932 | SEA ISLAND COMPANY | | $261,361.10 |
| 8003990 | DWYER, JOHN M. | | $110,000.00 |
| 8004039 | UNIVERSAL-INVESTMENT-GMBH | | $277,226.57 |
| 8004319 | DASHORE, ALEX ALOK | | $23,830.00 |
| 9000008 | ABN AMRO INC | | $42,964.00 |
| 9000134 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $263,358.34 |
| 9000135 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $268,223.06 |
| 9000136 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $766,956.11 |
| 9000137 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $110,425.97 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9000138 | DABBAH, ALBERTO | | $1,307,387.96 |
| 9000139 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $180,455.47 |
| 9000140 | KAPUESCI, DANIEL M C | | $912,951.91 |
| 9000247 | F6 INVESTORS LLC | | $195,375.48 |
| 9000325 | VILLAS DEL OESTE CORP | | $202,758.98 |
| 9000328 | O.C. CAPALBO, EJ. FERNANDEZ, O.A. CAPALBO, M.G. CAPALBO | | $131,833.83 |
| 9000330 | DJAMUS, LUIS CESAR, AMELIA VANESA LAHAM AND JOSE LAHAM | | $349,570.40 |
| 9000402 | REMOREL SOCIEDAD ANONIMA | | $124,101.27 |
| 9000403 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $219,396.52 |
| 9000404 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $93,978.18 |
| 9000432 | DE FAHAM, ESTER LEVY | | $77,234.37 |
| 9000457 | ALLAN A KORNFELD REV TRUST DTD 2/15/08 | | $10.00 |
| 9000500 | CHMEA, JAIME AND SARA F COHEN DE CHMEA (B) | | $100,499.80 |
| 9000529 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $762,560.01 |
| 9000541 | NORAH AMADEO Y VIDELA | | $90,656.05 |
| 9000542 | MACHADO, ANGEL E | | $219,096.88 |
| 9000543 | HEGUY, BAUTISTA | | $55,811.80 |
| 9000575 | TANNOR PARTNERS CREDIT FUND, LP | | $254,734.08 |
| 9000589 | WASSERMAN, ARMANDO A | | $127,244.04 |
| 9000590 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $266,244.77 |
| 9000614 | WILLINER, JOSE | | $90,656.05 |
| 9000615 | WILLINER, GUILLERMO J | | $90,656.05 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9000619 | MATTERA, M A & A C | | $112,435.73 |
| 9000620 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $320,534.57 |
| 9000622 | FASCE, ROBERTO J | | $106,629.43 |
| 9000649 | RBC CAPITAL MARKETS | | $56,549.97 |
| 9000650 | RBC CAPITAL MARKETS | | $36,729.00 |
| 9000651 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $1,178,959.05 |
| 9000652 | RBC CAPITAL MARKETS | | $3,366.04 |
| 9000654 | RBC CAPITAL MARKETS | | $29,315.99 |
| 9000657 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $72,543.73 |
| 9000665 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $97,185.48 |
| 9000666 | SIANO, MARCELO DARIO | | $110,425.97 |
| 9000668 | PIZARRO, MARIO | | $70,946.90 |
| 9000669 | ABITBOUL, JORGE M | | $126,143.97 |
| 9000671 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $1,103,976.41 |
| 9000676 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $160,016.64 |
| 9000682 | BORRELL, HUGO A./HUGO /ALICIA /ANGELES | | $136,624.60 |
| 9000705 | OLESA SA | | $75,725.27 |
| 9000725 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $515,958.18 |
| 9000726 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $220,466.50 |
| 9000727 | PEDRO SIRERA, CAYETANA B BUSCEMI DE SIRERA, MIRNA A SIRERA | | $87,042.08 |
| 9000728 | SA, KORIL | | $196,365.49 |
| 9000729 | ADOUM CORP S A | | $239,100.89 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9000730 | KOULITECHENKO, WILFRID V.W.R | | $404,066.92 |
| 9000746 | CARSONS, STEVEN | | $10.00 |
| 9000755 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $400,534.29 |
| 9000756 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $400,534.29 |
| 9000757 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $161,359.19 |
| 9000758 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $400,534.29 |
| 9000769 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $604,810.84 |
| 9000770 | GUINSBURG, MARISA SONIA, SERGIO KONER & DAVID KONER | | $117,916.07 |
| 9000771 | BALESTRA, DELFINA | | $238,100.69 |
| 9000773 | SPNY MASTER FUND LP | | $391,200.34 |
| 9000911 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $729,759.01 |
| 9000954 | TOMASSINI, DANIEL & LORENA | | $128,485.64 |
| 9000962 | CELORRIO, MIGUEL L | | $87,090.59 |
| 9000964 | VONWIN CAPITAL MANAGEMENT, LP | | $79,460.12 |
| 9001017 | FERGUSON CRAFT S A | | $88,637.82 |
| 9001022 | 3M VOLUNTARY INVESTMENT PLAN & EMPLOYEE STOCK OWNERSHIP PLAN | | $207,500.00 |
| 9001023 | GT INTERCAP FUND | | $76,250.00 |
| 9001025 | NATIONAL ELEVATOR INDUSTRY HEALTH BENEFIT PLAN | | $102,500.00 |
| 9001026 | STEAMSHIP TRADE ASSOCIATION OF BALTIMORE ILA INC PENSION FUN | | $25,000.00 |
| 9001105 | HIBBERT, ALEJANDRO JAVIER | | $103,154.25 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9001320 | EVERGREEN INVESTMENT MGMT CO | | $95,995.60 |
| 9001321 | SCHNEIDER CAPITAL MGMT LP | | $15,636.95 |
| 9001323 | KINGDON CAPITAL MANAGEMENT LLC | | $23,299.38 |
| 9001324 | SILVERCREST ASSET MANAGEMENT GROUP LLC | | $130,067.00 |
| 9001337 | EBANOR S A | | $231,907.51 |
| 9001339 | FIRST LATIN AMERICAN FUND | | $479,740.59 |
| 9001366 | RABB, THEODORE & TAMAR - JTWROS | | $32.00 |
| 9001367 | RABB TRUST II | | $32.00 |
| 9001471 | MISSISSIPPI PUBLIC EMPLOYEES | | $202,318.36 |
| 9001473 | CARONNI, JUAN & | | $65,456.08 |
| 9001475 | AMERICAN NATIONAL INSURANCE | | $59,026.82 |
| 9001476 | JOHN HANCOCK TRUST GLOBAL ALLOCATION TRUST | | $18,476.57 |
| 9001505 | Z&M CAPITAL | | $18,511.96 |
| 9001518 | NORTH BAY CAPITAL MGMT | | $17,640.00 |
| 9001519 | BARROW HANLEY MEWHINNEY & STRAUSS INC | | $22,150.12 |
| 9001520 | OSPRAIE MANAGEMENT LP | | $91,571.88 |
| 9001539 | FISHER INVESTMENTS | | $513,157.65 |
| 9001575 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $281,180.07 |
| 9001576 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $236,966.90 |
| 9001577 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $888,858.70 |
| 9001587 | TIBUR DEVELOP CO LTD | | $578,570.83 |
| 9001599 | REAMS SCERA | | $111,159.38 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9001676 | COLONY CAPITAL MANAGEMENT | | $6,246.60 |
| 9001677 | WALLACE H COULTER FDN | | $5,445.31 |
| 9001679 | TELEOS MANAGEMENT LLC | | $9,056.96 |
| 9001713 | DECLARATION MGMT & RSRCH A/C JH VST 1 ACTIVE BOND | | $9,179.69 |
| 9001714 | DECLARATION MGMT & RSRCH A/C JH VARIABLE MANAGED SER TR | | $16,801.68 |
| 9001715 | DECLARATION MGMT & RSRCH A/C SEPARATE ACCOUNT | | $11,014.84 |
| 9001717 | DECLARATION MGMT & RSRCH A/C SEPARATE ACCOUNT [REDACTED] | | $3,937.50 |
| 9001718 | DECLARATION MGMT & RSRCH A/C MEDIALLE CORP C BOND A/C | | $3,618.36 |
| 9001720 | DECLARATION MGMT & RSRCH A/C DOMINION RESOURCES GAS | | $4,344.92 |
| 9001745 | MORONI, JORGE H AND | | $210,692.72 |
| 9001800 | MORGENS WATERFALL VINTIADIS | | $40,928.59 |
| 9001808 | PYRAMID MORTGAGE-BACKED SECURITIES FUND | | $321,289.06 |
| 9001840 | MEHTA, VISHAL | | $24,230.75 |
| 9001850 | BREAKERS | | $165,615.00 |
| 9001901 | SMOOT MILLER CHENEY & CO | | $1,675.09 |
| 9001918 | LOEWS CORPORATION | | $30,631.62 |
| 9001919 | CHOATE INVESTMENT ADVISORS | | $28,316.41 |
| 9002064 | MARQUETTE FINANCIAL COMPANIES | | $392,038.00 |
| 9002108 | PIEDMONT INV ADVISORS | | $48,751.32 |
| 9002109 | KELUSA CAPITAL LLC | | $104,870.00 |
| 9002228 | STARK INVESTMENTS HONG KONG LIMITED STARK & ROTH INC | | $32,563.77 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9002252 | FAIR HARBOR CAPITAL, LLC | | $24,492.06 |
| 9002254 | SISTERS OF ST JOSEPH TOSF | | $7,390.62 |
| 9002258 | BARON CAPITAL GROUP INC | | $7,816.67 |
| 9002326 | COOK COUNTY/GSAM | | $5,156.25 |
| 9002328 | CARP DC H&W/GASM | | $1,718.75 |
| 9002329 | TEAMS 705/GSAM | | $3,437.50 |
| 9002342 | SEQA CAPITAL ADVISORS LP | | $194,073.30 |
| 9002515 | SHT MTL 73/GSAM | | $1,718.75 |
| 9002536 | SEMAPHORE MANAGEMENT LLC | | $1,189.99 |
| 9002566 | UTAH STATE RETIREMENT SYSTEM | | $325.85 |
| 9002571 | FIFTH THIRD ASSET MGMT | | $176,932.07 |
| 9002573 | NICHOLAS APPLEGATE CAPITAL MGT | | $84,381.79 |
| 9002590 | USAA GROWTH & INCOME FUND | | $20,331.97 |
| 9002606 | T ROWE PRICE BALANCED FUND INC | | $82,632.38 |
| 9002607 | T ROWE PRICE GNMA FUND | | $606,985.72 |
| 9002608 | T ROWE PRICE INFLATION PROTECTED BOND FUND INC | | $19,933.61 |
| 9002609 | T ROWE PRICE INSTITUTIONAL CORE PLUS FUND | | $13,641.41 |
| 9002610 | T ROWE PRICE NEW INCOME FUND INC | | $1,351,164.66 |
| 9002611 | T ROWE PRICE PERSONAL STRATEGY BALANCED FUND | | $36,847.88 |
| 9002612 | T ROWE PRICE PERSONAL STRATEGY BALANCED PORTFOLIO | | $7,952.36 |
| 9002613 | T ROWE PRICE PERSONAL STRATEGY GROWTH FUND | | $13,210.95 |
| 9002614 | T ROWE PRICE PERSONAL STRATEGY INCOME FUND | | $26,419.24 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9002615 | T ROWE PRICE SUMMIT GNMA FUND | | $9,702.17 |
| 9002616 | T ROWE PRICE US BOND INDEX FUND | | $28,825.25 |
| 9002617 | T ROWE PRICE US TREASURY INTERMEDIATE FUND | | $18,615.62 |
| 9002618 | T ROWE PRICE US TREASURY LONG TERM FUND | | $30,062.50 |
| 9002619 | ENTERGY CORPORATION QUALIFIED PLAN MASTER TRUST | | $22,087.52 |
| 9002622 | T ROWE PRICE BOND INDEX TRUST | | $19,699.24 |
| 9002623 | T ROWE PRICE MANAGED BOND COMMON TRUST FUND | | $445,774.27 |
| 9002624 | T ROWE PRICE FUNDS SICAV-GLOBAL AGGREGATE BOND FUND | | $2,920.32 |
| 9002652 | ENTERGY CORPORATION RETIREMENT PLAN FOR BARGAINING EMPLOYEES | | $9,609.39 |
| 9002653 | ENTERGY CORPORATION RETIREMENT PLAN FOR NON-BARGAINING EMPLO | | $1,921.88 |
| 9002654 | ENTERGY CORPORATION COMPANIES RETIREMENT PLANS MASTER TRUST | | $28,825.25 |
| 9002655 | RITE-AID MASTER RETIREMENT SAVINGS TRUST | | $21,126.58 |
| 9002656 | PENSION PLAN OF ALLEN & COMPANY | | $5,525.02 |
| 9002657 | LOCKHEED MARTIN CORPORATION MASTER RETIREMENT TRUST | | $256,413.48 |
| 9002658 | MARRIOTT INTERNATIONAL INC EMPLOYEES PROFIT RETIREMENT SAND | | $25,892.98 |
| 9002660 | THE BUREAU OF NATIONAL AFFAIRS INC EMPLOYEES RETIREMENT PLAN | | $11,391.42 |
| 9002661 | ALASKA COMMON TRUST FUND-GNMA TRUST | | $23,060.20 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9002662 | STATE OF ALASKA DEFERRED COMPENSATION PLAN | | $13,933.60 |
| 9002663 | STATE OF ALASKA SUPPLEMENTAL ANNUITY PLAN | | $20,179.71 |
| 9002664 | SECURITY BENEFIT LIFE-SBL FUND SERIES N | | $2,920.32 |
| 9002665 | JC PENNEY COMPANY INC SAVINGS PROFIT SHARING & STOCK OWNERSH | | $50,693.38 |
| 9002667 | JOHN HANCOCK FUNDS II-SPECTRUM INCOME FUND | | $95,349.44 |
| 9002670 | CHUO MITSUI ASSET TRUST AND BANKING COMPANY LIMITED | | $16,067.63 |
| 9002720 | BRAHMAN CAPITAL | | $236,656.00 |
| 9002730 | KAYNE, FRED | | $22,513.32 |
| 9002733 | LOS ANGELES CITY EMP. RET. SYST. | | $31,858.87 |
| 9002752 | INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND | | $523.43 |
| 9002754 | TYCO ELECTRONICS DEFINED BENEFIT PLANS MASTER TR CS PENSION | | $10,887.50 |
| 9002760 | BLACKROCK FINANCIAL MGMT | | $7,637.33 |
| 9002761 | BLACKROCK FINANCIAL MGMT | | $6,286.61 |
| 9002762 | BLACKROCK FINANCIAL MGMT | | $4,387.22 |
| 9002763 | BLACKROCK FINANCIAL MGMT | | $157,065.04 |
| 9002764 | BLACKROCK FINANCIAL MGMT | | $85,766.90 |
| 9002765 | BLACKROCK FINANCIAL MGMT | | $142.75 |
| 9002766 | BLACKROCK FINANCIAL MGMT | | $78.52 |
| 9002767 | BLACKROCK FINANCIAL MGMT | | $56.54 |
| 9002768 | BLACKROCK FINANCIAL MGMT | | $71.13 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9002769 | BLACKROCK FINANCIAL MGMT | | $2,359.88 |
| 9002770 | BLACKROCK FINANCIAL MGMT | | $16.38 |
| 9002771 | BLACKROCK FINANCIAL MGMT | | $26.08 |
| 9002772 | BLACKROCK FINANCIAL MGMT | | $167.03 |
| 9002773 | BLACKROCK FINANCIAL MGMT | | $5,370.80 |
| 9002774 | BLACKROCK FINANCIAL MGMT | | $6,768.83 |
| 9002775 | BLACKROCK FINANCIAL MGMT | | $7,156.40 |
| 9002776 | BLACKROCK FINANCIAL MGMT | | $184,353.89 |
| 9002777 | BLACKROCK FINANCIAL MGMT | | $54,542.15 |
| 9002778 | BLACKROCK FINANCIAL MGMT | | $29.44 |
| 9002779 | BLACKROCK FINANCIAL MGMT | | $155.26 |
| 9002780 | BLACKROCK FINANCIAL MGMT | | $38.64 |
| 9002781 | BLACKROCK FINANCIAL MGMT | | $7.17 |
| 9002782 | BLACKROCK FINANCIAL MGMT | | $8,145.11 |
| 9002783 | BLACKROCK FINANCIAL MGMT | | $63.45 |
| 9002784 | BLACKROCK FINANCIAL MGMT | | $183.19 |
| 9002785 | BLACKROCK FINANCIAL MGMT | | $548.18 |
| 9002786 | BLACKROCK FINANCIAL MGMT | | $99.79 |
| 9002787 | BLACKROCK FINANCIAL MGMT | | $44.79 |
| 9002788 | BLACKROCK FINANCIAL MGMT | | $38.38 |
| 9002789 | BLACKROCK FINANCIAL MGMT | | $177.39 |
| 9002790 | BLACKROCK FINANCIAL MGMT | | $30.45 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9002791 | BLACKROCK FINANCIAL MGMT | | $216.69 |
| 9002792 | BLACKROCK FINANCIAL MGMT | | $275.58 |
| 9002793 | BLACKROCK FINANCIAL MGMT | | $119.51 |
| 9002794 | BLACKROCK FINANCIAL MGMT | | $324.84 |
| 9002795 | BLACKROCK FINANCIAL MGMT | | $71.41 |
| 9002796 | BLACKROCK FINANCIAL MGMT | | $492.41 |
| 9002797 | BLACKROCK FINANCIAL MGMT | | $8,559.53 |
| 9002798 | BLACKROCK FINANCIAL MGMT | | $20,328.25 |
| 9002799 | BLACKROCK FINANCIAL MGMT | | $53.73 |
| 9002800 | BLACKROCK FINANCIAL MGMT | | $59.37 |
| 9002801 | BLACKROCK FINANCIAL MGMT | | $167.25 |
| 9002802 | BLACKROCK FINANCIAL MGMT | | $340.67 |
| 9002803 | BLACKROCK FINANCIAL MGMT | | $63.42 |
| 9002804 | BLACKROCK FINANCIAL MGMT | | $111.83 |
| 9002805 | BLACKROCK FINANCIAL MGMT | | $36.34 |
| 9002806 | BLACKROCK FINANCIAL MGMT | | $50.42 |
| 9002807 | BLACKROCK FINANCIAL MGMT | | $29.94 |
| 9002808 | BLACKROCK FINANCIAL MGMT | | $92.84 |
| 9002809 | BLACKROCK FINANCIAL MGMT | | $37,911.52 |
| 9002810 | BLACKROCK FINANCIAL MGMT | | $28,047.45 |
| 9002811 | BLACKROCK FINANCIAL MGMT | | $108.75 |
| 9002812 | BLACKROCK FINANCIAL MGMT | | $210.22 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9002813 | BLACKROCK FINANCIAL MGMT | | $19,646.49 |
| 9002814 | BLACKROCK FINANCIAL MGMT | | $24,490.31 |
| 9002815 | BLACKROCK FINANCIAL MGMT | | $21,959.08 |
| 9002816 | BLACKROCK FINANCIAL MGMT | | $2,900.94 |
| 9002817 | BLACKROCK FINANCIAL MGMT | | $463.49 |
| 9002818 | BLACKROCK FINANCIAL MGMT | | $246.93 |
| 9002819 | BLACKROCK FINANCIAL MGMT | | $160.45 |
| 9002820 | BLACKROCK FINANCIAL MGMT | | $34.81 |
| 9002821 | BLACKROCK FINANCIAL MGMT | | $74.69 |
| 9002822 | BLACKROCK FINANCIAL MGMT | | $20.99 |
| 9002823 | BLACKROCK FINANCIAL MGMT | | $93.41 |
| 9002824 | BLACKROCK FINANCIAL MGMT | | $68.30 |
| 9002825 | BLACKROCK FINANCIAL MGMT | | $291.08 |
| 9002826 | BLACKROCK FINANCIAL MGMT | | $59.11 |
| 9002827 | BLACKROCK FINANCIAL MGMT | | $17,090.92 |
| 9002828 | BLACKROCK FINANCIAL MGMT | | $47.60 |
| 9002829 | BLACKROCK FINANCIAL MGMT | | $29.93 |
| 9002830 | BLACKROCK FINANCIAL MGMT | | $23.03 |
| 9002831 | BLACKROCK FINANCIAL MGMT | | $3,054.25 |
| 9002832 | BLACKROCK FINANCIAL MGMT | | $33,182.99 |
| 9002833 | BLACKROCK FINANCIAL MGMT | | $169.32 |
| 9002834 | BLACKROCK FINANCIAL MGMT | | $60.35 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9002835 | BLACKROCK FINANCIAL MGMT | | $12,745.93 |
| 9002836 | BLACKROCK FINANCIAL MGMT | | $2,926.26 |
| 9002837 | BLACKROCK FINANCIAL MGMT | | $43,703.30 |
| 9002838 | BLACKROCK FINANCIAL MGMT | | $8,985.46 |
| 9002840 | BLACKROCK FINANCIAL MGMT | | $567.91 |
| 9002841 | BLACKROCK FINANCIAL MGMT | | $8,743.74 |
| 9002842 | BLACKROCK FINANCIAL MGMT | | $4,561.19 |
| 9002843 | BLACKROCK FINANCIAL MGMT | | $16,767.32 |
| 9002844 | BLACKROCK FINANCIAL MGMT | | $6,304.55 |
| 9002845 | BLACKROCK FINANCIAL MGMT | | $3,613.37 |
| 9002846 | BLACKROCK FINANCIAL MGMT | | $6,821.27 |
| 9002847 | BLACKROCK FINANCIAL MGMT | | $33,051.19 |
| 9002848 | BLACKROCK FINANCIAL MGMT | | $239,739.16 |
| 9002849 | BLACKROCK FINANCIAL MGMT | | $222,389.61 |
| 9002850 | BLACKROCK FINANCIAL MGMT | | $30,915.11 |
| 9002851 | BLACKROCK FINANCIAL MGMT | | $28,426.06 |
| 9002852 | BLACKROCK FINANCIAL MGMT | | $588.37 |
| 9002853 | BLACKROCK FINANCIAL MGMT | | $722.67 |
| 9002854 | BLACKROCK FINANCIAL MGMT | | $44,204.69 |
| 9002855 | BLACKROCK FINANCIAL MGMT | | $1,962.04 |
| 9002856 | BLACKROCK FINANCIAL MGMT | | $22,129.05 |
| 9002857 | BLACKROCK FINANCIAL MGMT | | $33,734.16 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9002858 | BLACKROCK FINANCIAL MGMT | | $2,861.28 |
| 9002860 | BLACKROCK FINANCIAL MGMT | | $28,154.83 |
| 9002861 | BLACKROCK FINANCIAL MGMT | | $104,065.15 |
| 9002862 | BLACKROCK FINANCIAL MGMT | | $8,371.49 |
| 9002863 | BLACKROCK FINANCIAL MGMT | | $91,390.86 |
| 9002864 | BLACKROCK FINANCIAL MGMT | | $813.49 |
| 9002865 | BLACKROCK FINANCIAL MGMT | | $18,573.37 |
| 9002866 | BLACKROCK FINANCIAL MGMT | | $6,896.75 |
| 9002867 | BLACKROCK FINANCIAL MGMT | | $29,930.26 |
| 9002868 | BLACKROCK FINANCIAL MGMT | | $5,776.28 |
| 9002869 | BLACKROCK FINANCIAL MGMT | | $43,772.29 |
| 9002871 | BLACKROCK FINANCIAL MGMT | | $36,454.80 |
| 9002872 | BLACKROCK FINANCIAL MGMT | | $57,409.79 |
| 9002873 | BLACKROCK FINANCIAL MGMT | | $5,309.39 |
| 9002874 | BLACKROCK FINANCIAL MGMT | | $39,321.13 |
| 9002875 | BLACKROCK FINANCIAL MGMT | | $6,175.34 |
| 9002876 | BLACKROCK FINANCIAL MGMT | | $106,234.59 |
| 9002877 | BLACKROCK FINANCIAL MGMT | | $19,532.69 |
| 9002878 | BLACKROCK FINANCIAL MGMT | | $7,852.17 |
| 9002879 | BLACKROCK FINANCIAL MGMT | | $933,414.52 |
| 9002880 | BLACKROCK FINANCIAL MGMT | | $4,603.36 |
| 9002881 | BLACKROCK FINANCIAL MGMT | | $5,982.20 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9002882 | BLACKROCK FINANCIAL MGMT | | $26,533.03 |
| 9002883 | BLACKROCK FINANCIAL MGMT | | $11,402.89 |
| 9002884 | BLACKROCK FINANCIAL MGMT | | $9,128.72 |
| 9002885 | BLACKROCK FINANCIAL MGMT | | $3,791.15 |
| 9002886 | BLACKROCK FINANCIAL MGMT | | $3,546.88 |
| 9002887 | BLACKROCK FINANCIAL MGMT | | $10,053.48 |
| 9002888 | BLACKROCK FINANCIAL MGMT | | $28,369.81 |
| 9002889 | BLACKROCK FINANCIAL MGMT | | $13,836.95 |
| 9002890 | BLACKROCK FINANCIAL MGMT | | $10,809.42 |
| 9002891 | BLACKROCK FINANCIAL MGMT | | $91,812.50 |
| 9002892 | BLACKROCK FINANCIAL MGMT | | $2,507.00 |
| 9002893 | BLACKROCK FINANCIAL MGMT | | $9,945.97 |
| 9002894 | BLACKROCK FINANCIAL MGMT | | $50,183.14 |
| 9002895 | BLACKROCK FINANCIAL MGMT | | $196.98 |
| 9002896 | BLACKROCK FINANCIAL MGMT | | $31,889.83 |
| 9002897 | BLACKROCK FINANCIAL MGMT | | $23,848.26 |
| 9002898 | BLACKROCK FINANCIAL MGMT | | $30,771.86 |
| 9002899 | BLACKROCK FINANCIAL MGMT | | $17,469.55 |
| 9002900 | BLACKROCK FINANCIAL MGMT | | $5,351.63 |
| 9002901 | BLACKROCK FINANCIAL MGMT | | $34,121.76 |
| 9002902 | BLACKROCK FINANCIAL MGMT | | $7,456.97 |
| 9002903 | BLACKROCK FINANCIAL MGMT | | $30,961.07 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9002904 | BLACKROCK FINANCIAL MGMT | | $8,314.58 |
| 9002905 | BLACKROCK FINANCIAL MGMT | | $136,585.51 |
| 9002906 | BLACKROCK FINANCIAL MGMT | | $65,428.06 |
| 9002908 | BLACKROCK FINANCIAL MGMT | | $995,056.87 |
| 9002909 | BLACKROCK FINANCIAL MGMT | | $759,378.51 |
| 9002910 | BLACKROCK FINANCIAL MGMT | | $116,692.20 |
| 9002911 | BLACKROCK FINANCIAL MGMT | | $219,928.73 |
| 9002913 | BLACKROCK FINANCIAL MGMT | | $947.79 |
| 9002914 | BLACKROCK FINANCIAL MGMT | | $141,292.85 |
| 9002915 | BLACKROCK FINANCIAL MGMT | | $34,106.41 |
| 9002917 | BLACKROCK FINANCIAL MGMT | | $757.21 |
| 9002918 | BLACKROCK FINANCIAL MGMT | | $153,149.11 |
| 9002919 | BLACKROCK FINANCIAL MGMT | | $23,848.26 |
| 9002920 | BLACKROCK FINANCIAL MGMT | | $13,583.58 |
| 9002922 | BLACKROCK FINANCIAL MGMT | | $4,423.01 |
| 9002923 | BLACKROCK FINANCIAL MGMT | | $64,330.84 |
| 9002924 | BLACKROCK FINANCIAL MGMT | | $51,123.25 |
| 9002925 | BLACKROCK FINANCIAL MGMT | | $43,226.37 |
| 9002926 | BLACKROCK FINANCIAL MGMT | | $21,680.24 |
| 9002927 | BLACKROCK FINANCIAL MGMT | | $17,344.19 |
| 9002928 | BLACKROCK FINANCIAL MGMT | | $30,352.34 |
| 9002929 | BLACKROCK FINANCIAL MGMT | | $1,719.07 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9002930 | BLACKROCK FINANCIAL MGMT | | $2,204,050.24 |
| 9002931 | BLACKROCK FINANCIAL MGMT | | $87,503.79 |
| 9002932 | BLACKROCK FINANCIAL MGMT | | $5,781.40 |
| 9002933 | BLACKROCK FINANCIAL MGMT | | $7,226.75 |
| 9002934 | BLACKROCK FINANCIAL MGMT | | $85,275.61 |
| 9002935 | BLACKROCK FINANCIAL MGMT | | $93,608.78 |
| 9002936 | BLACKROCK FINANCIAL MGMT | | $11,287.79 |
| 9002937 | BLACKROCK FINANCIAL MGMT | | $85,416.26 |
| 9002938 | BLACKROCK FINANCIAL MGMT | | $62,182.00 |
| 9002939 | BLACKROCK FINANCIAL MGMT | | $2,211.51 |
| 9002940 | BLACKROCK FINANCIAL MGMT | | $1,646.17 |
| 9002941 | BLACKROCK FINANCIAL MGMT | | $17,190.71 |
| 9002943 | BLACKROCK FINANCIAL MGMT | | $281.40 |
| 9002944 | BLACKROCK FINANCIAL MGMT | | $82,260.84 |
| 9002945 | BLACKROCK FINANCIAL MGMT | | $1,436.39 |
| 9002946 | BLACKROCK FINANCIAL MGMT | | $19,709.18 |
| 9002947 | BLACKROCK FINANCIAL MGMT | | $15,297.69 |
| 9002948 | BLACKROCK FINANCIAL MGMT | | $6,162.56 |
| 9002949 | BLACKROCK FINANCIAL MGMT | | $3,499.50 |
| 9002950 | BLACKROCK FINANCIAL MGMT | | $35,152.32 |
| 9002951 | BLACKROCK FINANCIAL MGMT | | $34,303.39 |
| 9002952 | BLACKROCK FINANCIAL MGMT | | $25,270.58 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9002953 | BLACKROCK FINANCIAL MGMT | | $91,887.54 |
| 9002954 | BLACKROCK FINANCIAL MGMT | | $57,164.50 |
| 9002955 | BLACKROCK FINANCIAL MGMT | | $381.12 |
| 9002956 | BLACKROCK FINANCIAL MGMT | | $1,101.27 |
| 9002957 | BLACKROCK FINANCIAL MGMT | | $36,205.37 |
| 9002958 | BLACKROCK FINANCIAL MGMT | | $15,898.84 |
| 9002959 | BLACKROCK FINANCIAL MGMT | | $4,336.05 |
| 9002960 | BLACKROCK FINANCIAL MGMT | | $722.67 |
| 9002961 | BLACKROCK FINANCIAL MGMT | | $15,012.41 |
| 9002962 | BLACKROCK FINANCIAL MGMT | | $75,279.68 |
| 9002964 | BLACKROCK FINANCIAL MGMT | | $20,545.70 |
| 9002966 | BLACKROCK FINANCIAL MGMT | | $27,932.35 |
| 9002967 | BLACKROCK FINANCIAL MGMT | | $20,618.62 |
| 9002968 | BLACKROCK FINANCIAL MGMT | | $179,826.15 |
| 9002969 | BLACKROCK FINANCIAL MGMT | | $9,997.21 |
| 9002970 | BLACKROCK FINANCIAL MGMT | | $15,889.91 |
| 9002971 | BLACKROCK FINANCIAL MGMT | | $2,483.95 |
| 9002972 | BLACKROCK FINANCIAL MGMT | | $6,040.97 |
| 9002973 | BLACKROCK FINANCIAL MGMT | | $26,093.03 |
| 9002974 | BLACKROCK FINANCIAL MGMT | | $139,400.88 |
| 9002976 | BLACKROCK FINANCIAL MGMT | | $226,619.18 |
| 9002978 | BLACKROCK FINANCIAL MGMT | | $5,030.77 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9002983 | BLACKROCK FINANCIAL MGMT | | $30,661.72 |
| 9002985 | BLACKROCK FINANCIAL MGMT | | $38,576.59 |
| 9002988 | BLACKROCK FINANCIAL MGMT | | $4,246.52 |
| 9002989 | BLACKROCK FINANCIAL MGMT | | $36,312.80 |
| 9002990 | BLACKROCK FINANCIAL MGMT | | $46,537.72 |
| 9002992 | BLACKROCK FINANCIAL MGMT | | $141,424.48 |
| 9002993 | BLACKROCK FINANCIAL MGMT | | $30,255.67 |
| 9002995 | BLACKROCK FINANCIAL MGMT | | $7,621.88 |
| 9002996 | BLACKROCK FINANCIAL MGMT | | $5,781.40 |
| 9002997 | BLACKROCK FINANCIAL MGMT | | $3,759.18 |
| 9002998 | BLACKROCK FINANCIAL MGMT | | $591,009.63 |
| 9002999 | BLACKROCK FINANCIAL MGMT | | $14,774.56 |
| 9003000 | BLACKROCK FINANCIAL MGMT | | $13,691.17 |
| 9003001 | BLACKROCK FINANCIAL MGMT | | $66,745.60 |
| 9003003 | BLACKROCK FINANCIAL MGMT | | $2,538.93 |
| 9003004 | BLACKROCK FINANCIAL MGMT | | $14,016.05 |
| 9003005 | BLACKROCK FINANCIAL MGMT | | $10,117.45 |
| 9003006 | BLACKROCK FINANCIAL MGMT | | $534.67 |
| 9003007 | BLACKROCK FINANCIAL MGMT | | $84.42 |
| 9003008 | BLACKROCK FINANCIAL MGMT | | $19,335.70 |
| 9003009 | BLACKROCK FINANCIAL MGMT | | $194,454.95 |
| 9003010 | BLACKROCK FINANCIAL MGMT | | $6,858.19 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9003011 | BLACKROCK FINANCIAL MGMT | | $6,165.11 |
| 9003015 | BLACKROCK FINANCIAL MGMT | | $56,723.99 |
| 9003016 | BLACKROCK FINANCIAL MGMT | | $1,432.55 |
| 9003017 | BLACKROCK FINANCIAL MGMT | | $13,313.91 |
| 9003019 | BLACKROCK FINANCIAL MGMT | | $161,141.36 |
| 9003020 | BLACKROCK FINANCIAL MGMT | | $47,592.91 |
| 9003022 | BLACKROCK FINANCIAL MGMT | | $2,168.02 |
| 9003023 | BLACKROCK FINANCIAL MGMT | | $91,150.55 |
| 9003024 | BLACKROCK FINANCIAL MGMT | | $41,652.91 |
| 9003025 | BLACKROCK FINANCIAL MGMT | | $43,332.25 |
| 9003026 | BLACKROCK FINANCIAL MGMT | | $7,482.55 |
| 9003027 | BLACKROCK FINANCIAL MGMT | | $306,687.55 |
| 9003028 | BLACKROCK FINANCIAL MGMT | | $60,757.15 |
| 9003029 | BLACKROCK FINANCIAL MGMT | | $2,138.61 |
| 9003030 | BLACKROCK FINANCIAL MGMT | | $25,537.91 |
| 9003031 | BLACKROCK FINANCIAL MGMT | | $48,672.49 |
| 9003032 | BLACKROCK FINANCIAL MGMT | | $3,605.69 |
| 9003033 | BLACKROCK FINANCIAL MGMT | | $11,614.82 |
| 9003034 | BLACKROCK FINANCIAL MGMT | | $67,931.42 |
| 9003036 | BLACKROCK FINANCIAL MGMT | | $39,037.05 |
| 9003037 | BLACKROCK FINANCIAL MGMT | | $69,008.35 |
| 9003040 | BLACKROCK FINANCIAL MGMT | | $166,775.46 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9003041 | BLACKROCK FINANCIAL MGMT | | $17,323.74 |
| 9003043 | BLACKROCK FINANCIAL MGMT | | $174,424.02 |
| 9003045 | BLACKROCK FINANCIAL MGMT | | $10,153.25 |
| 9003046 | BLACKROCK FINANCIAL MGMT | | $387,758.65 |
| 9003047 | BLACKROCK FINANCIAL MGMT | | $58,287.27 |
| 9003048 | BLACKROCK FINANCIAL MGMT | | $48,397.40 |
| 9003051 | BLACKROCK FINANCIAL MGMT | | $15,214.53 |
| 9003052 | BLACKROCK FINANCIAL MGMT | | $13,097.69 |
| 9003053 | BLACKROCK FINANCIAL MGMT | | $54,088.09 |
| 9003054 | BLACKROCK FINANCIAL MGMT | | $16,346.60 |
| 9003055 | BLACKROCK FINANCIAL MGMT | | $48,182.52 |
| 9003056 | BLACKROCK FINANCIAL MGMT | | $13,307.05 |
| 9003059 | BLACKROCK FINANCIAL MGMT | | $22,704.82 |
| 9003060 | BLACKROCK FINANCIAL MGMT | | $1,995.32 |
| 9003061 | BLACKROCK FINANCIAL MGMT | | $1,995.35 |
| 9003062 | BLACKROCK FINANCIAL MGMT | | $819,728.29 |
| 9003064 | BLACKROCK FINANCIAL MGMT | | $478.39 |
| 9003065 | BLACKROCK FINANCIAL MGMT | | $52,226.80 |
| 9003066 | BLACKROCK FINANCIAL MGMT | | $14,173.33 |
| 9003067 | BLACKROCK FINANCIAL MGMT | | $2,442.98 |
| 9003068 | BLACKROCK FINANCIAL MGMT | | $45,437.70 |
| 9003069 | BLACKROCK FINANCIAL MGMT | | $11,191.87 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9003070 | BLACKROCK FINANCIAL MGMT | | $28,088.40 |
| 9003071 | BLACKROCK FINANCIAL MGMT | | $19,937.65 |
| 9003074 | BLACKROCK FINANCIAL MGMT | | $21,171.14 |
| 9003075 | BLACKROCK FINANCIAL MGMT | | $24,977.70 |
| 9003076 | BLACKROCK FINANCIAL MGMT | | $15,531.72 |
| 9003078 | BLACKROCK FINANCIAL MGMT | | $15,824.66 |
| 9003079 | BLACKROCK FINANCIAL MGMT | | $93,699.59 |
| 9003080 | BLACKROCK FINANCIAL MGMT | | $37,246.55 |
| 9003082 | BLACKROCK FINANCIAL MGMT | | $631.86 |
| 9003084 | BLACKROCK FINANCIAL MGMT | | $1,579.51 |
| 9003085 | BLACKROCK FINANCIAL MGMT | | $1,557,430.62 |
| 9003087 | BLACKROCK FINANCIAL MGMT | | $271,437.50 |
| 9003089 | BLACKROCK FINANCIAL MGMT | | $86,993.45 |
| 9003090 | BLACKROCK FINANCIAL MGMT | | $2,807.54 |
| 9003091 | BLACKROCK FINANCIAL MGMT | | $3,274.42 |
| 9003176 | USAA MASTER TRUST PENSION AND RSP | | $78,680.00 |
| 9003218 | GE ASSET MANAGEMENT CSA | | $328,143.86 |
| 9003271 | INTERNATIONAL PAINTERS & ALLIED TRADES INDUSTRY PENSION FUND | | $3,664.06 |
| 9003282 | ARAB INTERNATIONAL BANK | | $17,552.73 |
| 9003289 | MINNESOTA MEDICAL FOUNDATION | | $4,265.61 |
| 9003297 | MITSUBISHI UFJ GLOBAL CUSTODY | | $7,202,500.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9003302 | GM ASSET MAGM GROUP PENSION TRUST I GM MORTGAGE OPP POOL | | $396,875.00 |
| 9003303 | PUTNAM INTERMEDIATE DOMESTIC INVESTMENT GRADE TRUST | | $490,927.71 |
| 9003304 | PUTNAM INTERNATIONAL DISTRIBUTORS LTD | | $198,281.00 |
| 9003306 | PUTNAM WORLD TRUST PUTNAM GLOBAL FIXED INCOME ALPHA FUND S1 | | $550,938.00 |
| 9003312 | IDS 098 RIVERSOURCE US GOVERNMENT MORTGAGE FUND | | $14,556.40 |
| 9003314 | IDS 024 GOVERNMENT INCOME PORTFOLIO | | $4,218.74 |
| 9003321 | EL PASO CORPORATION | | $6,168.29 |
| 9003323 | INTERNATIONAL INVESTMENT FUND - PUTNAM GLOBAL AGGREGATE FIXED INCOME | | $126,875.00 |
| 9003325 | DISTRICT OF COLUMBIA RETIREMENT BOARD | | $26,094.00 |
| 9003358 | JEFFERIES DAKOTA MASTER FUND LTD | | $4,375.20 |
| 9003361 | MHR CAPITAL PARTNERS | | $10,364.00 |
| 9003371 | LEVIN CAPITAL STRATEGIES | | $25,141.08 |
| 9003389 | RIVERSOURCE INVESTMENTS LLC | | $176,160.00 |
| 9003390 | RIVERSOURCE INVESTMENTS LLC BROKER CONSOLIDATION | | $259,948.00 |
| 9003404 | DENVER INVESTMENT ADVISORS | | $1,966.00 |
| 9003408 | STICHTING PENSIOEN FONDS UWV | | $595,000.00 |
| 9003417 | TRILOGY GLOBAL ADVISORS LLC | | $194,951.00 |
| 9003421 | UNION CARBIDE EMPLOYEES PENSION PLAN | | $397.44 |
| 9003422 | DOW EMPLOYEES PENSION PLAN | | $7,220.60 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9003842 | BLACKROCK FINANCIAL MGMT | | $21,552.25 |
| 9003863 | INTERNATIONAL STAFF PENSION CORP NV | | $79,199.99 |
| 9003907 | PNC ASSET MGMT GROUP | | $103,583.00 |
| 9003908 | PUTNAM DIVERSIFIED INCOME TRUST CAYMAN MASTER FUND | | $810,000.00 |
| 9003910 | PUTNAM ABSOLUTE RETURN FIXED INCOME FUND | | $146,250.00 |
| 9003915 | BLACKROCK FINANCIAL MGMT | | $100,212.52 |
| 9003927 | WESTERN MESSENGER SERVICE INC | | $2,960.94 |
| 9003946 | BALTIMORE EQUITABLE SOCIETY | | $4,146.88 |
| 9003954 | PUTNAM TOTAL RETURN TRUST | | $100,313.00 |
| 9003965 | CLAYMORE US CAPITAL MARKETS BOND ETF | | $4,077.34 |
| 9003999 | HOTCHKIS AND WILEY | | $64,171.59 |
| 9004000 | MASON TENDERS DISTRICT COUNCIL TRUST FUNDS | | $24,943.36 |
| 9004334 | DUQUESNE CAPITAL MANAGEMENT LLC A/C SWAT FUND LP | | $554,400.00 |
| 9004336 | DUQUESNE CAPITAL MANAGEMENT LLC A/C IRON CITY FUND | | $78,600.00 |
| 9004339 | DUQUESNE CAPITAL MANAGEMENT LLC | | $83,087.00 |
| 9004387 | IDS 86F AAP SYNTHETIC PORTFOLIO | | $405.26 |
| 9004388 | IDS 85H TOYS SYNTHETIC PORTFOLIO | | $102.54 |
| 9004390 | IDS 792 RIVERSOURCE TRUST INVESTMENT GRADE BOND FUND | | $421.87 |
| 9004439 | TYCO INTERNATIONAL INC | | $8,898.43 |
| 9004515 | OPPENHEIMER SMA CORE BOND FUND | | $10,607.81 |
| 9004516 | OPPENHEIMER BALANCED FUND/VA | | $20,835.93 |
| 9004518 | OFI INSTITUTIONAL CORE FIXED INCOME FUND LLC | | $2,641.41 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9004520 | OPPENHEIMER CORE BOND FUND | | $495,658.59 |
| 9004521 | TOTAL RETURN PORTFOLIO | | $12,228.13 |
| 9004522 | OFI HIGH YIELD FIXED INCOME SEPARATE ACCOUNT | | $1,157.81 |
| 9004524 | BRIGHT START COLLEGE SAVINGS TRUST PRINCIPAL PROTECTION | | $36,961.41 |
| 9004525 | BARING STRATEGIC INCOME FUND | | $125.78 |
| 9004549 | CARPENTERS' HEALTH AND WELFARE TRUST FUND OF | | $40,056.25 |
| 9004550 | THE LCM TRUST CORE FIXED INCOME FUND | | $11,509.38 |
| 9004583 | SOUND ENERGY PARTNERS INC | | $213,864.44 |
| 9004636 | ESSEX REGIONAL RETIREMENT BOARD ON BEHALF REGIONAL RETIREMENT SYSTEM | | $6,607.81 |
| 9004637 | OPPENHEIMER BALANCED FUND | | $89,062.49 |
| 9004647 | NOCHU RUSSELL MULTI-STRATEGY GLOBAL BOND FUND | | $275,200.20 |
| 9004648 | RIC PLC THE STERLING CORPORATE BOND FUND | | $13,875.00 |
| 9004649 | RIC PLC THE STERLING BOND FUND | | $94,593.75 |
| 9004650 | RIC PLC THE US BOND FUND | | $77,648.01 |
| 9004653 | THE LCM GROUP TRUST CORE FIXED INCOME FUND | | $55,643.75 |
| 9004654 | HAWAII SHEET METAL WORKERS ANNUITY FUND | | $11,146.88 |
| 9004655 | HAWAII SHEET METAL WORKERS PENSION FUND | | $8,156.25 |
| 9004656 | NATIONAL STABILIZATION AGRMT OF THE SHEET METAL IND TR FUND | | $46,671.88 |
| 9004658 | DIVERSIFIED INVESTMENT ADVISORS INC | | $117,903.13 |
| 9004659 | US FIXED INCOME PLUS FUND LTD | | $13,593.75 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9004684 | BANK OF KOREA | | $14,597.00 |
| 9004689 | EVERGREEN OMEGA FUND | | $8,922.13 |
| 9004692 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | | $60,156.00 |
| 9004693 | KOREA INVESTMENT CORPORATION | | $17,188.00 |
| 9004696 | GMT MBS CAYMAN UNIT TRUST | | $77,344.00 |
| 9004700 | EVERGREEN INTRINSIC VALUE FUND | | $2,955.85 |
| 9004726 | GMAM GROUP PENSION TRUST II | | $1,719.00 |
| 9004730 | EVERGREEN UTILITY & TELECOMMUNICATIONS FUND | | $214,530.36 |
| 9004733 | SUPERVALU INC MASTER INVESTMENT TRUST | | $10,313.00 |
| 9004869 | RIC RUSSELL US QUANTITATIVE EQUITY FUND | | $521.40 |
| 9004875 | DRRT FBO UBS FUND MANAGEMENT SWITZERLAND AG | | $9,238.28 |
| 9004901 | DRRT FBO UBS FUND MANAGEMENT SWITZERLAND AG | | $184,765.62 |
| 9004917 | REUBEN BROTHERS LIMITED | | $482,207.59 |
| 9004931 | EUROMOBILIARE INTERNATIONAL FUND - TR FLEX 5 | | $67,520.50 |
| 9004947 | RIC RUSSELL INVESTMENT GRADE BOND FUND | | $258,968.75 |
| 9004949 | RTC - CEBFT RUSSELL MULTI-MANAGER BOND FUND | | $28,531.12 |
| 9005081 | AMP CAPITAL INVESTORS LTD - FD INTERNATIONAL BOND FUND 3 | | $1,507,813.00 |
| 9005231 | NORTHERN CAPITAL MANAGEMENT | | $35,933.36 |
| 9005256 | RIDGEWORTH CAPITAL MANAGEMENT INTERNATIONAL | | $311,755.53 |
| 9005326 | RAYMOND JAMES | | $108,446.07 |
| 9005327 | RAYMOND JAMES | | $1,086,321.84 |
| 9005328 | RAYMOND JAMES | | $264,463.26 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9005329 | RAYMOND JAMES | | $374,998.90 |
| 9005336 | SEASONS SERIES TRUST | | $36,875.00 |
| 9005446 | THE KUWAIT INVESTMENT OFFICE | | $3,320,312.50 |
| 9005479 | SMITH BREEDEN ASSOCIATES | | $35,000.00 |
| 9005482 | SMITH BREEDEN ASSOC/TFA IBEW PENSION BENEFIT FUND | | $42,421.88 |
| 9005483 | UNISYS CORPORATION A/C [REDACTED] | | $227,921.88 |
| 9005484 | SMITH BREEDEN ASSOCIATES INC | | $23,585.94 |
| 9005485 | SMITH BREEDEN ASSOC INC BURROUGHS WELLCOME 172217-99 | | $3,046.88 |
| 9005486 | SMITH BREEDEN ASSOCIATES | | $78,789.06 |
| 9005507 | OKLAHOMA TEACHERS RET SYSTEM | | $983.49 |
| 9005526 | ALBERT EINSTEIN MEDICAL CENTER | | $6,439.10 |
| 9005608 | BROWN CAPITAL MANAGEMENT | | $91,250.34 |
| 9005697 | COLUMBIA MANAGEMENT INVESTMENT ADVISORS LLC | | $35,364.45 |
| 9005723 | RCM | | $29,796.74 |
| 9005724 | RCM CSA | | $30,061.51 |
| 9005931 | JP MORGAN NVII BALANCED FUND | | $151.73 |
| 9006055 | ARMY EMERGENCY RELIEF WESTERN ASSET MANAGEMENT COMPANY | | $78,930.00 |
| 9006056 | DRRT FBO UBS FUND MANAGEMENT SWITZERLAND AG | | $313,177.73 |
| 9006116 | BLACKROCK FINANCIAL MGMT | | $12,802.43 |
| 9006121 | BLACKROCK FINANCIAL MGMT | | $33,835.94 |
| 9006122 | BLACKROCK FINANCIAL MGMT | | $21,250.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9006125 | BLACKROCK FINANCIAL MGMT | | $105,316.05 |
| 9006130 | MARK ASSET MANAGEMENT CORP | | $10,067.05 |
| 9006194 | VICTOIRE FINANCE CAPITAL LLC | | $2,341.46 |
| 9006333 | THE BOARD OF TRUSTEES OF THE KENTUCKY PUBLIC EMPLOYEES DEFERRED | | $39,680.00 |
| 9007010 | SMITH BREEDEN ASSOCIATES A/C CITY OF NEW YORK | | $97,171.88 |
| 9007111 | CORNERSTONE REAL ESTATE ADVISERS LLC | | $10,090.86 |
| 9007130 | DIAMONDBACK CAPITAL MANAGEMENT | | $14,916.00 |
| 9007139 | OPPENHEIMER MAIN STREET FUND | | $99,162.06 |
| 9007140 | OPPENHEIMER VALUE FUND | | $32,670.95 |
| 9007141 | OPPENHEIMER MAIN STREET SMALL CAP FUND | | $82,635.05 |
| 9007142 | OPPENHEIMER MAIN STREET OPPORTUNITY FUND | | $82,635.05 |
| 9007143 | PACIFIC SELECT FUND MAIN STREET CORE PORTFOLIO | | $33,054.02 |
| 9007144 | OPPENHEIMER MAIN STREET FUND/VA | | $33,054.02 |
| 9007145 | OPPENHEIMER CAPITAL INCOME FUND | | $62,371.81 |
| 9007146 | OPPENHEIMER SMALL & MID CAP VALUE FUND | | $32,670.95 |
| 9007147 | OPPENHEIMER EQUITY INCOME FUND | | $20,790.60 |
| 9007209 | SISTERS OF CHRISTIAN CHARITY | | $2,771.48 |
| 9007212 | WEXFORD CAPITAL MANAGEMENT | | $3,937.50 |
| 9007584 | QUADRANGLE EQUITY MANAGEMENT LLC | | $6,435.81 |
| 9007693 | BATTERY PARK HIGH YIELD OPPORTUNITY MASTER FUND, LTD. | | $332,465.00 |
| 9008029 | IOWA JUDICIAL RETIREMENT SYSTEM (AMENDED) | | $50.00 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9008031 | MEIJER INC (AMENDED) | | $78.12 |
| 9008032 | BOARD OF TRUSTEES OF THE DEFINED CONTRIBUTION FUND OF LOCAL | | $50.00 |
| 9008033 | BOARD OF TRUSTEES OF THE PENSION FUND OF LOCAL 74 | | $21.88 |
| 9008034 | MID AMERICAN ENERGY COMPANY (AMENDED) | | $21.88 |
| 9008044 | RIVERSOURCE INVESTMENTS LLC, AS INVESTMENT ADVISOR TO AMERICAN | | $343.54 |
| 9008045 | RIVERSOURCE INVESTMENTS LLC AS INVESTMENT ADVISOR TO STANLIB ASSET | | $3,375.00 |
| 9008059-1 | MORGAN STANLEY SENIOR FUNDING, INC. | | $49,598.00 |
| 9008060 | BOARD OF TRUSTEES OF THE WELFARE FUND OF LOCAL 74 | | $2,043.76 |
| 9008133 | BULLTICK CAPITAL MARKETS | | $19,222.41 |
| 9008178 | PNC BANK | | $1,718.74 |

1.    Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.    Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.    This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

## Schedule B – Allowed Unsecured Claims
As of July 15, 2014

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 5 | PREMIER PARTNERS INC | | $891.67 |
| 10 | DEMANGE, JOANN | | $12,250.03 |
| 13 | PYXIS SOLUTIONS, LLC | | $47,203.20 |
| 16-1 | LYONS, ROBIN B | | $229,998.92 |
| 72 | HOWREY LLP | | $61,819.29 |
| 74 | CASEY CIKLIN LUBITZ MARTENS & O'CONNELL | | $17,540.97 |
| 75 | LIQUIDITY SOLUTIONS, INC. | | $39,337.12 |
| 82 | SONTAG, LAUREN | | $2,500.00 |
| 94 | GIFTED PORTFOLIO | | $14,192.69 |
| 136 | BAER, MELVIN A. | | $22,010.39 |
| 158 | BIO CENTURY PUBLICATIONS, INC. | | $410.27 |
| 160 | AMODEO JR., LOUIS A. | | $56,835.08 |
| 161 | LII, JONATHAN Y. | B | $9,146.18 |
| 167 | UNIMAC FINANCIAL | | $90,810.81 |
| 208 | MCILRAITH, CHRISTOPHER S. | B | $9,146.18 |
| 226 | STACK, RICHARD J. | | $144,615.38 |
| 233 | RAMACHANDRAN, SUBRAMANIAM | B | $9,146.15 |
| 273 | OSLER HOSKIN & HARCOURT | | $88,867.67 |
| 291 | PURA FLO CORPORATION | | $98.51 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 320 | MUSSER, PHILIP A. | | $15,885.48 |
| 337 | TAMAYO, ANDRES L. | B | $3,859.79 |
| 424 | DECOSTA, EMMANUELLE | | $21,923.06 |
| 474 | SDS FINANCIAL TECHNOLOGIES | | $1,441.40 |
| 477 | LEXCEL PARTNERS | | $9,713.00 |
| 479 | JACKSON LEWIS, LLP | | $6,008.03 |
| 550 | ROSE PRESS INC | | $3,640.83 |
| 565 | WAN, JIAN | B | $9,146.15 |
| 588 | NITTAN FX LIMITED | | $1,788.95 |
| 622 | LIQUIDITY SOLUTIONS, INC. | B | $10,626.94 |
| 624 | KAUKONEN, ROBIN MECHLOWITZ | | $83,653.84 |
| 671 | GROSS, BRIAN | | $26,980.73 |
| 673 | LIQUIDITY SOLUTIONS, INC. | | $56,374.00 |
| 680 | GAILES, JASON B. | | $30,005.48 |
| 770 | LIQUIDITY SOLUTIONS, INC. | B | $8,687.10 |
| 781 | DGWB, INC. | | $43,337.73 |
| 788 | AXIS GLOBAL LOGISTICS, LLC | | $4,473.28 |
| 796 | SOLOMON, LEONARD R | | $59,928.00 |
| 806 | MARSILIO, PAUL A. | B | $104,434.50 |
| 865 | MORGAN STANLEY SENIOR FUNDING, INC. | | $14,269,699.83 |
| 906 | PAUL, HASTINGS, JANOFSKY & WALKER LLP | | $615,405.65 |
| 944 | BORY, CHARLES | B | $32,319.23 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 965 | STEINBERG, LOUIS A. | | $29,396.00 |
| 996 | SKINNER, MICHAEL L. | | $52,307.64 |
| 998 | GIANNI ORIGONI GRIPPO AND PARTNERS | | $28,905.00 |
| 1035 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | C | $764,395.90 |
| 1063 | PIPER JAFFRAY & CO. | | $1,026,774.95 |
| 1087 | ROBINSON, DEAN | | $66,942.37 |
| 1108 | VONWIN CAPITAL MANAGEMENT, LP | | $73,206.00 |
| 1139 | ESTUDIO LUIS ECHECOPAR GARCIA | | $16,100.84 |
| 1149 | EXECTRANSPORT INC. | C | $2,298.91 |
| 1187 | SCHIPPERS, CHRISTINA M | B | $14,434.59 |
| 1239 | MORLEY, JAMES T. JR | | $12,483.00 |
| 1246 | COSTELLO, RUSSELL S. | B | $37,703.85 |
| 1283 | HEWLETT-PACKARD CO. | | $328,572.67 |
| 1300 | MATHWORKS INC., THE | | $385.25 |
| 1340 | TANNOR PARTNERS CREDIT FUND, LP | | $31,099.58 |
| 1473 | DEMASI, KATHLEEN M. | B | $141,684.62 |
| 1478 | WHEELER, KEITH A. | C | $4,146.75 |
| 1482 | EHRLICH, YONATHAN AND | | $178,542.82 |
| 1489 | YOUNG CLEMENT RIVERS LLP | | $20,285.54 |
| 1494 | BISHOP, DAVID L. | | $40,000.00 |
| 1512 | RIZZO, CHARLES K. | C | $125,000.00 |
| 1528 | VONWIN CAPITAL MANAGEMENT, LP | | $15,230.77 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 1544 | SIMMONS AND SIMMONS | | $2,728.07 |
| 1561 | TAJ BOSTON | | $13,525.00 |
| 1571 | WACKER, KARL | B | $15,588.00 |
| 1580 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $2,327,250.00 |
| 1581 | WESTERN ASSET MORTGAGE BACKED SECURITES PORTFOLIO, LLC | C | $17,512,133.00 |
| 1581-4 | WESTERN ASSET US CORE BOND LLC | | $929,000.00 |
| 1581-5 | WESTERN ASSET US CORE PLUS-UNIVERSAL LLC | | $230,000.00 |
| 1581-6 | BANK OF AMERICA CREDIT PRODUCTS, INC | | $4,488,000.00 |
| 1583 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $135,778.00 |
| 1584 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $490,906.00 |
| 1585 | WESTERN ASSET CORE BOND PORTFOLIO | | $473.00 |
| 1586 | WESTERN ASSET US ENHANCED CASH, LLC | C | $1,582,898.57 |
| 1586-1 | WESTERN ASSET US ENHANCED CASH, LTD | | $283,085.43 |
| 1587 | WESTERN ASSET US COMMODITY PLUS MASTER FUND, LTD. | | $198,819.00 |
| 1587-1 | PH&C COMMODITY PLUS PORTFOLIO | | $230,595.00 |
| 1588 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $285,086.00 |
| 1589 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $500,070.00 |
| 1591 | WESTERN ASSET US CORE BOND, LLC | | $336,336.00 |
| 1592 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $259,937.49 |
| 1593 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $39,601.63 |
| 1594 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $181,633.00 |
| 1596 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $476,367.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 1597 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $20,386.00 |
| 1598 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $789.00 |
| 1626 | CLAYTON SERVICES, INC. | | $22,756.00 |
| 1670 | PAGAN, YOLANDA | B | $18,809.62 |
| 1689 | JOHNSON RICE & CO LLC | | $397,622.49 |
| 1690 | BARICEVIC, JOANNA M | B | $41,521.10 |
| 1739 | SPITAL, SAUL H. | | $78,461.46 |
| 1746 | SATIN, ELIZABETH J. | B | $64,594.81 |
| 1808 | THE SAN DIEGO FOUNDATION | | $1,000,000.00 |
| 1821 | RYAN, JUDY | B | $42,357.67 |
| 1852 | COPPIN-BYNOE, JANIS | | $19,653.85 |
| 1856 | NISCO, MARIE R. | B | $23,394.00 |
| 1859 | SANTIAGO, LUCY | B | $5,126.94 |
| 1869 | SALMONSON, ARLENE AND FAITH | B | $115,280.65 |
| 1890 | VONWIN CAPITAL MANAGEMENT, LP | | $82,211.54 |
| 1961 | GLOBAL CROSSING ESTATE REPRESENTATIVE, THE | | $20,046.48 |
| 1981 | SHRINERS HOSPITALS FOR CHILDREN | | $1,112,122.00 |
| 2027 | KERGARAVAT, CHARLES | B | $3,655.98 |
| 2035 | CANCER RESEARCH FUND OF THE | | $14,375.00 |
| 2051 | CIMAGLIA, ANTHONY M. | | $110,961.53 |
| 2076 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $338,710.94 |
| 2078 | BALL CORPORATION US & PUERTO RICO PENSION PLANS | | $0.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2078-1 | TRC MASTER FUND LLC | | $105,664.00 |
| 2079 | WESTERN ASSET US CORE PLUS BOND FUND | | $0.00 |
| 2079-1 | WESTERN ASSET MANAGEMENT COMPANY | | $351,640.62 |
| 2080 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $175,507.82 |
| 2081 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $108,336.00 |
| 2082 | NOMURA BLACKROCK US BOND OPEN MOTHER FUND | | $19,800.60 |
| 2083 | ALASKA ELECTRICAL RETIREMENT PLAN | | $107,002.00 |
| 2084 | EMERSON ELECTRIC UK PENSION PLAN | | $8,594.00 |
| 2085 | INGERSOLL-RAND COMPANY COLLECTIVE TRUST FUND | | $51,594.00 |
| 2086 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $10,992.00 |
| 2087 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $38,460.94 |
| 2088 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $865,296.88 |
| 2090 | UTAH RETIREMENT SYSTEMS | | $1,861,594.00 |
| 2092 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $158,984.00 |
| 2093 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $209,090.63 |
| 2094 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $560,148.41 |
| 2096 | VONWIN CAPITAL MANAGEMENT, LP | | $53,413.96 |
| 2101 | TRC MASTER FUND LLC | | $44,433.37 |
| 2106 | TRC MASTER FUND LLC | | $18,617.29 |
| 2158 | WINSTON & STRAWN LLP | | $59,444.55 |
| 2163 | ERSTE BANK HUNGARY NYRT. | | $300,000.00 |
| 2167 | UNIVERSITY OF ARKANSAS FOUNDATION | | $158,391.00 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2203 | CALIFORNIA WELLNESS FOUNDATION, THE | | $26,343.75 |
| 2205 | DELAWARE INVESTMENT ADVISERS, DELAWARE CAPITAL MANAGEMENT, | | $61,590.00 |
| 2215 | BAITAR, DENISE | B | $10,364.43 |
| 2235 | PENSION PLAN OF CONSTELLATION ENERGY GROUP, INC. | | $205,866.00 |
| 2238 | NITTAN CAPITAL ASIA LIMITED | | $3,500.00 |
| 2246 | CONNORS, WILLIAM | | $146,153.89 |
| 2257 | KINGFISHER PENSION SCHEME | | $26,344.00 |
| 2258 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $444,359.00 |
| 2259 | SISTERS OF CHARITY OF LEAVENWORTH HEALTH SERVICES CORP. | | $130,464.00 |
| 2260 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $77,242.00 |
| 2261 | LEGG MASON US$ CORE BOND FUND | | $0.00 |
| 2261-2 | WESTERN ASSET US CORE BOND FUND | | $192,781.00 |
| 2273 | IORIO, TINO P. | | $26,599.97 |
| 2283 | BILL & MELINDA GATES FOUNDATION TRUST | | $1,252,561.88 |
| 2307 | MAPLES AND CALDER | | $70,472.06 |
| 2418 | LVIP UBS GLOBAL ASSET ALLOCATION FUND | C | $20,324.22 |
| 2435 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $103,195.00 |
| 2436 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $393,559.00 |
| 2438 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $117,313.00 |
| 2439 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $129,218.78 |
| 2440 | LEGG MASON PARTNERS VARIABLE STRATEGIC BOND PORTFOLIO | | $0.00 |

1.   Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.   Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.   This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2440-1 | MORGAN STANLEY SENIOR FUNDING, INC. | | $129,053.00 |
| 2441 | NATIONAL BANK OF SERBIA | | $1,151,875.00 |
| 2442 | TI GROUP AUTOMOTIVE SYSTEMS LLC RETIREMENT PLAN | | $79,367.00 |
| 2443 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $103,669.00 |
| 2444 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $236,250.00 |
| 2446 | BAYER CORPORATION MASTER TRUST | | $103,664.00 |
| 2449 | KNIGHT-RIDDER INC. MASTER RETIREMENT TRUST | | $151,187.51 |
| 2450 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $51,517.00 |
| 2451 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $197,007.81 |
| 2452 | BRISTOL-MYERS SQUIBB COMPANY MASTER TRUST | | $1,267,963.00 |
| 2453 | STATE UNIVERSITIES RETIREMENT SYSTEM OF ILLINOIS | | $607,765.63 |
| 2454 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $71,292.97 |
| 2457 | CORDERO, BERNADETTE | | $35,000.00 |
| 2461 | PERENNIAL INVESTMENT PARTNERS LIMITED | | $0.00 |
| 2461-1 | TRC MASTER FUND LLC | | $211,307.86 |
| 2462 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $1,503,094.00 |
| 2464 | WESTERN ASSET GLOBAL BOND FUND | | $105,105.00 |
| 2468 | R.L. PENSIONS TRUSTEES LIMITED AS TRUSTEES OF THE ROYAL LIVER | | $7,031.00 |
| 2469 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $30,468.75 |
| 2471 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $150,406.00 |
| 2479 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $108,632.75 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2480 | VISION SUPER PTY LTD--LOCAL AUTHORITIES SUPERANNUATION FUND | | $74,085.94 |
| 2481 | PRUDENTIAL INSURANCE COMPANY OF AMERICA | | $309,477.00 |
| 2482 | NELSON PLACE, L.L.C. | | $901,438.00 |
| 2483 | XL RE LTD. | | $103,203.00 |
| 2484 | WALGREEN PROFIT-SHARING RETIREMENT TRUST | | $235,672.00 |
| 2485 | DEFERRED COMPENSATION PLAN FOR EMPLOYEES OF THE STATE OF NEW YORK | | $337,148.00 |
| 2487 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $51,211.00 |
| 2488 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $51,085.94 |
| 2489 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $185,727.00 |
| 2492 | WESTERN ASSET MANAGEMENT COMPANY | | $540,562.56 |
| 2493 | SAN FRANCISCO CITY AND COUNTY EMPLOYEES' RETIREMENT SYSTEM | | $0.00 |
| 2493-1 | BARCLAYS BANK PLC | | $1,991,845.00 |
| 2494 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $349,828.00 |
| 2495 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $78,679.68 |
| 2497 | SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION PLAN | | $189,984.00 |
| 2498 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $50,922.00 |
| 2499 | AMGEN RETIREMENT AND SAVINGS PLAN | | $155,180.00 |
| 2506 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $941,132.81 |
| 2507 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $74,762.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2508 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $1,897,344.00 |
| 2509 | BURLINGTON NORTHERN SANTA FE RETIREMENT PLAN | | $184,339.06 |
| 2511 | DTE ENERGY COMPANY MASTER VEBA TRUST | | $27,531.00 |
| 2512 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $104,164.00 |
| 2513 | OHIO POLICE & FIRE PENSION FUND | | $720,578.00 |
| 2514 | SYRACUSE UNIVERSITY | | $468.75 |
| 2515 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $154,070.00 |
| 2516 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $502,289.00 |
| 2517 | HAND COMPOSITE EMPLOYEE BENEFIT TRUST | | $530,129.00 |
| 2518 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $240,328.13 |
| 2519 | ASCENSION HEALTH | | $26,344.00 |
| 2520 | NATIONAL GRID USA FINAL AVERAGE PAY PENSION PLAN | | $415,093.75 |
| 2521 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $1,278,802.00 |
| 2522 | BJC MASTER CUSTODIAL TRUST | | $1,588,063.00 |
| 2523 | ALCOA FOUNDATION | | $0.00 |
| 2523-1 | BARCLAYS BANK PLC | | $47,898.00 |
| 2524 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $236,547.00 |
| 2526 | UNIVERSITY OF ILLINOIS FOUNDATION ENDOWMENT | | $27,281.00 |
| 2527 | WESTERN ASSET CORE BOND FUND | | $388,941.00 |
| 2528 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $389,265.63 |
| 2529 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $841,211.00 |
| 2530 | SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.) | | $335,602.00 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2531 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $205,891.00 |
| 2533 | BAKER HUGHES INCORPORATED RETIREMENT PLAN MASTER TRUST | | $340,758.00 |
| 2535 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $180,664.00 |
| 2536 | ARCHDIOCESE OF PHILADELPHIA - NON-PENSION FUND | | $0.00 |
| 2536-1 | MORGAN STANLEY SENIOR FUNDING, INC. | | $52,612.00 |
| 2537 | DETROIT EDISON RETIREMENT PLANS MASTER TRUST | | $185,308.00 |
| 2538 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $6,574.00 |
| 2541 | SPARROW HEALTH SYSTEM | | $104,414.00 |
| 2542 | LUTHERAN CHURCH MISSOURI SYNOD FOUNDATION | | $76,623.00 |
| 2543 | SHELL PENSION TRUST | | $133,719.00 |
| 2544 | UNIVERSITY OF MASSACHUSETTS | | $78,680.00 |
| 2545 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $386,859.00 |
| 2546 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $154,070.00 |
| 2549 | STATE OF CONNECTICUT RETIREMENT PLANS AND TRUST FUNDS | | $1,191,045.00 |
| 2551 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $492,093.76 |
| 2552 | CROWN CORK & SEAL COMPANY, INC. MASTER RETIREMENT TRUST, THE | | $287,844.00 |
| 2553 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $289,150.00 |
| 2555 | LEGG MASON PARTNERS VARIABLE ADJUSTABLE RATE INCOME PORTFOLIO | | $0.00 |
| 2555-1 | MORGAN STANLEY SENIOR FUNDING, INC. | | $24,984.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2556 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $51,617.00 |
| 2557 | WESTERN ASSET U.S. ADJUSTABLE RATE INCOME FUND | | $24,984.00 |
| 2561 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $105,140.62 |
| 2562 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $131,747.00 |
| 2564 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $85,921.88 |
| 2565 | SONY MASTER TRUST | | $18,063.00 |
| 2566 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $26,325.00 |
| 2568 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $129,844.00 |
| 2569 | BANK OF AMERICA, N.A. CASH BALANCE PLAN | | $1,077,257.83 |
| 2570 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $699,101.58 |
| 2571 | SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.) | | $154,380.00 |
| 2573 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $1,109,328.12 |
| 2575 | USG CORPORATION RETIREMENT PLAN | | $75,757.83 |
| 2576 | NORTHWEST AIRLINES, INC. | | $0.00 |
| 2576-1 | MORGAN STANLEY SENIOR FUNDING, INC. | | $156,225.56 |
| 2578 | UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS PENSION FUND | | $154,305.00 |
| 2579 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $51,335.97 |
| 2581 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $52,492.00 |
| 2583 | WESTERN LIBOR ALPHA CAYMAN UNIT TRUST | | $4,357,336.00 |
| 2584 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $2,148,547.00 |
| 2585 | CITIGROUP 401 K PLAN | | $0.00 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2585-2 | MORGAN STANLEY SENIOR FUNDING, INC. | | $130,414.00 |
| 2586 | WELLS FARGO FIXED INCOME FUND H | | $0.00 |
| 2586-1 | MORGAN STANLEY SENIOR FUNDING, INC. | | $336,335.94 |
| 2587 | STEAMSHIP MUTUAL TRUST | | $82,148.00 |
| 2589 | LOCKHEED MARTIN CORPORATION MASTER RETIREMENT TRUST | | $2,436,226.58 |
| 2590 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $181,632.83 |
| 2591 | PRUDENTIAL INSURANCE COMPANY OF AMERICA, THE | | $24,609.00 |
| 2593 | SOUTHWEST CARPENTERS PENSION TRUST | | $104,164.00 |
| 2597 | ARAB INTERNATIONAL BANK | | $197,938.00 |
| 2622 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $55,805.00 |
| 2630 | SONOMA COUNTY EMPLOYEES' RETIREMENT ASSOCIATION | | $102,233.00 |
| 2636 | KELLOGG COMPANY MASTER RETIREMENT TRUST | | $310,336.00 |
| 2638 | MEDICAL COLLEGE OF WISCONSIN ENDOWMENT FUND | | $76,008.00 |
| 2639 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $88,305.00 |
| 2641 | TYCO INTERNATIONAL (US) INC. | | $129,672.00 |
| 2643 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $117,312.50 |
| 2646 | VONWIN CAPITAL MANAGEMENT, LP | | $44,656.00 |
| 2647 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $451,754.70 |
| 2648 | VIRGINIA COLLEGE SAVINGS PLAN | | $288,586.00 |
| 2649 | PUBLIC EMPLOYEES RETIREMENT ASSOCIATION | | $283,880.00 |
| 2658 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $57,781.00 |
| 2661 | BAHRAIN MONETARY AGENCY | | $372,469.00 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2662 | WESTERN ASSET GLOBAL HIGH INCOME FUND INC. | | $323,523.00 |
| 2663 | GENERAL MOTORS TRUST COMPANY | | $446,672.00 |
| 2664 | TRANSAMERICA FUND ADVISORS | | $672,302.00 |
| 2666 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $136,184.00 |
| 2667 | XCEL ENERGY, INC. MASTER TRUST | | $277,219.00 |
| 2668 | STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (REINSURANCE) LIMITED | | $111,516.00 |
| 2670 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $39,671.85 |
| 2672 | RIVERWOOD INTERNATIONAL CORPORATION MASTER PENSION TRUST | | $77,242.00 |
| 2676 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $748,901.56 |
| 2677 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $395,023.00 |
| 2678 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $52,428.70 |
| 2680 | CENTRAL STATES SOUTHWEST & SOUTHWEST | | $667,234.00 |
| 2682 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $852,890.63 |
| 2684 | YMCA RETIREMENT FUND | | $25,953.00 |
| 2685 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $427,312.51 |
| 2686 | ALCON LABORATORIES EMPLOYEES' DEFINED | | $180,914.00 |
| 2687 | ONIKA INSURANCE COMPANY LTD. & | | $131,803.00 |
| 2689 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $103,195.00 |
| 2691 | MICHIGAN CATASTROPIC CLAIMS ASSOCIATION | | $3,676,156.00 |
| 2692 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $258,343.75 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2694 | DETROIT EDISON REPRESENTED EMPLOYEE | | $25,016.00 |
| 2695 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $560,245.00 |
| 2696 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $561,867.00 |
| 2697 | NATIONWIDE SAVINGS PLAN & | | $219,125.00 |
| 2698 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $207,141.00 |
| 2700 | ALABAMA PREPAID AFFORDABLE COLLEGE TUITION TRUST FUND | | $29,711.00 |
| 2702 | POWYS PENSION FUND | | $15,937.50 |
| 2703 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $28,906.00 |
| 2710 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $395,953.00 |
| 2712 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $26,094.00 |
| 2713 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $722,250.00 |
| 2714 | GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION | | $426,234.00 |
| 2721 | CM CAPITAL MARKETS BROKERAGE, SA, AV | | $708.66 |
| 2726 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $162,719.00 |
| 2727 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $76,948.00 |
| 2728 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $157,423.00 |
| 2729 | SEARS 401 (K) SAVINGS PLAN | | $585,558.00 |
| 2730 | WESTERN LIMITED DURATION CAYMAN UNIT TRUST | | $155,555.00 |
| 2731 | SOLUTIA INC. SAVINGS AND INVESTMENT PLAN | | $175,633.00 |
| 2732 | LEGG MASON PARTNERS VARIABLE DIVERSIFIED STRATEGIC INCOME PORTFOLIO | | $0.00 |
| 2732-1 | MORGAN STANLEY SENIOR FUNDING, INC. | | $32,089.85 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2735 | DOW CORNING CORPORATION EMPLOYEES' RETIREMENT PLAN | | $337,523.00 |
| 2736 | OAKLAND COUNTY EMPLOYEE RETIREMENT SYSTEM | | $51,211.00 |
| 2738 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $135,195.00 |
| 2739 | ARCHDIOCESE OF PHILADELPHIA - LAY EMPLOYEES' RETIREMENT PLAN | | $0.00 |
| 2739-1 | MORGAN STANLEY SENIOR FUNDING, INC. | | $25,625.00 |
| 2740 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $51,414.00 |
| 2741 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $182,801.57 |
| 2742 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $105,445.31 |
| 2743 | MCKESSON CORPORATION RETIREMENT PLAN TRUST | | $24,609.00 |
| 2744 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $119,352.00 |
| 2746 | WESTERN PENNSYLVANIA TEAMSTERS AND EMPLOYERS PENSION FUND | | $255,676.00 |
| 2747 | LOCAL 851 EMPLOYER GROUP WELFARE FUND | | $22,106.00 |
| 2748 | OAKLAND COUNTY VOLUNTARY EMPLOYEE BENEFIT ASSOCIATION | | $51,617.00 |
| 2749 | DULUTH TEACHERS' RETIREMENT FUND ASSOCIATION | | $51,336.00 |
| 2750 | PECO ENERGY COMPANY MASTER TRUST | | $27,834.00 |
| 2762 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $56,891.00 |
| 2763 | JOHN HANCOCK U.S. GOVERNMENT SECURITIES TRUST | | $1,261,442.00 |
| 2764 | JOHN HANCOCK II US GOVERNMENT SECURITIES FUND | | $0.00 |
| 2764-2 | MORGAN STANLEY SENIOR FUNDING, INC. | | $99,357.85 |
| 2766 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $25,859.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2768 | ASSETMARK INVESTMENT SERVICES, INC. | | $161,891.00 |
| 2772 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $777,364.00 |
| 2773 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $155,773.00 |
| 2774 | TIME WARNER DEFINED CONTRIBUTION PLANS (MASTER TRUST) | | $440,108.00 |
| 2775 | NTCC ADVISORS FUNDS FOR EMPLOYEE BENEFITS TRUSTS | | $310,261.00 |
| 2776 | KELLOGG COMPANY MASTER RETIREMENT TRUST | | $50,836.00 |
| 2777 | METROPOLITAN LIFE INSURANCE COMPANY | | $104,614.00 |
| 2778 | OHIO OPERATING ENGINEERS PENSION FUND | | $25,859.00 |
| 2779 | XCEL ENERGY, INC. MASTER TRUST | | $76,648.00 |
| 2780 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $87,625.00 |
| 2786 | UNITED NATIONS EDUCATIONAL, SCIENTIFIC AND CULTURAL ORGANIZATION | | $26,344.00 |
| 2787 | UNITED FOODS AND COMMERCIAL WORKERS' UNIONS AND EMPLOYERS' MIDWEST | | $51,798.00 |
| 2788 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $77,117.00 |
| 2789 | LEGG MASON GLOBAL FUNDS PLC- WESTERN ASSET US CORE BOND FUND | | $20,519.00 |
| 2790 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $3,353,055.00 |
| 2791 | EMPLOYEES' RETIREMENT PLAN OF THE NATIONAL EDUCATION ASSOCIATION | | $97,578.00 |
| 2792 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $231,063.00 |
| 2794 | 3M VOLUNTARY INVESTMENT PLAN AND SAVINGS PLAN TRUST | | $0.00 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2794-1 | MORGAN STANLEY SENIOR FUNDING, INC. | | $412,789.00 |
| 2796 | AT&T COMMUNICATIONS,INC. VEBA | | $770,489.00 |
| 2797 | 3M EMPLOYEES WELFARE BENEFITS ASSOCIATION TRUST | | $24,984.00 |
| 2798 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $371,406.00 |
| 2800 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $515,265.64 |
| 2801 | OIL CASUALTY INVESTMENT CORPORATION LTD . | | $51,336.00 |
| 2803 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $1,447,484.00 |
| 2804 | COMMONWEALTH OF VIRGINIA | | $129,797.00 |
| 2805 | RETIREMENT PLAN OF NORFOLK SOUTHERN CORPORATION AND PARTICIPATING | | $259,513.00 |
| 2806 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $517,539.00 |
| 2808 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $108,133.00 |
| 2809 | FIRST INITIATIVES INSURANCE, LTD. | | $149,578.00 |
| 2810 | COAL PENSION TRUSTEES LIMITED | | $434,187.50 |
| 2811 | BAYCARE HEALTH SYSTEM, INC. | | $0.00 |
| 2811-1 | MORGAN STANLEY SENIOR FUNDING, INC. | | $52,437.50 |
| 2812 | COMMONWEALTH EDISON POOLED FUND | | $699,852.00 |
| 2813 | HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM | | $238,305.00 |
| 2815 | NIAGRA MOHAWK PENSION PLAN | | $184,789.00 |
| 2817 | OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM | | $157,648.00 |
| 2818 | REFORM PENSION BOARD | | $80,305.00 |
| 2819 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $233,734.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2820 | MERCY CONSOLIDATED ASSET MANAGEMENT PROGRAM, INC | | $158,953.00 |
| 2821 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $180,367.00 |
| 2823 | DENVER PUBLIC SCHOOLS RETIREMENT TRUST FUND | | $155,555.00 |
| 2824 | COMMONWEALTH OF PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT | | $819,485.94 |
| 2825 | NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. | | $77,117.00 |
| 2834 | ASB CAPITAL MANAGEMENT | | $256.25 |
| 2835 | ASB CAPITAL MANAGEMENT FBO CUSTODIA A/C #[REDACTED] | | $5,637.50 |
| 2836 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C # CLT [REDACTED] | | $1,025.00 |
| 2837 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C #[REDACTED] | | $512.50 |
| 2838 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C #[REDACTED] | | $5,381.25 |
| 2839 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C #[REDACTED] | | $19,218.75 |
| 2840 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C #[REDACTED] | | $1,025.00 |
| 2841 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C #[REDACTED] | | $53,043.75 |
| 2842 | ASB CAPITAL MANAGEMENT | | $38,612.49 |
| 2843 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $439,109.00 |
| 2845 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $82,844.00 |
| 2848 | OAKLAND COUNTY INTERMEDIATE RETIREE MEDICAL BENEFITS TRUST | | $51,242.00 |
| 2849 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $156,140.63 |
| 2854 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C CH [REDACTED] | | $3,075.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2855 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C [REDACTED] | | $35,106.25 |
| 2856 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C # [REDACTED] | | $504.69 |
| 2857 | ASB CAPITAL MANAGEMENT | | $2,018.75 |
| 2858 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C # [REDACTED] | | $508.59 |
| 2859 | ASB CAPITAL MANAGEMENT | | $11,355.47 |
| 2860 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C [REDACTED] | | $8,650.00 |
| 2861 | ASB CAPITAL MANAGEMENT | | $120,386.72 |
| 2863 | ASB CAPITAL MANAGEMENT | | $43,969.53 |
| 2864 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C#[REDACTED] | | $49,339.06 |
| 2865 | ASB CAPITAL MANAGEMENT | | $6,138.28 |
| 2866 | ASB CAPITAL MANAGEMENT | | $27,150.78 |
| 2867 | ASB CAPITAL MANAGEMENT | | $56,535.94 |
| 2868 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C #[REDACTED] | | $50,115.62 |
| 2869 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C #[REDACTED] | | $30,073.44 |
| 2870 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C #[REDACTED] | | $7,139.84 |
| 2871 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C #[REDACTED] | | $2,042.19 |
| 2872 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C #[REDACTED] | | $20,623.44 |
| 2873 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C #[REDACTED] | | $4,589.06 |
| 2875 | ASB CAPITAL MANAGEMENT FBO CUSTODIAN A/C #[REDACTED] | | $6,130.47 |
| 2888 | MEDINA, RUTH A. | B | $25,162.10 |
| 2895 | TEACHERS RETIREMENT SYSTEM OF TEXAS | | $74,971.03 |
| 2914 | MARLIN LEASING CORPORATION | | $1,183.72 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 2930 | BERLITZ LANGUAGE CENTER | | $4,898.73 |
| 2939 | SJ BERWIN LLP | | $8,184.19 |
| 2978 | LYONDELL CHEMICAL COMPANY | | $4,914.06 |
| 2985 | TOTAL FINANCE USA MASTER TRUST | | $23,240.62 |
| 2986 | KEYSPAN MASTER PENSION TRUST | | $40,563.28 |
| 3004 | FRISCH, KIMBERLY E. | B | $4,626.93 |
| 3038 | DEUTSCHE BANK AG, LONDON BRANCH | | $1,765,700.00 |
| 3039 | SECURITIES TRAINING CORP | | $185,955.39 |
| 3065 | MUKHIJA, SONALI | C | $11,625.86 |
| 3119 | GENERAL ELECTRIC PENSION TRUST | | $5,795,635.00 |
| 3121 | GENERAL ELECTRIC INSURANCE PLAN TRUST | | $114,141.00 |
| 3122 | GE INSTITUTIONAL FUNDS-INCOME FUND | | $333,269.00 |
| 3124 | GE INSTITUTIONAL FUNDS-STRATEGIC INVESTMENT FUND | | $98,642.00 |
| 3125 | GE INVESTMENTS FUNDS, INC.-TOTAL RETURN FUND | | $620,251.00 |
| 3126 | GE INVESTMENTS FUNDS, INC. -INCOME FUND | | $83,122.00 |
| 3127 | GE FIXED INCOME FUND | | $64,188.00 |
| 3128 | GE STRATEGIC INVESTMENT FUND | | $19,377.00 |
| 3129 | ELFUN INCOME FUND | | $239,317.00 |
| 3130 | ELFUN DIVERSIFIED FUND | | $59,721.00 |
| 3131 | GENERAL ELECTRIC S+S INCOME FUND | | $1,892,734.00 |
| 3137 | DOUGLAS, DOROTHEA | B | $13,962.00 |
| 3193 | CAFE VENUE | | $698.71 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 3200 | VONWIN CAPITAL MANAGEMENT, LP | B | $69,050.00 |
| 3239 | LINKLATERS LLP | | $107,593.15 |
| 3242 | WESTERN ASSET FUNDS PLC-WESTERN ASSET US CORE BOND FUND | | $161,320.00 |
| 3243 | COMERICA SECURITIES, INC. | | $734,639.65 |
| 3250-2 | JPMORGAN CHASE BANK, NA | | $1,438,110.00 |
| 3276 | SAMPO BANK PLC | | $931,483.64 |
| 3289 | BLACKWATCH BROKERAGE INC. | | $3,087.39 |
| 3290 | MACGREGOR GROUP, INC. | | $17,190.00 |
| 3408 | FRIEDLAND, JAMES | B | $23,991.95 |
| 3437 | PARKER, HUDSON, RAINER & DOBBS, LLP | | $52,765.36 |
| 3521 | MAYO, JAMIE R. | | $36,250.00 |
| 3527 | ARCH PAGING INC. | | $3,963.43 |
| 3546 | FORFIA, ROBERT | | $451,838.44 |
| 3565 | TANNOR PARTNERS CREDIT FUND, LP | | $136,153.90 |
| 3568 | LEE HECHT HARRISON, LLC | | $3,550.00 |
| 3607 | RJ POTTER COMPANY | | $1,318.68 |
| 3608 | PALMERI, MARIA | B | $4,205.05 |
| 3627 | DATAMONITOR INC | | $34,472.16 |
| 3638 | ALTMAN -HINES CHAUFFEURED | | $380.10 |
| 3641 | ROSSI, GEORGE A. | B | $87,511.46 |
| 3654 | LIQUIDITY SOLUTIONS, INC. | | $43,602.20 |
| 3764 | SYNIVERSE HOLDINGS, INC. | C | $27,502.48 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 4153 | WPG COMMODITY EXCHANGE, INC  NOW KNOWN AS ICE FUTURES CANADA, INC. | | $273.29 |
| 4178 | LACALAMITO, MARISA | | $38,701.92 |
| 4182 | LEAPFROG ENTERPRISES, INC. | | $1,200,000.00 |
| 4196 | NAUTADUTILH | | $12,750.58 |
| 4203 | DI RUGGIERO, MARY ELLEN | B | $2,588.47 |
| 4240 | TRC MASTER FUND LLC | | $131,738.10 |
| 4252 | LAIRD, JO BACKER, ESQ. | | $11,812.50 |
| 4260 | KEESAL, YOUNG & LOGAN | | $58,531.44 |
| 4285 | CRT SPECIAL INVESTMENTS LLC | | $127,008.47 |
| 4301 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $525,000.00 |
| 4302 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $3,653,133.00 |
| 4314 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $7,000,000.00 |
| 4324 | FRANCES C. BERGER, OF COUNSEL | | $56,919.80 |
| 4337 | FINK, HELGA V. | | $68,692.31 |
| 4338 | WALKERS ATTORNEYS AT LAW | | $34,950.47 |
| 4355 | SOLUS RECOVERY FUND II MASTER LP. | | $941,192.80 |
| 4355-7 | SOLUS CORE OPPORTUNITIES LP | | $303,249.76 |
| 4355-8 | SOLUS RECOVERY LH FUND LP. | | $457,047.44 |
| 4355-10 | MORGAN STANLEY SENIOR FUNDING, INC. | | $6,637,896.00 |
| 4355-11 | MORGAN STANLEY SENIOR FUNDING, INC. | | $3,223,392.00 |
| 4355-12 | DEUTSCHE BANK AG, LONDON BRANCH | | $2,000,000.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 4355-13 | MORGAN STANLEY SENIOR FUNDING, INC. | | $138,712.00 |
| 4366 | FAIR HARBOR CAPITAL, LLC | | $26,981.48 |
| 4380-2 | HERMAN, HARVEY A | | $99,680.56 |
| 4392 | RETIREMENT PLAN FOR SELECT GE BUSINESSES TRUST | | $41,514.00 |
| 4393 | CORNELL COMPANIES INC. | | $1,000,000.00 |
| 4395 | AUSTIN, MICHAEL & BARBARA | | $1,751,456.53 |
| 4404 | NIXON PEABODY LLP | | $67,816.51 |
| 4409 | KREBSBACH & SNYDER, PC | | $52,692.12 |
| 4436 | PRICHARD, HAWKINS, MCFARLAND & YOUNG, L.L.P. | | $40,417.62 |
| 4462 | LAZARET PARTNERS, L.L.C. | | $3,431,815.07 |
| 4485 | CITIGROUP FINANCIAL PRODUCTS INC. | | $910,899.00 |
| 4485-5 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $1,525,979.21 |
| 4485-6 | STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. | | $7,070,529.71 |
| 4485-7 | STRATEGIC VALUE MASTER FUND, LTD. | | $9,929,470.29 |
| 4485-11 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $2,474,020.79 |
| 4485-13 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $1,000,000.00 |
| 4493 | PILLSBURY WINTHROP SHAW PITTMAN LLP | | $111,257.08 |
| 4494 | TARLOWE, ROBERT | | $432,223.38 |
| 4502 | SKILLSOFT CORPORATION | | $29,959.55 |
| 4504 | SULLIVAN & CROMWELL LLP | | $69,928.75 |
| 4505 | HOSPITAL FOR SPECIAL SURGERY | | $275,000.00 |
| 4508 | AL BROOKS THEATRE TICKET AGENCY, INC. | | $16,868.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 4512 | SASCO COMPANY 2008-3 | | $15,000.00 |
| 4527 | JPMORGAN ASSET MANAGEMENT | | $4,238.28 |
| 4528 | JPMORGAN ASSET MANAGEMENT | | $6,895.46 |
| 4529 | JPMORGAN ASSET MANAGEMENT | | $16,796.87 |
| 4539 | TANNOR PARTNERS CREDIT FUND, LP | | $40,914.08 |
| 4554 | FAST SIGNS | | $2,619.46 |
| 4560 | KARAVANGELOS, ELIZABETH | | $4,995.07 |
| 4614 | SC LOWY PRIMARY INVESTMENTS, LTD. | | $275,679.00 |
| 4615 | RUSSELL REYNOLDS ASSOCIATES, INC. | | $130,042.33 |
| 4636 | CLIFFORD CHANCE LLP | | $1,224,994.46 |
| 4639 | STANTON, EDWARD C. III | | $127,285.39 |
| 4643 | MORGAN, LEWIS & BOCKIUS LLP | | $952,798.29 |
| 4650 | MIZUHO CORPORATE BANK, LTD. | | $3,519,889.95 |
| 4661 | SASCO NIM COMPANY 2007-RM1 | | $4,328.98 |
| 4664 | BANK OF NEW YORK MELLON, THE | | $31,778.00 |
| 4675 | WHEELS COMMON INVESTMENT FUND | | $41,406.00 |
| 4676 | FAIRCHILD SEMICONDUCTOR CORPORATION | | $1,412,942.00 |
| 4699 | CVI GVF (LUX) MASTER S.A.R.L. | | $712,999.00 |
| 4701 | VEDDER PRICE P.C. | | $8,871.07 |
| 4707 | ASHLAND GROUP, L.P. | | $622,905.25 |
| 4711 | KUWAIT INVESTMENT AUTHORITY | | $1,561,338.00 |
| 4736 | BUCKLEY SANDLER LLP | | $3,025.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 4739 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $221,944.97 |
| 4793 | SINGAPORE TELECOM USA INC | | $31,229.79 |
| 4806 | LABORATORIO CHILE S.A. | | $453,034.30 |
| 4828 | LMA SPC FOR AND ON BEHALF OF THE MAP 84 | | $9,950,550.47 |
| 4836 | DAV EL RESERVATIONS SYSTEM, INC. | | $8,885.46 |
| 4849 | BAYERISCHE LANDESBANK | | $3,513,672.73 |
| 4850 | BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE | | $25,047,468.48 |
| 4852 | BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE | | $85,997.00 |
| 4863 | MASSMUTUAL PREMIER SHORT-DURATION BOND FUND | | $125,623.54 |
| 4864 | MASSMUTUAL PREMIER DIVERSIFIED BOND FUND | | $177,954.38 |
| 4865 | MASSMUTUAL PREMIER CORE BOND FUND | | $517,373.20 |
| 4883 | HERBERT SMITH LLP | | $8,219.91 |
| 4892 | TEVA PHARMACEUTICAL INDUSTRIES LIMITED | | $1,022,691.29 |
| 4893 | TEVA PHARMACEUTICALS USA, INC. | | $224,274.41 |
| 4895 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | | $120,329.73 |
| 4904 | VONWIN CAPITAL MANAGEMENT, L.P. | | $162,862.21 |
| 4905 | BOSC, INC. | | $397,622.49 |
| 4912 | CVI GVF (LUX) MASTER S.A.R.L. | | $4,380,292.00 |
| 4931 | ANDREWS KURTH LLP | | $1,298,887.80 |
| 4936 | NORTHUMBRIAN MANAGEMENT, L.L.C. | C | $888,545.00 |
| 4938 | NORTHUMBRIAN MANAGEMENT L.L.C. | C | $1,255,472.00 |
| 4946 | ELBIT SYSTEMS LTD. | | $870,000.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 4967 | CLEARY GOTTLIEB STEEN & HAMILTON LLP | | $912,191.72 |
| 4989 | MORGAN STANLEY & CO. INTERNATIONAL | | $207,342.28 |
| 4990 | MS SECURITIES SERVICES INC. | | $8,854,348.18 |
| 5006 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $2,728,999.00 |
| 5024 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | | $3,021,055.69 |
| 5033 | FRESHFIELDS BRUCKHAUS DERINGER LLP | | $93,253.60 |
| 5099 | BANK OF MONTREAL | | $8,046,690.00 |
| 5102 | LEHMAN BROTHERS REAL ESTATE LIMITED | | $1,913,763.34 |
| 5105 | HERCULES K.K. | | $36,700.17 |
| 5124 | ATTESTOR CAPITAL, LLP FOR AND ON BEHALF OF ATTESTOR VALUE MASTER FUND | C | $3,574,050.24 |
| 5148 | EXTRA SPACE STORAGE, LLC | | $189,799.67 |
| 5149 | ESS PRISA LLC | | $43,555.53 |
| 5150 | ESS PRISA III, LLC | | $34,571.21 |
| 5151 | ESS VRS | | $416.10 |
| 5152 | ESS SUSA HOLDINGS LLC | | $624.15 |
| 5185 | BSI SA | | $698,009.25 |
| 5197 | VINSON & ELKINS LLP | | $731,892.32 |
| 5271 | UBS SECURITIES LLC | | $18,840,264.00 |
| 5291 | AIRCRAFT FINANCE TRUST | | $15,000.00 |
| 5293 | VRAC INVESTMENT LTD | | $3,200.84 |
| 5300 | INFOSPACE, INC. | | $2,800,000.00 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 5301 | TUDOR, PICKERING, HOLT & CO. SECURITIES, INC. | | $2,145,026.67 |
| 5324 | AMERICAN FOUNDERS BANK, INC. | | $420,000.00 |
| 5330 | BAKER BOTTS L.L.P. | | $663,449.49 |
| 5332 | BINGHAM MCCUTCHEN LLP | | $50,371.03 |
| 5371 | DEUTSCHE BANK SECURITIES INC. | | $25,399,591.36 |
| 5386 | DEUTSCHE BANK AG, LONDON BRANCH | | $4,661,936.00 |
| 5421 | LEHMAN BROTHERS FINANCE (JAPAN) INC | | $10,658,537.69 |
| 5436 | LBC YK | | $1,249,993.31 |
| 5492 | FIDELITY INCOME FUND: FIDELITY GOVERNMENT INCOME FUND | | $722,116.19 |
| 5594 | SUN TRUST ROBINSON HUMPHREY, INC. | | $146,975.50 |
| 5595 | SUNTRUST ROBINSON HUMPHREY, INC. | | $540,000.00 |
| 5596 | SUNTRUST ROBINSON HUMPHREY, INC. | | $70,266.12 |
| 5597 | SUNTRUST ROBINSON HUMPHREY, INC. | | $70,000.00 |
| 5598 | SUNTRUST ROBINSON HUMPHREY, INC. | | $1,259,510.62 |
| 5599 | SUNTRUST ROBINSON HUMPHREY, INC. | | $1,148,544.63 |
| 5611 | O'KEEFE, PETER, SR. | | $68,247.35 |
| 5632 | HARVEST FUND ADVISORS LLP, AS LEAD PLAINTIFFS | | $990,000.00 |
| 5663 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $25,120,207.10 |
| 5664 | SIMPSON THACHER & BARTLETT LLP | | $1,903,926.49 |
| 5696 | NORTHUMBRIAN MANAGEMENT, L.L.C. | | $5,643,613.58 |
| 5721 | HLTS FUND II LP | | $7,491,501.00 |
| 5725 | MORGAN STANLEY SENIOR FUNDING, INC. | | $7,398,398.06 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 5749 | JONES DAY | | $1,428,411.43 |
| 5773 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $7,475,781.25 |
| 5779 | NAVIGANT CONSULTING INC. | | $1,631,021.86 |
| 5837 | LIQUIDITY SOLUTIONS, INC. | | $610,000.00 |
| 5873 | DEUTSCHE BANK AG, LONDON BRANCH | | $387,494.66 |
| 5878 | JAS HOLDINGS CORP. | | $1,058,849.44 |
| 5918 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $1,000,000.00 |
| 5921 | BANCA AKROS S.P.A. | | $2,245,207.00 |
| 5928 | BOSTON COMPANY ASSET MGMT, INC. | | $0.26 |
| 5935 | LEHMAN BROTHERS CAPITAL GMBH | | $8,625.00 |
| 5980 | ORBITAL SCIENCES CORPORATION | | $1,741,425.00 |
| 6019 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $600,000.00 |
| 6032 | RICHARDS, LAYTON & FINGER | | $125,000.00 |
| 6051 | UBELHART, KAREN A. | C | $192,308.00 |
| 6053 | LEHMAN BROTHERS JAPAN INC. | | $442,806,414.33 |
| 6063 | WHITE & CASE LLP | | $871,182.49 |
| 6077 | BUCHERT, FREDERIC C. | B | $8,088.47 |
| 6083 | BEAFORD INVESTMENTS LIMITED | | $3,474,757.77 |
| 6135 | DEUTSCHE BANK AG, LONDON BRANCH | | $19,298,122.00 |
| 6179 | EUROBANK | | $1,156,293.03 |
| 6187 | GIBSON, DUNN & CRUTCHER, LLP | | $539,318.10 |
| 6193 | NORTHUMBRIAN MANAGEMENT, LLC | C | $1,150,343.70 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6200 | WILMER CUTLER PICKERING HALE AND DORR LLP | | $381,657.71 |
| 6205 | ENVIRONMENTAL LEARNING CENTER | | $2,000.00 |
| 6206 | TRC MASTER FUND LLC | | $18,000.00 |
| 6214 | GALLATIN, RONALD | | $1,072,980.20 |
| 6244 | AEO MANAGEMENT CO. AND AMERICAN EAGLE OUTFITTERS, INC. | | $4,200,000.00 |
| 6248 | GOLDMAN SACHS LENDING PARTNERS LLC | | $81,139,000.00 |
| 6248-4 | PANNING MASTER FUND, LP | | $40,000,000.00 |
| 6248-5 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $5,361,000.00 |
| 6248-6 | SOLUS CORE OPPORTUNITIES LP | | $1,007,901.00 |
| 6248-7 | SOLA LTD | | $7,431,067.68 |
| 6248-8 | SOLUS RECOVERY LH FUND LP | | $1,359,440.46 |
| 6248-9 | ULTRA MASTER LTD | | $3,383,194.09 |
| 6248-10 | SOLUS RECOVERY FUND II MASTER LP | | $2,215,888.07 |
| 6248-11 | SOLA LTD | | $2,601,968.70 |
| 6248-12 | ROYAL BANK OF SCOTLAND PLC, THE | | $398,207.91 |
| 6248-13 | ROYAL BANK OF SCOTLAND PLC, THE | | $874,713.32 |
| 6248-14 | ROYAL BANK OF SCOTLAND PLC, THE | | $306,256.30 |
| 6248-15 | ROYAL BANK OF SCOTLAND PLC, THE | | $260,813.93 |
| 6248-16 | ROYAL BANK OF SCOTLAND PLC, THE | | $160,008.54 |
| 6248-17 | ATTESTOR MASTER VALUE FUND LP | | $10,000,000.00 |
| 6248-18 | FERWOOD FOUNDATION FUND LLC | | $800,000.00 |
| 6248-19 | FERWOOD ASSOICATES LLC | | $4,600,000.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6248-20 | FERWOOD RESTRUCTURINGS LIMITED | | $4,600,000.00 |
| 6248-21 | HOLYOKE FUNDING LLC | | $265,591.35 |
| 6248-22 | HOLYOKE FUNDING LLC | | $734,789.57 |
| 6248-23 | HOLYOKE FUNDING LLC | | $631,863.08 |
| 6248-24 | BERNESE CAPITAL, LLC | | $26,236,357.00 |
| 6248-25 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $1,100,000.00 |
| 6248-26 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $3,189,000.00 |
| 6248-27 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $5,000,000.00 |
| 6248-28 | MAP 139 SEGREGATED PORTFOLIO OF LMA SPC | | $681,000.00 |
| 6248-29 | VENOR CAPITAL MASTER FUND LTD. | | $4,319,000.00 |
| 6248-31 | DELRANG HOLDINGS LLC | | $25,000,000.00 |
| 6248-32 | COLUMBUS FUNDING LLC | | $2,104,393.42 |
| 6248-33 | COLUMBUS FUNDING LLC | | $2,447,185.79 |
| 6248-34 | COLUMBUS FUNDING LLC | | $884,540.79 |
| 6248-35 | HILLSIDE FUNDING LLC | | $5,281,243.50 |
| 6248-36 | HILLSIDE FUNDING LLC | | $6,141,524.64 |
| 6248-37 | HILLSIDE FUNDING LLC | | $2,219,867.86 |
| 6268 | ASHWELL, LAUREN W. | B | $73,665.41 |
| 6302 | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | | $272,899.00 |
| 6305 | TRC MASTER FUND LLC | | $1,152,096.52 |
| 6309 | GERSON LEHRMAN GROUP, INC. | | $401,822.00 |
| 6310 | EAST DOVER LIMITED | | $4,555,111.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6310-1 | LEHMAN BROTHERS HOLDINGS INC. | | $4,682,071.00 |
| 6311 | LB 745 LLC | | $4,027,353.00 |
| 6311-1 | LEHMAN BROTHERS HOLDINGS INC. | | $4,139,603.00 |
| 6312 | LEHMAN BROTHERS COMMERCIAL CORPORATION | | $361,462,650.00 |
| 6312-1 | LEHMAN BROTHERS HOLDINGS INC. | | $371,537,350.00 |
| 6313 | LEHMAN BROTHERS COMMODITY SERVICES INC. | | $453,677,541.00 |
| 6313-1 | LEHMAN BROTHERS HOLDINGS INC. | | $466,322,459.00 |
| 6314 | LEHMAN BROTHERS HOLDINGS INC | | $3,128,372,800.00 |
| 6314-1 | ATTESTOR VALUE MASTER FUND LP | | $50,000,000.00 |
| 6314-2 | HHLF L.P. | | $6,800,000.00 |
| 6314-3 | LLSM L.P. | | $33,200,000.00 |
| 6314-4 | SL LIQUIDATION FUND L.P. | | $10,000,000.00 |
| 6314-5 | VARDE INVESTMENT PARTNERS, L.P. | | $80,000,000.00 |
| 6314-6 | GOLDMAN SACHS LENDING PARTNERS LLC | | $61,560,000.00 |
| 6314-7 | GOLDMAN SACHS LENDING PARTNERS LLC | | $32,000,000.00 |
| 6314-8 | BROMINE MANAGEMENT, L.L.C. | | $500,000,000.00 |
| 6314-9 | VINCENT PLACE, L.L.C. | | $420,000,000.00 |
| 6314-10 | CHASE LINCOLN FIRST COMMERCIAL CORPORATION | | $35,000,000.00 |
| 6314-11 | CHASE LINCOLN FIRST COMMERCIAL CORPORATION | | $20,000,000.00 |
| 6314-12 | WILFRID GLOBAL OPPORTUNITY FUND LP | | $3,000,000.00 |
| 6314-13 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $7,370,000.00 |
| 6314-14 | ETON PARK MASTER FUND, LTD. | | $32,500,000.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6314-15 | CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | | $17,055,000.00 |
| 6314-16 | ETON PARK FUND, L.P. | | $17,500,000.00 |
| 6314-17 | CCP CREDIT ACQUISITION HOLDINGS, L.L.C. | | $32,945,000.00 |
| 6314-18 | PEAK6 ACHIEVEMENT MASTER FUND LTD. | | $50,000,000.00 |
| 6314-19 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $30,000,000.00 |
| 6314-20 | CITIGROUP FINANCIAL PRODUCTS INC. | | $6,000,000.00 |
| 6314-21 | ANS U.S. HOLDINGS LTD. | | $5,000,000.00 |
| 6314-22 | APOLLO CENTRE STREET PARTNERSHIP, L.P. | | $15,000,000.00 |
| 6314-23 | APOLLO CREDIT STRATEGIES MASTER FUND LTD. | | $4,000,000.00 |
| 6314-24 | APOLLO FRANKLIN PARTNERSHIP, L.P. | | $2,000,000.00 |
| 6314-25 | DEUTSCHE BANK AG, LONDON BRANCH | | $5,000,000.00 |
| 6314-26 | APOLLO VALUE INVESTMENT MASTER FUND, L.P. | | $4,000,000.00 |
| 6314-27 | OZ SPECIAL MASTER FUND, LTD. | | $104,000,000.00 |
| 6314-28 | OZ SPECIAL MASTER FUND, LTD. | | $35,000,000.00 |
| 6314-29 | KNIGHTHEAD MASTER FUND, L.P. | | $20,000,000.00 |
| 6314-30 | BSOF MASTER FUND, L.P. | | $20,000,000.00 |
| 6314-31 | KNIGHTHEAD MASTER FUND, L.P. | | $80,000,000.00 |
| 6314-32 | BOTTICELLI, LLC | | $194,694,000.00 |
| 6314-33 | DEVONSHIRE I LLC | | $45,201,000.00 |
| 6314-34 | DEVONSHIRE II LLC | | $148,246,000.00 |
| 6314-35 | DEVONSHIRE III LLC | | $386,553,000.00 |
| 6314-36 | STRATEGIC VALUE MASTER FUND, LTD. | | $28,610,000.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6314-37 | STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. | | $21,390,000.00 |
| 6314-38 | AURELIUS INVESTMENT, LLC | | $200,000,000.00 |
| 6314-39 | CLAREN ROAD CREDIT MASTER FUND, LTD. | | $120,000,000.00 |
| 6314-40 | CLAREN ROAD CREDIT OPPORTUNITIES MASTER FUND, LTD. | | $80,000,000.00 |
| 6314-41 | HOLYOKE FUNDING LLC | | $1,891,791.00 |
| 6314-42 | TACONIC OPPORTUNITY MASTER FUND L.P. | | $18,000,000.00 |
| 6314-43 | AG CENTRE STREET PARTNERSHIP, L.P. | | $25,306,000.00 |
| 6314-44 | ADVANCED SERIES TRUST - AST FRANKLIN TEMPLETON FOUNDING FUNDS | | $4,194,706.00 |
| 6314-46 | AZL/MUTUAL SHARES STRATEGY | | $354,650.00 |
| 6314-47 | AXA/MUTUAL LARGE CAP EQUITY MANAGED VOLATILITY PORTFOLIO | | $977,915.00 |
| 6314-48 | VY FRANKLIN MUTUAL SHARES PORTFOLIO | | $1,311,965.00 |
| 6314-49 | JNL/FRANKLIN TEMPLETON MUTUAL SHARES FUND | | $2,513,049.00 |
| 6314-50 | JOHN HANCOCK FUNDS II - JOHN HANCOCK MUTUAL SHARES FUND | | $1,070,429.00 |
| 6314-51 | JOHN HANCOCK VARIABLE INSURANCE TRUST - MUTUAL SHARES TRUST | | $1,749,390.00 |
| 6314-52 | FRANKLIN MUTUAL U.S. SHARES FUND | | $1,634,702.00 |
| 6314-53 | MUTUAL BEACON FUND | | $34,539,624.00 |
| 6314-54 | MUTUAL FINANCIAL SERVICES FUND | | $989,801.00 |
| 6314-55 | MUTUAL GLOBAL DISCOVERY FUND (CANADA) | | $2,672,890.00 |
| 6314-56 | MUTUAL GLOBAL DISCOVERY FUND | | $54,227,315.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6314-57 | FRANKLIN MUTUAL GLOBAL DISCOVERY VIP FUND | | $2,017,699.00 |
| 6314-58 | MUTUAL QUEST FUND | | $114,533,219.00 |
| 6314-59 | MUTUAL SHARES FUND | | $38,878,196.00 |
| 6314-60 | FRANKLIN MUTUAL SHARES VIP FUND | | $13,334,450.00 |
| 6314-61 | ADVANCED SERIES TRUST - AST FRANKLIN TEMPLETON FOUNDING FUNDS | | $4,194,706.00 |
| 6314-62 | AZL/MUTUAL SHARES STRATEGY | | $354,650.00 |
| 6314-63 | AXA/MUTUAL LARGE CAP EQUITY MANAGED VOLATILITY PORTFOLIO | | $977,915.00 |
| 6314-64 | THIRD AVENUE TRUST, ON BEHALF OF THIRD AVE FOCUSED CREDIT FUND | | $40,000,000.00 |
| 6314-65 | VY FRANKLIN MUTUAL SHARES PORTFOLIO | | $1,311,965.00 |
| 6314-66 | THIRD AVENUE TRUST, ON BEHALF OF THIRD AVENUE FOCUSED CREDIT FUND | | $75,000,000.00 |
| 6314-67 | HBK MASTER FUND L.P. | | $200,000,000.00 |
| 6314-68 | JNL/FRANKLIN TEMPLETON MUTUAL SHARES FUND | | $2,513,049.00 |
| 6314-69 | HBK MASTER FUND L.P. | | $25,000,000.00 |
| 6314-70 | JOHN HANCOCK FUNDS II - JOHN HANCOCK MUTUAL SHARES FUND | | $1,070,429.00 |
| 6314-71 | JOHN HANCOCK VARIABLE INSURANCE TRUST - MUTUAL SHARES TRUST | | $1,749,390.00 |
| 6314-72 | FRANKLIN MUTUAL U.S. SHARES FUND | | $1,634,702.00 |
| 6314-73 | MUTUAL BEACON FUND | | $34,539,624.00 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6314-74 | MUTUAL FINANCIAL SERVICES FUND | | $989,801.00 |
| 6314-75 | MUTUAL GLOBAL DISCOVERY FUND (CANADA) | | $2,672,890.00 |
| 6314-76 | MUTUAL GLOBAL DISCOVERY FUND | | $54,227,315.00 |
| 6314-77 | FRANKLIN MUTUAL GLOBAL DISCOVERY VIP FUND | | $2,017,699.00 |
| 6314-78 | MUTUAL QUEST FUND | | $114,533,219.00 |
| 6314-79 | MUTUAL SHARES FUND | | $38,878,196.00 |
| 6314-80 | FRANKLIN MUTUAL SHARES VIP FUND | | $13,334,450.00 |
| 6314-81 | PANNING MASTER FUND, LP | | $50,000,000.00 |
| 6314-82 | UNIPENSION INVEST F.M.B.A. HIGHT YIELD OBLIGATIONER | | $10,855,000.00 |
| 6314-83 | STELLAR PERFORMER GLOBAL SERIES G-GLOBAL CREDIT | | $3,445,000.00 |
| 6314-84 | GN3 SIP LIMITED | | $9,435,000.00 |
| 6314-85 | GOLDENTREE ENTRUST MASTER FUND SPC | | $3,700,000.00 |
| 6314-86 | GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE (STRATEGIC), LTD. | | $6,260,000.00 |
| 6314-87 | GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE II, LTD. | | $2,670,000.00 |
| 6314-88 | GOLDENTREE MASTER FUND II, LTD. | | $7,690,000.00 |
| 6314-89 | GOLDENTREE MASTER FUND, LTD. | | $43,755,000.00 |
| 6314-90 | GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED | | $14,398,000.00 |
| 6314-91 | GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LTD | | $1,810,000.00 |
| 6314-92 | STICHTING PGGM DEPOSITARY | | $10,015,000.00 |
| 6314-93 | CITY OF NEW YORK GROUP TRUST | | $5,025,000.00 |
| 6314-94 | CENTURYLINK, INC. DEFINED BENEFIT MASTER TRUST | | $3,175,000.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6314-95 | DIGNITY HEALTH | | $1,600,000.00 |
| 6314-96 | SAN BERNARDINO COUNTY EMPLOYEES' RETIREMENT ASSOC. | | $3,915,000.00 |
| 6314-97 | ABSALON II, LIMITED | | $15,270,000.00 |
| 6314-98 | GT NM, L.P. | | $2,240,000.00 |
| 6314-99 | D.E. SHAW GALVANIC PORTFOLIOS, L.L.C. | | $62,500,000.00 |
| 6315 | LEHMAN BROTHERS HOLDINGS INC (JPM SUBROGATED CLAIM) | | $1,500,000,000.00 |
| 6316 | LEHMAN BROTHERS OTC DERIVATIVES INC. | | $87,776,742.00 |
| 6316-1 | LEHMAN BROTHERS HOLDINGS INC. | | $90,223,258.00 |
| 6317 | LEHMAN COMMERCIAL PAPER INC. | | $27,615,155.00 |
| 6317-1 | LEHMAN BROTHERS HOLDINGS INC. | | $28,384,845.00 |
| 6318 | STRUCTURED ASSET SECURITIES CORPORATION | | $3,734,711.00 |
| 6318-1 | LEHMAN BROTHERS HOLDINGS INC. | | $3,838,805.00 |
| 6319 | BROMLEY LLC | | $6,878,533.00 |
| 6319-1 | LEHMAN BROTHERS HOLDINGS INC. | | $7,070,252.00 |
| 6320 | CLARKS SUMMIT I, LLC | | $197,151.00 |
| 6320-1 | LEHMAN BROTHERS HOLDINGS INC. | | $202,646.00 |
| 6321 | COHANE RAFFERTY, LLC | | $1,819,516.00 |
| 6321-1 | LEHMAN BROTHERS HOLDINGS INC. | | $1,870,230.00 |
| 6322 | EQUITY STRATEGIES LOAN LLC | | $29,382.00 |
| 6322-1 | LEHMAN BROTHERS HOLDINGS INC. | | $30,201.00 |
| 6323 | GLOBAL COMMERCIAL REAL ESTATE (CAYMAN) INC. | | $90,711.00 |
| 6323-1 | LEHMAN BROTHERS HOLDINGS INC. | | $93,240.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6324 | JET PARTNERS LLC | | $8,003,330.00 |
| 6324-1 | LEHMAN BROTHERS HOLDINGS INC. | | $8,226,399.00 |
| 6325 | LAMINAR HOLDINGS LLC | | $1,631,958.00 |
| 6325-1 | LEHMAN BROTHERS HOLDINGS INC. | | $1,677,443.00 |
| 6326 | LB 745 LEASCO I LLC | | $8,297,905.00 |
| 6326-1 | LEHMAN BROTHERS HOLDINGS INC. | | $8,529,184.00 |
| 6327 | LB 745 LEASCO II LLC | | $8,117,185.00 |
| 6327-1 | LEHMAN BROTHERS HOLDINGS INC. | | $8,343,427.00 |
| 6328 | LB INVESTMENT MANAGEMENT COMPANY LTD | | $40,837,126.00 |
| 6328-1 | LEHMAN BROTHERS HOLDINGS INC. | | $41,975,340.00 |
| 6329 | LCPI PROPERTIES INC. | | $163,892.00 |
| 6329-1 | LEHMAN BROTHERS HOLDINGS INC. | | $168,461.00 |
| 6330 | LEHMAN ALI INC | | $46,884.00 |
| 6330-1 | LEHMAN BROTHERS HOLDINGS INC. | | $48,191.00 |
| 6331 | LEHMAN BROTHERS ASSET MANAGEMENT INC | | $6,582,401.00 |
| 6331-1 | LEHMAN BROTHERS HOLDINGS INC. | | $6,765,865.00 |
| 6332 | LEHMAN BROTHERS FUTURES ASSET MANAGEMENT CORP. | | $1,505,933.00 |
| 6332-1 | LEHMAN BROTHERS HOLDINGS INC. | | $1,547,906.00 |
| 6333 | LEHMAN BROTHERS GLOBAL SERVICES LTD. | | $1,435,499.00 |
| 6333-1 | LEHMAN BROTHERS HOLDINGS INC. | | $1,475,510.00 |
| 6334 | LB HERCULES HOLDINGS LLC | | $10,750,308.00 |
| 6334-1 | LEHMAN BROTHERS HOLDINGS INC. | | $11,049,942.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6335 | LEHMAN BROTHERS INTERNATIONAL SERVICES INC. | | $35,209.00 |
| 6335-1 | LEHMAN BROTHERS HOLDINGS INC. | | $36,191.00 |
| 6336 | LEHMAN BROTHERS INVESTMENT HOLDING COMPANY INC. | | $311,739.00 |
| 6336-1 | LEHMAN BROTHERS HOLDINGS INC. | | $320,427.00 |
| 6337 | LEHMAN BROTHERS OVERSEAS INC | | $106,767.00 |
| 6337-1 | LEHMAN BROTHERS HOLDINGS INC. | | $109,743.00 |
| 6338 | LEHMAN BROTHERS PA LLC | | $2,662,890.00 |
| 6338-1 | LEHMAN BROTHERS HOLDINGS INC. | | $2,737,110.00 |
| 6339 | LEHMAN BROTHERS PRIVATE FUND ADVISORS, LP | | $29,588.00 |
| 6339-1 | LEHMAN BROTHERS HOLDINGS INC. | | $30,412.00 |
| 6340 | LEHMAN HOUSING CAPITAL INC | | $2,147,534.00 |
| 6340-1 | LEHMAN BROTHERS HOLDINGS INC. | | $2,207,391.00 |
| 6341 | LEHMAN INVESTMENTS INC. | | $5,673,738.00 |
| 6341-1 | LEHMAN BROTHERS HOLDINGS INC. | | $5,831,876.00 |
| 6342 | LEHMAN PASS-THROUGH SECURITIES INC. | | $28,735,516.00 |
| 6342-1 | LEHMAN BROTHERS HOLDINGS INC. | | $29,536,434.00 |
| 6343 | LEHMAN RESIDENTIAL OPPORTUNITIES CORP. | | $896,704.00 |
| 6343-1 | LEHMAN BROTHERS HOLDINGS INC. | | $921,697.00 |
| 6344 | LEHMAN VIP INVESTMENT LDC | | $4,960,473.00 |
| 6344-1 | LEHMAN BROTHERS HOLDINGS INC. | | $5,098,731.00 |
| 6345 | LPJ AIRCRAFT FINANCE LLC | | $5,721,587.00 |
| 6345-1 | LEHMAN BROTHERS HOLDINGS INC. | | $5,881,060.00 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6346 | PICNIC II INC. | | $986,256.00 |
| 6346-1 | LEHMAN BROTHERS HOLDINGS INC. | | $1,013,744.00 |
| 6347 | PRINCIPAL TRANSACTIONS II INC. | | $3,260,367.00 |
| 6347-1 | LEHMAN BROTHERS HOLDINGS INC. | | $3,351,240.00 |
| 6348 | PROPERTY ASSET MANAGEMENT INC | | $953,862.00 |
| 6348-1 | LEHMAN BROTHERS HOLDINGS INC. | | $980,448.00 |
| 6349 | REAL ESTATE PRIVATE EQUITY INC. | | $128,213.00 |
| 6349-1 | LEHMAN BROTHERS HOLDINGS INC. | | $131,787.00 |
| 6350 | RIBCO LLC | | $13,272,829.00 |
| 6350-1 | LEHMAN BROTHERS HOLDINGS INC. | | $13,642,769.00 |
| 6351 | STOCKHOLM INVESTMENTS LTD | | $1,073,968.00 |
| 6351-1 | LEHMAN BROTHERS HOLDINGS INC. | | $1,103,901.00 |
| 6352 | WEST DOVER, LLC | | $7,937,086.00 |
| 6352-1 | LEHMAN BROTHERS HOLDINGS INC. | | $8,158,308.00 |
| 6362 | LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | | $1,000,000.00 |
| 6362-1 | BLUE MOUNTAIN LONG/SHORT CREDIT MASTER | | $14,299,617.00 |
| 6362-2 | N7522AA LLC | | $500,000,000.00 |
| 6362-3 | HOLYOKE FUNDING LLC | | $788,500.00 |
| 6362-4 | N7522AA LLC | | $75,000,000.00 |
| 6362-5 | ATTESTOR VALUE MASTER FUND LP | | $25,000,000.00 |
| 6362-6 | HILLSIDE FUNDING LLC | | $2,000,000.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6362-7 | MALLARD WAY, L.L.C. | | $300,000,000.00 |
| 6362-8 | HBK MASTER FUND, L.P. | | $200,000,000.00 |
| 6362-9 | YORK GLOBAL FINANCE BDH, LLC | | $250,000,000.00 |
| 6362-15 | JOHN HANCOCK FUND II-JOHN HANCOCK MUTUAL SHARES FUND | | $2,376,233.00 |
| 6362-16 | ADVANCED SERIES TRUST-AST FRANKLIN TEMPLETON FOUNDING | | $9,288,892.00 |
| 6362-17 | AZL/MUTUAL SHARES STRATEGY | | $811,446.00 |
| 6362-18 | JOHN HANCOCK VARIABLE INSURANCE TRUST | | $3,848,498.00 |
| 6362-19 | VY FRANKLIN MUTUAL SHARES PORTFOLIO | | $2,900,769.00 |
| 6362-20 | JNL/FRANKLIN TEMPLETON MUTUAL SHARES FUND | | $5,582,334.00 |
| 6362-21 | AXA/MUTUAL LARGE CAP EQUITY MANAGED VOLATILITY PORTFOLIO | | $2,170,790.00 |
| 6362-22 | FRANKLIN MUTUAL SHARES VIP FUND | | $29,405,934.00 |
| 6362-23 | MUTUAL GLOBAL DISCOVERY FUND (CANADA) | | $5,980,474.00 |
| 6362-24 | FRANKLIN MUTUAL RECOVERY FUND | | $1,396,840.00 |
| 6362-25 | FRANKLIN MUTUAL U.S. SHARES FUND | | $1,137,708.00 |
| 6362-26 | MUTUAL QUEST FUND | | $129,106,464.00 |
| 6362-27 | MUTUAL SHARES FUND | | $86,196,424.00 |
| 6362-28 | MUTUAL GLOBAL DISCOVERY FUND | | $121,103,794.00 |
| 6362-29 | MUTUAL BEACON FUND | | $23,693,400.00 |
| 6362-30 | HBK MASTER FUND, L.P. | | $49,000,000.00 |
| 6362-31 | MALLARD WAY, L.L.C. | | $350,000,000.00 |
| 6362-32 | MALLARD WAY, L.L.C. | | $563,000,000.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6362-33 | ETON PARK MASTER FUND, LTD | | $3,250,000.00 |
| 6362-34 | ETON PARK FUND, L.P. | | $1,750,000.00 |
| 6362-35 | CANYON VALUE REALIZATION FUND L.P. | | $64,500,000.00 |
| 6362-36 | CITI CANYON LTD | | $1,500,000.00 |
| 6362-37 | CANYON BALANCED MASTER FUND, LTD | | $51,500,000.00 |
| 6362-38 | CANYON BLUE CREDIT INVESTMENT FUND, LP | | $4,000,000.00 |
| 6362-39 | CANYON-GRF MASTER FUND II, LP | | $14,000,000.00 |
| 6362-40 | CANYON DISTRESSED OPPORTUNITY INVESTING FUND, LP | | $9,500,000.00 |
| 6362-41 | CANYON-TCDRS FUND LLC | | $35,500,000.00 |
| 6362-42 | CANYON DISTRESSED OPPORTUNITY MASTER FUND, LP | | $47,500,000.00 |
| 6362-43 | CANYON VALUE REALIZATION MASTER FUND, LP | | $129,000,000.00 |
| 6362-46 | THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND, L.P. | | $5,437,500.00 |
| 6362-47 | THIRD AVENUE TRUST, ON BEHALF OF THIRD AVENUE VALUE FUND | | $63,101,500.00 |
| 6362-48 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $8,000,000.00 |
| 6362-49 | THIRD AVENUE VARIABLE SERIES TRUST | | $3,461,000.00 |
| 6362-50 | DEVONSHIRE I LLC | | $15,651,000.00 |
| 6362-51 | DEVONSHIRE II LLC | | $51,066,000.00 |
| 6362-52 | DEVONSHIRE III LLC | | $133,283,000.00 |
| 6362-53 | DEUTSCHE BANK AG, LONDON BRANCH | | $5,000,000.00 |
| 6362-54 | EMPYREAN INVESTMENTS, LLC | | $20,000,000.00 |
| 6362-55 | CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | | $26,952,000.00 |
| 6362-56 | CCP CREDIT ACQUISITION HOLDINGS, LLC | | $53,048,000.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6362-57 | OZ SPECIAL MASTER FUND, LTD. | | $10,000,000.00 |
| 6362-58 | MORGAN STANLEY SENIOR FUNDING, INC. | | $20,000,000.00 |
| 6362-59 | SPCP GROUP, LLC | | $15,000,000.00 |
| 6362-60 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $6,738,000.00 |
| 6362-61 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $13,262,000.00 |
| 6362-62 | CONTRARIAN FUNDS, LLC | | $8,155,000.00 |
| 6362-64 | CONTRARIAN FUNDS, LLC | | $1,845,000.00 |
| 6362-65 | BLUE MOUNTAIN DISTRESSED MASTER FUND, LP | | $5,750,000.00 |
| 6362-66 | BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER | | $100,400,000.00 |
| 6362-67 | BLUE MOUNTAIN KICKING HORSE FUND L.P. | | $5,075,000.00 |
| 6362-68 | BLUE MOUNTAIN LONG/SHORT CREDIT & DISTRESSED REF. FUND | | $2,950,000.00 |
| 6362-69 | BLUE MOUNTAIN STRATEGIC CREDIT MASTER FUND L.P. | | $12,550,000.00 |
| 6362-70 | BLUE MOUNTAIN MONTENVERS MASTER FUND SCA | | $3,675,000.00 |
| 6362-71 | BLUE MOUNTAIN TIMBERLINE LTD. | | $6,275,000.00 |
| 6362-72 | BLUE MOUNTAIN MONTENVERS MASTER FUND SCA | | $15,500,000.00 |
| 6362-73 | BLUE MOUNTAIN TIMBERLINE LTD. | | $2,152,362.28 |
| 6362-74 | BLUE MOUNTAIN LONG/SHORT CREDIT AND DISTRESSED | | $1,065,675.48 |
| 6362-75 | BLUE MOUNTAIN LONG/SHORT CREDIT MASTER | | $7,968,071.71 |
| 6362-76 | BLUE MOUNTAIN STRATEGICE CREDIT MASTER FUND LP | | $4,304,724.56 |
| 6362-77 | BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER | | $34,708,144.05 |
| 6362-78 | BLUE MOUNTAIN DISTRESSED MASTER FUND, LP | | $234,038.66 |
| 6362-79 | BLUE MOUNTAIN KICKING HORSE FUND L.P. | | $273,266.31 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6362-80 | BLUE MOUNTAIN MONTENVERS MASTER FUND SCA | | $1,472,313.01 |
| 6362-81 | BLUE MOUNTAIN MONTENVERS MASTER FUND SCA | | $6,671,000.00 |
| 6362-82 | CONTRARIAN FUNDS, LLC | | $5,000,000.00 |
| 6362-83 | SPCP GROUP, LLC | | $25,000,000.00 |
| 6362-84 | DEVONSHIRE I LLC | | $4,572,000.00 |
| 6362-85 | DEVONSHIRE II LLC | | $16,917,000.00 |
| 6362-86 | DEVONSHIRE III LLC | | $28,511,000.00 |
| 6362-87 | THIRD AVENUE TRUST, ON BEHALF OF THIRD AVENUE | | $10,000,000.00 |
| 6362-88 | HILLSIDE FUNDING LLC | | $25,000,000.00 |
| 6362-89 | FERNWOOD ASSOCIATES LLC | | $2,300,000.00 |
| 6362-90 | FERNWOOD FOUNDATION FUND LLC | | $400,000.00 |
| 6362-91 | FERNWOOD RESTRUCTURINGS, LTD. | | $2,300,000.00 |
| 6362-92 | ANS US HOLDINGS LTD | | $880,000.00 |
| 6362-93 | APOLLO CENTRE STREET PARTNERSHIP, L.P. | | $1,800,000.00 |
| 6362-94 | APOLLO CREDIT STRATEGIES MASTER FUND LTD | | $790,000.00 |
| 6362-95 | APOLLO FRANKLIN PARTNERSHIP, L.P. | | $120,000.00 |
| 6362-96 | APOLLO VALUE INVESTMENT MASTER FUND, LP | | $790,000.00 |
| 6362-97 | DEUTSCHE BANK AG, LONDON BRANCH | | $5,620,000.00 |
| 6362-98 | BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER | | $174,000.00 |
| 6362-99 | BLUE MOUNTAIN DISTRESSED MASTER FUND, LP | | $210,000.00 |
| 6363 | LEHMAN BROTHERS HOLDINGS INC. | | $360,000,000.00 |
| 6373 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | | $104,400.00 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 6426 | PILGRIM'S PRIDE CORPORATION | | $2,102,815.28 |
| 6427 | LIBERTUS JUTAKU LOAN K.K. | | $2,247.00 |
| 6429 | LB LUXEMBOURG | | $158,000,000.00 |
| 6431 | KING STREET CAPITAL LP | | $15,317,111.00 |
| 6433-6789 | BLACK ROCK FINANCIAL MANAGEMENT INC. AND ITS ADVISORY AFFILIATES ON ITS OWN BEHALF AND ON BEHALF OF CERTAIN CLIENTS | | $33,335,735.06 |
| 6791 | MERCHANT NAVY RATINGS PENSION FUND TRUSTEES LIMITED | | $22,489.00 |
| 5006314-1 | ADVANCED SERIES TRUST | | $27,677,698.00 |
| 5006314-2 | AZL/MUTUAL SHARES STRATEGY | | $2,340,067.00 |
| 5006314-3 | AXA/MUTUAL LARG CAP EQUITY MANAGED VOLATILITY PORTFOLIO | | $6,452,522.00 |
| 5006314-4 | SCOGGIN CAPITAL MANAGEMENT II LLC | | $4,000,000.00 |
| 5006314-5 | SCOGGIN WORLDWIDE FUND, LTD. | | $2,600,000.00 |
| 5006314-6 | SCOGGIN INTERNATIONAL FUND, LTD. | | $3,400,000.00 |
| 5006314-7 | FRANKLIN MUTUAL RECOVERY FUND | | $4,007,737.00 |
| 5006314-8 | VY FRANKLIN MUTUAL SHARES PORTFOLIO | | $8,656,666.00 |
| 5006314-9 | JNL/FRANKLIN TEMPLETON MUTUAL SHARES FUND | | $16,581,712.00 |
| 5006314-10 | JOHN HANCOCK FUNDS II - JOHN HANCOCK MUTUAL SHARES FUND | | $7,062,952.00 |
| 5006314-11 | JOHN HANCOCK VARIABLE INSURANCE TRUST - MUTUAL SHARES TRUST | | $11,542,900.00 |
| 5006314-12 | FRANKLIN MUTUAL U.S. SHARES FUND | | $1,563,137.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 5006314-13 | MUTUAL BEACON FUND | | $70,367,798.00 |
| 5006314-14 | MUTUAL FINANCIAL SERVICES FUND | | $5,786,501.00 |
| 5006314-15 | MUTUAL GLOBAL DISCOVERY FUND (CANADA) | | $17,636,382.00 |
| 5006314-16 | MUTUAL GLOBAL DISCOVERY FUND | | $357,805,097.00 |
| 5006314-17 | FRANKLIN MUTUAL GLOBAL DISCOVERY VIP FUND | | $13,313,271.00 |
| 5006314-18 | MUTUAL QUEST FUND | | $95,893,741.00 |
| 5006314-19 | MUTUAL SHARES FUND | | $256,527,854.00 |
| 5006314-20 | FRANKLIN MUTUAL SHARES VIP FUND | | $87,983,965.00 |
| 5006314-21 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $2,630,000.00 |
| 5006314-22 | D.E. SHAW KALON PORTFOLIOS, L.L.C. | | $62,500,000.00 |
| 5006314-23 | AURELIUS INVESTMENT, LLC | | $175,000,000.00 |
| 5006314-24 | KNIGHTHEAD MASTER FUND, LP | | $10,000,000.00 |
| 5006314-25 | THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND, L.P. | | $10,000,000.00 |
| 5006314-26 | EMPYREAN INVESTMENTS, LLC | | $35,000,000.00 |
| 5006314-27 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $4,000,000.00 |
| 5006314-28 | SEB CREDIT LTD. | | $1,955,000.00 |
| 5006314-30 | CCP CREDIT ACQUISITION HOLDINGS, LLC | | $32,930,000.00 |
| 5006314-31 | CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | | $17,070,000.00 |
| 5006314-32 | EMPYREAN INVESTMENTS, LLC | | $60,000,000.00 |
| 5006314-33 | CONTRARIAN FUNDS, LLC | | $10,000,000.00 |
| 5006314-34 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $5,000,000.00 |
| 5006314-35 | BANC OF AMERICA CREDIT PRODUCTS, INC. | | $5,000,000.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 5006314-36 | TACONIC MASTER FUND 1.5 L.P. | | $2,000,000.00 |
| 5006314-37 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $62,500,000.00 |
| 5006314-38 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $62,500,000.00 |
| 5006314-39 | YORK GLOBAL FINANCE BDH, LLC | | $50,000,000.00 |
| 5006314-40 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $5,000,000.00 |
| 5006314-41 | THIRD AVENUE TRUST | | $10,000,000.00 |
| 5006314-42 | DEVONSHIRE I LLC | | $10,640,000.00 |
| 5006314-43 | DEVONSHIRE II LLC | | $35,390,000.00 |
| 5006314-44 | DEVONSHIRE III LLC | | $87,970,000.00 |
| 5006314-45 | DEVONSHIRE III LLC | | $22,809,000.00 |
| 5006314-46 | ANS U.S. HOLDINGS LTD | | $2,209,000.00 |
| 5006314-47 | APOLLO CENTRE STREET PARTNERSHIP, L.P. | | $4,500,000.00 |
| 5006314-48 | APOLLO CREDIT STRATEGIES MASTER FUND LTD. | | $1,969,000.00 |
| 5006314-49 | APOLLO FRANKLIN PARTNERSHIP, L.P. | | $291,000.00 |
| 5006314-50 | APOLLO VALUE INVESTMENT MASTER FUND, L.P. | | $1,969,000.00 |
| 5006314-51 | DEUTSCHE BANK AG, LONDON BRANCH | | $14,062,000.00 |
| 5006314-52 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $6,000,000.00 |
| 5006314-53 | THIRD AVENUE TRUST, ON BEHALF OF THIRD AVENUE FOCUSED | | $15,000,000.00 |
| 5006314-54 | MORGAN STANLEY SENIOR FUNDING, INC. | | $10,000,000.00 |
| 5006314-55 | EMPYREAN INVESTMENTS, LLC | | $33,000,000.00 |
| 5006314-56 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $25,000,000.00 |
| 5006314-57 | DEUTSCHE BANK AG, LONDON BRANCH | | $5,000,000.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 5006314-58 | MORGAN STANLEY SENIOR FUNDING, INC. | | $7,000,000.00 |
| 5006314-59 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $25,000,000.00 |
| 5006314-60 | COLUMBUS FUNDING LLC | | $29,861,000.00 |
| 5006314-61 | HOLYOKE FUNDING LLC | | $8,878,000.00 |
| 5006314-62 | HILLSIDE FUNDING LLC | | $81,261,000.00 |
| 5006314-63 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $7,000,000.00 |
| 5006314-64 | THIRD AVENUE TRUST, ON BEHALF OF THIRD | | $15,000,000.00 |
| 5006314-65 | HOLYOKE FUNDING LLC | | $7,885,881.00 |
| 5006314-66 | HILLSIDE FUNDING LLC | | $65,926,577.00 |
| 5006314-67 | COLUMBUS FUNDING LLC | | $26,187,542.00 |
| 5006314-68 | HOLYOKE FUNDING LLC | | $394,000.00 |
| 5006314-71 | DEVONSHIRE I LLC | | $3,657,000.00 |
| 5006314-72 | DEVONSHIRE II LLC | | $13,534,000.00 |
| 5006314-73 | COLUMBUS FUNDING LLC | | $1,312,000.00 |
| 5006314-74 | HILLSIDE FUNDING LLC | | $3,294,000.00 |
| 5006314-75 | CCP CREDIT ACQUISITION HOLDINGS, LLC | | $9,741,000.00 |
| 5006314-76 | CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | | $5,259,000.00 |
| 5006314-77 | THIRD AVENUE TRUST, ON BEHALF OF THIRD | | $14,000,000.00 |
| 5006314-78 | CONTRARIAN FUNDS, LLC | | $5,000,000.00 |
| 5006314-79 | MAP 139 SEGREGATED PORTFOLIO OF LMA SPC | | $2,879,000.00 |
| 5006314-80 | HVS WESTLAND LP | | $25,000,000.00 |
| 5006314-81 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $15,000,000.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

B-49

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 5006314-82 | COLUMBUS FUNDING LLC | | $2,625,000.00 |
| 5006314-83 | HILLSIDE FUNDING LLC | | $6,587,000.00 |
| 5006314-84 | HOLYOKE FUNDING LLC | | $788,000.00 |
| 5006314-85 | HILLSIDE FUNDING LLC | | $14,000,000.00 |
| 5006314-86 | VENOR CAPITAL MASTER FUND LTD. | | $6,140,000.00 |
| 5006314-87 | MAP 139 SEGREGATED PORTFOLIO OF LMA SPC | | $863,000.00 |
| 5006314-88 | GOLDMAN SACHS CREDIT PARTNERS L.P. | | $25,000,000.00 |
| 5006314-89 | THIRD AVENUE TRUST, ON BEHALF OF THIRD AVENUE | | $25,000,000.00 |
| 5006314-90 | HVS WESTLAND LP | | $5,000,000.00 |
| 5006314-91 | HILLSIDE FUNDING LLC | | $15,716,143.00 |
| 5006314-92 | COLUMBUS FUNDING LLC | | $64,518,548.00 |
| 5006314-93 | HOLYOKE FUNDING LLC | | $19,765,309.00 |
| 5006314-94 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $15,000,000.00 |
| 5006314-95 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $1,800,000.00 |
| 5006314-96 | MORGAN STANLEY SENIOR FUNDING, INC. | | $10,000,000.00 |
| 5006314-97 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $56,000,000.00 |
| 5006314-98 | HOLYOKE FUNDING LLC | | $1,182,647.60 |
| 5006314-99 | TACONIC MASTER FUND 1.5 LP | | $5,000,000.00 |
| 5006362-1 | BLUE MOUNTAIN LONG/SHORT CREDIT MASTER | | $6,141,000.00 |
| 5006362-2 | BLUEMOUNTAIN LONG/SHORT CREDIT & DISTRESSED | | $78,000.00 |
| 5006362-3 | BLUE MOUNTAIN MONTENVERS MASTER FUND SCA | | $4,427,403.94 |
| 5006362-4 | THIRD AVENUE TRUST, ON BEHALF OF THIRD AVENUE | | $8,146,872.18 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 5006362-5 | THIRD AVENUE TRUST, ON BEHALF OF THIRD AVENUE | | $1,852,928.29 |
| 5006362-6 | THIRD AVENUE TRUST, ON BEHALF OF THIRD AVENUE | | $547,637.72 |
| 5006362-7 | SPECTRUM OPPORTUNITIES MASTER FUND LTD | | $50,803.10 |
| 5006362-8 | DEUTSCHE BANK AG, LONDON BRANCH | | $1,000,000.00 |
| 5006362-9 | SPECTRUM OPPORTUNITIES MASTER FUND LTD | | $203,324.52 |
| 5006362-10 | SPECTRUM OPPORTUNITIES MASTER FUND LTD | | $1,805,000.88 |
| 5006362-11 | SPECTRUM OPPORTUNITIES MASTER FUND LTD | | $133,196.06 |
| 5006362-12 | BLUEMOUNTAIN MONTENVERS MASTER FUND SCA SICAV-SIF | | $120,000.00 |
| 5006362-13 | VENOR CAPITAL MASTER FUND LTD. | | $8,674,000.00 |
| 5006362-14 | MAP 139 SEGREGATED PORTFOLIO OF LMA SPC | | $1,326,000.00 |
| 5006362-15 | THIRD AVENUE TRUST, ON BEHALF OF THIRD AVENUE | | $452,561.81 |
| 5006362-16 | COLUMBUS FUNDING LLC | | $2,624,500.00 |
| 5006362-17 | COLUMBUS FUNDING LLC | | $11,810,751.30 |
| 5006362-18 | HILLSIDE FUNDING LLC | | $4,641,920.30 |
| 5006362-19 | HILLSIDE FUNDING LLC | | $4,587,000.00 |
| 5006362-20 | HOLYOKE FUNDING LLC | | $3,547,328.40 |
| 5006362-21 | BLACKWELL PARTNERS LLC | | $781,000.00 |
| 5006362-22 | COMPASS OFFSHORE HTV PCC LIMITED | | $834,900.00 |
| 5006362-23 | COMPASS HTV LLC | | $944,900.00 |
| 5006362-24 | MAGNETAR CAPITAL MASTER FUND LTD | | $2,525,600.00 |
| 5006362-25 | MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND | | $3,630,000.00 |
| 5006362-26 | SPECTRUM OPPORTUNITIES MASTER FUND LTD | | $91,275.44 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 5006362-27 | DEUTSCHE BANK AG, LONDON BRANCH | | $48,983.77 |
| 5006362-28 | DEUTSCHE BANK AG, LONDON BRANCH | | $1,737,596.43 |
| 5006362-29 | DEUTSCHE BANK AG, LONDON BRANCH | | $104,732.81 |
| 5006362-30 | DEUTSCHE BANK AG, LONDON BRANCH | | $108,686.99 |
| 5006362-31 | BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P | | $2,976,759.00 |
| 5006362-32 | BLUEMOUNTAIN GUADALUPE PEAK FUND L.P. | | $5,548,624.00 |
| 5016314-1 | TACONIC OPPORTUNITY MASTER FUND LP | | $20,000,000.00 |
| 5016314-2 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $7,500,000.00 |
| 5016314-3 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $17,500,000.00 |
| 5016314-4 | VENOR CAPITAL MASTER FUND LTD. | | $12,957,000.00 |
| 5016314-5 | MAP 139 SEGREGATED PORTFOLIO OF LMA SPC | | $2,043,000.00 |
| 5016314-6 | COLUMBUS FUNDING LLC | | $6,299,222.00 |
| 5016314-7 | COLUMBUS FUNDING LLC | | $3,936,805.70 |
| 5016314-8 | HILLSIDE FUNDING LLC | | $1,808,987.00 |
| 5016314-9 | HILLSIDE FUNDING LLC | | $9,880,546.70 |
| 5016314-10 | TWM HIGH YIELD 2008 PARTNERSHIP, L.P. | | $2,787,000.00 |
| 5016314-11 | CREDIT SUISSE LOAN FUNDING LLC | | $40,000,000.00 |
| 5016314-12 | THIRD AVENUE TRUST ON BEHALF OF THIRD AVENUE | | $70,000,000.00 |
| 5016314-13 | THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND L.P. | | $8,000,000.00 |
| 5016314-14 | POINTSTATE FUND LP | | $2,923,000.00 |
| 5016314-15 | CONFLUX FUND LP | | $239,000.00 |
| 5016314-16 | STEELMILL MASTER FUND LP | | $6,838,000.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 5016314-17 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $2,700,000.00 |
| 5016314-18 | VENOR CAPITAL MASTER FUND LTD. | | $5,537,700.00 |
| 5016314-19 | MAP 139 SEGREGATED PORTFOLIO OF LMA SPC | | $762,300.00 |
| 5016314-20 | VENOR RECOVERY FUND I LP | | $1,197,000.00 |
| 5016314-21 | VENOR CAPITAL MASTER FUND LTD. | | $19,121,000.00 |
| 5016314-22 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $1,897,000.00 |
| 5016314-23 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $4,540,000.00 |
| 5016314-24 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $1,803,000.00 |
| 5016314-25 | RBC CAPITAL MARKETS LLC | | $30,000,000.00 |
| 5016314-26 | LUXOR WAVEFRONT LP | | $5,138,000.00 |
| 5016314-27 | OC 19 MASTER FUND LP - LCG | | $1,915,000.00 |
| 5016314-28 | LUXOR SPECTRUM OFFSHORE MASTER FUND LP | | $1,830,000.00 |
| 5016314-29 | LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | | $23,946,000.00 |
| 5016314-30 | LUXOR CAPITAL PARTNERS LP | | $20,171,000.00 |
| 5016314-31 | CCP CREDIT ACQUISITION HOLDINGS, LLC | | $16,940,000.00 |
| 5016314-32 | PAULSON ENHANCED LTD. | | $25,000,000.00 |
| 5016314-33 | CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | | $8,060,000.00 |
| 7000025 | ADMIT ONE LLC | | $11,880.00 |
| 7000031 | VONWIN CAPITAL MANAGEMENT, LP | | $69,015.00 |
| 7000035 | CLARUS SYSTEMS INC. | | $21,534.25 |
| 7000093 | AMERICAN MANAGEMENT ASSOCIATION | | $7,080.00 |
| 7000118 | CAREY LIMOUSINE OF TAMPA BAY | | $922.20 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 7000119 | NETSCOUT SYSTEMS INC | | $19,764.54 |
| 7000122 | ADKINS, DON E. | | $1,400.00 |
| 7000125 | CASTELLANO, ROCCO | | $43,846.15 |
| 7000127 | LA PIEDRA, JAMES R. | | $57,115.35 |
| 7000152 | LIQUIDITY SOLUTIONS, INC. | | $16,068.00 |
| 7000163 | STONE, MARY C | B | $588.46 |
| 7000176 | INSTITUTIONAL INVESTOR, INC | | $4,500.00 |
| 7000186 | ISI EMERGING MARKETS | | $18,135.93 |
| 7000245 | GARVALOV, IVAN | B | $29,915.38 |
| 7000248 | BAKER & MCKENZIE LLP | | $18,303.10 |
| 7000251 | MUSSO, LEONARD AMBROSE | | $87,500.00 |
| 7000281 | YUHN, PHIL HYUN | B | $13,280.77 |
| 7000282 | WEST & ASSOCIATES  LLP | | $33,750.00 |
| 7000301 | NEWHOUSE, MICHELLE | | $79,038.48 |
| 7000304 | GEORGIEVA, ANNA | B | $10,335.62 |
| 7000310 | LIQUIDITY SOLUTIONS, INC. | | $14,531.12 |
| 7000316 | ST GEORGE BANK LTD | | $140,045.76 |
| 7000325 | TAYLOR, CHRISTOPHER C | B | $17,938.89 |
| 7000326 | ALL SYSTEMS INSTALLATION SERVICES LLC | | $13,254.24 |
| 7000357 | YOUNG, GLENN A | | $30,246.15 |
| 7000378 | HOLT, GERALD R. | | $79,606.99 |
| 7000379 | HOLT, GERALD R | | $1,419,316.42 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 7000386 | THE UNILEVER SUPERANNUATION (IRELAND) FUND | | $10,156.00 |
| 7000413 | STEPHENSON, REBECCA L | B | $52,319.20 |
| 7000468 | THE HARRY AND JEANETTE WEINBERG FOUNDATION, INC. | | $33,281.00 |
| 7000510 | GRECO, FRANK D | | $59,089.71 |
| 7000581 | STANFORD UNIVERSITY | | $1,732.00 |
| 7000582 | HARVEY, E. ANN | | $38,809.65 |
| 7000599 | MAGGIACOMO, ALAN B. | B | $74,261.63 |
| 7000633 | MET INVESTORS SERIES TRUST PIMCO | | $334,842.00 |
| 7000641 | DANZ, JAMES C | B | $30,396.15 |
| 7000652 | BERNARD, FREDERIC W | | $114,423.09 |
| 7000692 | VONWIN CAPITAL MANAGEMENT, LP | | $95,966.44 |
| 7000708 | PIERRE-LOUIS, ALIX | | $61,894.15 |
| 7000714 | ROBINSON, REYNE L. | B | $58,035.53 |
| 7000736 | DAVIS, VERONICA ANN | B | $23,475.04 |
| 7000741 | CHAMPION INTERNATION MOVING, LTD. | | $7,455.27 |
| 7000759 | VIRANY, STEVEN MARK | B | $177,126.92 |
| 7000805 | SINGAPORE LABOUR FOUNDATION | | $52,562.00 |
| 7000806 | DUH, NINI S | C | $42,534.25 |
| 7000814 | ALLIANZ GLOBAL INVESTORS LUX - [REDACTED] | | $449,844.75 |
| 7000815 | ALLIANZ GI LUX - [REDACTED] ALLIANZ DIT CORPORATE BOND EUROPA | | $70,000.00 |
| 7000823 | ALLIANZ GI LUX - [REDACTED] | | $220,281.25 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 7000825 | ALLIANZ GI LUX - [REDACTED] | | $8,019.00 |
| 7000826 | ALLIANZ GI LUX - [REDACTED] | | $31,917.00 |
| 7000829 | ALLIANZ GI LUX - [REDACTED] RP RENDITE PLUS MULIT STRATEGY INVESTMENT | | $791,914.04 |
| 7000830 | ALLIANZ GLOBAL INV KAG MBH | | $79,297.00 |
| 7000833 | ALLIANZ GBL INV ADV GMBH | | $81,222.66 |
| 7000834 | ALLIANZ GLOBAL INV KAG - [REDACTED] VERMOGENS ERTRAGS FONDS | | $9,296.88 |
| 7000835 | ALLIANZ GLOBAL INVESTORS - [REDACTED] ALLIANZ DIT INTERNATION RENTENFO | | $26,664.07 |
| 7000837 | ALLIANZ GLOBAL INV KAG MBH | | $7,109.38 |
| 7000842 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTED] DBI FONDS NVR | | $21,984.00 |
| 7000851 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTED] PIMCO EB 210 | | $78,547.00 |
| 7000853 | ALLIANZ GLOBAL INV KAG MBH | | $41,562.50 |
| 7000856 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTED] AKLB EURO BOND | | $56,998.00 |
| 7000860 | AGI KAG - [REDACTED] ALLIANZ DIT INTERRENT FONDS | | $85,750.00 |
| 7000903 | SERCO PENSION & LIFE ASSURANCE SCHEME | | $10,156.00 |
| 7001000 | LADANYI, CHRISTOPH | | $0.00 |
| 7001061 | OPEN SYSTEMS TECHNOLOGIES | | $28,125.00 |
| 7001067 | MANSON, KAREN CHRISTINE | | $167,396.20 |
| 7001119 | CROWLEY FLECK PLLP | | $1,439.00 |
| 7001163 | WILSON SONSINI GOODRICH & ROSATI | | $536,683.29 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 7001174 | NADIG, BALU S | B | $55,450.00 |
| 7001186 | MADDEN, KAREN ANN | B | $63,252.76 |
| 7001212 | DEWEY & LEBOUEF SECURED LENDER TRUST | | $2,052,866.88 |
| 7001226 | TANNOR PARTNERS CREDIT FUND, LP | | $44,423.08 |
| 7001242 | CHELLAPPA, ROOPA | C | $15,866.00 |
| 7001245 | IPCRE LIMITED | | $203,125.00 |
| 7001294 | EDELMAN, DANIEL J. DBA EDELMAN | | $3,483.80 |
| 7001326 | VONWIN CAPITAL MANAGEMENT, LP | | $127,322.90 |
| 7001368 | M DELVIN AND ASSOCIATES | | $5,919.75 |
| 7001407 | ACEVEDO, ALEXIS | B | $33,796.14 |
| 7001415 | YAHOO! HOTJOBS | | $50,892.19 |
| 7001492 | CRONIN, WILLIAM | | $116,095.41 |
| 7001494 | DE SAINT PHALLE, FRANCOIS | | $710,827.32 |
| 7001518 | FRANKEL, ARNOLD | | $24,079.70 |
| 7001533 | GOLDSCHMIDT, ELI | | $356,275.78 |
| 7001538-1 | GOOGINS, GEORGE | | $245,991.78 |
| 7001543 | FAIR HARBOR CAPITAL, LLC | | $434,270.79 |
| 7001544 | HANKS, THOMAS | | $544,903.40 |
| 7001546 | HART, JAMES | | $101,843.92 |
| 7001548 | HETZEL, CHARLES | | $407,459.33 |
| 7001554 | HYLDAHL, BRUCE | | $61,596.53 |
| 7001556 | ISLES, PHILIP | | $168,065.27 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 7001562 | FELBERBAUM, ROGER | | $172,848.37 |
| 7001563 | FAIR HARBOR CAPITAL, LLC | | $129,228.38 |
| 7001576 | KURZROK, MORTON | | $350,573.80 |
| 7001578 | LAKEFIELD, BRUCE | | $97,714.65 |
| 7001587 | LENTZ, HENRY | | $164,222.98 |
| 7001589 | LESTER, RONALD | | $54,283.16 |
| 7001592 | LEVY, ROBERT | | $111,472.56 |
| 7001601 | MARINO, BENEDICT | | $87,979.00 |
| 7001610 | MCHALE, EDWARD | | $19,987.60 |
| 7001613 | MCPHERSON, WILLIAM | | $170,781.33 |
| 7001641 | MURRAY, PHILIP | | $168,911.84 |
| 7001646 | NEWMARK, PAUL | | $128,222.32 |
| 7001669 | ROSEE, RICHARD | | $107,075.00 |
| 7001672 | SACCO, GREGORY | | $86,395.32 |
| 7001675 | SEEGAL, FRED | | $220,957.22 |
| 7001677 | SHAFIROFF, MARTIN | | $110,401.65 |
| 7001683 | SHERMAN, MICHAEL | | $55,733.13 |
| 7001692 | STEIN, DAVID | | $125,423.86 |
| 7001694 | STONE, JERRY, JR. | | $85,198.55 |
| 7001696 | TESCHE, ALLEN | | $156,019.74 |
| 7001701 | TUCKER, THOMAS | | $164,031.66 |
| 7001711 | ALTMAN, ROGER | | $179,585.20 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 7001730 | GOODSPEED, ROGER | | $109,445.71 |
| 7001734 | LAPCZYNSKI, ANTHONY | | $50,264.02 |
| 7001736 | LINDSTROM, WARD | | $111,115.50 |
| 7001745 | SCHWARZMAN, STEPHEN | | $233,190.74 |
| 7001748 | SPRING, BURKHARD | | $315,347.04 |
| 7001755 | KLAUS VON STUTTERHEIM | | $253,922.66 |
| 7001757 | WALLACE, GENE | | $34,541.53 |
| 7001789 | FRIED, ARTHUR | | $1,706,418.70 |
| 7001791 | MONCREIFFE, PEREGRINE | | $127,691.45 |
| 7001826 | FOX, JAMES | | $87,292.57 |
| 7001829 | GREEN, LAWRENCE | | $389,947.68 |
| 7001844 | FELL, LAURENCE | | $334,537.30 |
| 7001850 | MAHER, JOHN | | $344,788.16 |
| 7001851 | MARTINDALE, WIGHT | | $315,363.27 |
| 7001855 | RYAN, THOMAS | | $116,541.23 |
| 7001860 | SPIEGEL, STEVEN | | $340,124.04 |
| 7001862 | TIRELLO, ED, JR. | | $128,222.32 |
| 7001866 | WOLGEMUTH, KENT | | $353,370.57 |
| 7001871 | SOLOMON, PETER | | $271,101.50 |
| 7001873 | ALAMO, JOHN | | $52,252.89 |
| 7001876 | AMBRECHT, KENNETH | | $422,128.41 |
| 7001908 | BATKIN, ALAN | | $192,855.63 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 7001919 | BORRUSO, PATRICK | | $91,789.11 |
| 7001921 | BOYD, WILLIAM JR. | | $204,772.23 |
| 7001926 | DOYLE, WILLIAM | | $72,198.78 |
| 7001929 | HARCUM, JOSEPH | | $336,992.95 |
| 7001930 | LATERMAN, BERNARD | | $39,422.74 |
| 7001936 | VANDENBOSSCHE, PAMELA | | $242,849.96 |
| 7001948 | BRECK, HENRY | | $496,058.56 |
| 7001956 | CAGNINA, ROBERT | | $172,672.79 |
| 7001962 | CHATLEY, BRUCE | | $7,592.06 |
| 7001968 | CORONADO, FRANCISCO | | $11,720.18 |
| 7001971 | GENIRS, ROBERT | | $124,703.71 |
| 7001973 | GOLDMAN, CLIFFORD | | $176,620.79 |
| 7001978 | ROOSEVELT, THEODORE IV | | $107,075.00 |
| 7001980 | COHEN, SAUL S | | $62,263.69 |
| 7001993 | NFL RECIPROCAL TRUST | | $36,093.00 |
| 7002019 | PASSMAN, SEYMOUR | | $211,269.68 |
| 7002024 | STEVENSON, MARK | | $369,864.48 |
| 7002086 | EDWARDS ANGELL PALMER & DODGE LLP | | $96,641.74 |
| 7002112 | LIQUIDITY SOLUTIONS, INC. | | $303,351.00 |
| 7002115 | PAPROSKI, MARGARET DORIS | C | $9,583.33 |
| 7002131 | BP 399 PARK AVENUE LLC | | $45,216,563.39 |
| 7002145 | MANLEY, JAMES | | $23,109.36 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 7002146 | TULLET PREBON (EUROPE) LIMITED | | $471,827.38 |
| 7002148-1 | PETTIT, MARY ANNE | | $262,911.44 |
| 7002161 | TRC MASTER FUND LLC | | $597,773.45 |
| 7002162 | BOSHART, JAMES | | $432,283.66 |
| 7002165 | KOENEN, KATHLEEN | | $197,858.98 |
| 7002167 | MUNRO, WILLIAM | | $90,305.20 |
| 7002171 | THE BANK OF NEW YORK MELLON | | $686.53 |
| 7002214 | ASHURST LLP | | $18,187.10 |
| 7002224 | ROOT LEARNING, INC | | $900.00 |
| 7002235 | WESTERMAN BALL EDERER MILLER | | $8,715.00 |
| 7002240 | WELLS, WILLIAM | | $71,904.34 |
| 7002245 | PENDLETON COUNTY AS ISSUER FOR THE KENTUCKY ASSOCIATION OF COUNTIES | | $24,000,000.00 |
| 7002265 | INTERSIL INVESTMENT COMPANY | | $883,251.06 |
| 7002270 | XICOR LLC | | $215,144.52 |
| 7002272 | INTERSIL HOLDING GMBH | | $769,544.43 |
| 7002274 | INTERSIL EUROPE SARL | | $2,632,059.99 |
| 7002460 | ORRICK, HERRINGTON & SUTCLIFFE LLP | | $310,809.76 |
| 7002470 | SINGER, DANIEL | | $296,153.85 |
| 7002483 | HOWE, MARY M | | $480,364.05 |
| 7002487 | LIQUIDITY SOLUTIONS, INC. | | $54,127.59 |
| 7002511 | RAYMOND, EUGENE | | $478,079.55 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 7002512 | AMERICAN EXPRESS COMPANY | | $386,025.00 |
| 7002521 | SHAH, TEJASH I | B | $7,050.00 |
| 7002523 | MIZRAHI TEFAHOT BANK LTD. | | $1,884,493.00 |
| 8000135 | LIQUIDITY SOLUTIONS, INC. | | $16,486.36 |
| 8000146 | HAMMOND, REGINA | | $14,423.08 |
| 8000197 | GOTTESMAN, ERIKA G | | $18,750.03 |
| 8000221 | EXPAND CONSULTING LLP | | $115,880.19 |
| 8000415 | REINDEAU, ROBERT J | | $91,500.00 |
| 8000442 | METRO OFFICE FURNITURE RENTAL, INC | | $4,585.14 |
| 8000637 | SEOUL MONEY BROKERAGE SERVICES., LTD | | $183.44 |
| 8000946 | ROGGE-STICHTING PENSIONFDS VAN | | $565,000.00 |
| 8000949 | ROGGE GLOBAL PARTNERS PLC | | $27,578.12 |
| 8000951 | ROGGE- BAA PENSION TRUST | | $355,499.99 |
| 8000958 | BLACK AND DECKER PENSION FUND TRUSTEE LTD | | $44,960.94 |
| 8000963 | STICHTING PENSIOENFONDS | | $95,678.74 |
| 8000966 | STICHTING PENSIOENFONDS ENCI | | $26,718.75 |
| 8000999 | ROGGE GLOBAL PARTNERS PLC | | $4,065,289.06 |
| 8001000 | STICHTING PENSIOENFONDS DE GROLSCHE BIERBROUW | | $15,734.37 |
| 8001001 | ROGGE HIGH ALPHA FIXED INCOME FUND | | $351,734.36 |
| 8001003 | ROGGE HKHA | | $452,531.25 |
| 8001006 | ROGGE- ROGGE FDS PLC AGGREGATE GBP HEDGED | | $658,617.19 |
| 8001009 | JAPAN COMPUTER INFORMATION SERVICE EMPLOYEES | | $137,789.06 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8001014 | KOREA EXCHANGE BANK | | $252,937.49 |
| 8001015 | CITY OF EDINBURGH COUNCIL AS ADMINISTERING AU | | $192,882.80 |
| 8001016 | LLOYDS REGISTER SUPERANNUATION FUND ASSOCIAT | | $64,984.38 |
| 8001017 | MARKS AND SPENCER PENSION TRUST LIMITED | | $332,124.99 |
| 8001019 | MOTOROLA UK PENSION SCHEME (TRUSTEES OF THE) | | $301,968.75 |
| 8001020 | CHASE LINCOLN FIRST COMMERCIAL CORPORATION | | $1,430,293.79 |
| 8001021 | MQAR RE ROGGE GBL PARTNERS PLC | | $481,726.56 |
| 8001022 | MTDL RE: MORLEY INVESTMENT FUNDS ICVC - NORWI | | $158,218.75 |
| 8001023 | ROGGE- NATIONAL RAILROAD | | $142,249.99 |
| 8001024 | ROGGE- PEARSON GROUP PENSION | | $128,515.63 |
| 8001026 | ROGGE PILK | | $72,179.69 |
| 8001029 | DEUTSCHE BANK AG, LONDON BRANCH | | $19,536,630.94 |
| 8001029-3 | ELLIOTT ASSOCIATES | | $19,536,630.94 |
| 8001030 | PRIVATE SCHOOL EMPLOYEES (TMR) | | $409,546.88 |
| 8001033 | UAM TRUST COMPANY, ROGGE GBL | | $64,140.63 |
| 8001034 | CADBURY SCHWEPPES PENSION TRUST LIMITED | | $201,773.43 |
| 8001064 | ROGGE SONY | | $117,546.87 |
| 8001066 | M-UNIVERSAL-FONDS FOR THE SEGMENT GLOBAL CORP | | $211,247.11 |
| 8001070 | TMA UMBRELLA FUND - INTERNATIONAL AGGREGATE B | | $124,664.07 |
| 8001072 | M-UNIVERSAL-FONDS FOR THE SEGMENT GLOBAL RENT | | $82,640.63 |
| 8001073 | ROGGE TRLZ | | $186,546.87 |
| 8001074 | TYCO ELECTONICS UK PENSION PLN (TRUSTEES OF | | $90,703.12 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8001076 | TYKO UK PENS COMMON INV FD LTD | | $287,711.30 |
| 8001077 | VERIZON | | $535,242.18 |
| 8001078 | WORKERS COMPENSATION BOARD OF ALBERTA | | $235,851.56 |
| 8001082 | WS ATKINS STAFF RETIREMENT | | $166,976.56 |
| 8001127 | NSK PENSION SCHEME | | $10,156.20 |
| 8001246 | GOVERNMENT EMPLOYEES SUPERANNUATION BOARD | | $39,609.18 |
| 8001404 | EMPLOYEES RETIREMENT PLAN OF SENTARA HEALTH SYSTEM | | $20,365.41 |
| 8001405 | NISOURCE INC. MASTER RETIREMENT TRUST | | $5,546.80 |
| 8001421 | CASTELLANOS, JOSE G | | $71,466.94 |
| 8001435 | POMPER, MARC S | | $50,000.00 |
| 8001514 | FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC. | | $13,867.00 |
| 8001573 | JAPAN TRUSTEE SERVICES BANK, LTD ,AS TRUSTEE | | $962,500.00 |
| 8001593 | WHITBREAD PENSION TRUSTEES AS TRUSTEE OF WHIT | | $10,156.20 |
| 8001605 | TRUSTEES OF THE WESTLB UK PENSION PLAN | | $10,156.20 |
| 8001672 | CITY OF HARTFORD MUNICIPAL EMPLOYEES' RETIREM | | $41,406.50 |
| 8001720 | VISA RETIREMENT PLAN TRUST | | $19,843.80 |
| 8001754 | THE MASTER TRUST BANK OF JAPAN,LTD, AS TRUSTEE | | $410,155.00 |
| 8001756 | THE MASTER TRUST BANK OF JAPAN,LTD,AS TRUSTEE | | $98,437.20 |
| 8001762 | LEHMAN BROTHERS USA VALUE FUND | | $53,849.21 |
| 8001766 | THE TRUSTEES OF THE EIRCOM SUPERANNUATION FUND | | $58,452.00 |
| 8001777 | AFTRA RETIREMENT FUND | | $21,015.60 |
| 8001785 | FONDAZIONE ROMA | | $10,156.20 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8001789 | GONGLE, SHRUTI | | $12,115.39 |
| 8001809 | THE J. PAUL GETTY TRUST | | $42,968.60 |
| 8001820 | BINNACLE FUND LTD | | $2,417,041.67 |
| 8001948 | HBK MASTER FUND L.P. | | $611,870.42 |
| 8001956 | SIMMONS & COMPANY INTERNATIONAL | | $397,622.49 |
| 8001962 | AMERICAN CHEMICAL SOCIETY | | $40,882.00 |
| 8001964 | SIMMONS & COMPANY INTERNATIONAL | | $1,094,307.31 |
| 8001985 | UBS GLOBAL ALLOCATION FUND | | $251,281.25 |
| 8001996 | TULLETT PREBON HOLDINGS CORPORATION | | $729,097.12 |
| 8001997 | STOCKSPLUSE GROWTH AND INCOME PORTFOLIO | | $17,968.70 |
| 8002047 | BARLOWORLD CIF TRUSTEES LTD | | $10,156.20 |
| 8002052 | LATVIJAS BANKA | | $64,048.00 |
| 8002055 | AMBIX CAPITAL LLP | | $10,885.28 |
| 8002066 | GOLDBERG, DEBRA L | | $44,769.19 |
| 8002099 | BEMPORAD, SIMONE M | | $56,919.50 |
| 8002118 | BAXTER INTERNATIONAL INC. AND SUBSIDIARIES SAVINGS TRUST | | $10,156.20 |
| 8002171 | SHORT-TERM PORTFOLIO | | $2,387.00 |
| 8002183 | FOREIGN BOND PORTFOLIO (U.S. DOLLAR-HEDGED) | | $22,880.00 |
| 8002184 | HARBOR FUNDS | | $4,164.03 |
| 8002198 | UBS GLOBAL SECURITIES RELATIONSHIP FUND | | $169,060.55 |
| 8002234 | REALESTATEREALRETURN STRATEGY PORTFOLIO | | $690.00 |
| 8002236 | UBS U.S. BOND FUND | | $40,648.44 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8002242 | SYBASE INC | | $3,000,000.00 |
| 8002247 | UBS BOND SURPLUS COLLECTIVE FUND | | $39,724.61 |
| 8002250 | UBS U.S. BOND RELATIONSHIP FUND | | $8,314.45 |
| 8002256 | INVESTMENT GRADE CORPORATE PORTFOLIO | | $96,773.00 |
| 8002323 | SHORT-TERM PORTFOLIO II | | $59,699.00 |
| 8002325 | STICHTING DOW PENSIOENFONDS | | $55,002.00 |
| 8002330 | REAL RETURN PORTFOLIO | | $837,982.00 |
| 8002338 | KUWAIT FUND FOR ARAB ECONOMIC DEVELOPMENT | | $7,421.90 |
| 8002339 | LOTHERT, JEFFREY J. | | $2,054.51 |
| 8002362 | TVA RETIREMENT SYSTEM | | $35,937.40 |
| 8002364 | PRINCIPAL ASSET ALLOCATION FUND | | $13,093.00 |
| 8002368 | THE TRUSTEES OF THE VIVENDI UNIVERSAL PENSION | | $10,156.20 |
| 8002377 | TENNESSEE VALLEY AUTHORITY MASTER DECOMMISSIONING TRUST | | $17,968.70 |
| 8002385 | UBS SERIES TRUST US ALLOCATION PORTFOLIO | | $1,847.65 |
| 8002390 | TENNESSEE VALLEY AUTHORITY MASTER DECOMMISSIONING TRUST | | $12,812.00 |
| 8002392 | AXA OFFSHORE CONSERVATIVE MULTIMANAGER FUND | | $32,812.40 |
| 8002397 | GENEVA INVESTMENT MANAGEMENT OF CHICAGO, LLC | | $30,429.87 |
| 8002400 | UBS U.S. CORE PLUS COLLECTIVE FUND | | $9,238.28 |
| 8002406 | UBS GLOBAL FRONTIER FUND | | $7,390.62 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8002409 | THE TIMKEN CO COLLECTIVE INVESTMENT TRUST FOR RETIREMENT TRU | | $39,922.00 |
| 8002415 | UBS U.S. BOND COLLECTIVE FUND | | $166,289.07 |
| 8002455 | GUIDESTONE FUNDS LOW-DURATION BOND FUND | | $483,277.00 |
| 8002460 | MSIF TRUST, CORE PLUS FIXED INCOME PORTFOLIO | | $756,701.00 |
| 8002462 | THE BOARD OF THE PENSION PROTECTION FUND | | $10,710,925.13 |
| 8002465 | KAISER-PERMANENTE INVESTMENT FUND EMPLOYEE BENEFIT TRUSTS | | $514,083.00 |
| 8002473 | THE HOOVER (1987) PENSION SCHEME | | $10,156.20 |
| 8002475 | PIMCO LOW DURATION FUND III | | $6,406.20 |
| 8002479 | MSIF TRUST, CORE FIXED INCOME PORTFOLIO | | $84,960.00 |
| 8002481 | PIMCO STOCKSPLUSE TR SHORT STRATEGY FUND | | $6,406.20 |
| 8002485 | PIMCOD FUNDAMENTAL INDEXPLUS TR FUND | | $13,135.00 |
| 8002501 | PIMCO EMERGING LOCAL BOND FUND | | $25,624.80 |
| 8002511 | JOINT INDUSTRY BOARD OF THE ELECTRICAL INDUSTRY | | $33,056.00 |
| 8002522 | PIMCO LOW DURATION FUND II | | $12,812.40 |
| 8002523 | SHEET METAL WORKERS' LOCAL NO. 265 | | $1,790.00 |
| 8002524 | PIMCO INTERNATIONAL STOCKSPLUS TR STRATEGY FUND | | $1,642.00 |
| 8002525 | MSIF TRUST, ADVISORY PORTFOLIO II | | $379,351.55 |
| 8002527 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $1,277,447.00 |
| 8002530 | CASEY RIDGE LLC | | $55,000,000.00 |
| 8002532 | PIMCO EUROPEAN STOCKSPLUS(R) TR STRATEGY FUND | | $2,220.00 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8002540 | PIMCO GLOBAL BOND FUND (U.S. DOLLAR-HEDGED) | | $345,790.00 |
| 8002544 | PIMCO JAPANESE STOCKSPLUS(R) TR STRATEGY FUND | | $5,421.00 |
| 8002546 | PIMCO TOTAL RETURN FUND III | | $54,455.00 |
| 8002547 | COLUMBIA MANAGEMENT ADVISORS, LLC | | $23,153.44 |
| 8002551 | PIMCO REALRETIREMENTTM 2010 FUND | | $3,419.00 |
| 8002552 | MORGAN STANLEY U.S. GOVERNMENT SECURITIES TRUST | | $1,241,460.93 |
| 8002553 | PIMCO INCOME FUND | | $34.00 |
| 8002554 | PIMCO REALRETIREMENTTM 2020 FUND | | $3,419.00 |
| 8002555 | PIMCO REALRETIREMENTTM 2030 FUND | | $7,079.00 |
| 8002556 | PIMCO REALRETIREMENTTM 2040 FUND | | $9,164.00 |
| 8002557 | PIMCO REALRETIREMENTTM 2050 FUND | | $5,984.00 |
| 8002566 | PIMCO GIS STOCKSPLUSTM FUND | | $17,968.70 |
| 8002567 | PIMCO GIS LOW AVERAGE DURATION FUND | | $12,812.40 |
| 8002569 | PIMCO GIS GLOBAL REAL RETURN FUND | | $17,296.74 |
| 8002570 | PIMCO GIS EMERGING LOCAL BOND FUND | | $25,624.80 |
| 8002572 | PIMCO GIS DEVELOPING LOCAL MARKETS FUND | | $7,687.44 |
| 8002575 | PIMCO CAYMAN LIMITED DURATION FUND | | $32,635.00 |
| 8002580 | PIMCO CAYMAN SHORT-TERM MORTGAGE FUND A | | $7,960.00 |
| 8002581 | PIMCO CAYMAN JAPAN COREPLUS FUND | | $336,154.00 |
| 8002582 | DEUTSCHE BANK AG, LONDON BRANCH | | $69,401.00 |
| 8002587 | PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN (YEN-H | | $11,174.00 |
| 8002601 | PIMCO INTERNATIONAL STOCKSPLUSE TOTAL RETURN FUND | | $32,812.40 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8002604 | PIMCO BERMUDA LIBOR PLUS FUND (M) | | $29,906.00 |
| 8002605 | PIMCO LUXEMBOURG GLOBAL STOCKSPLUS(R) TR FUND IN EUROS | | $3,843.00 |
| 8002609 | PIMCO BERMUDA JGB FLOATER U.S. ALPHA FUND | | $11,205.00 |
| 8002610 | TULLETT PREBON (SINGAPORE) LIMITED | | $321,960.70 |
| 8002611 | PIMCO BERMUDA JGB FLOATER FOREIGN ALPHA FUND | | $17,652.00 |
| 8002614 | PIMCO BERMUDA GLOBAL BOND EX-JAPAN FUND | | $16,929.00 |
| 8002617 | PIMCO EMERGING BOND STRATEGY FUND | | $12,812.40 |
| 8002621 | DEUTSCHE BANK AG, LONDON BRANCH | | $1,499,415.00 |
| 8002631 | DEUTSCHE BANK AG, LONDON BRANCH | | $27,734.00 |
| 8002645 | GREAT EASTERN LIFE ASSURANCE COMPANY LIMITED | | $23,407.00 |
| 8002658 | ATP INVEST II | | $30,468.60 |
| 8002671 | MERCER GLOBAL INVESTMENTS EUROPE LTD | | $8,203.10 |
| 8002719 | MORGAN STANLEY MORTGAGE SECURITIES TRUST | | $135,479.69 |
| 8002744 | PRUDENTIAL INSURANCE CO OF AMERICA DURATION BIAS MRTG ACCT | | $427,312.49 |
| 8002745 | PIMCO CORPORATE INCOME FUND | | $125,670.00 |
| 8002762 | AVMED, INC. | | $6,550.00 |
| 8002764 | NEW YORK CITY TEACHERS RETIREMENT SYSTEM | | $200,656.00 |
| 8002785 | AST ADVANCED STRATEGIES PORTFOLIO - HEDGED INTL. BOND | | $88,907.00 |
| 8002789 | DB ADVISORS INVAG MIT TGV - GLOBAL AGG ONE | | $64,710.93 |
| 8002791 | TARGET PORTFOLIO TRUST INTERNATIONAL BOND PORTFOLIO | | $15,185.00 |
| 8002797 | LCP- SUNOCO INC MASTER | | $161,456.25 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

B-69

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8002799 | ALLIANZ INVEST KAGMBH | | $30,468.60 |
| 8002802 | TARGET PORTFOLIO TRUST INTERMEDIATE-TERM BOND | | $238,021.00 |
| 8002817 | KAISER FOUNDATION HEALTH PLAN, INC. | | $31,914.05 |
| 8002852 | MSIF UNIVERSAL INST FUNDS CORE PLUS FIXED INCOME PORTFOLIO | | $279,379.00 |
| 8002856 | MORGAN STANLEY SICAV US BOND FUND | | $48,375.00 |
| 8002859 | METAL BOX PENSION TRUSTEES LIMITED | | $10,156.20 |
| 8002864 | MERRILL LYNCH EMERGING MARKET DEBT PORTFOLIO | | $10,546.86 |
| 8002865 | DORIS K. CHRISTOPHER 1996 TRUST | | $214,608.00 |
| 8002871 | MERRILL LYNCH TOTAL RETURN US PORTFOLIO II | | $33,750.00 |
| 8002881 | MORGAN STANLEY FLEXIBLE INCOME TRUST | | $2,953.12 |
| 8002892 | HARTFORD LIFE INSURANCE COMPANY | | $208,124.99 |
| 8002893 | SG HAMBROS BANK & TRUST (BAHAMAS) LIMITED (AS TRUSTEE) | | $3,203.00 |
| 8002913 | NATIONWIDE VARIABLE INSURANCE TRUST | | $125,661.72 |
| 8002939 | HARTFORD LIFE INSURANCE COMPANY | | $97,095.00 |
| 8002993 | SPRINT NEXTEL 401(K) PLAN ~ INTEREST INCOME F | | $12,812.00 |
| 8003004 | VONWIN CAPITAL MANAGEMENT, LP | | $196,591.42 |
| 8003008 | WALGREEN PROFIT SHARING RETIREMENT TRUST | | $2,804.70 |
| 8003028 | GERDAU AMERISTEEL US INC | | $9,300,000.00 |
| 8003031 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | | $885,700.76 |
| 8003042 | BTIG LLC | | $239,228.00 |
| 8003044 | TRUST & CUSTODY SERVICES BANK, LTD. | | $182,812.50 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8003073 | JNL/PIMCO TOTAL RETURN BOND FUND | | $296,078.00 |
| 8003106 | THE BANK OF KOREA | | $610,017.68 |
| 8003142 | IKANOS COMMUNICATIONS | | $300,000.00 |
| 8003147 | HARTFORD LIFE INSURANCE COMPANY, C4K | | $227,924.00 |
| 8003180 | ENLIGHTENMENT PARTNERS | | $19,981.00 |
| 8003197 | THE CURATORS OF THE UNIVERSITY OF MISSOURI | | $26,203.00 |
| 8003202 | LONGUE VUE PARTNERS | | $8,633.00 |
| 8003205 | PORTMAN BUILDING SOCIETY PENSION AND ASSURANCE SCHEME | | $10,156.20 |
| 8003211 | VERIZON INVESTMENT MANAGEMENT CORP. | | $18,703.13 |
| 8003218 | MORGAN STANLEY GLOBAL BOND MOTHER FUND | | $152,374.99 |
| 8003229 | TUCKER-RICE, SABRINA | | $6,853.85 |
| 8003231 | SOCIETE GENERALE SECURITIES SERVICES FOR SUEDINVEST165 | | $207,101.58 |
| 8003249 | DEKA FUNDMASTER INVESTMENTGESELLSCHAFT MBH | | $48,437.50 |
| 8003252 | TRISTONE CAPITAL CO | | $1,026,110.70 |
| 8003313 | NEWEDGE USA, LLC | | $190,435.91 |
| 8003317 | NEWEDGE GROUP (UK BRANCH) | | $53,713.77 |
| 8003366 | TRC MASTER FUND LLC | | $101,510.00 |
| 8003434 | ALLIANZGI KAG A/C [REDACTED] ALLIANZVGI 1 SUBFONDS RENTEN | | $478,125.00 |
| 8003441 | ALLIANZGI KAG A/C [REDACTED] DBI FONDS NORD-R | | $222.59 |
| 8003443 | ALLIANZGI KAG A/C [REDACTED] DBI FONDS ZDD 2 | | $88,031.25 |
| 8003444 | ALLIANZGI KAG A/C [REDACTED] DBI FONDS VPT R1 BONDS | | $236,796.88 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8003446 | ALLIANZGI KAG A/C [REDACTED] DREPEN EBTR | | $738,687.50 |
| 8003449 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTED] DBI FONDS | | $110,468.75 |
| 8003451 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTED] DIT FONDS | | $70,216.79 |
| 8003452 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTED] DBI SUBFONDS | | $154,843.75 |
| 8003453 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTE DBI FONDS PI RENTEN | | $49,218.60 |
| 8003458 | ALLIANZGI LUXEMBOURG - [REDACTED] DRESDNER VERMOGENSPLAN 15 | | $11,425.78 |
| 8003459 | ALLIANZGI LUXEMBOURG - [REDACTED] DRESDNER VERMOGENSPLAN 25 | | $11,425.78 |
| 8003460 | ALLIANZGI LUXEMBOURG - [REDACTED] DRESDNER VERMOGENSPLAN 35 | | $13,183.59 |
| 8003461 | ALLIANZGI LUXEMBOURG - [REDACTED] DRESDNER VERMOGENSPLAN 65 | | $13,183.59 |
| 8003462 | ALLIANZGI LUXEMBOURG - [REDACTED] DRESDNER VERMOGENSPLAN 80 | | $3,515.63 |
| 8003466 | ALLIANZGI LUXEMBOURG - [REDACTED] ALLIANZ DIT MONEY | | $33,468.75 |
| 8003560 | ROCKEFELLER & CO., INC. | | $32,419.94 |
| 8003708 | CERBERUS INTERNATIONAL, LTD. | | $415,237.02 |
| 8003709 | CERBERUS PARTNERS, L.P. | | $207,624.67 |
| 8003811 | NITTAN CAPITAL SINGAPORE PTE LTD | | $7,469.40 |
| 8003974 | HOLDEN, RICHARD | | $133,502.24 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 8004107 | STATE OF HAWAII EMPLOYEES' RETIREMENT SYSTEM | | $219,278.00 |
| 9000327 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $732,685.66 |
| 9000531 | ROBBINS, ARTHUR | | $167,457.96 |
| 9000613 | MOLFINO, HECTOR CONSTANCIO | | $521,330.58 |
| 9000616 | VONWIN CAPITAL MANAGEMENT, LP | | $106,629.43 |
| 9000617 | VONWIN CAPITAL MANAGEMENT, LP | | $72,459.46 |
| 9000621 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $269,067.95 |
| 9000623 | MOLFINO, HECTOR CONSTANCIO | | $521,330.58 |
| 9000624 | CALAMARI, ABEL HECTOR | | $1,649,496.34 |
| 9000625 | RANKING INTERNATIONAL LIMITED | | $7,375.00 |
| 9000674 | STIKEMAN ELLIOTT LLP | | $3,065.20 |
| 9001455 | ANDERSON AREA MEDICAL CENTER | | $18,933.59 |
| 9001456 | CAROLINAS MEDICAL CENTER NORTHEAST PENSION PLAN | | $17,910.15 |
| 9001460 | CMHA DEFINED BENEFIT PENSION PLAN | | $29,372.65 |
| 9001461 | CMHA MALPRACTICE SELF INSURANCE TRUST FUND | | $32,084.76 |
| 9001463 | CMHA FUNDED DEPRECIATION | | $43,598.44 |
| 9001472 | HSC/RSC/ESC | | $76,527.09 |
| 9001482 | WEST VIRGINIA WESLEYAN COLLEGE | | $665.24 |
| 9001504 | TRELLUS MANAGEMENT CO LLC | | $2,025.21 |
| 9001529 | GEOTEXT TRANSLATIONS, INC | | $30,759.70 |
| 9001538 | WESTFIELD CAPITAL MGMT | | $38,540.02 |
| 9001567 | THE CAROLINAS HEALTHCARE FOUNDATION INC | | $27,376.95 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9001569 | HILLYARD REV PROFIT SHARING PLAN | | $10,132.02 |
| 9001571 | HILLYARD INDUSTRIES INC RETIREMENT PLAN | | $4,963.67 |
| 9001573 | HILLYARD INC RETIREMENT PLAN | | $8,699.22 |
| 9001678 | STEINBERG ASSET MANAGEMENT LLC | | $131,972.84 |
| 9001716 | DECLARATION MGMT & RSRCH A/C FLTC ACTIVE BOND TRUST | | $31,747.07 |
| 9001721 | BB3T TOTAL RETURN BOND FUND | | $347,802.14 |
| 9001723 | BB&T TOTAL RETURN BOND VIF | | $13,407.02 |
| 9001725 | BB&T PENSION CORE FIXED INCOME | | $256,025.99 |
| 9001727 | BB&T NON-QUALIFIED DEFINED BENEFIT CORE FIXED INCOME SEP ACT | | $14,021.09 |
| 9001729 | PROGRESS ENERGY EMPLOYEE BENEFIT TRUST | | $19,598.83 |
| 9001758 | HOLYOKE FUNDING LLC | | $371,266.00 |
| 9001758-1 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $611,000.00 |
| 9001758-2 | COLUMBUS FUNDING LLC | | $1,236,486.00 |
| 9001758-3 | HILLSIDE FUNDING LLC | | $3,103,119.73 |
| 9001802 | ROBECO INVESTMENT MANAGEMENT INC DBA BOSTON PARTNERS | | $1,677.74 |
| 9001804 | BAY BRIDGE CAPITAL MANAGEMENT LLC | | $26,779.92 |
| 9001831 | TRC MASTER FUND LLC | | $14,428.25 |
| 9001907 | TANNOR PARTNERS CREDIT FUND, LP | | $262,939.74 |
| 9001920 | LEDYARD NAT'L BANK | | $133,899.17 |
| 9002095 | CAVU CAPITAL ADVISORS LLC | | $205.35 |
| 9002107 | BBVA SECURITIES INC. | | $793,658.50 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9002162 | REFRIGERATION AIR CONDITIONING & SVCE DIVISION PENSION FUND | | $8,187.50 |
| 9002262 | STATE STREET BANK & TRUST COMPANY | | $78,147.98 |
| 9002358 | INTERNATIONAL INVESTMENT ADVISERS LLC | | $4,669.79 |
| 9002394 | BANC OF AMERICA CREDIT PRODUCTS INC | | $699,110.61 |
| 9002405 | JOHN HANCOCK FUNDS II GLOBAL BOND FUND | | $367,944.00 |
| 9002574 | FIDELITY RESEARCH & MANAGEMENT COMPANY | | $29,700.00 |
| 9002580 | MOORE MACRO FUND L.P. | | $5,784,375.00 |
| 9002659 | ADVANCED SERIES TRUST-AST T ROWE PRICE GLOBAL BOND PORTFOLIO | | $14,453.12 |
| 9002666 | JOHN HANCOCK TRUST-SPECTRUM INCOME TRUST | | $164,570.28 |
| 9002674 | SARDIS, JEFFREY | | $977,399.49 |
| 9003129 | MULTICARE HEALTH SYSTEM | | $6,909.38 |
| 9003155 | MONUMENTAL LIFE INSURANCE-TEAMSTERS SEPARATE ACCOUNT | | $803,298.01 |
| 9003199 | KING STREET CAPITAL LTD | | $40,682,889.00 |
| 9003290 | UBS FINANCIAL SERVICES INC | | $7,368.38 |
| 9003353 | BROADVIEW ADVISORS LLC | | $29,290.06 |
| 9003370 | ABSA BANK LIMITED | | $215,600.00 |
| 9003857 | JOHN DEERE PENSION TRUST | | $164,388.42 |
| 9003861 | RETAIL CLERKS PENSION TRUST [REDACTED] | | $230,257.69 |
| 9003906 | GOODYEAR STOCKS PLUS | | $39,921.80 |
| 9003931 | THRIVENT INVESTMENT MANAGEMENT INC | | $507,577.94 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9003995 | BB&T ASSET MGMT | | $139,807.36 |
| 9004236 | CHASE LINCOLN FIRST COMMERCIAL CORPORATION | | $225,115.55 |
| 9004377 | CITY OF OAKLAND | | $105,000.00 |
| 9004385 | IDS 85F SHAW SYNTHETIC PORTFOLIO | | $13,246.09 |
| 9004386 | IDS 85J LIMITED SYNTHETIC PORTFOLIO | | $18,234.37 |
| 9004389 | IDS 86L UHG SYNTHETIC PORTFOLIO | | $158,859.38 |
| 9004393 | ALLIANCE QUINCY | | $2,277,563.47 |
| 9004420 | PASCO-HERNANDO COMMUNITY COLLEGE FOUNDATION INC | | $5,125.00 |
| 9004511 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $1,287,146.18 |
| 9004512 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | | $95,537.00 |
| 9004523 | BRIGHT START COLLEGE SAVINGS TRUST CORE PLUS FIXED INCOME PO | | $190,716.79 |
| 9004551 | STELLIAM INVESTMENT MANAGEMENT LP | | $23,377.77 |
| 9004584 | TIGER GLOBAL MANAGEMENT LLC | | $457,793.60 |
| 9004642 | RIC-RIF NON-US FUND | | $34,460.75 |
| 9004681 | ERIE COUNTY RETIREMENT BOARD | | $5,687.50 |
| 9004683 | CAROLINA HEALTHCARE SYSTEM-MALPRACTICE SELF INSURANCE PORTFOLIO | | $4,834.38 |
| 9004685 | THE CAROLINAS HEALTHCARE FOUNDATION INC | | $21,470.31 |
| 9004686 | SOUTH CAROLINA SCHOOL BOARDS INSURANCE TRUST | | $18,484.38 |
| 9004687 | EMPLOYEES' RETIREMENT PLAN OF C R BARD INC AND THE | | $16,067.18 |
| 9004698 | MAINE MEDICAL CENTER PENSION FUND | | $25,735.93 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9004703 | WACHOVIA CAPITAL MARKETS LLC | | $16,857,032.00 |
| 9004727 | EVERGREEN CORE BOND FUND | | $1,889,671.88 |
| 9004740 | GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND LLC | | $1,000,000.00 |
| 9004741 | BANCO DE MEXICO | | $5,825,963.00 |
| 9004745 | GOLDMAN SACHS EMERGING MKTS OPPORTUNITIES FUND OFFSHORE LTD | | $1,000,000.00 |
| 9004749 | ALLIANCE BROCKTON | | $774,178.84 |
| 9004770 | RIVERSIDE HOLDINGS LLC | | $100,000.00 |
| 9004802 | WELLS FARGO SECURITIES LLC | | $19,906,470.00 |
| 9004830 | DONNELLY, MARY P | | $35,096.13 |
| 9004867 | DEUTSCHE BANK AG, LONDON BRANCH | | $12,500,000.04 |
| 9004867-6 | DEUTSCHE BANK AG, LONDON BRANCH | | $2,500,000.03 |
| 9004867-7 | GOLDMAN SACHS LENDING PARTNERS LLC | | $9,479,597.00 |
| 9004867-8 | GOLDMAN SACHS LENDING PARTNERS LLC | | $9,479,597.00 |
| 9004867-9 | GOLDENTREE MASTER FUND, LTD. | | $3,080,000.00 |
| 9004867-10 | GOLDENTREE MASTER FUND, LTD. | | $3,080,000.00 |
| 9004867-11 | GOLDENTREE ENTRUST MASTER FUND SPC | | $267,500.00 |
| 9004867-12 | GOLDENTREE ENTRUST MASTER FUND SPC | | $267,500.00 |
| 9004867-13 | SAN BERNARDINO COUNTY EMPLOYEES RETIREMENT ASSOC. | | $272,500.00 |
| 9004867-14 | SAN BERNARDING COUNTY EMPLOYEES' RETIREMENT ASSOC. | | $272,500.00 |
| 9004867-15 | GN3 SIP LIMITED | | $687,500.00 |
| 9004867-16 | GN3 SIP LIMITED | | $687,500.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9004867-17 | GOLDENTREE MASTER FUND II, LTD | | $535,000.00 |
| 9004867-18 | GOLDENTREE MASTER FUND II, LTD. | | $535,000.00 |
| 9004867-19 | GT NM, L.P. | | $157,500.00 |
| 9004867-20 | GT NM, L.P. | | $157,500.00 |
| 9004867-21 | STRATEGIC VALUE MASTER FUND, LTD. | | $5,849,295.54 |
| 9004867-22 | STRATEGIC VALUE SPECIAL SITUATIONS | | $4,150,704.46 |
| 9004870 | TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY | | $23,062.50 |
| 9004873 | PALM TRAN INC/ATU LOCAL 1577 PENSION FUND | | $3,203.12 |
| 9004874 | TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY | | $45,070.31 |
| 9004916 | HOSPITAL AUTHORITY PROVIDENT FUND SCHEME PM-1881 | | $27,265.30 |
| 9004951 | UAL DIVERSIFIED BOND FUND | | $12,993.76 |
| 9004970 | ASB CAPITAL MANAGEMENT | | $508.59 |
| 9005033 | ASB CAPITAL MANAGEMENT | | $11,725.00 |
| 9005058 | PEPSI AMERICA DEFINED CONTRIBUTION MASTER TRUST | | $24,664.06 |
| 9005060 | TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY | | $19,218.75 |
| 9005080 | FLORIDA INSTITUTE OF TECHNOLOGY INC | | $6,726.50 |
| 9005108 | WELLS FARGO 401K PLAN STABLE VALUE FUND | | $32,265.62 |
| 9005158 | HALLMARK MASTER TRUST | | $88,750.00 |
| 9005159 | HALLMARK MASTER TRUST | | $96,875.00 |
| 9005160 | HALLMARK MASTER TRUST HZY6 | | $76,250.00 |
| 9005164 | ALABAMA TRUCKERS ASSOCIATION | | $3,843.75 |
| 9005257 | RIDGEWORTH CAPITAL MANAGEMENT INC | | $44,509.80 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9005337 | SUNAMERICA SERIES TRUST-TOTAL RETURN BOND PORTFOLIO | | $1,710.00 |
| 9005414 | KFW | | $500,000.00 |
| 9005439 | CITY OF FERGUS FALLS | | $2,562.50 |
| 9005440 | LEAGUE OF MINNESOTA CITIES INSURANCE TRUST | | $12,812.50 |
| 9005476 | TANNOR PARTNERS CREDIT FUND, LP | | $310,360.64 |
| 9005737 | SOUTHPAW KOUFAX, LLC | | $700,000.00 |
| 9005738 | WESTERN DIGITAL CORP | | $535,000.00 |
| 9005751 | GOLDMAN SACHS LENDING PARTNERS, LLC | | $19,912,988.76 |
| 9005751-1 | HOLYOKE FUNDING LLC | | $983,477.00 |
| 9005751-2 | COLUMBUS FUNDING LLC | | $3,275,432.00 |
| 9005751-3 | HILLSIDE FUNDING LLC | | $8,220,113.24 |
| 9005801 | JUGGERNAUT | | $831,400.00 |
| 9005885 | PIEDRA CAPITAL LTD | | $18,697.08 |
| 9006073 | MUNDER CAPITAL MANAGEMENT | | $14,882.29 |
| 9006307 | PENNSYLVANIA TRUST CO | | $5,109.88 |
| 9006372 | VONWIN CAPITAL MANAGEMENT, LP | | $31,058.29 |
| 9006999-1 | WILSON, CATHLEEN | | $84,947.90 |
| 9007151 | HUDSON CITY SAVINGS BANK | | $13,940,046.85 |
| 9007453 | LEHMAN BROTHERS-PREFERRED COMP PLAN | | $53,825.68 |
| 9008022 | OFI INSTITUTIONAL ASSET MANAGEMENT INC AND | | $47,507.03 |
| 9008024 | METROPOLITAN WEST ASSET MANAGEMENT LLC | | $0.00 |
| 9008025 | SECURITY LIFE OF DENVER INSURANCE CO | | $546,875.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Unsecured Allowed Amount |
|---|---|---|---|
| 9008026 | RELIASTAR LIFE INSURANCE COMPANY | | $328,125.00 |
| 9008065 | WELLINGTON MANAGEMENT COMPANY LLP | | $0.00 |
| 9008071 | STATE BOARD OF ADMINISTRATION OF FLORIDA ACTING ON BEHALF OF THE | | $809,881.81 |
| 9008074 | ROBECO INSTITUTIONAL ASSET MANAGEMENT BV ON BEHALF OF ROBECO CAPITAL | | $3,210,000.00 |
| 9008078 | THRIVENT MORTGAGE SECURITIES PORTFOLIO | | $0.00 |
| 9008083 | MESIROW FINANCIAL INVESTMENT MANAGEMENT INC, | | $15,000.00 |
| 9008104 | STERLING CAPITAL MANAGEMENT LLC | | $1,995.70 |
| 9008148 | TRADING SCREEN GLOBAL MARKETS | | $277,720.00 |
| 9008159 | CORNER BANCA SA | | $18,870.00 |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

## Schedule C – Unsecured Claims that are Unresolved or Currently Pending Before the Court
As of July 15, 2014

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9 | PAGANO, ERICA M. | | $79,292.88 | X |
| 23 | STRADLING YOCCA CARLSON & RAUTH | | $27,000.00 | |
| 25 | RECKAS, TERRY G. | | $100,000.00 | X |
| 34 | CUNNINGHAM, PATRICK | C | $50,000.00 | |
| 43 | COLACURCI, GLENN M | | $472,791.85 | X |
| 45 | KNIPP, JAMES | | $135,469.56 | X |
| 129 | CHARNEY, MR. LEON | | $1,100,000.00 | |
| 130 | PIZITZ, MICHAEL | | $41,505.00 | |
| 143 | COTA, ALBERTO | | $5,700.79 | |
| 164 | SCHWARTZ, JOSEPH F | | $158,496.24 | |
| 173 | MEHOS, STEPHEN | | $52,173.05 | |
| 181 | RIVERA, ANTHONY | C | $22,171.14 | X |
| 195 | TOBEY, EDWARD D. | | $14,558.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 196 | TOBEY, EDWARD D. | | $10,034.00 | |
| 221 | BAH, PATRICIA M. | C | $90,000.00 | X |
| 243 | DADASHEV, MARINA | C | $26,374.39 | X |
| 246 | MILLER ADVERTISING AGENCY, INC. | | $113,617.10 | X |
| 276 | SALM, MARY JANE | | $31,494.00 | |
| 277 | SALM, ANDREW AND MARY J. | | $2,046.00 | |
| 278 | LIERMANN, THOMAS G | | $255.42 | |
| 289 | JOHNSON, JEAN C | | $23,200.00 | |
| 296 | BREHENEY, MICHAEL J. | | $4,526.00 | |
| 342 | GRODENSKY, MAURICE A. | | $143,450.00 | X |
| 360 | FLEISCHER, GLORIA | | $166.22 | |
| 361 | FLEISCHER, GLORIA | | $2,843.04 | |
| 362 | FLEISCHER, HENRY | | $9,536.39 | |
| 363 | FLEISCHER, HENRY | | $2,888.66 | |
| 364 | MEHOS, STEPHEN | | $18,953.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 365 | ESTATE OF JAMES A. JOSEPH | C | $13,217.29 | |
| 416 | BISGAIER, PATRICIA L TTEE | | $152,617.50 | X |
| 555 | MORISANO, GLEN N. | | $572.91 | |
| 595 | HORTON, JEFFREY GAVIN | | $14,200.00 | |
| 626 | FULTON, THOMAS D | | $0.00 | X |
| 631 | TANNOR PARTNERS CREDIT FUND, LP | | $32,248.60 | |
| 665 | PONDT, DAVID R. | | $3,969,435.00 | X |
| 690 | MYER, HAZEL L. | | $230,000.00 | |
| 709 | SCHEIDECKER, ROSE | | $58,715.09 | |
| 711 | NAVARRA, RUTH A. | C | $26,774.00 | X |
| 719 | WEST VIRGINIA INVESTMENT MANAGEMENT BOARD | | $896.42 | |
| 737 | SEAMANS CAPITAL MGMT | | $1,768.26 | |
| 751 | APPLESTEIN, SHEILA AND | | $349,880.85 | |
| 773 | KHAN, ZAMEER H. | | $7,225.00 | X |
| 774 | KHAN, ZAMEER H. | | $69,889.35 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 784 | RUBINSTEIN, MAX | | $123,000.00 | X |
| 795 | GREEN, STACEY | | $0.00 | X |
| 800 | HALIFAX EES TRUSTEES INTERNATIONAL LIMITED | | $2,996.92 | |
| 804 | CHAN, LORI | C | $417,990.00 | X |
| 828 | ZEPPETELLI, LUIGI A | | $34,284.00 | X |
| 838 | MINSTERIS, SARA | | $271,663.00 | X |
| 840 | APPLESTEIN, SHEILA & ANDREW P CHESLER | | $1,475.00 | |
| 854 | FELLER, DANA A | C | $120,419.00 | X |
| 869 | LEHMAN BROTHERS FINANCE ASIA PTE LTD (IN CREDITORS VOLUNTARY LIQUIDA- | | $2,573,181.94 | X |
| 873 | HIGGS, JOSEPH A & MARIE C | | $5,856.07 | |
| 892 | CHRISTIE, STEVEN D. | C | $68,925.00 | X |
| 957 | BORDEN LADNER GERVAIS, LLP | | $124.14 | |
| 958 | BORDEN LADNER GERVAIS, LLP | | $537.93 | |
| 1010 | KNOWLTON, HAROLD G. II | C | $77,829.03 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 1046 | ABERNATHY, RICKY J. | | $120,000.00 | |
| 1065 | CANNEY, MICHAEL L | C | $3,616.22 | |
| 1083 | SOMMER, JACK | | $55,640.53 | |
| 1084 | FELLER, GREGORY D. | C | $925,579.00 | X |
| 1112 | LEHMAN BROTHERS COMMODITIES PTE. LTD. | | $0.00 | X |
| 1120 | VILLALON, ANTONIO AND NOGA | C | $10,000,000.00 | |
| 1224 | YOO, RONALD J. | | $423,580.00 | |
| 1226 | YOO, RONALD J. | | $22,500.00 | |
| 1235 | RAYMOND JAMES & ASSOCIATES, INCORPORATED | | $19,687.50 | |
| 1236 | KETTLER, KYLE R. | C | $350,000.00 | X |
| 1260 | DD GX CLARKE | | $3,531.56 | |
| 1272 | WHEELER, KEITH | C | $3,938.46 | |
| 1298 | GOLDSTEIN, GEORGE | | $92,803.20 | |
| 1326 | VEGESNA FAMILY TRUST | | $1,481,625.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 1327 | VEGESNA, RAJU AND BALA TTEES,VEGNESNA FAMILY TRUST DTD 10/6/2003 | | $2,390,418.60 | |
| 1337 | STIFEL NICOLAUS & CO. INC. | C | $543,735.74 | |
| 1339 | V. SUAREZ & COMPANY INC | | $179,531.44 | |
| 1507 | STALLONE, SAVINO A. | | $46,499.83 | X |
| 1541 | CRONIN, JAMES S. | C | $217,994.31 | |
| 1549 | CONNOLLY, THOMAS J | C | $4,035.48 | |
| 1553 | DIEMER, PIERRE R | | $59,285.77 | |
| 1557 | JERVIS, SHARON | | $0.00 | X |
| 1562 | BROWN, JONATHAN H. | C | $166,464.00 | X |
| 1573 | BLAKESLEE, THOMAS P. | | $1,500,000.00 | X |
| 1638 | LEHMAN BROTHERS ASIA HOLDINGS LIMITED (IN LIQUIDATION) | | $79,177,897.30 | X |
| 1639 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | | $64,179,620.33 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 1640 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | | $0.00 | X |
| 1641 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | | $0.00 | X |
| 1642 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED | | $17,948,529.00 | X |
| 1643 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED | | $0.00 | X |
| 1644 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED | | $0.00 | X |
| 1645 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED | | $0.00 | X |
| 1646 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | | $42,447.24 | X |
| 1647 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | | $589,118.24 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 1648 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | | $42,870,896.00 | X |
| 1649 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | | $591,865.32 | X |
| 1650 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | | $171,446.67 | X |
| 1651 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | | $17,455,272.87 | X |
| 1652 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | | $164,713.78 | X |
| 1653 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | | $59,704,635.07 | X |
| 1654 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | | $0.00 | X |
| 1655 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | | $0.00 | X |
| 1660 | FRANKLIN AMERICAN MORTGAGE COMPANY | | $475,312.19 | |
| 1667 | HEALTH PLAN, THE | | $5,757.81 | |
| 1676 | SALMANSOHN, GLORIA | | $37,758.00 | |
| 1677 | BEUNS, MERCHELEY | | $15,001.00 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 1678 | SOLOMON, PETER J. | | $400,000.00 | |
| 1692 | TRELLES, CAESAR A AND | C | $9,186.36 | |
| 1697 | CATALANO, JULIE ANN | | $11,682.68 | X |
| 1714 | BOOTHBY, RICHARD C. | | $750,000.00 | |
| 1751 | FOLK, MICHAEL J | | $30,344.77 | |
| 1802 | STONEHILL INSTITUTIONAL | | $17,999,742.62 | |
| 1803 | STONEHILL OFFSHORE PART LT | | $31,169,961.77 | |
| 1834 | VENEGAS, ROSA EMMA | | $0.00 | X |
| 1849 | UBS (UK) PENSION AND LIFE ASSURANCE SCHEME | | $43,007.82 | |
| 1851 | KENT, ELIZABETH AMANDA | C | $23,798.10 | |
| 1862 | RODRIGUEZ, KLEBER | C | $467,589.16 | |
| 1896 | BEXAR COUNTY | | $177,891.63 | |
| 1897 | BEXAR COUNTY | | $135,650.31 | |
| 1942 | RACE, ERIC | | $1,000,000.00 | X |
| 1956 | SCIANGULA, BARBARA J | C | $64,546.00 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 1965 | ORING, NANCY TTEE | | $243,491.50 | X |
| 1977 | JEFFERIES & COMPANY, INC. | | $14,394,741.27 | |
| 1991 1993 1995 | FYI LTD. OLIFANT FUND, LTD. FFI FUND LTD. | | $2,618,606.00 | |
| 1999 | MASON, ANDREW | C | $622,324.00 | |
| 2009 | DYNAMIC DEC'S CAP MGMT LTD | | $11,906,131.00 | |
| 2021 | FTN FINANCIAL CAPITAL MARKETS | | $948.37 | |
| 2022 | FTN FINANCIAL CAPITAL MARKETS | | $29,956.75 | |
| 2023 | FTN FINANCIAL CAPITAL MARKETS | | $1,235.84 | |
| 2029 | ROFOUGARAN, AHMADREZA (REZA) | | $898,345.00 | X |
| 2031 | ROOSEVELT & CROSS, INCORPORATED | | $59,164.83 | |
| 2050 | ROOSEVELT & CROSS, INCORPORATED | | $1,409.38 | |
| 2053 | PUTNAM INCOME FUND | | $15,328.98 | |
| 2057 | PULLING, THOMAS L. | | $51,401.00 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 2058 | PULLING, THOMAS L. | | $92,923.00 | X |
| 2061 | MAHLER, JAY M. | C | $166,121.59 | |
| 2070 | PUTNAM AMERICAN GOVERNMENT INCOME FUND | | $5,165.64 | |
| 2071 | O'MALLEY, TODD M. | | $472,500.00 | X |
| 2089 | HALLIBURTON COMPANY EMPLOYEE BENEFIT MASTER TRUST | C | $331,343.00 | |
| 2091 | HALLIBURTON COMPANY EMPLOYEE BENEFIT MASTER TRUST | C | $197,133.00 | |
| 2102 | SIEGEL, MORTON D. | | $32,680.55 | |
| 2103 | BERNATH, RYAN J. | C | $22,000.00 | |
| 2131 | LIQUIDITY SOLUTIONS, INC. | | $99,922.55 | X |
| 2148 | BSAM 183/STATE INSURANCE FUND | | $10,061.34 | |
| 2152 | BOARD OF THE PENSION PROTECTION FUND, THE | C | $91,406.00 | |
| 2159 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | | $11,907,664.76 | X |
| 2160 | BOUEF LIMITED | | $174,847.70 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 2161 | USALLIANCE FEDERAL CREDIT UNION | | $12,700.00 | |
| 2162 | LILITH VENTURES LTD | | $252,305.40 | X |
| 2187 | SHELTON, CHARLES B III | | $40,782.00 | X |
| 2213 | MERCED PARTNERS LP | | $2,851,595.74 | |
| 2216 | LYNCH, MARY A. | | $70,136.40 | X |
| 2233 | ERSOFF, BRETT | C | $5,800,000.00 | X |
| 2244 | EXPORT - IMPORT BANK OF CHINA, THE | | $14,476,239.14 | |
| 2249 | LANG, JOHN H. | | $58,000.00 | X |
| 2264 | PUTNAM U.S. GOVERNMENT INCOME TRUST | | $22,214.31 | X |
| 2281 | KUNZ, ROBERT F | C | $330,188.57 | X |
| 2285 | GEORGE PUTNAM FUND OF BOSTON, THE | | $22,226.69 | X |
| 2287 | PUTNAM DIVERSIFIED INCOME TRUST | C | $1,659,375.00 | X |
| 2291 | SCHRODER SERIES TRUST - TOTAL RETURN FIXED INCOME FUND | | $86,371.87 | X |
| 2292 | SCHRODER INTERNATIONAL SELECTION FUND ABSOLUTE RETURN BOND | | $29,467.97 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 2350 | PICKHOLZ, JEROME W. | | $16,094.09 | |
| 2358 | PUTNAM VARIABLE TRUST - PUTNAM VT INCOME FUND | | $13,596.68 | X |
| 2391 | PALOMA INDUSTRIES, LTD. | | $0.00 | |
| 2398 | RIVERSOURCE DIVIDEND OPPORTUNITY FUND | C | $37,851.89 | X |
| 2402 | FUND 2183 FTIF FRANKLIN MUTUAL GLOBAL DISCOVERY FUND | | $47,949.30 | |
| 2404 | FUND 666 MUTUAL FINANCIAL SERVICES | | $150,853.37 | |
| 2405 | FUND 4845 FTVIP MUTUAL DISCOVERY | | $158,623.97 | |
| 2407 | FUND 432 MUTUAL DISCOVERY | | $1,396,112.06 | |
| 2416 | FUND 11914 FTIF FRANKLIN TEMPLETON GLOBAL FUNDAMENTAL STRATEGIES FUND | | $3,881.43 | |
| 2431 | SOMMA, GREGG | C | $120,563.00 | X |
| 2445 | METROPOLITAN SERIES FUND, INC. | C | $652,091.00 | |
| 2496 | RAILWAYS PENSION TRUSTEE COMPANY LIMITED | C | $3,763,773.00 | X |
| 2504 | RETIREMENT PLAN FOR EMPLOYEES OF AETNA INC. | C | $182,113.00 | |
| 2525 | RIVERSOURCE PARTNERS SMALL CAP VALUE FUND | C | $107,087.81 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 2534 | METROPOLITAN SERIES FUND, INC. | C | $734,497.00 | |
| 2540 | LM US BOND CORE PLUS MOTHER FUND | C | $208,948.00 | |
| 2567 | IBM RETIREMENT PLAN | C | $2,050,945.00 | |
| 2588 | SCHERING-PLOUGH RETIREMENT TRUST | C | $147,125.00 | |
| 2594 | KOREA INVESTMENT CORPORATION | C | $520,313.00 | |
| 2599 | SAAB AUTOMOBILE KONCERNENS GEMENSAMMA PENSIONSSTIFTELSE | C | $0.00 | |
| 2600 | OIL INVESTMENT CORPORATION, LTD. | C | $74,086.00 | |
| 2624 | RIVERSOURCE VARIABLE PORTFOLIO - DIVERSIFIED EQUITY INCOME FUND | C | $91,760.56 | X |
| 2625 | RIVERSOURCE PARTNERS INTERNATIONAL SELECT GROWTH FUND | C | $82,260.60 | X |
| 2627 | TEXAS COUNTY & DISTRICT RETIREMENT SYSTEM | C | $1,392,188.00 | |
| 2633 | METROPOLITAN LIFE INSURANCE COMPANY | C | $1,093,997.00 | |
| 2640 | TEXAS COUNTY & DISTRICT RETIREMENT SYSTEM | C | $78,430.00 | |
| 2650 | UNITED FOOD & COMMERCIAL WORKERS | C | $292,947.00 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 2651 | RIVERSOURCE STATEGIC ALLOCATION FUND | C | $151,022.14 | X |
| 2652 | THREADNEEDLE VARIABLE PORTFOLIO | C | $1,299,260.75 | X |
| 2653 | RIVERSOURCE PARTNERS SMALL CAP EQUITY FUND | C | $107,803.20 | X |
| 2654 | RIVERSOURCE SMALL COMPANY INDEX FUND | C | $265,471.39 | X |
| 2655 | RIVERSOURCE PARTNERS VARIABLE PORTFOLIO | C | $224,829.79 | X |
| 2656 | RIVERSOURCE DIVERSIFIED EQUITY INCOME FUND | C | $177,352.82 | X |
| 2657 | OREGON PUBLIC EMPLOYEES RETIREMENT FUND | C | $5,337,543.00 | |
| 2659 | INVESCO GROUP TRUST FOR RETIRMENT SAVINGS | C | $910,377.00 | |
| 2673 | PFIZER, INC. MASTER TRUST | C | $329,594.00 | |
| 2679 | ANDERSEN CORPORATION EMPLOYEES' | C | $86,857.00 | |
| 2683 | RETIREMENT SYSTEM OF THE TENNESSEE VALLEY AUTHORITY | C | $312,850.00 | |
| 2688 | CONSULTING GROUP CAPITAL MARKET FUNDS | C | $262,969.00 | |
| 2690 | STATE RETIREMENT & PENSION SYSTEM OF MARYLAND | C | $5,911,142.00 | |
| 2701 | LONDON ELECTRICITY GROUP TRUSTEE LIMITED | C | $28,906.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 2709 | KELLOGG COMPANY RETIREE EMPLOYEES' | C | $78,930.00 | |
| 2717 | LAND ROVER PENSION TRUSTEES LIMITED | C | $11,719.00 | |
| 2733 | ILLINOIS MUNICIPAL RETIREMENT FUND | C | $875,358.00 | |
| 2734 | HALLIBURTON COMPANY EMPLOYEE BENEFIT MASTER TRUST | C | $52,430.00 | |
| 2745 | RETIREMENT SYSTEM OF THE TENNESSEE VALLEY AUTHORITY | C | $156,287.00 | |
| 2757 | GOYAL, ANSHUMAN | C | $4,176,740.27 | X |
| 2769 | SOUTHERN CALIFORNIA EDISON COMPANY RETIREMENT PLAN TRUST | C | $130,377.00 | |
| 2785 | PAGANO, CARMINE J | C | $526,599.39 | X |
| 2802 | RETIREMENT SYSTEM OF THE TENNESSEE VALLEY AUTHORITY | C | $130,228.00 | |
| 2822 | BAHA'I WORLD CENTRE | C | $17,922.00 | |
| 2844 | BANC OF AMERICA CREDIT PRODUCTS, INC. | C | $51,659.00 | |
| 2850 | INTERNATIONAL PAPER PENSION TRUST | C | $861,611.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 2876 | JOSEPH L SOLOMON TRUST | | $45,127.00 | |
| 2877 | SOLOMON, JOSEPH L. | | $20,151.00 | |
| 2879 | SOLOMON, JOSEPH - TTEE | | $3,748.09 | |
| 2880 | SOLOMON, JOSEPH - TTEE | | $17,993.00 | |
| 2881 | MAGEN SOLOMON 2ND IRREV TRU | | $5,984.85 | |
| 2882 | THE MAGEN SOLOMON 1994 TRUST | | $49,593.00 | |
| 2883 | JOSEPH SOLOMON TRUST | | $20,151.00 | |
| 2886 | FRAZIER, FRENCH B., JR | C | $26,071.61 | |
| 2893 | OIL INVESTMENT CORPORATION, LTD. | C | $268,618.00 | |
| 2897 | CAPUANO, PAUL AND CHRISTINE | | $13,453.39 | |
| 2898 | CAPUANO, CHRISTINE | | $25,885.77 | |
| 2899 | CAPUANO, CHRISTINE | | $35,175.45 | |
| 2900 | CAPUANO, PAUL AND CHRISTINE | | $10,019.36 | |
| 2911 | CAPUANO, PAUL AND CHRISTINE | | $66,485.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 2923 | GENERAL BOARD OF GLOBAL MINISTRIES UMC GENERAL FUND | | $1,566.79 | |
| 2924 | GENERAL BOARD OF GLOBAL MINISTRIES UMC ENDOWMENT FUND | | $5,259.96 | |
| 2925 | BEAR CREEK ASSET MAANGEMENT, LLC | | $16,133.33 | |
| 2934 | GOLDMAN SACHS ASSET MGMT | | $3,437.50 | |
| 2948 | STEINFEST, FRANCEEN F/B/O | | $20,000.00 | |
| 2950 | LATCHMAN, MICHAEL | C | $76,310.19 | X |
| 2954 | AMEREN UE QUAL NDT FERC | | $3,940.43 | |
| 2955 | LABATT MASTER U.S. PENSION TRUST | | $14,343.15 | |
| 2958 | UUBVI LTD/UUIC CO. (VSC-RAC) | | $6,278.91 | |
| 2973 | IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM | C | $4,946,435.00 | |
| 2995 | F/B/O FRANCEEN STEINFEST | | $108,000.00 | |
| 3015 | EB ACTIVE 1-5 YEAR GOVERNMENT CREDIT FUND | | $139,582.80 | |
| 3028 | INDUSTRY & LOCAL 338 WELFARE FUND | | $4,570.89 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 3029 | AMEREN UE QUAL NDT MISSOURI | | $137,757.38 | |
| 3030 | KEW MANAGEMENT CORPORATION | | $8,668.94 | |
| 3035 | PETRUCELLI, MICHAEL J. | | $542,884.74 | X |
| 3035-1 | PETRUCELLI, MICHAEL J. | C | $44,885.56 | |
| 3036 | GLG PARTNERS LP FOR | | $3,500,000.00 | |
| 3046 | TISCHHAUSER, KATALIN | C | $762,842.00 | X |
| 3104 | BROWN, MELVILLE M., JR | C | $372,372.99 | |
| 3133 | BLK 2001 GRAT | | $46,863.53 | |
| 3134 | NER TZION FOUNDATION | | $13,619.13 | |
| 3139 | STEINFEST, ROGER G (FBO) | | $100,000.00 | |
| 3146-1 | CVETANOVIC, ZARKO | | $16,153.85 | |
| 3168 | BVSA SOC DEP CONSULTATIO | | $815,293.80 | |
| 3170 | BEAR CREEK HOLDINGS INC. | | $41,639.99 | |
| 3175 | MITSUBISHI UFJ TRUST & BANKING CORPORATION (U.S.A.), AS AGENT | | $1,113,891.89 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 3229 | WELCH, MICHAEL GODFREY | C | $115,437.66 | X |
| 3246 | SEI, INC. | | $79,400,000.00 | X |
| 3247 | AMERICAN SIGNATURE, INC. | | $71,300,000.00 | X |
| 3253 | DYER, ROBERT C. | C | $188,557.20 | X |
| 3260 | FINN, NICHOLAS B. | C | $102,884.00 | X |
| 3265 | HEPPE, JURGEN S | | $82,881.59 | X |
| 3287 | UNIVERSITY OF COLORADO | C | $156,523.00 | |
| 3305 | ROCHE US DB PLANS MASTER TRUST | C | $636,460.00 | |
| 3312 | BRODSKY, LOUISE | | $5,958.55 | X |
| 3339 | KORNETT, CRAIG | | $133,699.72 | X |
| 3367 | KAPLAN, JACK A | C | $47,641.14 | |
| 3407 | STATE BOARD OF ADMINISTRATION | C | $106,014,416.26 | X |
| 3414 | REAMS BOP | | $320,139.06 | |
| 3438 | NASI, JONH R. & JOAN F., TTEES | | $3,869.00 | |
| 3444 | GASPARRO, PAUL | C | $900,568.01 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 3450 | GASPARRO, PAUL | C | $195,668.06 | X |
| 3457 | FRIED, ARTHUR W. | | $2,964,000.00 | |
| 3464 | SCOTT LOGIC LTD. | | $370,328.22 | X |
| 3468 | TANNOR PARTNERS CREDIT FUND, LP | C | $175,000.00 | X |
| 3519 | CARTY, STEPHEN F. | | $10,000,000.00 | X |
| 3540 | STERNLIEB, ALAN | | $175,203.41 | |
| 3557 | ATTESTOR VALUE MASTER FUND L.P. | | $1,673,335.78 | |
| 3561 | CVF LUX MASTER S.A.R.L. | | $3,046,671.77 | |
| 3563 | PEGASUS TRANSPORT SERVICE, INC. | | $59,885.98 | X |
| 3564 | PEGASUS TRANSPORT SERVICE, INC. | | $6,349.82 | X |
| 3604 | TITANIUM MANAGEMENT | C | $750,079.05 | |
| 3643 | BENYO, BRIAN & DEBORAH | | $54,717.76 | |
| 3666 | BLAKELY, KAREN E. | C | $314,483.59 | X |
| 3674 | VERGHESE, P. MATHEW | C | $358,082.19 | X |
| 3685 | FIRST FEDERAL OF CHARLESTON | | $22,500.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 3719 | GOLDFARB, DAVID | C | $17,500,000.00 | |
| 3751 | HABER, SANFORD A | C | $150,000.00 | |
| 3752 | HABER, SANFORD A | | $700,000.00 | |
| 4155 | ALLEN & OVERY LLP | | $2,361.43 | |
| 4167 | REDER, FRANCES & ROSEMARY | C | $50,000.00 | |
| 4181 | MERIDIAN COMP OF NEW YORK, INC. | | $472,432.48 | X |
| 4185 | FRAZAO, ROBERTO | | $164,191.00 | X |
| 4218 | PETERS, RICHARD | | $34,284.18 | X |
| 4238 | COOK, LESLIE | | $283,667.50 | X |
| 4271 | CREDENCIAL ARGENTINA SA | | $170,470,587.72 | X |
| 4279 | COOPER REALTY INVESTMENTS, INC. | | $232.84 | |
| 4304 | ESSEX EQUITY HOLDINGS USA, LLC | | $285,650,000.00 | |
| 4305 | US AIRWAYS, INC. | | $134,550,000.00 | |
| 4312 | RODGERS, CATHERINE M. | C | $10,950.00 | X |
| 4319 | COMERICA BANK | | $1,230,841.12 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 4329 | MONAHAN, BRIAN WILLIAM | C | $16,420,000.00 | X |
| 4360 | DNB NOR MARKETS, INC. | | $3,288,717.43 | X |
| 4390 | NORCROSS, WILLIAM C AND SUSAN E. | | $500,000.00 | |
| 4415 | CONTRARIAN FUNDS, LLC | | $180,380.00 | X |
| 4470 | JUDKINS, WAYNE | | $2,800,000.00 | X |
| 4509 | KANE, JEANNE | C | $154,896.00 | |
| 4510-1 | ENDLAR, STEPHEN P. | C | $55,000.00 | |
| 4511 | FINANCIAL SECURITY ASSURANCE INC. | | $103,771.00 | X |
| 4516 | BRITO, ROBERT M. | C | $15,183.30 | |
| 4531 | KEKST AND COMPANY INCORPORATED | | $514,374.17 | X |
| 4542 | BERGIN, ANDREW W. | | $293,000.00 | X |
| 4546 | ORTEGON, MARY | C | $500,000.00 | X |
| 4547 | HIGHLAND FLOATING RATE ADVANTAGE FUND | | $481,788.00 | |
| 4548 | HIGHLAND FLOATING RATE FUND | | $418,212.00 | |
| 4550 | WITTEN, RICHARD E. | | $1,869,953.80 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 4577 | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) | | $1,969,557.00 | X |
| 4578 | EDDI, ELY | | $62,855.23 | |
| 4579 | EDDI, ELY | | $248,900.00 | X |
| 4580 | DAVIS POLK & WARDELL | | $2,724,856.14 | |
| 4582 | SABELLA, RICHARD J. | | $1,500,000.00 | X |
| 4583 | FORD MOTOR COMPANY DEFINED BENEFIT MASTER TRUST | C | $2,105,340.68 | |
| 4590 | LEHMAN BROTHERS SINGAPORE PTE LTD | | $0.00 | X |
| 4591 | LEHMAN BROTHERS PTE LTD | | $871,596.00 | X |
| 4622 | WING LUNG BANK LIMITED | | $1,668,200.00 | |
| 4623 | ERRECONDO, SALAVERRI, DELLATORRE, GONZALEZ & BURGIO | | $25,591.50 | X |
| 4625 | LILL, EDWARD J., ESTATE OF | | $3,889,728.69 | |
| 4634 | FTN FINANCIAL CAPITAL MARKETS | | $21,875.00 | |
| 4646 | BOUCHER, DAVID F. | | $9,059.35 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 4648 | PRECISION ENGRAVING COMPANY | | $43,455.03 | X |
| 4651 | KOCH, GERTRUDE B. | C | $89,440.00 | X |
| 4656 | KUWAIT INVESTMENT AUTHORITY | | $43,976.57 | |
| 4678 | SALAME, ROY J. | | $5,800,000.00 | X |
| 4679 | FRASE, JEFFREY | | $7,800,000.00 | X |
| 4682 | CREDIT SUISSE INTERNATIONAL | | $1,880,367.00 | |
| 4683 | CREDIT SUISSE SECURITIES (USA) LLC | C | $5,755,045.74 | |
| 4684 | CREDIT SUISSE | C | $17,121,416.18 | |
| 4686 | CALHOUN, JOHN W. III | | $200,000.00 | |
| 4696 | SILVER POINT CAPITAL FUND, L.P. | | $75,944.73 | |
| 4697 | SILVER POINT CAPITAL OFFSHORE FUND, LTD. | | $118,785.33 | |
| 4698 | SIECZKOWSKI, WALTER J. | C | $916,878.00 | |
| 4705 | MCCANN, JOHN | E | $149,027.48 | X |
| 4708 | COLBY, MELVYN J. | | $55,749.12 | |
| 4714 | KUWAIT INVESTMENT AUTHORITY | | $259,531.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

C-26

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 4716 | KUWAIT INVESTMENT AUTHORITY | | $10,468.75 | |
| 4718 | KUWAIT INVESTMENT AUTHORITY | | $990,804.31 | |
| 4737 | CHILDREN'S HEALTHCARE OF ATLANTA, INC. | | $0.00 | |
| 4753 | NOMURA SECURITIES CO., LTD. | | $46,475.00 | |
| 4755 | TRIZEC WESTWOOD CENTER, LLC | C | $230,968.26 | |
| 4769 | LUDWIG, LINDA | C | $671,156.25 | |
| 4775 | MARCUS, LISA | C | $2,329,200.00 | |
| 4776 | BANK OF KOREA | | $67,375.00 | |
| 4778 | METROPOLITAN LIFE INSURANCE COMPANY | | $96,315.61 | |
| 4786 | RANDLE, CHRISTIAN J. AND MOLLY E. | | $633,757.20 | X |
| 4797 | EUROPEAN BANK FOR RECONSTRUCTION AND DEVELOPMENT | | $29,532.00 | |
| 4799 | EUROPEAN BANK FOR RECONSTRUCTION AND DEVELOPMENT | | $11,732.00 | |
| 4803 | NORTHERN TRUST COMPANY, THE | C | $51,630.85 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 4808 | LESIN, ALEXANDER | | $2,800,000.00 | X |
| 4809 | JOHNSON, HEIDI | | $225,137.37 | X |
| 4821 | MIZUHO TRUST & BANKING CO. (USA) AS AGENT FOR COMMINGLED PENSION | | $2,370,604.29 | X |
| 4822 | SUNGARD SYSTEMS INTERNATIONAL INC | C | $90,414.43 | X |
| 4825 | LANE, JEFFREY B. | | $5,750,000.00 | |
| 4827 | CESKOSLOVENSKA OBCHODNA BANKA, A.S. | | $4,602,457.37 | |
| 4842 | JPMORGAN CHASE BANK,  N.A. AS AGENT F/B/O HISTORIC HUDSON VALLEY | | $0.00 | |
| 4845 | ALLIED IRISH BANKS, P.L.C | | $450,000.00 | |
| 4851 | BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE | | $42,000,000.00 | |
| 4854 | BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE | | $9,499.70 | |
| 4856 | 1EE LLC, AS ASSIGNEE | C | $83,998,440.00 | X |
| 4859 | HENRY, EMIL W. JR. | | $1,500,000.00 | |
| 4866 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | | $4,314,209.86 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 4878 | ING BANK SLASKI S.A. | | $21,354,000.00 | |
| 4879 | ING BELGIUM SA | | $10,477.70 | |
| 4898 | PUERTO RICO AAA PORTFOLIO BOND FUND II, INC. | | $1,106,192.64 | |
| 4906 | SCHRIMSHER, RICK | | $725,000.00 | |
| 4911 | INTESA SANPAOLO S.P.A. | | $12,693.56 | |
| 4921 | DEUTSCHE BANK AG, LONDON BRANCH | | $2,793,387.43 | |
| 4922 | SHAPIRO, JULIE R. | C | $150,000.00 | X |
| 4925 | FULD, RICHARD S. JR. | | $150,000.00 | |
| 4926 | TRADEWEB NEWMARKETS LLC | | $16,403.69 | |
| 4927 | TRADEWEB MARKETS LLC | | $1,342,817.50 | |
| 4932 | AMALGAMATED BANK OF CHICAGO, AS TRUSTEE | | $5,048,461.64 | |
| 4934 | NORTHUMBRIAN MANAGEMENT, L.L.C. | C | $23,328,923.11 | X |
| 4943 | LEHMAN BROS. INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | C | $0.00 | |
| 4944 | FORTIS SECURITIES LLC | | $7,252,514.80 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 4945 | FORTIS SECURITIES LLC | C | $1,031,296.00 | |
| 4958 | FLANNERY, JOSEPH | C | $1,271,636.67 | |
| 4969 | PALOMA SECURITIES L.L.C. | C | $171,374.47 | |
| 4970 | CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | | $38,833,224.93 | |
| 4970-1 | CCP CREDIT ACQUISITION HOLDINGS, LLC | | $71,897,385.07 | |
| 4986 | BNP PARIBAS | | $5,429,699.00 | |
| 4987 | BNP PARIBAS SECURITIES CORP. | C | $4,578,514.19 | |
| 4988 | MORGAN STANLEY & CO. INCORPORATED | | $24,745,881.34 | |
| 5017 | WILKINSON, DONALD M., JR. | | $74,237.16 | |
| 5019 | MORGAN STANLEY & CO. INCORPORATED | | $0.00 | |
| 5026 | WHITE, TIMOTHY O. | | $1,493.32 | |
| 5027 | SEIFERT, JUDITH | | $64,737.36 | |
| 5029 | NORDEN, CAROLINE | | $7,996.96 | |
| 5035 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | C | $35,521.01 | |

1.   Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.   Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.   This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.   Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 5037 | NOMURA FIN SERVICES (INDIA) PRIVATE LIMITED (FORMERLY KNOWN AS | C | $1,942,489.00 | |
| 5038 | GREGORY, JOSEPH | | $700,000.00 | |
| 5049 | VIRGINIA RETIREMENT SYSTEM | | $3,244,163.68 | |
| 5055 | UVINO, WENDY M. | C | $631,881.57 | X |
| 5056 | UVINO, WENDY M. | | $283,307.69 | X |
| 5094 | RIJ INTERNATIONAL EQUITY | | $3,470.30 | |
| 5106 | SHI, ZHIYONG | C | $336,605.00 | X |
| 5120 | NORGES BANK | C | $15,565,068.00 | |
| 5125 | BANK OF MONTREAL | | $2,652,278.00 | |
| 5126 | NABCAPITAL SECURITIES, LLC FORMERLY NATIONAL AUSTRALIA CAPITAL MARKETS | | $0.00 | X |
| 5127 | NAB CAPITAL SECURITIES, LLC | | $7,195,399.57 | X |
| 5128 | BMO CAPITAL MARKETS CORP. | | $0.00 | X |
| 5129 | BMO NESBITT BURNS, INC. | | $990.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 5131 | BMO NESBITT BURNS, INC. | | $80,894.40 | |
| 5133 | BMO CAPITAL MARKETS CORP. | | $4,354,828.13 | X |
| 5134 | LEHMAN BROTHERS SECURITIES PRIVATE LIMITED | | $0.00 | |
| 5135 | LEHMAN BROTHERS ADVISERS PRIVATE LIMITED | | $0.00 | |
| 5180 | GOLDMAN SACHS & CO. | | $325,428.07 | X |
| 5182 | OPTIONS CLEARING CORPORATION, THE | | $80,850,000.00 | |
| 5194 | FLIEDNER, COREY | C | $59,436.72 | |
| 5196 | MILLENCO LLC | | $2,535,067.84 | X |
| 5256 | KULP, WILLIAM F. | | $95,000.00 | X |
| 5271-1 | UBS SECURITIES LLC | | $30,230,984.00 | X |
| 5275 | UBS FINANCIAL SERVICES INC. | C | $187,000,000.00 | X |
| 5292 | EISENBERG, IRWIN | | $182,766.00 | X |
| 5295 | WESTERN NATIONAL REALTY FUND II, L.P. AND CERTAIN SUBSIDIARIES, ETC. | C | $750,000.00 | |
| 5304 | INSTINET INCORPORATED, ON ITS OWN BEHALF AND ON BEHALF OF CERTAIN OF | | $0.00 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 5308 | FRIEDMAN, STEPHEN J. | | $4,756,000.00 | |
| 5325 | HIGHMARK CALIFORNIA TAX-FREE MONEY MARKET FUND | | $148,548.60 | |
| 5374 | HSBC SECURITIES (USA) INC. | | $15,000,000.00 | |
| 5379 | CITIGROUP GLOBAL MARKETS INC. | | $1,129,000.00 | |
| 5444 | CITIGROUP GLOBAL MARKETS INC. | | $0.00 | |
| 5451 | CREDIT SUISSE SECURITIES (USA) LLC | | $42,855.46 | |
| 5452 | LLOYDS TSB BANK PLC | | $25,050,861.11 | |
| 5463 | FIDELITY PURITAN TRUST: FIDELITY LOW-PRICED STOCK FUND | | $288.09 | |
| 5488 | VERIZON COMMUNICATIONS INC. SMALL CAP ACCOUNT | | $847.82 | |
| 5490 | OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM | | $5,747.36 | |
| 5495 | STATE OF FLORIDA, OFFICE OF THE TREASURER | | $349,312.50 | |
| 5497 | FIDELITY CENTRAL INVESTMENT PORTFOLIOS II LLC | | $615,514.17 | |
| 5499 | DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC | | $9,962,500.00 | |
| 5504 | LEHMAN RE LTD | | $0.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 5514 | DRESDNER BANK AG (NOW COMMERZBANK AG) | | $42,863,220.00 | |
| 5537 | LEHMAN BROTHERS TREASURY CO B.V. | | $2,555,000.00 | |
| 5539 | ACUMEN FUND, INC. | | $465,950.00 | |
| 5546 | CITIGROUP GLOBAL MARKETS INC. | C | $200,000.00 | |
| 5555 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | C | $0.00 | |
| 5557 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | C | $1,500,000.00 | |
| 5561 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | | $1,500,000.00 | |
| 5562 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | C | $1,500,000.00 | |
| 5564 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | C | $175,859.56 | |
| 5565 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | C | $3,366,000.00 | |
| 5567 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ET AL. | C | $0.00 | X |
| 5568 | AURORA BANK FSB F/K/A LEHMAN BROTHERS BANK, FSB | C | $13,076,019.52 | |
| 5570 | CITIGROUP GLOBAL MARKETS INC. ET AL | C | $0.00 | X |
| 5575 | FLORIDA DEPARTMENT OF FINANCIAL SERVICES | | $84,843.75 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 5610 | SZTUDEN, MARK | C | $1,125,000.00 | |
| 5614 | CVIC LUX MASTER S.A.R.L. | C | $1,153,740.70 | |
| 5616 | LA BELLE, ANTOINETTE E. | C | $274,320.00 | X |
| 5624 | MORTGAGE GUARANTY INSURANCE CORPORATION | | $300,000,000.00 | X |
| 5626 | PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, ET AL. | | $550,000.00 | |
| 5627 | ARKANSAS TEACHERS RETIREMENT SYSTEM | | $5,200,000.00 | |
| 5628 | PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS | | $14,900.25 | |
| 5629 | PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI | | $5,600,000.00 | |
| 5635 | DEUTSCHE BANK AG, LONDON BRANCH | | $3,861,211.42 | |
| 5637 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED & OTHERS | C | $0.00 | X |
| 5639 | NORDEA BANK FINLAND PLC | C | $11,601,396.01 | |
| 5640 | WELLS FARGO BANK, MINNESOTA, N.A. | C | $14,366.81 | |
| 5643 | HARRY C. MOORE TRUST, DATED 5/19/1986 | | $1,878,037.44 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 5644 | NEU FOUNDATION OF CALIFORNIA | | $1,657,138.63 | |
| 5645 | NEU, AMY PATRICIA | | $14,979,069.16 | |
| 5646 | UBS SECURITIES LLC | | $540,000.00 | X |
| 5649 | GENERAL ORE INTERNATIONAL CORPORATION LTD. | | $66,993,676.14 | |
| 5650 | NEU HOLDINGS CORPORATION | | $34,252,883.44 | |
| 5659 | CITIGROUP GLOBAL MARKETS INC. AND OTHERS | C | $0.00 | X |
| 5667 | THE WILLIAMS CAPITAL GROUP, L.P. | | $959,270.38 | X |
| 5668 | WACHOVIA CAPITAL MARKETS, LLC | | $0.00 | X |
| 5672 | SANTANDER INVESTMENT SECURITIES, INC. | | $5,942,465.00 | X |
| 5673 | NATIONAL FINANCIAL SERVICES LLC | | $1,113,249.05 | X |
| 5674 | MORGAN STANLEY & CO. INC. | | $30,880,122.00 | X |
| 5676 | ING FINANCIAL MARKETS LLC | | $9,062,818.00 | X |
| 5677 | A.G. EDWARDS & SONS, INC. | | $0.00 | X |
| 5678 | ANZ SECURITIES, INC. | | $7,109,446.20 | X |
| 5681 | BBVA SECURITIES, INC. | | $15,723,067.00 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 5682 | BNY MELLON CAPITAL MARKETS, LLC | | $22,594,451.22 | X |
| 5683 | CABRERA CAPITAL MARKETS, LLC | | $500,000.00 | X |
| 5684 | CITIGROUP GLOBAL MARKETS INC. | | $51,030,962.00 | X |
| 5700 | UBS SECURITIES, LLC | | $100,000.00 | |
| 5701 | UBS SECURITIES, LLC | | $292,000.00 | |
| 5702 | HOBLIN, PHILIP J. JR | | $422,205.48 | |
| 5715 | GOLDMAN, SACHS & CO. | | $598,642.48 | X |
| 5719 | GOLDMAN, SACHS & CO. | | $1,024,129.23 | |
| 5720 | GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE LTD | | $277,297.00 | |
| 5731 | LEHMAN RE LTD. | | $0.00 | |
| 5736 | BLOOMBERG L.P., BLOOMBERG FINANCE L.P., AND THEIR AFFILIATES | C | $18,522,000.00 | |
| 5737 | NATIONAL AUSTRALIA BANK LIMITED | | $0.00 | X |
| 5738 | NATIONAL AUSTRALIA BANK LIMITED | | $0.00 | X |
| 5740 | WELLS FARGO BANK, N.A. | | $329.53 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 5741 | WELLS FARGO BANK, N.A. | | $8,404.20 | X |
| 5742 | WELLS FARGO BANK, N.A. | | $11,000.00 | X |
| 5744 | QWEST CORPORATION | | $43,708.84 | X |
| 5745 | BLUEBAY STRUCTURED FUNDS: EMERGING MARKET PORTABLE ALPHA FUND | | $70,071.19 | |
| 5746 | GLG PARTNERS LP | | $2,410,662.78 | |
| 5750 | MOSS, JANICE K. | | $68,272.02 | |
| 5752 | RBC DOMINION SECURITIES INC. | | $476,118.74 | |
| 5759 | OPPENHEIMER & CO. INC. | | $3,827.00 | X |
| 5760 | RBC CAPITAL MARKETS CORPORATION FOR ITSELF AND AS SUCCESSOR IN INTREST | | $9,294,373.97 | X |
| 5762 | BROCKTON CONTRIBUTORY RETIREMENT SYSTEM | | $5,111,082.00 | |
| 5764 | ONTARIO TEACHERS' PENSION PLAN BOARD | | $4,765,666.00 | |
| 5765 | ONTARIO TEACHERS' PENSION PLAN BOARD | | $33,055,555.00 | |
| 5769 | GOLDMAN, SACHS & CO. | | $11,030,216.82 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 5780 | ING FINANCIAL MARKETS LLC | | $17,610.00 | X |
| 5818 | A.G. EDWARDS & SONS INC. | | $62,000.00 | X |
| 5820 | CITIGROUP GLOBAL MARKETS INC. | | $325,000.00 | X |
| 5823 | MARSHALL & ILSLEY TRUST COMPANY N.A. AS AGENT | | $174,756.53 | |
| 5835 | MARSHALL & ILSLEY INVESTMENT MANAGEMENT | | $30,181.83 | |
| 5838 | WELLS FARGO BANK MINNESOTA, N.A. | C | $23,117.38 | |
| 5841 | SUNTRUST ROBINSON HUMPHREY, INC. | | $23,551,691.83 | X |
| 5845 | GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY | C | $14,074.50 | |
| 5851 | LEHMAN BROTHERS EUROPE LIMITED (IN ADMINISTRATION) | C | $21,230,000.00 | |
| 5859 | CB RICHARD ELLIS, INC. | | $995,242.49 | |
| 5874 | FULBRIGHT & JAWORSKI L.L.P. | | $88,700.65 | |
| 5914 | RAYMOND JAMES & ASSOCIATES, INC. | | $75,076.00 | X |
| 5919 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | | $2,313,018.90 | |
| 5922 | BROOKFIELD PROPERTIES ONE WFC CO. LLC | | $8,064,986.02 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 5926 | ROYAL BANK OF SCOTLAND, PLC, THE | | $40,023,040.00 | |
| 5931 | ABN AMRO BANK N.V. | | $0.00 | |
| 5934 | LEHMAN BROTHERS BANKHAUS AG | C | $329,561.36 | X |
| 5953 | ECKERT, CATHERINE A. | C | $100,000.00 | X |
| 5958 | HESS CORPORATION | C | $694,135.00 | |
| 5968 | MIZUHO SECURITIES USA INC. | C | $1,084,893.00 | X |
| 5969 | LEHMAN BROTHERS EUROPE LIMITED (IN ADMINISTRATION) | | $0.00 | |
| 5973 | CHARLES SCHWAB & CO., INC. | C | $2,588,420.00 | X |
| 5975 | CITIGROUP GLOBAL MARKETS INC., AND OTHERS | C | $0.00 | X |
| 5982 | BAUPOST PRIVATE INVESTMENTS BVIV-1, L.L.C. | | $1,200,000.00 | |
| 5983 | RLT HOLDINGS 2008-2, LLC | | $17,000,000.00 | |
| 5986 | STATE STREET BANK AND TRUST COMPANY | | $413,955.00 | |
| 5989 | MORGAN STANLEY & CO. INCORPORATED | | $0.00 | |
| 5990 | TALISH, MARVIN W. | | $61,598.71 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 6004 | HSBC INKA | | $214,710.66 | |
| 6005 6009 | CRUIKSHANK, THOMAS H. BERLIND, ROGER | | $555,000.00 | |
| 6022 | WELLS FARGO SECURITIES, LLC | | $54,285,542.00 | X |
| 6034 | FIDELITY PURITAN TRUST: FIDELITY BALANCED FUND | | $789,667.29 | |
| 6035 | KAPLAN, ALICE | E | $258,875.86 | X |
| 6046 | GREZO, CHARLOTTE | C | $1,175,570.00 | X |
| 6095 | BRIGADE CAPITAL MANAGEMENT, LLC | | $242,030.00 | |
| 6105 | STEFANIK, JOSEPH | | $800,000.00 | X |
| 6107 | CHAMBERS, J. ROBERT | C | $64,433,233.99 | |
| 6113 | PWC INTERNATIONAL ASSIGNMENT SERVICES/SHANGHAI LTD BEIJING BRANCH | | $4,960.00 | |
| 6118 | LOCAL 584 PENSION TRUST FUND | | $234,521.50 | |
| 6131 | LESSING, STEPHEN | E | $1,061,250.87 | X |
| 6139 | ORACLE USA, INC, ET AL | | $7,198,020.87 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 6142 | QWEST CORPORATION | | $6,520.95 | |
| 6164 | ALLEN & OVERY LLP | | $2,648,207.87 | |
| 6174 | TD SECURITIES (USA) LLC | | $493,781.25 | |
| 6185 | CREDIT SUISSE SECURITIES (USA) LLC, ET AL | C | $2,640,000.00 | |
| 6189 | MCCULLY, MICHAEL K | C | $837,036.00 | X |
| 6192 | FIDELITY ACTIONSXCHANGE, INC. | | $473,888.48 | |
| 6213 | GALLATIN, RONALD | E | $2,326,229.13 | X |
| 6217 | LEHMAN BROTHERS INVESTMENT KOREA INC. | | $253,403.78 | X |
| 6218 | LEHMAN BROTHERS COMMODITIES PTD LTD | | $0.00 | X |
| 6219 | LEHMAN BROTHERS COMMODITIES PTD. LTD. | | $99,420.05 | X |
| 6220 | LEHMAN BROTHERS COMMODITIES PTD. LTD. | | $0.00 | X |
| 6221 | LEHMAN BROTHERS ADVISERS PRIVATE LIMITED | | $3,116,118.00 | |
| 6222 | LEHMAN BROTHERS SECURITIES PRIVATE LIMITED | | $7,377,420.00 | |
| 6223 | LEHMAN BROTHERS CAPITAL PRIVATE LIMITED | | $23,602.00 | |
| 6224 | LEHMAN BROTHERS SINGAPORE PTE LTD | | $0.00 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 6225 | LEHMAN BROTHERS  SINGAPORE PTE LTD | | $25,369,907.30 | X |
| 6228 | LEHMAN BROTHERS LIMITED (IN ADMINISTRATION) | | $0.00 | |
| 6252 | TANNOR PARTNERS CREDIT FUND, LP | | $142,622.20 | |
| 6253 | CAMILLI-BERNAT, MARY | | $2,051,346.84 | X |
| 6255 | GOLDMAN SACHS & CO. (AS CO-LEAD UNDERWRITER) | | $98,383.64 | X |
| 6256 | MORGAN STANLEY (AS CO-LEAD UNDERWRITER) | | $23,569,169.80 | |
| 6257 | MORGAN STANLEY (AS CO-LEAD UNDERWRITER) | | $476,141.65 | |
| 6258 | CREDIT SUISSE SECURITIES (USA) LLC (AS CO-LEAD UNDERWRITER) | | $2,678,296.80 | |
| 6260 | STANDARD & POORS | | $209,624.00 | X |
| 6265 | CARPENTER, THERESA J. | C | $51,555.84 | X |
| 6271 | BANK HAPOALIM B.M. | | $1,647,980.15 | |
| 6291 | MANHATTAN COLLEGE | | $20,000.00 | |
| 6294 | MACQUARIE BANK LIMITED | | $3,130,270.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 6297 | CASPER COLLEGE FOUNDATION/SHEARSON LEHMAN KEY EMPLOYEE CHARITABLE | | $500,000.00 | |
| 6299 | GMT LIBOR ALPHA CAYMAN UNIT TRUST | C | $9,566,707.00 | |
| 6300 | SPANO, JOSEPH B. | C | $40,061.00 | |
| 6301 | LOYALIS LEVEN N.V. & LOYALIS SCHADE N.V. | C | $34,766.00 | |
| 6304 | ATHILON CAPITAL CORPORATION | | $47,953,236.00 | X |
| 6366 | KAUFMAN, JULIA | C | $500,000.00 | X |
| 6367 | NOYES, WILLIAM E. & COLLEEN A. | | $300,000.00 | X |
| 6368 | LEHMAN RE LTD. (IN LIQUIDATION) | | $194,989,761.19 | |
| 6376 | FOLK, MICHAEL J. | | $19,056.00 | |
| 6430 | FRANKEL, SOFIA | | $5,531,730.67 | X |
| 6432 | CHILDREN'S HEALTHCARE OF ATLANTA, INC. | | $15,340,000.00 | |
| 6790 | LEHMAN BROTHERS BANKHAUS AG | | $810,000,000.00 | X |
| 7000019 | KLINGER, JEFFREY M | C | $500,000.00 | X |
| 7000048 | BODDICKER, JAY B AND JENNIFER C | C | $100,000.00 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7000072 | SOLOMON PAGE GROUP LLC | | $36,395.15 | X |
| 7000073 | SHOWALTER, TODD ANTHONY | C | $100,000.00 | X |
| 7000089 | ROHRBACH, DAVID J | C | $85,440.00 | X |
| 7000142 | GALE, CONNIE AND CURTIS | | $2,483,797.07 | X |
| 7000143 | FRAMPTON, PETER L. | | $33,150.00 | X |
| 7000149 | WIND, THOMAS L | C | $1,350,950.00 | X |
| 7000166 | VENTURI STAFFING PARTNERS | | $15,894.39 | X |
| 7000167 | STAFFMARK INVESTMENTS, LLC | | $7,774.69 | X |
| 7000207 | THE CORPORATE PRESENCE, INC | | $286,628.97 | X |
| 7000211 | IMPERATO, JASON | C | $1,300,000.00 | |
| 7000212 | WELLS FARGO BROKERAGE SERVICES, LLC | | $17,445.54 | |
| 7000217 | BECKER, JANIS HEIDI | C | $200,000.00 | X |
| 7000312 | JOHNSON, JEFFREY CLEMENT | C | $37,980.78 | X |
| 7000336 | BHALLA, RITAM RAY | C | $45,291.00 | X |
| 7000350 | GUERRIER, SCOTT | C | $75,000.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7000360 | KOTHAVALE, SHANTANU RAJKUMAR | | $0.00 | |
| 7000384 | MAURER, JEFFREY S | | $130,004.00 | X |
| 7000398 | MURTHY, AKSHAY | C | $1,068,480.00 | X |
| 7000404 | LAURINO, JOHN | C | $65,426.74 | X |
| 7000482 | SALLES, PATRICIA P. | C | $1,191,736.28 | X |
| 7000495 | CHAPMAN, JAMES R | C | $330,125.43 | X |
| 7000498 | ROGERSCASEY TARGET SOLUTIONS | C | $38,895.00 | |
| 7000524 | CUSTOM LEISURE SERVICES | | $10,966.00 | |
| 7000556 | SHAMAH 2000 FAMILY TRUST | | $275,388.15 | X |
| 7000559 | KIRSCH, RICHARD J | | $35,000.00 | X |
| 7000561 | BENIWAL, NEENA | C | $15,000.00 | X |
| 7000562 | WOO, JULIE | | $263,055.42 | X |
| 7000572 | STANFORD UNIVERSITY | | $17,902.00 | |
| 7000580 | AGRAWAL, SHASHANK | C | $1,400,470.76 | X |
| 7000591 | RAMAN, MURALI | C | $100,000.00 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

4ılış

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7000644 | MET INVESTORS PIMCO INFLATION PROTECTED | | $848,723.00 | |
| 7000680 | WHANG, MICHAEL | | $518,805.00 | X |
| 7000699 | BGC BROKERS LP | | $1,334,909.05 | |
| 7000710 | QUAN, BRADLEY | C | $6,931.58 | |
| 7000716 | LAZARUS, ROBERT W | C | $500,000.00 | X |
| 7000726 | BYASSEE, LEE B | C | $645,000.00 | |
| 7000729 | UBS (CANADA) GLOBAL ALLOCATION TRUST | | $1,176.61 | |
| 7000750 | PPG INDUSTRIES, INC. | | $330,920.85 | |
| 7000761 | COVEY, DAVID J | C | $686,593.30 | X |
| 7000763 | PACIFIC LIFE INS CO 705 | | $260,909.92 | |
| 7000764 | BLANKENBURG, MR LAWRENCE | | $160,215.00 | |
| 7000765 | BLANKENBURG, LAWRENCE | | $75,053.00 | |
| 7000773 | PENNAY, LORI J | | $7,500.00 | |
| 7000777 | VERRELLI, DINO L. | C | $97,512.24 | |
| 7000782 | CALIFORNIA COUNTY TOBACCO | | $0.00 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7000788 | STARCHER, JEFFREY ALLEN | C | $445,000.00 | |
| 7000789 | WOJCIK, KATHLEEN ANN | | $45,754.62 | X |
| 7000813 | ALLIANZ GLOBAL INVESTORS LUX - [REDACTED] | | $631,025.78 | |
| 7000816 | ALLIANZ GI LUX - [REDACTED] ALLIANZ DIT GLOBAL BOND HIGH GRADE | | $260,924.27 | |
| 7000817 | ALLIANZ GI LUX - [REDACTED] DRESDNER VERMOEGENSPLAN 15 | | $11,425.78 | |
| 7000818 | ALLIANZ GI LUX - [REDACTED] | | $11,425.78 | |
| 7000819 | ALLIANZ GI LUX - [REDACTED] | | $13,183.59 | |
| 7000821 | ALLIANZ GI LUX - [REDACTED] | | $13,183.59 | |
| 7000822 | ALLIANZ GI LUX - [REDACTED] DRESDNER VERMOEGENSPLAN 80 | | $3,515.63 | |
| 7000828 | ALLIANZGI LUX - [REDACTED]  ALLIANZ DIT MONEY MARKET PLUS (EURO) | | $33,468.75 | |
| 7000831 | ALLIANZ GLOBAL INVESTERS KAG-[REDACTED] ALLIANZ DIT FLEXI RENTENFONDS | | $30,761.72 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

C-48

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7000832 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTED] | | $478,125.00 | |
| 7000836 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTED] KAPITAL PLUS | | $937.50 | |
| 7000841 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTED] DBI FONDS NORD R | | $222.66 | |
| 7000843 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTED] | | $88,031.25 | |
| 7000846 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTED] DBI FONDS VPT R1 BONDS | | $236,796.88 | |
| 7000847 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTED] | | $15,937.50 | |
| 7000849 | ALLIANZ GLOBAL INV KAG MBH | | $738,687.50 | |
| 7000857 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTED] | | $154,843.75 | |
| 7000858 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTED] | | $70,216.79 | |
| 7000859 | ALLIANZ GLOBAL INVESTORS KAG - [REDACTED] DBI FONDS PI RENTEN | | $49,219.00 | |
| 7000873 | TIGE INVESTMENTS LTD | | $107,796.00 | |
| 7000878 | SOUSA, PETER | C | $12,219.33 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7000886 | TIGE INVESTMENTS LTD | | $100,000.00 | |
| 7000889 | BROOKS, DAVID J | | $259,911.00 | X |
| 7000892 | TIGE INVESTMENTS LTD | | $795,840.00 | |
| 7000895 | TIGE INVESTMENTS LTD | | $474,000.00 | |
| 7000900 | TIGE INVESTMENTS LTD | | $6,000,000.00 | |
| 7000904 | ANGLIAN COMMODITIES FUND LIMITED | | $28,653,288.21 | |
| 7000912 | ANGLIAN EQUITY FUND LIMITED | | $243,598.82 | |
| 7000913 | TIGE INVESTMENTS LTD | | $100,000.00 | |
| 7000915 | LANCASTER, REAGAN - TTEE | | $106,586.00 | |
| 7000918 | LANCASTER, REAGAN - TTEE | | $26,000.00 | |
| 7000923 | LANCASTER, REAGAN | | $100,000.00 | |
| 7000928 | O'CONNOR, BRIDGET E | C | $8,414,399.00 | X |
| 7000929 | LANCASTER, REAGAN | | $100,000.00 | |
| 7000932 | LANCASTER, LISA | | $160,215.00 | |
| 7000940 | ROCHE US DB PLANS MASTER TRUST | C | $636,460.00 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7000944 | CHASE, CHRISTOPHER M | C | $70,300.00 | X |
| 7000949 | MAIDMAN, DAGNY C | C | $550,000.00 | X |
| 7000985 | MONTANA PUBLIC EMPLOYEES' | C | $1,522,878.00 | |
| 7000990 | BIRASCHI, PAOLA | | $559,676.00 | X |
| 7001012 | STACKMAN, SCOTT L | C | $55,104.45 | X |
| 7001021 | ROSS, BLAYNE M | | $76,865.38 | X |
| 7001032 | LUCAS, VINCENT GEOFFREY | C | $167,123.00 | |
| 7001041 | LUCAS, VINCENT GEOFFREY | C | $109,081.00 | X |
| 7001064 | SULLIVAN, MARK L. | C | $102,365.00 | |
| 7001088 | ASHE, KATHLEEN MARY | C | $84,134.58 | X |
| 7001092 | BREWSTER, MICHAEL J. | C | $190,125.00 | |
| 7001109 | CAZZOLI, RICCARDO | C | $328,448.15 | |
| 7001112 | MUSSO, LEONARD A | C | $279,800.00 | X |
| 7001124 | ACCESS SECURITIES | C | $98,310.00 | |
| 7001146 | ENGLE, MICHAEL THOMAS | C | $200,000.00 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001151 | MCCARTHY, TIMOTHY | | $15,048.71 | |
| 7001157 | KALLIS, JOHN H. | C | $44,999.74 | X |
| 7001157-1 | KALLIS, JOHN H. | | $25,172.26 | |
| 7001159 | PUBLIC SERVICE MUTUAL | | $1,408,408.00 | |
| 7001160 | PUBLIC SERVICE MUTUAL INS. CO. PENSION PLAN | | $242,113.00 | |
| 7001166 | KANDEL, JENNIFER | | $10,197.32 | |
| 7001173 | CHING, STEVE | C | $21,500.00 | X |
| 7001184 | KOSTMAN, DAVID | | $0.00 | X |
| 7001191 | ZHENG JAMES HAN | C | $100,000.00 | X |
| 7001199 | JAKOBSZE, ROBERT A | C | $48,156.00 | X |
| 7001228 | RINKOV, JOSHUA D | C | $450,000.00 | X |
| 7001291 | BANCO ESPIRITO SANTO DE INVESTIMENTO, SUCURSAL EN ESPANA, S | | $390,511.20 | |
| 7001295 | WOLF, THOMAS J | | $790,000.00 | |
| 7001310 | ZIPCAR CANADA INC | | $278.44 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001329 | MCCULLA, JOHN AND ANN | | $100,000.00 | X |
| 7001330 | MCCULLA, JOHN AND ANN | | $100,000.00 | X |
| 7001342 | UNION BANK, N.A. | | $10,284,757.81 | X |
| 7001343 | PFPC TRUST CO., ON BEHALF OF | | $1,510,630.29 | |
| 7001345 | PNC BANK, NATIONAL ASSOCIATION | | $1,510,630.29 | X |
| 7001349 | DIAZ, AGNES | C | $28,349.00 | X |
| 7001353 | BANK OF NEW YORK MELLON | | $1,298,700.00 | |
| 7001360 | GLOVER, MICHAEL SCOTT | C | $2,325,000.00 | X |
| 7001373 | INTERNATIONAL MANAGEMENT ASSOCIATES, LLC (IMA ADVERSARY) | | $13,438,700.00 | |
| 7001390 | REED, KIMBERLY A | C | $30,046.15 | X |
| 7001402 | SOUTHWEST SECURITIES, INC. | | $5,619,013.20 | X |
| 7001418 | CONNELL, ROBERT ALAN | | $1,065,463.00 | X |
| 7001432 | CELANESE AMERICAS CORPORATION RETIREMENT TRUST | | $912,466.00 | |
| 7001489 | COUCH, WILLIAM | E | $83,070.57 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001490 | COX, TIMOTHY | E | $393,289.46 | X |
| 7001491 | CRONIN, WILLIAM | E | $1,473,916.09 | X |
| 7001493 | DAUMAN, STEWART | E | $589,952.63 | X |
| 7001495 | DELLIPAOLI, ROBERT | E | $483,930.25 | X |
| 7001496 | DIXON, BARBARA | E | $2,198,861.78 | X |
| 7001497 | DOBIN, MICHAEL | E | $468,164.54 | X |
| 7001499 | DORIS, MARTIN | E | $684,752.96 | X |
| 7001501 | DRESCHER, DENNIS | E | $783,209.77 | X |
| 7001503 | EDWARDS, MICHAEL | E | $46,677.58 | X |
| 7001504 | EDWARDS, PAUL | E | $756,131.06 | X |
| 7001505 | EDWARDS, WILLIAM | E | $1,215,484.94 | X |
| 7001507 | ESCHERT, ERWIN | E | $662,026.66 | X |
| 7001508 | EVENSON, DONALD | E | $46,052.28 | X |
| 7001509 | FARLEY, JAMES | E | $1,689,506.35 | X |
| 7001511 | FELDMAN, RICHARD | E | $246,802.53 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001512 | FENWICK, LARRY | E | $198,586.70 | X |
| 7001513 | FINLAYSON, RODERICK | E | $725,038.80 | X |
| 7001514 | FISH, JASON | E | $725,038.80 | X |
| 7001515 | FORSHAGEN, DOUGLAS | E | $792,985.22 | X |
| 7001516 | FISHBEIN, NORMAN | E | $119,413.99 | X |
| 7001519 | FRANKEL, ARNOLD | E | $111,532.37 | X |
| 7001520 | FRY, EDWARD  JR. | E | $1,099,882.87 | X |
| 7001521 | FULTZ, THOMAS | E | $424,962.83 | X |
| 7001522 | GALLEHER, RICHARD | E | $165,383.17 | X |
| 7001523 | GANZ, SUSAN | E | $546,396.00 | X |
| 7001524 | GARBER, ALAN | E | $124,658.56 | X |
| 7001525 | GARD, RONALD | E | $145,373.59 | X |
| 7001526 | GARTLAND, JUDE | E | $635,105.80 | X |
| 7001527 | GARZARELLI, ELAINE | E | $805,594.08 | X |
| 7001529 | GIOIELLA, HENRY | E | $402,790.46 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001530 | GLADSTONE, ALAN | E | $866,463.89 | X |
| 7001531 | GLASKY, JOEL | E | $926,434.44 | X |
| 7001532 | GLISKER, GEORGE | C | $69,541.76 | |
| 7001534 | GOODE, JOHN | E | $969,871.11 | X |
| 7001539 | GOTT, STEPHEN | E | $1,764,188.02 | X |
| 7001540 | GRABER, JERROLD | E | $43,171.91 | X |
| 7001541 | GRAVES, JOHN | E | $461,942.25 | X |
| 7001542 | GREGORY, ROBERT | E | $72,302.88 | X |
| 7001547 | HETZEL, CHARLES | E | $1,729,701.36 | X |
| 7001549 | HIGGINS, HARRISON | E | $2,958,423.46 | X |
| 7001551 | HOFFMAN, ARNOLD | E | $489,560.79 | X |
| 7001552 | HOFFMAN, KENNETH | E | $1,048,247.24 | X |
| 7001553 | HOOPES, SCOTT | E | $1,979,834.14 | X |
| 7001555 | ISLES, PHILIP | E | $978,216.55 | X |
| 7001557 | JACOBS, DAVID | E | $1,907,898.45 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001558 | GRAEME JAMES | E | $500,151.21 | X |
| 7001565 | KATZ, EVAN | E | $149,508.12 | X |
| 7001566 | KAUFMAN, JOEL | E | $390,765.32 | X |
| 7001567 | KEARNS, WILLIAM JR. | E | $248,963.31 | X |
| 7001569 | KILGORE, JON | E | $402,790.46 | X |
| 7001570 | KIRBY, WILLIAM | E | $171,790.26 | X |
| 7001571 | KLONSKY, DANIEL | E | $820,520.00 | X |
| 7001572 | KOWSKI, GEORGE | E | $204,307.17 | X |
| 7001573 | KRA, HOWARD | E | $606,590.78 | X |
| 7001574 | KRANTZ, ERIC | E | $124,048.78 | X |
| 7001575 | KUNIGK, PETER | E | $789,698.47 | X |
| 7001577 | LAKEFIELD, BRUCE | E | $514,061.88 | X |
| 7001579 | LANCASTER, ROBERT | E | $1,163,845.69 | X |
| 7001580 | LANDAU, ARNOLD | E | $153,406.42 | X |
| 7001581 | LANDGRAF, KARL | E | $604,198.67 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001582 | LANE, JEFFREY | E | $3,744,393.79 | X |
| 7001583 | LEETZOW, LEONARD JR. | E | $242,332.78 | X |
| 7001585 | LEHMAN, JACK | E | $2,070,572.63 | X |
| 7001586 | LEHR, SETH | E | $589,712.27 | X |
| 7001588 | LENZ, WILLIAM | E | $411,940.81 | X |
| 7001590 | LEVINSON, ANDREW | E | $653,994.12 | X |
| 7001591 | LEVY, JOHN | E | $211,858.88 | X |
| 7001593 | LIBMAN, SPENCER | E | $93,322.70 | X |
| 7001594 | LIND, ROBERT | E | $402,790.46 | X |
| 7001597 | LUSARDI, ROBERT | E | $201,393.17 | X |
| 7001598 | MADDEN, MICHAEL | E | $3,026,304.05 | X |
| 7001599 | MAGUIRE, JAMES | E | $1,280,230.23 | X |
| 7001600 | MARANTZ, ALAN | E | $474,809.11 | X |
| 7001602 | MARINO, THOMAS | E | $393,289.45 | X |
| 7001604 | MARTINEZ, ROMAN IV | E | $685,698.90 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001605 | MARTOV, MARTIN | E | $117,529.61 | X |
| 7001606 | MATZA, ROBERT | E | $432,689.31 | X |
| 7001607 | MCCLEARY, JOHN | E | $1,037,736.66 | X |
| 7001608 | MCDANIEL, ROGER | E | $195,075.06 | X |
| 7001609 | MCHALE, EDWARD | E | $74,486.90 | X |
| 7001612 | MCKEOWN, WILLIAM | E | $603,625.74 | X |
| 7001615 | MEJEAN, PAUL | E | $1,123,799.82 | X |
| 7001616 | MELNIK, RONALD | E | $267,611.36 | X |
| 7001617 | MELZER, RICHARD | E | $285,555.26 | X |
| 7001618 | MESSINGER, CRAIG | E | $396,983.65 | X |
| 7001619 | MIKULICH, RAYMOND | E | $322,233.80 | X |
| 7001620 | MILLER, JEROME | E | $595,033.47 | X |
| 7001630 | MARKS, HERBERT | E | $201,407.92 | X |
| 7001631 | DOEPKE, WILLIAM | E | $714,573.44 | X |
| 7001632 | LOVETT, NIGEL | E | $2,064,072.17 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001633 | MEHAFFEY, STANLEY | E | $424,903.98 | X |
| 7001634 | MILVERSTED, MICHAEL | E | $322,233.80 | X |
| 7001635 | MONTALBANO, RICHARD | E | $687,975.52 | X |
| 7001636 | MORGIA, CATALDO | E | $178,910.74 | X |
| 7001637 | MORTKOWITZ, HARRY | E | $1,305,641.96 | X |
| 7001642 | NASTRO, CHARLES | E | $238,865.61 | X |
| 7001643 | NEILL, FRANK JR. | E | $183,679.87 | X |
| 7001644 | MOSCHELLA, JOSEPH | E | $485,549.24 | X |
| 7001645 | NEWMARK, PAUL | E | $424,962.83 | X |
| 7001647 | ODERMATT, ROBERT | E | $590,090.38 | X |
| 7001648 | ORLINS, STEPHEN | E | $1,009,317.51 | X |
| 7001649 | PALATNEK, ARNOLD | E | $805,594.08 | X |
| 7001650 | OWENS, JOHN | E | $268,532.28 | X |
| 7001651 | PENROSE, JAMES | E | $644,470.12 | X |
| 7001652 | PLUMERI, JOSEPH II | E | $1,409,794.75 | X |

1.   Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.   Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.   This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.   Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001653 | POLHEMUS, KENNETH | E | $585,010.20 | X |
| 7001654 | POLLACK, HOWARD | E | $523,629.79 | X |
| 7001655 | PONDT, DAVID | E | $629,270.57 | X |
| 7001657 | PUCCIARELLI, JAMES | E | $440,546.57 | X |
| 7001659 | RANEY, RICHARD | E | $143,205.03 | X |
| 7001661 | RENEHAN, DANIEL | E | $1,006,894.00 | X |
| 7001662 | RENZI, LOUIS | E | $125,731.18 | X |
| 7001664 | REITZEL, EDWARD | E | $1,437,698.19 | X |
| 7001665 | RING, CARL, JR. | E | $248,199.73 | X |
| 7001666 | RITZ, NORMAN | E | $336,401.99 | X |
| 7001668 | ROBSON, THOMAS | E | $2,748,034.65 | X |
| 7001670 | ROSENBERG, NANETTE | E | $2,197,980.00 | X |
| 7001671 | SACCO, GREGORY | E | $574,191.56 | X |
| 7001673 | SAVARESE, LAWRENCE JR. | E | $457,136.74 | X |
| 7001674 | SCHULSINGER, JEFFREY | E | $834,616.89 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001676 | SHAFIROFF, MARTIN | E | $801,391.29 | X |
| 7001678 | SHAFTEL, MEL | E | $943,398.98 | X |
| 7001679 | SHAPIRO, ROBERT | E | $1,573,198.43 | X |
| 7001680 | SHEAN, ANNE | E | $2,129,050.00 | X |
| 7001681 | SHELTON, CHARLES | E | $299,710.67 | X |
| 7001682 | SHEPARD, FRANK | E | $393,289.45 | X |
| 7001684 | SHUTZER, WILLIAM | E | $2,165,845.63 | X |
| 7001685 | SILVERBERG, DAVID | E | $71,198.51 | X |
| 7001686 | SIMMONS, HARDWICK | E | $1,485,056.68 | X |
| 7001687 | SIMONETTI, PHILIP | E | $402,790.46 | X |
| 7001688 | SIMONINI, JULIUS | E | $1,013,258.96 | X |
| 7001689 | SLIFER, STEPHEN | E | $613,904.25 | X |
| 7001690 | SOBOTKA, DAVID | E | $571,660.64 | X |
| 7001691 | SPAR, WARREN | E | $802,475.70 | X |
| 7001693 | STONE, JERRY, JR. | E | $207,162.29 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001695 | STRUBLE, RAYMOND | E | $977,477.50 | X |
| 7001697 | TOBIN, PAUL | E | $1,208,399.28 | X |
| 7001698 | SCOTIA CAPITAL (USA) INC. | | $1,045,579.10 | |
| 7001699 | TROY, AUSTIN | E | $1,050,496.37 | X |
| 7001700 | TUCKER, THOMAS | E | $1,395,598.96 | X |
| 7001702 | QUAST, LANI | E | $781,527.79 | X |
| 7001710 | PORTER, GRANT | E | $346,637.88 | X |
| 7001712 | BARRETT, BERNARD | E | $2,330,405.07 | X |
| 7001714 | BARY, ROBERTA | E | $73,755.48 | X |
| 7001716 | BRANDT, COLEMAN | E | $797,490.26 | X |
| 7001717 | BRECK, CHRISTOPHER | E | $732,393.50 | X |
| 7001721 | BRODA, KATHLEEN | E | $144,010.00 | X |
| 7001722 | CARUANA, SALVATORE | E | $719,159.40 | X |
| 7001724 | CEISLER, ROBERT | E | $94,940.41 | X |
| 7001726 | FRANK, EDWIN  III | E | $589,952.63 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001729 | GOODSPEED, ROGER | E | $1,307,300.81 | X |
| 7001731 | HAYES, BRIAN | E | $1,688,694.34 | X |
| 7001732 | HERZER, CHARLES | E | $725,038.80 | X |
| 7001733 | HILL, TOMLINSON | E | $2,769,162.25 | X |
| 7001735 | LINDSTROM, WARD | E | $582,674.73 | X |
| 7001737 | LORD, WILLIAM | E | $393,259.01 | X |
| 7001738 | MCLENDON, HEATH | E | $162,228.57 | X |
| 7001739 | MICKEL, FRANK | E | $432,123.27 | X |
| 7001740 | MURPHY, NEWELL III | E | $86,054.41 | X |
| 7001741 | MILLARD, ROBERT | E | $748,452.18 | X |
| 7001742 | PRAVATO, FRANK | E | $101,101.80 | X |
| 7001743 | PULLING, THOMAS | E | $732,806.98 | X |
| 7001744 | SCANLON, JOSEPH JR. | E | $465,793.45 | X |
| 7001746 | SHERMAN, JOHN | E | $190,515.50 | X |
| 7001749 | STERN, JAMES | E | $1,528,899.79 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001750 | STERN, JAMES | E | $2,115,865.71 | X |
| 7001751 | URCIUOLI, CARMINE | E | $644,470.12 | X |
| 7001752 | VINCENT, RICHARD | E | $750,219.36 | X |
| 7001753 | VIRANY, STEVEN | E | $552,446.56 | X |
| 7001754 | VOELKER, EDWARD | E | $1,301,204.73 | X |
| 7001756 | WAIT, JARETT | E | $713,145.57 | X |
| 7001758 | WALTHER, GARY | E | $408,396.00 | X |
| 7001759 | WASHKOWITZ, ALAN | E | $1,294,721.70 | X |
| 7001760 | WASHKOWITZ, ALAN | E | $425,844.00 | X |
| 7001761 | WEST, PATRICK | E | $375,335.47 | X |
| 7001762 | WESTON, GERALD | E | $993,174.53 | X |
| 7001763 | WILLIAMS, PAUL | E | $185,346.15 | X |
| 7001764 | WILSON, JOHN | E | $1,078,049.06 | X |
| 7001765 | WOLITZER, STEVEN | E | $2,172,236.60 | X |
| 7001766 | WRIGHT, JEANNIE | E | $133,838.94 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001768 | WYNN, BARRY | E | $765,673.02 | X |
| 7001769 | YARKIN, ALLAN | E | $26,983.48 | X |
| 7001770 | ZATULOVE, PAUL | E | $124,430.23 | X |
| 7001771 | ZIPP, BRIAN | E | $1,016,729.65 | X |
| 7001772 | ZOOK, GEORGE | E | $77,889.60 | X |
| 7001781 | WEST RECEIVABLES LLC | | $390,919.60 | X |
| 7001782 | GENESYS CONFERENCING EUROPE | | $66,477.60 | X |
| 7001783 | GENESYS CONFERENCING LIMITED | | $27,481.30 | X |
| 7001785 | ADES, SABAH | E | $314,085.13 | X |
| 7001786 | ANGST, CARLTON | E | $684,752.96 | X |
| 7001787 | CARBONE, JAMES | E | $805,594.08 | X |
| 7001788 | CLARK, JAMES | E | $402,018.29 | X |
| 7001790 | KELLY, BRIAN | E | $312,605.37 | X |
| 7001792 | POGGI, IRENE | E | $447,967.30 | X |
| 7001793 | SHEINBERG, GEORGE | E | $733,237.23 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001807 | BORCHERS, LEON | E | $18,071.76 | X |
| 7001811 | WRIGHT, JEANNIE | E | $48,283.69 | X |
| 7001822 | TERRELL, STEVEN | E | $193,190.16 | X |
| 7001823 | BOURNE, GEORGE | E | $773,869.45 | X |
| 7001824 | BUSACCA, GARY | E | $393,289.45 | X |
| 7001825 | FELDMAN, ALAN | E | $939,160.28 | X |
| 7001827 | GOTTMAN, HENRY | E | $688,254.28 | X |
| 7001834 | BLUTINGER, NATAN | E | $120,479.71 | X |
| 7001835 | BURNS, THOMAS | E | $266,761.56 | X |
| 7001836 | BUTTERS, DAVID | E | $198,719.51 | X |
| 7001837 | BUTTERS, DAVID | E | $611,559.44 | X |
| 7001838 | CONWAY, MICHAEL | E | $898,331.75 | X |
| 7001839 | DE GAGLIA, THOMAS | E | $644,470.12 | X |
| 7001840 | DE GENNARO, MARK | E | $196,642.09 | X |
| 7001841 | DEL CAMPO, MICHAEL | E | $440,546.57 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001842 | DOLAN, ROBERT JR. | E | $393,289.45 | X |
| 7001843 | EDMISTON, ROBERT | E | $167,076.23 | X |
| 7001845 | GENGLER, THOMAS JR. | E | $390,184.99 | X |
| 7001846 | GUERNSEY, ALAN | E | $1,401,517.42 | X |
| 7001847 | HAYES, DENNIS LEE | E | $2,209,116.79 | X |
| 7001848 | KOPP, BRADFORD | E | $966,719.06 | X |
| 7001849 | KOZELETZ, STEPHEN | E | $81,042.81 | X |
| 7001852 | MCCORMICK, ROBERT | E | $740,413.68 | X |
| 7001853 | NAVRUDE, STANLEY | E | $58,164.49 | X |
| 7001854 | REEF, ALAN | E | $424,962.83 | X |
| 7001856 | SAMRA, VICTOR JR. | E | $1,074,048.66 | X |
| 7001857 | SCARAGGI, FRANK | E | $1,208,399.28 | X |
| 7001858 | SCHAEFER, GARY | E | $1,932,389.52 | X |
| 7001859 | SPIEGEL, STEVEN | E | $793,970.25 | X |
| 7001861 | TILLES, GLENN | E | $201,393.17 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001863 | TOPOL, CLIFFORD | E | $1,619,950.65 | X |
| 7001864 | VIERING, DONALD | E | $777,512.05 | X |
| 7001865 | WOLFF, WILLIAM III | E | $402,790.46 | X |
| 7001867 | WRIGHT, JOHN | E | $355,232.84 | X |
| 7001868 | WRIGHT, JOHN | E | $96,115.25 | X |
| 7001869 | GALLEA, ANTHONY | E | $455,613.60 | X |
| 7001872 | ACKERMAN, DONALD | E | $402,760.09 | X |
| 7001874 | ALESSANDRO, ROBERT | E | $674,073.51 | X |
| 7001875 | AMBRECHT, KENNETH | E | $4,057,191.67 | X |
| 7001877 | ANDERSON, BRENTON | E | $604,198.67 | X |
| 7001878 | ANDERSON, JEFFREY | E | $528,656.26 | X |
| 7001879 | ASHE, KATHLEEN | E | $204,910.53 | X |
| 7001880 | ASHER, THOMAS | E | $135,224.41 | X |
| 7001898 | ATCHISON, JOHN | E | $1,648,719.77 | X |
| 7001899 | AYOUB, ANTHONY | E | $393,289.45 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001905 | BAKER, JOHN JR. | E | $929,533.23 | X |
| 7001907 | BATKIN, ALAN | E | $1,611,190.99 | X |
| 7001909 | BECKERMAN, STANLEY | E | $878,524.27 | X |
| 7001910 | BELLINGER, RICHARD | E | $1,650,779.41 | X |
| 7001912 | BENDER, DOUGLAS | E | $604,243.54 | X |
| 7001913 | BESSE, ROBERT | E | $47,085.09 | X |
| 7001914 | BEST, ALAN | E | $402,767.98 | X |
| 7001915 | BLUM, KEVIN | E | $552,431.88 | X |
| 7001916 | BOHN, FRANCOIS | E | $108,876.45 | X |
| 7001917 | BORCHERS, LEON | E | $72,599.48 | X |
| 7001918 | BIGGAR, ELIZABETH | E | $161,566.62 | X |
| 7001920 | BOYD, WILLIAM JR. | E | $2,621,053.20 | X |
| 7001922 | BOYLES, KENNETH | E | $396,680.15 | X |
| 7001923 | BRADY, JANE WILDE | E | $1,260,681.00 | X |
| 7001924 | COGHLAN, JOHN | E | $1,162,463.56 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001925 | COLE, EMRIED III | E | $112,720.08 | X |
| 7001927 | EIGENFELD, STANLEY | | $32,282.03 | |
| 7001928 | ESTEY, ARTHUR | E | $1,120,414.35 | X |
| 7001931 | MILLER, RONALD | E | $85,443.55 | X |
| 7001932 | NESTOR, THOMAS | E | $457,295.47 | X |
| 7001933 | ROPER, JAMES | E | $805,594.08 | X |
| 7001934 | SCHOENTHAL, DAVID | E | $1,674,079.91 | X |
| 7001935 | VANDENBOSSCHE, PAMELA | E | $664,349.47 | X |
| 7001937 | WILLIAMSON, JOHN JR. | E | $589,952.63 | X |
| 7001938 | WINCHESTER, DAVID | E | $613,373.96 | X |
| 7001939 | COLE, EMRIED III | E | $40,664.86 | X |
| 7001942 | FULTON, THOMAS | E | $27,631.31 | X |
| 7001949 | BROADBENT, WILLIAM | E | $118,002.49 | X |
| 7001950 | BRYDSON, JOHN | E | $201,393.17 | X |
| 7001951 | BURNS, PERRY | E | $19,192.16 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001952 | BURTON, MARK | E | $764,942.18 | X |
| 7001954 | BROWN, MELVILLE JR. | E | $679,944.81 | X |
| 7001955 | CAGNINA, ROBERT | E | $663,095.41 | X |
| 7001957 | CAMPBELL, ROBERT | E | $818,878.27 | X |
| 7001958 | CARBONE, RUDOLPH | E | $149,476.57 | X |
| 7001959 | CARNS, LEWIS | E | $636,622.70 | X |
| 7001960 | CERASIA, ROBERT | E | $198,435.46 | X |
| 7001961 | CHATLEY, BRUCE | E | $60,539.12 | X |
| 7001963 | CHEN, PHILIP | E | $604,198.67 | X |
| 7001964 | CHILDERS, JOHN | E | $217,274.66 | X |
| 7001965 | CIEMNIECKI, STANLEY | E | $1,530,634.07 | X |
| 7001966 | COHEN, PAUL | E | $117,670.71 | X |
| 7001967 | COLACURCI, GLENN | E | $503,337.09 | X |
| 7001969 | COSGROVE, THOMAS | E | $747,261.32 | X |
| 7001972 | GENIRS, ROBERT | E | $284,630.75 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7001974 | HAMENT, NANCY | E | $1,208,350.38 | X |
| 7001975 | HERSHBERG, DAVID | E | $787,881.87 | X |
| 7001976 | MCGUINN, EDWIN | E | $2,110,047.46 | X |
| 7001977 | ROOSEVELT, THEODORE IV | E | $1,208,399.28 | X |
| 7001979 | SCHIFFER, CRAIG | E | $803,008.99 | X |
| 7001982 | MOHAN, BHANOT V | | $137,500.00 | X |
| 7001985 | HONG, NG CHEE | | $48,500.00 | X |
| 7001995 | REDONDO, ROBERTO | | $13,542.84 | X |
| 7002001 | BELLAS, ALBERT | E | $1,408,871.84 | X |
| 7002002 | BOE, RICHARD | E | $220,272.56 | X |
| 7002004 | BRAGER, STANLEY | E | $97,587.59 | X |
| 7002005 | COHEN, LEONARD | E | $130,116.86 | X |
| 7002007 | COHEN, SALLEE | E | $1,850,706.00 | X |
| 7002008 | DA PUZZO, PETER | E | $417,361.16 | X |
| 7002009 | DA PUZZO, PETER | E | $281,633.91 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7002010 | DARSKY, JUDITH | E | $258,306.69 | X |
| 7002011 | DORFMAN, RICHARD | E | $1,693,866.15 | X |
| 7002012 | FRIEDMAN, MARK | E | $873,435.89 | X |
| 7002013 | LLOYD, MARCELLE | E | $1,407,492.00 | X |
| 7002014 | MAY, HAROLD | E | $162,646.01 | X |
| 7002017 | CITADEL TRADING GROUP LLC | | $33,798.91 | |
| 7002018 | MCGLYNN, EDWARD | E | $943,723.04 | X |
| 7002020 | PASSMAN, SEYMOUR | E | $188,847.76 | X |
| 7002022 | PHYFER, DANIEL | E | $94,462.11 | X |
| 7002023 | SINAI, ALLEN | E | $618,173.96 | X |
| 7002028 | SCHNEIDER, RUSSELL LANE | | $400,000.00 | |
| 7002029 | HART, EDWARD | E | $398,634.80 | X |
| 7002030 | MURRAY, PHILIP | E | $138,986.08 | X |
| 7002033 | BUTTERY, STUART | E | $668,605.25 | X |
| 7002037 | LIQUIDITY SOLUTIONS, INC. | | $95,000.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7002047 | THAI, THANH HUNG | C | $536,953.86 | |
| 7002050 | ADC TELECOMMUNICATIONS INC. | | $64,100,000.00 | |
| 7002053 | BENDER, THEODORE III | E | $595,464.47 | X |
| 7002054 | BERKLEY, HENRY | E | $1,031,621.43 | X |
| 7002055 | BROWN, ROBERT MOTT III | E | $1,263,419.13 | X |
| 7002056 | BULS, ARTHUR | E | $83,168.72 | X |
| 7002057 | CAPRA, JAMES | E | $190,537.50 | X |
| 7002058 | HUBBARD, CHARLES | E | $1,057,313.46 | X |
| 7002059 | KRUEGER, HARVEY | E | $477,633.48 | X |
| 7002060 | LEWIS, DOROTHY | E | $701,315.40 | X |
| 7002061 | LEWIS, DOROTHY | E | $1,350,002.62 | X |
| 7002062 | MINTER, ALAN | E | $195,006.45 | X |
| 7002066 | SEIBELS, ROBERT III | E | $129,770.83 | X |
| 7002068 | SHORR, DAVID | E | $637,675.44 | X |
| 7002069 | VLACH, ROGER | E | $473,118.93 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7002071 | GLADSTONE, ALAN | E | $111,230.42 | X |
| 7002072 | COOPER, STANLEY | E | $105,719.94 | X |
| 7002073 | FRANK, FREDERICK | E | $678,316.03 | X |
| 7002074 | HADLEY, EDWIN | E | $88,004.43 | X |
| 7002081 | SANTORO, VITO A | C | $657,115.00 | |
| 7002108 | NGEE, CHUA KOON | | $35,000.00 | X |
| 7002113 | WAYNE, RICHARD N. | | $8,625,000.00 | |
| 7002114 | LAZARES, NICHOLAS W. | | $8,625,000.00 | |
| 7002119 | NJ ECONOMIC DEV AUTHORITY | | $1,576,968.82 | |
| 7002121 | CARNS, LEWIS | E | $16,000.00 | X |
| 7002122 | DWORSKY, DAVID | E | $175,869.14 | X |
| 7002124 | DAVID DWORSKY TRUST U/A FOURTH OF WILL | | $70,000.00 | |
| 7002125 | ELLIOTT, FREDERIC S. | E | $17,050,920.00 | X |
| 7002126 | ELLIOTT, FREDERIC S. | E | $1,902,865.50 | X |
| 7002127 | EVELO, JOSEPH | E | $388,934.25 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7002128 | ILLGES, JOHN | E | $70,279.42 | X |
| 7002129 | JACKSON, MICHAEL | E | $572,291.20 | X |
| 7002136 | STRONG, ROGER | E | $46,343.99 | X |
| 7002137 | WEINBERG, RICHARD | E | $917,268.06 | X |
| 7002147 | MANLEY, JAMES | E | $452,068.94 | X |
| 7002148 | PETTIT, MARY ANNE | E | $304,680.66 | X |
| 7002149 | PETTIT, MARY ANNE | E | $1,684,974.33 | X |
| 7002152 | WEISS, EUGENE | E | $42,923.28 | X |
| 7002159 | TULLETT LIBERTY SECURITIES LLC | | $201,015.70 | |
| 7002163 | FISHBEIN, NORMAN | | $32,414.40 | |
| 7002164 | KAPLAN, JACK | E | $110,505.38 | X |
| 7002166 | MAY, HAROLD | | $52,627.80 | X |
| 7002168 | MUNRO, WILLIAM | E | $340,197.12 | X |
| 7002185 | LAND ROVER PENSION SCHEME | | $53,516.00 | |
| 7002186 | JAGUAR PENSION PLAN | | $53,516.00 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7002187 | JAGUAR EXECUTIVE PENSION PLAN | | $53,516.00 | |
| 7002209 | LOOP CAPITAL MARKETS, LLC | | $5,689,018.00 | X |
| 7002212 | CVF LUX MASTER S.A.R.L. | | $6,633,899.00 | |
| 7002216 | POPULAR SECURITIES, INC. | | $146,739.20 | |
| 7002222 | LIMESTONE COLLEGE, INC. | | $50,000.00 | |
| 7002232 | FORTIS INVESTMENT MANAGEMENT UK LIMITED | | $353,280.00 | |
| 7002238 | KAROL, HERBERT, ESTATE OF | E | $304,478.94 | X |
| 7002247 | CUSTOMER ASSET PROTECTION COMPANY | | $9,600,000.00 | |
| 7002258 | BUCYRUS INTERNATIONAL INC | | $161,568.75 | |
| 7002262 | CONVERSE COLLEGE | | $50,000.00 | |
| 7002281 | LEHMAN BROTHERS BANKHAUS AG | | $0.00 | X |
| 7002284 | BROADWATER, KEVIN | | $25,111,963.00 | |
| 7002294 | GENGLER, THOMAS JR. | | $400,000.00 | |
| 7002302 | THE BANK OF NEW YORK MELLON CORPORATION | | $67,164.00 | |
| 7002304 | THE BANK OF NEW YORK MELLON CORPORATION | | $27,457.30 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7002305 | THE BANK OF NEW YORK MELLON CORPORATION | | $30,098.50 | |
| 7002306 | THE BANK OF NEW YORK MELLON CORPORATION | | $32,333.30 | |
| 7002313 | THE BANK OF NEW YORK MELLON CORPORATION | | $35,941.30 | |
| 7002314 | THE BANK OF NEW YORK MELLON CORPORATION | | $73,554.30 | |
| 7002316 | THE BANK OF NEW YORK MELLON CORPORATION | | $18,143.20 | |
| 7002317 | THE BANK OF NEW YORK MELLON CORPORATION | | $19,800.00 | |
| 7002318 | THE BANK OF NEW YORK MELLON CORPORATION | | $19,800.00 | |
| 7002320 | THE BANK OF NEW YORK MELLON CORPORATION | | $19,800.00 | |
| 7002322 | THE BANK OF NEW YORK MELLON CORPORATION | | $19,800.00 | |
| 7002324 | THE BANK OF NEW YORK MELLON CORPORATION | | $19,800.00 | |
| 7002325 | THE BANK OF NEW YORK MELLON CORPORATION | | $1,800.00 | |
| 7002326 | THE BANK OF NEW YORK MELLON CORPORATION | | $19,800.00 | |
| 7002334 | KWANG, GAN HOE | | $50,000.00 | X |
| 7002345 | DEUTSCH, HARVEY W. | | $731,163.19 | X |
| 7002347 | BARNOWSKI, MICHAEL | C | $5,300.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7002372 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. | | $9,659.10 | |
| 7002373 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. | | $9,737.30 | |
| 7002374 | BANK OF NEW YORK MELLON TRUST COMPANY, N.A. | | $14,648.60 | |
| 7002379 | RUBIN, CHARLES JASON | | $75,000.00 | X |
| 7002381 | ADAIR, JOHN | C | $1,362,250.00 | X |
| 7002382 | ADDINGTON, ERIK R. | C | $265,743.00 | X |
| 7002383 | ANTONELLI, CHRISTOPHER G. | C | $630,832.00 | X |
| 7002385 | CORSALINI, ENRICO J | C | $730,606.00 | X |
| 7002386 | DEXTER, DARRIN A | C | $352,228.00 | X |
| 7002387 | GREENWALD, ANDREW J. | C | $138,080.00 | X |
| 7002388 | HUANG, KANGLIN | C | $775,836.00 | X |
| 7002389 | HUNT, ROBIN | C | $549,166.00 | X |
| 7002390 | JOTWANI, TARUN | C | $1,683,991.00 | X |
| 7002391 | KEAY, STEPHANIE | C | $333,574.00 | X |
| 7002393 | MCGARRY, PATRICK J. | C | $284,353.00 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7002394 | O'CONNOR, BRIAN M. | C | $828,711.00 | X |
| 7002396 | QUISMORIO, JAMES P. | C | $304,927.00 | X |
| 7002397 | SKOLNICK, FRED J. | C | $416,186.00 | X |
| 7002398 | WENDEL, CHRISTOPHER | C | $3,893,183.00 | X |
| 7002399 | BEST, BARBARA J. | C | $108,657.00 | X |
| 7002400 | BUSH, JAMES | C | $169,228.00 | X |
| 7002401 | FLANAGAN, CHRISTOPHER | C | $381,306.00 | X |
| 7002402 | FUCHS, BENJAMIN A. | C | $2,276,609.00 | X |
| 7002404 | SIEGMUND, THOMAS | C | $535,500.00 | X |
| 7002405 | CHO, KUNHO | C | $1,390,922.00 | X |
| 7002406 | CHETTY, NOEL ROYAPPAN | C | $101,416.00 | X |
| 7002407 | GABBAY, MARK | C | $1,662,685.00 | X |
| 7002408 | RUBINSTEIN, MARC | C | $206,755.00 | X |
| 7002409 | CHIN, RUSSELL | C | $130,895.00 | X |
| 7002410 | HOWE, CHRISTIAN J. | C | $1,874,377.00 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7002411 | HURLEY, JEFFREY D. | C | $137,477.00 | X |
| 7002412 | ARNAUDY, ANTHONY J. | C | $319,259.00 | X |
| 7002413 | BALLENTINE, JAMES M III | C | $199,101.00 | X |
| 7002414 | BRAMHAM, SHAUN | C | $184,364.00 | X |
| 7002415 | CAROL, CLAYTON | C | $192,214.00 | X |
| 7002417 | CHAN, KENT | C | $322,245.00 | X |
| 7002418 | DOE, JOCELYN J. | C | $394,220.00 | X |
| 7002419 | DORFMAN, DAVID A. | C | $42,452.00 | X |
| 7002421 | GOULD, JAMES P | C | $174,063.00 | X |
| 7002422 | HAR-EVEN, ITAMAR | C | $15,749.00 | X |
| 7002424 | LAIBLE, ROBERT K. | C | $446,683.00 | X |
| 7002425 | MILLEA, TIMOTHY E. | C | $163,359.00 | X |
| 7002426 | MORRIS, JASON P. | C | $44,257.00 | X |
| 7002427 | PAPADAKIS, SPYROS N. | C | $63,316.00 | X |
| 7002428 | RASNER, TIMOTHY D. | C | $425,546.00 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7002429 | RUBIN, CHARLES | C | $66,507.00 | X |
| 7002431 | SCHIFFMAN, GLENN H. | C | $1,074,557.00 | X |
| 7002434 | STEIN, JEFFREY A | C | $261,212.00 | X |
| 7002435 | TUNG, SHARON W. | C | $71,197.00 | X |
| 7002436 | UMLAUF, ERIK | C | $94,308.00 | X |
| 7002437 | VAISH, PANKAJ | C | $172,707.00 | X |
| 7002438 | VULAKH, NATALIE SAVIC | C | $62,628.00 | X |
| 7002439 | WEISS, AARON J. | C | $116,000.00 | X |
| 7002440 | YEE, JACK S. | C | $251,424.00 | X |
| 7002441 | ZOLAD, BRYAN C. | C | $47,669.00 | X |
| 7002444 | GLAVAN, JEFFREY L. | C | $387,288.00 | X |
| 7002445 | KAYE, PATRICK J. | C | $165,559.00 | X |
| 7002446 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. | | $4,466.50 | |
| 7002448 | THE BANK OF NEW YORK MELLON CORPORATION | | $19,003.80 | |
| 7002449 | THE BANK OF NEW YORK MELLON CORPORATION | | $19,003.80 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7002450 | THE BANK OF NEW YORK MELLON CORPORATION | | $10,337.30 | |
| 7002452 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. | | $985,256.43 | |
| 7002463 | RUDNICK, CHARLES B | | $110,000.00 | X |
| 7002473 | THE BANK OF NEW YORK MELLON CORPORATION | | $17,587.50 | |
| 7002477 | THE BANK OF NEW YORK MELLON CORPORATION | | $20,035.20 | |
| 7002479 | U.S. BANK NATIONAL ASSOCIATION | C | $2,500,000.00 | |
| 7002497 | THE BANK OF NEW YORK MELLON | | $1,380,312.50 | |
| 7002501 | THE BANK OF NEW YORK MELLON | | $104,136.87 | |
| 7002508 | THE BANK OF NEW YORK MELLON | | $58,843.75 | |
| 7002522 | BOARD OF TRADE OF THE CITY OF CHICAGO, INC. | | $50,000.00 | |
| 7002524 | MULLEN, PETER D | C | $530,604.61 | X |
| 7002525 | GOURD, WILLIAM C. | C | $2,204,217.00 | X |
| 7002529 | KENWORTHY, MARY MATTSON | C | $2,204,217.00 | X |
| 7002533 | HERRMANN, JOHN A. JR. | E | $429,574.67 | X |
| 7002534 | THOMPSON, DEREK J | C | $531,000.00 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7002535 | BD OF TRADE OF THE CITY OF CHICAGO, INC | | $75,000.00 | |
| 7002537 | HSBC BANK USA | | $159,500.00 | |
| 7002540 | O'SULLIVAN, THOMAS JOSEPH | C | $10,950.00 | |
| 7002542 | TORYS LLP | | $5,304.65 | |
| 7002543 | BRECK, WILLIAM JR. | E | $732,393.50 | X |
| 7002545 | BANK OF NEW YORK MELLON | | $663,000.00 | |
| 7002546 | PULSAR RE, LTD. | | $475,000,000.00 | |
| 7002554 | CHICAGO MERCANTILE EXCHANGE INC. | | $30,000.00 | |
| 7002555 | BRESNAN, JOHN | E | $309,537.84 | X |
| 7002561 | BANK OF NEW YORK MELLON | | $1,298,700.00 | |
| 7002563 | HARRIS COUNTY HOSPITAL DISTRICT | C | $24,054,618.83 | |
| 7002565 | CLIFFORD, CHRISTOPHER J | C | $1,504,000.00 | X |
| 7002612 | ABDIEL CAPITAL, LP | | $220,289.00 | |
| 7002615 | LUCOCQ, SIMON B | C | $329,895.00 | X |
| 7002616 | BHATTAL, JASJIT S. | C | $5,325,572.00 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 7002618 | PEARSON, THOMAS M. | C | $3,881,749.00 | X |
| 7002619 | CAROL, CLAYTON | C | $192,214.00 | X |
| 7002622 | GABRIEL MARTY, HUGO-LANCELOT ROBERT | C | $320,988.00 | X |
| 8000018 | OSGOOD, MARK | | $2,300,000.00 | |
| 8000150 | CUI, SHI | | $382.00 | |
| 8000226 | BOURSE DE MONTREAL INC | | $19,739.31 | |
| 8000306 | ACERRA, PAUL C | | $3,112,042.00 | X |
| 8000419 | OPPENHEIMER & CO. INC. | | $225,778.12 | X |
| 8000426 | FOLIOFN INVESTMENTS INC | | $2,047.00 | |
| 8000439 | COCCARO, DEAN | | $24,519.00 | X |
| 8000455 | LARIVIERE, DOROTHY | | $30,000.00 | |
| 8000537 | PENSON FINNACIAL SERVICES | | $5,206.14 | |
| 8000598 | PEDICONE, CHRISTINA | | $3,300.00 | X |
| 8000599 | PEDICONE, CHRISTINA | | $100,000.00 | X |
| 8000654 | AMY C SMITH REVOCABLE TRUST DTD 3/9/06 | | $7,097.75 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

C-86

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 8000687 | QUATTROCCHI, JOHN | | $300,374.00 | X |
| 8000714 | FROST NATIONAL BK SEC LENDING | | $5,210.49 | |
| 8000755 | VONWIN CAPITAL MANAGEMENT LP | | $1,500,052.12 | |
| 8000849 | WILLIAM BLAIR & COMPANY LLC | | $209,200.00 | X |
| 8000858 | EMERSON INV MGMT | | $39,520.28 | |
| 8001025 | COMMONWEALTH OF PENNSYLVANIA PUBLIC SCHOOLS R | | $918,750.00 | |
| 8001027 | POOL REINSURANCE | | $224,625.01 | |
| 8001037 | RAHAMAN, KIMBERLY | | $6,750.00 | |
| 8001044 | GOLDMAN SACHS LENDING PARTNERS LLC | | $10,988,284.51 | |
| 8001067 | THALES UK PENSION SCHEMES CIF TRUSTEE LIMITED | | $107,078.13 | |
| 8001104 | LUCENT TECHNOLOGIES INC MASTER PENSION TRUST | | $19,959.94 | |
| 8001203 | LEE, CAROLYN WK - ACF | | $25,000.00 | X |
| 8001204 | LEE, CAROLYN WK - ACF | | $25,000.00 | X |
| 8001207 | EQUITY TRUSTEES LIMITED | | $788,822.90 | |
| 8001209 | EQUITY TRUSTEES LIMITED | | $256,062.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

C-87

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 8001210 | EQUITY TRUSTEES LIMITED | | $25,625.00 | |
| 8001220 | PARKVIEW HEALTH SYSTEM, INC. | | $73,436.00 | |
| 8001284 | 2006 BARRON HILTON CHARITABLE REMAINDER UNITR | | $658,695.00 | |
| 8001313 | GENESYS CONFERENCING LTD | | $268,729.25 | X |
| 8001347 | LUCENT TECHNOLOGIES INC MASTER PENSION TRUST | | $338,138.44 | |
| 8001355 | DAH SING LIFE ASSURANCE COMPANY LIMITED | | $46,574.00 | |
| 8001357 | ATLAS COPCO UK HOLDINGS LIMITED SUPERANNUATIO | | $48,984.00 | |
| 8001373 | BREVAN HOWARD MASTER FUND | | $28,049,556.19 | |
| 8001375 | BREVAN HOWARD MASTER FUND | | $32,553.35 | |
| 8001400 | HERSSON_RINGSKO, DANIEL | | $134,765.00 | |
| 8001409 | SENTARA HEALTHCARE | | $5,487.00 | |
| 8001411 | JOHNS HOPKINS UNIVERSITY | | $44,068.54 | |
| 8001430 | CUCCOVILLO, FRANCESCO | | $93,465.00 | |
| 8001464 | ASHLAND INC. EMPLOYEE SAVINGS PLAN TRUST | | $1,623,976.98 | |
| 8001557 | KOLLAR, KENNETH F | | $32,990.00 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 8001610 | BORNEBUSCH, MARC | | $70,672.98 | X |
| 8001613 | SHAMAH 200 FAMILY TRUST | | $275,388.15 | X |
| 8001621 | SHAMAH, HAROLD | | $734,522.10 | X |
| 8001666 | BANK OF AMERICA | | $107,261.32 | |
| 8001691 | ORANGE COUNTY SANITATION DISTRICT | | $104,813.00 | |
| 8001719 | ISHARES DOW JONES SELECT DIVIDEND INDEX FUND | | $1,749,438.82 | |
| 8001724 | ISHARES S&P SMALLCAP 600 VALUE INDEX FUND | | $85,355.87 | |
| 8001729 | ISHARES RUSSELL 2000 INDEX FUND | | $84,107.31 | |
| 8001737 | TOWER ASSET MANAGEMENT LIMITED | | $69,431.00 | |
| 8001776 | OOKA, TAMIKO | | $554,856.00 | |
| 8001798 | CENTURYLINK INC | | $779,192.81 | |
| 8001822 | FONDS BVO SUBFUND B | | $125,207.03 | |
| 8001846 | BROWN BROTHERS HARRIMAN | | $1,458.00 | |
| 8001856 | INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT | | $507,148.87 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 8001860 | JAPAN ALPHA TILTS FUND | | $192,655.37 | |
| 8001888 | MERCHANT CAPITAL, LLC | | $102,972.00 | |
| 8001892 | RUSSELL 2000 VALUE FUND | | $4,780.22 | |
| 8001893 | KOREA INVESTMENT CORPORATION | | $403,591.00 | |
| 8001907 | UNITED STEELWORKERS | | $98,906.00 | |
| 8001915 | EXTENDED EQUITY MARKET FUND | | $74,947.91 | |
| 8001918 | EUROPEAN BANK FOR RECONSTRUCTION AND DEVELOPMENT | | $41,263.00 | |
| 8001935 | D'AQUILA, JAMES A | | $58,959.00 | |
| 8001936 | DREYFUS TOTAL RETURN ADVANTAGE FUND | | $1,250.00 | |
| 8001951 | PETERSON, JOYCE L | | $2,000.00 | |
| 8001955 | CF ACTIVE BOND FUND | | $72,046.87 | |
| 8001960 | PRESTON, GERAINT | | $101,928.00 | |
| 8001961 | CF AGGREGATE BOND INDEX FUND | | $12,500.00 | |
| 8001963 | EB DAILY VALUED ACTIVE BOND FUND | | $722,484.42 | |

1.   Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.   Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.   This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.   Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 8001967 | INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT | | $1,018,281.64 | |
| 8001969 | EB DAILY LIQUIDITY AGGREGATE BOND INDEX FUND | | $10,390.62 | |
| 8001972 | AMERICAN CHEMICAL SOCIETY PETROLEUM RESEARCH FUND | | $309,277.00 | |
| 8001973 | EB SECURITIZED INDEX FUND FKA, EB MORTGAGE BACK BOND INDEX | | $326,266.43 | |
| 8001976 | AMERICAN CHEMICAL SOCIETY RETIREMENT TRUST | | $175,460.00 | |
| 8001979 | INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT | | $4,885,741.93 | |
| 8001983 | INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT | | $467,734.33 | |
| 8002019 | THE HONG KONG POLYTECHNIC | | $20,021.00 | |
| 8002027 | CLIENT INCOME PARTNERSHIPS | | $47,815.00 | |
| 8002058 | CONSOLIDATED EDISON PENSION PLANS MASTER TRUST | | $4,970,909.46 | |
| 8002119 | TECO ENERGY GROUP RETIREMENT PLAN | | $351,147.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 8002147 | ANTONCIC, MADELYN | C | $13,850,461.27 | |
| 8002153 | CANTOR FITZGERALD & CO. | | $7,500.00 | |
| 8002165 | ARKANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM | | $541.24 | |
| 8002173 | RBC CEES LIMITED | | $1,849,303.26 | X |
| 8002190 | CORETH, MAXIMILIAN | | $22,700,000.00 | X |
| 8002204 | CIANCI, JEFFREY JAMES | | $0.00 | |
| 8002209 | SAMARITAN INSURANCE FUNDING LIMITED | | $111,672.00 | |
| 8002230 | VEZIE, ERIC WARD | | $12,910.34 | |
| 8002243 | PIMCO CAYMAN COMMODITY PORTFOLIO I, LTD. | | $1,494.00 | |
| 8002262 | SOLSTAR PARTNERS LLC | | $4,392,639.80 | |
| 8002264 | BLUE CROSS BLUE SHIELD OF MINNESOTA | | $109,743.00 | |
| 8002270 | JAGENBURG, VANESSA | | $0.00 | X |
| 8002289 | STATE OF MARYLAND LIQUIDATION ACCOUNT-[REDACTED] | | $12,305.00 | |
| 8002306 | NEW YORK CITY FIRE (NY ACCOUNT #[REDACTED]) | | $15,503.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 8002307 | THE STICHTING PENSIOENFONDS OPENBAAR VERVOER TRUST | | $12,454.24 | |
| 8002324 | RAYTHEON MASTER PENSION TRUST | | $891,757.10 | |
| 8002351 | NEW YORK CITY BOARD OF EDUCATION (NY ACCOUNT | | $19,030.95 | |
| 8002386 | HARARY, RALPH | | $3,800,000.00 | |
| 8002412 | TIGE INVESTMENTS LTD | | $438,282.00 | |
| 8002443 | KELLOGG COMPANY MASTER RETIREMENT TRUST | | $24,063.00 | |
| 8002477 | PIMCO MONEY MARKET FUND | | $3,002.00 | |
| 8002529 | PIMCO GLOBAL BOND FUND (UNHEDGED) | | $24,351.36 | |
| 8002541 | TRUST & CUSTODY SERVICES BANK, LTD. | | $21,958.00 | |
| 8002559 | PIMCO FUNDAMENTAL ADVANTAGE TOTAL RETURN STRATEGY F | | $1,829.00 | |
| 8002571 | HARTFORD LIFE INSURANCE COMPANY | | $432,984.00 | |
| 8002626 | TULLETT PREBON GROUP LTD. | | $9,773.59 | |
| 8002632 | CHINA CITIC BANK CORPORATION LIMITED | | $1,209,232.50 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 8002633 | H.E.S.T. AUSTRALIA LIMITED | | $533,363.00 | |
| 8002634 | COMMONWEALTH BANK OFFICERS SUPERANNUATION CORPORATION PTY LT | | $316,647.00 | |
| 8002642 | SUPERANNUATION TRUST OF AUSTRALIA | | $15,873.00 | |
| 8002644 | RBC INVESTOR SERVICES BANK S.A. | | $43,402.77 | |
| 8002663 | BARCLAYS MULTI-MANAGER PLC | | $172,313.00 | |
| 8002676 | POWER MATRIX SOLUTIONS (P) LTD | | $8,099.00 | |
| 8002686 | GAVAGHAN, SHIRALI | | $391.27 | X |
| 8002733 | BANK GOSPODARKI ZYWNOSCIOWEJ SA | | $12,903.36 | |
| 8002743 | AST ADVANCED STRATEGIES PORTFOLIO US FIXED INCOME | | $120,205.00 | |
| 8002749 | PRUDENTIAL SERIES FUND SP PIMCO TOTAL RETURN PORTFOLIO | | $4,159,393.00 | |
| 8002769 | AST ACADEMIC STRATEGIES | | $290,268.00 | |
| 8002773 | WANG, NATHAN | | $14,954.00 | X |
| 8002788 | BELLSOUTH CORPORATION MST | | $30,469.00 | |
| 8002800 | SBC MASTER PENSION TRUST | | $4,016,676.79 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 8002826 | LB UK RE HOLDINGS LTD (IN ADMIN.) | | $55,893.70 | |
| 8002835 | ESTATE OF CYNTHIA LANCASTER | | $183,000.00 | |
| 8002869 | CORNELL UNIVERSITY | | $595,324.00 | |
| 8002897 | THE VANTAGEPOINT FUNDS CORE BOND INDEX FUND | | $16,681.30 | |
| 8002908 | AMERICAN HOME MORTGAGE HOLDINGS | | $18,000,000.00 | X |
| 8002949 | PIMCO ABSOLUTE RETURN STRATEGY IV IDF LLC | | $231,719.00 | |
| 8002965 | ANAGNOSTOPOULOS, MARIA | | $15,074.23 | X |
| 8002978 | FLORIDA DEPT. OF FINANCIAL SERVICES, DIV. OF TREASURY | | $658,870.00 | |
| 8002995 | TRANSAMERICA LIFE INSURANCE CO FOR PFL CORP SEP ACCT FOUR | | $199,289.00 | |
| 8003001 | FLORIDA DEPT. OF FINANCIAL SERVICES, DIV. OF TREASURY | | $2,176,927.81 | |
| 8003048 | JNL/MELLON CAPITAL MANAGEMENT BOND INDEX FUND | | $7,875.00 | |
| 8003057 | BURKE, WILLIAM T | | $338.35 | |
| 8003071 | NEWEDGE USA, LLC | | $241,116.48 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 8003086 | JHM-VLIR-TREAS STRIP TRI PAR | | $34,359.38 | |
| 8003091 | NEWEDGE USA, LLC | | $268,000.00 | X |
| 8003109 | HSBC SECURITIES (USA) INC. | | $2,000,000.00 | |
| 8003110 | NEWEDGE USA, LLC | | $66,000.00 | |
| 8003113 | LANDESBANK BADEN-WURTTEMBERG | | $5,513.00 | |
| 8003114 | THE VANTAGETRUST COMPANY VANTAGETRUST PLUS FUND | | $525,933.00 | |
| 8003115 | NEWEDGE USA, LLC | | $8,600.45 | |
| 8003131 | O'BRIEN, BARRY JOSEPH | | $50,560.00 | X |
| 8003177 | U.S. BANK TRUST N.A. | | $1,398.09 | |
| 8003179 | TEACHERS' RETIREMENT SYSTEM OF THE STATE OF ILLINOIS | | $293,443.00 | |
| 8003193 | GALT, LEWIS A & BERTHA C | | $16,063.12 | |
| 8003195 | MIAMI FIREFIGHTERS & POLICE OFFICERS RETIREMENT FUND | | $22,029.14 | |
| 8003204 | THE CURATORS OF THE UNIVERSITY OF MISSOURI | | $145,999.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 8003212 | QUADRANGLE GROUP, LLC | | $800,000.00 | |
| 8003214 | THE CURATORS OF THE UNIVERSITY OF MISSOURI | | $40,411.00 | |
| 8003219 | IBRD THE STAFF RETIREMENT PLAN AND TRUST | | $349,999.00 | |
| 8003221 | COMM OF PENNSYLVANIA STATE EMPLOYEES RETIREMENT SYSTEM | | $360,109.62 | |
| 8003237 | OREGON PUBLIC EMPLOYEES RETIREMENT FUND | | $2,171,613.00 | |
| 8003241 | INTER-AMERICAN DEVELOPMENT BANK | | $145,672.00 | |
| 8003289 | SWISSCANTO ASSET MANAGEMENT LTD. | | $55,134.76 | |
| 8003300 | PIMCO GLOBAL CREDIT OPPORTUNITY | | $776,660.53 | |
| 8003312 | TRANSAMERICA LIFE INSURANCE CO. | | $0.00 | |
| 8003325 | SBL FUND - SERIES B LARGE CAP VALUE | | $472,004.00 | |
| 8003353 | ANTHONY JR, THOMAS J | | $7,602.47 | X |
| 8003416 | TELSTRA SUPER PTY LTD | | $125,059.00 | |
| 8003433 | ALLIANZGI KAG A/C [REDACTED] | | $30,761.72 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 8003454 | ALLIANZGI LUXEMBOURG - [REDACTED] ALLIANZ DIT EURO BOND | | $631,025.78 | |
| 8003457 | ALLIANZGI LUXEMBOURG - [REDACTED] ALLIANZ DIT GLOBAL | | $260,924.27 | |
| 8003632 | MOSKOPF, JENNIFER LYNN | | $3,839.89 | X |
| 8003680 | HOWARD FAMILY TRUST DATED JULY 10, 1995 | | $4,356.27 | |
| 8003716 | FELDMAN, HELGA | | $31,700.00 | X |
| 8003829 | LEHMAN BROTHERS SECURITIES PRIVATE LIMITED | | $0.00 | |
| 8003929 | LEHMAN BROTHERS ADVISERS PRIVATE LIMITED | | $0.00 | |
| 8003968 | SASSE, OTTO E AND | | $20,003.83 | |
| 8003995 | INTUITION PUBLISHING INC. | | $1,546,350.70 | X |
| 8004018 | SYKEHJELPS- OG PENSJONSORDNINGEN FOR LEGER | | $344,531.00 | |
| 8004032 | UNIVERSAL-INVESTMENT-GMBH | | $889,062.30 | |
| 8004033 | UNIVERSAL-INVESTMENT-GMBH | | $41,875.00 | |
| 8004034 | UNIVERSAL-INVESTMENT-GMBH | | $111,875.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 8004036 | UNIVERSAL-INVESTMENT-GMBH | | $82,640.93 | |
| 8004037 | UNIVERSAL-INVESTMENT-GMBH | | $211,251.09 | |
| 8004108 | SHEET METAL WORKERS NATIONAL PENSION FUND | | $39,963.00 | |
| 8004136 | GEORGE HOAG FAMILY | | $6,483.68 | |
| 8004137 | MOTION PICTURE PENSION PLAN | | $69,224.80 | |
| 8004138 | HONDA OF AMERICA MFG. INC | | $81,891.59 | |
| 8004139 | ACADEMY FOUNDATION | | $5,403.13 | |
| 8004140 | AMPAS | | $5,403.07 | |
| 8004143 | NEWS CORP (AKA FOX ENT) | | $43,689.99 | |
| 8004224 | ENHANCED CASH FUND, A SERIES OF INVESCO FIXED INCOME TRUST | | $8,952.25 | |
| 8004308 | KOREA INVESTMENT CORPORATION | | $403,591.00 | |
| 9000527 | CHMEA, JAIME AND | | $659,654.74 | |
| 9000664 | MOLFINO, PATRICIA LUISA | | $90,656.05 | |
| 9000710 | SILBERSTEIN, VIVIAN | | $5,000.00 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9000750 | FULTON, THOMAS D | | $0.00 | X |
| 9001006 | TTSD TRUST U/A/D 6/7/07 | | $203,161.40 | |
| 9001262 | BARCLAYS GLOBAL INVESTORS LTD | | $31,096,891.69 | |
| 9001365 | PERL, ROBERT | | $441,391.50 | X |
| 9001468 | NTGI-QM COL DLY ALL CNTRY WORLD INDEX EX-US EQTY FND-LENDING | | $22,614.94 | |
| 9001655 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | | $0.00 | X |
| 9001719 | DECLARATION MGMT & RSRCH A/C STATE OF FLORIDA | | $42,460.94 | |
| 9001803 | MINNESOTA STATE INVESTMENT | | $748,477.00 | |
| 9001806 | LAIDLEY, BRENDA | | $65,000.00 | X |
| 9001814 | LORING, WOLCOTT & COOLIDGE | | $20,548.00 | |
| 9001815 | BERNSTEIN VALUE EQUITIES | | $55,531.88 | |
| 9001912 | WITTEN, RICHARD E. | | $1,869,953.80 | X |
| 9001915 | DEUTSCHE BANK AG, LONDON BRANCH | | $56,126,998.76 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

C-100

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9001917 | PENNSYLVANIA PUBLIC SCHOOL EMPLOYEE'S RETIREMENT SYSTEM | | $800,000.00 | X |
| 9001923 | RUBINSTEIN, ALICE TTEE | | $20,638.00 | |
| 9001951 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | | $0.00 | X |
| 9001952 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | | $0.00 | X |
| 9001953 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | | $0.00 | X |
| 9001954 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | | $0.00 | X |
| 9001955 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | | $0.00 | X |
| 9001956 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | | $0.00 | X |
| 9001957 | LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION) | | $0.00 | X |
| 9001958 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | | $0.00 | X |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9001959 | LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION) | | $0.00 | X |
| 9002100 | KRIEGER, KAREN M | | $225,397.20 | X |
| 9002193 | KUWAIT INVESTMENT AUTHORITY | | $273,086.00 | |
| 9002315 | WESTERN BANK INTERNATIONAL | | $0.00 | |
| 9002330 | CONSTLAB PN/GSAM | | $3,437.50 | |
| 9002345 | PERELMAN, RICARDO E & MARTA E PERELSZTEIN DE PEREZMAN | | $96,593.80 | |
| 9002371 | ORING, NANCY, TTEE/ALVIN M LAPIDUS | | $243,491.50 | X |
| 9002403 | JOHN HANCOCK TRUST REAL RETURN BOND TRUST | | $988,431.79 | |
| 9002421 | DOMINICAN SISTERS ST MARY OF THE SPRINGS | | $23,594.15 | |
| 9002422 | THE FOUNDATION OF THE CATHOLIC DIOCESE OF COLUMBUS OHIO | | $26,060.20 | |
| 9002426 | NGA INSTITUTIONAL LIBOR FUND LIMITED | | $287,914.01 | |
| 9002427 | NGA INSTITUTIONAL LIBOR FUND LIMITED | | $6,744.83 | |
| 9002428 | NGA INSTITUTIONAL LIBOR FUND LIMITED | | $397,570.70 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

C-102

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9002433 | BEAVER CREEK GLOBAL FUND CLASS C | | $22,671.46 | |
| 9002484 | USAA INVESTMENT MANAGEMENT COMPANY | | $2,525,400.00 | |
| 9002485 | USAA INCOME STOCK FUND A/C GRANTHAM MAYO VAN OTERLOO | | $120,372.70 | |
| 9002486 | USAA CAPITAL GROWTH FUND | | $205,887.88 | |
| 9002487 | USAA PRECIOUS METALS AND MINERALS FUND | | $12,810.00 | |
| 9002488 | USAA CORNERSTONE STRATEGY FUND | | $43,550.93 | |
| 9002527 | OREGON LABORER-EMPLOYERS PENSION TRUST FUND | | $94,297.64 | |
| 9002529 | DWS COMMUNICATIONS FUND INC | | $12,747,152.26 | X |
| 9002534 | MAINSTAY VP TOTAL RETURN PORTFOLIO | | $42,174.22 | |
| 9002538 | MAINSTAY TOTAL RETURN FUND | | $94,913.69 | |
| 9002570 | MAINSTAY VP GOVERNMENT PORTFOLIO | | $13,875.01 | |
| 9002576 | NGA CAPITAL FUND LIMITED | | $566,335.94 | |
| 9002584 | NGA CAPITAL FUND LIMITED | | $566,335.94 | |
| 9002585 | NGA CAPITAL FUND LIMITED | | $566,335.94 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9002586 | NGA CAPITAL FUND LIMITED | | $566,335.94 | |
| 9002587 | USAA INTERNATIONAL FUND | | $147,600.00 | |
| 9002597 | USAA VALUE FUND | | $84,111.50 | |
| 9002599 | MAINSTAY GOVERNMENT FUND | | $13,267.97 | |
| 9002635 | KURI CON, JOSE AND | | $195,875.82 | X |
| 9002636 | CAMILO KURI CON | | $3,421,799.18 | X |
| 9002719 | PYRAMIS GLOBAL ADVISORS TRUST COMPANY | | $628,244.92 | |
| 9002870 | BLACKROCK FINANCIAL MGMT | | $66,920.88 | |
| 9002907 | BLACKROCK FINANCIAL MGMT | | $5,023,799.00 | |
| 9002916 | BLACKROCK FINANCIAL MGMT | | $957,076.00 | |
| 9002942 | BLACKROCK FINANCIAL MGMT | | $273,034.55 | |
| 9002975 | BLACKROCK FINANCIAL MGMT | | $38,373.50 | |
| 9002977 | BLACKROCK FINANCIAL MGMT | | $23,694.03 | |
| 9002979 | BLACKROCK FINANCIAL MGMT | | $7,449.66 | |
| 9002980 | BLACKROCK FINANCIAL MGMT | | $251,619.70 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

C-104

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9002981 | BLACKROCK FINANCIAL MGMT | | $12,845.66 | |
| 9002982 | BLACKROCK FINANCIAL MGMT | | $102,475.08 | |
| 9002984 | BLACKROCK FINANCIAL MGMT | | $44,726.55 | |
| 9002986 | BLACKROCK FINANCIAL MGMT | | $1,530.36 | |
| 9002987 | BLACKROCK FINANCIAL MGMT | | $104,030.32 | |
| 9002991 | BLACKROCK FINANCIAL MGMT | | $10,064.34 | |
| 9003012 | BLACKROCK FINANCIAL MGMT | | $31,214.71 | |
| 9003013 | BLACKROCK FINANCIAL MGMT | | $40,050.03 | |
| 9003014 | BLACKROCK FINANCIAL MGMT | | $14,537.87 | |
| 9003018 | BLACKROCK FINANCIAL MGMT | | $12,683.86 | |
| 9003021 | BLACKROCK FINANCIAL MGMT | | $43,765.74 | |
| 9003035 | BLACKROCK FINANCIAL MGMT | | $3,321.00 | |
| 9003039 | BLACKROCK FINANCIAL MGMT | | $23,500.15 | |
| 9003042 | BLACKROCK FINANCIAL MGMT | | $91,767.00 | |
| 9003049 | BLACKROCK FINANCIAL MGMT | | $38,817.19 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9003057 | BLACKROCK FINANCIAL MGMT | | $447,024.50 | |
| 9003063 | BLACKROCK FINANCIAL MGMT | | $109,365.68 | |
| 9003072 | BLACKROCK FINANCIAL MGMT | | $155,234.69 | |
| 9003073 | BLACKROCK FINANCIAL MGMT | | $18,238.67 | |
| 9003077 | BLACKROCK FINANCIAL MGMT | | $142,790.98 | |
| 9003081 | BLACKROCK FINANCIAL MGMT | | $18,614.36 | |
| 9003088 | BLACKROCK FINANCIAL MGMT | | $182,534.51 | |
| 9003097 | SHELTON, CHARLES B III | | $536,168.00 | |
| 9003151 | COSMOPOLITAN INVESTMENT FUND PANAGORA INTERNATIONAL EQUITY | | $1,340,002.88 | |
| 9003153 | COSMOPOLITAN INVESTMENT FUND GLOBAL EQUITIES ACTIVE | | $1,275,242.82 | |
| 9003175 | USAA MASTER TRUST PENSION AND RSP | | $820,654.00 | |
| 9003248 | PIMCO JAPAN LOW DURATION ALPHA FUND | | $1,157,206.68 | |
| 9003255 | STANTON, NANCY J | | $71,741.30 | X |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

C-106

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9003258 | NEW YORK LIFE INSURANCE COMPANY | | $17,117.77 | |
| 9003259 | NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION | | $126,593.89 | |
| 9003283 | MITCHELL, JENNIFER L | | $22,500.00 | |
| 9003305 | GM ASSET MGMT INVESTMENT FUNDS TRUST-PROMARK INCOME FUND | | $190,313.00 | X |
| 9003307 | PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO | | $1,918.77 | |
| 9003310 | IDS 067 RIVERSOURCE LTD DURATION BOND FUND | | $1,148.45 | |
| 9003379 | PULLING, THOMAS L | | $51,401.00 | X |
| 9003380 | PULLING, THOMAS L | | $92,923.00 | X |
| 9003477 | BLUE DRAGON INVESTMENTS | | $49,900.00 | |
| 9003563 | BLACKROCK FINANCIAL MGMT | | $14,895,528.00 | |
| 9003605 | DORELLA INVESTMENTS INC | | $2,508,628.00 | |
| 9003773 | BLACKROCK FINANCIAL MGMT | | $5,320.94 | |
| 9003851 | THE PANAGORA GROUP TRUST INTERNATIONAL EQUITY FUND | | $971,880.85 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9003909 | PUTNAM WORLD TRUST - PUTNAM GLOBAL FIXED INCOME ALPHA FUND S2 | | $1,709,944.91 | X |
| 9003966 | CLAYMORE US-1-THE CAPITAL MARKETS INDEX ETF | | $2,369.53 | |
| 9003991 | IHC HEALTH SERVICES INC | | $155,489.00 | |
| 9003993 | WELLS FARGO BANK, NATIONAL ASSOCIATION | | $23,949,894.47 | |
| 9004001 | OHIO CARPENTERS ANNUITY FUND | | $6,460.55 | |
| 9004005 | ARKANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM | | $49,334.38 | |
| 9004061 | NIKKO MBS FUND | | $27,685.95 | |
| 9004259 | ROCHE US DB PLANS MASTER TRUST | | $46,460.00 | |
| 9004265 | GOLDMAN SACHS US MORTGAGES FUND | | $87,546.00 | |
| 9004382 | HATTERAS FINANCIAL CORP | | $9,499,470.07 | |
| 9004384 | IDS 78D SC SYNTHETIC PORTFOLIO | | $73,515.62 | |
| 9004401 | BOARD OF PENSIONS OF THE PRESBYTERIAN CHURCH | | $553,248.06 | |
| 9004410 | THE ANDREW W MELLON FOUNDATION | | $72,656.00 | |
| 9004500 | STROUD | | $554,079.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

C-108

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9004630 | THE BANK OF KOREA | | $1,050,625.01 | |
| 9004631 | KOREA NATIONAL PENSION SERVICE | | $507,148.87 | |
| 9004632 | TRUST FUND | | $4,885,741.93 | |
| 9004633 | MIGA | | $467,734.33 | |
| 9004634 | IDA | | $2,206,562.63 | |
| 9004640 | RICL-SOVEREIGN RUSSELL CORE PLUS FIXED INCOME POOL | | $163,124.90 | |
| 9004645 | RTC-CEBFT RUSSELL INTERNATIONAL FUND | | $1,054,920.44 | |
| 9004646 | RUT THE INTERNATIONAL BOND FUND | | $11,562.50 | |
| 9004657 | NATIONAL STABILIZATION AGRMT OF THE SHEET METAL IND TR FUND | | $86,818.75 | |
| 9004662 | PENSION FUND OF HEAT AND FROST INSULATORS LOCAL 12 | | $390.24 | |
| 9004663 | ANNUITY FUND OF HEAT AND FROST INSULATORS LOCAL 12 | | $4,335.94 | |
| 9004690 | BANK FOR INTERNATIONAL SETTLEMENTS | | $1,118,835.68 | |
| 9004694 | INDIANA PUBLIC EMPLOYEES RETIREMENT FUND | | $8,594.00 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

C-109

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9004695 | HARTFORD LIFE INSURANCE COMPANY | | $132,952.00 | |
| 9004697 | GMT LIBOR CAYMAN UNIT TRUST | | $601,367.00 | |
| 9004705 | FIRST CLEARING LLC | | $560,655.00 | |
| 9004708 | GOLDMAN SACHS CORE FIXED INCOME FUND | | $80,914.00 | |
| 9004728 | GENERAL AMERICAN LIFE INS COMPANY GENAM SEPARATE ACCT | | $8,594.00 | |
| 9004732 | WASHINGTON STATE INVESTMENT BOARD | | $8,229.00 | |
| 9004734 | PRUDENTIAL RETIREMENT INSURANCE & ANNUITY COMPANY | | $14,433.00 | |
| 9004736 | NATIONAL ELECTRICAL BENEFIT FUND | | $55,255.00 | |
| 9004737 | METROPOLITAN LIFE INSURANCE COMPANY | | $8,594.00 | |
| 9004843 | FRANKLIN STRATEGIC INCOME FUND | | $4,033.84 | |
| 9004948 | RTC - CEBFT RUSSELL FIXED INCOME II FUND | | $18,046.88 | |
| 9004950 | RTC - CEBFT RUSSELL LONG DURATION FIXED INCOME FUND | | $209,218.75 | |
| 9005026 | DELAWARE HEALTH FACILITIES BEEBE MEDICAL CENTER | | $4,201,169.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9005056 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | | $8,522,201.09 | X |
| 9005140 | POGGI, ANTHONY | | $225,827.62 | X |
| 9005237 | TRANSAMERICA PIMCO TOTAL RETURN VP SRS OF TRNSMRCA SRS TR | | $2,821,283.54 | |
| 9005239 | TRANSAMERICA PIMCO TOTAL RETURN A SRS OF TRANSAMERICA FUNDS | | $2,429,746.76 | |
| 9005332 | STICHTING PENSIOENFONDS ABP | | $2,824,503.15 | |
| 9005342 | LACERA - GSAM | | $455.50 | |
| 9005343 | LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION (LACERA) | | $104,774.79 | |
| 9005344 | LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION (LACERA) | | $104,775.00 | |
| 9005403 | HARTFORD LIFE INSURANCE COMPANY | | $1,305,072.45 | |
| 9005425 | NESTLE IN THE USA SAVINGS TRUST | | $6,798.28 | |
| 9005445 | TUDOR BVI GLOBAL PORTFOLIO LP, THE | | $507,476,388.93 | |
| 9005453 | COLLEGE RETIREMENT EQUITIES FUND - STOCK ACCOUNT | | $1,360,549.00 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

C-111

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9005489 | ESPERANCE FAMILY FOUNDATION | | $1,573,096.50 | |
| 9005564 | US BANK NATIONAL ASSOCIATION, AS TRUSTEE | | $1,500,000.00 | |
| 9005607 | STATE UNIV RET SYST ILLINOIS | | $2,290.75 | |
| 9005689 | SHEET METAL WORKERS LOCAL 28 ANNUITY | | $1,911.33 | |
| 9005690 | SHEET METAL WORKERS LOCAL 28 PENSION | | $49,429.72 | |
| 9005754 | WESTERNBANK PR | | $0.00 | |
| 9005893 | SHAMAH, ISAAC | | $320,999.95 | X |
| 9005940 | THE BOEING COMPANY STABLE VALUE FUND | | $172,982.34 | |
| 9005941 | THE BOEING COMPANY EMPLOYEE SAVINGS PLAN MASTER TRUST | | $3,251,177.34 | |
| 9005942 | BOEING COMPANY VOLUNTARY INVESTMENT PLAN | | $3,200,787.00 | |
| 9006031 | STICHTING PENSIOENFONDS ABP | | $8,752,637.16 | |
| 9006124 | BLACKROCK FINANCIAL MGMT | | $283,710.00 | |
| 9006129 | ANDREW T BERLIN REVOCABLE TRUST | | $9,745,576.64 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9006332 | WESTERN ASSET MANAGEMENT CORE FIXED INCOME FUND OF THE INVESCO GROUP | | $415,200.00 | |
| 9006334 | WSTRN ASSET MNGMT A-OR-BETTER CORE FXD INCOME FUND OF THE | | $155,480.00 | |
| 9006415 | MORGAN KEEGAN & CO | | $30,760.67 | |
| 9007079 | LEHMAN BROTHERS ASIA CAPITAL COMPANY (IN LIQUIDATION) | | $0.00 | X |
| 9007082 | CREDIT SUISSE SECURITIES USA LLC | | $5,374,536.90 | |
| 9007135 | INSTINET LLC | | $3,670,130.00 | |
| 9007258 | KOLLYDAS, PETER G | | $144,473.00 | X |
| 9007269 | SHALOWITZ, MANNES M | | $95,162.86 | X |
| 9007290 | BLACKROCK FINANCIAL MGMT | | $2,105,340.68 | |
| 9007336 | BLACKROCK FINANCIAL MGMT INC | | $529,100.80 | |
| 9007340 | BLACKROCK FINANCIAL MGMT | | $646,296.38 | |
| 9007549 | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 478 | | $3,555.47 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9007798 | WESTERNBANK INTERNATIONAL | | $42,532,822.14 | |
| 9007799 | WESTERNBANK PUERTO RICO | | $96,743,408.26 | |
| 9007808 | TORMES ASSET FUNDING LTD | | $33,779.82 | |
| 9007911 | LAUBER, RICHARD J | | $24,537.65 | |
| 9007956 | BLACKROCK FINANCIAL MGMT AND ITS ADVISORY AFFILIATES | | $8,528.52 | |
| 9007958 | BLACKROCK FINANCIAL MGMT AND ITS ADVISORY AFFILIATES | | $365,625.00 | |
| 9007960 | BLACKROCK FINANCIAL MGMT | | $17,858.62 | |
| 9007963 | BLACKROCK FINANCIAL MGMT | | $13,580.86 | |
| 9007965 | BLACKROCK FINANCIAL MGMT | | $11,613.22 | |
| 9007966 | BLACKROCK FINANCIAL MGMT | | $9,087.33 | |
| 9007967 | BLACKROCK FINANCIAL MGMT | | $108,282.03 | |
| 9007986 | DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD | | $213,343,628.72 | |
| 9007986-1 | SOLSTAR PARTNERS, LLC | | $42,634,171.95 | |
| 9008004 | THE DRAKE LOW VOLATILITY MASTER FUND LTD | C | $2,668,112.13 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9008005 | THE DRAKE OFFSHORE MASTER FUND LTD | C | $17,592,318.82 | |
| 9008021 | GOLDMAN SACHS ASSET MANAGEMENT LP | | $3,064,414.06 | |
| 9008030 | HSBC MORTGAGE CORPORATION (USA) | | $0.00 | |
| 9008062 | MACKAY SHIELDS LLC | | $54,568,637.45 | |
| 9008064 | DWIGHT ASSET MANAGEMENT COMPANY LLC | | $3,515,899.18 | |
| 9008079 | THRIVENT FINANCIAL FOR LUTHERANS | | $1,041,250.00 | |
| 9008085 | FORTIS INVESTMENT MANAGEMENT UK LIMITED | | $960,575.00 | |
| 9008087 | FEDERATED INVESTORS INC | | $202,625.00 | |
| 9008094 | GOLDMAN SACHS ASSET MANAGEMENT LP | | $0.00 | |
| 9008097 | MELLON CAPITAL MANAGEMENT CORPORATION | | $362,266.00 | |
| 9008100 | QIC DIVERSIFIED FIXED INTEREST FUND NO. 1 | | $16,312.02 | X |
| 9008101 | THE BANK OF NEW YORK MELLON | | $19,326.36 | |
| 9008103 | INVESTMENT COMPANY OF THE PEOPLE'S REPUBLIC OF CHINA PL | | $3,176,405.96 | |
| 9008109 | MORGAN STANLEY INVESTMENT MANAGEMENT LIMITED | | $195,909,508.65 | |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3.  This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4.  Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order.  The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246).  Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein.  For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion).  Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount.  In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

| Claim Number[1] | Claim Holder[2] | Senior Claims Schedule[3] | Capped Amounts[4] | Pending Before the Court |
|---|---|---|---|---|
| 9008110 | NORGES BANK-GOVERNMENT PENSION FUND PORTFOLIO | | $140,076.72 | |
| 9008137 | LOGAN CIRCLE PARTNERS LP | | $581,533.20 | |
| 9008140 | LOGAN CIRCLE PARTNERS LP | | $1,782,211.20 | |
| 9008141 | COWEN AND COMPANY LLC | | $119,160.00 | |
| 9008144 | MERRILL LYNCH CAPITAL SERVICES INC | | $0.00 | |
| 9008151 | CREDIT SUISSE SECURITIES EUROPE LIMITED | | $9,026,296.44 | |
| 9008157 | HSBC | | $7,043,795.00 | |
| 9008158 | ISRAEL DISCOUNT BANK LTD | | $0.00 | |
| 9008185 | BROWN BROTHERS HARRIMAN & CO | | $93,809.16 | |
| 9008187 | AUSTRALIANSUPER PTY LTD | | $215,873.00 | |
| 9008189 | NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNTS PORTFOLIO | | $227,408.89 | |
| 9008195 | DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD | | $1,954,039.00 | |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

3. This column reflects whether the claim was listed on one of the revised schedules annexed to the Court's July 2, 2014 Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 2009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims and Related Relief (the "Secured and Priority Claims Reserve Order," ECF No. 9273), and if so, which schedule.

4. Claims that asserted secured or priority statuses (except for Claims asserted as secured based on set off rights) will already have been capped (with respect to priority or secured amounts) by this Court's Secured and Priority Claims Reserve Order. The claims subject to the Secured and Priority Claims Reserve Order also are subject to the Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Capping the Maximum Allowable Amounts, and Establishing an Interim Distribution Fund, for Unsecured Claims, (II) Allowing Certain Unsecured Claims, (III) Authorizing the Trustee to make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief (the "Motion," ECF No. 9246). Secured and priority Claims that will be fully reserved for by the Secured and Priority Claims Reserve are not included herein. For these Claims, the Trustee's proposed Capped Amount is the same as the Senior Capped Amount (defined in the Motion). Secured and priority Claims that are not fully reserved for in the Secured and Priority Claims Reserve – for example, claims that had both priority and unsecured components – are included herein (as indicated in the "Senior Claims Schedule" column) and the Trustee's Capped Amount for such claims includes the Senior Capped Amount. In either case, this will not result in a double reserve and does not contemplate an additional claim; rather, it only reflects the possibility that an asserted secured or priority claim ultimately might be allowed only as a general unsecured claim.

**Schedule D – Claims Subordinated or Classified as Equity Interests Pursuant to Court Order**
As of July 15, 2014

| Claim Number[1] | Claim Holder[2] |
|---|---|
| 16 | LYONS, ROBIN B |
| 70 | WYMAN, ROBERT C |
| 76 | BOULBOL, HENRY J. |
| 125 | DYBECK, DONALD C |
| 139 | DEL DUCA, JOSEPH A. |
| 301 | HUTTER, PAUL |
| 438 | KARKENNY, ALEXANDER E. |
| 531 | DAY, RICHARD J. |
| 718 | SAVITT, LYNNE & JILL |
| 721 | FRIEDLANDER, RICHARD |
| 851 | GARDNER, JAMES |
| 1155 | MAIN, ROBERT E |
| 1159 | MAIN, JAN |
| 1174 | FABER, NAN GEIST |
| 1241 | SANDS, JEROME D. JR |
| 1471 | DEMASI, KATHLEEN M. |
| 1476 | MILLER, LEONARD A. |
| 1509 | STEINBERG, MICHAEL L. |
| 1552 | KAMINESTER, KIMBERLY |
| 1563 | MILLER, ERIC BRUCE |
| 1671 | BERNARD, JOHN |
| 1679 | SOLOMON, PETER J. |
| 1681 | KAMINESTER, DAVID |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

| Claim Number[1] | Claim Holder[2] |
|---|---|
| 2132 | CARLSON, RAYMOND M. |
| 2144 | VANDENBERG, NANCY T. |
| 3252 | DYER, ROBERT C. |
| 3263 | FINN, NICHOLAS B. |
| 3301-1 | DEROSA, AL |
| 3408-1 | FRIEDLAND, JAMES |
| 3452 | BREWSTER, MICHAEL J. |
| 3556 | RUBIN, ALLAN |
| 3660 | LAVIN, EUGENE F. |
| 3682 | PATRUNO, SABINO |
| 3715 | ESTATE OF EDWARD MAZZELLA JR. |
| 4179 | KONSTANTINIS, ROBERT |
| 4193 | DUNN, LEON J |
| 4230 | SLOCUM, R. TAD |
| 4323 | PETER, LOIS |
| 4379 | BACH, ROGER E. |
| 4401 | HLAVEK, RUDOLPH G |
| 4408 | SHEA, ANDREW P |
| 4433 | FORSHAGEN, DOUGLAS A. |
| 4447 | MCDANIEL, JAMES H. |
| 4496 | TENZER, LEWIS ORSON |
| 4498 | TENZER, LEWIS ORSON |
| 4510 | ENDLAR, STEPHEN P. |
| 4586 | HAYAT, CLAUDE |
| 5612 | O'KEEFE, PETER, SR. |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

| Claim Number[1] | Claim Holder[2] |
|---|---|
| 5615 | THE BANK OF NEW YORK MELLON, AS TRUSTEE |
| 5888 | DENVER EMPLOYEES RETTIREMENT PLAN |
| 5979 | SCHNIER, RICHARD R. JR. |
| 5991 | TALISH, MARVIN W. |
| 6036 | GARDNER, JAMES S. |
| 6037 | GARDNER, JAMES S. |
| 6079 | MCATEER, VIRGINIA |
| 6080 | MCATEER, VIRGINIA |
| 6111 | PETERS, STEPHEN |
| 6112 | PETERS, STEPHEN |
| 6353 | LB I GROUP INC. |
| 6354 | LEHMAN BROTHERS COMMERCIAL CORPORATION |
| 6355 | LB FUNDING CORP. II |
| 6356 | LEHMAN BROTHERS SPECIAL FINANCING INC. |
| 7000004 | SORRENTINO, CAROLYN |
| 7000356 | GLASSER, ADRIENNE S |
| 7000600 | SLOAN, ADAM D |
| 7000739 | SILVA, ALEJANDRO |
| 7000855 | GARCES, ELENA DANIELA |
| 7000899 | MEDINGER, MATIAS A |
| 7000902 | CANALDA, DIEGO |
| 7000939 | CELASCO, GUILLERMO F |
| 7000950 | HUIDOBRO, MARIANO |
| 7000952 | COHEN, PABLO JAVIER |
| 7000953 | COHEN, HECTOR RICARDO |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

| Claim Number[1] | Claim Holder[2] |
|---|---|
| 7000956 | ATABAKI, KHASHAYAR M |
| 7000958 | MEYERHANS, ROMAN |
| 7000971 | CAAMANO, EDUARDO MARTIN |
| 7000972 | CARAFI, PEDRO J |
| 7000975 | REYNAL, WILLIAM L |
| 7000983 | GADDI, SANTIAGO JOSE |
| 7000986 | MACDONALD, ROBERTO JUAN |
| 7000989 | ROMANELLI, DIEGO |
| 7000991 | VALENZUELA, JORGE I |
| 7000995 | ALEJANDRO RODRIGUEZ PONFERRADA |
| 7000997 | RIESSEN, NATALIE S. |
| 7000998 | BARZI, HERNAN |
| 7001001 | MEDINGER, MATIAS A |
| 7001010 | AKERMAN, ARIEL |
| 7001014 | USTARIZ, CHRISTIAN ALBERTO |
| 7001030 | CAFFARONE, RICARDO LUIS |
| 7001036 | ARGUELLES, CHRISTINA MARIA |
| 7001047 | GONZALEZ, LUIS MIGUEL |
| 7001052 | DARTIGUELONGUE, GASTON MARIA |
| 7001055 | KIGUEL, FERNANDO |
| 7001068 | SULLIVAN, MARK L. |
| 7001075 | ROBLES, MARIANO |
| 7001080 | LYNCH, RAUL A |
| 7001081 | ALVAREZ, EDUARDO |
| 7001098 | DELLARUSSO, RICHARD JOSEPH |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

| Claim Number[1] | Claim Holder[2] |
|---|---|
| 7001128 | CHO, HAROLD B |
| 7001172 | CALDWELL, ENRIQUE C. |
| 7001203 | BOIGEN, GASTON HERNAN |
| 7001211 | SCHAEFER, GANNON R |
| 7001500 | DOROSK, JEFFREY |
| 7001502 | DRUSKIN, ROBERT |
| 7001506 | ELLIS, RICHARD |
| 7001528 | GELBAND, MICHAEL |
| 7001538 | GOOGINS, GEORGE |
| 7001595 | LONGO, NICHOLAS |
| 7001667 | ROBINSON, ROBY |
| 7001747 | SMITH, MICHAEL, DECEASED |
| 7001828 | GREEN, LAWRENCE |
| 7001870 | SOLOMON, PETER |
| 7002046 | BBC PENSION TRUST LIMITED AS TRUSTEE |
| 7002064 | PAVLOFF, MICHAEL |
| 7002130 | MCCANN, JOHN |
| 7002143 | ELLNER, LAWRENCE |
| 7002166-1 | MAY, HAROLD |
| 7002239 | SACK, EDWARD |
| 7002276 | LISA S. BOYAJIAN SEPARATE PROPERTY TRUST DATED 8/18/2000 |
| 7002328 | WILLIAM & MONIKA OWENS / |
| 7002510 | GOLD, JONATHAN |
| 8000111 | LOCHER, KURT |
| 8000989 | GIAMMARINO, EDWARD |

1.    Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.    Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

| Claim Number[1] | Claim Holder[2] |
|---|---|
| 8001556 | ENDLAR LEE, LAURIE |
| 8001994 | MALINA, BARBARA |
| 8002410 | JUNDANIAN, GREGORY ARA |
| 8002586 | LAVRIGATA, FRANK T |
| 8003915 | LAUBER, RICHARD J. |
| 9000180 | FITZPATRICK, MICHAEL |
| 9001001 | GARDNER, JAMES |
| 9001076 | FLORENCE E GROSS TTEE |
| 9001201 | SOKOL, JAMES D |
| 9002024 | BRYAN, GAIL F |
| 9002339 | MORGAN STANLEY & CO INCORPORATED |
| 9003324 | KAPLAN, JACK |
| 9003363 | SEIBELS, HOWARD KELLY |
| 9005790 | PERMALON LIMITED |
| 9006999 | WILSON, CATHLEEN |
| 9007222 | WYMAN, JOSEPH C |

1.  Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2.  Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components.  Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim.  The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.