HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation
of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA |

**NOTICE TO HOLDERS OF ALL GENERAL UNSECURED CREDITOR CLAIMS
REGARDING THE FIRST INTERIM DISTRIBUTION TO ALLOWED GENERAL
UNSECURED CREDITORS, ESTABLISHMENT OF THE FIRST INTERIM
DISTRIBUTION FUND, AND THE TRUSTEE'S FIRST SUPPLEMENTAL
DISTRIBUTION SCHEDULE OF GENERAL CREDITOR CLAIMS**

PLEASE TAKE NOTICE that, pursuant to the Order granting the Trustee's Motion For an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (i) Capping the Maximum Allowable Amounts, and Establish an Interim Distribution Fund, For Unsecured Claims, (ii) Allowing Certain Unsecured Claims, (iii) Authorizing the Trustee to Make a First Interim Distribution to Allowed Unsecured Creditors with a Record Date of July 15, 2014, and Related Relief, dated July 30, 2014 [ECF No. 9520] (the "First Interim General Unsecured Distribution Order"), annexed hereto as Exhibit A is a schedule detailing the Trustee's establishment of the Interim Distribution Fund for the purpose of making a first interim distribution to the holders of allowed general unsecured creditor claims and maintaining sufficient reserves for unresolved general unsecured creditor claims. The Trustee will establish the First Interim General Unsecured Distribution Fund based on assets available for distribution and claim liabilities as of July 31, 2014.

PLEASE TAKE FURTHER NOTICE that annexed hereto as Exhibit B is a Supplemental Distribution Schedule (as defined in the First Interim General Unsecured Distribution Order) setting forth the general creditor claims not included on schedules A or B annexed to the First Interim General Unsecured Distribution Order that the Trustee has determined should be allowed general creditor claims, including amounts that the Trustee has determined are entitled to secured

or priority status pursuant to sections 506 and 507 of the Bankruptcy Code, respectively, other than pursuant to Order of the Court as of July 31, 2014.[1]

PLEASE TAKE FURTHER NOTICE that **to receive any distributions** to which you may be entitled, pursuant to the First Interim General Unsecured Distribution Order, **you must submit** to Epiq Bankruptcy Solutions, LLC ("Epiq"):

i. the appropriate Internal Revenue Service tax form(s) as described below ("Tax Form"); **AND**

ii. a form certifying that neither you nor, to the best of your knowledge, any person or entity for whom you may be acting or who may be the beneficial owner of a claim, security, or interest that is in your name or control is a person or entity with whom it is illegal for a U.S. person to transact under (a) the Office of Foreign Assets Control sanctions regulations or (b) the list of Specially Designated Nationals and Blocked Persons ("OFAC Certification").

The Trustee must receive properly completed originals of both your Tax Form and the OFAC Certification before making a distribution to you. If you do not submit your properly completed forms, you will not receive any distributions to which you may be entitled pursuant to the First Interim General Unsecured Distribution Order.

For all claimants who are U.S. persons, the required Tax Form is the Form W-9 (Request for Taxpayer Identification Number and Certification). The Form W-9 is enclosed.

For all claimants who are not U.S. persons, the required Tax Form is the appropriate version of the Form W-8 Series. Non-U.S. persons should consult with their accountant or tax specialist to determine which version of the Form W-8 Series is applicable.

In addition, if your claim is related to your former employment with LBI, the required Tax Forms are: (i) the Form W-8 or the Form W-9 (as appropriate); (ii) the Form W-4 (Employee's Withholding Allowance Certificate); and (iii) if you worked or reside in New York, either: (a) the New York State Form IT-2014-E, Certificate of Exemption from Withholding, if you determine that no New York State, New York City, or Yonkers income tax should be withheld; or (b) the New York State Form IT-2104, Employee's Withholding Allowance Certificate, if you claim more than 14 exemptions.

Completed original forms must be submitted to the Trustee via Epiq:

---

[1]. With respect to the remaining unresolved general unsecured creditor claims, to the extent they become allowed claims other than by Order of the Court after July 31, 2014, the Trustee shall file periodically with the Court additional Supplemental Distribution Schedules in accordance with the First Interim General Unsecured Distribution Order. To the extent such claims have been allowed by Order of the Court since July 15, 2014, or are allowed by Order of the Court in the future, in accordance with the First Interim General Unsecured Distribution Order, such claims shall be eligible for distribution upon the Order allowing the claim becoming final and the Trustee's receipt of the necessary documentation described in this Notice.

|  If by first-class mail: | If by Hand Delivery or Overnight mail: |
| --- | --- |
| Lehman Brothers Inc.<br>Distribution Forms Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | Epiq Bankruptcy Solutions, LLC<br>Attn: Lehman Brothers Inc.<br>Distribution Forms Processing<br>757 Third Avenue, Ste. 302<br>New York, NY 10017-2063 |

All Tax Forms are available for free at the Trustee's website:  www.lehmantrustee.com.  You may also request all Tax Forms or contact the Trustee's staff regarding any questions by phone at 1-866-841-7868 or teamlehman@hugheshubbard.com.  Please note that the Trustee's staff cannot provide any tax advice.

Dated: August 15, 2014
       New York, New York

# EXHIBIT A

**SCHEDULE DETAILING THE TRUSTEE'S ESTABLISHMENT OF THE
FIRST INTERIM DISTRIBUTION FUND PURSUANT TO THE
FIRST INTERIM GENERAL UNSECURED DISTRIBUTION ORDER**

**ALL FIGURES AS OF JULY 31, 2014\***

| **LBI GENERAL ESTATE ASSETS AND RESERVES** | |
| --- | --- |
| General Estate Assets | $4,978,000,000 |
| Allocation from Customer Estate | $1,000,000,000 |
| Required Reserves | ($1,244,000,000) |
| **Total General Estate Assets Available for Interim Distribution Fund** | **$4,734,000,000** |

| **LBI GENERAL ESTATE UNSECURED CLAIM LIABILITIES** | |
| --- | --- |
| Allowed Unsecured Claims | $20,399,000,000 |
| Unresolved Unsecured Claims | $6,766,000,000 |
| **Total Unsecured Estate Claim Liabilities** | **$27,165,000,000** |

| **TRUSTEE'S INTERIM DISTRIBUTION FUND** | |
| --- | --- |
| Distribution Amount for Allowed Claims | $3,468,000,000 |
| Reserve Amount for Unresolved Claims | $1,150,000,000 |
| **Total First Interim Distribution Fund** | **$4,618,000,000** |

\* Based on information available to the Trustee at this time and subject to revision.

# EXHIBIT B

**Trustee's First Supplemental Distribution Schedule**

| Claim Number[2] | Claim Holder[1] | Secured Allowed Amount | Administrative Allowed Amount | Priority Allowed Amount | Unsecured Allowed Amount |
|---|---|---|---|---|---|
| 23 | STRADLING YOCCA CARLSON & RAUTH | $0.00 | $0.00 | $0.00 | $27,000.00 |
| 352 | MOLLICA, TOM | $0.00 | $0.00 | $380.77 | $0.00 |
| 360 | FLEISCHER, GLORIA | $0.00 | $0.00 | $0.00 | $107.70 |
| 361 | FLEISCHER, GLORIA | $0.00 | $0.00 | $0.00 | $1,842.03 |
| 362 | FLEISCHER, HENRY | $0.00 | $0.00 | $0.00 | $6,178.70 |
| 363 | FLEISCHER, HENRY | $0.00 | $0.00 | $0.00 | $1,871.58 |
| 719 | WEST VIRGINIA INVESTMENT MANAGEMENT BOARD | $0.00 | $0.00 | $0.00 | $896.42 |
| 1260 | DD GX CLARKE | $0.00 | $0.00 | $0.00 | $3,531.56 |
| 1849 | UBS (UK) PENSION AND LIFE ASSURANCE SCHEME | $0.00 | $0.00 | $0.00 | $28,945.32 |
| 2022 | FTN FINANCIAL CAPITAL MARKETS | $0.00 | $0.00 | $0.00 | $29,956.75 |
| 2053 | PUTNAM INCOME FUND | $0.00 | $0.00 | $0.00 | $15,328.98 |
| 2070 | PUTNAM AMERICAN GOVERNMENT INCOME FUND | $0.00 | $0.00 | $0.00 | $5,165.64 |
| 2264 | PUTNAM U.S. GOVERNMENT INCOME TRUST | $0.00 | $0.00 | $0.00 | $22,214.31 |
| 2285 | GEORGE PUTNAM FUND OF BOSTON, THE | $0.00 | $0.00 | $0.00 | $22,226.69 |
| 2350 | PICKHOLZ, JEROME W. | $0.00 | $0.00 | $0.00 | $16,094.09 |
| 2402 | FUND 2183 FTIF FRANKLIN MUTUAL GLOBAL DISCOVERY FUND | $0.00 | $0.00 | $0.00 | $47,949.30 |
| 2404 | FUND 666 MUTUAL FINANCIAL SERVICES | $0.00 | $0.00 | $0.00 | $150,853.37 |
| 2405 | FUND 4845 FTVIP MUTUAL DISCOVERY | $0.00 | $0.00 | $0.00 | $158,623.97 |
| 2416 | FUND 11914 FTIF FRANKLIN TEMPLETON GLOBAL FUNDAMENTAL STRATEGIES FUND | $0.00 | $0.00 | $0.00 | $3,881.43 |
| 2599-1 | BARCLAYS BANK PLC | $0.00 | $0.00 | $0.00 | $330,998.00 |
| 2600 | OIL INVESTMENT CORPORATION, LTD. | $0.00 | $0.00 | $0.00 | $74,086.00 |
| 2688 | CONSULTING GROUP CAPITAL MARKET FUNDS | $0.00 | $0.00 | $0.00 | $262,969.00 |
| 2822 | BAHA'I WORLD CENTRE | $0.00 | $0.00 | $0.00 | $17,922.00 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

| Claim Number[2] | Claim Holder[1] | Secured Allowed Amount | Administrative Allowed Amount | Priority Allowed Amount | Unsecured Allowed Amount |
|---|---|---|---|---|---|
| 2934 | GOLDMAN SACHS ASSET MGMT | $0.00 | $0.00 | $0.00 | $3,437.50 |
| 3035-1 | PETRUCELLI, MICHAEL J. | $0.00 | $0.00 | $10,950.00 | $33,935.56 |
| 3256 | VACCA, JOE ANN | $0.00 | $0.00 | $2,777.32 | $0.00 |
| 3531 | TANAKA, JUNJI | $0.00 | $0.00 | $5,000.00 | $0.00 |
| 3643 | BENYO, BRIAN & DEBORAH | $0.00 | $0.00 | $0.00 | $54,717.76 |
| 4279 | COOPER REALTY INVESTMENTS, INC. | $0.00 | $0.00 | $0.00 | $232.84 |
| 4696 | SILVER POINT CAPITAL FUND, L.P. | $0.00 | $0.00 | $0.00 | $75,944.73 |
| 4697 | SILVER POINT CAPITAL OFFSHORE FUND, LTD. | $0.00 | $0.00 | $0.00 | $118,785.33 |
| 5029 | NORDEN, CAROLINE | $0.00 | $0.00 | $0.00 | $7,996.96 |
| 5463 | FIDELITY PURITAN TRUST: FIDELITY LOW-PRICED STOCK FUND | $0.00 | $0.00 | $0.00 | $288.09 |
| 5488 | VERIZON COMMUNICATIONS INC. SMALL CAP ACCOUNT | $0.00 | $0.00 | $0.00 | $847.82 |
| 5490 | OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM | $0.00 | $0.00 | $0.00 | $5,747.36 |
| 5639 | NORDEA BANK FINLAND PLC | $0.00 | $0.00 | $0.00 | $3,436,076.75 |
| 5745 | BLUEBAY STRUCTURED FUNDS: EMERGING MARKET PORTABLE ALPHA FUND | $0.00 | $0.00 | $0.00 | $70,071.19 |
| 5986 | STATE STREET BANK AND TRUST COMPANY | $0.00 | $0.00 | $0.00 | $144,000.00 |
| 6252 | TANNOR PARTNERS CREDIT FUND, LP | $0.00 | $0.00 | $0.00 | $142,622.20 |
| 6291 | MANHATTAN COLLEGE | $0.00 | $0.00 | $0.00 | $20,000.00 |
| 6300 | SPANO, JOSEPH B. | $0.00 | $0.00 | $8,031.00 | $32,030.00 |
| 7000129 | DARWIN, ERIC E | $0.00 | $0.00 | $3,230.77 | $0.00 |
| 7000362 | PAGE, SARAH K | $0.00 | $0.00 | $2,550.00 | $0.00 |
| 7000533 | RUMBLE, NADINE V | $0.00 | $0.00 | $5,481.00 | $0.00 |
| 7000974 | DALTON, MATTHEW PHILIP | $0.00 | $0.00 | $6,057.69 | $0.00 |
| 7001154-1 | BAIR, MELODY | $0.00 | $0.00 | $3,384.62 | $0.00 |
| 7001157-1 | KALLIS, JOHN H. | $0.00 | $0.00 | $10,950.00 | $25,172.26 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

| Claim Number[2] | Claim Holder[1] | Secured Allowed Amount | Administrative Allowed Amount | Priority Allowed Amount | Unsecured Allowed Amount |
|---|---|---|---|---|---|
| 7001229 | PAN, DANIEL | $0.00 | $0.00 | $2,500.00 | $0.00 |
| 7002037 | LIQUIDITY SOLUTIONS, INC. | $0.00 | $0.00 | $0.00 | $74,000.00 |
| 7002124 | DAVID DWORSKY TRUST U/A FOURTH OF WILL | $0.00 | $0.00 | $0.00 | $70,000.00 |
| 7002159 | TULLETT LIBERTY SECURITIES LLC | $0.00 | $0.00 | $0.00 | $201,015.70 |
| 7002222 | LIMESTONE COLLEGE, INC. | $0.00 | $0.00 | $0.00 | $50,000.00 |
| 7002262 | CONVERSE COLLEGE | $0.00 | $0.00 | $0.00 | $50,000.00 |
| 7002347 | BARNOWSKI, MICHAEL | $0.00 | $0.00 | $5,000.00 | $300.00 |
| 8000226 | BOURSE DE MONTREAL INC | $0.00 | $0.00 | $0.00 | $19,739.00 |
| 8000426 | FOLIOFN INVESTMENTS INC | $0.00 | $0.00 | $0.00 | $2,047.00 |
| 8000714 | FROST NATIONAL BK SEC LENDING | $0.00 | $0.00 | $0.00 | $5,210.49 |
| 8000858 | EMERSON INV MGMT | $0.00 | $0.00 | $0.00 | $39,520.28 |
| 8001067 | THALES UK PENSION SCHEMES CIF TRUSTEE LIMITED | $0.00 | $0.00 | $0.00 | $107,078.13 |
| 8001203 | LEE, CAROLYN WK - ACF | $0.00 | $0.00 | $0.00 | $6,000.00 |
| 8001204 | LEE, CAROLYN WK - ACF | $0.00 | $0.00 | $0.00 | $6,000.00 |
| 8001347 | LUCENT TECHNOLOGIES INC MASTER PENSION TRUST | $0.00 | $0.00 | $0.00 | $338,138.44 |
| 8001719 | ISHARES DOW JONES SELECT DIVIDEND INDEX FUND | $0.00 | $0.00 | $0.00 | $19,880.62 |
| 8001724 | ISHARES S&P SMALLCAP 600 VALUE INDEX FUND | $0.00 | $0.00 | $0.00 | $85,355.87 |
| 8001729 | ISHARES RUSSELL 2000 INDEX FUND | $0.00 | $0.00 | $0.00 | $84,107.31 |
| 8001846 | BROWN BROTHERS HARRIMAN | $0.00 | $0.00 | $0.00 | $1,458.00 |
| 8002626 | TULLETT PREBON GROUP LTD. | $0.00 | $0.00 | $0.00 | $9,773.59 |
| 8002644 | RBC INVESTOR SERVICES BANK S.A. | $0.00 | $0.00 | $0.00 | $43,402.77 |
| 8004224 | ENHANCED CASH FUND, A SERIES OF INVESCO FIXED INCOME TRUST | $0.00 | $0.00 | $0.00 | $8,952.25 |
| 9000664 | MOLFINO, PATRICIA LUISA | $0.00 | $0.00 | $0.00 | $90,656.05 |
| 9001803 | MINNESOTA STATE INVESTMENT | $0.00 | $0.00 | $0.00 | $748,477.00 |
| 9001815 | BERNSTEIN VALUE EQUITIES | $0.00 | $0.00 | $0.00 | $55,531.88 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

| Claim Number[2] | Claim Holder[1] | Secured Allowed Amount | Administrative Allowed Amount | Priority Allowed Amount | Unsecured Allowed Amount |
|---|---|---|---|---|---|
| 9002421 | DOMINICAN SISTERS ST MARY OF THE SPRINGS | $0.00 | $0.00 | $0.00 | $23,594.15 |
| 9002485 | USAA INCOME STOCK FUND A/C GRANTHAM MAYO VAN OTERLOO | $0.00 | $0.00 | $0.00 | $120,372.70 |
| 9002534 | MAINSTAY VP TOTAL RETURN PORTFOLIO | $0.00 | $0.00 | $0.00 | $42,174.22 |
| 9002538 | MAINSTAY TOTAL RETURN FUND | $0.00 | $0.00 | $0.00 | $94,913.69 |
| 9002570 | MAINSTAY VP GOVERNMENT PORTFOLIO | $0.00 | $0.00 | $0.00 | $13,875.01 |
| 9002599 | MAINSTAY GOVERNMENT FUND | $0.00 | $0.00 | $0.00 | $13,267.97 |
| 9002870 | BLACKROCK FINANCIAL MGMT | $0.00 | $0.00 | $0.00 | $66,920.88 |
| 9003021 | BLACKROCK FINANCIAL MGMT | $0.00 | $0.00 | $0.00 | $43,765.74 |
| 9003057 | BLACKROCK FINANCIAL MGMT | $0.00 | $0.00 | $0.00 | $447,024.50 |
| 9003258 | NEW YORK LIFE INSURANCE COMPANY | $0.00 | $0.00 | $0.00 | $17,117.77 |
| 9003259 | NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION | $0.00 | $0.00 | $0.00 | $126,593.89 |
| 9003307 | PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO | $0.00 | $0.00 | $0.00 | $1,918.77 |
| 9003310 | IDS 067 RIVERSOURCE LTD DURATION BOND FUND | $0.00 | $0.00 | $0.00 | $1,148.45 |
| 9003851 | THE PANAGORA GROUP TRUST INTERNATIONAL EQUITY FUND | $0.00 | $0.00 | $0.00 | $971,880.85 |
| 9003909 | PUTNAM WORLD TRUST - PUTNAM GLOBAL FIXED INCOME ALPHA FUND S2 | $0.00 | $0.00 | $0.00 | $1,709,944.91 |
| 9004001 | OHIO CARPENTERS ANNUITY FUND | $0.00 | $0.00 | $0.00 | $6,460.55 |
| 9004005 | ARKANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM | $0.00 | $0.00 | $0.00 | $49,334.38 |
| 9004662 | PENSION FUND OF HEAT AND FROST INSULATORS LOCAL 12 | $0.00 | $0.00 | $0.00 | $390.24 |
| 9004663 | ANNUITY FUND OF HEAT AND FROST INSULATORS LOCAL 12 | $0.00 | $0.00 | $0.00 | $4,335.94 |
| 9004697 | GMT LIBOR CAYMAN UNIT TRUST | $0.00 | $0.00 | $0.00 | $601,367.00 |
| 9005607 | STATE UNIV RET SYST ILLINOIS | $0.00 | $0.00 | $0.00 | $2,290.75 |
| 9005689 | SHEET METAL WORKERS LOCAL 28 ANNUITY | $0.00 | $0.00 | $0.00 | $1,911.33 |
| 9005690 | SHEET METAL WORKERS LOCAL 28 PENSION | $0.00 | $0.00 | $0.00 | $49,429.72 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.

| Claim Number[2] | Claim Holder[1] | Secured Allowed Amount | Administrative Allowed Amount | Priority Allowed Amount | Unsecured Allowed Amount |
|---|---|---|---|---|---|
| 9006332 | WESTERN ASSET MANAGEMENT CORE FIXED INCOME FUND OF THE INVESCO GROUP | $0.00 | $0.00 | $0.00 | $415,200.00 |
| 9006415 | MORGAN KEEGAN & CO | $0.00 | $0.00 | $0.00 | $30,760.67 |
| 9007549 | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 478 | $0.00 | $0.00 | $0.00 | $3,555.47 |
| 9007967 | BLACKROCK FINANCIAL MGMT | $0.00 | $0.00 | $0.00 | $108,282.03 |
| 9008100 | QIC DIVERSIFIED FIXED INTEREST FUND NO. 1 | $0.00 | $0.00 | $0.00 | $16,312.02 |

1. Reflects the current holder of the claim as recorded on the LBI claims register located on the Trustee's website, www.lehmantrustee.com.

2. Where a claim number is hyphenated, the Trustee's professionals have administratively split the claim into two components. Claims are split for administrative ease when a portion of the claim has been partially transferred to a new claim holder and when certain components of the claim are entitled to different treatment than other components of the claim. The status of each component of the claim can be viewed by entering the original claim number without a hyphen on the claims register located on the Trustee's website, www.lehmantrustee.com.