| From: | Barbara Donahue |
| --- | --- |
| To: | greg_white@nysb.uscourts.gov |
| Date: | 02/09/2015 12:14 PM |
| Subject: | URGENT 08-01420 (SCC) SIPA/#9001006 |

Mr. White,
My son's promotion to Captain in the United States Army has been moved from February 20 to February 19 because his unit is now deploying. Can we move our hearing date to February 24, 26, 27 or March 2, 3, 4, 5 or 6? I have been in contact with James Kobak of Hughes Hubbard.

**James B. Kobak, Jr.** | General Counsel
**Hughes Hubbard & Reed LLP**
One Battery Park Plaza | New York, NY 10004-1482
Office (212) 837-6757 | Cell (917) 861-5986 | Fax (212) 299-6757
james.kobak@hugheshubbard.com

They are amenable to this change. PLEASE ADVISE.
Thank you.
Barbara Donahue

It is hereby ORDERED that the request of Barbara Donahue to adjourn the hearing on the objection (the "Objection") of James W. Giddens (the "Trustee"), as Trustee for the liquidation of the business of Lehman Brothers Inc., to the claim of TTSD Trust U/A/D 6/7/07 (Claim No. 9001006), which Objection is included in the Trustee's Two Hundred Fifty-Fifth Omnibus Objection to General Creditor Claims [ECF No. 9529], is granted;

ORDERED that the hearing on the Objection is adjourned to March 5, 2015 at 12:00 p.m. (Eastern);

ORDERED that no additional requests to adjourn or otherwise extend time shall be granted

Dated: February 10, 2015
New York, NY

/s/ SHELLEY C. CHAPMAN
United States Bankruptcy Judge

In re:  
Lehman Brothers Inc.  
    Debtor

Case No. 08-01420-scc

## CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: gwhite | Page 1 of 9 | Date Rcvd: Feb 13, 2015 |
|---|---|---|---|
| | Form ID: pdf001 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2015.
unk         +Barbara Donahue,   PO Box 11134,   Beverly Hills, CA 90213-4134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2015 at the address(es) listed below:

      Aaron  Javian    on behalf of Creditor    LEHMAN BROTHERS INTERNATIONAL (EUROPE)  
       aaron.javian@linklaters.com,   shauin.wang@linklaters.com  
      Aaron A. Romney    on behalf of Creditor    Children's Healthcare of Atlanta, Inc.  
       aromney@zeislaw.com  
      Aaron L. Hammer    on behalf of Creditor    Mercer (US) Inc. ahammer@SugarFGH.com,  
       mmelickian@SugarFGH.com;mbrandess@SugarFGH.com;bkdocket@SugarFGH.com  
      Aaron R. Cahn    on behalf of Creditor Julia  Kaufman cahn@clm.com  
      Aaron R. Cahn    on behalf of Creditor    T.E.M. Incorporated cahn@clm.com  
      Abbey  Walsh    on behalf of Creditor    Elliott Associates, L.P. abbey.walsh@freshfields.com  
      Abigail  Snow    on behalf of Creditor    Moody's Corporation asnow@ssbb.com  
      Abraham L. Zylberberg    on behalf of Creditor    Adagio Fund  
       mcosbny@whitecase.com;jdisanti@whitecase.com  
      Adam M. Feinmesser    on behalf of Unknown    Monarch Master Funding Ltd afeinmesser@esbinalter.com  
      Adrienne  Walker    on behalf of Creditor    Belmont Insurance Company awalker@mintz.com  
      Alan  Kolod    on behalf of Creditor    General Ore International Corporation Limited, Neu Holdings Corporation n/k/a Neu Holdings U.S. Corporation, Neu Foundation of California, Amy Patricia Neu and Janice K. Moss dkick@mosessinger.com  
      Alan  Lungen    on behalf of Interested Party    BHCO Master, Ltd. alungen@kasowitz.com, alungen@kasowitz.com  
      Alan D. Halperin    on behalf of Creditor    BTR Global Arbitrage Trading Limited lgu@halperinlaw.net  
      Alan E. Marder    on behalf of Creditor    Advanced Portfolio Technologies, Inc. lgomez@msek.com  
      Alec P. Ostrow    on behalf of Interested Party    Royal Bank America aostrow@beckerglynn.com, saltreuter@beckerglynn.com  
      Alex R. Rovira    on behalf of Creditor    Advantage National Bank arovira@sidley.com, emcdonnell@sidley.com  
      Alex R. Rovira    on behalf of Creditor    Citigroup Global Markets Inc. arovira@sidley.com, emcdonnell@sidley.com  
      Allison R Axenrod    on behalf of Creditor    Claims Recovery Group LLC allison@claimsrecoveryllc.com  
      Amish R. Doshi    on behalf of Creditor    Oracle USA, Inc. adoshi@magnozzikye.com  
      Amy R. Wolf    on behalf of Creditor    JP Morgan Chase Bank N.A. arwolf@wlrk.com,   calert@wlrk.com  
      Andrea  Pincus    on behalf of Creditor    Janus Capital Management LLC apincus@reedsmith.com  
      Andrew  Jones    on behalf of Creditor    Canyon-SL Value Fund andrew@ajoneslaw.com  
      Andrew C Baak    on behalf of Unknown    Mortgage Guaranty Insurance Corp. andrew.baak@bartlit-beck.com  
      Andrew D. Shaffer    on behalf of Creditor    Lehman Brothers Asia Capital Company (in liquidation) and Lehman Brothers Commercial Corporation Asia Limited (in liquidation) shaffer@butzel.com  
      Andrew E. Balog    on behalf of Unknown    Investment Strategies Fund LP aeb@gtlaw.com  
      Andrew K. Glenn    on behalf of Creditor    Ramius LLC aglenn@kasowitz.com, courtnotices@kasowitz.com  
      Andrew P. Brozman    on behalf of Unknown    Brigade Leveraged Capital Structures Fund, Ltd. andrew.brozman@cliffordchance.com,   adam.lesman@cliffordchance.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Andrew P. Propps on behalf of Interested Party Barclays Bank PLC apropps@sidley.com, emcdonnell@sidley.com
- Andrew P. Propps on behalf of Unknown Macquarie Bank Limited apropps@sidley.com, emcdonnell@sidley.com
- Andrew R Goldenberg on behalf of Creditor Antoinette E La Belle goldenberg@ssnyc.com
- Ann E. Acker on behalf of Creditor National Australia Bank Limited acker@chapman.com
- Anne E. Beaumont on behalf of Creditor Lazard Freres & Co. LLC abeaumont@fklaw.com, vgarvey@fklaw.com; jshaw@fklaw.com
- Anson B. Frelinghuysen on behalf of Trustee James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. frelingh@hugheshubbard.com
- Anthony D. Boccanfuso on behalf of Interested Party American Capital, Ltd. Anthony_Boccanfuso@aporter.com
- Arnold I Kalman on behalf of Unknown David Dateshidze arnoldkalman@arnoldkalmanlaw.com
- Barbara E. Locklin on behalf of Creditor UMWA 1974 Pension Trust blocklin@umwafunds.org
- Beatrice Hamza Bassey on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc. bassey@hugheshubbard.com
- Benjamin Rosenblum on behalf of Unknown Lehman Brothers Holdings Inc. brosenblum@jonesday.com
- Bennette D. Kramer on behalf of Creditor Moore Capital Management, LP bdk@schlamstone.com
- Beverly Weiss Manne on behalf of Creditor Kimberly A. Reed bmanne@tuckerlaw.com
- Boaz S. Morag on behalf of Interested Party Barclays Capital Inc. bmorag@cgsh.com, maofiling@cgsh.com
- Brandon Johnson on behalf of Transferee AG Centre Street Partnership, L.P. brandon.johnson@pillsburylaw.com
- Brian Trust on behalf of Creditor National Bank of Canada Inc., National Bank of Canada Financial Inc., and National Bank Financial Inc. btrust@mayerbrown.com
- Brian D. Pfeiffer, on behalf of Creditor HWA 555 Owners, LLC donna.angiulo@srz.com
- Brian Edward O'Connor on behalf of Creditor Duquesne Capital Management L.L.C. maosbny@willkie.com, boconnor@willkie.com
- Brian Edward O'Connor on behalf of Creditor S.A.C. Strategic Investments, LLC maosbny@willkie.com, boconnor@willkie.com
- Buce J. Duke on behalf of Creditor Shashank Agrawal bruceduke@comcast.net
- Carl M. Greenfeld on behalf of Creditor Cerberus Partners, L.P. and Cerberus International, Ltd. cgreenfeld@lowenstein.com
- Carlos F Gonzalez on behalf of Creditor Credican, C.A. cgonzalez@diazreus.com, nquiros@diazreus.com; axiques@diazreus.com; filings@diazreus.com
- Carmine Boccuzzi on behalf of Interested Party Goldman Sachs Asset Management, L.P. maofiling@cgsh.com, cboccuzzi@cgsh.com
- Carmine Boccuzzi on behalf of Creditor Goldman, Sachs & Co. maofiling@cgsh.com, cboccuzzi@cgsh.com
- Carrie V. Hardman, on behalf of Creditor Southdene Investments Ltd chardman@winston.com
- Charles A. Lyman on behalf of Creditor James L. Knipp cal@soslaw.com, bdm@soslaw.com
- Charles E. Boulbol on behalf of Unknown Russell Reynolds Associates Limited rtrack@msn.com
- Chaya F. Weinberg-Brodt on behalf of Unknown CRE Capital LLC chaya.weinberg@withers.us.com
- Chester B. Salomon on behalf of Unknown Nancy Oring csalomon@beckerglynn.com, saltreuter@beckerglynn.com
- Chester B. Salomon on behalf of Creditor Shamah 2000 Family Trust csalomon@beckerglynn.com, saltreuter@beckerglynn.com
- Christopher J. Battaglia on behalf of Unknown Bouef Limited cbattaglia@halperinlaw.net, lgu@halperinlaw.net
- Christopher K. Kiplok on behalf of Attorney Hughes Hubbard & Reed LLP kiplok@hugheshubbard.com
- Christopher M. Desiderio on behalf of Unknown CVF Lux Securities Trading S.a.r.l. cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Christopher M. Desiderio on behalf of Creditor CVF Lux Finco, LLC cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Christopher R. Donoho, III on behalf of Unknown Christopher Donoho QVT Financial LP chris.donoho@hoganlovells.com, ronald.cappiello@hoganlovells.com
- Christopher R. Heinrich on behalf of Creditor Nebraska Investment Council and State of Nebraska cheinrich@hslegalfirm.com
- Christopher Robert Belmonte on behalf of Creditor International Business Machines Corporation cbelmonte@ssbb.com, pbosswick@ssbb.com; managingclerk@ssbb.com
- Christy Rivera on behalf of Creditor Avignon Capital Ltd. crivera@chadbourne.com
- Constantine Pourakis on behalf of Creditor Andrew T. Berlin Recoverable Trust cp@stevenslee.com
- Craig Price on behalf of Creditor Bank Of Montreal cprice@chapman.com
- Craig I. Kelley on behalf of Unknown Merit Floors, Inc. craig@kelleylawoffice.com, Martha@kelleylawoffice.com; Brittany@kelleylawoffice.com
- D. Ross Martin on behalf of Unknown Lazarat Partners, L.L.C. ross.martin@ropesgray.com
- Daniel Egan on behalf of Creditor Hatteras Financial Corp. daniel.egan@dlapiper.com, evelyn.rodriguez@dlapiper.com; MLinn@FarallonCapital.com
- Daniel J. Guyder on behalf of Creditor Ceskoslovenska Obchodna Banka, A.S. daniel.guyder@allenovery.com, kurt.vellek@allenovery.com; jonathan.cho@allenovery.com
- Daniel J. Guyder on behalf of Unknown International Vision Investments Limited daniel.guyder@allenovery.com, kurt.vellek@allenovery.com; jonathan.cho@allenovery.com
- Daniel N. Zinman, on behalf of Interpleader-def. Lloyds TSB Bank plc dzinman@golenbock.com
- Darren Elliot Bernstein on behalf of Plaintiff James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. on behalf of himself as Trustee and as assignee of Lehman Brothers Holdings Inc., et al., Chapter 11 Debtors bernsted@lbitrustee.com
- Darryl S. Laddin on behalf of Unknown SunTrust Robinson Humphrey, Inc. bkrfilings@agg.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              David  Dunn    on behalf of Interested Party   Westernbank Puerto Rico david.dunn@hoganlovells.com
              David  Liebov    on behalf of Interested Party   Barclays Capital, Inc. liebovd@sullcrom.com,
               S&Cmanagingclerk@sullcrom.com
              David A. Sullivan    on behalf of Creditor   SGSS Deutschland Kapitalanlagegesellschaft mbH
               david.sullivan@cliffordchance.com
              David Emanuel Miller    on behalf of Unknown   Sociedad Militar Seguro de Vida Institucion
               Mutualista dmiller@rakowerlaw.com, mrakower@rakowerlaw.com
              David Farrington Yates    on behalf of Other Prof.   Dr. Michael C. Frege, in his capacity as
               Insolvency Administrator of Lehman Brothers Bankhaus AG (in Insolvenz)
               farrington.yates@dentons.com
              David J. Hoffman    on behalf of Creditor   Hipotecas de America, SA djhoffman@djhoffmanlaw.com
              David J. Karp    on behalf of Creditor   Blackwell Partners LLC david.karp@srz.com
              David J. Mark    on behalf of Creditor Jeffrey  Frase dmark@kasowitz.com,
               courtnotices@kasowitz.com
              David M. LeMay    on behalf of Creditor   Bayview Opportunity Master Fund, L.P.
               dlemay@chadbourne.com
              David N. Crapo    on behalf of Interested Party   Standard & Poor's dcrapo@gibbonslaw.com
              David S. Rosner    on behalf of Interested Party   BHCO Master, Ltd. courtnotices@kasowitz.com
              David Y. Livshiz    on behalf of Creditor Ian  Lowitt david.livshiz@freshfields.com
              Deborah D. Williamson    on behalf of Interested Party   Tesoro Corporation
               dwilliamson@coxsmith.com, aseifert@coxsmith.com
              Dennis J. Connolly    on behalf of Unknown   Nomura Holdings, Inc. dconnolly@alston.com
              Dennis J. Nolan    on behalf of Unknown   Essex Equity Holdings USA, LLC dnolan@andersonkill.com
              Diane J. Kasselman    on behalf of Creditor   Trade Settlement Inc. dkasselman@kasselman-law.com
              Dianne F. Coffino    on behalf of Creditor   Joy Global Inc. dcoffino@cov.com
              Douglas B. Rosner    on behalf of Creditor   BP 399 Park Avenue LLC drosner@goulstonstorrs.com
              Douglas E. Spelfogel    on behalf of Unknown   Nemesis Asset Management LLP, f/k/a Ambix Capital
               LLP, as Investment Manager for Lehman Brothers USA Value Fund dspelfogel@foley.com
              Douglas P. Baumstein    on behalf of Creditor   1EE, LLC. dbaumstein@whitecase.com,
               mcosbny@whitecase.com;jdisanti@whitecase.com
              Edward  Smith    on behalf of Creditor   Brevan Howard Master Fund Limited easmith@venable.com,
               NYBankruptcyDocketing@venable.com
              Edward E. Neiger    on behalf of Creditor   ADC Telecommunications, Inc. eneiger@askllp.com,
               lmiskowiec@askllp.com
              Edward J. Estrada    on behalf of Unknown   PD Financial Corporation eestrada@reedsmith.com,
               DocketingECFNYC@ReedSmith.com
              Edward N Gewirtz    on behalf of Creditor MARIA EUGENIA MENDEZ chona@bgandg.com
              Edward P. Zujkowski    on behalf of Cross-Claimant   Australia & New Zealand Banking Group LTD.
               ezujkowski@emmetmarvin.com, pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com
              Edward P. Zujkowski    on behalf of Creditor   Australia and New Zealand Banking Group Limited
               ezujkowski@emmetmarvin.com, pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com
              Eleni D. Theodosiou-Pisanelli    on behalf of Trustee   James W. Giddens, as Trustee for the SIPA
               Liquidation of Lehman Brothers Inc. theodosi@hugheshubbard.com
              Elizabeth  Austin    on behalf of Creditor Mary  Camilli-Bernat ea@pullcom.com,
               jgrossarth@pullcom.com
              Elizabeth Ann Chew    on behalf of Creditor Todd  O'Malley echew@foxrothschild.com
              Emanuel C. Grillo    on behalf of Unknown   Evergreen Solar, Inc. emanuel.grillo@BakerBotts.com
              Emre  Polat    on behalf of Unknown   Pegasus Transport Service, Inc emre@akinlaws.com,
               empolat@gmail.com
              Eric  Fisher    on behalf of Creditor   Caixa Geral de Depositos, S.A.
               fishere@dicksteinshapiro.com,
               nybankruptcydocketing@dicksteinshapiro.com;kilfoylec@dicksteinshapiro.com
              Eric Lopez Schnabel    on behalf of Creditor   Kenwood Capital Management LLC
               mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor   Columbia Management Investment Advisers, LLC f/k/a
               Riversource Investments, LLC mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
              Eric  Magnelli    on behalf of Creditor Thomas P. Blakeslee emagnelli@bracheichler.com
              Eric A Schaffer    on behalf of Creditor   The Bank of New York Mellon Corporation
               eschaffer@reedsmith.com, slucas@reedsmith.com
              Eric R. Levine    on behalf of Creditor   4Kids Entertainment Inc. elevine@eisemanlevine.com,
               lwallace@eisemanlevine.com;sweinstein@eisemanlevine.com
              Eric R. Levine    on behalf of Creditor   Northgate Minerals Corporation elevine@eisemanlevine.com,
               lwallace@eisemanlevine.com;sweinstein@eisemanlevine.com
              Eric R. Wilson    on behalf of Creditor   S.W.I.F.T. SCRL (a/k/a Society for Worldwide Interbank
               Financial Telecommunications) KDWBankruptcyDepartment@Kelleydrye.com
              Eric T. Moser    on behalf of Creditor   GAM International Management Limited emoser@r3mlaw.com
              Eric T. Moser    on behalf of Creditor   EFETNet B.V. emoser@r3mlaw.com
              Erin L. Eliasen    on behalf of Creditor   IHC Health Services Inc. eleliasen@stoel.com,
               basargent@stoel.com;dblevant@stoel.com;vdelay@stoel.com;sea_docket@stoel.com;jawoolms@stoel.com;a
               jbrumble@stoel.com
              Erin S. Levin    on behalf of Creditor   LibertyView Capital Management, LLC; LibertyView Credit
               Opportunities Fund; LibertyView Credit Select Fund, L.P.; LibertyView Funds, L.P.; LibertyView
               Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P elevin@lowenstein.com
              Ethan A. Brecher    on behalf of Creditor Mary Annette Ortegon ethan@ethanbrecherlaw.com
              Francesco Di Pietro    on behalf of Interested Party   Carret P.T., L.P. #2
               francesco.dipietro@wg-law.com
              Frederick D. Hyman    on behalf of Creditor   Canadian Imperial Bank of Commerce, CIBC World
               Markets Corp., and CIBC World Markets Inc. fhyman@mayerbrownrowe.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Gabriel Del Virginia, Esq. on behalf of Creditor Sofia Frankel gabriel.delvirginia@verizon.net
- Gabriel I. Chacon on behalf of Creditor New Jersey Economic Development Authority gabriel.chacon@dol.lps.state.nj.us
- Gabriel I. Glazer on behalf of Attorney Gabriel I Glazer gglazer@pszjlaw.com
- Garrett A. Fail on behalf of Unknown Lehman Brothers Holdings Inc. garrett.fail@weil.com
- Gary Kaplan on behalf of Interested Party The 144AMaster Fund, LP gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com
- Gary O. Ravert on behalf of Creditor Scotia Capital (USA) Inc. gravert@ravertpllc.com, gary.ravertpllc@gmail.com
- Gene R. Besen on behalf of Creditor Hudson City Savings Bank gene.besen@snrdenton.com
- George W Pratt on behalf of Creditor ESS PRISA III, LLC gpratt@joneswaldo.com
- George W. Shuster, Jr. on behalf of Interested Party HVS Westland LP george.shuster@wilmerhale.com
- Gerard Sylvester Catalanello on behalf of Unknown Pennsylvania Public School Employees' Retirement System gcatalanello@duanemorris.com, gcatalanello@duanemorris.com
- Glenn E. Siegel on behalf of Interested Party Russell Investment Group, Inc. Glenn.Siegel@morganlewis.com
- Gregg M. Ficks on behalf of Creditor Openwave Systems, Inc. gmf@cpdb.com
- Gregory L. Reid, Sr. on behalf of Creditor Wayne Judkins, Sr glreidesq@gmail.com
- Gregory O. Kaden on behalf of Creditor Rogge Global Partners PLC gkaden@goulstonstorrs.com
- H. Rowan Gaither on behalf of Unknown Morgan Stanley Senior Funding, Inc. rgaither@rkollp.com, mschneider@rkollp.com
- Hamish Hume on behalf of Interested Party Barclays Capital Inc. hhume@bsfllp.com, tbloomer@bsfllp.com
- Harold S. Novikoff on behalf of Creditor JP Morgan Chase Bank N.A. hsnovikoff@wlrk.com, calert@wlrk.com
- Harvey A. Strickon on behalf of Unknown Trust Company of the West harveystrickon@paulhastings.com
- Hollace T. Cohen on behalf of Creditor Jason Wallace hollace.cohen@troutmansanders.com, nymc@troutmansanders.com
- Howard J. Grossman on behalf of Creditor JP Morgan Chase Bank N.A. howard.j.grossman@chase.com
- Howard J. Grossman on behalf of Transferee JPMorgan Chase Bank, N.A. howard.j.grossman@chase.com
- Howard R. Hawkins, Jr. on behalf of Creditor Morgan Keegan & Co., Inc. howard.hawkins@cwt.com, anthony.moore@cwt.com;nyecfnotice@cwt.com
- Howard R. Hawkins, Jr. on behalf of Interested Party Morgan Stanley & Co. Incorporated and affiliates howard.hawkins@cwt.com, anthony.moore@cwt.com;nyecfnotice@cwt.com
- Howard S. Beltzer on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe) hbeltzer@mayerbrown.com
- Howard S. Beltzer on behalf of Creditor Julie R. Shapiro hbeltzer@mayerbrown.com
- Hugh M. McDonald on behalf of Creditor Hudson City Savings Bank hugh.mcdonald@snrdenton.com, elsmith@sonnenschein.com;lcurcio@sonnenschein.com
- Ilan D. Scharf on behalf of Unknown Liquidators of ICP Strategic Credit Income Master Fund Ltd. ischarf@pszjlaw.com
- Ira A. Reid on behalf of Unknown Jamaica Money Market Brokers Limited ira.reid@bakermckenzie.com
- Ira S. Greene on behalf of Interested Party Westernbank Puerto Rico igreene@edwardswildman.com
- Isabelle Liberman on behalf of Unknown Common Fund Hedged Equity Co. iliberman@akingump.com
- J. Alex Kress on behalf of Creditor Lawson Software, Inc., akress@riker.com
- Jack Yoskowitz on behalf of Interested Party Israel Discount Bank Limited yoskowitz@sewkis.com
- Jahan P. Raissi on behalf of Creditor Weintraub Capital Management, L.P. calendar@sflaw.com, bwolff@sflaw.com
- James Addison Wright, III on behalf of Creditor President and Fellows of Harvard College james.wright@ropesgray.com
- James Tecce, on behalf of Creditor Committee Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al. jamestecce@quinnemanuel.com
- James C. Fitzpatrick on behalf of Trustee James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. fitzpat@hugheshubbard.com
- James I. McClammy on behalf of Creditor Asset Backed Management Corp. james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com
- James N. Lawlor on behalf of Creditor Sistema Universitario Ana G. Mendez, Incorporado jlawlor@wmd-law.com, jgiampolo@wmd-law.com
- James N. Truitt on behalf of Creditor Lydian Overseas Partners Master Fund Ltd. james.truitt@hoganlovells.com
- James R. Warnot, Jr. on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe) james.warnot@linklaters.com
- James S. Carr on behalf of Creditor Tullett Prebon Holdings Corporation KDWBankruptcyDepartment@kelleydrye.com
- Jan B. Geller on behalf of Creditor Oceanus Securities, LLC jbgesq@bway.net
- Jared D. Zajac on behalf of Creditor Hospital for Special Surgery jzajac@proskauer.com
- Jay Heinrich on behalf of Transferee UBS AG, Stamford Branch jheinrich@mkbllp.com
- Jay Heinrich on behalf of Transferee Credit Suisse Loan Funding LLC jheinrich@mkbllp.com
- Jay B. Solomon on behalf of Creditor Greenfield's OTP LLC jay@kleinsolomon.com
- Jean-David Barnea on behalf of Creditor INTERNAL REVENUE SERVICE jean-david.barnea@usdoj.gov
- Jed Horwitt on behalf of Creditor Children's Healthcare of Atlanta, Inc. JHorwitt@Zeislaw.com
- Jeff J. Friedman on behalf of Creditor Contrarian Funds, LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Jeff J. Friedman   on behalf of Creditor   Clearbridge Advisors LLC jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

      Jeffrey Chubak   on behalf of Creditor   The Boston Company Asset Management, LLC jchubak@proskauer.com

      Jeffrey A. Rosenthal   on behalf of Creditor   Dader Investment Corp. maofiling@cgsh.com, jrosenthal@cgsh.com

      Jeffrey E. Glen   on behalf of Unknown   Elliott Management Corporation jglen@andersonkill.com

      Jeffrey M. Olinsky   on behalf of Interested Party   Deutsche Bank AG, London Branch jeffrey.olinsky@db.com, james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith@db.com;justin.ramos@db.com

      Jeffrey R. Coleman   on behalf of Trustee   James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. coleman@hugheshubbard.com

      Jeffrey S. Margolin   on behalf of Attorney   Bonn Steichen & Partners margolin@hugheshubbard.com

      Jeffrey S. Margolin   on behalf of Attorney   Hughes Hubbard & Reed LLP margolin@hugheshubbard.com

      Jeffrey W. Levitan   on behalf of Unknown   MarketAxess Holdings Inc. and MarketAxess Corporation jlevitan@proskauer.com,   srutsky@proskauer.com

      Jennifer Hwang   on behalf of Trustee   James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. jennifer_hwang@lbitrustee.com

      Jennifer A. Christian   on behalf of Creditor   J. Robert Chambers jennifer.christian@tklaw.com, justin.roberts@tklaw.com

      Jennifer B. Herzog   on behalf of Unknown   Marshall & Ilsley Trust Company N.A. jherzog@gklaw.com

      Jennifer C. DeMarco   on behalf of Creditor   Barclays Global Investors National Association jennifer.demarco@cliffordchance.com,   adam.lesman@cliffordchance.com

      Jennifer L. Rodburg   on behalf of Creditor   BREF ONE, LLC jennifer.rodburg@friedfrank.com, aaron.rothman@friedfrank.com;michael.handler@friedfrank.com

      Jil Mazer-Marino   on behalf of Creditor   Advanced Portfolio Technologies, Inc. jmazermarino@msek.com,   kgiddens@msek.com

      John D Giampolo   on behalf of Creditor   Sistema Universitario Ana G. Mendez, Incorporado jgiampolo@wmd-law.com

      John E. Jureller, Jr.   on behalf of Creditor   Fisher Investments jjureller@klestadt.com, jjureller@klestadt.com

      John H. Thompson   on behalf of Transferee   RBC CAPITAL MARKETS LLC johnh.thompson@cwt.com, nyecfnotice@cwt.com

      John J. Jolley, Jr.   on behalf of Creditor   Financial Security Assurance Inc. jay.jolley@fnf.com,   thomas.roubidoux@kutakrock.com

      John N. Poulos   on behalf of Trustee   James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc. poulos@hugheshubbard.com

      John R. Ashmead   on behalf of Attorney   Seward & Kissel LLP ashmead@sewkis.com

      John S. Mairo   on behalf of Unknown   Luxor Capital Partners LP jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com

      Jonathan Chi-Shoong Cho   on behalf of Creditor   Bank of China jonathan.cho@allenovery.com, kurt.vellek@allenovery.com

      Jonathan Zinman   on behalf of Creditor   SOLA LTD jzinman@soluslp.com

      Jonathan D. Schiller   on behalf of Defendant   Barclays Capital Inc. jschiller@bsfllp.com

      Jonathan David Warner   on behalf of Unknown Maximilian Coreth jdwarner@warnerandscheuerman.com

      Jonathan Mark Agudelo   on behalf of Transferee   PP Oppoortunities, LTD jonathan.agudelo@kayescholer.com

      Joon P. Hong   on behalf of Unknown   BKM Holdings (Cayman) Ltd. joonhong@chapman.com

      Jordan S. Blask   on behalf of Creditor Kimberly A. Reed jblask@tuckerlaw.com

      Joseph G. Minias   on behalf of Creditor   SOLA LTD maosbny@willkie.com,   jminias@willkie.com

      Josephine Wang   on behalf of Defendant   Securities Investor Protection Corporation jwang@sipc.org

      Joshua Dorchak   on behalf of Creditor   Asahi Mutual Life Insurance Company joshua.dorchak@morganlewis.com,   david.marcus@morganlewis.com

      Joshua D. Morse   on behalf of Unknown   DCP Parties jmorse@jonesday.com

      Joshua Matthew Wolf   on behalf of Creditor   City Of New York jowolf@law.nyc.gov

      Joshua R. Blackman   on behalf of Creditor   LEHMAN BROTHERS INTERNATIONAL (EUROPE) jBlackman@morganlewis.com

      Judy G.Z. Liu   on behalf of Creditor   The Bank of New York Mellon jliu@proskauer.com, syoon@proskauer.com

      Justin A. Kuehn   on behalf of Unknown Mark Mazzatta kuehn@bragarwexler.com

      Justin M. Sher   on behalf of Creditor   Credencial SA jsher@shertremonte.com, mcuccaro@shertremonte.com

      Karl Geercken   on behalf of Unknown   Round Table Global Multi-Strategy Fund, LTD kgeercken@alston.com,   kgeercken@alston.com

      Kathleen S McArthur   on behalf of Interested Party   Barclays Bank PLC mcarthurk@sullcrom.com, s&cmanagingclerk@sullcrom.com

      Keith N. Sambur   on behalf of Creditor   Rapax OC Master Fund, Ltd. ksambur@rkollp.com, mschneider@rkollp.com;ychan@rkollp.com

      Kelly D. Curtin   on behalf of Creditor Samuel E. Belk, IV kdcurtin@pbnlaw.com, mdlaskowski@pbnlaw.com;mpdermatis@pbnlaw.com;rasegall@pbnlaw.com;sakelly@pbnlaw.com

      Kenneth E. Chase   on behalf of Creditor Brett Ersoff kchase@shb.com

      Kenneth E. Lee   on behalf of Trustee   James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. klee@levinelee.com,   malinikoff@levinelee.com

      Kenneth M Raisler   on behalf of Interested Party   Barclays Bank PLC raislerk@sullcrom.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kenneth P. Coleman    on behalf of Creditor    Bank of China (Tokyo)
          kurt.vellek@allenovery.com;jonathan.cho@allenovery.com
          Kent C. Kolbig    on behalf of Creditor    General Ore International Corporation Limited, Neu
          Holdings Corporation n/k/a Neu Holdings U.S. Corporation, Neu Foundation of California, Amy
          Patricia Neu and Janice K. Moss kkolbig@mosessinger.com
          Kiah D. Beverly-Graham    on behalf of Creditor    Northgate Minerals Corporation
          kbeverly-graham@eisemanlevine.com
          Kiah D. Beverly-Graham    on behalf of Creditor    4Kids Entertainment Inc.
          kbeverly-graham@eisemanlevine.com
          Lara J Fogel    on behalf of Plaintiff    James W. Giddens, as Trustee for the SIPA Liquidation of
          Lehman Brothers, Inc. lfogel@levinelee.com
          Laurie Selber Silverstein    on behalf of Interested Party    Genesys Conferencing Europe SAS,
          Genesys Conferencing Limited, InterCall, Inc., West Receivables Holdings LLC, and West
          Receivables LLC bankruptcy@potteranderson.com
          Lawrence Evan Jacobs    on behalf of Attorney    Davis Polk & Wardwell LLP
          lawrence.jacobs@davispolk.com
          Leif T. Simonson    on behalf of Unknown    Sante Fe Master Fund SPC for and on behalf of the
          Anasazi Japanese Systematic Long Short D SP lsimonson@faegre.com
          Lindsee Paige Granfield    on behalf of Interested Party    Absa Bank Limited lgranfield@cgsh.com,
          maofiling@cgsh.com;racooper@cgsh.com;bmorag@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com
          Lisa J.P. Kraidin    on behalf of Creditor    RBC Dexia Investor Services Bank France SA
          lisa.kraidin@allenovery.com, kurt.vellek@allenovery.com
          Lisa M. Schweitzer    on behalf of Interested Party    Barclays Capital, Inc. lschweitzer@cgsh.com,
          maofiling@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com
          Lisa M. Solomon    on behalf of Creditor Madelyn  Antoncic lisa.solomon@att.net
          Lloyd S. Clareman    on behalf of Unknown Ralph  Harary lloyd.clareman@clareman.com
          Louis A. Curcio    on behalf of Creditor    Hudson City Savings Bank louis.curcio@snrdenton.com
          Louis T. DeLucia    on behalf of Creditor    The Robert C. Lieber 2003 Life Insurance Trust UAD
          4/24/2003 ldelucia@schiffhardin.com, sodavis@schiffhardin.com
          Lucian  Murley    on behalf of Creditor    BGC Brokers LP lmurley@saul.com, rwarren@saul.com
          Luke A Barefoot    on behalf of Intervenor    Cardinal Investment Sub I, L.P. lbarefoot@cgsh.com,
          maofiling@cgsh.com
          Luke A Barefoot    on behalf of Interested Party    Junior Underwriters lbarefoot@cgsh.com,
          maofiling@cgsh.com
          Lynn P. Harrison, III    on behalf of Unknown    Lehman Brothers Holdings Inc. lharrison@curtis.com,
          jdrew@curtis.com;cgiglio@curtis.com;jpizzurro@curtis.com;ndelaney@curtis.com;nmorin@curtis.com
          Madlyn Gleich Primoff    on behalf of Unknown    Caisse De Depot Et Placement Du Quebec
          mprimoff@kayescholer.com, maosbny@kayescholer.com,joseph.otchin@kayescholer.com
          Maeghan J. McLoughlin    on behalf of Creditor Atif  Khan mmcloughlin@klestadt.com
          Marina I. Zelinsky    on behalf of Unknown    Astatine III, L.L.C. mzelinsky@rkollp.com,
          mschneider@rkollp.com
          Marion H. Little, Jr.    on behalf of Unknown    American Signature, Inc. little@litohio.com
          Mark  Landman    on behalf of Creditor    Federal Home Loan Mortgage Corporation mlandman@lcbf.com
          Mark  Sherrill    on behalf of Creditor    Customer Asset Protection Company
          mark.sherrill@sablaw.com
          Mark A. Broude    on behalf of Unknown    GE Asset Management Incorporated mark.broude@lw.com,
          peter.gilhuly@lw.com
          Mark C. Ellenberg    on behalf of Interested Party    Morgan Stanley & Co. Incorporated and
          affiliates mark.ellenberg@cwt.com, wendy.kane@cwt.com;nyecfnotice@cwt.com
          Mark G. Ledwin    on behalf of Creditor    Hartford Index HLS Fund mark.ledwin@wilsonelser.com
          Mark J. Dorval    on behalf of Creditor    Van Kampen Core Plus Fixed Income Fund
          mdorval@stradley.com
          Mark M. Rottenberg    on behalf of Unknown Akshay  Murthy mrottenberg@rlrpclaw.com
          Mark S. Lichtenstein    on behalf of Creditor Eric  Race mlichtenstein@crowell.com,
          mlichtenstein@crowell.com
          Mark T. Power    on behalf of Interested Party    The Liquidation Trustee of The C-BASS Liquidation
          Trust MPower@HahnHessen.com,
          jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;sthompson@hahnhessen.com;
          aladd@hahnhessen.com;chunker@hahnhessen.com
          Martin  Beeler    on behalf of Unknown    Wilmington Trust Company, as LBHI Senior Indenture
          Trustee mbeeler@cov.com
          Martin J. Bienenstock    on behalf of Interested Party    The Royal Bank of Scotland N.V.
          mbienenstock@proskauer.com, tkarcher@proskauer.com
          Marvin E. Clements, Jr.    on behalf of Creditor    Tennessee Department of Revenue
          agbanknewyork@ag.tn.gov
          Marvin E. Sprouse    on behalf of Creditor    Level 3 Communications, LLC msprouse@jw.com,
          ccthomas@jw.com;kgradney@jw.com
          Matthew Allen Feldman    on behalf of Creditor    Mountain Special Situations Funds, LLC
          maosbny@willkie.com, mfeldman@willkie.com
          Matthew J. Gold    on behalf of Creditor    Elliott Associates, L.P. mgold@kkwc.com
          Matthew M. Riccardi    on behalf of Unknown    ANS U.S. Holdings Ltd. mriccardi@rkollp.com,
          mschneider@rkollp.com
          Matthew S. Tamasco    on behalf of Defendant    Axioma, Inc. mtamasco@schnader.com
          Michael  Friedman    on behalf of Creditor    Goldman Sachs Lending Partners, LLC
          friedman@chapman.com, iyassin@chapman.com
          Michael  Levine    on behalf of Unknown Henry  Grossman ml@levlaw.org
          Michael  Torkin    on behalf of Creditor    Silver Point Capital Offshore Fund, Ltd
          s&cmanagingclerk@sullcrom.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Michael C. Rakower on behalf of Unknown Sociedad Militar Seguro de Vida Institucion Mutualista mrakower@rakowerlaw.com
- Michael E. Grenert on behalf of Creditor Joseph Stefanik mgrenert@liddlerobinson.com
- Michael E. Salzman on behalf of Trustee James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. salzman@hugheshubbard.com
- Michael E. Salzman on behalf of Plaintiff James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. salzman@hugheshubbard.com
- Michael E. Wiles on behalf of Interested Party Ross Financial Corporation mewiles@debevoise.com, mao-bk-ecf@debevoise.com;jnklatel@debevoise.com;jpmoodhe@debevoise.com;srselden@debevoise.com
- Michael J. Venditto on behalf of Creditor Sybase, Inc. mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com
- Michael Jameson Pucillo on behalf of Creditor State Board of Administration of Florida mpucillo@bermandevalerio.com, wzoberman@bermandevalerio.com;jputnam@bermandevalerio.com
- Michael L. Schein on behalf of Creditor Colleen A. Noyes mschein@vedderprice.com, ecfnydocket@vedderprice.com
- Michael M. Yi on behalf of Unknown Meridian Comp Of New York, Inc. D/B/A CHD Meridian Healthcare michaelyi@leeanavchung.com
- Michael R. Enright on behalf of Unknown Property & Portfolio Research, Inc. menright@rc.com
- Michael Robert Carney on behalf of Interested Party Athilon Capital Corporation mcarney@mckoolsmith.com
- Michael S. Etkin on behalf of Creditor LibertyView Capital Management, LLC metkin@lowenstein.com, mseymour@lowenstein.com;tdwatson@lowenstein.com
- Michael S. Kim on behalf of Interested Party Kobre & Kim LLP michael.kim@kobrekim.com
- Michael T. Conway on behalf of Creditor Robert C. Dyer michael.conway@leclairryan.com
- Michael T. Mervis on behalf of Unknown Markit Group Limited Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com
- Nancy Lynne Kourland on behalf of Unknown Mario A. Monello nkourland@rosenpc.com
- Nava Hazan on behalf of Interested Party Crestview Capital Master LLC nava.hazan@squirepb.com, karen.graves@squirepb.com
- Neal W. Cohen on behalf of Unknown Bouef Limited ncohen@halperinlaw.net
- Neil J. Oxford on behalf of Plaintiff James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. oxford@hugheshubbard.com
- Neil Sheehan Begley on behalf of Creditor Blackwell Partners LLC neil.begley@srz.com, tal.reback@srz.com
- Pat Dixon on behalf of Unknown Fulton County Tax Commissioner pat.dixon@fultoncountyga.gov, Terryl.Allen@fultoncountyga.gov;Shannon.Sams@fultoncountyga.gov
- Patricia H. Heer on behalf of Unknown Pennsylvania Public School Employees' Retirement System phheer@duanemorris.com, odmclean@duanemorris.com
- Patrick Collins on behalf of Creditor CA, Inc. pcollins@farrellfritz.com
- Patrick Maschio on behalf of Unknown York Global Finance BDH, LLC pmaschio@nixonpeabody.com
- Patrick M. Connorton on behalf of Creditor Essex Equity Holdings USA, LLC. M. Brian Maher & Basil Maher pconnorton@cohengresser.com, managingclerksoffice@cohengresser.com
- Paul Condzal on behalf of Creditor Miller Advertising Agency, Inc. condzalesq@msn.com
- Paul Kizel on behalf of Creditor LibertyView Capital Management, LLC; LibertyView Credit Opportunities Fund; LibertyView Credit Select Fund, L.P.; LibertyView Funds, L.P.; LibertyView Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P pkizel@lowenstein.com
- Paul Vizcarrondo, Jr. on behalf of Creditor JP Morgan Chase Bank N.A. pvizcarrondo@wlrk.com, calert@wlrk.com
- Paul A. Batista on behalf of Creditor Unclaimed Property Recovery Service, Inc. batista007@aol.com
- Paul A. Rachmuth on behalf of Creditor BCP Voyager Master Funds SPC, Ltd. paul@paresq.com
- Paul J. Labov on behalf of Creditor OM Financial Life Insurance Company plabov@eapdlaw.com
- Paul J. Labov on behalf of Creditor Nicholas W. Lazares plabov@eapdlaw.com
- Paul J. Ricotta on behalf of Attorney Mintz Levin Cohn Ferris Glovsky and Popeo PC pricotta@mintz.com, docketing@mintz.com
- Paul M. Basta on behalf of Creditor Lehman Brothers Real Estate Partners pbasta@kirkland.com, jacob.goldfinger@kirkland.com;beth.friedman@kirkland.com;ross.kwasteniet@kirkland.com;bradley.giordano@kirkland.com;joe.graham@kirkland.com;steven.serajeddini@kirkland.com;csroka@kirkland.com
- Paul N. Silverstein on behalf of Unknown CCP Credit Acquisition Holdings, LLC paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Paul N. Silverstein on behalf of Unknown Recovery Partners Holdings I, LLC paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Paul S. Hessler on behalf of Creditor LEHMAN BROTHERS INTERNATIONAL (EUROPE) paul.hessler@linklaters.com, shauin.wang@linklaters.com
- Peter John Barrett on behalf of Unknown Merrill Lynch Portfolio Management, Inc. and Merrill Lynch Capital Services, Inc. peter.barrett@kutakrock.com
- Peter L. Feldman on behalf of Unknown FDIC, as Receiver of Westernbank Puerto Rico awilliams@oshr.com;jbougiamas@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com;jfeeney@otterbourg.com
- Philip Anthony Wells on behalf of Transferee Eldorado Brothers, L.L.C. philip.wells@ropesgray.com
- Philip Anthony Wells on behalf of Transferee Mallard Way, L.L.C. philip.wells@ropesgray.com
- Philip M. Guess on behalf of Creditor Fifth Third Structured Large Cap Plus Fund philg@klgates.com, rhonda.hinman@klgates.com
- Rachel Freeman on behalf of Creditor Melvyn J. Colby rfreeman@dealysilberstein.com
- Rebecca Northey on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc. rnorthey-lbi@mhjur.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Richard A. Graham    on behalf of Creditor    Acumen Fund, Inc. rgraham@whitecase.com,
           jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com
          Richard A. Graham    on behalf of Interested Party    SRM Global Master Fund LP
           rgraham@whitecase.com,
           jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com
          Richard B. Levin    on behalf of Unknown    Credit Suisse rlevin@cravath.com,
           mao@cravath.com;jmanning@cravath.com
          Richard G. Menaker    on behalf of Trustee    James W. Giddens, as Trustee for the SIPA Liquidation
           of Lehman Brothers Inc. rmenaker@mhjur.com
          Richard J. Schager, Jr.    on behalf of Creditor Michael K. McCully schager@ssnyc.com
          Richard J. Schager, Jr.    on behalf of Creditor Anshuman  Goyal schager@ssnyc.com
          Richard J.J. Scarola    on behalf of Unknown    Certain Participants in the Executive and Select
           Employees Plan of Shearson Lehman Brothers, Inc. rjjs@smzllp.com,  az@smzllp.com,mv@smzllp.com,
           jtb@smzllp.com,jp@smzllp.com
          Richard L. Epling    on behalf of Transferee    AG Centre Street Partnership, L.P.
           richard.epling@pillsburylaw.com
          Richard P. Norton    on behalf of Creditor    Comerica Bank rnorton@hunton.com
          Richard Steven Miller    on behalf of Interested Party    FirstBank Puerto Rico
           robert.honeywell@klgates.com
          Robert  Honeywell    on behalf of Interested Party    FirstBank Puerto Rico
           robert.honeywell@klgates.com,  brian.koosed@klgates.com
          Robert C. Yan    on behalf of Creditor    CA, Inc. ryan@farrellfritz.com
          Robert E. Pershes    on behalf of Creditor Camilo Kuri  Con rpershes@bdblaw.com,
           sweires@bdblaw.com
          Robert E. Tarcza    on behalf of Creditor    Louisiana Sheriff's Pension & Relief Fund
           bobt@tglaw.net
          Robert K. Dakis    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors Of
           Lehman Brothers Holdings Inc., et al. ,  bankruptcy@morrisoncohen.com
          Robert K. Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
           robminko@yahoo.com
          Robert M. Hirsh    on behalf of Creditor    The Vanguard Group, Inc. hirsh.robert@arentfox.com
          Robert M. Novick    on behalf of Cross-Claimant    Lloyds TSB Bank plc rnovick@kasowitz.com,
           courtnotices@kasowitz.com
          Robert N. H. Christmas    on behalf of Creditor    Intuition Publishing, Inc.
           rchristmas@nixonpeabody.com,  nyc.managing.clerk@nixonpeabody.com
          Robert N. Michaelson    on behalf of Creditor Brian W. Monahan rmichaelson@r3mlaw.com
          Robert W. Brundige, Jr.    on behalf of Trustee    James W. Giddens, Trustee for the SIPA
           Liquidation of Lehman Brothers Inc. brundige@hugheshubbard.com
          Robin Elizabeth Keller    on behalf of Creditor    QVT Fund L.P. robin.keller@lovells.com,
           ronald.cappiello@hoganlovells.com;daniel.lanigan@hoganlovells.com
          Robinson B. Lacy    on behalf of Interested Party    Barclays Bank PLC Lacyr@sullcrom.com,
           s&cmanagingclerk@sullcrom.com
          Roger David Netzer    on behalf of Creditor    OZ Asia Master Fund, Ltd. maosbny@willkie.com,
           rnetzer@willkie.com
          Roger G. Jones    on behalf of Creditor    Franklin American Mortgage Company rjones@bccb.com
          Ronald J. Silverman    on behalf of Creditor    Harbinger Capital Partners Special Situations Fund,
           L.P. ronald.silverman@morganlewis.com,  david.marcus@morganlewis.com
          Ronald L. Cohen    on behalf of Creditor    Battenkill Asset Management, LLC cohenr@sewkis.com
          Ronald L. Cohen    on behalf of Creditor    Claren Road Credit Opportunities Master Fund, Ltd.
           cohenr@sewkis.com
          Ronald Scott Beacher    on behalf of Unknown    SPCP Group, LLC rbeacher@pryorcashman.com,
           docketing@pryorcashman.com
          Ronald Scott Beacher    on behalf of Interested Party    Israel Discount Bank Of New York
           rbeacher@pryorcashman.com,  docketing@pryorcashman.com
          Ross G Shank    on behalf of Creditor Richard S. Hajdukiewicz rshank@kasowitz.com,
           courtnotices@kasowitz.com
          Samuel Jason Teele    on behalf of Interested Party    The Class in the Securities Litigation
           jteele@lowenstein.com,  adeleo@lowenstein.com
          Samuel Jason Teele    on behalf of Interested Party    Claimants represented by Lowenstein Sandler
           LLP jteele@lowenstein.com,  adeleo@lowenstein.com
          Sara E. Lorber    on behalf of Interested Party    City of Chicago slorber@wfactorlaw.com,
           slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
          Sara M. Tapinekis    on behalf of Interested Party    ING Investment Management Co.
           sara.tapinekis@cliffordchance.com
          Sarah  Campbell    on behalf of Creditor    German Association of Savings Banks
           jdisanti@whitecase.com;mcosbny@whitecase.com
          Sarah K. Loomis Cave    on behalf of Defendant James W. Giddens cave@hugheshubbard.com
          Scott  Cargill    on behalf of Creditor    Cerberus Partners, L.P. and Cerberus International, Ltd.
           scargill@lowenstein.com,  msavetsky@lowenstein.com
          Scott D. Thomson    on behalf of Unknown    Essex Equity Holdings USA, LLC
           sthomson@cohengresser.com,  managingclerksoffice@cohengresser.com
          Scott Edward Koerner    on behalf of Creditor    Great Bay Condominium Owners Association
           scott.koerner@troutmansanders.com,  nymc@troutmansanders.com
          Scott K. Rutsky    on behalf of Unknown    BT Americas Inc. and Radianz Americas Inc.
           srutsky@proskauer.com
          Scott L. Esbin    on behalf of Unknown    BROMINE MANAGEMENT, L.L.C. bankruptcyinfo@esbinalter.com,
           bankruptcyinfo@esbinalter.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Scott L. Esbin   on behalf of Unknown   Panning Master Fund, LP bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
          Sean A. O'Neal   on behalf of Interested Party   D.E. Shaw Galvanic Portfolios, L.L.C. soneal@cgsh.com, maofiling@cgsh.com
          Sean A. O'Neal   on behalf of Intervenor   Cardinal Investment Sub I, L.P. soneal@cgsh.com, maofiling@cgsh.com
          Seth H. Lieberman   on behalf of Creditor   Fifth Third Asset Management slieberman@pryorcashman.com
          Shai Waisman   on behalf of Interested Party   Lehman Brothers Inc. victoria.vron@weil.com;michele.meises@weil.com
          Shari D. Leventhal   on behalf of Unknown   Federal Reserve Bank of New York shari.leventhal@ny.frb.org
          Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
          Shawn Randall Fox   on behalf of Unknown   Meridian Comp Of New York, Inc. D/B/A CHD Meridian Healthcare sfox@mcguirewoods.com, tcollins@mcguirewoods.com
          Shaya M. Berger   on behalf of Unknown   Great Bay Condominium Owners Association bergers@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com
          Shmuel Vasser   on behalf of Creditor   MainStay High Yield Opportunities Fund shmuel.vasser@dechert.com
          Shmuel Vasser   on behalf of Creditor   RTC-CEBFT Russell International Fund shmuel.vasser@dechert.com
          Solomon J Noh   on behalf of Transferee   HCN LP solomon.noh@shearman.com
          Sophia Ree   on behalf of Creditor   Federal Home Loan Mortgage Corporation sree@lcbf.com
          Stephen J. Shimshak   on behalf of Unknown   CItigroup Global Markets., et. al. sshimshak@paulweiss.com, sshimshak@paulweiss.com
          Stephen J. Shimshak   on behalf of Creditor   Citibank, N.A. and certain Affiliates sshimshak@paulweiss.com, sshimshak@paulweiss.com
          Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue sdnyecf@dor.mo.gov
          Steven E. Fineman   on behalf of Unknown   City of Oakland sfineman@lchb.com
          Steven E. Fineman   on behalf of Unknown   Certified Class in Austin, et al. v. Chisick, et al. sfineman@lchb.com
          Stuart David Meissner   on behalf of Creditor Connie & Curtis  Gale stuart@smeissner.com
          Suyash Agrawal   on behalf of Unknown   Joint Administrators of Lehman Brothers International (Europe) sagrawal@susmangodfrey.com
          Tal Unrad   on behalf of Creditor   ZPR International, Inc. tunrad@burnslev.com
          Terry E. Hall   on behalf of Creditor   Indiana State Teachers Retirement Fund terry.hall@faegrebd.com
          Thomas D. Goldberg   on behalf of Creditor   Lehman Brothers European Mezzanine Fund 2003-B, L.P., et al tdgoldberg@dbh.com
          Thomas J. Hall   on behalf of Creditor   GLG Absolute Return Bond Fund thall@chadbourne.com, nymcocalendaring@chadbourne.com
          Thomas J. Moloney   on behalf of Interested Party   D.E. Shaw Claims  SPV, L.L.C. maofiling@cgsh.com, tmoloney@cgsh.com
          Timothy E. Graulich   on behalf of Unknown   Joint Administrators of Lehman Brothers International (Europe) bankruptcy.routing@dpw.com,ecf.ct.papers@davispolk.com
          Timothy F. Nixon   on behalf of Unknown   Marshall & Ilsley Trust Company N.A. tnixon@gklaw.com, kboucher@gklaw.com;shuntema@gklaw.com
          Timothy J. Carter   on behalf of Creditor   Rogge Global Partners PLC tcarter@goulstonstorrs.com
          Todd E. Duffy   on behalf of Creditor   Elliott Management Corporation tduffy@duffyamedeo.com
          Tricia J. Bloomer   on behalf of Cross Defendant   Barclays Capital Inc. tbloomer@bsfllp.com
          Wendy G. Marcari   on behalf of Interested Party   InfoSpace, Inc. wmarcari@ebglaw.com, nyma@ebglaw.com
          Wendy Hope Zoberman   on behalf of Creditor   State Board of Administration of Florida wzoberman@bermandevalerio.com, jputnam@bermandevalerio.com
          William G. Ballaine   on behalf of Creditor   Federal Home Loan Mortgage Corporation wballaine@lcbf.com
          William J. McKenna   on behalf of Unknown   Nemesis Asset Management LLP, f/k/a Ambix Capital LLP, as Investment Manager for Lehman Brothers USA Value Fund wmckenna@foley.com
          William P. Weintraub   on behalf of Interested Party   The Middleby Corporation wweintraub@stutman.com, gfox@goodwinprocter.com
          William R. Maguire   on behalf of Plaintiff   James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. maguire@hugheshubbard.com
          William S. Sugden   on behalf of Unknown   Nomura Holdings, Inc. will.sugden@alston.com
          William Wade Kannel   on behalf of Creditor   Belmont Insurance Company wkannel@mintz.com

                                                                                                             TOTAL: 382