B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Inc.**  Case No. **08-01420 (SCC) SIPA**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Banc of America Credit Products, Inc.** | **SEE ATTACHED** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): **See Attached**

Total Amount of Claim Transferred:
USD $ See Attached

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Gary S. Cohen / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: g.cohen@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/Seth Denson_  Date: ____4/16/2015____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF MULTIPLE TRANSFERS OF CLAIMS

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Each entity identified in Table A below (each, a "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Banc of America Credit Products, Inc.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claims of Seller against **Lehman Brothers Inc.** set forth below (the "Claims") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-01420 (JMP):

## Table A

| Claim Number | Seller (As Referenced In the Claims Register) | Claim Amount |
|---|---|---|
| 6433 | BLACKROCK INVEST GR BLACKROCK FUNDS II | $11,650.45 |
| 6434 | MILLERCOORS, LLC | $9,024.60 |
| 6435 | HESS CORPORATION EMPLOYEE'S PENSION PLAN | $13,422.81 |
| 6436 | STICHTING PENSIOENFONDS OPENBARE APOTHEK | $128,520.82 |
| 6438 | ARCH REINSURANCE LTD. | $190,344.22 |
| 6439 | ARCH REINSURANCE LTD. | $26,858.04 |
| 6440 | STICHTING PENSIOENFONDS ATOS ORIGIN | $97,150.49 |
| 6441 | SBC MASTER PENSION TRUST | $53,691.25 |
| 6442 | AVAYA | $133,450.72 |
| 6443 | AVAYA | $5,214.53 |
| 6444 | AXA FINANCIAL, INC. | $17,635.55 |
| 6445 | MANAGED ACCOUNT SERIES: US MORTGAGE | $170,198.96 |
| 6446 | BUALUANG GLOBAL MIXED FUND | $133,230.97 |
| 6447 | BLACKROCK BALANCED CAPITAL PORTFOLIO | $136,712.18 |
| 6448 | BLACKROCK CORE BOND TRUST | $67,535.03 |
| 6449 | BLACKROCK INCOME TRUST | $37,259.51 |
| 6450 | BLACKROCK INCOME OPPORTUNITY TRUST | $220,749.90 |
| 6451 | APT FONDS | $118,328.37 |
| 6452 | BLACKROCK MAN VOLATILITY PORT BLACKROCK | $182,314.90 |
| 6453 | BLACKROCK CORE BOND - BLACKROCK FUNDS II | $821,428.04 |
| 6454 | BLACKROCK GNMA PORT - BLACKROCK FUNDS II | $396,680.15 |
| 6455 | BLACKROCK FUNDS II US GOVERNMENT BOND | $1,513,998.21 |
| 6456 | BLACKROCK INTERNATIONAL BOND PORTFOLIO | $213,395.36 |
| 6457 | BLACKROCK INFLATION PROTECTED BOND PORTFOLIO | $12,990.33 |
| 6458 | BLACKROCK LOW DURATION BOND PORTFOLIO | $48,372.25 |
| 6459 | BLACKROCK WORLD INCOME FUND, INC. | $53,310.37 |
| 6460 | BOY SCOUTS OF AMERICA | $22,670.48 |

100635430v12

| Claim Number | Seller (As Referenced In the Claims Register) | Claim Amount |
|---|---|---|
| 6461 | BOY SCOUTS OF AMERICA | $15,191.05 |
| 6462 | CALIFORNIA PHYSICIANS' SERVICE | $12,223.53 |
| 6463 | BLACKROCK TOTAL RETURN V.I. PORTFOLIO | $245,391.69 |
| 6464 | BLACKROCK US GOVT BOND PORTFOLIO | $133,998.53 |
| 6465 | BLACKROCK TOTAL RETURN PORTFOLIO | $85,214.32 |
| 6466 | BLACKROCK US GOVERNMENT BOND VI FUND | $288,026.63 |
| 6467 | BLACKROCK MANAGED VOLATILITY V.I. FUND | $11,180.86 |
| 6468 | GREATER PENNSYLVANIA CARPENTERS' PEN FND | $8,391.10 |
| 6469 | CATHOLIC FOUND. FOR DIOCESE OF GREENSBURG | $88.33 |
| 6470 | COUNCIL ON FOREIGN RELATIONS | $122.70 |
| 6471 | CHILDREN'S HOSPITAL OF PITTSBURGH FOUND | $223.02 |
| 6472 | BRD OF TRUST CEMENT MASONS LOCAL 526 PEN | $242.60 |
| 6473 | THE PREMIER TRUST FUND QUAL EMPL BEN | $430.44 |
| 6474 | CAPITAL GUIDANCE (FUND) LTD. | $13,373.05 |
| 6475 | THE CHILDREN'S HOSPITAL OF PHILADELPHIA | $10,738.25 |
| 6476 | JOHNSON & JOHNSON | $532.36 |
| 6477 | TRUSTEES OF COLUMBIA UNIVERSITY NEW YORK | $59,231.33 |
| 6478 | STICHTING BEDRIJFSPENSIOENFONDS VOOR. | $144,327.88 |
| 6479 | COMPUTER SCIENCES CORP EMP PENSION PLAN | $9,722.11 |
| 6480 | MASTER PENSION TRUST CSX CORP & AFFILIATED COMPANIES | $26,702.13 |
| 6481 | STATE OF CONNECTICUT RET. PLANS & TRUST | $88,609.87 |
| 6482 | UNITED METHODIST STEWARDSHIP FOUNDATION | $35.98 |
| 6483 | UAW RETIREE MEDICAL BENEFITS TRUST | $4,771.84 |
| 6484 | ALLIANZ GLOBAL INVEST EUR ALLIANZGIFONDS | $68,280.16 |
| 6485 | BLACKROCK LIFE LIMITED | $27,461.30 |
| 6486 | CHRYSLER GROUP LLC MASTER RETIREMENT TR | $58,362.36 |
| 6487 | DIRECTORS GUILD OF AMERICA-PRODUCER PLAN | $13,660.85 |
| 6488 | DIRECTORS GUILD OF AMERICA-PRODUCER PLAN | $7,126.20 |
| 6489 | DEN NORSKE KRIGSFORSIKRING FOR SKIB GJEN | $20,001.97 |
| 6490 | DPWN HOLDING (USA), INC. | $26,196.55 |
| 6491 | METROPOLITAN LIFE INSURANCE COMPANY | $2,541.94 |
| 6492 | BLACKROCK GLOBAL FUNDS | $5,645.38 |
| 6493 | BLACKROCK ENHANCED COMMODITY OFFSHORE FD | $10,657.26 |
| 6494 | BLACKROCK GLOBAL DIVERSIFIED BOND FUND | $48,300.45 |
| 6495 | FIDELIS CARE NEW YORK | $48,076.63 |
| 6496 | FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION | $74,256.34 |
| 6497 | BLACKROCK GLOBAL FUNDS | $27,583.34 |
| 6499 | GENTLE WINDS REINSURANCE LTD | $6,910.32 |
| 6500 | BLACKROCK GLOBAL FUNDS GLOBAL GOVT BOND | $220,955.56 |
| 6501 | STATE OF GEORGIA | $55,501.51 |

| Claim Number | Seller (As Referenced In the Claims Register) | Claim Amount |
|---|---|---|
| 6502 | TEXABLE FIXED INCOME MAN. PORT 1 SERIES | $16,611.43 |
| 6503 | HARBOR CAPITAL GRP TRUST DEFINED BENEFIT | $17,819.13 |
| 6504 | GEISINGER SYSTEM SERVICES | $769.37 |
| 6505 | HORACE MANN MONEY PURCHASE PENSION PLAN | $24,582.64 |
| 6506 | HOSPITAL SISTERS HEALTH SYSTEM | $15,807.06 |
| 6507 | METROPOLITAN LIFE INSURANCE COMPANY | $5,369.12 |
| 6508 | BLACKROCK (ISLE OF MAN) LIMITED | $30,209.27 |
| 6509 | IBM | $303,808.10 |
| 6510 | VANTAGETRUST | $233,963.79 |
| 6511 | INOVA HEALTH SYSTEM FOUNDATION | $10,714.94 |
| 6512 | ILLINOIS MUNICIPAL RETIREMENT FUND | $114,613.64 |
| 6513 | INVESCO | $22,713.35 |
| 6514 | INVESCO | $126,216.41 |
| 6515 | INVESCO | $2,238.15 |
| 6516 | INVESCO | $87,090.11 |
| 6517 | JOHNSON & JOHNSON PEN AND SAVINGS TRUST | $73,674.48 |
| 6518 | KUWAIT INVESTMENT AUTHORITY | $563,053.39 |
| 6519 | KIMBERLY-CLARK RETIREMENT TRUST | $747.41 |
| 6520 | KENNAMETAL INC. | $10,546.60 |
| 6521 | THE BANK OF KOREA | $170,868.26 |
| 6522 | KROGER DEFINED CONTRIBUTION MASTER TRUST | $21,476.50 |
| 6523 | LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATI | $965,733.23 |
| 6524 | BLACKROCK GLOBAL FUNDS | $2,475.97 |
| 6525 | LUCENT TECHNOLOGIES | $698,411.95 |
| 6526 | LUCENT TECHNOLOGIES | $87,167.31 |
| 6527 | LUCENT TECHNOLOGIES | $20,790.37 |
| 6528 | LUCENT TECHNOLOGIES | $75,278.32 |
| 6529 | MACY'S INC. | $147,696.87 |
| 6530 | MIDAMERICAN ENERGY COMPANY | $20,463.26 |
| 6531 | ACTIVELY MANAGED FUND | $130,928.00 |
| 6532 | METROPOLITAN LIFE INSURANCE COMPANY | $53,691.25 |
| 6533 | METROPOLITAN SERIES FUND BLACKROCK BOND | $424,562.86 |
| 6534 | METROPOLITAN SERIES FUND BLACKROCK DIVER | $39,030.89 |
| 6535 | METROPOLITAN LIFE INSURANCE COMPANY | $107,768.76 |
| 6536 | BIBF INTERNATIONAL BOND FUNDS | $17,251.87 |
| 6537 | MASTER TOTAL RETURN PORTFOLIO | $1,461,684.25 |
| 6538 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMP | $84,213.00 |
| 6539 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMP | $183,976.10 |
| 6540 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | $94,979.39 |
| 6541 | 3M VOLUNTARY INVEST AND 3M SAVINGS TRUST | $263,532.78 |

| Claim Number | Seller (As Referenced In the Claims Register) | Claim Amount |
|---|---|---|
| 6542 | MUNICIPALITY OF ANCHORAGE | $24,266.11 |
| 6543 | 1199SEIU NATIONAL BENEFIT FUND | $17,485.71 |
| 6544 | NORD/LB ASSET MGMT CO AG NORD LB AM OELB | $47,421.19 |
| 6545 | NORD/LB ASSET MGMT FBO AG NORD/LB AM GLO | $55,090.83 |
| 6546 | NESTLE IN THE USA SAVINGS TRUST | $23,631.64 |
| 6547 | STATE OF NEBRASKA | $91,065.53 |
| 6548 | NATIONWIDE | $272,512.61 |
| 6549 | NEW YORK CITY EMPLOYEES' RETIREMENT SYS | $503,994.85 |
| 6550 | NEW YORK CITY FIRE DEPT. PENSION FUND | $91,073.03 |
| 6551 | NEW YORK CITY FIRE OFFICERS' VARIABLE SUPP FUND | $17,420.41 |
| 6552 | NEW YORK CITY POLICE PENSION FUND | $307,640.23 |
| 6553 | TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NY | $321,595.10 |
| 6554 | OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYS | $158,039.72 |
| 6555 | UNIFORM RET SYS FOR JUSTICES & JUDGES | $11,002.50 |
| 6556 | PACIFIC GAS & ELECTRIC CO MED PLAN TRUST | $3,341.26 |
| 6557 | PG&E CORPORATION RETIREMENT MASTER TRUST | $94,924.37 |
| 6558 | PUBLIC SERVICE ENTERPRISE GROUP INC | $18,959.81 |
| 6559 | PFIZER INC & NORTHERN TRUST MASTER TRUST | $11,767.47 |
| 6560 | PFIZER INC & NORTHERN TRUST MASTER TRUST | $47,904.56 |
| 6561 | POLARIS FUND | $5,923.13 |
| 6562 | PORT AUTHORITY OF ALLEGHENY COUNTY | $5,541.50 |
| 6563 | PPL SERVICES CORPORATION MASTER TRUST | $53,430.98 |
| 6564 | PRUDENTIAL INSURANCE | $21,476.50 |
| 6565 | PRUDENTIAL INSURANCE | $142,870.82 |
| 6566 | PENNSYLVANIA STATE UNIVERSITY | $41,559.76 |
| 6567 | TRUST FUND FOR THE PINNACLE WEST | $307.76 |
| 6568 | RR DONNELLEY & SONS COMPANY | $92,256.53 |
| 6569 | SBC MASTER PENSION TRUST | $64,342.34 |
| 6570 | BRUNEI SHELL RETIREMENT BENEFIT FUND | $9,648.09 |
| 6571 | SIEMENS PENSION PLAN MASTER TRUST | $61,433.66 |
| 6572 | TULARE COUNTY EMPLOYEES' RETIREMENT ASSOCIATION | $26,882.56 |
| 6573 | TARGET CORPORATION | $194,436.63 |
| 6574 | TARGET CORPORATION MASTER PENSION TRUST | $13,079.25 |
| 6575 | PACE INTERMEDIATE FIXED INCOME INVEST | $34,573.49 |
| 6576 | UNISYS MASTER TRUST | $13,513.96 |
| 6578 | UNUM GROUP PENSION PLAN | $65,888.17 |
| 6579 | UNITED NATIONS RELIEF & WORKS AGENCY PAL | $40,766.64 |
| 6580 | UNIVERSITY OF PUERTO RICO RET. SYSTEM | $37,836.02 |
| 6581 | BLACKROCK GLOBAL FUNDS | $78,204.36 |
| 6582 | BLACKROCK GLOBAL FUNDS | $13,013.36 |

| Claim Number | Seller (As Referenced In the Claims Register) | Claim Amount |
|---|---|---|
| 6583 | UST INC. RETIREMENT PLANS MASTER TRUST | $34,784.28 |
| 6584 | UNITED TECHNOLOGIES CORPORATION | $129,971.34 |
| 6585 | METROPOLITAN LIFE INSURANCE COMPANY | $5,300.78 |
| 6586 | METROPOLITAN LIFE INSURANCE COMPANY | $105,745.31 |
| 6587 | BLACKROCK GLOBAL FUNDS - WORLD BOND FUND | $23,454.74 |
| 6588 | WORKERS' COMPENSATION REINSURANCE ASSOCIATION | $56,565.72 |
| 6589 | WRITERS' GUILD - INDUSTRY HEALTH FUND | $4,405.15 |
| 6590 | WHEATON BOND FUND | $595.44 |
| 6591 | BLACKROCK GLOBAL FUNDS | $89,311.37 |
| 6592 | YMCA RETIREMENT FUND | $223,873.70 |

Sellers hereby waive any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulate that an order may be entered recognizing this Evidence of Multiple Transfers of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Multiple Transfers of Claims by their duly authorized representatives as of the 16TH day of April, 2015.

100635430v12

BLACKROCK MANAGED VOLATILITY V.I. FUND OF BLACKROCK VARIABLE SERIES FUNDS, INC.
BLACKROCK INVESTMENT GRADE BOND PORTFOLIO OF BLACKROCK FUNDS II
BLACKROCK INFLATION PROTECTED BOND PORTFOLIO OF BLACKROCK FUNDS II
BLACKROCK U.S. GOVERNMENT BOND PORTFOLIO OF BLACKROCK FUNDS II
BLACKROCK SERIES FUND, INC. BLACKROCK BALANCED CAPITAL PORTFOLIO
MANAGED ACCOUNT SERIES: U.S. MORTGAGE PORTFOLIO
BLACKROCK MANAGED VOLATILITY PORTFOLIO OF BLACKROCK FUNDS
BLACKROCK INTERNATIONAL BOND PORTFOLIO OF BLACKROCK FUNDS II
BLACKROCK INCOME OPPORTUNITY TRUST
BLACKROCK U.S. GOVERNMENT BOND V.I. FUND OF BLACKROCK VARIABLE SERIES FUNDS, INC.
BLACKROCK GNMA PORTFOLIO OF BLACKROCK FUNDS II
BLACKROCK CORE BOND PORTFOLIO OF BLACKROCK FUNDS II
BLACKROCK U.S. GOVERNMENT BOND PORTFOLIO OF BLACKROCK SERIES FUND, INC.
METROPOLITAN SERIES FUND, INC. – BLACKROCK DIVERSIFIED PORTFOLIO
METROPOLITAN SERIES FUND, INC. – BLACKROCK BOND INCOME PORTFOLIO

By: BlackRock Advisors, LLC, as investment advisor, sub-advisor and/or manager (as applicable)

By: _____
Name:
Title:

THE UNITED METHODIST STEWARDSHIP FOUNDATION OF CENTRAL PA
THE CATHOLIC FOUNDATION FOR THE DIOCESE OF GREENSBURG
COUNCIL ON FOREIGN RELATIONS
CHILDREN'S HOSPITAL OF PITTSBURGH FOUNDATION
BOARD OF TRUSTEES OF THE CEMENT MASONS LOCAL 526 PENSION FUND
THE PREMIER TRUST FUND FOR QUALIFIED EMPLOYEE BENEFIT PLANS
THE JOHNSON & JOHNSON SALARIED VOLUNTARY EMPLOYEE BENEFIT ASSOCIATION TRUST AND THE JOHNSON & JOHNSON UNION HOURLY VOLUNTARY EMPLOYEE BENEFIT ASSOCIATION TRUST
GEISINGER SYSTEM SERVICES

By: BlackRock Capital Management, as investment advisor, sub-advisor and/or manager (as applicable)

By: _____
Name: Leland Hart
Title: MD

STICHTING PENSIOENFONDS ATOS ORIGIN
STICHTING PENSIOENFONDS OPENBARE APOTHEKERS
STICHTING BEDRIJFSPENSIOENFONDS VOOR DE ZOETWARENINDUSTRIE
THE BANK OF KOREA

By: BlackRock International Limited, as investment advisor, sub-advisor and/or manager (as applicable)

By: /s/ Michael Phelps
Name: MICHAEL PHELPS
Title: MD

/s/ Jose Aguilar
JOSE AGUILAR
DIRECTOR

BLACKROCK GLOBAL FUNDS - FLEXIBLE MULTI-ASSET FUND
BLACKROCK INSTITUTIONAL BOND FUNDS - INTERNATIONAL BOND
BLACKROCK GLOBAL FUNDS - WORLD BOND FUND
BLACKROCK GLOBAL FUNDS - GLOBAL GOVERNMENT BOND FUND
POLARIS FUND - GLOBAL BOND
UNITED NATIONS RELIEF WORKS AGENCY FOR PALESTINE REFUGEES IN THE NEAR EAST
NORD/LB ASSET MANAGEMENT AG ON BEHALF OF NORD/LB AM OELB
NORD/LB ASSET MANAGEMENT AG ON BEHALF OF NORD/LB AM GLOBALE RENTEN 2
APT FONDS
BLACKROCK LIFE LIMITED

By: BlackRock Investment Management (UK) Ltd, as investment advisor, sub-advisor and/or manager (as applicable)

By: /s/ Michael Phelps
Name: MICHAEL PHELPS
Title: MD

/s/ Jose Aguilar
JOSE AGUILAR
DIRECTOR

BLACKROCK GLOBAL FUNDS - US DOLLAR SHORT DURATION BOND FUND
BLACKROCK ENHANCED COMMODITY (OFFSHORE) FUND
BLACKROCK GLOBAL FUNDS - US GOVERNMENT MORTGAGE FUND
BLACKROCK GLOBAL FUNDS - FIXED INCOME GLOBAL OPPORTUNITIES FUND
BLACKROCK ISLE OF MAN LTD.
THE BLACKROCK INCOME TRUST INC.
BLACKROCK LOW DURATION BOND PORTFOLIO OF BLACKROCK FUNDS II
BLACKROCK WORLD INCOME FUND, INC.
BLACKROCK CORE BOND TRUST
BLACKROCK GLOBAL FUNDS - US DOLLAR CORE BOND FUND
BLACKROCK TOTAL RETURN PORTFOLIO OF BLACKROCK SERIES FUND, INC.
BLACKROCK GLOBAL FUNDS - WORLD INCOME FUND
BLACKROCK TOTAL RETURN VI FUND OF BLACKROCK VARIABLE SERIES FUNDS, INC.

100635430v12

MASTER TOTAL RETURN PORTFOLIO OF MASTER BOND LLC
TRUST FUND FOR THE PINNACLE WEST CAPITAL CORPORATION RETIREMENT PLAN
WHEATON BOND FUND
KIMBERLY-CLARK RETIREMENT TRUST
INVESCO GROUP TRUST FOR RETIREMENT SAVINGS
METROPOLITAN LIFE INSURANCE COMPANY
PACIFIC GAS AND ELECTRIC COMPANY POSTRETIREMENT MEDICAL PLAN TRUST-NON-MANAGEMENT EMPLOYEES AND RETIREES
WRITERS' GUILD INDUSTRY HEALTH FUND
UAW RETIREE MEDICAL BENEFITS TRUST
AVAYA SAVINGS MASTER PLAN TRUST
METROPOLITAN LIFE INSURANCE COMPANY
METROPOLITAN LIFE INSURANCE COMPANY
PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION
GENTLE WINDS REINSURANCE, LTD.
DIRECTORS GUILD OF AMERICA-PRODUCER PENSION PLAN SUPPLEMENTAL BENEFIT PLAN
GREATER PENNSYLVANIA CARPENTERS' PENSION FUND
MILLERCOORS LLC MASTER RETIREMENT TRUST
BRUNEI SHELL RETIREMENT BENEFIT FUND
COMPUTER SCIENCES CORPORATION EMPLOYEE PENSION PLAN
KENNAMETAL INC
INOVA HEALTH SYSTEM FOUNDATION
THE CHILDREN'S HOSPITAL OF PHILADELPHIA FOUNDATION
OKLAHOMA UNIFORM RETIREMENT SYSTEM FOR JUSTICES AND JUDGES
MASTER TRUST AGREEMENT BETWEEN PFIZER INC. AND THE NORTHERN TRUST COMPANY
CALIFORNIA PHYSICIANS' SERVICE
TARGET CORPORATION MASTER PENSION TRUST
CAPITAL GUIDANCE (FUND) LTD.
HESS CORPORATION EMPLOYEES' PENSION PLAN
UNISYS MASTER TRUST
DIRECTORS GUILD OF AMERICA-PRODUCER PENSION PLAN BASIC BENEFIT PLAN
BOY SCOUTS OF AMERICA
HOSPITAL SISTERS HEALTH SYSTEM
TEXABLE FIXED INCOME MANAGERS: PORTFOLIO 1 (SERIES)
NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM
1199 SEIU NATIONAL BENEFIT FUND FOR HEALTH AND HUMAN SERVICE EMPLOYEES
AXA FINANCIAL, INC.
HARBOR CAPITAL GROUP TRUST FOR DEFINED BENEFIT PLANS
PUBLIC SERVICE ENTERPRISE GROUP INCORPORATED
DEN NORSKE KRIGSFORSIKRING FOR SKIB - GJENSIDIG FORENING
MIDAMERICAN ENERGY COMPANY

LUCENT TECHNOLOGIES INC. DEFINED CONTRIBUTION PLAN MASTER TRUST
THE KROGER DEFINED CONTRIBUTION MASTER TRUST
PRUDENTIAL - AMSOUTH CORE ENHANCED BOLI
BOY SCOUTS OF AMERICA
INVESCO GROUP TRUST FOR RETIREMENT SAVINGS
NESTLÉ IN THE USA SAVINGS TRUST
MUNICIPALITY OF ANCHORAGE
HORACE MANN MONEY PURCHASE PENSION PLAN
DPWN HOLDING (USA), INC.
CSX CORPORATION MASTER PENSION TRUST
ARCH REINSURANCE LTD.
TULARE COUNTY EMPLOYEES' RETIREMENT ASSOCIATION
PACE INTERMEDIATE FIXED INCOME INVESTMENTS
MASTER TRUST FUND FOR RETIREMENT PLANS OF UST INC. AND PARTICIPATING SUBSIDIARIES
UNIVERSITY OF PUERTO RICO – RETIREMENT SYSTEM
THE PENNSYLVANIA STATE UNIVERSITY
MASTER TRUST AGREEMENT BETWEEN PFIZER INC. AND THE NORTHERN TRUST COMPANY
FIDELIS CARE NEW YORK
PPL SERVICES CORPORATION MASTER TRUST
SBC MASTER PENSION TRUST
METROPOLITAN LIFE INSURANCE COMPANY
GEORGIA HOUSING & FINANCE AUTHORITY
WORKERS' COMPENSATION REINSURANCE ASSOCIATION
CHRYSLER GROUP LLC MASTER RETIREMENT TRUST
THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK
MASTER TRUST FOR THE SIEMENS PENSION PLANS
SBC MASTER PENSION TRUST
UNUM GROUP PENSION PLAN
ALLIANZ GLOBAL INVESTORS EUROPE GMBH ACTING ON BEHALF OF ALLIANZGI-FONDS DSPT
JOHNSON & JOHNSON PENSION AND SAVINGS PLAN MASTER TRUST
FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION
LUCENT TECHNOLOGIES INC., MASTER PENSION TRUST
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
INVESCO GROUP TRUST FOR RETIREMENT SAVINGS
LUCENT TECHNOLOGIES INC. DEFINED CONTRIBUTION PLAN MASTER TRUST
STATE OF CONNECTICUT RETIREMENT PLANS AND TRUST FUNDS
STATE OF NEBRASKA
NEW YORK CITY FIRE DEPARTMENT PENSION FUND
RETIREMENT BENEFIT TRUST OF RR DONNELLEY & SONS COMPANY
PG&E CORPORATION RETIREMENT MASTER TRUST
MASSMUTUAL BOLI MORTGAGE PORTFOLIO
METROPOLITAN LIFE INSURANCE COMPANY
METROPOLITAN LIFE INSURANCE COMPANY
ILLINOIS MUNICIPAL RETIREMENT FUND
INVESCO GROUP TRUST FOR RETIREMENT SAVINGS

UNITED TECHNOLOGIES CORPORATION
ACTIVELY MANAGED FUND
BUALUANG GLOBAL MIXED FUND
AVAYA INC. MASTER PENSION TRUST
PRUDENTIAL INSURANCE - MORTGAGE
MACY'S, INC. DEFINED BENEFIT PLANS MASTER TRUST
OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
ARCH REINSURANCE LTD.
TARGET CORPORATION
YMCA RETIREMENT FUND
VANTAGETRUST
3M VOLUNTARY INVESTMENT PLAN AND 3M SAVINGS PLAN TRUST
IBM PERSONAL PENSION PLAN
NEW YORK CITY FIRE OFFICERS' VARIABLE SUPPLEMENTS FUND
NEW YORK CITY POLICE PENSION FUND
TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK
KUWAIT INVESTMENT AUTHORITY
LUCENT TECHNOLOGIES INC., MASTER PENSION TRUST
LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION

By: BlackRock Financial Management, Inc., as investment advisor, sub-advisor and/or manager (as applicable)

By: _____
Name: AnnMarie Smith
Title: Authorized Signatory

BLACKROCK GLOBAL DIVERSIFIED BOND FUND

By: BlackRock Investment Management (Australia) Limited, as investment advisor, sub-advisor and/or manger (as applicable)

By: _____
Name: Belinda Plotkin
Title: Authorized Signatory

**NATIONWIDE FUND ADVISORS**

By: BlackRock Investment Management, LLC, as investment advisor, sub-advisor and/or manager (as applicable)

By: _[signature]_
Name: Kardi Huang
Title: Authorized Signatory

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name:
Title:

**NATIONWIDE FUND ADVISORS**

By: BlackRock Investment Management, LLC, as investment advisor, sub-advisor and/or manager (as applicable)

By:_____
Name:
Title:


**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: *[signature]*
Name:
Title: **SETH DENSON**
 **VICE PRESIDENT**