**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

LEHMAN BROTHERS INC.,

Debtor.

Case No. 08-01420 (SCC) SIPA

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING TRUSTEE'S MOTION FOR AN ORDER EXPUNGING CUSTOMER CLAIM 900006447**

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, entered on July 13, 2010 (ECF No. 3466) (the "Amended Case Management Order"), the undersigned hereby certifies as follows:

1. On June 3, 2015, the undersigned, on behalf of James W. Giddens (the "Trustee"), as Trustee for the SIPA liquidation of Lehman Brothers Inc., caused the Trustee's Motion for an Order Expunging Customer Claim 900006447 (the "Motion") and Notice of Motion (the "Notice" together with the Motion filed at ECF No. 12199) to be filed with the United States Bankruptcy Court for the Southern District of New York (the "Court").

2. The Notice set July 8, 2015 at 4:00 p.m. (Prevailing Eastern Time) as the deadline for parties to object or file a response to the Motion (the "Objection Deadline").

3. The Objection Deadline has now passed and, to the best of my knowledge, no objection or other responsive pleading to the Motion has been filed with the Court on the docket of the above-referenced case in accordance with the procedures set forth in the Amended Case

66072547_1

Management Order, nor has any objection or other responsive pleading with respect to the Motion been served on counsel to the Trustee.

4.       Accordingly, for the reasons set forth in the Motion, the Trustee respectfully requests that the proposed Order annexed hereto as <u>Exhibit A</u> and unmodified since the filing of the Motion be entered in accordance with the Notice and the procedures described in the Amended Case Management Order.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       July 8, 2015

>                             HUGHES HUBBARD & REED LLP
>
>                             By: <u>/s/ Jeffrey S. Margolin</u>
>                                 James B. Kobak, Jr.
>                                 Christopher K. Kiplok
>                                 Jeffrey S. Margolin
>                                 Anson B. Frelinghuysen
>                                 One Battery Park Plaza
>                                 New York, New York 10004
>                                 Telephone:  (212) 837-6000
>                                 Facsimile:  (212) 422-4726
>                                 Email: margolin@hugheshubbard.com
>
>                             Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.

# Exhibit A

66072547_1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA |

**[PROPOSED] ORDER EXPUNGING CUSTOMER CLAIM 900006447**

Upon the motion, dated June 3, 2015 (the "Motion") of James W. Giddens (the "Trustee"), as Trustee for the liquidation of the business of Lehman Brothers Inc. ("LBI") under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. section 78aaa *et seq*. ("SIPA"), for entry of an order to expunge customer claim 900006447; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the LBI estate, its creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted in all respects as provided herein and all objections thereto are overruled; and it is further

ORDERED that customer claim 900006447 is expunged in its entirety with prejudice; and it is further

66069054_1

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
_____, 2015

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

2