**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

LEHMAN BROTHERS INC.,

Debtor.

Case No. 08-01420 (SCC) SIPA

---

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING**
**TRUSTEE'S MOTION FOR AN ORDER CONFIRMING THE TRUSTEE'S**
**DETERMINATION OF CUSTOMER CLAIM 900007227**
**AND EXPUNGING THE RELATED OBJECTION**

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management

procedures set forth in the Amended Order Pursuant to Section 105(a) of the Bankruptcy Code

and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management

Procedures, entered on July 13, 2010 (ECF No. 3466) (the "Amended Case Management

Order"), the undersigned hereby certifies as follows:

1.    On June 3, 2015, the undersigned, on behalf of James W. Giddens (the "Trustee"),

as Trustee for the SIPA liquidation of Lehman Brothers Inc., caused the Trustee's Motion for an

Order Confirming the Trustee's Determination of Customer Claim 900007227 and Expunging

the Related Objection and the Declaration of John A. Dunn in support thereto (together, the

"Motion") and Notice of Motion (the "Notice" together with the Motion filed at ECF Nos.

12209, 12210) to be filed with the United States Bankruptcy Court for the Southern District of

New York (the "Court").

2.    The Notice set July 8, 2015 at 4:00 p.m. (Prevailing Eastern Time) as the deadline

for parties to object or file a response to the Motion (the "Objection Deadline").

66072575_1

3.      The Objection Deadline has now passed and, to the best of my knowledge, no

objection or other responsive pleading to the Motion has been filed with the Court on the docket

of the above-referenced case in accordance with the procedures set forth in the Amended Case

Management Order, nor has any objection or other responsive pleading with respect to the

Motion been served on counsel to the Trustee.  In addition, the claimant's counsel has confirmed

to the Trustee's counsel that the claimant will not be responding to the Motion.

4.      Accordingly, for the reasons set forth in the Motion, the Trustee respectfully

requests that the proposed Order annexed hereto as Exhibit A and unmodified since the filing of

the Motion be entered in accordance with the Notice and the procedures described in the

Amended Case Management Order.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       July 8, 2015

                                        HUGHES HUBBARD & REED LLP

                                        By:/s/ Jeffrey S. Margolin
                                            James B. Kobak, Jr.
                                            Christopher K. Kiplok
                                            Jeffrey S. Margolin
                                            Anson B. Frelinghuysen
                                            One Battery Park Plaza
                                            New York, New York 10004
                                            Telephone:  (212) 837-6000
                                            Facsimile:  (212) 422-4726
                                            Email: margolin@hugheshubbard.com

                                        Attorneys for James W. Giddens, Trustee for
                                        the SIPA Liquidation of Lehman Brothers
                                        Inc.

66072575_1

# Exhibit A

66072575_1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

LEHMAN BROTHERS INC.,

Debtor.

Case No. 08-01420 (SCC) SIPA

**[PROPOSED] ORDER CONFIRMING THE TRUSTEE'S**
**DETERMINATION OF CUSTOMER CLAIM 900007227**
**AND EXPUNGING THE RELATED OBJECTION**

Upon the motion, dated June 3, 2015 (the "Motion"),[1] of James W. Giddens (the

"Trustee"), as Trustee for the liquidation of the business of Lehman Brothers Inc. ("LBI") under

the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. section 78aaa *et seq*.

("SIPA"), for entry of an order confirming the Trustee's determination of  customer claim

900007227 and expunging the portion of the JMMB Objection pertaining to the Net Equity

Claims; and due and proper notice of the Motion having been provided, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the

relief sought in the Motion is in the best interests of the LBI estate, its creditors, and all parties in

interest and that the legal and factual bases set forth in the Motion establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted in all respects as provided herein and that

the portion of the JMMB Objection pertaining to the Net Equity Claim and any and all objections

to the Motion are overruled; and it is further

---

1. Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms
   in the Motion.

66069329_1

2

ORDERED that the Trustee's determination of customer claim 900007227 is

confirmed and the JMMB Objection to that determination is expunged to the extent it relates to

the Net Equity Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation and/or interpretation of this Order.


Dated: New York, New York

_____, 2015


_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE