HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

    LEHMAN BROTHERS INC.,

                            Debtor.

Case No. 08-01420 (SCC) SIPA

**QUARTERLY REPORT REGARDING SALE OF CERTAIN OF DE MINIMIS ASSET**

        **PLEASE TAKE NOTICE** that, on October 6, 2008, James W. Giddens (the "Trustee"), as Trustee for the SIPA liquidation for Lehman Brothers Inc., filed an amended motion (the "Motion") in the United States Bankruptcy Court for the Southern District of New York, seeking approval of certain procedures for, among other things, the sale of certain assets ("De Minimis Assets"), free and clear of all liens, claims and encumbrances, as further described in the Motion, pursuant to section 363 of the Bankruptcy Code.

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the final order granting the Motion (ECF No. 341), attached hereto as Appendix A is the Trustee's quarterly report of the De Minimis Asset sold for the period ending June 30, 2015.

Dated:   New York, New York
           July 8, 2015

                                            HUGHES HUBBARD & REED LLP

                                            By: /s/ Jeffrey S. Margolin
                                                  James B. Kobak, Jr.
                                                  Christopher K. Kiplok
                                                  Jeffrey S. Margolin
                                            One Battery Park Plaza
                                            New York, New York 10004
                                            Telephone: (212) 837-6000
                                            Facsimile: (212) 422-4726
                                            Email: kobak@hugheshubbard.com

                                            Attorneys for James W. Giddens, Trustee for
                                            the SIPA Liquidation of Lehman Brothers
                                            Inc.

66062027_1

## APPENDIX A

**De Minimis Asset Sold**:

| Asset Sold | Name of Purchaser | Purchase Price |
|---|---|---|
| New York Supreme Court judgment entered on October 31, 2007 in favor of Lehman Brothers Inc. against Mr. Martin Shkreli, Elea Capital Management LLC, Elea Partners LP, and Elea Investors LLC in the matter captioned *Lehman Brothers Inc. vs. Martin Shkreli, Elea Capital Management LLC, Elea Partners LP, Elea Investors LLC and Josiah T. Austin* (Index No. 602517/07) | Albion & Heath LLC | $650,000.00 |