SHOOK, HARDY & BACON L.L.P.
1155 F Street, N.W., Suite 200
Washington, DC 20004
Phone: (202) 783-8400
Fax: (202) 783-4211369
Kenneth E. Chase, Esq.
*Attorneys for Brett Ersoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                             :

LEHMAN BROTHERS, INC.,                                             :

                                                   Case No. 08-01420 (SCC) SIPA
                    Debtor.                                        :

-------------------------------------------------------------------X

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Kenneth E. Chase, of the law firm SHOOK, HARDY & BACON, LLP and hereby files this Notice of Withdrawal as Counsel For Claimant Brett Ersoff. Good cause exists for this Motion, as all matters having to do with Mr. Ersoff have been resolved. A proposed order is submitted concurrently for the Court's consideration.

6396567 v1

SHOOK, HARDY & BACON L.L.P.

By: */s/ Kenneth E. Chase*_____
    Kenneth E. Chase
    1155 F Street, NW, Suite 200
    Washington, DC 20004
    Telephone: (202) 639-5606
    Facsimile: (202) 783-4211
    Email: kchase@shb.com

    and

    SHOOK, HARDY & BACON L.L.P.
    Mark Moedritzer
    2555 Grand Blvd.
    Kansas City, MO  64108
    Telephone:  (816) 474-6550
    Facsimile:  (816) 421-5547
    Email: mmoedritzer@shb.com

    ATTORNEYS FOR BRETT ERSOFF

## **CERTIFICATE OF SERVICE**

    I, Kenneth E. Chase, hereby certify that I served the foregoing by CM/ECF on January 6, 2016, which will cause a copy to be served on the Service List.

By:   */s/ Kenneth E. Chase*
      Kenneth E. Chase

6396567 v1