# EXHIBIT D

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |

Name of Debtor: Lehman Brothers, Inc.   Case Number: 08-01420 (JMP) SIPA

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Janice K. Moss

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Janice K. Moss
c/o David D. Farrell
Thompson Coburn LLP
One US Bank Plaza, Suite 3200
St. Louis, Missouri 63101
Telephone number: 314-552-6144

Court Claim Number: _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):
Same as above

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $68,272.02

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See Attachment A
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** n/a

   **3a.** Debtor may have scheduled account as: n/a
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate ____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

**5. Amount of Claim as Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(___).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: May 29, 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file the claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

David D. Farrell, Thompson Coburn LLP, Attorneys for Janice K. Moss

FOR COURT USE ONLY
RECEIVED
JUN 0 1 2009
LEGAL SERVICES

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# ATTACHMENT A

This proof of claim is being filed on behalf of Janice K. Moss ("Claimant") to evidence her claims against Lehman Brothers, Inc. ("LBI") for various damages arising out of or relating to the brokerage account (LBI Acct. No. 837-62952-1-1-010) that Claimant maintained with LBI, including, without limitation, those damages that Claimant has sustained as result of LBI's failure to honor and properly process an Automated Customer Account Transfer Service ("ACATS") request pertaining to Claimant's brokerage account that was duly received by LBI on or before the commencement of the instant proceedings. Specifically, because of LBI's failure to honor and properly process the foregoing ACATS request, Claimant was delayed in selling the various securities listed on **Exhibit A** hereto and, as a result thereof, sustained the losses listed in said Exhibit.

Claimant expressly reserves the right to amend, restate and/or supplement this proof of claim to: (i) add and/or include any additional amounts or claims not referenced herein; (ii) provide any additional documentation that may be necessary or appropriate to further evidence and/or establish claimant's claim; and/or (iii) restate the nature and/or classification of this proof of claim (or any portion of this proof of claim) for any reason (including, but not limited to, any determination that all or any portion of this proof of claim is properly allowable as a priority and/or secured claim).

EXHIBIT A TO THE PROOF OF CLAIM OF JANICE K. MOSS
In re Lehman Brothers, Inc., Case No. 08-01420 (JMP) SIPA

| Securities that Claimant Was Delayed from Selling Because of LBI's Failure to Honor ACATS | Ultimate Settlement Sale Date | Number of Shares Sold | Average Price Per Share at Which Securities Were Ultimately Sold | Actual Gross Proceeds Realized Upon Ultimate Sale | Price Per Share as of 9/26/08* | Total Value as of 9/26/08* (i.e., Gross Proceeds Claimant Would Have Realized If ACATS Had Been Properly Honored) | Total Loss Sustained (i.e., Total Value as of 9/26/08 less Actual Gross Proceeds Realized Upon Ultimate Sale) |
|---|---|---|---|---|---|---|---|
| BHP Billiton Ltd SPON ADR | 10/14/08 | 989 | $ 40.34 | $ 39,894.19 | $ 51.10 | $ 50,537.90 | $ 10,643.71 |
| Companhia Valedo Rio Doce ADR | 10/14/08 | 4,199 | $ 12.59 | $ 52,849.19 | $ 20.89 | $ 87,717.11 | $ 34,867.92 |
| Rio Tinto PLC SPON ADR | 10/14/08 | 265 | $ 185.11 | $ 49,054.61 | $ 271.00 | $ 71,815.00 | $ 22,760.39 |
| TOTAL | | | | | | | $68,272.02 |

* Date on which Claimant estimates she would have been able to sell the securities listed if LBI had honored and properly processed the ACATS submitted with respect to Claimant's account at LBI.