# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA<br><br>Ref. Docket No. 14345 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 24, 2017, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Motion of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc., for an Order Authorizing the Abandonment of Certain Lehman Brothers Inc. Contractual Rights to Acquire Data Owned by Barclays Capital Inc.," dated July 24, 2017 [Docket No. 14345], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

   b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Catherine Henriquez*
                                          *Catherine Henriquez*

Sworn to before me this
24th day of July, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

**EXHIBIT A**

**INTERNAL REVENUE SERVICE**
**SPECIAL PROCEDURES BRANCH**
**ATTN: DISTRICT DIRECTOR**
**290 BROADWAY**
**NEW YORK, NY 10007**

**FRANCHISE TAX BOARD**
**BE BANKRUPTCY MS A345**
**PO BOX 2952**
**SACRAMENTO, CA 95812-2952**

Overnight Adds List

**Luke A. Barefoot**
**Cleary Gottlieb Steen & Hamilton LLP**
**One Liberty Plaza**
**New York NY 10006**

**EXHIBIT A**

# Email MSL List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adoberman@profunds.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@sugarfgh.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alex.zubatov@smzllp.com
alicia.chang@davispolk.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com

aquale@sidley.com
arheaume@riemerlaw.com
aromney@zeislaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
athaler@athalerlaw.com
aunger@sidley.com
austin.bankruptcy@publicans.com
azylberberg@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcylegal@level3.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
bmorag@cgsh.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com

# Email MSL List

broy@rltlawfirm.com
bruce.wright@sutherland.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cave@hugheshubbard.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
cgonzalez@diazreus.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
condzalesq@msn.com
cp@stevenslee.com
cpappas@dilworthlaw.com
cprice@chapman.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com

cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cwalsh@mayerbrown.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.turetsky@skadden.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcameron@stradley.com
dcimo@gjb-law.com
dcoffino@cov.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com

# Email MSL List

demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dimassa@duanemorris.com
djoseph@stradley.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmark@kasowitz.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dnolan@andersonkill.com
dodonnell@milbank.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dswan@mcguirewoods.com
dtatge@ebglaw.com

dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
echew@foxrothschild.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
emcguinn@elotinc.net
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
ethan@ethanbrecherlaw.com
evelyn.martinez@invesco.com
evelyn.rodriguez@dlapiper.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@dentons.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fjacobson@sonnenschein.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com

# Email MSL List

gabriel.delvirginia@verizon.net
gabriel.delvirginia@verizon.net
garrett.fail@weil.com
gary.ravertpllc@gmail.com
gbray@milbank.com
george.calhoun@friedfrank.com
george_kielman@freddiemac.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gpratt@joneswaldo.com
gravert@mwe.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heiser@chapman.com
hestioko@ffwplaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
hou-legallitigationteam@amvescap.net
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
igoldstein@proskauer.com
ira.herman@tklaw.com
iva.uroic@dechert.com

j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
james.warnot@linklaters.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchristian@tobinlaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jeannie@trilc.org
jeff.wittig@coair.com
jeldredge@velaw.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jgold@andersonkill.com

# Email MSL List

jguy@orrick.com
jharbour@hunton.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhorwitt@zeislaw.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitan@proskauer.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@proskauer.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
joan@trilc.org
john.monaghan@hklaw.com
joli@crlpc.com
jonathan.hoff@cwt.com

jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsher@shertremonte.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jteitelbaum@tblawllp.com
jthoman@hodgsonruss.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwishnew@mofo.com
jzawadzki@hahnhessen.com
k4.nomura@aozorabank.co.jp

# Email MSL List

karen.wagner@dpw.com
kcaputo@sipc.org
kdwbankruptcydepartment@kelleydrye.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
kovskyd@pepperlaw.com
kowens68@yahoo.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lbarefoot@cgsh.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lhandelsman@stroock.com

ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lml@ppgms.com
loizides@loizides.com
louis.solomon@cwt.com
lromansic@steptoe.com
lschweitzer@cgsh.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
maofiling@cgsh.com
margolin@hugheshubbard.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
masaki_konishi@noandt.com
matt@willaw.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
mbeeler@cov.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarney@mckoolsmith.com
mcarthurk@sullcrom.com

# Email MSL List

| | |
|---|---|
| mcordone@stradley.com | mrosenthal@gibsondunn.com |
| mcto@debevoise.com | mruetzel@frankfurt.whitecase.com |
| mdorval@stradley.com | mruetzel@whitecase.com |
| meltzere@pepperlaw.com | mschimel@sju.edu |
| metkin@lowenstein.com | msegarra@mayerbrown.com |
| mfeldman@willkie.com | mshiner@tuckerlaw.com |
| mgordon@briggs.com | msilberstein@dealysilberstein.com |
| mgreger@allenmatkins.com | mspeiser@stroock.com |
| mhopkins@cov.com | mstamer@akingump.com |
| michael.frege@cms-hs.com | mvenditto@reedsmith.com |
| michele@willaw.com | mwarren@mtb.com |
| miller@taftlaw.com | nathan.spatz@pillsburylaw.com |
| mimi.m.wong@irscounsel.treas.gov | ncoco@mwe.com |
| mitchell.ayer@tklaw.com | neal.mann@oag.state.ny.us |
| mjedelman@vedderprice.com | ned.schodek@shearman.com |
| mjr1@westchestergov.com | nherman@morganlewis.com |
| mjwilliams@gibsondunn.com | nissay_10259-0154@mhmjapan.com |
| mking@gibsondunn.com | nlepore@schnader.com |
| mlahaie@akingump.com | notice@bkcylaw.com |
| mlandman@lcbf.com | nrosenbaum@mofo.com |
| mmagzamen@stroock.com | nyrobankruptcy@sec.gov |
| mmervis@proskauer.com | paronzon@milbank.com |
| mmorreale@us.mufg.jp | pbattista@gjb-law.com |
| mneier@ibolaw.com | pbosswick@ssbb.com |
| monica.lawless@brookfieldproperties.com | pconnorton@cohengresser.com |
| mpage@kelleydrye.com | pdublin@akingump.com |
| mpower@hahnhessen.com | peisenberg@lockelord.com |
| mprimoff@kayescholer.com | peter.davidson@invesco.com |

# Email MSL List

peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
phayden@mcguirewoods.com
pkizel@lowenstein.com
pmaxcy@sonnenschein.com
ppartee@hunton.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj11@optonline.net
rajohnson@akingump.com
ramona.neal@hp.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
rick.scarola@smzllp.com
ritkin@steptoe.com
rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com

rnies@wolffsamson.com
rnorton@hunton.com
robert.dombroff@bingham.com
robert.hirsh@arentfox.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@hoganlovells.com
robin.keller@lovells.com
ronald.cappiello@hoganlovells.com
ronald.silverman@bingham.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwyron@orrick.com
rziegler@mayerbrown.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sam.alberts@snrdenton.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com

# Email MSL List

scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
splatzer@platzerlaw.com
sree@lcbf.com
sscott@jaspanllp.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
steve.ginther@dor.mo.gov
sthomson@cohengresser.com

streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tberkowitz@farrellfritz.com
tbrock@ssbb.com
tgoren@mofo.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tjmckenna@gaineyandmckenna.com
tkarcher@proskauer.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tlester@hinshawlaw.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net

Email MSL List

wcurchack@loeb.com

wfoster@milbank.com

wilten@hugheshubbard.com

wisotska@pepperlaw.com

wjd@dealysilberstein.com

wmarcari@ebglaw.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

yamashiro@sumitomotrust.co.jp

zrosenbaum@lowenstein.com