# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>    LEHMAN BROTHERS INC.,<br><br>                           Debtor. | Case No. 08-01420 (SCC) SIPA<br><br>Ref. Docket No. 14347 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 24, 2017, I caused to be served the "Twenty-Third Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from January 1, 2017 Through May 31, 2017," dated July 24, 2017 [Docket No. 14347], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                  */s/ Catherine Henriquez*
                                                                   *Catherine Henriquez*

Sworn to before me this
24th day of July, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

# EXHIBIT A

# LEHMAN BROTHERS INC.
## Overnight Service List

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FRANCHISE TAX BOARD
BE BANKRUPTCY MS A345
PO BOX 2952
SACRAMENTO, CA 95812-2952

# EXHIBIT B

# LEHMAN BROTHERS INC.
# E-Mail Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcy@goodwin.com |
| aalfonso@willkie.com | bankruptcy@morrisoncohen.com |
| abeaumont@fklaw.com | bankruptcylegal@level3.com |
| abraunstein@riemerlaw.com | bankruptcymatters@us.nomura.com |
| acaton@kramerlevin.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| adoberman@profunds.com | bdk@schlamstone.com |
| aeckstein@blankrome.com | bguiney@pbwt.com |
| aentwistle@entwistle-law.com | bmanne@tuckerlaw.com |
| afriedman@irell.com | bmiller@mofo.com |
| agbanknewyork@ag.tn.gov | bmorag@cgsh.com |
| aglenn@kasowitz.com | boneill@kramerlevin.com |
| agold@herrick.com | brian.corey@greentreecreditsolutions.com |
| ahammer@sugarfgh.com | broy@rltlawfirm.com |
| aisenberg@saul.com | bruce.wright@sutherland.com |
| akantesaria@oppenheimerfunds.com | btrust@mayerbrown.com |
| alex.zubatov@smzllp.com | btupi@tuckerlaw.com |
| alicia.chang@davispolk.com | bturk@tishmanspeyer.com |
| alum@ftportfolios.com | bwolfe@sheppardmullin.com |
| amarder@msek.com | cahn@clm.com |
| amcmullen@boultcummings.com | canelas@pursuitpartners.com |
| amenard@tishmanspeyer.com | cave@hugheshubbard.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cfarley@mccarter.com |
| aostrow@beckerglynn.com | cgoldstein@stcwlaw.com |
| appleby@chapman.com | cgonzalez@diazreus.com |
| aquale@sidley.com | chammerman@paulweiss.com |
| arheaume@riemerlaw.com | charles@filardi-law.com |
| aromney@zeislaw.com | charles_malloy@aporter.com |
| arosenblatt@chadbourne.com | chipford@parkerpoe.com |
| arthur.rosenberg@hklaw.com | chris.donoho@hoganlovells.com |
| arwolf@wlrk.com | clynch@reedsmith.com |
| aseuffert@lawpost-nyc.com | cmontgomery@salans.com |
| ashmead@sewkis.com | cohenr@sewkis.com |
| asnow@ssbb.com | condzalesq@msn.com |
| athaler@athalerlaw.com | cp@stevenslee.com |
| aunger@sidley.com | cpappas@dilworthlaw.com |
| austin.bankruptcy@publicans.com | cprice@chapman.com |
| azylberberg@whitecase.com | crmomjian@attorneygeneral.gov |

**LEHMAN BROTHERS INC.**
**E-Mail Service List**

| | |
|---|---|
| csalomon@beckerglynn.com | dlipke@vedderprice.com |
| cschreiber@winston.com | dludman@brownconnery.com |
| cshore@whitecase.com | dmark@kasowitz.com |
| cshulman@sheppardmullin.com | dmcguire@winston.com |
| cwalsh@mayerbrown.com | dmurray@jenner.com |
| cwalsh@mayerbrown.com | dneier@winston.com |
| cward@polsinelli.com | dnolan@andersonkill.com |
| cweiss@ingramllp.com | dodonnell@milbank.com |
| dallas.bankruptcy@publicans.com | drose@pryorcashman.com |
| daniel.guyder@allenovery.com | drosenzweig@fulbright.com |
| dave.davis@isgria.com | drosner@goulstonstorrs.com |
| david.bennett@tklaw.com | drosner@kasowitz.com |
| david.heller@lw.com | dshemano@pwkllp.com |
| david.turetsky@skadden.com | dspelfogel@foley.com |
| davids@blbglaw.com | dswan@mcguirewoods.com |
| davidwheeler@mvalaw.com | dtatge@ebglaw.com |
| dbarber@bsblawyers.com | dwdykhouse@pbwt.com |
| dbaumstein@whitecase.com | dworkman@bakerlaw.com |
| dbesikof@loeb.com | easmith@venable.com |
| dcameron@stradley.com | echang@steinlubin.com |
| dcimo@gjb-law.com | echew@foxrothschild.com |
| dcoffino@cov.com | ecohen@russell.com |
| dcoffino@cov.com | efile@willaw.com |
| dcrapo@gibbonslaw.com | efleck@milbank.com |
| ddavis@paulweiss.com | efriedman@friedumspring.com |
| ddrebsky@nixonpeabody.com | ekbergc@lanepowell.com |
| ddunne@milbank.com | ellen.halstead@cwt.com |
| deggermann@kramerlevin.com | emcguinn@elotinc.net |
| deggert@freebornpeters.com | eobrien@sbchlaw.com |
| demetra.liggins@tklaw.com | eric.johnson@hro.com |
| dfelder@orrick.com | eschaffer@reedsmith.com |
| dflanigan@polsinelli.com | eschwartz@contrariancapital.com |
| dgrimes@reedsmith.com | ethan@ethanbrecherlaw.com |
| dhayes@mcguirewoods.com | evelyn.martinez@invesco.com |
| dheffer@foley.com | evelyn.rodriguez@dlapiper.com |
| diconzam@gtlaw.com | ezujkowski@emmetmarvin.com |
| dimassa@duanemorris.com | farrington.yates@dentons.com |
| djoseph@stradley.com | ffm@bostonbusinesslaw.com |
| dkozusko@willkie.com | fhyman@mayerbrown.com |
| dladdin@agg.com | fjacobson@sonnenschein.com |
| dlemay@chadbourne.com | frank.white@agg.com |

# LEHMAN BROTHERS INC.
# E-Mail Service List

| | |
|---|---|
| fsosnick@shearman.com | jchristian@tobinlaw.com |
| fyates@sonnenschein.com | jchristian@tobinlaw.com |
| gabriel.delvirginia@verizon.net | jdwarner@warnerandscheuerman.com |
| gabriel.delvirginia@verizon.net | jdyas@halperinlaw.net |
| gary.ravertpllc@gmail.com | jeannie@trilc.org |
| gbray@milbank.com | jeff.wittig@coair.com |
| george.calhoun@friedfrank.com | jeldredge@velaw.com |
| george_kielman@freddiemac.com | jennifer.gore@shell.com |
| ggitomer@mkbattorneys.com | jeremy.eiden@state.mn.us |
| giddens@hugheshubbard.com | jfalgowski@reedsmith.com |
| gkaden@goulstonstorrs.com | jflaxer@golenbock.com |
| glenn.siegel@dechert.com | jfreeberg@wfw.com |
| gmoss@riemerlaw.com | jg5786@att.com |
| gpratt@joneswaldo.com | jgarrity@shearman.com |
| gravert@mwe.com | jgenovese@gjb-law.com |
| gspilsbury@jsslaw.com | jgold@andersonkill.com |
| harrisjm@michigan.gov | jguy@orrick.com |
| harveystrickon@paulhastings.com | jharbour@hunton.com |
| heiser@chapman.com | jhiggins@fdlaw.com |
| hestioko@ffwplaw.com | jhorgan@phxa.com |
| hollace.cohen@troutmansanders.com | jhorwitt@zeislaw.com |
| holsen@stroock.com | jhuggett@margolisedelstein.com |
| hou-legallitigationteam@amvescap.net | jim@atkinslawfirm.com |
| howard.hawkins@cwt.com | jjtancredi@daypitney.com |
| hseife@chadbourne.com | jjureller@klestadt.com |
| hsnovikoff@wlrk.com | jlamar@maynardcooper.com |
| igoldstein@proskauer.com | jlawlor@wmd-law.com |
| ira.herman@tklaw.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitan@proskauer.com |
| j.zelloe@stahlzelloe.com | jlevitin@cahill.com |
| jacobsonn@sec.gov | jlipson@crockerkuno.com |
| james.mcclammy@dpw.com | jliu@proskauer.com |
| james.sprayregen@kirkland.com | jlovi@steptoe.com |
| james.warnot@linklaters.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jar@outtengolden.com | jmazermarino@msek.com |
| jay.hurst@oag.state.tx.us | jmelko@gardere.com |
| jay@kleinsolomon.com | jmerva@fult.com |
| jbeemer@entwistle-law.com | jmmurphy@stradley.com |
| jbromley@cgsh.com | jmr@msf-law.com |
| jcarberry@cl-law.com | joan@trilc.org |

| | |
|---|---|
| john.monaghan@hklaw.com | klyman@irell.com |
| joli@crlpc.com | kmayer@mccarter.com |
| jonathan.hoff@cwt.com | kobak@hugheshubbard.com |
| jorbach@hahnhessen.com | kovskyd@pepperlaw.com |
| joseph.cordaro@usdoj.gov | kowens68@yahoo.com |
| joshua.dorchak@morganlewis.com | kpiper@steptoe.com |
| jowen769@yahoo.com | kressk@pepperlaw.com |
| jpintarelli@mofo.com | kreynolds@mklawnyc.com |
| jporter@entwistle-law.com | krosen@lowenstein.com |
| jprol@lowenstein.com | kurt.mayr@bgllp.com |
| jrabinowitz@rltlawfirm.com | lacyr@sullcrom.com |
| jrsmith@hunton.com | landon@streusandlandon.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us |
| jsheerin@mcguirewoods.com | lawallf@pepperlaw.com |
| jsher@shertremonte.com | lberkoff@moritthock.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com |
| jsmairo@pbnlaw.com | lhandelsman@stroock.com |
| jstoll@mayerbrown.com | ljkotler@duanemorris.com |
| jteitelbaum@tblawllp.com | lmarinuzzi@mofo.com |
| jthoman@hodgsonruss.com | lmcgowen@orrick.com |
| jtimko@shutts.com | lml@ppgms.com |
| judy.morse@crowedunlevy.com | loizides@loizides.com |
| jwallack@goulstonstorrs.com | louis.solomon@cwt.com |
| jwang@sipc.org | lromansic@steptoe.com |
| jwcohen@daypitney.com | lschweitzer@cgsh.com |
| jweiss@gibsondunn.com | lwhidden@salans.com |
| jwest@velaw.com | mabrams@willkie.com |
| jwh@njlawfirm.com | maofiling@cgsh.com |
| jwishnew@mofo.com | maofiling@cgsh.com |
| jzawadzki@hahnhessen.com | margolin@hugheshubbard.com |
| k4.nomura@aozorabank.co.jp | mark.ellenberg@cwt.com |
| karen.wagner@dpw.com | mark.hellerer@pillsburylaw.com |
| kcaputo@sipc.org | mark.sherrill@sutherland.com |
| kdwbankruptcydepartment@kelleydrye.com | marvin.clements@ag.tn.gov |
| keith.simon@lw.com | masaki_konishi@noandt.com |
| ken.coleman@allenovery.com | matt@willaw.com |
| ken.higman@hp.com | matthew.dyer@prommis.com |
| kerry.moynihan@hro.com | matthew.klepper@dlapiper.com |
| kgwynne@reedsmith.com | garrett.fail@weil.com |
| kiplok@hugheshubbard.com | mbeeler@cov.com |
| kkelly@ebglaw.com | mberman@nixonpeabody.com |

**LEHMAN BROTHERS INC.**
**E-Mail Service List**

| | |
|---|---|
| mbienenstock@proskauer.com | mstamer@akingump.com |
| mbossi@thompsoncoburn.com | mvenditto@reedsmith.com |
| mcademartori@sheppardmullin.com | mwarren@mtb.com |
| mcarney@mckoolsmith.com | nathan.spatz@pillsburylaw.com |
| mcarthurk@sullcrom.com | ncoco@mwe.com |
| mcordone@stradley.com | neal.mann@oag.state.ny.us |
| mcto@debevoise.com | ned.schodek@shearman.com |
| mdorval@stradley.com | nherman@morganlewis.com |
| meltzere@pepperlaw.com | nissay_10259-0154@mhmjapan.com |
| metkin@lowenstein.com | nlepore@schnader.com |
| mfeldman@willkie.com | notice@bkcylaw.com |
| mgordon@briggs.com | nrosenbaum@mofo.com |
| mgreger@allenmatkins.com | nyrobankruptcy@sec.gov |
| mhopkins@cov.com | paronzon@milbank.com |
| michael.frege@cms-hs.com | pbattista@gjb-law.com |
| michele@willaw.com | pbosswick@ssbb.com |
| miller@taftlaw.com | pconnorton@cohengresser.com |
| mimi.m.wong@irscounsel.treas.gov | pdublin@akingump.com |
| mitchell.ayer@tklaw.com | peisenberg@lockelord.com |
| mjedelman@vedderprice.com | peter.gilhuly@lw.com |
| mjr1@westchestergov.com | peter.simmons@friedfrank.com |
| mjwilliams@gibsondunn.com | peter@bankrupt.com |
| mking@gibsondunn.com | phayden@mcguirewoods.com |
| mlahaie@akingump.com | pkizel@lowenstein.com |
| mlandman@lcbf.com | pmaxcy@sonnenschein.com |
| mmagzamen@stroock.com | ppartee@hunton.com |
| mmervis@proskauer.com | ppascuzzi@ffwplaw.com |
| mmorreale@us.mufg.jp | ppatterson@stradley.com |
| mneier@ibolaw.com | psp@njlawfirm.com |
| monica.lawless@brookfieldproperties.com | ptrostle@jenner.com |
| mpage@kelleydrye.com | raj11@optonline.net |
| mpower@hahnhessen.com | rajohnson@akingump.com |
| mprimoff@kayescholer.com | ramona.neal@hp.com |
| mrosenthal@gibsondunn.com | rdaversa@orrick.com |
| mruetzel@frankfurt.whitecase.com | relgidely@gjb-law.com |
| mruetzel@whitecase.com | rfleischer@pryorcashman.com |
| mschimel@sju.edu | rfrankel@orrick.com |
| msegarra@mayerbrown.com | rfriedman@silvermanacampora.com |
| mshiner@tuckerlaw.com | rgmason@wlrk.com |
| msilberstein@dealysilberstein.com | rgraham@whitecase.com |
| mspeiser@stroock.com | rhett.campbell@tklaw.com |

**LEHMAN BROTHERS INC.**
**E-Mail Service List**

| | |
|---|---|
| richard.lear@hklaw.com | sfox@mcguirewoods.com |
| rick.scarola@smzllp.com | sgordon@cahill.com |
| ritkin@steptoe.com | sgubner@ebg-law.com |
| rjones@boultcummings.com | sharbeck@sipc.org |
| rlevin@cravath.com | shari.leventhal@ny.frb.org |
| rmatzat@hahnhessen.com | shgross5@yahoo.com |
| rnies@wolffsamson.com | sidorsky@butzel.com |
| rnorton@hunton.com | slerman@ebglaw.com |
| robert.dombroff@bingham.com | slerner@ssd.com |
| robert.hirsh@arentfox.com | sloden@diamondmccarthy.com |
| robert.malone@dbr.com | smillman@stroock.com |
| robert.yalen@usdoj.gov | smulligan@bsblawyers.com |
| robin.keller@hoganlovells.com | snewman@katskykorins.com |
| robin.keller@lovells.com | sory@fdlaw.com |
| ronald.cappiello@hoganlovells.com | splatzer@platzerlaw.com |
| ronald.silverman@bingham.com | sree@lcbf.com |
| rroupinian@outtengolden.com | sscott@jaspanllp.com |
| rrussell@andrewskurth.com | sselbst@herrick.com |
| rterenzi@stcwlaw.com | sshimshak@paulweiss.com |
| russj4478@aol.com | steele@lowenstein.com |
| rwyron@orrick.com | steve.ginther@dor.mo.gov |
| rziegler@mayerbrown.com | sthomson@cohengresser.com |
| sabin.willett@bingham.com | streusand@streusandlandon.com |
| sabramowitz@velaw.com | susheelkirpalani@quinnemanuel.com |
| sagolden@hhlaw.com | swolowitz@mayerbrown.com |
| sally.henry@skadden.com | szuch@wiggin.com |
| sam.alberts@snrdenton.com | tannweiler@greerherz.com |
| sandyscafaria@eaton.com | tberkowitz@farrellfritz.com |
| scargill@lowenstein.com | tbrock@ssbb.com |
| schager@ssnylaw.com | tgoren@mofo.com |
| schannej@pepperlaw.com | thomas.califano@dlapiper.com |
| schepis@pursuitpartners.com | thomas_noguerola@calpers.ca.gov |
| schnabel.eric@dorsey.com | timothy.palmer@bipc.com |
| schristianson@buchalter.com | tjfreedman@pbnlaw.com |
| scottshelley@quinnemanuel.com | tjmckenna@gaineyandmckenna.com |
| scousins@armstrongteasdale.com | tkarcher@proskauer.com |
| sdnyecf@dor.mo.gov | tkiriakos@mayerbrown.com |
| peter.davidson@invesco.com | tlauria@whitecase.com |
| sehlers@armstrongteasdale.com | tlester@hinshawlaw.com |
| sfelderstein@ffwplaw.com | tmacwright@whitecase.com |
| sfineman@lchb.com | tmayer@kramerlevin.com |

# LEHMAN BROTHERS INC.
# E-Mail Service List

tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wilten@hugheshubbard.com
wisotska@pepperlaw.com
wjd@dealysilberstein.com
wmarcari@ebglaw.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yamashiro@sumitomotrust.co.jp
zrosenbaum@lowenstein.com
lbarefoot@cgsh.com
aschwartz@homerbonner.com
eweinick@otterbourg.com