HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA |

**FIFTY-SIXTH NOTICE OF ESTABLISHMENT OF**
**OMNIBUS HEARING DATES PURSUANT**
**TO AMENDED CASE MANAGEMENT ORDER IMPLEMENTING**
**CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES**

**PLEASE TAKE NOTICE** that, pursuant to the order, dated July 13, 2010 (the "Amended Case Management Order") [ECF No. 3466], implementing certain notice and case management procedures, the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following omnibus hearing date in the above-captioned proceeding:

**August 18, 2020 at 10:30 a.m. (Prevailing Eastern Time)**

**PLEASE TAKE FURTHER NOTICE** that except as otherwise ordered by the Bankruptcy Court, the Amended Case Management Order governs the scheduling of all matters to be heard on the foregoing hearing date.

**PLEASE TAKE NOTICE** that the omnibus hearing will be a telephonic hearing before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, through **CourtSolutions (www.court-solutions.com)** in lieu of a hearing at the Bankruptcy Court.

97409132_1

Dated:   New York, New York
         July 13, 2020

HUGHES HUBBARD & REED LLP

By: <u>/s/ Jeffrey S. Margolin</u>
    Christopher K. Kiplok
    Jeffrey S. Margolin
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4722

Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.

97409132_1