**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>    LEHMAN BROTHERS INC.,<br><br>                                    Debtor. | Case No. 08-01420 (SCC) (SIPA)<br><br>Ref. Docket No. 15123 |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT    )
                                    ) ss.:
COUNTY OF HARTFORD     )

JENNIFER C. NOBLE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC[1], with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 13, 2020, I caused to be served the "Fifty-Sixth Notice of Establishment of Omnibus Hearing Dates Pursuant to Amended Case Management Order Implementing Certain Notice and Case Management Procedures," dated July 13, 2020 [Docket No. 15123], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

   c. delivered via electronic mail to those parties listed on the annexed Exhibit C.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

-1-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Jennifer C. Noble*
Jennifer C. Noble

Sworn to before me this
13rd day of July, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
No. 100624
Commission Expires August 31, 2022

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| FRANCHISE TAX BOARD | BE BANKRUPTCY MS A345 PO BOX 2952 SACRAMENTO CA 95812-2952 |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES BRANCH ATTN: DISTRICT DIRECTOR 290 BROADWAY NEW YORK NY 10007 |

**Total Creditor count  2**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ARNOLD & PORTER | (COUNSEL TO WELLS FARGO BANK, N.A. AND WELLS FARGO & CO) 250 WEST 55TH ST NEW YORK NY 10019-9710 |
| ARNOLD & PORTER | (COUNSEL TO CAISSE DE DEPOT, TOTAL GAS&POWER LTD, GALLIARD CAP, BANCO POPULAR, POPULAR GESTION) 250 WEST 55TH ST NEW YORK NY 10019-9710 |
| ASSISTANT ATTORNEY GENERAL | (COUNSEL TO THE COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS) BANKRUPTCY & COLLECTIONS DIVISION P.O. BOX 12548 AUSTIN TX 78711-2548 |
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL (COUNSEL TO THE DEPARTMENT OF TAXATION AND FINANCE OF THE STATE OF NEW YORK) 120 BROADWAY, 24TH FLOOR NEW YORK NY 10271 |
| BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP | (COUNSEL TO ALAMEDA COUNTY EMPLOYEES' RETIREMENT ASSOCIATION, GOVT OF GUAM RETIREMENT FUND,NORTHERN IRELAND LOCAL GOVT OFFICERS SUPERANNUATION) 12481 HIGH BLUFF DRIVE, STE 300 SAN DIEGO CA 92130 |
| BUTZEL LONG, A PROFESSIONAL CORPORATION | (COUNSEL TO CAIXA GERAL DE DEPOSITOS, S.A.) 477 MADISON AVENUE, STE 1230 NEW YORK NY 10022 |
| CONTINENTAL AIRLINES, INC. | N/K/A UNITED AIRLINES WILLIS TOWER 233 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| CROCKER KUNO PLLC | ATTN: JOANNE K. LIPSON (COUNSEL TO THE CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY) 720 OLIVE WAY, SUITE 1000 SEATTLE WA 98101 |
| DECHERT LLP | (COUNSEL TO RUSSELL INVESTMENT GROUP, INC) THREE BRYANT PARK 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DIAZ REUS | (COUNSEL TO FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS) MIAMI TOWER AT INTERNATIONAL PLACE 100 SE 2ND STREET, STE 3400 MIAMI FL 33131 |
| DORSEY & WHITNEY LLP | (COUNSEL TO US BANK NATIONAL ASSOCIATION) 50 SOUTH SIXTH STREET, STE 1500 MINNEAPLOIS MN 55402-1498 |
| EDWIN MCGUINN | 51 FOREST AVE UNIT 117 OLD GREENWICH CT 06870 |
| EPSTEIN BECKER & GREEN, P.C. | (COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.) 1227 25TH STREET NW, STE 700 WASHINGTON DC 20037 |
| FEDERAL HOME LOAN MORTGAGE CORP | ASSOCIATE GENERAL COUNSEL FOR LITIGATION 8200 JONES BRANCH DRIVE - MS 202 MC LEAN VA 22102 |
| GREENBERG TRAURIG, LLP | (COUNSEL TO NOMURA HOLDING AMERICA, INC AND ON BEHALF OF NOMURA HOLDINGS, INC.) 200 PARK AVENUE NEW YORK NY 10166 |
| INFOSPACE, INC. | GENERAL COUNSEL 10900 NE 8TH ST BELLEVUE WA 98004 |
| JOSEPH N. CORDARO | ASSISTANT UNITED STATES ATTORNEY SOUTHERN DISTRICT OF NEW YORK 86 CHAMBERS STREET, 3RD FLOOR NEW YORK NY 10007 |
| LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT | VERTRETEN DURCH IHREN VORSTAND RATHENAUPLATZ 1 FRANKFURT AM MAIN 60313 GERMANY |
| LOWENSTEIN SANDLER PC | (COUNSEL TO LIBERTY VIEW CAPITAL MANAGEMENT, LLC) ONE LOWENSTEIN DR ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | (COUNSEL TO LIBERTY VIEW CAPITAL MGMT. LLC, LIBERTY VIEW CREDIT OPP FUND, LIBERTY VIEW CREDIT SELECT FUND, LP,LIBERTY VIEW FUNDS,LP,LIBERTY VIEW 1251 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| LUBIN OLSON & NIEWIADOMSKI LLP | (COUNSEL TO: OVERSTOCK.COM, INC.) 600 MONTGOMERY STREET, 14TH FLOOR SAN FRANCISCO CA 94111 |
| MCKOOL SMITH, P.C. | (COUNSEL TO ATHILON CAPITAL CORP.) ONE MANHATTAN WEST 395 9TH AVENUE, 50TH FL NEW YORK NY 10001 |
| NIXON PEABODY LLP | 55 WEST 46TH ST NEW YORK NY 10036-4120 |
| NIXON PEABODY, LLP | (COUNSEL TO THE METROPOLITAN TRANSIT AUTHORITY) EXCHANGE PLACE 53RD STREET BOSTON MA 02109-2835 |
| OFFICE OF CHARLENE M. INDELICATO | WESTCHESTER COUNTY ATTORNEY ATTN: MELISSA-JEAN ROTINI, ESQ. 148 MARTINE AVENUE, 6TH FLOOR WHITE PLAINS NY 10601 |
| OFFICE OF THE MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA STREET, SUITE 1400 SAINT PAUL MN 55101-2127 |
| OTTERBOURG, P.C. | (COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ, LTD) 230 PARK AVENUE NEW YORK NY 10169 |

| Claim Name | Address Information |
|---|---|
| OTTERBOURG, P.C. | (COUNSEL TO FEDERAL DEPOSIT INSURANCE CORP AS RECEIVER OF WESTERNBANK PUERTO RICO) 230 PARK AVENUE NEW YORK NY 10169 |
| RENESAS ELECTRONICS | ASSOCIATE GENERAL COUNSEL 1650 ROBERT A. CONLON BLVD., NE PALM BEACH FL 32905 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: BONNIE GAUCH DIVSION OF TRADING AND MARKETS 100 F STREET NE WASHINGTON DC 20549 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | (COUNSEL FOR THE BANK OF NEW YORK MELLON) 30 ROCKEFELLER PLAZA, 24TH FLOOR NEW YORK NY 10112 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO CAPRA ASSET MANAGEMENT INC) FOUR TIMES SQUARE NEW YORK NY 10036 |
| STRADLEY RONON STEVENS & YOUNG, LLP | (COUNSEL TO VAN KAMPEN EQUITY & INCOME FUND, VAN KAMPEN INTL GROWTH FUND, MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN FIXED INCOME FUND, VAN KAMPEN) 2005 MARKET ST, STE 2600 PHILAPEDHIA PA 19103 |
| SUMITOMO MITSUI TRUST BANK, LIMITED | 1-4-1, MARUNOUCHI, CHIYODA-KU TOKYO 108-8233 JAPAN |
| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF NEW YORK ATTN: HONORABLE SHELLEY C. CHAPMAN ONE BOWLING GREEN NEW YORK NY 10004 |
| US ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT | OF NEW YORK ATTN: GEOFFREY S. BERMAN, US ATTORNEY 1 ST. ANDREWS PLAZA NEW YORK NY 10007 |
| US DEPARTMENT OF JUSTICE | UNITED STATES ATTORNEY'S OFFICE ATTN: JEAN-DAVID BARNEA 85 CHAMBERS ST NEW YORK NY 10007 |
| VENABLE LLP | 1290 AVE OF THE AMERICAS 20TH FL NEW YORK NY 10104 |
| WHITE & CASE LLP | (COUNSEL TO GERMAN ASSOCIATION OF SAVINGS BANKS) BOCKENHEIMER LANDSTRASSE 20 FRANKFURT AM MAIN 60323 GERMANY |
| WHITE & CASE LLP | (COUNSEL TO DNB NOR BANK ASA) SOUTHEAST FINANCIAL CENTER 200 SOUTH BISCAYNE BLVD STE 4900 MIAMI FL 33131 |

**Total Creditor count  40**

**EXHIBIT C**

**LEHMAN BROTHERS INC. – Case No. 08-01420**
**Electronic Mail Master Service List**

| NAME | EMAIL ADDRESS |
|---|---|
| ANDERSON KILL, P.C. | DNOLAN@ANDERSONKILL.COM; JGOLD@ANDERSONKILL.COM; RHORKOVICH@ANDERSONKILL.COM |
| ARNALL GOLDEN GREGORY LLP | DLADDIN@AGG.COM; FRANK.WHITE@AGG.COM; DARRYL.LADDIN@AGG.COM |
| AT&T SERVICES INC. | JG5786@ATT.COM |
| BALLON STOLL BADER & NADLER PC | VROLDAN@BALLONSTOLL.COM |
| BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP | CSALOMON@BECKERGLYNN.COM |
| BRADLEY ARANT BOULT CUMMINGS LLP | AMCMULLEN@BRADLEY.COM |
| BROOKFIELD PROPERTIES | MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM |
| BRUTZKUS GUBNER | SGUBNER@BG.LAW |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |
| CADWALADER, WICKERSHAM & TAFT LLP | MARK.ELLENBERG@CWT.COM |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM | THOMAS_NOGUEROLA@CALPERS.CA.GOV |
| CHAPMAN AND CUTLER LLP | TOP@CHAPMAN.COM; HEISER@CHAPMAN.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | LBAREFOOT@CGSH.COM; BMORAG@CGSH.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MAOFILING@CGSH.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MAOFILING@CGSH.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | MAOFILING@CGSH.COM |
| COHEN & GRESSER LLP | STHOMSON@COHENGRESSER.COM |
| COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP | PSP@NJLAWFIRM.COM; JWH@NJLAWFIRM.COM |
| CONNELL FOLEY LLP | PALLOGRAMENTO@CONNELLFOLEY.COM |
| COUNTY OF SAN MATEO | JBEIERS@SMCGOV.ORG |
| COVINGTON & BURLING LLP | DCOFFINO@COV.COM |
| CROWE & DUNLEVY, P.C. | JUDY.MORSE@CROWEDUNLEVY.COM |
| DANA NESSEL, ATTORNEY GENERAL | MIAG@MICHIGAN.GOV |
| DAVIS POLK & WARDWELL LLP | KAREN.WAGNER@DAVISPOLK.COM; JAMES.MCCLAMMY@DAVISPOLK.COM |
| DAVIS POLK & WARDWELL LLP | KAREN.WAGNER@DAVISPOLK.COM; JAMES.MCCLAMMY@DAVISPOLK.COM |
| DAY PITNEY LLP | JWCOHEN@DAYPITNEY.COM |
| DEALY SILBERSTEIN & BRAVERMAN, LLP | MSILBERSTEIN@DSBLAWNY.COM |
| DENTONS US LLP | CLAUDE.MONTGOMERY@DENTONS.COM; LEE.WHIDDEN@DENTONS.COM |
| DENTONS US LLP | SAM.ALBERTS@SNRDENTON.COM; SAM.ALBERTS@DENTONS.COM |
| DENTONS US LLP | SAM.ALBERTS@SNRDENTON.COM; SAM.ALBERTS@DENTONS.COM |
| DORSEY & WHITNEY LLP | SCHNABEL.ERIC@DORSEY.COM |
| DUANE MORRIS LLP | DIMASSA@DUANEMORRIS.COM |
| DUANE MORRIS LLP | CRBELMONTE@DUANEMORRIS.COM; PABOSSWICK@DUANEMORRIS.COM; TTBROCK@DUANEMORRIS.COM |
| DUFFYAMEDEO LLP | TDUFFY@DUFFYAMEDEO.COM |
| ENTWISTLE & CAPPUCCI LLP | AENTWISTLE@ENTWISTLE-LAW.COM; JBEEMER@ENTWISTLE-LAW.COM; JPORTER@ENTWISTLE-LAW.COM |

**LEHMAN BROTHERS INC. – Case No. 08-01420**
**Electronic Mail Master Service List**

| | |
|---|---|
| EPSTEIN BECKER & GREEN, P.C. | SLERMAN@EBGLAW.COM; WMARCARI@EBGLAW.COM |
| EVERSHEDS SUTHERLAND | BRUCEWRIGHT@EVERSHEDS-SUTHERLAND.COM |
| EVERSHEDS SUTHERLAND | BRUCEWRIGHT@EVERSHEDS-SUTHERLAND.COM |
| EVERSHEDS SUTHERLAND | BRUCEWRIGHT@EVERSHEDS-SUTHERLAND.COM; BRUCE.WRIGHT@SUTHERLAND.COM |
| EVERSHEDS SUTHERLAND | MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | HESTIOKO@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM; SFELDERSTEIN@FFWPLAW.COM |
| FOX ROTHSCHILD LLP | ECHEW@FOXROTHSCHILD.COM |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | ABEAUMONT@FKLAW.COM |
| GAINEY MCKENNA & EGLESTON | TJMCKENNA@GME-LAW.COM |
| GIBSON, DUNN & CRUTCHER LLP | MJWILLIAMS@GIBSONDUNN.COM; MKING@GIBSONDUNN.COM |
| GIBSON, DUNN & CRUTCHER LLP | MROSENTHAL@GIBSONDUNN.COM |
| GODFREY & KAHN, S.C. | TNIXON@GKLAW.COM |
| GOULSTON & STORRS, P.C. | DROSNER@GOULSTONSTORRS.COM; GKADEN@GOULSTONSTORRS.COM |
| HAHN & HESSEN LLP | JZAWADZKI@HAHNHESSEN.COM; MPOWER@HAHNHESSEN.COM |
| HOGAN LOVELLS | ROBIN.KELLER@LOVELLS.COM |
| HOLLAND & KNIGHT LLP | ARTHUR.ROSENBERG@HKLAW.COM |
| HOLLAND & KNIGHT LLP | BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM |
| HOMER BONNER JACOBS ORTIZ | ASCHWARTZ@HOMERBONNER.COM |
| HUGHES HUBBARD & REED LLP | JEFF.MARGOLIN@HUGHESHUBBARD.COM; CHRIS.KIPLOK@HUGHESHUBBARD.COM; KOBAK@HUGHESHUBBARD.COM; GIDDENS@HUGHESHUBBARD.COM |
| HUNTON ANDREWS KURTH LLP | JHARBOUR@HUNTONAK.COM |
| HUNTON ANDREWS KURTH LLP | PPARTEE@HUNTONAK.COM |
| HUNTON ANDREWS KURTH LLP | PPARTEE@HUNTONAK.COM |
| INTERNAL REVENUE SERVICE | TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV; MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV |
| INVESCO LEGAL DEPARTMENT | EVELYN.MARTINEZ@INVESCO.COM |
| JONES WALDO HOLBROOK & MCDONOUGH PC | GPRATT@JONESWALDO.COM |
| KASOWITZ BENSON TORRES LLP | AGLENN@KASOWITZ.COM; DMARK@KASOWITZ.COM; DROSNER@KASOWITZ.COM |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| KIRKLAND & ELLIS LLP | JAMES.SPRAYREGEN@KIRKLAND.COM |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | JJURELLER@KLESTADT.COM |
| KOBRE & KIM LLP | FARRINGTON.YATES@KOBREKIM.COM |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ACATON@KRAMERLEVIN.COM; BONEILL@KRAMERLEVIN.COM; TMAYER@KRAMERLEVIN.COM |
| LANDMAN CORSI BALLAINE & FORD, P.C. | MLANDMAN@LCBF.COM; SREE@LCBF.COM; WBALLAINE@LCBF.COM |
| LAW OFFICE OF ETHAN A. BRECHER, LLC | ETHAN@ETHANBRECHERLAW.COM |
| LAW OFFICES OF GABRIEL DEL VIRGINIA | GABRIEL.DELVIRGINIA@VERIZON.NET |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | AUSTIN.BANKRUPTCY@PUBLICANS.COM |

**LEHMAN BROTHERS INC. – Case No. 08-01420**
**Electronic Mail Master Service List**

| | |
|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LINKLATERS LLP | JAMES.WARNOT@LINKLATERS.COM |
| LOIZIDES, P.A. | LOIZIDES@LOIZIDES.COM |
| LOWENSTEIN SANDLER PC | METKIN@LOWENSTEIN.COM |
| LOWENSTEIN SANDLER PC | SCARGILL@LOWENSTEIN.COM |
| MAYER BROWN LLP | BTRUST@MAYERBROWN.COM |
| MAYER BROWN LLP | BTRUST@MAYERBROWN.COM |
| MAYER BROWN, LLP | CWALSH@MAYERBROWN.COM |
| MCGUIREWOODS LLP | DSWAN@MCGUIREWOODS.COM |
| MCGUIREWOODS LLP | SFOX@MCGUIREWOODS.COM |
| MILBANK LLP | DDUNNE@MILBANK.COM; DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM |
| MILBANK LLP | GBRAY@MILBANK.COM |
| MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT | SDNYECF@DOR.MO.GOV; STEVE.GINTHER@DOR.MO.GOV |
| MORGAN LEWIS & BOCKIUS LLP | JOSHUA.DORCHAK@MORGANLEWIS.COM |
| MORGAN LEWIS & BOCKIUS LLP | ROBERT.DOMBROFF@MORGANLEWIS.COM |
| MORGAN LEWIS & BOCKIUS LLP | ROBERT.DOMBROFF@MORGANLEWIS.COM |
| MORGAN LEWIS & BOCKIUS LLP | SABIN.WILLETT@MORGANLEWIS.COM |
| MORRISON & FOERSTER LLP | JPINTARELLI@MOFO.COM |
| MORRISON & FOERSTER LLP | JPINTARELLI@MOFO.COM; LMARINUZZI@MOFO.COM |
| MORRISON & FOERSTER LLP | LMARINUZZI@MOFO.COM |
| MORRISON & FOERSTER LLP | NROSENBAUM@MOFO.COM |
| MORRISON & FOERSTER, LLP | BMILLER@MOFO.COM |
| NOMURA HOLDING AMERICA, INC | BANKRUPTCYMATTERS@US.NOMURA.COM |
| NORTON ROSE FULBRIGHT US LLP | DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.COM |
| OFFICE OF THE ATTORNEY GENERAL | CRMOMJIAN@ATTORNEYGENERAL.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY | ROBERT.YALEN@USDOJ.GOV |
| OPPENHEIMERFUNDS, INC. | AKANTESARIA@OPPENHEIMERFUNDS.COM |
| OPPENHEIMERFUNDS, INC. | AKANTESARIA@OPPENHEIMERFUNDS.COM |
| OTTERBOURG, P.C. | EWEINICK@OTTERBOURG.COM; PFELDMAN@OTTERBOURG.COM |
| OUTTEN & GOLDEN LLP | JAR@OUTTENGOLDEN.COM; RROUPINIAN@OUTTENGOLDEN.COM |
| PAUL HASTINGS LLP | HARVEYSTRICKON@PAULHASTINGS.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | DDAVIS@PAULWEISS.COM; CHAMMERMAN@PAULWEISS.COM |
| PEPPER HAMILTON LLP | KOVSKYD@PEPPERLAW.COM; KRESSK@PEPPERLAW.COM |
| PEPPER HAMILTON LLP | WISOTSKA@PEPPERLAW.COM |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | NATHAN.SPATZ@PILLSBURYLAW.COM |
| POST & SCHELL, P.C. | BBISIGNANI@POSTSCHELL.COM |
| PROSKAUER ROSE LLP | JLEVITAN@PROSKAUER.COM; MMERVIS@PROSKAUER.COM |
| PROSKAUER ROSE LLP | MBIENENSTOCK@PROSKAUER.COM; TKARCHER@PROSKAUER.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | JAMESTECCE@QUINNEMANUEL.COM; SCOTTSHELLEY@QUINNEMANUEL.COM; SUSHEELKIRPALANI@QUINNEMANUEL.COM |
| RAVERT PLLC | GRAVERT@RAVERTPLLC.COM |
| REED SMITH LLP | ESCHAFFER@REEDSMITH.COM; MVENDITTO@REEDSMITH.COM |
| REED SMITH LLP | KGWYNNE@REEDSMITH.COM |
| REED SMITH LLP | MVENDITTO@REEDSMITH.COM |
| ROBERT A. JAKOBSZE | RAJ11@OPTONLINE.NET |

**LEHMAN BROTHERS INC. – Case No. 08-01420**
Electronic Mail Master Service List

| | |
|---|---|
| RUSSELL INVESTMENTS | ECOHEN@RUSSELLINVESTMENTS.COM |
| SAUL EWING ARNSTEIN & LEHR LLP | ADAM.ISENBERG@SAUL.COM |
| SCAROLA ZUBATOV SCHAFFZIN PLLC | RJJS@SZSLAW.COM; AZ@SZSLAW.COM |
| SCHIFFER, CRAIG | SCHIFFER@TRILC.COM |
| SCHLAM STONE & DOLAN LLP | BDK@SCHLAMSTONE.COM |
| SECURITIES AND EXCHANGE COMMISSION | JACOBSONN@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SECURITIES INVESTOR PROTECTION CORPORATION | HSHARMA@SIPC.ORG; JWANG@SIPC.ORG; KCAPUTO@SIPC.ORG |
| SEWARD & KISSEL LLP | ASHMEAD@SEWKIS.COM |
| SEWARD & KISSEL LLP | COHEN@SEWKIS.COM |
| SHER TREMONTE LLP | JSHER@SHERTREMONTE.COM |
| SHUTTS & BOWEN LLP | JTIMKO@SHUTTS.COM |
| STAMELL & SCHAGER, LLP | GOLDENBERG@SSNYLAW.COM |
| STAMELL & SCHAGER, LLP | SCHAGER@SSNYLAW.COM |
| STRADLEY RONON STEVENS & YOUNG LLP | MDORVAL@STRADLEY.COM |
| SUGAR FELSENTHAL GRAIS & HELSINGER LLP | AHAMMER@SUGARFGH.COM |
| SULLIVAN & CROMWELL LLP | LACYR@SULLCROM.COM |
| SULLIVAN & CROMWELL LLP | MCARTHURK@SULLCROM.COM |
| TEITELBAUM LAW GROUP, LLC | JTEITELBAUM@TBLAWLLP.COM |
| TENNESSEE DEPARTMENT OF REVENUE | AGBANKNEWYORK@AG.TN.GOV; MARVIN.CLEMENTS@AG.TN.GOV |
| THE KLEIN LAW GROUP CRE, PLLC | JAY@KLEINSOLOMON.COM |
| TROUTMAN SANDERS LLP | LEE.STREMBA@TROUTMANSANDERS.COM |
| TROUTMAN SANDERS LLP | LEE.STREMBA@TROUTMANSANDERS.COM |
| VEDDER PRICE P.C. | DLIPKE@VEDDERPRICE.COM |
| VINSON & ELKINS L.L.P. | JWEST@VELAW.COM; SABRAMOWITZ@VELAW.COM |
| WACHTELL, LIPTON, ROSEN & KATZ | ARWOLF@WLRK.COM; HSNOVIKOFF@WLRK.COM |
| WACHTELL, LIPTON, ROSEN & KATZ | HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM |
| WARNER & SCHEUERMAN | JDWARNER@WARNERANDSCHEUERMAN.COM; JDWARNER@WSLAW.NYC |
| WEIL, GOTSHAL & MANGES LLP | GARRETT.FAIL@WEIL.COM |
| WEINTRAUB TOBIN | JCHRISTIAN@TOBINLAW.COM |
| WHITE & CASE LLP | RGRAHAM@WHITECASE.COM |
| WHITE & CASE LLP | TMACWRIGHT@WHITECASE.COM |
| WHITE & WOLNERMAN, PLLC | RWHITE@WWLAWGROUP.COM |
| WINSTON & STRAWN LLP | DNEIER@WINSTON.COM |
| ZEISLER & ZEISLER, P.C. | AROMNEY@ZEISLAW.COM; JHORWITT@ZEISLAW.COM |

COUNT: 206