B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Goldman Sachs Lending Partners LLC | PCI Fund L.L.C. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Tel. No.: 212-934-3921
Fax. No.: 646-769-7700
Email: gsd.link@gs.com
Attention: Michelle Latzoni

Court Claim # (if known): 17247
Amount of Claim: $580,000,000.00 (allowed)
Transferred Amount: $350,000.00 (allowed)
Date Claim Filed: 9/18/09
Debtor: Lehman Brothers Holdings Inc.

15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____     Date: 2/12/2014
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

PCI FUND L.L.C.
By:     Anchorage Capital Group, L.L.C., its Investment Manager


By: _____
Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____         Date: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

PCI FUND L.L.C.
By:    Anchorage Capital Group, L.L.C., its Investment Manager

By: _____
    Transferor/Transferor's Agent
    MICHAEL AGLIALORO
    Executive Vice President

16