**DAY PITNEY LLP**
Joshua W. Cohen (JC-2978)
James J. Tancredi (JT-3269)
One Audubon Street
New Haven, CT 06511-6433
Telephone:  (203) 752-5000
Facsimile:   (203) 752-5001

– and –

7 Times Square
New York, NY  10036-7311
Telephone:  (212) 297-5800
Facsimile:   (212) 916 2940

*Counsel to Fidelity National Title Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT *SINE DIE* OF HEARING
ON FIDELITY NATIONAL TITLE INSURANCE COMPANY'S
MOTION TO COMPEL COMPLIANCE WITH REQUIREMENTS
OF TITLE INSURANCE POLICIES INSURING DEEDS OF TRUST HELD
BY THE BANKRUPTCY ESTATE OF DEBTOR LEHMAN COMMERCIAL PAPER INC.
PURSUANT TO SECTIONS 105, 362, 365 AND 1107 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in Fidelity National Title Insurance Company's Motion to Compel Compliance with Requirements of Title Insurance Policies Insuring Deeds of Trust Held by the Bankruptcy Estate of Debtor Lehman Commercial Paper Inc. Pursuant to Sections 105, 362, 365 and 1107 of the Bankruptcy Code [Docket No. 11513] (the "Motion to Compel"), presently scheduled for February 19, 2014, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to a date to be determined.**  Fidelity will provide notice of the new date and time of the Hearing by filing a notice of hearing with the Court.  The hearing on the relief requested in the Motion to Compel will be held before the Honorable Shelley

C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621.

Dated at New Haven, Connecticut, this 14th day of February, 2014.

FIDELITY NATIONAL TITLE INSURANCE COMPANY

By:    */s/ Joshua W. Cohen*
Joshua W. Cohen (JC-2978)
James J. Tancredi (JT-3269)
DAY PITNEY LLP
One Audubon Street
New Haven, CT 06511-6433
Tel:   (203) 752-5008
Fax:   (203) 752-5001
E-mail: jwcohen@daypitney.com